# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# ANGRY BIRDS

**Reg. No. 4,200,545**

**Registered Sep. 4, 2012**

**Corrected Mar. 12, 2013**

**Int. Cls.: 3, 14, 16, 18, 20, 21, 24, 25, 27, 29, 30, 32, 33, 34, 35, 36, 38 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



Acting Director of the United States Patent and Trademark Office

ROVIO ENTERTAINMENT LTD (FINLAND CORPORATION)
KEILARANTA 17 C
FI-02150 ESPOO, FINLAND

FOR: BLEACHING PREPARATIONS AND BLEACHING SALTS AND BLEACHING SODAS FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; NON-MEDICATED TOILETRIES; MANICURE PREPARATIONS, NAMELY, ADHESIVES FOR ARTIFICIAL NAILS, NAIL CREAM, NAIL ENAMEL, NAIL GEL, NAIL POLISH, AND NAIL GLITTER; NON-MEDICATED SKIN AND FACIAL CLEANSERS; ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE LOTIONS; ANTIPERSPIRANTS; ANTISTATIC PREPARATIONS FOR HOUSEHOLD PURPOSES; AROMATICS, NAMELY, AROMATIC OILS, AROMATIC POTPOURRIS; MILLED AND PROCESSED QUILLAIA BARK FOR USE AS HAND-WASHING SOAP AND LAUNDRY SOAP; BATH SALTS; COSMETIC PREPARATIONS FOR BATHS; BEAUTY MASKS; BLEACHING SALTS; BLEACHING SODA; BLUING FOR LAUNDRY; COLOR-BRIGHTENING CHEMICALS IN THE NATURE OF WASHING PREPARATIONS FOR LAUNDRY USE; PAINT REMOVING PREPARATIONS; COSMETIC KITS COMPRISED OF LIPSTICK, LIP GLOSS, MASCARA, EYE-SHADOW; COSMETIC PREPARATIONS FOR SLIMMING PURPOSES; COTTON STICKS FOR COSMETIC PURPOSES; COTTON WOOL FOR COSMETIC PURPOSES; COSMETIC CREAMS; SKIN WHITENING CREAMS; CREAMS FOR LEATHER; DENTURE POLISHES; PREPARATIONS FOR CLEANING DENTURES; PERSONAL DEODORANTS; LAUNDRY DETERGENTS; HAIR DYES FOR COSMETIC PURPOSES; EAU DE COLOGNE; TOILET WATER; HAIR CREAM, HAIR GEL, SHAMPOOS, HAIR CONDITIONER AND HAIR MOISTENING PREPARATIONS; PERFUMES; LIPSTICKS; SKIN AND FACE CREAMS AND LOTIONS; FALSE NAILS; NAIL POLISHES AND VARNISHES AND THINNERS THEREFOR; SUN BLOCK; BLEACHING PREPARATIONS IN THE NATURE OF DECOLORANTS FOR COSMETIC PURPOSES; CAKE FLAVORINGS IN THE NATURE OF ESSENTIAL OILS; CLEANSING MILK FOR TOILET PURPOSES; EYEBROW COSMETICS; EYEBROW PENCILS; FABRIC SOFTENERS FOR LAUNDRY USE; FALSE EYELASHES; FLOOR WAX; HAIR DYES; HAIR SPRAY; LAUNDRY BLEACH; LAUNDRY PRE-SOAK; LAUNDRY STARCH; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MAKE-UP POWDER; MAKE-UP PREPARATIONS; MAKE-UP REMOVING PREPARATIONS; MASCARA; MOUTH WASHES, NOT FOR MEDICAL PURPOSES; NAIL CARE PREPARATIONS; COSMETIC PENCILS; POLISH FOR FURNITURE AND FLOORING; POMADES FOR COSMETIC PURPOSES; POTPOURRIS FOR USE AS FRAGRANCES; PUMICE STONE; SANDPAPER; SCENTED WOOD; SHOE CREAM; SHOE POLISH, SHOE WAX; LAUNDRY STARCH; SOAP FOR BRIGHTENING TEXTILE IN

**Reg. No. 4,200,545**   THE NATURE OF LAUNDRY SOAP; STARCH GLAZE FOR LAUNDRY PURPOSES IN THE NATURE OF LAUNDRY STARCH; SUN-TANNING PREPARATIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; VARNISH-REMOVING PREPARATIONS; DEPILATORY WAX; LAUNDRY WAX; POLISHING WAX; WAXES FOR LEATHER; DEPILATORY PREPARATIONS; PETROLEUM JELLY FOR COSMETIC PURPOSES; DECORATIVE FINGERNAIL DECALS FOR COSMETIC PURPOSES; INCENSE; FRAGRANCES; GEL SOAP, BAR SOAP; BUBBLE BATH; SHOWER GEL; TOOTHPASTE; MOUTHWASH; CLEANSING, TONING, MOISTURIZING AND EXFOLIATING PREPARATIONS FOR SKIN; BODY CREAM AND LOTION; HAND CREAM AND LOTION; SKIN CLEANSER AND NON-MEDICATED BODY SOAPS; PERFUMED BODY POWDER; BATH OIL; BABY OIL, BABY POWDER, BABY GEL AND BABY LOTION; LIP GLOSS, NON-MEDICATED LIP BALM; SACHETS FOR PERFUMING LINEN; MASSAGE OILS AND LOTIONS; AROMATHERAPY PREPARATIONS, NAMELY, NON-MEDICATED SKIN CREAMS WITH ESSENTIAL OILS FOR USE IN AROMATHERAPY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). .

FOR: PRECIOUS METALS AND THEIR ALLOYS; GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, JEWELRY, BOXES, BASKETS; JEWELLERY, PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; IMITATION JEWELLERY AND ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; BROOCHES; PENDANTS; NON-MONETARY COMMEMORATIVE COINS AND TOKENS FOR COLLECTING PURPOSES; CUFFLINKS; EARRINGS; GOLD THREAD JEWELRY; ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; JEWELRY OF IMITATION GOLD; JEWELLERY CASES; NECKLACES; RINGS; BRACELETS; MEDALS; MEDALLIONS; UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; STATUES AND STATUETTES OF PRECIOUS METAL; TIE CLIPS; CLOCKS, WATCHES AND STRUCTURAL PARTS AND STRUCTURAL FITTINGS THEREFOR; WATCH STRAPS, WATCH BANDS, WATCH CHAINS; CASES FOR POCKET WATCHES; CLOCKS AND WATCHES HAVING THE GAME FUNCTION; ELECTRIC CLOCKS AND ELECTRIC WATCHES; TABLE CLOCKS; POCKET WATCHES; STOPWATCHES; WALL CLOCKS; ALARM CLOCKS; CHRONOMETERS; ORNAMENTAL PINS; KEY CHAINS AND KEY CASES/CARRIERS OF PRECIOUS METAL AND/OR PRECIOUS STONES; BADGES OF PRECIOUS METAL; CASES FOR WATCHES (PRESENTATION); CASES FOR WATCHES AND CLOCKS; SUN DIALS; DIAMONDS; JEWELRY BOXES AND JEWELRY CASES OF PRECIOUS METAL; CHENILLE CUFF LINKS; STOCK PINS IN THE NATURE OF ORNAMENTAL PINS; FIGURINES IN THE NATURE OF STATUETTES OF PRECIOUS METAL; TROPHIES OF PRECIOUS METAL; COMMEMORATIVE COINS; KEY RINGS OF PRECIOUS METAL; INSIGNIAS OF PRECIOUS METAL; BADGES OF PRECIOUS METAL, PEARLS; ARTIFICIAL GEMSTONES IN THE NATURE OF UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: WALL PAPER STENCILS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50). .

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF LEATHER AND IMITATIONS OF LEATHER, NAMELY, HANDBAGS, PURSES; ANIMAL SKINS, HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, HARNESS AND SADDLERY; BAGS, NAMELY, CARRY ALL BAGS; ATHLETIC BAGS; BATH BAGS IN THE NATURE OF TOILETRY BAGS SOLD EMPTY; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS; SUIT CARRIERS BEING TRAVELLING BAGS; WAIST BAGS; ALL PURPOSE CARRYING BAGS, WEEKEND BAGS IN THE NATURE OF TOTE BAGS; WORK BAGS IN THE NATURE OF ATTACHÉ CASES; BACKPACKS; RUCKSACKS; KNAPSACKS; PURSES AND WALLETS; SUITCASES; ATTACHÉ CASES; CANVAS AND LEATHER SHOPPING BAGS; BANDS OF LEATHER; LEATHER SHOULDER BELTS; CALLING CARD CASES, VANITY CASES SOLD EMPTY; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING SETS COMPRISING LUGGAGE; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE BELTS; LUGGAGE TAGS, BEACH BAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HANDBAGS; LEATHER STRAPS; MOUNTAINEERING STICKS; BRIEFCASE- TYPE PORTFOLIOS FOR CARRYING SHEET MUSIC; NET BAGS FOR

**Reg. No. 4,200,545**   SHOPPING; SCHOOL BAGS; TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; HUNTERS' GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING; HANDBAG FRAMES; SLING BAGS FOR CARRYING INFANTS; WHEELED SHOPPING BAGS; WHEELED BACKPACKS, DUFFEL BAGS AND SUITCASES; CARDBOARD TRUNKS AND WINE CARRYING CASES; CHAIN MESH PURSES, NOT OF PRECIOUS METAL; CLUTCH PURSES; COIN PURSES; COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES, NOT OF PRECIOUS METAL; GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41). .

FOR: FURNITURE, MIRRORS, PICTURE FRAMES; GOODS OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS, OR OF PLASTICS, NAMELY, WORKS OF ART; OFFICE FURNITURE, PHOTOGRAPH FRAMES; DRESSING TABLES; EASY CHAIRS; BEDS AND WATER BEDS FOR NON-MEDICAL PURPOSES; WOOD BEDSTEADS; FURNITURE SCREENS; ARMCHAIRS; BAKER'S BREAD BASKETS NOT OF METAL; BENCHES; LETTER BOXES OF WOOD OR PLASTIC; CABINET WORK; CABINETS; CHESTS FOR TOYS; CORKS; HAIRDRESSER'S CHAIRS; DECK CHAIRS; DESKS; TABLES, DINNER WAGONS; HEAD-RESTS AS FURNITURE PARTS; DIVANS; LIBRARY SHELVES; LOCKERS; NON-ELECTRIC LOCKS NOT OF METAL; FURNITURE RACKS, NAMELY, COAT RACKS, HAT RACKS, PLANT RACKS, POT RACKS, AND STORAGE RACKS; SAW HORSES; SCHOOL FURNITURE; SEATS; SOFAS; TEA CARTS; UMBRELLA STANDS; COTS; CUPBOARDS; DISPLAY BOARDS; DRESSING TABLES; FOOTSTOOLS AND STOOLS; SHELVES; AIR CUSHIONS; AIR MATTRESSES FOR USE WHEN CAMPING; AIR PILLOWS, SLEEPING BAGS; BED FITTINGS, NOT OF METAL; NON-TEXTILE CURTAIN HOLDERS; CURTAIN HOOKS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; CURTAIN ROLLERS; CURTAIN TIE-BACKS IN THE NATURE OF NON-TEXTILE CURTAIN HOLDERS; CUSHIONS; TOWEL DISPENSERS NOT OF METAL; MATTRESSES; PILLOWS; NON-METAL CLOTHES HOOKS AND COAT HANGERS; COAT STANDS; HAT STANDS; LADDERS OF WOOD OR PLASTICS; EMBROIDERY FRAMES; STATUES OF WOOD, WAX, PLASTER OR PLASTIC; FIRE SCREENS FOR DO-MESTIC USE; NONMETAL AND NON-PAPER CONTAINERS FOR STORAGE OR TRANS-PORT; STORAGE TANKS NOT OF METAL OR MASONRY FOR STORING TOYS; FILING CABINETS; CONTAINERS OF PLASTIC FOR PACKAGING PURPOSES; METAL-SUBSTI-TUTE PLASTIC FASTENERS, NAMELY, NAILS, WEDGES, NUTS, SCREWS, TACKS, BOLTS, RIVETS, AND CASTERS; DOOR STOPS OF PLASTIC OR WOOD; INFANT WALKERS; PLAYPENS FOR BABIES; SUPPORT PILLOWS FOR USE IN BABY SEATING EXCLUDING SAFETY SEATING FOR USE IN AUTOMOBILES; DECORATIVE MOBILES; CRADLES; COTS; AND CRIBS; HIGH CHAIRS FOR BABIES; FURNITURE CHESTS, CHESTS OF DRAWERS; WIND CHIMES; FLOWER-POT PEDESTALS; FLOWER-STANDS; DECORATIVE EDGING STRIPS OF PLASTICS AND/OR WOOD FOR USE WITH WINDOW FITTINGS; ORNAMENTS AND DECORATIONS FOR WINDOWS OR DOORS MADE OF OR FROM PLASTICS, WAX, WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; STEP LADDERS AND LADDERS NOT OF METAL, TOOL BOXES NOT OF METAL, NON-METAL GARDEN STAKES FOR PLANTS OR TREES; IMITATION FOODS FOR DISPLAY MADE OF PLASTIC MATERIALS, NAMELY, IMITATION DESSERTS, IMITATION CANDY, IMITATION CAKES, IMITATION FRUITS; FLAGPOLES, WORKS OF ART, FIGURINES AND STATUETTES AND SMALL DECORATIONS OR ORNAMENTS OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATER-IALS, OR OF WAX, PLASTER OR PLASTICS; PLASTIC KEY CARDS NOT ENCODED; BINS, NOT OF METAL; BOTTLE CLOSURES NOT OF METAL; BOTTLE RACKS; CORKS FOR BOTTLES; HOUSE NUMBERS, NOT OF METAL, NON LUMINOUS; IDENTITY PLATES, NOT OF METAL; INFLATABLE PUBLICITY OBJECTS; LETTER BOXES NOT OF METAL OR MASONRY; MAGAZINE RACKS; PLATE RACKS; CUP RACKS; UPRIGHT SIGNBOARDS OF WOOD OR PLASTIC, PLASTIC SEALING CLIPS FOR BAGS; INFLATABLE HEADRESTS IN THE NATURE OF BATH PILLOWS; DECORATIONS OF PLASTIC FOR FOODSTUFFS OR LUNCH BOXES; HANDHELD FLAT FANS, HANDHELD FOLDING FANS, NON-ELEC-

**Reg. No. 4,200,545**   TRIC FANS FOR PERSONAL USE; BAMBOO CURTAINS, AND BAMBOO BLINDS, BEAD CURTAINS FOR DECORATION; BEAD CURTAINS; ORIENTAL SINGLE PANEL STANDING PARTITION, HANGING BOARDS IN THE NATURE OF JAPANESE STYLE PEGBOARDS USING POSITIONAL HOOKS FOR USE AS MOVABLE WALL PARTITIONS; ORIENTAL FOLDING PARTITION SCREENS; DRINKING STRAWS; KEYBOARDS FOR HANGING KEYS; MANNEQUINS; MEDICINE CABINETS; MATS, REMOVABLE, FOR SINKS; NAME PLATES, NOT OF METAL; NUMBER PLATES, NOT OF METAL; MIRROR TILES; PEGS NOT OF METAL; PLASTIC DOORKNOBS; WOOD STOOLS; BED PADS; CRIB BUMPERS , IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50). .

FOR: CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; HOUSEHOLD OR KITCHEN UTENSILS, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COMBS AND BATH SPONGES, SCOURING SPONGES, CLEANING SPONGES; BRUSHES EXCLUDING PAINT BRUSHES, NAMELY, CLEANING BRUSHES FOR HOUSEHOLD USE, NAIL BRUSHES, HAIR BRUSHES; BRUSH-MAKING MATERIALS; ARTICLES FOR CLEANING PURPOSES, NAMELY, CLEANING CLOTHS, CLEANING COTTON, STEEL WOOL FOR CLEANING; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS EXCEPT GLASS USED IN BUILDING; GLASSWARE, PORCELAIN AND EARTHEN-WARE, NAMELY, BEVERAGE GLASSWARE, ORNAMENTS AND STATUETTES OF POR-CELAIN AND EARTHENWARE; PORTABLE BABY BATH TUBS; BASKETS, FOR DOMESTIC USE NOT OF METAL; MUGS; NON-ELECTRIC FOOD BLENDERS; IRONING BOARDS; BOOT JACKS; STOPPERS FOR BOTTLES MADE OF/FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA AND PORCELAIN; BOTTLES SOLD EMPTY; BOWLS; IRON KETTLES; SALAD BOWLS; NON-ELECTRIC WHISKS; RICE CHESTS; COLANDERS; HOUSEHOLD UTENSILS, NAMELY, STRAINERS; COOKING FUNNELS; FOOD PRESERVING JARS OF GLASS; COOKING GRATERS; CHOPSTICK CASES; ROLLING PINS FOR COOKING PURPOSES; LEMON SQUEEZERS IN THE NATURE OF CITRUS JUICERS; SHOE BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; BOXES OF METAL FOR DISPENSING PAPER TOWELS; MOUSE TRAPS; FLY SWATTERS; CANDLE EXTIN-GUISHERS NOT OF PRECIOUS METAL; FLOWER VASES; UPRIGHT SIGNBOARDS OF GLASS OR CERAMICS; COOKING SETS FOR OUTDOOR USE CONSISTING OF TIN CANS, TIN PANS, TIN POTS AND TIN PLATES; SOAP BOXES; BREAD BOARDS; BUCKETS; MEAL TRAYS, SERVING TRAYS; CAKE MOULDS; WAFFLE MOULDS, CANDLE RINGS; CANDLESTICKS; CANDY BOXES; COMB CASES; CHINA ORNAMENTS; CHINAWARE, NAMELY, ORNAMENTS AND STATUETTES OF CHINA; CHOPSTICKS IN THE NATURE OF COOKING UTENSILS; CLOTHES DRYING RACKS; CLOTHING STRETCHERS; CLOTHS FOR CLEANING; COCKTAIL STIRRERS; COFFEE FILTERS NOT OF PAPER BEING PART OF NON-ELECTRIC COFFEE MAKERS; NON-ELECTRICAL AND HAND-OPERATED COFFEE GRINDERS; COFFEE SERVICES; ELECTRIC HAIR COMBS; PASTRY BAGS; COOKERY MOULDS; COOKING POTS; ICE PAILS; PORTABLE COOLERS; CORKSCREWS; BOTTLES SOLD EMPTY; PLASTIC WATER BOTTLES SOLD EMPTY; BOTTLE OPENERS; DISHES; PLATES NOT OF PRECIOUS METAL; CHAMPAGNE BUCKETS; SHOWER CAD-DIES, NOT OF PRECIOUS METAL; HAIR BRUSHES; BRUSHES FOR CLOTHES; PLASTIC COASTERS; COFFEE CUPS; ALL PURPOSE HOUSEHOLD CONTAINERS; DRINKING GLASSES; DEMITASSE SETS CONSISTING OF CUPS AND SAUCERS; THERMAL INSU-LATED CONTAINERS FOR FOOD OR BEVERAGES; CORN COB HOLDERS; DECANTERS; SUGAR BOWL AND CREAMER PITCHERS SOLD AS A SET; DRINKING CUPS FOR IN-FANTS; PAPER CUPS; NON-METAL PIGGY BANKS; PLASTIC CUPS; TOOTHBRUSH CASES; SERVING UTENSILS, NAMELY, PIE SERVERS, CAKE TURNERS, SPATULAS, SCRAPERS AND CAKE SERVERS; COVERS FOR DISHES; COVERS FOR FLOWER POTS; CROCKERY, NAMELY, POTS, DISHES, DRINKING CUPS AND SAUCERS, BOWLS, SERVING BOWLS AND TRAYS; CUPS; DECANTERS; NON-ELECTRIC DEEP FRYERS; DISHES FOR SOAP; SOAP DISPENSERS; CLOTHES DRYING RACKS AND DISH DRYING RACKS FOR WASHING; DUSTBINS; EGG CUPS; FEEDING TROUGHS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; GOBLETS; GRATERS; NON-ELECTRIC GRIDDLES; HEAT-INSULATED CONTAINERS FOR FOOD OR BEVERAGES; HEATERS FOR FEEDING BOTTLES, NON-ELECTRIC; HOLDERS FOR FLOWERS AND PLANTS; ICE BUCKETS; ICE CUBE MOULDS; BEER MUGS, JUGS; KNIFE RESTS; KNOBS OF PORCELAIN; LAZY

**Reg. No. 4,200,545**   SUSANS; LIQUEUR SETS COMPRISED OF CONTAINERS FOR ICE, GOBLETS, AND BEVERAGE GLASSWARE; LUNCH BOXES; MENU CARD HOLDERS; MESS-TINS; MIXING SPOONS; MOPS; NAPKIN HOLDERS; NAPKIN RINGS; NOZZLES FOR WATERING CANS; PADS FOR CLEANING; PANS; PAPER PLATES; PASTRY CUTTERS; PEPPER MILLS; PERFUMERY SPRAYERS SOLD EMPTY; PERFUME VAPORIZERS SOLD EMPTY; PICNIC BASKETS SOLD EMPTY; NON-METAL PIGGY BANKS; POT LIDS; POTS; SALT SHAKERS; PEPPER SHAKERS; SAUCEPANS; SAUCERS; SCOOPS; SCOURING PADS; SHAVING BRUSHES; SHIRT STRETCHERS; SHOE TREES; SOAP HOLDERS; SOUP BOWLS; SPICE SETS COMPRISED OF SPICE RACKS AND HAND-OPERATED SPICE GRINDERS; SPONGE HOLDERS; SPONGES FOR HOUSEHOLD PURPOSES; STANDS FOR SHAVING BRUSHES; STATUES OF PORCELAIN, TERRACOTTA OR GLASS; STATUETTES OF PORCELAIN, TERRA-COTTA OR GLASS; SYRINGES FOR WATERING FLOWERS AND PLANTS; TANKARDS; TEA STRAINERS; TEA CADDIES; COFFEE CADDIES; TEA INFUSERS; TEA SERVICES; TEAPOTS; TOILET BRUSHES; TOILET PAPER HOLDERS; TOILET SPONGES; TOOTHBRUSHES; TOOTHBRUSHES, ELECTRIC; TOOTHPICK HOLDERS, NOT OF PRE-CIOUS METAL; TOOTHPICKS; NAIL BRUSHES; LITTER TRAYS; TRIVETS; NON-ELECTRIC TROUSER PRESSES; TROUSER STRETCHERS; VACUUM BOTTLES; WAFFLE AND PANCAKE IRONS, NON-ELECTRIC; COOKERY AND BAKING IRONS, NON-ELECTRIC; WASHING BOARDS; RINSING TUBS; WATERING CANS; WATERING DEVICES, NAMELY, WATERING CANS AND WATERING POTS; POLISHING APPARATUS AND MACHINES FOR HOUSEHOLD PURPOSES, NON-ELECTRIC, NAMELY, FLOOR POLISH APPLICATORS MOUNTABLE ON A MOP HANDLE; WORKS OF ART, OF PORCELAIN, TERRA-COTTA OR GLASS; DECORATIVE ORNAMENTS FOR WINDOW OR DOORS MADE OF/FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA OR PORCELAIN; MOUSE TRAPS; CONTAINERS FOR AROMATICS AND FRAGRANCES, NAMELY, POT-POURRI DISHES; REFRIGERATING BOTTLES SOLD EMPTY; BOXES OF GLASS; BROOMS; BUTTER DISHES; BUTTER DISH COVERS; CHEESE-DISH COVERS; CANDY BOXES, NOT OF PRECIOUS METAL; CLOTHES-PEGS; NON-ELECTRIC PORTABLE COLD BOXES IN THE NATURE OF THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; COOKIE JARS; NON-ELECTRIC COOKING UTENSILS, NAMELY, GRILL COVERS, WIRE BASKETS, SPATULAS; EYEBROW BRUSHES; FRYING PANS; GARDENING GLOVES; POWDER PUFFS; SALT AND PEPPER SHAKERS; COOKIE CUTTERS; CRUETS, CRUET STANDS; DUSTERS; COCKTAIL SHAKERS; POWDER COMPACTS, NOT OF PRECIOUS METAL; PILL OR TABLET BOXES FOR PERSONAL USE; TISSUE PAPER BOX COVERS OF WOOD, OR PLASTIC; STANDS FOR TOOTH BRUSHES; FLOSS FOR DENTAL PUR-POSES; HANDLES FOR DENTAL FLOSS; HOUSEHOLD CONTAINERS OF PRECIOUS METAL; HOUSEHOLD UTENSILS OF PRECIOUS METAL, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COFFEE SERVICES OF PRECIOUS METAL; COFFEE-POTS, NON-ELECTRIC, OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METAL; NAPKIN HOLDERS AND RINGS OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METALS; POWDER COMPACTS OF PRECIOUS METAL; OVEN MITTS; PILL CASES OF WOOD AND PLASTIC FOR PERSONAL USE; BARBECUE MITTS; POT HOLDERS; PORCELAIN OR EARTHENWARE DOORKNOBS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50). .

FOR: BED AND TABLE COVERS OF TEXTILE; HANDKERCHIEFS; NAPKINS OF TEXTILE; BANNERS OF TEXTILE; BATH LINEN; BED LINEN; BEDSPREADS; BED BLANKETS; COTTON CLOTH, FELT CLOTH; COVERS FOR CUSHIONS; DOOR CURTAINS; TOWELS; FLAGS OF TEXTILE; TOILET GLOVES; HOUSEHOLD LINEN; CLOTH LABELS; CLOTH NAPKINS FOR REMOVING MAKE-UP; MATTRESS COVERS; WASHING MITTS; MOSQUITO NETS; CURTAINS; PILLOWCASES; PLASTIC MATERIAL, NAMELY, SYNTHETIC FIBER FABRICS; QUILTS; TRAVELLING RUGS; TEXTILE SHEETS IN THE NATURE OF FLAT BED SHEETS AND FITTED BED SHEETS; SHROUDS; SILK FABRICS; TABLE LINEN; TABLE MATS NOT OF PAPER; TAPESTRIES OF TEXTILE; UPHOLSTERY FABRICS; WALL HANGINGS OF TEXTILE; BEDDING, NAMELY, BED SHEETS, BED LINEN, BED SPREADS; TEXTILE COVERS FOR NAPKIN OR TISSUE HOLDERS; CURTAIN HOLDERS OR TIE-BACKS OF TEXTILE; COTTON FABRICS; COVERLETS IN THE NATURE OF BEDSPREADS; FABRICS FOR TEXTILE USE; FACE TOWELS OF TEXTILE; FELT; FRIEZE; HEMP FABRIC;

**Reg. No. 4,200,545**    VELVET; WOOLEN CLOTH; TISSUE PAPER BOX COVERS OF TEXTILE; COVERS OF FABRIC FOR DOOR KNOBS; FABRIC TABLE RUNNERS; KITCHEN LINENS, NAMELY, DISH TOWELS FOR DRYING, KITCHEN TOWELS, FABRIC PLACE MATS, WASHING MITTS, FABRIC TABLE RUNNERS, CLOTH COASTERS; BATH TOWELS; PLACE MATS OF LINEN; UNFITTED COVERINGS OF TEXTILE AND OF PLASTIC FOR FURNITURE; SHOWER CURTAINS; COTTON, POLYESTER AND/OR NYLON FABRIC, FABRIC OF IMITATION ANIMAL SKINS; GOLF TOWELS; DAMASK; ELASTIC WOVEN FABRICS FOR CLOTHING; SILK FABRICS FOR PRINTING PATTERNS; PRINTERS' BLANKETS OF TEXTILE; OILCLOTH FOR USE AS TABLECLOTHS; LINGERIE FABRIC; JERSEY FABRIC; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOON; LININGS AND SHEETS OF TEXTILE FOR HOUSEHOLD PURPOSES, NAMELY, CURTAIN LINERS, IN CLASS 24 (U.S. CLS. 42 AND 50). .

FOR: FOOTWEAR, APRONS; SWIMWEAR, SWIMSUITS, BATHING SUITS; GLOVES; MITTENS; BELTS; BABIES CLOTHING, NAMELY, PAJAMAS, JACKETS, SHIRTS, JUMPERS; BABIES' NAPKINS OF TEXTILES IN THE NATURE OF CLOTH DIAPERS; BIBS, NOT OF PAPER; UNDERCLOTHING; SLEEP WEAR AND PAJAMAS; BATH ROBES; SUSPENDERS; HATS, CAPS, SUN VISORS, BERETS; BATHING AND SHOWER CAPS; MUFFS; EAR MUFFS; NECKWEAR, NECK TIES, CRAVATS, BOW TIES; SOCKS AND STOCKINGS, PANTYHOSE; GARTER BELTS, STOCKING AND PANT HOSE SUSPENDERS; SHOES, SPORT SHOES, SLIPPERS, BEACH SHOES; MASQUERADE COSTUMES; WORKING SLEEVES IN THE NATURE OF SUN SLEEVES; BANDANAS IN THE NATURE OF NECKERCHIEFS; BATH SANDALS; BATH SLIPPERS; SKI BOOTS; BOOTS; BRACES FOR CLOTHING IN THE NATURE OF SUSPENDERS; BRASSIERES; BREECHES FOR WEAR; CAMISOLES; COATS; CUFFS; FUR STOLES; HEADBANDS; JACKETS; JERSEYS; JUMPERS; OVERCOATS; PANTS; PARKAS; PULLOVERS; SANDALS; SCARVES; SHAWLS; SHIRTS; UNDERWEAR; SMOCKS; SPATS; BOOTS FOR SPORTS; SPORTS JERSEYS; SUITS; TROUSERS; UNIFORMS; WET SUITS FOR WATER SKIING; WRISTBANDS; GYMNASTICS SHOES; CLOTHING FOR GYMNASTICS, NAMELY, LEOTARDS, TIGHTS, T-SHIRTS; SASHES FOR WEAR; JOGGING SUITS; TROUSERS; JEANS; PANTS; TANK TOPS; SKIRTS; BLOUSES; SNOW SUITS; ROBES; SNEAKERS; BOOTIES; SLIPPER SOCKS; CLOAKS; CLOTH BIBS; CHAPS; BEACH COVER-UPS; DRESSES; JACKETS; LEOTARDS; OVERALLS; PONCHOS; RAINWEAR; SHORTS; SWEATERS; SWEATSHIRTS; BABIES' PANTS; WELTS FOR BOOTS; CLOTHING OF IMITATIONS OF LEATHER, NAMELY, COATS; CLOTHING OF LEATHER, NAMELY, SHIRTS, PANTS, COATS, DRESSES; COLLAR PROTECTORS; COLLARS; DETACHABLE COLLARS; CORSETS; CYCLISTS CLOTHING, NAMELY, CYCLING SHORTS AND JERSEYS; FOOTBALL BOOTS; FOOTBALL SHOES; PAPER CLOTHING, NAMELY, PAPER APRONS, PAPER HATS, PAPER SHOES USED WHEN GOING THROUGH METAL DETECTORS TO KEEP FEET AND SOCKS CLEAN; POCKETS FOR CLOTHING; READY-MADE LININGS AS PARTS OF CLOTHING; SARIS; SKULL CAPS; SPORTS SHOES; SWEAT-ABSORBENT UNDERCLOTHING; TEDDIES; WOODEN SHOES; VESTS; UNIFORMS; UNDERPANTS; TOP HATS; TOGAS, NON-SLIP SOLES FOR BOOTS AND SHOES; MOTORISTS' CLOTHING, NAMELY, GLOVES, JACKETS, RAIN SUITS; LEGGINGS; HOODS; HEELS; HEEL PIECES FOR BOOTS AND SHOES; HALF-BOOTS; GYMNASTIC SHOES; GALOSHES; GARTERS; FURS AS CLOTHING, NAMELY, CLOAKS, COATS, JACKETS, MUFFS, AND STOLES; HOODED SWEATSHIRTS; FLEECE SHIRTS; LOUNGEWEAR, LONG SLEEVE TOPS; ZIP THROUGH TOPS; JOGGING PANTS; FLEECE TOPS; KNIT FLEECE HATS; FASHION HEADGEAR, NAMELY, HEADBANDS; FLIP FLOPS; PLUSH SLIPPERS; PLUSH NOVELTY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39). .

FOR: CARPETS, RUGS, MATS AND MATTING, NAMELY, DOOR MATS, FLOOR MATS; LINOLEUM AND COVERINGS FOR COVERING EXISTING FLOORS; NON-TEXTILE WALL HANGINGS; AUTOMOBILE CARPETS; BATH MATS; FLOOR COVERINGS; DOOR MATS; GYMNASTIC MATS; GYMNASIUM MATS; VINYL FLOOR COVERINGS; WALLPAPER, WALL PAPER OF VINYL [, WALL PAPER STENCILS ]; PLAY MATS, NAMELY, FOAM MATS FOR USE ON PLAY AREA SURFACES; CHILDREN'S PRINTED ACTIVITY RUGS; BEACH MATS; TAPESTRY IN THE NATURE OF WALL HANGINGS, NOT OF TEXTILE;

**Reg. No. 4,200,545**   REED MATS; NONSLIP BATH TUB MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGHURT; EDIBLE OILS AND FATS; BOUILLON; BOUILLON CONCENTRATES; BROTH; BROTH CONCENTRATES; BUTTER; CAVIAR; CHEESE, CHEESE SNACKS, NAMELY, COTTAGE CHEESE, CHEESE SPREADS; CHEESE IN THE FORM OF DIPS, SPREADS AND STICKS; DAIRY PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; DAIRY PUDDINGS; FROSTED FRUITS; FROZEN FRUITS; PROCESSED AND DRIED FRUITS; VEGETABLE AND FRUIT JUICES FOR COOKING; FRUIT CHIPS; PROCESSED AND DRIED VEGETABLES; MARGARINE; MARMALADE; MEAT JELLIES; MEAT TINNED; BEVERAGES CONSISTING PRINCIPALLY OF MILK; SOYBEAN-BASED FOOD BEVERAGE USED AS A MILK SUBSTITUTE; MILK SHAKES; DAIRY PRODUCTS FOR MAKING MILK SHAKES, NAMELY, MILK; PRESERVED MUSHROOMS; PRESERVED ONIONS, PRESERVED OLIVES; GHERKIN; PREPARED NUTS; GINGER JAM; PASTES OF LIVER; PATE OF LIVER; COCOA BUTTER FOR FOOD PURPOSES; AND PEANUT BUTTER; PEANUTS, PROCESSED; LENTILS, PRESERVED; PEAS, PRESERVED; FRUIT PEEL; POTATO CHIPS; POTATO CRISPS; POTATO FRITTERS; SALADS EXCEPT MACARONI, RICE, AND PASTA SALAD; SAUERKRAUT; SAUSAGES; SESAME OIL; PREPARATIONS FOR MAKING SOUP; SOUPS; TOFU; VEGETABLE SALADS; VEGETABLE SOUP PREPARATIONS; WHIPPED CREAM; YOGHURT; PROCESSED, EDIBLE SEAWEED; PROCESSED, DRIED AND PRESERVED MEAT, FISH, POULTRY AND GAME; BACON; PREPARATIONS FOR MAKING BOUILLON; CHOCOLATE NUT BUTTER; CHARCUTERIE; HAM; CRYSTALLIZED FRUITS; FISH, TINNED; FRUIT JELLIES; FRUIT SALADS; MAIZE OIL; OLIVE OIL FOR FOOD; RAISINS; TOMATO PUREE; TINNED FRUITS AND VEGETABLES; SEAFOOD NOT LIVE; PROCESSED AND PRESERVED SEAFOOD; SEAFOOD, TINNED; PICKLES, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; FLOUR; ICES; HONEY, TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES AS CONDIMENTS; SPICES; ICE; BREAKFAST CEREAL; BISCUITS; CAKE POWDER IN THE NATURE OF CAKE MIXES; EDIBLE DECORATIONS FOR CAKES; CAKE PREPARATIONS, NAMELY, FROSTING, ICING, CANDY DECORATIONS, AND CAKE MIXES; MALT FOR FOOD; SOYBEAN MALT EXTRACT FOR FOOD; MALT BISCUITS; RICE CAKES; SWEETS AND CANDIES; SUGAR CONFECTIONERY, CANDY BARS, CANDY MINTS; CHOCOLATE CONFECTIONERY; CHOCOLATE; CHOCOLATE-BASED BEVERAGES WITH MILK; CHOCOLATE-BASED BEVERAGES; CONFECTIONERY DECORATIONS FOR CHRISTMAS TREES; COFFEE-BASED BEVERAGES; COFFEE BEVERAGES WITH MILK; COFFEE FLAVORINGS, NAMELY, COFFEE FLAVORED SYRUPS USED IN MAKING FOOD BEVERAGES; MIXTURES AND PREPARATIONS FOR USE AS SUBSTITUTES FOR COFFEE, NAMELY, COFFEE ESSENCES AND EXTRACTS FOR USE AS SUBSTITUTES FOR COFFEE, ARTIFICIAL COFFEE OR VEGETABLE PREPARATIONS FOR USE AS COFFEE; COFFEE AND COFFEE-BASED BEVERAGES; TEA, NAMELY, GINSENG TEA, BLACK TEA, OOLONG TEA, BARLEY AND BARLEY-LEAF TEA; COOKIES; POPCORN; FLAVOURED POPCORN; CORN FLAKES; CONFECTIONERY CHIPS FOR BAKING; ICE-CREAM; CURRY; CAPERS; CUSTARD; CUSTARD MIXES AND POWDER; CEREAL FLAKES; FLAVOURINGS, OTHER THAN ESSENTIAL OILS; CONFECTIONERY ICES; FRUIT JELLY CONFECTIONERY IN THE NATURE OF FRUIT JELLY CANDY; GINGERBREAD; CHOCOLATE SYRUP; KETCHUP; LIQUORICE; NON-MEDICATED LOZENGES; MEAT PIES; MEAT TENDERIZERS FOR HOUSEHOLD PURPOSES; PANCAKES; PASTILLES; PASTRIES; PATE; CORN CHIPS; TORTILLAS; PEPPER; PIZZAS; PUDDINGS; RAVIOLI; ROYAL JELLY FOR HUMAN CONSUMPTION NOT FOR MEDICAL PURPOSES; THICKENING AGENTS FOR COOKING FOODSTUFFS; WASABI PASTE; SOY SAUCE; PASTAS, NOODLES AND VERMICELLI; SUSHI; VANILLA; WAFFLES; FROZEN YOGHURT; PRETZELS; ALMOND CONFECTIONERY, NAMELY, ALMOND PASTE AND ALMOND CAKE; AROMATIC PREPARATIONS FOR FOOD, NAMELY, EXTRACTS USED AS FLAVORING; STARCH-BASED BINDING

**Reg. No. 4,200,545**  AGENTS FOR ICE CREAM; BREAD ROLLS; CAKES; CARAMELS; CHEWING GUM, NOT FOR MEDICAL PURPOSES; CORN MEAL; CRACKERS; CRISP BREAD SNACKS; FLOUR BASED SAVORY SNACKS; CEREAL BASED SNACK FOODS; EDIBLE ICES; GOLDEN SYRUP; ICE, NATURAL OR ARTIFICIAL; MACARONI; MARZIPAN; MAYONNAISE; OATMEAL; PEPPERS AS SEASONINGS; PIES; RUSKS; COOKING SALT; SANDWICHES; TOMATO SAUCE; SEASONINGS; SHERBETS; SPAGHETTI; SWEETMEATS; TARTS; WHEAT FLOUR; SALAD DRESSINGS; MEAT GRAVIES; FRUIT SAUCES EXCLUDING CRANBERRY SAUCE AND APPLESAUCE; CONES FOR ICE CREAM; DESSERT PUDDINGS, IN CLASS 30 (U.S. CL. 46) .

FOR: BEERS; MINERAL AND AERATED WATERS, FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES, NAMELY, SYRUP SUBSTITUTES FOR MAKING BEVERAGES; ALES; ALCOHOLIC AND NON-ALCOHOLIC BEERS; NON-ALCOHOLIC FRUIT DRINKS; NON-ALCOHOLIC FRUIT JUICES; NON-AL-COHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; NON-ALCO-HOLIC WINES; PINEAPPLE JUICE BEVERAGES; APERITIVES, NON-ALCOHOLIC; COCKTAILS, NON-ALCOHOLIC; ENERGY DRINKS; NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES; SYRUP FOR MAKING FRUIT JUICES AND FRUIT DRINKS; FRUIT NECTARS, NON-ALCOHOLIC; WHEY BEVERAGES; EXTRACTS OF HOPS FOR MAKING BEER; NON-ALCOHOLIC HONEY-BASED BEVERAGES; GINGER BEERS; ISO-TONIC BEVERAGES; ICED FRUIT BEVERAGES; DRINKING WATER; VEGETABLE JUICES; COLA BEVERAGES; KVASS; SPRING WATER; LITHIA WATER; PREPARATIONS FOR MAKING LIQUEURS; NAMELY, ESSENCES USED IN THE PREPARATION OF LIQUEURS; LEMONADES; MILK OF ALMONDS; PEANUT MILK; MALT BEER; MALT-BASED PRE-PARATIONS FOR MAKING BEVERAGES, NAMELY, MALT SYRUP; ALMOND BEVERAGES; FLAVOURED WATERS; BEER WORT; FROZEN FRUIT BEVERAGES; LAGERS; PASTILLES FOR EFFERVESCING BEVERAGES; TABLE WATERS; BOTTLED WATER; GRAPE JUICE; MUST; SARSAPARILLA; SELTZER WATER; SHANDY; CIDER, NON-ALCOHOLIC; SODA WATER; SORBETS IN THE FORM OF BEVERAGES; STOUT; SPORTS DRINKS; EXTRACTS FOR MAKING BEVERAGES, NAMELY, EXTRACTS OF HOPS AND MALT FOR MAKING BEER; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVER-AGES; VEGETABLE JUICE; SOFT DRINKS; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48). .

FOR: ALCOHOLIC BEVERAGES EXCEPT BEERS; DISTILLED SPIRITS OF RICE; APERITIFS; ALCOHOLIC BEVERAGES CONTAINING FRUIT; ALCOHOLIC EXTRACTS; ALCOHOLIC FRUIT EXTRACTS; DISTILLED SPIRITS; ALCOHOL ESSENCES; BRANDY; HARD CIDER; MEAD; PREPARED ALCOHOLIC COCKTAIL; LIQUEURS; SAKE; RAKI; SPIRITS; VODKA; WHISKY; RUM; GIN; WINE; COOKING WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: TOBACCO; MATCHES; ASHTRAYS; CIGARETTE PAPER; CIGAR CASES; CIGARETTE CASES; CIGAR CUTTERS; CIGAR HOLDERS; CIGARETTE FILTERS; MOUTHPIECES FOR CIGARETTE HOLDERS; CIGARETTE HOLDERS; CIGARETTE TIPS; CIGARETTES; CIGAR-ETTES CONTAINING TOBACCO SUBSTITUTES; CIGARILLOS; CIGARS; LIGHTERS FOR SMOKERS; MATCH BOXES; MATCH HOLDERS; MATCHES; PIPE CLEANSERS FOR TO-BACCO PIPES AND SMOKING PIPES; PIPE RACKS FOR SMOKING PIPES; TOBACCO PIPES; TOBACCO POUCHES; SNUFFBOXES; TOBACCO JARS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS; WHOLESALE STORE SERVICES, RETAIL STORE SERVICES, AND MAIL ORDER CATALOG SERVICES FEATURING GAMES FOR MOBILE DEVICES, GAMES FOR PERSONAL COMPUTERS, GAMES FOR CONSOLES, GAMES FOR TABLETS, ELECTRONIC GAME PROGRAMS, DOWNLOADABLE ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME SOFTWARE, COMPUTER GAME PROGRAMS, DOWNLOADABLE COMPUTER GAME PROGRAMS, INTERACTIVE GAME PROGRAMS, INTERACTIVE GAME SOFTWARE, PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, MOUSE PADS, PARTY FAVOURS AND FESTIVE DECORATIONS AND

**Reg. No. 4,200,545** ORNAMENTS, GIFTS, SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LO-
TIONS, HAIR CARE PRODUCTS, TOILETRIES, DENTIFRICES, PERSONAL HYGIENE
PRODUCTS, CLEANING, POLISHING AND ABRASIVE PREPARATIONS, SUBSTANCES
FOR LAUNDRY USE, MANICURE TOOLS, NAIL CARE PREPARATIONS, NAIL POLISH,
NAIL VARNISH, FALSE NAILS, DIETETIC SUBSTANCES, FOOD FOR BABIES, SANITARY
PREPARATIONS, CANDLES, WICKS, SPILLS FOR LIGHTING, GREASES, LUBRICANTS,
OILS FOR PAINTS, CUTLERY, CROCKERY, MANICURE SETS, SHAVING INSTRUMENTS,
RAZORS, MACHINES AND MACHINE TOOLS FOR KITCHEN OR HOUSEHOLD PURPOSES,
HAND-HELD TOOLS, FILMS, CAMERAS, PHOTO DISCS, VIDEO RECORDERS, AUDIO
AND VIDEO TAPES, RECORDS AND DISCS, INSTRUMENTS AND APPARATUS FOR THE
RECORDING, TRANSMITTING AND/OR REPRODUCTION OF SOUNDS AND/OR IMAGES,
TELEVISIONS, CASSETTE TAPE PLAYERS AND/OR RECORDERS, VIDEO CASSETTE
AND/OR DISC PLAYERS AND/OR RECORDERS, RADIOS, TELEPHONES, WIRELESS
PHONES, MOBILE PHONES, MOBILE PHONE CASES, DECORATIONS AND STRAPS FOR
PHONES, CALL INDICATORS, CALCULATING MACHINES, CALCULATORS, ELECTRONIC
AND COMPUTER GAMES, CINEMATOGRAPHIC FILMS, LIGHTS, FANS, COOKING
UTENSILS, CAKE AND PASTRY MOULDS, TOASTERS, OVENS, KITCHEN UTENSILS,
UTENSILS AND CONTAINERS FOR SERVING OR STORING FOOD AND/OR BEVERAGES,
CHOP STICKS, CUTTING INSTRUMENTS, PORCELAIN, CHINAWARE, CRYSTAL WARE,
ENAMELWARE, SILVERWARE, GLASSWARE, TERRA-COTTA WARE, EARTHENWARE,
CERAMICS, HAIR DRYERS, LAMPS, LAMP SHADES AND PARTS AND FITTINGS
THEREFOR, BABY CARRIAGES, BALLOONS, BICYCLE HORNS, CLOCKS AND WATCHES
AND ACCESSORIES AND PARTS AND FITTINGS THEREFOR, JEWELLERY AND IMITA-
TION JEWELLERY, ORNAMENTS, GOODS OF PRECIOUS METAL OR COATED THERE-
WITH, MUSIC BOXES, MUSICAL INSTRUMENTS, PICTURES, PHOTOGRAPHS, STATION-
ERY, PAPER AND CARDBOARD AND GOODS MADE FROM THESE MATERIALS, ARTISTS
MATERIALS, PAINT BRUSHES, WRITING INSTRUMENTS, PRINTED MATTER, BOOKS,
NEWSPAPERS, MAGAZINES AND PERIODICALS, GREETING AND CHRISTMAS CARDS,
PLAYING CARDS, PACKING AND PACKAGING MATERIALS, PICTURE FRAMES AND
STANDS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, GOODS MADE
OF LEATHER AND/OR IMITATIONS OF LEATHER, BAGS AND LUGGAGE, PURSES AND
WALLETS, UMBRELLAS, WALKING STICKS, FURNITURE, MIRRORS, COAT HANGERS
AND PEGS, BOXES AND CONTAINERS, NAME PLATES, SMALL HOUSEHOLD FITTINGS,
HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, COMBS, SPONGES, BRUSHES,
ARTICLES FOR CLEANING PURPOSES, SPECTACLES, SPECTACLE FRAMES AND
SUNGLASSES AND CASES AND ACCESSORIES THEREFOR, TEXTILE AND TEXTILE
GOODS, BEDDING, AND TABLE LINENS AND COVERS, NAPKINS, TABLE MATS, FUR-
NITURE, HABERDASHERY, HANDKERCHIEVES, ARTICLES OF CHILDREN, WOMEN
AND MEN'S CLOTHING, FOOTWEAR, HEADGEAR AND GLOVES, BUTTONS, BADGES,
RIBBONS AND BRAID, LACE AND EMBROIDERY, HAIR PINS AND ORNAMENTS,
BRACES, SHOE ORNAMENTS, HAT ORNAMENTS, ZIPPER AND ZIPPER FASTENERS,
CARPETS, RUGS AND MATS, TOYS, GAMES AND PLAYTHINGS, DOLLS, PLUSH TOYS,
SOFT DOLLS, FIGURINES, SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS
TREES, FOOD AND BEVERAGES, CONFECTIONERY, FLORAL PRODUCTS, MATCHES,
CIGARS, CIGARETTES AND SMOKERS' ARTICLES; ADVERTISING; ORGANIZATION OF
EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; PUBLICATION OF
PUBLICITY TEXTS; SALES PROMOTION FOR OTHERS; ARRANGING OF FAIRS AND
EXHIBITIONS FOR ADVERTISING PURPOSES; BUSINESS MANAGEMENT OF PERFORM-
ING ARTISTS; IMPORT-EXPORT AGENCIES; COMPILATION OF INFORMATION INTO
COMPUTER DATABASES; DIRECT MAIL ADVERTISING; BUSINESS MANAGEMENT OF
HOTELS; MARKETING RESEARCH; OUTDOOR ADVERTISING; PERSONNEL RECRUIT-
MENT; ADVERTISING AGENCY SERVICES; RADIO ADVERTISING; TELEVISION AD-
VERTISING; ON-LINE ADVERTISING ON A COMPUTER NETWORK; RENTAL OF AD-
VERTISING TIME ON COMMUNICATION MEDIA; OFFICE MACHINES AND EQUIPMENT
RENTAL; VENDING MACHINE RENTAL SERVICES; AUCTIONEERING, IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

**Reg. No. 4,200,545**   FOR: COMPUTERIZED FINANCIAL SERVICES, NAMELY, ELECTRONIC COMMERCE PAYMENT SERVICES, NAMELY, ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; COMPUTERIZED FINANCIAL SERVICES FOR RETAIL BUSINESSES, NAMELY, A MICRO-PAYMENT SYSTEM FOR ONLINE TRANSACTIONS FOR THE PURCHASE OF GOODS AND SERVICES; INFORMATION, ADVISORY AND CONSULTANCY SERVICES RELATING TO FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; AGENCY FOR RENTING OF APARTMENTS; APARTMENT HOUSE MANAGEMENT; BANKING; CAPITAL INVESTMENTS; CHARITABLE FUND RAISING; CREDIT CARD SERVICES; ISSUANCE OF CREDIT CARDS; DEBIT CARD SERVICES; FINANCIAL INFORMATION; FINANCING SERVICES; ISSUE OF TOKENS OF VALUE; ISSUING OF CHEQUES AND TRAVELLERS' CHECKS; LEASING OF REAL ESTATE; REAL ESTATE MANAGEMENT; RENT COLLECTION; RENTAL OF OFFICES; RENTING OF APARTMENTS; RENTING OF FLATS; SAVINGS BANKS; ELECTRONIC FUNDS TRANSFER; REAL ESTATE AGENCIES; TRUSTEESHIP SERVICES; FIRE INSURANCE UNDERWRITING; FUND INVESTMENTS; HEALTH INSURANCE UNDERWRITING; INSURANCE BROKERAGE; INSURANCE UNDERWRITING; LIFE INSURANCE UNDERWRITING; MARINE INSURANCE UNDERWRITING; MUTUAL FUNDS BROKERAGE, DISTRIBUTION, AND INVESTMENT; HOME BANKING; FINANCING OF LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102). .

FOR: TELECOMMUNICATION SERVICES, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND OPTICAL OR WIRELESS NETWORKS; CABLE TELEVISION BROADCASTING; TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; PROVIDING INFORMATION IN THE FIELD OF TELECOMMUNICATIONS, SPECIFICALLY REGARDING COMMUNICATION BY TELEPHONES AND CELLULAR TELEPHONES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; ELECTRONIC MAIL; FACSIMILE TRANSMISSION; RADIO BROADCASTING; SENDING OF TELEGRAMS; TELEPHONE COMMUNICATION SERVICES, VIDEO TELEPHONE SERVICES; TELEVISION BROADCASTING; PAGING SERVICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK; TELECOMMUNICATIONS ROUTING AND JUNCTION SERVICES; ELECTRONIC BULLETIN BOARD SERVICES; TELECONFERENCING SERVICES; COMMUNICATION VIA CONSUMER VIDEO GAME APPARATUS BY DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION VIA CONSUMER VIDEO GAME APPARATUS BY DIGITAL TRANSMISSION OR BY SATELLITE; COMMUNICATION VIA ARCADE VIDEO GAME MACHINES BY DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION VIA ARCADE VIDEO GAME MACHINES BY DIGITAL TRANSMISSION OR BY SATELLITE; COMMUNICATION VIA HANDHELD GAME APPARATUS BY DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION VIA HANDHELD GAME APPARATUS BY DIGITAL TRANSMISSION OR BY SATELLITE; TELECOMMUNICATION SERVICES, OTHER THAN BROADCASTING, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND OPTICAL OR WIRELESS NETWORKS; NEWS AGENCIES, NAMELY, THE TRANSMISSION OF NEWS ITEMS TO NEWS REPORTING ORGANIZATIONS; RENTAL OF TELECOMMUNICATION EQUIPMENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF MODEMS; ELECTRONIC MESSAGE SENDING, MESSAGE SENDING VIA A WEBSITE; SATELLITE TRANSMISSION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK; PROVIDING TEMPORARY HOUSING ACCOMMODATIONS; HOTEL ACCOMMODATION SERVICES AND CATERING SERVICES FOR GUESTS; RESTAURANTS; CAFES; CAFETERIAS; BARS; CANTEENS; CATERING SERVICES; SELF-SERVICE RESTAURANTS; SNACK BARS; COCKTAIL LOUNGES; PROVIDING INFORMATION IN THE FIELD OF PROVISION OF FOOD AND DRINKS; PROVISION OF TEMPORARY ACCOMMODATIONS AND LODGING FACILITIES IN THE NATURE OF HOTELS, MOTELS, AND BOARDING HOUSES; AGENCY SERVICES FOR THE RESERVATION OF TEMPORARY ACCOMMODATIONS AND LODGING FACIL-

**Reg. No. 4,200,545** ITIES IN THE NATURE OF HOTELS, MOTELS, AND BOARDING HOUSES; PROVIDING INFORMATION IN THE FIELD OF TEMPORARY ACCOMMODATIONS FOR TRAVELERS; CHILD CARE CENTERS; DAY-NURSERIES; TOURIST HOMES; BAR SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 3-31-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1091303 DATED 4-15-2011.

OWNER OF U.S. REG. NO. 3,976,576.

SER. NO. 79-102,769, FILED 4-15-2011.



# United States of America
## United States Patent and Trademark Office

# ANGRY BIRDS

**Reg. No. 4,148,716**
**Registered May 29, 2012**

ROVIO ENTERTAINMENT LTD (FINLAND LIMITED LIABILITY COMPANY)
P.O. BOX 65
02151 ESPOO, FINLAND

**Int. Cls.: 9 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: COMPACT DISCS FEATURING GAMES, MUSIC OR VIDEOS, MOUSE PADS, SUNGLASSES, AND MOBILE PHONE ACCESSORIES, NAMELY, MOBILE PHONE STRAPS, CHARMS, CHARGERS, CASES, BATTERY CASES; DIGITAL MUSIC DOWNLOADABLE FROM THE INTERNET, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PROVISION OF PRE-RECORDED, NON-DOWNLOADABLE DIGITAL MUSIC ONLINE BY MEANS OF MP3 WEBSITES ON A GLOBAL COMPUTER NETWORK, THE INTERNET AND VIA WIRELESS ELECTRONIC COMMUNICATION DEVICES; NON-DOWNLOADABLE DIGITAL MUSIC FROM THE INTERNET, VIA WIRELESS ELECTRONIC COMMUNICATION DEVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING NON-DOWNLOADABLE PRE-RECORDED DIGITAL MUSIC PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF FINLAND REG. NO. 249429, DATED 7-15-2010, EXPIRES 7-15-2020.

SER. NO. 85-262,793, FILED 3-9-2011.

FONG HSU, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

### ANGRY BIRDS

**Reg. No. 3,976,576**

**Registered June 14, 2011**

**Int. Cls.: 9, 16, 28 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ROVIO MOBILE OY (FINLAND CORPORATION)
ANNANKATU 31-33C 37
FI-00100 HELSINKI
FINLAND

FOR: VIDEO GAMES FOR MOBILE DEVICES, PERSONAL COMPUTERS, CONSOLES, TABLETS; ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS; INTERACTIVE GAME PROGRAMS; INTERACTIVE GAME SOFTWARE; APPARATUS FOR GAMES ADAPTED FOR USE WITH TELEVISION RECEIVERS; CINEMATOGRAPHIC APPARATUS; PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BOOKLETS AND MANUALS REGARDING VIDEO GAMES; BOOKS IN THE FIELD OF VIDEO GAMES; CALENDARS, CHILDREN'S BOOKS, COMIC BOOKS, ADDRESS BOOKS, COLORING BOOKS AND ACTIVITY BOOKS; BOOK COVERS; BOOKMARKS; ERASERS, GIFT WRAPPING PAPER, GIFT BOXES MADE OF CARDBOARD, INVITATION CARDS, MAGAZINES REGARDING GAMES, MEMO PADS, NOTE PADS, NOTEBOOKS; PAPER NAPKINS, PAPER PARTY HATS AND PARTY DECORATIONS MADE OF PAPER, PAPERBACK BOOKS, PENCIL SHARPENERS, PENS AND CRAYONS, PICTURE STORY-BOOKS, PLAYING CARDS, POSTERS, POSTCARDS, RING BINDERS, RUBBER STAMPS, SCRATCH PADS, PAPER STAPLERS, STATIONERY, STATIONERY-TYPE PORTFOLIOS AND FOLDERS, STICKER ALBUMS, STICKERS, TRADING CARDS; GENERAL PURPOSE PLASTIC BAGS; PAPER DISHES; PROTECTIVE COVERS FOR NOTEBOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BOARD GAMES; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HAND HELD UNITS FOR PLAYING VIDEO GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GAME CARDS; NON ELECTRIC HAND-HELD SKILL GAMES, SOFT DOLLS, NOT FOR ANIMALS; PUZZLES; TOY ACTION FIGURES, NOT FOR ANIMALS; BALLOONS AND YO-YOS; PLUSH TOYS, NOT FOR ANIMALS; CHRISTMAS TREE DECORATIONS; TOY FIGURES ATTACH-ABLE TO PENCILS; PLUSH TOYS THAT CONNECT TO BELTS BY A HOOK; NON-ARTIC-ULATED PVC FIGURES; AND RUBBER BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: PROVIDING A WEB SITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELDS OF ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME PRODUCTS, AND ELECTRONIC GAME PROGRAMS AND PRODUCTS; TELEVISION PROGRAMS IN THE FIELD OF ENTERTAINMENT; ORGANIZING SPORTING EVENTS, NAMELY, SWIMMING MEET, SOCCER COMPETITION, BASEBALL COMPETITION, HOCKEY COMPETITION; ENTERTAINMENT SERVICES IN THE NATURE OF CREATION, DEVELOPMENT, AND PRODUCTION OF FILMS, ANIMATION OR ANIMATED FILMS, AND TELEVISION PRO-GRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 3,976,576**  OWNER OF INTERNATIONAL REGISTRATION 1034096 DATED 3-4-2010, EXPIRES 3-4-2020.

SER. NO. 79-080,883, FILED 3-4-2010.

JOHN DALIER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,252,003**

**Registered Dec. 4, 2012**

**Int. Cls.: 3, 14, 18, 20, 21, 24, 25, 27, 28, 29, 30, 32, 33, 34, 35, 36, 38 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



David J. Kappos

Director of the United States Patent and Trademark Office

ROVIO ENTERTAINMENT LTD (FINLAND CORPORATION)
KEILARANTA 17 C
FI-02150 ESPOO
FINLAND

FOR: BLEACHING PREPARATIONS FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; NON-MEDICATED TOILETRIES; PRODUCTS AND PREPARATIONS FOR THE CARE AND CLEANSING OF HAIR AND SKIN; ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE LOTIONS; ANTIPERSPIRANTS FOR PERSON-AL USE; ANTISTATIC PREPARATIONS FOR HOUSEHOLD PURPOSES; AROMATICS, NAMELY, AROMATIC OILS AND POTPOURRIS; QUILLAIA BARK FOR WASHING; BATH SALTS; COSMETIC PREPARATIONS FOR BATHS; BEAUTY MASKS; BLEACHING SALTS; BLEACHING SODA; BLUING FOR LAUNDRY; COLOR-BRIGHTENING CHEMICALS FOR HOUSEHOLD PURPOSES, NAMELY, LAUNDRY; PAINT REMOVING PREPARATIONS; COSMETIC KITS COMPRISED OF COSMETICS; COSMETIC PREPARATIONS FOR SLIM-MING PURPOSES; COSMETICS FOR ANIMALS; COTTON STICKS FOR COSMETIC PUR-POSES; COTTON WOOL FOR COSMETIC PURPOSES; COSMETIC CREAMS; SKIN WHITENING CREAMS; CREAMS FOR LEATHER; DENTURE POLISHES; PREPARATIONS FOR CLEANING DENTURES; DEODORANTS FOR PERSONAL USE; EAU DE COLOGNE; TOILET WATER; HAIR CREAM, HAIR GEL, SHAMPOOS, HAIR CONDITIONER AND HAIR MOISTENING PREPARATIONS; PERFUMES; LIPSTICKS; SKIN AND FACE CREAMS AND LOTIONS; FALSE NAILS; NAIL POLISHES AND VARNISHES AND THINNERS THEREFOR; SUN BLOCK; CAKE FLAVOURINGS OF ESSENTIAL OILS; CLEANSING MILK FOR TOILET PURPOSES; EYEBROW COSMETICS; EYEBROW PENCILS; FABRIC SOFTENERS FOR LAUNDRY USE; FALSE EYELASHES; FLOOR WAX; HAIR DYES; HAIR SPRAY; LAUNDRY BLEACH; LAUNDRY SOAKING PREPARATIONS; LAUNDRY STARCH; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MAKE-UP POWDER; MAKE-UP PREPARATIONS; MAKE-UP REMOVING PREPARATIONS; MASCARA; MOUTH WASHES, NOT FOR MED-ICAL PURPOSES; NAIL CARE PREPARATIONS; COSMETIC PENCILS; POLISH FOR FURNITURE AND FLOORING; POMADES FOR COSMETIC PURPOSES; POTPOURRIS; PUMICE STONE FOR PERSONAL USE; SAND CLOTH; SANDPAPER; SCENTED WOOD; SHAMPOOS FOR PETS; SHOE CREAM; SHOE POLISH; SHOE WAX; SOAP FOR BRIGHT-ENING TEXTILE; STARCH GLAZE FOR LAUNDRY PURPOSES; SUN-TANNING PREPAR-ATIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; VARNISH-REMOVING PREPARATIONS; DEPILATORY WAX; LAUNDRY WAX; POLISHING WAX; WAXES FOR LEATHER; DEPILATORY PREPARATIONS; PETROLEUM JELLY FOR COSMETIC PUR-

**Reg. No. 4,252,003**   POSES; DECORATIVE DECALS FOR COSMETIC PURPOSES, NAMELY, REMOVABLE TATTOOS FOR COSMETIC PURPOSES; INCENSE; FRAGRANCES; GEL SOAP, BAR SOAP; BUBBLE BATH; SHOWER GEL; TOOTHPASTE; MOUTHWASH; CLEANSING, TONING, MOISTURIZING AND EXFOLIATING PREPARATIONS AND SUBSTANCES FOR THE BODY; BODY CREAM AND LOTION; HAND CREAM AND LOTION; SKIN CLEANSER AND NON-MEDICATED BODY SOAKS; PERFUMED BODY POWDER; BATH OIL; BABY OIL, BABY POWDER, BABY GEL AND BABY LOTION; LIP GLOSS, NON-MEDICATED LIP BALM; SACHETS FOR PERFUMING LINEN; MASSAGE OILS AND LOTIONS; ESSENTIAL OILS FOR AROMATHERAPY USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: PRECIOUS METALS AND THEIR ALLOYS; JEWELLERY, PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; IMITATION JEWELLERY AND ORNAMENTS IN THE NATURE OF JEWELRY; BROOCHES; JEWELRY CHAINS; PENDANTS; NON-MONETARY COINS; CUFFLINKS; EARRINGS; GOLD THREAD JEWELRY; ORNAMENTS OF PRECIOUS METAL; JEWELLERY OBJECTS OF IMITATION GOLD; JEWELLERY CASES; NECKLACES; RINGS; BRACELETS; MEDALS; MEDALLIONS; UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; STATUES AND STATUETTES OF PRECIOUS METAL; TIE CLIPS; CLOCKS, WATCHES AND PARTS AND FITTINGS THEREFOR; WATCH STRAPS, WATCH BANDS, WATCH CHAINS; CASES FOR POCKET WATCHES; CLOCKS AND WATCHES HAVING A GAME FUNCTION; ELECTRIC CLOCKS AND ELECTRIC WATCHES; TABLE CLOCKS; POCKET WATCHES; STOPWATCHES; WALL CLOCKS; ALARM CLOCKS; CHRONOMETERS; ORNAMENTAL PINS, KEY RINGS AND FOBS OF PRECIOUS METAL; KEY CHAINS AND KEY CASES/CARRIERS OF PRECIOUS METAL AND/OR PRECIOUS STONES; BADGES OF PRECIOUS METAL; CASES FOR WATCHES AND CLOCKS; SUN DIALS; DIAMONDS; COSTUME JEWELLERY; SEMI-PRECIOUS STONES; WORKS OF ART OF PRECIOUS METAL; CASES AND BOXES OF PRECIOUS METAL; CHENILLE CUFF LINKS; FIGURINES OF PRECIOUS METAL; TROPHIES OF PRECIOUS METALS; COMMEMORATIVE COINS; INSIGNIAS OF PRECIOUS METAL; BADGES OF PRECIOUS METAL; BONNET PINS OF PRECIOUS METAL; PEARL; ARTIFICIAL GEMSTONES; CHARMS, NAMELY, JEWELRY OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, ANIMAL SKINS, HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, HARNESS AND SADDLERY; BAGS, NAMELY, ATHLETIC BAGS; ALL-PURPOSE CARRYING BAGS THAT MAY BE USED AS BATH TOY BAGS; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS; SHOE BAGS FOR TRAVEL; TOILETRY BAGS SOLD EMPTY; SUIT CARRIERS BEING TRAVELLING BAGS; GARMENT BAGS FOR TRAVEL; WAIST BAGS; ALL-PURPOSE CARRYING BAGS, WEEKEND BAGS; BACKPACKS; RUCKSACKS; KNAPSACKS; PURSES AND WALLETS; SUITCASES; POUCHES OF LEATHER; ATTACHÉ CASES; SHOPPING BAGS MADE OF LEATHER; BANDS OF LEATHER; LEATHER SHOULDER BELTS; CALLING CARD CASES, COLLARS FOR ANIMALS OR PETS; KEY CASES; VANITY CASES SOLD EMPTY; MUZZLES; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE STRAPS; LUGGAGE TAGS, BEACH BAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HAND-BAGS; LEATHER STRAPS; MOUNTAINEERING STICKS; MESH BAGS FOR SHOPPING; SCHOOL BAGS; TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; ANIMAL GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING OF MERCHANDISE; FURNITURE COVERINGS OF LEATHER OR IMITATIONS OF LEATHER, NOT FITTED; HANDBAG FRAMES; SLING BAGS FOR CARRYING INFANTS; WHEELED SHOPPING BAGS; WHEELED BACKPACKS; DUFFEL BAGS AND SUITCASES; CARD HOLDERS AND CASES; CARDBOARD TRUNKS AND CASES; FABRIC OF IMITATION ANIMAL SKINS; CHAIN MESH PURSES, NOT OF PRECIOUS METAL; CLUTCH PURSES; COIN PURSES; COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES, NOT OF PRECIOUS METAL, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**Reg. No. 4,252,003**   FOR: FURNITURE, MIRRORS, PICTURE FRAMES; OFFICE FURNITURE, PHOTOGRAPH FRAMES; DRESSING TABLES; EASY CHAIRS; BEDS AND WATER BEDS, NOT FOR MEDICAL PURPOSES, WOOD AND PLASTIC BEDSTEADS; FURNITURE SCREENS; ARMCHAIRS; BASKETS FOR DOMESTIC USE, NOT OF METAL; BENCHES; BOXES OF WOOD OR PLASTIC; CABINETS; CHESTS FOR TOYS; CORKS; HAIRDRESSER'S CHAIRS, DECK CHAIRS; DESKS; TABLES, DINNER WAGONS; HEADRESTS FOR FURNITURE; DIVANS; LIBRARY SHELVING; LOCKERS; LOCKS OTHER THAN ELECTRIC, NOT OF METAL; RACKS, NAMELY, BOTTLE RACKS, COAT RACKS, DISPLAY RACKS, HAT RACKS, MAGAZINE RACKS, PLANT RACKS, SHOE RACKS, STORAGE RACKS, TOWEL RACKS, WINE RACKS; SAW HORSES; SCHOOL FURNITURE; SEATS; SOFAS; TEA CARTS; UMBRELLA STANDS; COTS; CUPBOARDS; DISPLAY BOARDS; FOOTSTOOLS AND STOOLS; SHELVES; AIR MATTRESSES AND AIR PILLOWS FOR USE WHEN CAMPING; SLEEPING BAGS; BED FITTINGS, NOT OF METAL; CURTAIN HOLDERS, NOT OF TEXTILE; CURTAIN HOOKS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; CURTAIN ROLLERS; CURTAIN TIE-BACKS, NOT OF TEXTILE; CUSHIONS; FIXED TOWEL DISPENSERS NOT OF METAL; MATTRESSES; PILLOWS; NON-METAL CLOTHES HOOKS AND COAT HANGERS; COAT STANDS; HAT STANDS; LADDERS OF WOOD AND PLASTICS; NON-METAL DOOR FITTINGS; EMBROIDERY FRAMES; STATUES OF WOOD, WAX, PLASTER AND PLASTIC; FIRE SCREENS FOR DOMESTIC USE; STORAGE TANKS NOT OF METAL OR MASONRY, FOR FLUID; CONTAINERS OF PLASTIC FOR PACKAGING PURPOSES; METAL-SUBSTITUTE PLASTIC FASTENERS, NAILS, WEDGES, NUTS, SCREWS, TACKS, BOLTS, RIVETS AND CASTERS, ALL NOT OF METAL; DOOR STOPS OF PLASTIC OR WOOD; INFANT WALKERS; PLAYPENS FOR BABIES; SUPPORT PILLOWS FOR USE IN BABY SEATING; DECORATIVE MOBILES; CRADLES; COTS AND CRIBS; HIGH CHAIRS FOR BABIES; FURNITURE CHESTS; WIND CHIMES; NESTING BOXES FOR PETS; BEDS FOR HOUSEHOLD PETS; NESTING BOXES FOR SMALL BIRDS, SCRATCHING POSTS FOR CATS; FLOWER-POT PEDESTALS; FLOWER-STANDS; DECORATIVE EDGING STRIPS OF PLASTICS AND/OR WOOD FOR USE WITH WINDOW FITTINGS; ORNAMENTS AND DECORATIONS FOR WINDOWS OR DOORS MADE OF OR FROM PLASTICS, WAX, WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; STEP LADDERS AND LADDERS NOT OF METAL, TOOL BOXES NOT OF METAL, NON-METAL STAKES FOR PLANTS OR TREES, FLAGPOLES, WORKS OF ART, FIGURINES AND STATUETTES AND SMALL DECORATIONS OR ORNAMENTS OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALE-BONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS, OR OF WAX, PLASTER OR PLASTICS; KEY CARDS NOT ENCODED, OF PLASTIC; BINS, NOT OF METAL; BOTTLE CLOSURES; BOTTLE RACKS; CORKS FOR BOTTLES; HOUSE NUMBERS, NOT OF METAL, NON-LUMINOUS; IDENTITY PLATES, NOT OF METAL; INFLATABLE PUBLICITY OBJECTS; LETTER BOXES NOT OF METAL; MAGAZINE RACKS; PLATE RACKS; CUP RACKS; SIGN-BOARDS OF PLASTIC; TOOL HANDLES NOT OF METAL; UPRIGHT SIGNBOARDS OF WOOD OR PLASTICS, SEALING CLIPS FOR BAGS; INFLATABLE HEADRESTS; DECORATIONS OF PLASTICS FOR FOODSTUFFS OR LUNCH BOXES; KEY RINGS AND KEY CHAINS, NOT OF METAL, MADE OF PLASTIC; HANDHELD FLAT FANS, HAND-HELD FOLDING FANS, FANS NON-ELECTRIC, FOR PERSONAL USE; BAMBOO CURTAINS; BAMBOO BLINDS, BEAD CURTAINS FOR DECORATION; ORIENTAL SINGLE PANEL STANDING PARTITION, ORIENTAL FOLDING PARTITION SCREENS; DRINKING STRAWS; FURNITURE, NAMELY, KEYBOARDS FOR HANGING KEYS; MANNEQUINS; DRAIN TRAP VALVES OF PLASTIC; MEDICINE CABINETS; MATS, REMOVABLE, FOR SINKS; NAME PLATES, NOT OF METAL; NUMBER PLATES, NOT OF METAL; MIRROR TILES; PEGS, NOT OF METAL; PILL CASES MADE OF WOOD, PLASTIC; PLASTIC DOORKNOBS; PORCELAIN OR EARTHENWARE DOORKNOBS; WOOD DOORKNOBS; BEANBAG CHAIRS; LEATHER AND IMITATION LEATHER KEY CHAINS; BATHROOM STOOLS; BED PADS; CRIB BUMPERS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS; COMBS AND SPONGES FOR HOUSEHOLD PURPOSES; BRUSH-MAKING MATERIALS; STEEL WOOL.; UNWORKED

**Reg. No. 4,252,003**   OR SEMI-WORKED GLASS; BEVERAGE GLASSWARE, PORCELAIN AND EARTHENWARE; PORTABLE BABY BATH TUBS; BASKETS, FOR DOMESTIC USE, NOT OF METAL; MUGS; BIRDCAGES; NON-ELECTRIC FOOD BLENDERS; IRONING BOARDS; BOOT JACKS; STOPPERS FOR BOTTLES MADE OF/FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA AND PORCELAIN; BOWLS; IRON KETTLES, NON-ELECTRIC; SALAD BOWLS; WHISKS NON-ELECTRIC; RICE CHESTS; COLANDERS; COOKING STRAINERS; COOKING FUNNELS; FOOD PRESERVING JARS OF GLASS; COOKING GRATERS; CHOPSTICK CASES; ROLLING PINS FOR COOKING PURPOSES; COOKING GRILLS; LEMON SQUEEZERS; TOILET UTENSILS, NAMELY, HOLDERS FOR TOILET PAPER, TOILET BRUSHES, TOILET BRUSH HOLDERS, TOILET PAPER DIS-PENSERS, TOILET ROLL HOLDERS, TOILET TISSUE HOLDERS; SHOE BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; FEEDING VESSELS FOR PETS; BRUSHES FOR PETS; BOXES OF METAL FOR DISPENSING PAPER TOWELS; BIRD BATHS; MOUSE TRAPS; FLY SWATTERS; CANDLE EXTINGUISHERS NOT OF PRECIOUS METAL; FLOWER VASES; UPRIGHT SIGNBOARDS OF GLASS OR CERAMICS; COOKING SETS FOR OUT-DOOR USE CONSISTING OF TIN CANS, TIN PANS, TIN POTS AND TIN PLATES; SOAP BOXES; BREAD BOARDS; BUCKETS; TRAYS FOR DOMESTIC PURPOSES; CAGES FOR HOUSEHOLD PETS; CAKE MOULDS; WAFFLE MOULDS; CANDLE RINGS; CANDLE-STICKS; CANDY BOXES; COMB CASES; CHINA ORNAMENTS; CHINA WARES, NAMELY, COFFEE SETS; CHOPSTICKS; CLOTHES DRYING RACKS; CLOTHING STRETCHERS; CLOTHS FOR CLEANING; COCKTAIL STIRRERS; COFFEE FILTERS, NOT OF PAPER BEING PART OF NON-ELECTRIC COFFEE MAKERS; NON-ELECTRIC COFFEE GRINDERS; COFFEE SERVICES; ELECTRIC HAIR COMBS; COMBS FOR ANIMALS; PASTRY BAGS; COOKERY MOULDS; COOKING POTS; ICE PAILS; PORTABLE COOLERS; CORKSCREWS; BOTTLES SOLD EMPTY; PLASTIC WATER BOTTLES, SOLD EMPTY; BOTTLE OPENERS; DISHES; PLATES NOT OF PRECIOUS METAL; CHAMPAGNE BUCKETS; SHOWER CAD-DIES, NOT OF PRECIOUS METAL; HAIR BRUSHES; BRUSHES FOR CLOTHES; PLASTIC COASTERS; COFFEE CUPS; DRINKING GLASSES; DEMITASSE SETS CONSISTING OF CUPS AND SAUCERS; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; CORN COB HOLDERS; DECANTERS; SUGAR AND CREAMER SETS; INFANT CUPS; PAPER CUPS; NON-METAL PIGGY BANKS; PLASTIC CUPS; TOOTHBRUSH CASES; SERVING UTENSILS, NAMELY, PIE SERVERS, CAKE TURNERS, SPATULAS, SCRAPERS AND CAKE SERVERS; COVERS FOR DISHES; COVERS FOR FLOWER POTS, NOT OF PAPER; CUPS; DECANTERS; NON-ELECTRIC DEEP FRYERS; DISHES FOR SOAP; SOAP DISPENSERS; DRYING RACKS FOR WASHING OF DISHES; DUSTBINS; EGG CUPS; FEEDING TROUGHS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; GOBLETS; COOKING GRATERS; NON-ELECTRIC GRIDDLES; HEAT-INSULATED CONTAINERS FOR FOOD OR BEVERAGE FOR DOMESTIC USE; HEATERS FOR FEEDING BOTTLES, NON-ELECTRIC; HOLDERS FOR FLOWERS AND PLANTS; HOT POTS; ICE BUCKETS; ICE CUBE MOULDS; BEER MUGS, JUGS; KNIFE RESTS; KNOBS OF PORCELAIN; LAZY SUSANS; LUNCH BOXES; MENU CARD HOLDERS; MESS-TINS; MIXING SPOONS; MOPS; NAPKIN HOLDERS; NAPKIN RINGS; PLASTIC NOZZLES FOR WATERING CANS; PADS OF METAL FOR CLEANING; PANS; PAPER PLATES; PASTRY CUTTERS; PEPPER MILLS; PERFUME SPRAYERS; PERFUME VAPORIZERS, SOLD EMPTY; PICNIC BASKETS, SOLD EMPTY; PIGGY BANKS, NOT OF METAL; POT LIDS; POTS; PRESSURE COOKERS, NON-ELECTRIC; SALT SHAKERS; PEPPER SHAKERS; SAUCEPANS; SAUCERS; SCOOPS; SCOURING PADS; SHAVING BRUSHES; SHIRT STRETCHERS; SHOE TREES; SOAP HOLDERS; SOUP BOWLS; SPONGE HOLDERS; SPONGES FOR HOUSEHOLD PURPOSES; STANDS FOR SHAVING BRUSHES; STATUES OF PORCELAIN, TERRA-COTTA OR GLASS; STATUETTES OF PORCELAIN, TERRA-COTTA OR GLASS; SYRINGES FOR WATERING FLOWERS AND PLANTS; TANKARDS; TEA STRAINERS; TEA CADDIES; COFFEE CADDIES; TEA IN-FUSERS; TEA SERVICES; TEAPOTS, NOT OF PRECIOUS METAL; TOOTHBRUSHES; TOOTHBRUSHES, ELECTRIC; TOOTHPICK HOLDERS, NOT OF PRECIOUS METAL; TOOTHPICKS; NAIL BRUSHES; LITTER TRAYS, NAMELY, ANIMAL LITTER PANS; TRIVETS; TROUSER PRESSES, NON-ELECTRIC; TROUSER STRETCHERS; VACUUM BOTTLES; WAFFLE AND PANCAKE IRONS, NON-ELECTRIC; WASHING BOARDS; WASH TUBS, NAMELY, RINSING TUBS; WATERING CANS; POLISHING APPARATUS AND MACHINES FOR HOUSEHOLD PURPOSES, NON-ELECTRIC; WORKS OF ART, OF POR-

**Reg. No. 4,252,003**   CELAIN, TERRA-COTTA OR GLASS; DECORATIVE ORNAMENTS FOR WINDOW OR DOORS MADE OF/FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA OR PORCELAIN; HOUSEHOLD CONTAINERS FOR STORING AROMATICS AND FRAGRANCES; REFRIGERATING BOTTLES, SOLD EMPTY, TO KEEP BEVERAGES COLD; BOXES OF GLASS; BROOMS; BUTTER DISHES; BUTTER DISH COVERS; CHEESE-DISH COVERS; CANDY BOXES, NOT OF PRECIOUS METAL; CLEANING INSTRUMENTS HAND-OPERATED, NAMELY, BRUSHES; CLOTHES-PEGS; PORTABLE COLD BOXES, NON-ELECTRIC; COOKIE JARS; COOKING UTENSILS, NON-ELECTRIC, NAMELY, WIRE BASKETS, GRILLS; EYEBROW BRUSHES; FRYING PANS; GARDENING GLOVES; POWDER PUFFS; COOKIE CUTTERS; CRUETS, CRUET STANDS; DUSTERS; COCKTAIL SHAKERS; POWDER COMPACTS, NOT OF PRECIOUS METAL; PILL OR TABLET BOXES, FOR PER-SONAL USE; STANDS FOR TOOTH BRUSHES; FLOSS FOR DENTAL PURPOSES; HANDLES FOR DENTAL FLOSS; HOUSEHOLD CONTAINERS OF PRECIOUS METAL; HOUSEHOLD UTENSILS OF PRECIOUS METAL NAMELY, SPATULAS, STRAINERS; COFFEE SERVICES OF PRECIOUS METAL; COFFEE-POTS, NON-ELECTRIC, OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METAL; NAPKIN HOLDERS AND RINGS OF PRECIOUS METAL; POWDER COMPACTS OF PRECIOUS METAL; OVEN MITTS; PORCELAIN OR EARTHENWARE DOORKNOBS; BARBECUE MITTS; POT HOLDERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, BED AND TABLE COVERS; HANDKERCHIEFS; NAPKINS; BANNERS; BATH LINEN; BED LINEN; BEDSPREADS; BED BLANKETS; CLOTH, NAMELY, TABLE CLOTH NOT OF PAPER; COVERS FOR CUSHIONS; DOOR CURTAINS; TOWELS; FLAGS OF CLOTH; TOILET GLOVES IN THE NATURE OF FITTED TOILED LID COVERS MADE OF FABRIC; HOUSEHOLD LINEN; LABELS OF CLOTH; TEXTILE NAPKINS FOR REMOVING MAKE-UP; PLACE MATS MADE OF TEX-TILE; MATTRESS COVERS; WASHING MITTS; MOSQUITO NETS; CURTAINS OF TEXTILE; PILLOWCASES; QUILTS; TRAVELLING RUGS; BED SHEETS OF TEXTILE; SHROUDS; SILK FABRICS; SLEEPING BAGS; TABLE LINEN; TABLE MATS NOT OF PAPER; TAPESTRY, MADE OF TEXTILE; UPHOLSTERY FABRICS; WALL HANGINGS OF TEXTILE; TEXTILE COVERS FOR NAPKIN OR TISSUE HOLDERS; TOILET SEAT COVERS, NOT OF PAPER; COVERINGS FOR LIDS FOR TOILET VESSELS, MADE OF TEXTILE; CURTAIN HOLDERS OR TIEBACKS OF TEXTILE; COTTON FABRICS; COVERLETS; FABRICS FOR TEXTILE USE; FACE TOWELS OF TEXTILE; FELT; FRIEZE CLOTH; HEMP FABRIC; VELVET; WOOLEN CLOTH; TISSUE PAPER BOX COVERS OF TEXTILE; COVERS OF FABRIC FOR DOOR KNOBS; TEXTILE NAME LABELS; WOVEN LABELS; POUCHES OF TEXTILE, OR OF SILK, FOR CHARMS; BED CANOPIES; TABLE RUNNERS OF FABRIC; KITCHEN LINENS, NAMELY, BARBECUE MITTS, DISH CLOTHS FOR DRYING, KITCHEN TOWELS, FABRIC PLACE MATS, OVEN MITTS, WASHING MITTS, FABRIC TABLE RUNNERS, POT HOLDERS, CLOTH COASTERS; BATH TOWELS; MATS OF LINEN; COVERINGS OF TEXTILE AND OF PLASTIC FOR FURNITURE; SHOWER CURTAINS; COTTON, POLYESTER AND NYLON FABRIC, FABRIC OF IMITATION ANIMAL SKINS; GOLF TOWELS; DAMASK; ELASTIC WOVEN MATERIAL, NAMELY, ELASTIC FABRICS FOR CLOTHING; SILK FABRICS FOR PRINTING PATTERNS; PRINTERS' BLANKETS OF TEXTILE; OILCLOTH FOR USE AS TABLECLOTHS; LINGERIE FABRIC; JERSEY FABRIC FOR CLOTHING; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOON; CRIB BUMPERS; DOOR KNOB COVERS MADE OF TEXTILE , IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, FOOTWEAR, AND HEADGEAR, NAMELY, APRONS, BEACH CLOTHES, NAMELY, SWIMWEAR, SWIMSUITS, BATHING SUITS, GLOVES, MITTENS, BELTS; BA-BIES' CLOTHING, NAMELY, ROMPERS; CLOTH BIBS, SLEEP WEAR AND PAJAMAS, BATH ROBES, SUSPENDERS, HATS, CAPS, SUN VISORS, BERETS, BATHING AND SHOWER CAPS, MUFFS, EAR MUFFS, NECKWEAR, NECK TIES, CRAVATS, BOW TIES, SOCKS AND STOCKINGS, PANTY HOSES, GARTER BELTS, STOCKING AND PANTY HOSE SUSPENDERS, SHOES, SPORTS SHOES, SLIPPERS, BEACH SHOES, MASQUERADE COSTUMES, WORKING SLEEVES, NAMELY, SUN SLEEVES, BANDANAS; NECKER-CHIEFS, BATH SANDALS, BATH SLIPPERS, SKI BOOTS, BOOTS, BRACES FOR CLOTHING,

**Reg. No. 4,252,003**  BRASSIERES, BREECHES FOR WEAR, CAMISOLES, COATS, CUFFS, FUR STOLES, HEADBANDS, JACKETS, JERSEYS, JUMPERS; OVERCOATS, PANTS, PARKAS, PULLOVERS, SANDALS, SCARVES, SHAWLS, SHIRTS, UNDERWEAR, SMOCKS, SPATS, BOOTS FOR SPORTS, SPORTS JERSEYS, SUITS, TROUSERS, UNIFORMS, WET SUITS FOR WATER SKIING, WRISTBANDS, GYMNASTICS SHOES; CLOTHING FOR GYM-NASTICS, NAMELY, LEOTARDS AND SPORT BRAS FOR GYMNASTICS; SASHES FOR WEAR, JOGGING SUITS, TROUSERS, JEANS, PANTS, TANK TOPS, SKIRTS, BLOUSES, SNOW SUITS, ROBES, SNEAKERS, BOOTIES, SLIPPER SOCKS, CLOAKS, CLOTH BIBS, CHAPS, BEACH COVER-UPS, DRESSES, JACKETS, LEOTARDS, OVERALLS, PONCHOS, RAINWEAR, SHORTS, SWEATERS, SWEATSHIRTS, BABIES' PANTS, WELTS FOR BOOTS; COLLAR PROTECTORS, COLLARS, DETACHABLE COLLARS, CORSETS, FOOTBALL BOOTS, FOOTBALL SHOES; POCKETS FOR CLOTHING, NAMELY, POCKET SQUARES; SARIS, SKULL CAPS, SPORTS SHOES, TEDDIES UNDERGARMENTS, WOODEN SHOES, VESTS, UNDERPANTS, TOP HATS, TOGAS, NON-SLIPPING DEVICES FOR BOOTS AND SHOES, NAMELY, NON-SLIP SOLES; LEGGINGS, HOODS, HEELS, HEELPIECES FOR BOOTS AND SHOES, HALF-BOOTS, GYMNASTIC SHOES, GALOSHES, GARTERS; FOOT MUFFS, NOT ELECTRICALLY HEATED, T-SHIRTS, TOPS, HOODED SWEATSHIRTS, FLEECE SHIRTS, LOUNGEWEAR, LONG SLEEVE TOPS, ZIP THROUGH TOPS, JOGGING PANTS, FLEECE TOPS, KNIT FLEECE HATS; FLIP FLOPS, PLUSH SLIPPERS, PLUSH NOVELTY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: CARPETS, RUGS, MATS AND MATTING, AND LINOLEUM FOR COVERING EXISTING FLOORS; WALL HANGINGS, NON-TEXTILE; AUTOMOBILE CARPETS; BATH MATS; FLOOR COVERINGS; DOOR MATS; GYMNASTIC MATS; GYMNASIUM MATS; VINYL FLOOR COVERINGS; WALLPAPER, WALL PAPER OF VINYL, WALL PAPER STENCILS; PLAY MATS, MADE OF FOAM, FOR USE ON PLAY AREA SURFACES; CHILDRENS PRINTED PLAY MATS; BEACH MATS; TAPESTRY WALL HANGINGS, NOT OF TEXTILE; REED MATS; NON-SLIP MATS FOR BATHS , IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: DECORATIONS FOR CHRISTMAS TREES; DOLLS; PUPPET; PLUSH TOYS; SOFT SCULPTURE DOLLS; TEDDY BEARS; TOY FIGURES AND PLAY SETS; ACTION FIGURES AND ACCESSORIES THEREFOR; TOY FIGURES ATTACHABLE TO MOBILE PHONES, PENCILS OR KEY RINGS; BATHTUB TOYS; RIDE-ON TOYS; BALLS FOR SPORTS; BAL-LOONS; YO-YOS; BALLS FOR GAMES; PLAYING BALLS; PLAYGROUND BALLS; SOCCER BALLS; BASEBALLS; BASKETBALLS; RUBBER BALLS; TOY VEHICLES; ELECTRIC TOY VEHICLES; SURF BOARDS; SNOW BOARDS; ICE SKATES; SKATEBOARDS; TOY AIR PISTOLS; BACKGAMMON GAMES; BELLS FOR CHRISTMAS TREES; BILLIARD BALLS; BILLIARD TABLES; TOY BUILDING BLOCKS; BOARD GAMES; CHESS GAMES; CHESS BOARDS; SKATING BOOTS WITH SKATES ATTACHED; BUILDING GAMES; CANDLE HOLDERS FOR CHRISTMAS TREES; CHECKERBOARDS; CHECKERS; CHESSBOARDS; CHRISTMAS TREES OF SYNTHETIC MATERIALS; COSAQUES, NAMELY, TOY FIRE-WORKS; CUPS FOR DICE; DARTS; DICE; DOLLS' BEDS, DOLLS' CLOTHES; DOLLS' HOUSES; DOLLS' ROOMS; DOMINOES; DRAUGHT BOARDS; DRAUGHTS; DUMB-BELLS; ELBOW GUARDS FOR ATHLETIC USE; FAIRGROUND RIDE APPARATUS, NAMELY, ROLLER COASTERS, CAROUSELS; PLAYGROUND EQUIPMENT, NAMELY, CLIMBING UNITS, SAND BOXES, SWING SETS; DOLLS' FEEDING BOTTLES; FISH HOOKS; FISHING TACKLE; FLIPPERS FOR SWIMMING; FLOATS FOR FISHING; FLYING DISCS; BATS FOR GAMES; APPARATUS FOR ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH TELEVISION RECEIVERS ONLY; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HAND HELD UNITS FOR PLAYING VIDEO GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GOLF BAGS; GOLF CLUBS; GOLF GLOVES; KITE REELS; KITES; KNEE GUARDS FOR ATHLETIC USE; MAHJONG; MARBLES FOR GAMES; MARIONETTES; THEATRICAL MASKS; TOY MASKS; TOY MOBILES; SCALE MODEL VEHICLES; PARLOR GAMES; PERCUSSION CAPS; TOY PISTOLS; RACKETS; INFANT RATTLES; RING GAMES; ROCKING HORSES; ROLLER SKATES; SAILBOARDS; SKIS; SLEIGHS, NAMELY, BOB-SLEIGHS; SLIDES FOR PLAYGROUNDS; SOAP BUBBLES DISPENSER TOYS; SPINNING

**Reg. No. 4,252,003**  TOPS; SPRING BOARDS; STATIONARY EXERCISE BICYCLES; PLAY SWIMMING POOLS; SWIMMING WEBS, FLIPPERS; SWINGS; TABLES FOR TABLE TENNIS; TOYS FOR DOMESTIC PETS; WATER SKIS; BEACH BALLS; AMUSEMENT GAME MACHINES, AUTOMATIC AND COIN-OPERATED; BAGS ESPECIALLY DESIGNED FOR SKIS AND SURFBOARDS; BINGO CARD; BUTTERFLY NETS; PLAYING CARDS; CONFETTI; IN-LINE ROLLER SKATES; KALEIDOSCOPES; MASTS FOR SAILBOARDS; LANDING NETS FOR ANGLERS; RADIO-CONTROLLED TOY VEHICLES; ROULETTE WHEELS; SNOW GLOBES; SNOWSHOES; AMUSEMENT APPARATUS FOR USE IN ARCADES, INCORPORATING A VIDEO MONITOR; STAND ALONE VIDEO OUTPUT GAME MACHINES; COIN OR COUNTER OPERATED ARCADE GAMES; PINBALL GAME MACHINES; NON ELECTRIC HAND-HELD ACTION SKILL GAMES; GAME EQUIPMENT SOLD AS A UNIT FOR PLAYING A BOARD GAME, A CARD GAME, A MANIPULATIVE GAME, A PARLOR GAME, A PARLOR-TYPE COMPUTER GAME AND AN ACTION TYPE TARGET GAME; PUZZLES; PAPER FACE MASKS; MASQUERADE AND HALLOWEEN MASKS, NAMELY, TOY AND NOVELTY FACE MASKS; WATER SQUIRTING TOYS; DARTBOARDS; BASEBALL GLOVES; SURFBOARDS; SWIM FINS; TOY ZIP GUNS; TOY BAKE WARE AND TOY COOKWARE; TOY BANK MACHINES; TOY SNOW GLOBES; BOXING GLOVES; HOCKEY STICKS; CHRISTMAS STOCKINGS; SLING SHOTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS, EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS; BOUILLON; BOUILLON CONCENTRATES; BROTH; BROTH CONCENTRATES; BUTTER; CAVIAR; CHEESE; CHEESE IN THE FORM OF DIPS, SPREADS AND STICKS; DAIRY PRODUCTS, NAMELY, YOGURT, YOGURT DRINKS; CURD; DAIRY-BASED BEVERAGES; FROSTED FRUITS; FROZEN FRUITS; PROCESSED AND DRIED FRUITS; VEGETABLE AND FRUIT JUICES FOR COOKING; FRUIT CHIPS; PROCESSED AND DRIED VEGETABLES; MARGARINE; MARMALADE; MEAT JELLIES; MEAT TINNED; SOYBEAN-BASED FOOD BEVERAGE USED AS A MILK SUBSTITUTE; MILK SHAKES; DAIRY PRODUCTS FOR MAKING MILK SHAKES, NAMELY, MILK; PRESERVED MUSHROOMS; PRESERVED ONIONS, PRESERVED OLIVES; GHERKIN; PREPARED NUTS; GINGER JAM; LIVER PASTES; PATE; COCOA BUTTER AND PEANUT BUTTER, FOR FOOD PURPOSES; PEANUTS, PROCESSED; LENTILS, PRESERVED; PEAS, PRESERVED; FRUIT PEEL; POTATO CHIPS; POTATO CRISPS; POTATO FRITTERS; SALADS EXCEPT MACARONI, RICE, AND PASTA SALAD; SAUERKRAUT; SAUSAGES; SESAME OIL; PREPARATIONS FOR MAKING SOUP; SOUPS; TOFU; VEGETABLE SALADS; VEGETABLE SOUP PREPARATIONS; WHIPPED CREAM; YOGHURT; POTATO-BASED SNACKS FOOD; DRIED EDIBLE SEAWEEDS; PROCESSED, DRIED AND PRESERVED MEAT, FISH, POULTRY AND GAME; BACON; PREPARATIONS FOR MAKING BOUILLON; CHOCOLATE NUT BUTTER; CHARCUTERIE; HAM; CRYSTALLIZED FRUITS; FISH, TINNED; FRUIT JELLIES; FRUIT SALADS; MAIZE OIL; OLIVE OIL FOR FOOD; RAISINS; TOMATO PUREE; TINNED FRUITS AND VEGETABLES; SEAFOOD; PROCESSED AND PRESERVED SEAFOOD; SEAFOOD, TINNED; PICKLES; PATE, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; EDIBLE FLOUR; BREAD; PASTRY; ICES; HONEY, TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES; SPICES; ICE; BREAKFAST CEREAL; BISCUITS; CAKE POWDER MIXES; EDIBLE DECORATIONS FOR CAKES; MALT FOR FOOD; SOYBEAN MALT; MALT BISCUITS; RICE CAKES; SWEETS AND CANDIES; SUGAR CONFECTIONERY, CANDY BARS, CANDY MINTS; CHOCOLATE CONFECTIONERY; CHOCOLATE; CHOCOLATE BEVERAGES WITH MILK; CHOCOLATE FOOD BEVERAGES NOT BEING DAIRY BASED OR VEGETABLE BASED; CONFECTIONERY FOR DECORATING CHRISTMAS TREES, NAMELY, CANDY, CHOCOLATE CONFECTIONERY; COFFEE-BASED BEVERAGES; COFFEE-BASED BEVERAGES WITH MILK; COFFEE FLAVOURINGS, NAMELY, SYRUPS; MIXTURES AND PREPARATIONS FOR USE AS SUBSTITUTES FOR COFFEE; COFFEE AND COFFEE-BASED BEVERAGES; TEA, NAMELY, GINSENG TEA, BLACK TEA, OOLONG TEA, BARLEY AND BARLEY-LEAF TEA; COOKIES; POPCORN;

**Reg. No. 4,252,003** FLAVOURED POPCORN; CORN FLAKES; CONFECTIONERY CHIPS; ICE-CREAM; CURRY; CAPERS; CUSTARD; CUSTARD MIXES AND POWDER; FLAVOURINGS, OTHER THAN ESSENTIAL OILS; CONFECTIONERY ICES; FRUIT JELLIES; GINGERBREAD; CHOCOLATE SYRUP; KETCHUP; LIQUORICE; LOZENGES, NOT MEDICATED; MEAT PIES; MEAT TENDERIZERS FOR HOUSEHOLD PURPOSES; PANCAKES; PASTILLES; PASTRIES; CORN CHIPS; TORTILLAS; PEPPER; PIZZAS; PUDDINGS; RAVIOLI; ROYAL JELLY FOR HUMAN CONSUMPTION, NOT FOR MEDICAL PURPOSES; THICKENING AGENTS FOR COOKING FOODSTUFFS; WASABI PASTE; SOY SAUCE; PASTAS, NOODLES AND VERMICELLI; SUSHI; VANILLA; WAFFLES; FROZEN YOGHURT; FROZEN CONFECTIONS; PRETZELS; ALMOND CONFECTIONERY; STARCH BINDING AGENTS FOR ICE CREAM; EDIBLE ICES; BREAD ROLLS; CAKES; CARAMELS CANDY; CHEWING GUM, NOT FOR MEDICAL PURPOSES; CORN MEAL; CRACKERS; CRISP BREAD SNACKS; CEREAL BASED SNACK FOODS; GOLDEN SYRUP; ICE, NATURAL OR ARTIFICIAL; MACARONI; MARZIPAN; MAYONNAISE; OATMEAL; PEPPERS SEASONINGS; PIES; RELISH; RUSKS; COOKING SALT; SANDWICHES; TOMATO SAUCE; SEASONINGS; SHERBETS; SPAGHETTI; SWEETMEATS CANDY; TARTS; WHEAT FLOUR; SALAD DRESSINGS; MEAT GRAVIES; FRUIT SAUCES, EXCLUDING CRANBERRY SAUCE AND APPLESAUCE; CONES FOR ICE CREAM; CORN-BASED SNACK FOODS; DESSERT PUDDINGS; CANNED PASTA FOODS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS; FRUIT DRINKS AND FRUIT JUICES; ALES; ALCOHOLIC AND NON-ALCOHOLIC BEERS; NON-ALCOHOLIC FRUIT DRINKS; NON-ALCOHOLIC FRUIT JUICES; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; NON-ALCOHOLIC WINES; PINEAPPLE JUICE BEVER-AGES; APERITIFS, NON-ALCOHOLIC; COCKTAILS, NON-ALCOHOLIC; ENERGY DRINKS; NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES; SYRUP FOR MAKING FRUIT JUICES AND FRUIT DRINKS; FRUIT NECTARS, NON-ALCOHOLIC; WHEY BEVERAGES; PREPARATIONS IN THE NATURE OF ESSENCES FOR MAKING AERATED WATER; HOPS EXTRACTS FOR MAKING BEER; NON-ALCOHOLIC HONEY-BASED BEVERAGES, NON-ALCOHOLIC; GINGER BEVERAGES; GINGER BEERS; ISOTONIC BEVERAGES; ICED FRUIT BEVERAGES; POWDERS FOR EFFERVESCING BEVERAGES; DRINKING WATER; VEGETABLE JUICES; PREPARATIONS IN THE NATURE OF ESSENCES FOR MAKING MINERAL WATER; COLA; COLA BEVERAGES; KVASS NON-ALCOHOLIC BEVERAGES; SPRING WATER; LITHIA WATER; PREPARATIONS IN THE NATURE OF ESSENCES FOR MAKING LIQUEURS; LEMONADES; MILK OF ALMONDS BEVERAGES; PEANUT MILK SOFT DRINK; MALT BEER; MALT-BASED PREPARATIONS FOR MAKING BEVERAGES; ALMOND BEVERAGES; FLAVOURED WATERS; BEER WORT; FROZEN FRUIT BEVERAGES; LAGERS; PASTILLES FOR EFFERVESCING BEVERAGES; TABLE WATERS; BOTTLED WATER; GRAPE JUICE; MUST; SARSAPARILLA SOFT DRINK; SELTZER WATER; SHANDY; CIDER, NON-ALCOHOLIC; SODA WATER; SORBETS IN THE FORM OF BEVERAGES; STOUT; SPORTS DRINKS; VEGETABLE JUICE BEVERAGE; SOFT DRINKS; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES EXCEPT BEERS; RICE ALCOHOL; APERITIFS; ALCO-HOLIC BEVERAGES CONTAINING FRUIT; ALCOHOLIC EXTRACTS; ALCOHOLIC FRUIT EXTRACTS; DISTILLED BEVERAGES, NAMELY, DISTILLED SPIRITS; ALCOHOL ES-SENCES; BRANDY; HARD CIDER; MEAD; PREPARED ALCOHOLIC COCKTAILS; LI-QUEURS; SAKE; RAKI; SPIRITS; VODKA; WHISKY; RUM; GIN; WINE; COOKING WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: TOBACCO; MATCHES; ASHTRAYS; CIGARETTE PAPER; CIGAR CASES; CIGARETTE CASES; CIGAR CUTTERS; CIGAR HOLDERS; CIGARETTE FILTERS; MOUTHPIECES FOR CIGARETTE HOLDERS; CIGARETTE HOLDERS; CIGARETTE TIPS; CIGARETTES; CIGAR-ETTES CONTAINING TOBACCO SUBSTITUTES; CIGARILLOS; CIGARS; LIGHTERS FOR SMOKERS; MATCH BOXES; MATCH HOLDERS; TOBACCO PIPE CLEANERS; SMOKING PIPE RACKS; TOBACCO PIPES; TOBACCO POUCHES; SNUFFBOXES; TOBACCO JARS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

**Reg. No. 4,252,003**  FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION ASSIST-
ANCE; PROVIDING OFFICE FUNCTIONS; PROVIDING WHOLESALE AND RETAIL STORE
SERVICES AND MAIL ORDER SERVICES RELATING TO THE SALE OF GAMES FOR
MOBILE DEVICES, GAMES FOR PERSONAL COMPUTERS, GAMES FOR CONSOLES,
GAMES FOR TABLETS, ELECTRONIC GAME PROGRAMS, DOWNLOADABLE ELECTRON-
IC GAME PROGRAMS, ELECTRONIC GAME SOFTWARE, COMPUTER GAME PROGRAMS,
DOWNLOADABLE COMPUTER GAME PROGRAMS, INTERACTIVE GAME PROGRAMS,
INTERACTIVE GAME SOFTWARE, PROTECTIVE CARRYING CASES SPECIALLY ADAP-
TED FOR PHONES AND HANDHELD COMPUTERS, MOUSE PADS, PARTY FAVOURS
AND FESTIVE DECORATIONS AND ORNAMENTS, GIFTS AND NOVELTY ITEMS, SOAPS,
PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, HAIR CARE PRODUCTS,
TOILETRIES, DENTIFRICES, PERSONAL HYGIENE PRODUCTS, CLEANING, POLISHING
AND ABRASIVE PREPARATIONS, SUBSTANCES FOR LAUNDRY USE, MANICURE
TOOLS, NAIL CARE PREPARATIONS, NAIL POLISH, NAIL VARNISH, FALSE NAILS, DI-
ETETIC SUBSTANCES, FOOD FOR BABIES, SANITARY PREPARATIONS, CANDLES,
WICKS, SPILLS FOR LIGHTING, GREASES, LUBRICANTS, OILS FOR PAINTS, CUTLERY,
CROCKERY, MANICURE SETS, SHAVING INSTRUMENTS, RAZORS, MACHINES AND
MACHINE TOOLS FOR KITCHEN OR HOUSEHOLD PURPOSES, HAND-HELD TOOLS,
FILMS, CAMERAS, PHOTO DISCS, VIDEO RECORDERS, AUDIO AND VIDEO TAPES,
RECORDS AND DISCS, INSTRUMENTS AND APPARATUS FOR THE RECORDING,
TRANSMITTING AND/OR REPRODUCTION OF SOUNDS AND/OR IMAGES, TELEVISIONS,
CASSETTE TAPE PLAYERS AND/OR RECORDERS, VIDEO CASSETTE AND/OR DISC
PLAYERS AND/OR RECORDERS, RADIOS, TELEPHONES, WIRELESS PHONES, MOBILE
PHONES, MOBILE PHONE CASES, DECORATIONS AND STRAPS FOR PHONES, CALL
INDICATORS, CALCULATING MACHINES, CALCULATORS, ELECTRONIC AND COM-
PUTER GAMES, CINEMATOGRAPHIC FILMS, LIGHTS, FANS, COOKING UTENSILS,
CAKE AND PASTRY MOULDS, TOASTERS, OVENS, KITCHEN UTENSILS, UTENSILS
AND CONTAINERS FOR SERVING OR STORING FOOD AND/OR BEVERAGES, CHOP
STICKS, CUTTING INSTRUMENTS, PORCELAIN, CHINA-WARE, CRYSTAL WARE,
ENAMELWARE, SILVERWARE, GLASSWARE, TERRA-COTTA WARE, EARTHENWARE,
CERAMICS, HAIR DRYERS, LAMPS, LAMP SHADES AND PARTS AND FITTINGS
THEREFOR, BABY CARRIAGES, BALLOONS, BICYCLE HORNS, CLOCKS AND WATCHES
AND ACCESSORIES AND PARTS AND FITTINGS THEREFOR, JEWELLERY AND IMITA-
TION JEWELLERY, ORNAMENTS, GOODS IN PRECIOUS METAL OR COATED THERE-
WITH, MUSIC BOXES, MUSICAL INSTRUMENTS, PICTURES, PHOTOGRAPHS, STATION-
ERY, PAPER AND CARDBOARD AND GOODS MADE FROM THESE MATERIALS, ARTISTS
MATERIALS, PAINT BRUSHES, WRITING INSTRUMENTS, PRINTED MATTER, BOOKS,
NEWSPAPERS, MAGAZINES AND PERIODICALS, GREETING AND CHRISTMAS CARDS,
PLAYING CARDS, PACKING AND PACKAGING MATERIALS, PICTURE FRAMES AND
STANDS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, GOODS MADE
OF LEATHER AND/OR IMITATIONS OF LEATHER, BAGS AND LUGGAGE, PURSES AND
WALLETS, UMBRELLAS, WALKING STICKS, FURNITURE, MIRRORS, COAT HANGERS
AND PEGS, BOXES AND CONTAINERS, NAME PLATES, SMALL HOUSEHOLD FITTINGS,
HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, COMBS, SPONGES, BRUSHES,
ARTICLES FOR CLEANING PURPOSES, SPECTACLES, SPECTACLE FRAMES AND
SUNGLASSES AND CASES AND ACCESSORIES THEREFOR, TEXTILE AND TEXTILE
GOODS, BEDDING, AND TABLE LINENS AND COVERS, NAPKINS, TABLE MATS, HAB-
ERDASHERY, HANDKERCHIEFS, ARTICLES OF CHILDREN, WOMEN AND MEN'S
CLOTHING, FOOTWEAR, HEADGEAR AND GLOVES, BUTTONS, BADGES, RIBBONS
AND BRAID, LACE AND EMBROIDERY, HAIR PINS AND ORNAMENTS, BRACES, SHOE
ORNAMENTS, HAT ORNAMENTS, ZIPPER AND ZIPPER FASTENERS, CARPETS, RUGS
AND MATS, TOYS, GAMES AND PLAYTHINGS, DOLLS, PLUSH TOYS; SOFT DOLLS,
FIGURINES, SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS TREES, FOOD AND
BEVERAGES, CONFECTIONERY, FLORAL PRODUCTS, MATCHES, CIGARS, CIGARETTES
AND SMOKERS' ARTICLES; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR
ADVERTISING PURPOSES; PUBLICATION OF PUBLICITY TEXTS; SALES PROMOTION
SERVICES; ARRANGING OF ADVERTISING SERVICES; BUSINESS MANAGEMENT OF
PERFORMING ARTISTS; GOODS IMPORT-EXPORT AGENCIES; COMPILATION AND

**Reg. No. 4,252,003** SYSTEMIZATION OF INFORMATION INTO COMPUTER DATABASES; DIRECT MAIL ADVERTISING; BUSINESS MANAGEMENT OF HOTELS; MARKETING RESEARCH; OUTDOOR ADVERTISING; PERSONNEL RECRUITMENT; ADVERTISING AGENCY SERVICES; RADIO ADVERTISING; TELEVISION ADVERTISING; ON-LINE ADVERTISING ON A COMPUTER NETWORK; PROCUREMENT SERVICES FOR OTHERS, NAMELY, PURCHASING GOODS AND SERVICES FOR OTHER BUSINESSES; RENTAL OF ADVERTISING TIME ON COMMUNICATION MEDIA; RENTAL OF OFFICE MACHINES AND EQUIPMENT; VENDING MACHINE RENTAL SERVICES; AUCTIONEERING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: INSURANCE UNDERWRITING SERVICES FOR ALL TYPES OF INSURANCE, INSURANCE CONSULTATION; FINANCIAL AFFAIRS AND MONETARY AFFAIRS, NAMELY, FINANCIAL INFORMATION; COMPUTERISED FINANCIAL SERVICES FOR RETAIL BUSINESSES, NAMELY, FINANCIAL TRANSACTION SERVICES, NAMELY, PROVIDING SECURE COMMERCIAL TRANSACTIONS AND PAYMENT OPTIONS; APARTMENT HOUSE MANAGEMENT; BANKING; CAPITAL INVESTMENTS SERVICES; CHARITABLE FUND RAISING; CREDIT CARD SERVICES; ISSUANCE OF CREDIT CARDS; DEBIT CARD SERVICES; FINANCIAL INFORMATION; FINANCING SERVICES; ISSUE OF TOKENS OF VALUE; ISSUING OF CHEQUES AND TRAVELLERS' CHECKS; LEASING OF REAL ESTATE: REAL ESTATE MANAGEMENT SERVICES; RENT COLLECTION; RENTAL OF OFFICES; RENTING OF APARTMENTS; RENTING OF FLATS; SAVINGS BANKS; ELECTRONIC FUNDS TRANSFER; REAL ESTATE AGENCIES; TRUSTEESHIP SERVICES; FIRE INSURANCE UNDERWRITING; FUND INVESTMENTS; HEALTH INSURANCE UNDERWRITING; INSURANCE BROKERAGE; LIFE INSURANCE UNDERWRITING; MARINE INSURANCE UNDERWRITING; MUTUAL FUND INVESTMENTS; HOME BANKING; FINANCING OF LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: CABLE TELEVISION BROADCASTING; TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; PROVIDING INFORMATION ON COMMUNICATION BY TELEPHONES AND CELLULAR TELEPHONES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; ELECTRONIC MAIL; FACSIMILE TRANSMISSION; RADIO BROADCASTING; SENDING OF TELEGRAMS; TELEPHONE SERVICES; PAGING SERVICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK; TELECOMMUNICATIONS ROUTING AND JUNCTION SERVICES; ELECTRONIC BULLETIN BOARD SERVICES AND PROVIDING INFORMATION THEREON; TELECONFERENCING SERVICES; COMMUNICATION BY CONSUMER VIDEO GAME APPARATUS; PROVIDING INFORMATION ON COMMUNICATION BY CONSUMER VIDEO GAME APPARATUS; COMMUNICATION BY ARCADE VIDEO GAME MACHINES; PROVIDING INFORMATION ON COMMUNICATION BY ARCADE VIDEO GAME MACHINES; COMMUNICATION BY HANDHELD GAME APPARATUS; PROVIDING INFORMATION ON COMMUNICATION BY HANDHELD GAME APPARATUS; COMMUNICATION BY MESSAGES AND PICTURES BY USING COMPUTERS; NEWS AGENCIES SERVICES FOR ELECTRONIC TRANSMISSION; RENTAL OF TELECOMMUNICATION EQUIPMENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF MODEMS; ELECTRONIC MESSAGE SENDING; SATELLITE TRANSMISSION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK IN RESTAURANTS AND BARS; PROVIDING TEMPORARY ACCOMMODATION; CATERING FOR GUESTS; RESTAURANTS; CAFES; CAFETERIAS; BARS; CANTEEN SERVICES; CATERING SERVICES; SELF-SERVICE RESTAURANTS; SNACK BARS; COCKTAIL LOUNGES; PROVIDING OF INFORMATION IN RELATION TO FOOD AND DRINKS; PROVISION AND RESERVATION OF TEMPORARY ACCOMMODATION AND LODGING FACILITIES, HOTELS, MOTELS, BOARDING HOUSES AND THE PROVISION OF INFORMATION THERETO; HOLIDAY CAMP SERVICES; RESTAURANTS, CAFES, CAFETERIAS, BARS, FOOD HALLS, CANTEENS AND LOUNGES INSTALLED WITH AUDIO AND VISUAL APPARATUS WITH SING ALONG DEVICES;

**Reg. No. 4,252,003**   CHILD CARE CENTERS; DAY-NURSERIES; TOURIST HOMES; BAR SERVICES; PROVIDING FACILITIES FOR EXHIBITIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

OWNER OF U.S. REG. NO. 3,988,064.

PRIORITY DATE OF 3-31-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1086866 DATED 4-15-2011, EXPIRES 4-15-2021.

THE COLOR(S) RED, BLACK, YELLOW, BEIGE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A STYLIZED HEAD OF A BIRD, WHICH IS RED WITH A BEIGE BOTTOM, WITH A YELLOW BEAK WITH WHITE TEETH SHOWING, WHITE EYES WITH BLACK PUPILS AND EYEBROWS, AND WITH THE WHOLE DRAWING OUTLINED IN BLACK.

SER. NO. 79-101,085, FILED 4-15-2011.

JORDAN BAKER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,145,113**

**Registered May 22, 2012**

**Int. Cls.: 9 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ROVIO ENTERTAINMENT LTD (FINLAND LIMITED LIABILITY COMPANY)
P.O. BOX 65
02151 ESPOO, FINLAND

FOR: COMPACT DISCS FEATURING GAMES, MUSIC OR VIDEOS, MOUSE PADS, SUNGLASSES, AND MOBILE PHONE ACCESSORIES, NAMELY, MOBILE PHONE STRAPS, CHARMS, CHARGERS, CASES, BATTERY CASES; DIGITAL MUSIC DOWNLOADABLE FROM THE INTERNET, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PROVISION OF PRE-RECORDED, NON-DOWNLOADABLE DIGITAL MUSIC ONLINE BY MEANS OF MP3 WEBSITES ON A GLOBAL COMPUTER NETWORK, THE INTERNET AND VIA WIRELESS ELECTRONIC COMMUNICATION DEVICES; NON-DOWNLOADABLE DIGITAL MUSIC FROM THE INTERNET, VIA WIRELESS ELECTRONIC COMMUNICATION DEVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING NON-DOWNLOADABLE PRE-RECORDED DIGITAL MUSIC PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

OWNER OF ERPN CMNTY TM OFC REG. NO. 9205221, DATED 12-10-2010, EXPIRES 6-28-2020.

THE COLOR(S) RED, BLACK, YELLOW, BEIGE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A STYLIZED HEAD OF A BIRD, WHICH IS RED WITH A BEIGE BOTTOM, WITH A YELLOW BEAK WITH WHITE TEETH SHOWING, WHITE EYES WITH BLACK PUPILS AND EYEBROWS, AND WITH THE WHOLE DRAWING OUTLINED IN BLACK.

SER. NO. 85-262,788, FILED 3-9-2011.

FONG HSU, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,988,064**

**Registered July 5, 2011**

**Int. Cls.: 9, 16, 28 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ROVIO MOBILE OY (FINLAND CORPORATION)
ANNANKATU 31-33C 37
FI-00100 HELSINKI
FINLAND

FOR: VIDEO GAME SOFTWARE FOR ALL ELECTRONIC PLATFORMS SUCH AS MOBILE DEVICES, PERSONAL COMPUTERS, HOME VIDEO GAME CONSOLES, TABLET COMPUTERS; ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS; INTERACTIVE GAME PROGRAMS; INTERACTIVE GAME SOFTWARE; GAMES ADAPTED FOR USE WITH TELEVISION RECEIVERS; CINEMATOGRAPHIC APPARATUS; PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BOOKLETS, BOOKS, ACTIVITY BOOKS, PAPERBACK BOOKS, AND MANUALS IN THE FIELD OF VIDEO GAMES; CALENDARS, CHILDREN'S BOOKS, COMIC BOOKS, ADDRESS BOOKS, COLORING BOOKS; BOOK COVERS; BOOKMARKS; ERASERS, GIFT WRAPPING PAPER, GIFT BOXES MADE OF CARDBOARD, INVITATION CARDS, MAGAZINES IN THE FIELD OF VIDEO GAMES, MEMO PADS, NOTE PADS, NOTEBOOKS; PAPER NAPKINS, PARTY DECORATIONS MADE OF PAPER; PENCIL SHARPENERS, PENS AND CRAYONS; CHILDREN'S PICTURE STORYBOOKS; POSTERS, POSTCARDS, RING BINDERS, RUBBER STAMPS, SCRATCH PADS, PAPER STAPLERS, STATIONERY, STATIONERY-TYPE PORTFOLIOS AND FOLDERS, STICKER ALBUMS, STICKERS, TRADING CARDS; GENERAL PURPOSE PLASTIC BAGS; PROTECTIVE COVERS FOR NOTEBOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BOARD GAMES; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HAND HELD UNITS FOR PLAYING VIDEO GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GAME CARDS; NON-ELECTRIC HAND-HELD ACTION SKILL GAMES; SOFT DOLLS; PUZZLES; TOY ACTION FIGURES; BALLOONS AND YOYOS; PLUSH TOYS; PLUSH TOYS THAT CONNECT TO BELTS BY A HOOK; TOY FIGURES ATTACHABLE TO PENCILS; NON-ARTICULATED PLASTIC TOY FIGURES; RUBBER BALLS; AND DECORATIONS FOR CHRISTMAS TREES; PLAYING CARDS, PAPER PARTY HATS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: PROVIDING A WEB SITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELDS OF ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME PRODUCTS, AND



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 3,988,064**  OTHER ENTERTAINMENT TOPICS RELATED TO ELECTRONIC GAME PROGRAMS AND PRODUCTS; TELEVISION PROGRAMS IN THE FIELD OF ENTERTAINMENT NEWS; ORGANIZING SPORTING EVENTS, NAMELY, SWIMMING MEETS, SOCCER COMPETITIONS, BASEBALL COMPETITIONS, HOCKEY COMPETITIONS; ENTERTAINMENT SERVICES IN THE NATURE OF CREATION, DEVELOPMENT, AND PRODUCTION OF FILMS, ANIMATION OR ANIMATED FILMS, AND TELEVISION PROGRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF A STYLIZED HEAD OF A BIRD, WHICH IS RED WITH A BEIGE BOTTOM, WITH A YELLOW BEAK WITH WHITE TEETH SHOWING, WHITE EYES WITH BLACK PUPILS AND EYEBROWS, AND WITH THE WHOLE DRAWING OUTLINED IN BLACK.

OWNER OF INTERNATIONAL REGISTRATION 1052865 DATED 6-28-2010, EXPIRES 6-28-2020.

THE COLOR(S) RED, BLACK, YELLOW, BEIGE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 79-087,995, FILED 6-28-2010.

ANDREW LEASER, EXAMINING ATTORNEY