# EXHIBIT B



### ate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-794-919**

Effective date of registration:
November 16, 2011

---

## Title
**Title of Work:** Angry Bird

## Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** December 10, 2009    **Nation of 1st Publication:** Finland

## Author
- **Author:** Rovio Mobile Oy
  **Author Created:** 2-D artwork

  **Work made for hire:** Yes
  **Citizen of:** Finland    **Domiciled in:** Finland

## Copyright claimant
**Copyright Claimant:** Rovio Mobile Oy
Keilaranta 17, Espoo, FI-02150, Finland

## Limitation of copyright claim
**Material excluded from this claim:** Deposit designated "original deposit" was part of initial registration.
**Previously registered:** Yes
**Previous registration and year:** VA1769078      2011
**New material included in claim:** Deposit designated "complete deposit" being added to records. This is a corrective registration under Copyright Office rules to correct that some deposit materials showing significant aspects of the work were intended to be filed but were not.

## Rights and Permissions

Page 1 of 2

Name: Garfield Goodrum, Esq.
Date: June 20, 2011

Correspondence: Yes



## ate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-769-078**

Effective date of registration:
March 11, 2011

### Title
**Title of Work:** Angry Bird

### Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** December 10, 2009    **Nation of 1st Publication:** Finland

### Author
- **Author:** Rovio Mobile Oy
  **Author Created:** 2-D artwork

  **Work made for hire:** Yes
  **Domiciled in:** Finland

### Copyright claimant
**Copyright Claimant:** Rovio Mobile Oy, dba Rovio Mobile Oy
Keilaranta 19 D, FI-02150 Espoo, Finland

### Rights and Permissions
**Organization Name:** Klauber & Jackson LLC
**Name:** David A. Jackson
**Email:** info@kjiplaw.com    **Telephone:** 201-487-5800
**Address:** 411 Hackensack Avenue, Fl. 4
Hackensack, NJ 07601 United States

### Certification
**Name:** David A. Jackson
**Date:** March 11, 2011
**Applicant's Tracking Number:** 3283-5-001

---

**Correspondence:** Yes

Page 1 of 1



### ~~Certifica~~te of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-769-080**

Effective date of registration:

March 11, 2011

---

## Title
- **Title of Work:** Mighty Eagle

## Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** December 23, 2010
- **Nation of 1st Publication:** Finland

## Author
- **Author:** Rovio Mobile Oy
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Domiciled in:** Finland
- **Author:** Rovio Mobile Oy, dba Rovio Mobile Oy

## Rights and Permissions
- **Organization Name:** Klauber & Jackson LLC
- **Name:** David A. Jackson
- **Email:** info@kjiplaw.com
- **Telephone:** 201-487-5800
- **Address:** 411 Hackensack Avenue, Fl. 4
  Hackensack, NJ 07601  United States

## Certification
- **Name:** David A. Jackson
- **Date:** March 11, 2011
- **Applicant's Tracking Number:** 3283-5-002



Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-776-992

Effective date of registration:
June 20, 2011

## Title
**Title of Work:** Mighty Eagle

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** March 1, 2011   **Nation of 1st Publication:** Finland

## Author
- **Author:** Rovio Mobile Oy
  **Author Created:** sculpture/3-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Finland   **Domiciled in:** Finland

## Copyright claimant
**Copyright Claimant:** Rovio Mobile Oy
Keilaranta 17, Espoo, FI-02150, Finland

## Limitation of copyright claim
**Material excluded from this claim:** Preexisting drawing
**Previous registration and year:** VA1769080   2010
**New material included in claim:** sculpture/3-D artwork

## Rights and Permissions
**Organization Name:** SAIDMAN DesignLaw Group, LLC
**Name:** Garfield Goodrum, Esq.
**Email:** garfield.goodrum@designlawgroup.com   **Telephone:** 301-585-8601
**Address:** 8601 Georgia Ave., Ste. 603
Silver Spring, MD 20910 United States

## Certification

**Name:** Garfield Goodrum, Esq.
**Date:** June 20, 2011

**Correspondence:** Yes



### ...te of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-776-995**

Effective date of registration:

June 20, 2011

## Title
- **Title of Work:** Helmet Pig, Moustache Pig & Green Pig

## Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** November 30, 2010
- **Nation of 1st Publication:** Finland

## Author
- **Author:** Rovio Mobile Oy
- **Author Created:** sculpture/3-D artwork
- **Work made for hire:** Yes
- **Citizen of:** Finland
- **Domiciled in:** Finland

## Copyright claimant
- **Copyright Claimant:** Rovio Mobile Oy
  Keilaranta 17, Espoo, FI-02150, Finland

## Limitation of copyright claim
- **Material excluded from this claim:** Preexisting drawing
- **New material included in claim:** sculpture/3-D artwork

## Rights and Permissions
- **Organization Name:** SAIDMAN DesignLaw Group, LLC
- **Name:** Garfield Goodrum, Esq.
- **Email:** garfield.goodrum@designlawgroup.com
- **Telephone:** 301-585-8601
- **Address:** 8601 Georgia Ave., Ste. 603
  Silver Spring, MD 20910 United States

## Certification

Registration #: VA0001776995
Service Request #: 1-624667552

SAIDMAN DesignLaw Group, LLC
Garfield Goodrum, Esq.
8601 Georgia Ave., Ste. 603
Silver Spring, MD 20910  United States



## of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-777-195**

**Effective date of registration:**
June 21, 2011

---

**Title**
    Title of Work: Red Bird, Yellow Bird, Blue Bird, White Bird & Black Bird

**Completion/Publication**
    Year of Completion: 2010
    Date of 1st Publication: October 29, 2010        Nation of 1st Publication: Finland

**Author**
    ■    Author: Rovio Mobile Oy
        Author Created: sculpture/3-D artwork
        Work made for hire: Yes
        Citizen of: Finland        Domiciled in: Finland

**Copyright claimant**
    Copyright Claimant: Rovio Mobile Oy
        Keilaranta 17, Espoo, FI-02150, Finland

**Limitation of copyright claim**
    Material excluded from this claim: 2-D artwork
    New material included in claim: sculpture/3-D artwork

**Rights and Permissions**
    Organization Name: SAIDMAN DesignLaw Group, LLC
        Name: Garfield Goodrum, Esq.
        Email: garfield.goodrum@designlawgroup.com        Telephone: 301-585-8601
        Address: 8601 Georgia Ave., Ste. 603
                 Silver Spring, MD 20910   United States

**Certification**

Page 1 of 2

**Name:** Garfield Goodrum, Esq.
**Date:** June 21, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-778-702**

Effective date of registration:

June 17, 2011

## Title
- **Title of Work:** Angry Birds - Big Red Bird

## Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** April 16, 2010
- **Nation of 1st Publication:** Finland

## Author
- **Author:** Rovio Mobile Oy
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** Finland
- **Domiciled in:** Finland

## Copyright claimant
- **Copyright Claimant:** Rovio Mobile Oy
  Keilaranta 17, Espoo, FI-02150, Finland

## Limitation of copyright claim
- **Material excluded from this claim:** 2-D artwork
- **Previous registration and year:** 1-769-078    2009
- **New material included in claim:** 2-D artwork

## Rights and Permissions
- **Name:** Garfield Goodrum
- **Email:** garfield.goodrum@designlawgroup.com
- **Telephone:** 301-585-8601
- **Address:** 8601 Georgia Ave., Ste. 603
  Silver Spring, MD 20910 United States

## Certification

**Name:** Garfield Goodrum, Esq.
**Date:** June 17, 2011

---

**Correspondence:** Yes



## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-778-703**

Effective date of registration:
June 17, 2011

### Title
- **Title of Work:** Angry Birds - Green Bird

### Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** April 23, 2010
- **Nation of 1st Publication:** Finland

### Author
- **Author:** Rovio Mobile Oy
- **Author Created:** 2-D artwork
- **Work made for hire:** yes
- **Citizen of:** Finland
- **Domiciled in:** Finland

### Copyright claimant
- **Copyright Claimant:** Rovio Mobile Oy
  Keilaranta 17, Espoo, FI-02150, Finland

### Rights and Permissions
- **Organization Name:** SAIDMAN DesignLaw Group, LLC
- **Name:** Garfield Goodrum, Esq.
- **Email:** garfield.goodrum@designlawgroup.com
- **Telephone:** 301-585-8601
- **Address:** 8601 Georgia Ave., Ste. 603
  Silver Spring, MD 20910 United States

### Certification
- **Name:** Garfield Goodrum, Esq.
- **Date:** June 17, 2011

---

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-778-705**

Effective date of registration:

June 17, 2011

---

**Title**
- Title of Work: Angry Birds - Black Bird, Blue Bird, White Bird, Yellow Bird

**Completion/Publication**
- Year of Completion: 2009
- Date of 1st Publication: December 10, 2009
- Nation of 1st Publication: Finland

**Author**
- Author: Rovio Mobile Oy
- Author Created: 2-D artwork
- Work made for hire: Yes
- Citizen of: Finland
- Domiciled in: Finland

**Copyright claimant**
- Copyright Claimant: Rovio Mobile Oy
- Keilaranta 17, Espoo, FI-02150, Finland

**Rights and Permissions**
- Organization Name: SAIDMAN DesignLaw Group, LLC
- Name: Garfield Goodrum, Esq.
- Email: garfield.goodrum@designlawgroup.com
- Telephone: 301-585-8601
- Address: 8601 Georgia Ave., Ste. 603
- Silver Spring, MD 20910 United States

**Certification**
- Name: Garfield Goodrum, Esq.
- Date: June 17, 2011

---

Correspondence: Yes

Page 1 of 1

Registration #: VA0001778705
Service Request #: 1-623841211



SAIDMAN DesignLaw Group, LLC
Garfield Goodrum
8601 Georgia Ave., Ste. 603
Silver Spring, MD 20910  United States