# EXHIBIT C

**Corporate Defendants:** AM Wholesale Inc.; AM1 Wholesale, Inc.; Amafhh International, Inc.; Amafhh Center, Inc.
**Individual Defendants:** Ali Raza Ravjani; Mohammed R. Ravjani; Mohsin Raza Ravjani

 

**Corporate Defendants:** Assured Vending, LLC; Discount Arcade Distributing, Inc.



**Corporate Defendants:** BG Traders, LLC; RMS International, LLC
**Individual Defendants:** Bangshi Gopal Shrestha; Roghan Etux Sangita Sthapit a/k/a Roshan Sthapit




**Corporate Defendant:** D.M. Merchants Ventures, Inc. d/b/a D. Fashion and Sale & More
**Individual Defendant:** Xiao Dong Zhu




**Corporate Defendant:** Yanagi Trading, LLC d/b/a Lady Charm Import & Wholesale and Lady's World
**Individual Defendant:** Yuanli Tang




**Corporate Defendants:** LP 66 Wholesale Center, LLC d/b/a L'Patricia; L'Patricia S.M. LLC d/b/a L'Patricia
**Individual Defendant:** Sang Soon Lee a/k/a Sam Soon Lee a/k/a Sang Ha Lee




**Corporate Defendant:** Vania Jewelry LLC d/b/a Suzie Q USA
**Individual Defendant:** Meishu Jin

 

**Individual Defendant:** Manuel Sandoval d/b/a Manny's Place



