# Northern Distict of Texas, Texas
1100 COMMERCE ST ROOM 1452 DALLAS TX 75242

# Case #: 3:13-CV-04719-G

**ROVIO ENTERTAINMENT, LTD**

*Plaintiff*
**vs**
**AM WHOLESALE, INC.; ALI RAZA RAVJANI; AM1 WHOLESALE, INC.; MOHAMMED R. RAVJANI; AMAFHH INTERNATIONAL INC.; AMAFHH CENTER,**

*Defendant*

## RETURN OF SERVICE

I, Demetria Redmon, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 01/11/14 0:34 am, instructing for same to be delivered upon Amafhh International, Inc. By Delivering To Its Corporate Officer Moshin Ravjani.

| | |
|---|---|
| That I delivered to | : Amafhh International, Inc. By Delivering To Its Corporate Officer<br>: Moshin Ravjani. By Delivering To Mohammed Ravjani, Statutory<br>: Agent |
| the following | : SUMMONS; PLAINTIFF'S ORIGINAL COMPLAINT |
| at this address | : 2635 Southwell Road<br>: Dallas, Dallas County, TX 75229 |
| Manner of Delivery | : by PERSONALLY delivering the document(s) to the person above.<br>: By Delivering To Mohammed Ravjani, Statutory Agent |
| Delivered on | : JAN 11, 2014 4:22 pm |

My name is Demetria Redmon, my date of birth is NOV 6th, 1977, and my address is Professional Civil Process Dallas, Inc., 2206 Century Center Blvd., Irving TX 75062, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the _12th_ day of _January_, 20_14_.

_Demetria Redmon_
Declarant
Demetria Redmon

Texas Certification#: SCH-9881 Exp. 08/31/15

Private Process Server
Professional Civil Process Of Texas, Inc
103 Vista View Trail Spicewood TX 78669
(512) 477-3500

PCP Inv. #D14101028
Reference : 313CV04719G

AX02A14103216
tomcat

+ Service Fee:   63.00
  Witness Fee:    .00
  Mileage Fee:    .00

Drangel, Jason                                                    @