# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ROVIO ENTERTAINMENT, LTD. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| AM WHOLESALE, INC.; ALI RAZA RAVJANI; AM1 WHOLESALE, INC.; MOHAMMED R. RAVJANI; AMAFHH INTERNATIONAL, INC., AMAFHH CENTER, INC.; MOHSIN RAZA RAVJANI; ASSURED VENDING, LLC; DISCOUNT ARCADE DISTRIBUTING, INC.; BG TRADERS, LLC; BANGSHI GOPAL SHRESTHA; RMS INTERNATIONAL, LLC; ROGHAN ET UX SANGITA STHAPIT a/k/a ROSHAN STHAPIT; D.M. MERCHANTS VENTURES, INC. d/b/a D. FASHION and SALE & MORE; XIAO DONG ZHU; YANAGI TRADING, LLC d/b/a LADY CHARM IMPORT & WHOLESALE and LADY'S WORLD; YUANLI TANG; LP 66 WHOLESALE CENTER, LLC d/b/a L'PATRICIA; L'PATRICIA S.M. LLC d/b/a L'PATRICIA; SANG SOON LEE a/k/a SAM SOON LEE a/k/a SANG HA LEE; VANIA JEWELRY LLC d/b/a SUZIE Q USA; MEISHU JIN; MANUEL SANDOVAL d/b/a MANNY'S PLACE; AND DOES 1-50 | § § § § § § § § § § § § § § § § § § § § § § § | CASE NO: 3:13-cv-04719-G |
| Defendants. | § | |

## ANSWER OF DEFENDANTS SANGITA STHAPIT AND ROSHAN STHAPIT

Defendants Sangita Sthapit and Roshan Sthapit hereby file their Answer to the Complaint filed against them by Rovio Entertainment, Ltd. on or about November 27, 2013. The answer

below is made per the paragraph numbers in the Complaint.

**ANSWER**

1. No response necessary.

2. Defendants do not contest subject matter jurisdiction in this Court.

3. Defendants do not contest venue in this district, although Defendants dispute that they have caused Plaintiff any harm or damages.

4. Defendants do not contest personal jurisdiction over them in this Court.

5. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

6. Defendants deny they have committed any unlawful acts, including those alleged in the Complaint. Specifically, Defendants deny that they have ever copied, manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold counterfeit or infringing Angry Birds products as alleged in the Complaint. Defendants lack knowledge or information sufficient to form a belief about the truth of Plaintiff's allegations regarding any of the other defendants.

7. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

8. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

9. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

10. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

11. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

12. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

13. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

14. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

15. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

16. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

17. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

18. Defendant RMS International, LLC was a Texas limited liability company, but forfeited its corporate existence long ago. It's address, when a viable entity, was 10032 Huey Trail, Hurst, Texas 76053.

19. This paragraph contains a misnomer pleading. To the knowledge of the Defendants, there is no such person or entity known as "Roghan Etux Sangita Sthapit a/k/a Roshan Sthapit. Sangita Sthapit is an individual resident of Texas, but is not "also known as" Roshan

Sthapit, nor has she ever been known as "Roghan." or "Roghan Etux." Sangita Sthapit is Roshan Sthapit's wife. Sangita Sthapit has never been an officer, director, shareholder and/or owner of BG, LLC or RMS, LLC. Roshan Sthapit was formerly a member of BG Traders, LLC and was formerly a member of RMS International, LLC. Mr. and Mrs. Sthapit reside at the address alleged.

20. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

21. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

22. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

23. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

24. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

25. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

26. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

27. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

28. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

29. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

30. No response necessary.

31. No response necessary.

32. No response necessary.

33. Sangita Sthapit has never been an officer, director, shareholder and/or owner of BG, LLC or RMS, LLC. Roshan Sthapit was formerly a member of BG Traders, LLC and was formerly a member of RMS International, LLC. Neither Sangita Sthapit nor Roshan Sthapit have ever been officers, directors, principals, shareholders and/or owners of any other corporate defendants mentioned in the Complaint paragraphs 7-29. Neither Sangita Sthapit nor Roshan Sthapit have ever performed any acts relevant to this lawsuit in either their personal or representative capacities. Neither Sangita Sthapit nor Roshan Sthapit have ever enriched themselves by fraudulent or illegal conduct as alleged in the Complaint. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations relating to any "enormous financial injury" allegedly suffered by Plaintiff.

34. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations as to any other defendants. However, Defendant Roshan Sthapit asserts that there was never any "unity of interest" between him and either BG Traders, LLC or RMS International, LLC such that the separateness of those entities should be ignored for

any reason.

35. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations relating to any other defendants. However, Defendant Roshan Sthapit asserts that there was never any "unity of interest" between him and either BG Traders, LLC or RMS International, LLC such that the separateness of those entities should be ignored for any reason.

36. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

37. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

38. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

39. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

40. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

41. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

42. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

43. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

44. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

45. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

46. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

47. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

48. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

49. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

50. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

51. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

52. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

53. Defendants deny that they have ever copied, manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold any products bearing one or more of Plaintiff's Marks or Copyright Works.. Defendants lack knowledge or information sufficient to form a belief about the truth of any other

allegations in this paragraph.

54. Defendants deny that they have ever copied, manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold counterfeit or infringing Angry Birds products. Defendants lack knowledge or information sufficient to form a belief about the truth of any other allegations in this paragraph.

55. Plaintiff or its investigators have purchased no products from Defendants. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations as to any other defendants.

56. No products were ever seized from Defendants by the San Antonio Police Department. Defendants lack knowledge or information sufficient to form a belief about the truth of the other allegations in this paragraph.

57. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

58. Defendants surrendered no products to any investigators. Defendants lack knowledge or information sufficient to form a belief about the truth of the other allegations in this paragraph.

59. Defendants surrendered no products to any investigators. Defendants lack knowledge or information sufficient to form a belief about the truth of the other allegations in this paragraph.

60. Admitted.

61. Defendants deny that they have ever copied, manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold counterfeit

or infringing Angry Birds products. Defendants have never used images and designs that are substantially similar to, identical to, and/or constitute counterfeiting and/or infringement of Plaintiff's Marks and Copyright Works. Defendants lack knowledge or information sufficient to form a belief about the truth of any other allegations in this paragraph.

62. Defendants cannot answer this allegation because it assumes an untrue statement. However, Defendants deny that they have ever had knowledge regarding Plaintiff's ownership of its Marks and Copyright Works.

63. Denied.

64. Denied.

65. Denied. In addition, Defendants deny that any injunctive relief is necessary or proper as to any of their activities.

66. No response necessary.

67. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

68. Denied.

69. Admitted.

70. Denied.

71. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

72. Denied.

73. No response necessary.

*ANSWER, page 9*

74. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

75. Denied.

76. Defendants deny that they have ever had any "Infringing Products" at any time. Defendants lack knowledge or information sufficient to form a belief about the truth of the other allegations in this paragraph.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. No response necessary.

82. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

83. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

84. Denied.

85. Admitted.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Defendants lack knowledge or information sufficient to form a belief about the truth of

these allegations.

91. Denied. In addition, Defendants deny that any injunctive relief is necessary or proper as to any of their activities.

92. No response necessary.

93. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

94. Denied.

95. Denied.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

## PRAYER

Defendants pray that upon trial or other final disposition of this case, Plaintiff take nothing from Defendants and that Defendants be awarded their costs and attorney's fees in this action. Defendants also pray for such other and further relief as is just.

RESPECTFULLY SUBMITTED:

/s/ James A. Pikl
Texas Bar No. 16008850
SCHEEF & STONE, LLP
2601 Network Blvd., Suite 102
Frisco, Texas 75034
(214) 472-2100
Fax (214) 472-2150
jim.pikl@solidcounsel.com
ATTORNEYS FOR DEFENDANTS

*ANSWER, page 11*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing pleading was filed using the CM/ECF federal filing system, which automatically served a copy on counsel of record in this case per Local Rule 5.1(d).

      /s/ James A. Pikl