UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROVIO ENTERTAINMENT, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:13-CV-4719-G |
| AM WHOLESALE, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

The unopposed motion of defendants AM Wholesale, Inc., Ali Raza Ravjani, AMAFHH International, Inc., AMAFHH Center, Inc., and Mohsin Raza Ravjani to extend time to answer or otherwise respond to plaintiff's complaint (docket entry 82) is **GRANTED**.  Therefore, AM Wholesale, Inc., Ali Raza Ravjani, AMAFHH International, Inc., AMAFHH Center, Inc. and Mohsin Raza Ravjani shall have until and including **March 10, 2014**, to answer or otherwise respond to plaintiff's complaint.

  **SO ORDERED**.

March 4, 2014.

  *[signature: A. Joe Fish]*
  **A. JOE FISH**
  **Senior United States District Judge**