UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROVIO ENTERTAINMENT, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:13-CV-4719-G |
| AM WHOLESALE, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The unopposed motion of defendant AM Wholesale, Inc. to set aside entry of default (docket entry 105) is **GRANTED**.

   **SO ORDERED**.

June 5, 2014.

_____
**A. JOE FISH**
**Senior United States District Judge**