# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# ANGRY BIRDS

**Reg. No. 4,200,545**

**Registered Sep. 4, 2012**

**Corrected Mar. 12, 2013**

**Int. Cls.: 3, 14, 16, 18, 20, 21, 24, 25, 27, 29, 30, 32, 33, 34, 35, 36, 38 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



Acting Director of the United States Patent and Trademark Office

ROVIO ENTERTAINMENT LTD (FINLAND CORPORATION)
KEILARANTA 17 C
FI-02150 ESPOO, FINLAND

FOR: BLEACHING PREPARATIONS AND BLEACHING SALTS AND BLEACHING SODAS FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; NON-MEDICATED TOILETRIES; MANICURE PREPARATIONS, NAMELY, ADHESIVES FOR ARTIFICIAL NAILS, NAIL CREAM, NAIL ENAMEL, NAIL GEL, NAIL POLISH, AND NAIL GLITTER; NON-MEDICATED SKIN AND FACIAL CLEANSERS; ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE LOTIONS; ANTIPERSPIRANTS; ANTISTATIC PREPARATIONS FOR HOUSEHOLD PURPOSES; AROMATICS, NAMELY, AROMATIC OILS, AROMATIC POTPOURRIS; MILLED AND PROCESSED QUILLAIA BARK FOR USE AS HAND-WASHING SOAP AND LAUNDRY SOAP; BATH SALTS; COSMETIC PREPARATIONS FOR BATHS; BEAUTY MASKS; BLEACHING SALTS; BLEACHING SODA; BLUING FOR LAUNDRY; COLOR-BRIGHTENING CHEMICALS IN THE NATURE OF WASHING PREPARATIONS FOR LAUNDRY USE; PAINT REMOVING PREPARATIONS; COSMETIC KITS COMPRISED OF LIPSTICK, LIP GLOSS, MASCARA, EYE-SHADOW; COSMETIC PREPARATIONS FOR SLIMMING PURPOSES; COTTON STICKS FOR COSMETIC PURPOSES; COTTON WOOL FOR COSMETIC PURPOSES; COSMETIC CREAMS; SKIN WHITENING CREAMS; CREAMS FOR LEATHER; DENTURE POLISHES; PREPARATIONS FOR CLEANING DENTURES; PERSONAL DEODORANTS; LAUNDRY DETERGENTS; HAIR DYES FOR COSMETIC PURPOSES; EAU DE COLOGNE; TOILET WATER; HAIR CREAM, HAIR GEL, SHAMPOOS, HAIR CONDITIONER AND HAIR MOISTENING PREPARATIONS; PERFUMES; LIPSTICKS; SKIN AND FACE CREAMS AND LOTIONS; FALSE NAILS; NAIL POLISHES AND VARNISHES AND THINNERS THEREFOR; SUN BLOCK; BLEACHING PREPARATIONS IN THE NATURE OF DECOLORANTS FOR COSMETIC PURPOSES; CAKE FLAVORINGS IN THE NATURE OF ESSENTIAL OILS; CLEANSING MILK FOR TOILET PURPOSES; EYEBROW COSMETICS; EYEBROW PENCILS; FABRIC SOFTENERS FOR LAUNDRY USE; FALSE EYELASHES; FLOOR WAX; HAIR DYES; HAIR SPRAY; LAUNDRY BLEACH; LAUNDRY PRE-SOAK; LAUNDRY STARCH; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MAKE-UP POWDER; MAKE-UP PREPARATIONS; MAKE-UP REMOVING PREPARATIONS; MASCARA; MOUTH WASHES, NOT FOR MEDICAL PURPOSES; NAIL CARE PREPARATIONS; COSMETIC PENCILS; POLISH FOR FURNITURE AND FLOORING; POMADES FOR COSMETIC PURPOSES; POTPOURRIS FOR USE AS FRAGRANCES; PUMICE STONE; SANDPAPER; SCENTED WOOD; SHOE CREAM; SHOE POLISH; SHOE WAX; LAUNDRY STARCH; SOAP FOR BRIGHTENING TEXTILE IN

**Reg. No. 4,200,545**   THE NATURE OF LAUNDRY SOAP; STARCH GLAZE FOR LAUNDRY PURPOSES IN THE NATURE OF LAUNDRY STARCH; SUN-TANNING PREPARATIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; VARNISH-REMOVING PREPARATIONS; DEPILATORY WAX; LAUNDRY WAX; POLISHING WAX; WAXES FOR LEATHER; DEPILATORY PREPARATIONS; PETROLEUM JELLY FOR COSMETIC PURPOSES; DECORATIVE FINGERNAIL DECALS FOR COSMETIC PURPOSES; INCENSE; FRAGRANCES; GEL SOAP, BAR SOAP; BUBBLE BATH; SHOWER GEL; TOOTHPASTE; MOUTHWASH; CLEANSING, TONING, MOISTURIZING AND EXFOLIATING PREPARATIONS FOR SKIN; BODY CREAM AND LOTION; HAND CREAM AND LOTION; SKIN CLEANSER AND NON-MEDICATED BODY SOAPS; PERFUMED BODY POWDER; BATH OIL; BABY OIL, BABY POWDER, BABY GEL AND BABY LOTION; LIP GLOSS, NON-MEDICATED LIP BALM; SACHETS FOR PERFUMING LINEN; MASSAGE OILS AND LOTIONS; AROMATHERAPY PREPARATIONS, NAMELY, NON-MEDICATED SKIN CREAMS WITH ESSENTIAL OILS FOR USE IN AROMATHERAPY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). .

FOR: PRECIOUS METALS AND THEIR ALLOYS; GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, JEWELRY, BOXES, BASKETS; JEWELLERY, PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; IMITATION JEWELLERY AND ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; BROOCHES; PENDANTS; NON-MONETARY COMMEMORATIVE COINS AND TOKENS FOR COLLECTING PURPOSES; CUFFLINKS; EARRINGS; GOLD THREAD JEWELRY; ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; JEWELRY OF IMITATION GOLD; JEWELLERY CASES; NECKLACES; RINGS; BRACELETS; MEDALS; MEDALLIONS; UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; STATUES AND STATUETTES OF PRECIOUS METAL; TIE CLIPS; CLOCKS, WATCHES AND STRUCTURAL PARTS AND STRUCTURAL FITTINGS THEREFOR; WATCH STRAPS, WATCH BANDS, WATCH CHAINS; CASES FOR POCKET WATCHES; CLOCKS AND WATCHES HAVING THE GAME FUNCTION; ELECTRIC CLOCKS AND ELECTRIC WATCHES; TABLE CLOCKS; POCKET WATCHES; STOPWATCHES; WALL CLOCKS; ALARM CLOCKS; CHRONOMETERS; ORNAMENTAL PINS; KEY CHAINS AND KEY CASES/CARRIERS OF PRECIOUS METAL AND/OR PRECIOUS STONES; BADGES OF PRECIOUS METAL; CASES FOR WATCHES (PRESENTATION); CASES FOR WATCHES AND CLOCKS; SUN DIALS; DIAMONDS; JEWELRY BOXES AND JEWELRY CASES OF PRECIOUS METAL; CHENILLE CUFF LINKS; STOCK PINS IN THE NATURE OF ORNAMENTAL PINS; FIGURINES IN THE NATURE OF STATUETTES OF PRECIOUS METAL; TROPHIES OF PRECIOUS METAL; COMMEMORATIVE COINS; KEY RINGS OF PRECIOUS METAL; INSIGNIAS OF PRECIOUS METAL; BADGES OF PRECIOUS METAL; PEARLS; ARTIFICIAL GEMSTONES IN THE NATURE OF UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: WALL PAPER STENCILS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50). .

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF LEATHER AND IMITATIONS OF LEATHER, NAMELY, HANDBAGS, PURSES; ANIMAL SKINS, HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, HARNESS AND SADDLERY; BAGS, NAMELY, CARRY ALL BAGS; ATHLETIC BAGS; BATH BAGS IN THE NATURE OF TOILETRY BAGS SOLD EMPTY; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS; SUIT CARRIERS BEING TRAVELLING BAGS; WAIST BAGS; ALL PURPOSE CARRYING BAGS; WEEKEND BAGS IN THE NATURE OF TOTE BAGS; WORK BAGS IN THE NATURE OF ATTACHÉ CASES; BACKPACKS; RUCKSACKS; KNAPSACKS; PURSES AND WALLETS; SUITCASES; ATTACHÉ CASES; CANVAS AND LEATHER SHOPPING BAGS; BANDS OF LEATHER; LEATHER SHOULDER BELTS; CALLING CARD CASES, VANITY CASES SOLD EMPTY; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING SETS COMPRISING LUGGAGE; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE BELTS; LUGGAGE TAGS, BEACH BAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HANDBAGS; LEATHER STRAPS; MOUNTAINEERING STICKS; BRIEFCASE- TYPE PORTFOLIOS FOR CARRYING SHEET MUSIC; NET BAGS FOR

**Reg. No. 4,200,545** SHOPPING; SCHOOL BAGS; TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; HUNTERS' GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING; HANDBAG FRAMES; SLING BAGS FOR CARRYING INFANTS; WHEELED SHOPPING BAGS; WHEELED BACKPACKS, DUFFEL BAGS AND SUITCASES; CARDBOARD TRUNKS AND WINE CARRYING CASES; CHAIN MESH PURSES, NOT OF PRECIOUS METAL; CLUTCH PURSES; COIN PURSES; COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES, NOT OF PRECIOUS METAL; GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41)..

FOR: FURNITURE, MIRRORS, PICTURE FRAMES; GOODS OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS, OR OF PLASTICS, NAMELY, WORKS OF ART; OFFICE FURNITURE, PHOTOGRAPH FRAMES; DRESSING TABLES; EASY CHAIRS; BEDS AND WATER BEDS FOR NON-MEDICAL PURPOSES; WOOD BEDSTEADS; FURNITURE SCREENS; ARMCHAIRS; BAKER'S BREAD BASKETS NOT OF METAL; BENCHES; LETTER BOXES OF WOOD OR PLASTIC; CABINET WORK; CABINETS; CHESTS FOR TOYS; CORKS; HAIRDRESSER'S CHAIRS, DECK CHAIRS; DESKS; TABLES, DINNER WAGONS; HEAD-RESTS AS FURNITURE PARTS; DIVANS; LIBRARY SHELVES; LOCKERS; NON-ELECTRIC LOCKS NOT OF METAL; FURNITURE RACKS, NAMELY, COAT RACKS, HAT RACKS, PLANT RACKS, POT RACKS, AND STORAGE RACKS; SAW HORSES; SCHOOL FURNITURE; SEATS; SOFAS; TEA CARTS; UMBRELLA STANDS; COTS; CUPBOARDS; DISPLAY BOARDS; DRESSING TABLES; FOOTSTOOLS AND STOOLS; SHELVES; AIR CUSHIONS; AIR MATTRESSES FOR USE WHEN CAMPING; AIR PILLOWS; SLEEPING BAGS; BED FITTINGS, NOT OF METAL; NON-TEXTILE CURTAIN HOLDERS; CURTAIN HOOKS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; CURTAIN ROLLERS; CURTAIN TIE-BACKS IN THE NATURE OF NON-TEXTILE CURTAIN HOLDERS; CUSHIONS; TOWEL DISPENSERS NOT OF METAL; MATTRESSES; PILLOWS; NON-METAL CLOTHES HOOKS AND COAT HANGERS; COAT STANDS; HAT STANDS; LADDERS OF WOOD OR PLASTICS; EMBROIDERY FRAMES; STATUES OF WOOD, WAX, PLASTER OR PLASTIC; FIRE SCREENS FOR DOMESTIC USE; NONMETAL AND NON-PAPER CONTAINERS FOR STORAGE OR TRANSPORT; STORAGE TANKS NOT OF METAL OR MASONRY FOR STORING TOYS; FILING CABINETS; CONTAINERS OF PLASTIC FOR PACKAGING PURPOSES; METAL-SUBSTITUTE PLASTIC FASTENERS, NAMELY, NAILS, WEDGES, NUTS, SCREWS, TACKS, BOLTS, RIVETS, AND CASTERS; DOOR STOPS OF PLASTIC OR WOOD; INFANT WALKERS; PLAYPENS FOR BABIES; SUPPORT PILLOWS FOR USE IN BABY SEATING EXCLUDING SAFETY SEATING FOR USE IN AUTOMOBILES; DECORATIVE MOBILES; CRADLES; COTS; AND CRIBS; HIGH CHAIRS FOR BABIES; FURNITURE CHESTS, CHESTS OF DRAWERS; WIND CHIMES; FLOWER-POT PEDESTALS; FLOWER-STANDS; DECORATIVE EDGING STRIPS OF PLASTICS AND/OR WOOD FOR USE WITH WINDOW FITTINGS; ORNAMENTS AND DECORATIONS FOR WINDOWS OR DOORS MADE OF OR FROM PLASTICS, WAX, WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; STEP LADDERS AND LADDERS NOT OF METAL, TOOL BOXES NOT OF METAL, NON-METAL GARDEN STAKES FOR PLANTS OR TREES; IMITATION FOODS FOR DISPLAY MADE OF PLASTIC MATERIALS, NAMELY, IMITATION DESSERTS, IMITATION CANDY, IMITATION CAKES, IMITATION FRUITS; FLAGPOLES, WORKS OF ART, FIGURINES AND STATUETTES AND SMALL DECORATIONS OR ORNAMENTS OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS, OR OF WAX, PLASTER OR PLASTICS; PLASTIC KEY CARDS NOT ENCODED; BINS, NOT OF METAL; BOTTLE CLOSURES NOT OF METAL; BOTTLE RACKS; CORKS FOR BOTTLES; HOUSE NUMBERS, NOT OF METAL, NON LUMINOUS; IDENTITY PLATES, NOT OF METAL; INFLATABLE PUBLICITY OBJECTS; LETTER BOXES NOT OF METAL OR MASONRY; MAGAZINE RACKS; PLATE RACKS; CUP RACKS; UPRIGHT SIGNBOARDS OF WOOD OR PLASTIC, PLASTIC SEALING CLIPS FOR BAGS; INFLATABLE HEADRESTS IN THE NATURE OF BATH PILLOWS; DECORATIONS OF PLASTIC FOR FOODSTUFFS OR LUNCH BOXES; HANDHELD FLAT FANS, HANDHELD FOLDING FANS, NON-ELEC-

**Reg. No. 4,200,545** TRIC FANS FOR PERSONAL USE; BAMBOO CURTAINS, AND BAMBOO BLINDS, BEAD CURTAINS FOR DECORATION; BEAD CURTAINS; ORIENTAL SINGLE PANEL STANDING PARTITION, HANGING BOARDS IN THE NATURE OF JAPANESE STYLE PEGBOARDS USING POSITIONAL HOOKS FOR USE AS MOVABLE WALL PARTITIONS; ORIENTAL FOLDING PARTITION SCREENS; DRINKING STRAWS; KEYBOARDS FOR HANGING KEYS; MANNEQUINS; MEDICINE CABINETS; MATS, REMOVABLE, FOR SINKS; NAME PLATES, NOT OF METAL; NUMBER PLATES, NOT OF METAL; MIRROR TILES; PEGS NOT OF METAL; PLASTIC DOORKNOBS; WOOD STOOLS; BED PADS; CRIB BUMPERS , IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50). .

FOR: CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; HOUSEHOLD OR KITCHEN UTENSILS, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COMBS AND BATH SPONGES, SCOURING SPONGES, CLEANING SPONGES; BRUSHES EXCLUDING PAINT BRUSHES, NAMELY, CLEANING BRUSHES FOR HOUSEHOLD USE, NAIL BRUSHES, HAIR BRUSHES; BRUSH-MAKING MATERIALS; ARTICLES FOR CLEANING PURPOSES, NAMELY, CLEANING CLOTHS, CLEANING COTTON, STEEL WOOL FOR CLEANING; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS EXCEPT GLASS USED IN BUILDING; GLASSWARE, PORCELAIN AND EARTHEN-WARE, NAMELY, BEVERAGE GLASSWARE, ORNAMENTS AND STATUETTES OF POR-CELAIN AND EARTHENWARE; PORTABLE BABY BATH TUBS; BASKETS, FOR DOMESTIC USE NOT OF METAL; MUGS; NON-ELECTRIC FOOD BLENDERS; IRONING BOARDS; BOOT JACKS; STOPPERS FOR BOTTLES MADE OF/FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA AND PORCELAIN; BOTTLES SOLD EMPTY; BOWLS; IRON KETTLES; SALAD BOWLS; NON-ELECTRIC WHISKS; RICE CHESTS; COLANDERS; HOUSEHOLD UTENSILS, NAMELY, STRAINERS; COOKING FUNNELS; FOOD PRESERVING JARS OF GLASS; COOKING GRATERS; CHOPSTICK CASES; ROLLING PINS FOR COOKING PURPOSES; LEMON SQUEEZERS IN THE NATURE OF CITRUS JUICERS; SHOE BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; BOXES OF METAL FOR DISPENSING PAPER TOWELS; MOUSE TRAPS; FLY SWATTERS; CANDLE EXTIN-GUISHERS NOT OF PRECIOUS METAL; FLOWER VASES; UPRIGHT SIGNBOARDS OF GLASS OR CERAMICS; COOKING SETS FOR OUTDOOR USE CONSISTING OF TIN CANS, TIN PANS, TIN POTS AND TIN PLATES; SOAP BOXES; BREAD BOARDS; BUCKETS; MEAL TRAYS, SERVING TRAYS; CAKE MOULDS; WAFFLE MOULDS; CANDLE RINGS; CANDLESTICKS; CANDY BOXES; COMB CASES; CHINA ORNAMENTS; CHINAWARE, NAMELY, ORNAMENTS AND STATUETTES OF CHINA; CHOPSTICKS IN THE NATURE OF COOKING UTENSILS; CLOTHES DRYING RACKS; CLOTHING STRETCHERS; CLOTHS FOR CLEANING; COCKTAIL STIRRERS; COFFEE FILTERS NOT OF PAPER BEING PART OF NON-ELECTRIC COFFEE MAKERS; NON-ELECTRICAL AND HAND-OPERATED COFFEE GRINDERS; COFFEE SERVICES; ELECTRIC HAIR COMBS; PASTRY BAGS; COOKERY MOULDS; COOKING POTS; ICE PAILS; PORTABLE COOLERS; CORKSCREWS; BOTTLES SOLD EMPTY; PLASTIC WATER BOTTLES SOLD EMPTY; BOTTLE OPENERS; DISHES; PLATES NOT OF PRECIOUS METAL; CHAMPAGNE BUCKETS; SHOWER CAD-DIES, NOT OF PRECIOUS METAL; HAIR BRUSHES; BRUSHES FOR CLOTHES; PLASTIC COASTERS; COFFEE CUPS; ALL PURPOSE HOUSEHOLD CONTAINERS; DRINKING GLASSES; DEMITASSE SETS CONSISTING OF CUPS AND SAUCERS; THERMAL INSU-LATED CONTAINERS FOR FOOD OR BEVERAGES; CORN COB HOLDERS; DECANTERS; SUGAR BOWL AND CREAMER PITCHERS SOLD AS A SET; DRINKING CUPS FOR IN-FANTS; PAPER CUPS; NON-METAL PIGGY BANKS; PLASTIC CUPS; TOOTHBRUSH CASES; SERVING UTENSILS, NAMELY, PIE SERVERS, CAKE TURNERS, SPATULAS, SCRAPERS AND CAKE SERVERS; COVERS FOR DISHES; COVERS FOR FLOWER POTS; CROCKERY, NAMELY, POTS, DISHES, DRINKING CUPS AND SAUCERS, BOWLS, SERVING BOWLS AND TRAYS; CUPS; DECANTERS; NON-ELECTRIC DEEP FRYERS; DISHES FOR SOAP; SOAP DISPENSERS; CLOTHES DRYING RACKS AND DISH DRYING RACKS FOR WASHING; DUSTBINS; EGG CUPS; FEEDING TROUGHS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; GOBLETS; GRATERS; NON-ELECTRIC GRIDDLES; HEAT-INSULATED CONTAINERS FOR FOOD OR BEVERAGES; HEATERS FOR FEEDING BOTTLES, NON-ELECTRIC; HOLDERS FOR FLOWERS AND PLANTS; ICE BUCKETS; ICE CUBE MOULDS; BEER MUGS, JUGS; KNIFE RESTS; KNOBS OF PORCELAIN; LAZY

**Reg. No. 4,200,545** SUSANS; LIQUEUR SETS COMPRISED OF CONTAINERS FOR ICE, GOBLETS, AND BEVERAGE GLASSWARE; LUNCH BOXES; MENU CARD HOLDERS; MESS-TINS; MIXING SPOONS; MOPS; NAPKIN HOLDERS; NAPKIN RINGS; NOZZLES FOR WATERING CANS; PADS FOR CLEANING; PANS; PAPER PLATES; PASTRY CUTTERS; PEPPER MILLS; PERFUMERY SPRAYERS SOLD EMPTY; PERFUME VAPORIZERS SOLD EMPTY; PICNIC BASKETS SOLD EMPTY; NON-METAL PIGGY BANKS; POT LIDS; POTS; SALT SHAKERS; PEPPER SHAKERS; SAUCEPANS; SAUCERS; SCOOPS; SCOURING PADS; SHAVING BRUSHES; SHIRT STRETCHERS; SHOE TREES; SOAP HOLDERS; SOUP BOWLS; SPICE SETS COMPRISED OF SPICE RACKS AND HAND-OPERATED SPICE GRINDERS; SPONGE HOLDERS; SPONGES FOR HOUSEHOLD PURPOSES; STANDS FOR SHAVING BRUSHES; STATUES OF PORCELAIN, TERRACOTTA OR GLASS; STATUETTES OF PORCELAIN, TERRA-COTTA OR GLASS; SYRINGES FOR WATERING FLOWERS AND PLANTS; TANKARDS; TEA STRAINERS; TEA CADDIES; COFFEE CADDIES; TEA INFUSERS; TEA SERVICES; TEAPOTS; TOILET BRUSHES; TOILET PAPER HOLDERS; TOILET SPONGES; TOOTHBRUSHES; TOOTHBRUSHES, ELECTRIC; TOOTHPICK HOLDERS, NOT OF PRECIOUS METAL; TOOTHPICKS; NAIL BRUSHES; LITTER TRAYS; TRIVETS; NON-ELECTRIC TROUSER PRESSES; TROUSER STRETCHERS; VACUUM BOTTLES; WAFFLE AND PANCAKE IRONS, NON-ELECTRIC; COOKERY AND BAKING IRONS, NON-ELECTRIC; WASHING BOARDS; RINSING TUBS; WATERING CANS; WATERING DEVICES, NAMELY, WATERING CANS AND WATERING POTS; POLISHING APPARATUS AND MACHINES FOR HOUSEHOLD PURPOSES, NON-ELECTRIC, NAMELY, FLOOR POLISH APPLICATORS MOUNTABLE ON A MOP HANDLE; WORKS OF ART, OF PORCELAIN, TERRA-COTTA OR GLASS; DECORATIVE ORNAMENTS FOR WINDOW OR DOORS MADE OF/FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA OR PORCELAIN; MOUSE TRAPS; CONTAINERS FOR AROMATICS AND FRAGRANCES, NAMELY, POT-POURRI DISHES; REFRIGERATING BOTTLES SOLD EMPTY; BOXES OF GLASS; BROOMS; BUTTER DISHES; BUTTER DISH COVERS; CHEESE-DISH COVERS; CANDY BOXES, NOT OF PRECIOUS METAL; CLOTHES-PEGS; NON-ELECTRIC PORTABLE COLD BOXES IN THE NATURE OF THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; COOKIE JARS; NON-ELECTRIC COOKING UTENSILS, NAMELY, GRILL COVERS, WIRE BASKETS, SPATULAS; EYEBROW BRUSHES; FRYING PANS; GARDENING GLOVES; POWDER PUFFS; SALT AND PEPPER SHAKERS; COOKIE CUTTERS; CRUETS, CRUET STANDS; DUSTERS; COCKTAIL SHAKERS; POWDER COMPACTS, NOT OF PRECIOUS METAL; PILL OR TABLET BOXES FOR PERSONAL USE; TISSUE PAPER BOX COVERS OF WOOD, OR PLASTIC; STANDS FOR TOOTH BRUSHES; FLOSS FOR DENTAL PUR-POSES; HANDLES FOR DENTAL FLOSS; HOUSEHOLD CONTAINERS OF PRECIOUS METAL; HOUSEHOLD UTENSILS OF PRECIOUS METAL, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COFFEE SERVICES OF PRECIOUS METAL; COFFEE-POTS, NON-ELECTRIC, OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METAL; NAPKIN HOLDERS AND RINGS OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METALS; POWDER COMPACTS OF PRECIOUS METAL; OVEN MITTS; PILL CASES OF WOOD AND PLASTIC FOR PERSONAL USE; BARBECUE MITTS; POT HOLDERS; PORCELAIN OR EARTHENWARE DOORKNOBS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50). .

FOR: BED AND TABLE COVERS OF TEXTILE; HANDKERCHIEFS; NAPKINS OF TEXTILE; BANNERS OF TEXTILE; BATH LINEN; BED LINEN; BEDSPREADS; BED BLANKETS; COTTON CLOTH, FELT CLOTH; COVERS FOR CUSHIONS; DOOR CURTAINS; TOWELS; FLAGS OF TEXTILE; TOILET GLOVES; HOUSEHOLD LINEN; CLOTH LABELS; CLOTH NAPKINS FOR REMOVING MAKE-UP; MATTRESS COVERS; WASHING MITTS; MOSQUITO NETS; CURTAINS; PILLOWCASES; PLASTIC MATERIAL, NAMELY, SYNTHETIC FIBER FABRICS; QUILTS; TRAVELLING RUGS; TEXTILE SHEETS IN THE NATURE OF FLAT BED SHEETS AND FITTED BED SHEETS; SHROUDS; SILK FABRICS; TABLE LINEN; TABLE MATS NOT OF PAPER; TAPESTRIES OF TEXTILE; UPHOLSTERY FABRICS; WALL HANGINGS OF TEXTILE; BEDDING, NAMELY, BED SHEETS, BED LINEN, BED SPREADS; TEXTILE COVERS FOR NAPKIN OR TISSUE HOLDERS; CURTAIN HOLDERS OR TIE-BACKS OF TEXTILE; COTTON FABRICS; COVERLETS IN THE NATURE OF BEDSPREADS; FABRICS FOR TEXTILE USE; FACE TOWELS OF TEXTILE; FELT; FRIEZE; HEMP FABRIC;

**Reg. No. 4,200,545** VELVET; WOOLEN CLOTH; TISSUE PAPER BOX COVERS OF TEXTILE; COVERS OF FABRIC FOR DOOR KNOBS; FABRIC TABLE RUNNERS; KITCHEN LINENS, NAMELY, DISH TOWELS FOR DRYING, KITCHEN TOWELS, FABRIC PLACE MATS, WASHING MITTS, FABRIC TABLE RUNNERS, CLOTH COASTERS; BATH TOWELS; PLACE MATS OF LINEN; UNFITTED COVERINGS OF TEXTILE AND OF PLASTIC FOR FURNITURE; SHOWER CURTAINS; COTTON, POLYESTER AND/OR NYLON FABRIC, FABRIC OF IM-ITATION ANIMAL SKINS; GOLF TOWELS; DAMASK; ELASTIC WOVEN FABRICS FOR CLOTHING; SILK FABRICS FOR PRINTING PATTERNS; PRINTERS' BLANKETS OF TEXTILE; OILCLOTH FOR USE AS TABLECLOTHS; LINGERIE FABRIC; JERSEY FABRIC; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOON; LININGS AND SHEETS OF TEXTILE FOR HOUSEHOLD PURPOSES, NAMELY, CURTAIN LINERS, IN CLASS 24 (U.S. CLS. 42 AND 50). .

FOR: FOOTWEAR, APRONS; SWIMWEAR, SWIMSUITS, BATHING SUITS; GLOVES; MITTENS; BELTS; BABIES CLOTHING, NAMELY, PAJAMAS, JACKETS, SHIRTS, JUMPERS; BABIES' NAPKINS OF TEXTILES IN THE NATURE OF CLOTH DIAPERS; BIBS, NOT OF PAPER; UNDERCLOTHING; SLEEP WEAR AND PAJAMAS; BATH ROBES; SUSPENDERS; HATS, CAPS, SUN VISORS, BERETS; BATHING AND SHOWER CAPS; MUFFS; EAR MUFFS; NECKWEAR, NECK TIES, CRAVATS, BOW TIES; SOCKS AND STOCKINGS, PANTYHOSE; GARTER BELTS, STOCKING AND PANT HOSE SUSPENDERS; SHOES, SPORT SHOES, SLIPPERS, BEACH SHOES; MASQUERADE COSTUMES; WORKING SLEEVES IN THE NATURE OF SUN SLEEVES; BANDANAS IN THE NATURE OF NECKERCHIEFS; BATH SANDALS; BATH SLIPPERS; SKI BOOTS; BOOTS; BRACES FOR CLOTHING IN THE NATURE OF SUSPENDERS; BRASSIERES; BREECHES FOR WEAR; CAMISOLES; COATS; CUFFS; FUR STOLES; HEADBANDS; JACKETS; JERSEYS; JUMPERS; OVERCOATS; PANTS; PARKAS; PULLOVERS; SANDALS; SCARVES; SHAWLS; SHIRTS; UNDERWEAR; SMOCKS; SPATS; BOOTS FOR SPORTS; SPORTS JERSEYS; SUITS; TROUSERS; UNIFORMS; WET SUITS FOR WATER SKIING; WRISTBANDS; GYMNASTICS SHOES; CLOTHING FOR GYMNASTICS, NAMELY, LEOTARDS, TIGHTS, T-SHIRTS; SASHES FOR WEAR; JOGGING SUITS; TROUSERS; JEANS; PANTS; TANK TOPS; SKIRTS; BLOUSES; SNOW SUITS; ROBES; SNEAKERS; BOOTIES; SLIPPER SOCKS; CLOAKS; CLOTH BIBS; CHAPS; BEACH COVER-UPS; DRESSES; JACKETS; LEOTARDS; OVERALLS; PONCHOS; RAINWEAR; SHORTS; SWEATERS; SWEATSHIRTS; BABIES' PANTS; WELTS FOR BOOTS; CLOTHING OF IMITATIONS OF LEATHER, NAMELY, COATS; CLOTHING OF LEATHER, NAMELY, SHIRTS, PANTS, COATS, DRESSES; COLLAR PROTECTORS; COLLARS; DETACHABLE COLLARS; CORSETS; CYCLISTS CLOTHING, NAMELY, CYCLING SHORTS AND JERSEYS; FOOTBALL BOOTS; FOOTBALL SHOES; PAPER CLOTHING, NAMELY, PAPER APRONS, PAPER HATS, PAPER SHOES USED WHEN GOING THROUGH METAL DETECTORS TO KEEP FEET AND SOCKS CLEAN; POCKETS FOR CLOTHING; READY-MADE LININGS AS PARTS OF CLOTHING; SARIS; SKULL CAPS; SPORTS SHOES; SWEAT-ABSORBENT UNDERCLOTHING; TEDDIES; WOODEN SHOES; VESTS; UNIFORMS; UNDERPANTS; TOP HATS; TOGAS, NON-SLIP SOLES FOR BOOTS AND SHOES; MOTORISTS' CLOTHING, NAMELY, GLOVES, JACKETS, RAIN SUITS; LEGGINGS; HOODS; HEELS; HEEL PIECES FOR BOOTS AND SHOES; HALF-BOOTS; GYMNASTIC SHOES; GALOSHES; GARTERS; FURS AS CLOTHING, NAMELY, CLOAKS, COATS, JACKETS, MUFFS, AND STOLES; HOODED SWEATSHIRTS; FLEECE SHIRTS; LOUNGEWEAR, LONG SLEEVE TOPS; ZIP THROUGH TOPS; JOGGING PANTS; FLEECE TOPS; KNIT FLEECE HATS; FASHION HEADGEAR, NAMELY, HEADBANDS; FLIP FLOPS; PLUSH SLIPPERS; PLUSH NOVELTY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39). .

FOR: CARPETS, RUGS, MATS AND MATTING, NAMELY, DOOR MATS, FLOOR MATS; LINOLEUM AND COVERINGS FOR COVERING EXISTING FLOORS; NON-TEXTILE WALL HANGINGS; AUTOMOBILE CARPETS; BATH MATS; FLOOR COVERINGS; DOOR MATS; GYMNASTIC MATS; GYMNASIUM MATS; VINYL FLOOR COVERINGS; WALLPAPER, WALL PAPER OF VINYL [, WALL PAPER STENCILS ]; PLAY MATS, NAMELY, FOAM MATS FOR USE ON PLAY AREA SURFACES; CHILDREN'S PRINTED ACTIVITY RUGS; BEACH MATS; TAPESTRY IN THE NATURE OF WALL HANGINGS, NOT OF TEXTILE;

**Reg. No. 4,200,545**  REED MATS; NONSLIP BATH TUB MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGHURT; EDIBLE OILS AND FATS; BOUILLON; BOUILLON CONCENTRATES; BROTH; BROTH CONCENTRATES; BUTTER; CAVIAR; CHEESE, CHEESE SNACKS, NAMELY, COTTAGE CHEESE, CHEESE SPREADS; CHEESE IN THE FORM OF DIPS, SPREADS AND STICKS; DAIRY PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; DAIRY PUDDINGS; FROSTED FRUITS; FROZEN FRUITS; PROCESSED AND DRIED FRUITS; VEGETABLE AND FRUIT JUICES FOR COOKING; FRUIT CHIPS; PROCESSED AND DRIED VEGETABLES; MARGARINE; MARMALADE; MEAT JELLIES; MEAT TINNED; BEVERAGES CONSISTING PRINCIPALLY OF MILK; SOYBEAN-BASED FOOD BEVERAGE USED AS A MILK SUBSTITUTE; MILK SHAKES; DAIRY PRODUCTS FOR MAKING MILK SHAKES, NAMELY, MILK; PRESERVED MUSHROOMS; PRESERVED ONIONS, PRESERVED OLIVES; GHERKIN; PREPARED NUTS; GINGER JAM; PASTES OF LIVER; PATE OF LIVER; COCOA BUTTER FOR FOOD PURPOSES; AND PEANUT BUTTER; PEANUTS, PROCESSED; LENTILS, PRESERVED; PEAS, PRESERVED; FRUIT PEEL; POTATO CHIPS; POTATO CRISPS; POTATO FRITTERS; SALADS EXCEPT MACARONI, RICE, AND PASTA SALAD; SAUERKRAUT; SAUSAGES; SESAME OIL; PREPARATIONS FOR MAKING SOUP; SOUPS; TOFU; VEGETABLE SALADS; VEGETABLE SOUP PREPARATIONS; WHIPPED CREAM; YOGHURT; PROCESSED, EDIBLE SEAWEED; PROCESSED, DRIED AND PRESERVED MEAT, FISH, POULTRY AND GAME; BACON; PREPARATIONS FOR MAKING BOUILLON; CHOCOLATE NUT BUTTER; CHARCUTERIE; HAM; CRYSTALLIZED FRUITS; FISH, TINNED; FRUIT JELLIES; FRUIT SALADS; MAIZE OIL; OLIVE OIL FOR FOOD; RAISINS; TOMATO PUREE; TINNED FRUITS AND VEGETABLES; SEAFOOD NOT LIVE; PROCESSED AND PRESERVED SEAFOOD; SEAFOOD, TINNED; PICKLES, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; FLOUR; ICES; HONEY, TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES AS CONDIMENTS; SPICES; ICE; BREAKFAST CEREAL; BISCUITS; CAKE POWDER IN THE NATURE OF CAKE MIXES; EDIBLE DECORATIONS FOR CAKES; CAKE PREPARATIONS, NAMELY, FROSTING, ICING, CANDY DECORATIONS, AND CAKE MIXES; MALT FOR FOOD; SOYBEAN MALT EXTRACT FOR FOOD; MALT BISCUITS; RICE CAKES; SWEETS AND CANDIES; SUGAR CONFECTIONERY, CANDY BARS; CANDY MINTS; CHOCOLATE CONFECTIONERY; CHOCOLATE; CHOCOLATE-BASED BEVERAGES WITH MILK; CHOCOLATE-BASED BEVERAGES; CONFECTIONERY DECORATIONS FOR CHRISTMAS TREES; COFFEE-BASED BEVERAGES; COFFEE BEVERAGES WITH MILK; COFFEE FLAVORINGS, NAMELY, COFFEE FLAVORED SYRUPS USED IN MAKING FOOD BEVERAGES; MIXTURES AND PREPARATIONS FOR USE AS SUBSTITUTES FOR COFFEE, NAMELY, COFFEE ESSENCES AND EXTRACTS FOR USE AS SUBSTITUTES FOR COFFEE, ARTIFICIAL COFFEE OR VEGETABLE PREPARATIONS FOR USE AS COFFEE; COFFEE AND COFFEE-BASED BEVERAGES; TEA, NAMELY, GINSENG TEA, BLACK TEA, OOLONG TEA, BARLEY AND BARLEY-LEAF TEA; COOKIES; POPCORN; FLAVOURED POPCORN; CORN FLAKES; CONFECTIONERY CHIPS FOR BAKING; ICE-CREAM; CURRY; CAPERS; CUSTARD; CUSTARD MIXES AND POWDER; CEREAL FLAKES; FLAVOURINGS, OTHER THAN ESSENTIAL OILS; CONFECTIONERY ICES; FRUIT JELLY CONFECTIONERY IN THE NATURE OF FRUIT JELLY CANDY; GINGERBREAD; CHOCOLATE SYRUP; KETCHUP; LIQUORICE; NON-MEDICATED LOZENGES; MEAT PIES; MEAT TENDERIZERS FOR HOUSEHOLD PURPOSES; PANCAKES; PASTILLES; PASTRIES; PATE; CORN CHIPS; TORTILLAS; PEPPER; PIZZAS; PUDDINGS; RAVIOLI; ROYAL JELLY FOR HUMAN CONSUMPTION NOT FOR MEDICAL PURPOSES; THICKENING AGENTS FOR COOKING FOODSTUFFS; WASABI PASTE; SOY SAUCE; PASTAS, NOODLES AND VERMICELLI; SUSHI; VANILLA; WAFFLES; FROZEN YOGHURT; PRETZELS; ALMOND CONFECTIONERY, NAMELY, ALMOND PASTE AND ALMOND CAKE; AROMATIC PREPARATIONS FOR FOOD, NAMELY, EXTRACTS USED AS FLAVORING; STARCH-BASED BINDING

**Reg. No. 4,200,545** AGENTS FOR ICE CREAM; BREAD ROLLS; CAKES; CARAMELS; CHEWING GUM, NOT FOR MEDICAL PURPOSES; CORN MEAL; CRACKERS; CRISP BREAD SNACKS; FLOUR BASED SAVORY SNACKS; CEREAL BASED SNACK FOODS; EDIBLE ICES; GOLDEN SYRUP; ICE, NATURAL OR ARTIFICIAL; MACARONI; MARZIPAN; MAYONNAISE; OATMEAL; PEPPERS AS SEASONINGS; PIES; RUSKS; COOKING SALT; SANDWICHES; TOMATO SAUCE; SEASONINGS; SHERBETS; SPAGHETTI; SWEETMEATS; TARTS; WHEAT FLOUR; SALAD DRESSINGS; MEAT GRAVIES; FRUIT SAUCES EXCLUDING CRANBERRY SAUCE AND APPLE SAUCE; CONES FOR ICE CREAM; DESSERT PUDDINGS, IN CLASS 30 (U.S. CL. 46). .

FOR: BEERS; MINERAL AND AERATED WATERS, FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES, NAMELY, SYRUP SUBSTITUTES FOR MAKING BEVERAGES; ALES; ALCOHOLIC AND NON-ALCOHOLIC BEERS; NON-ALCOHOLIC FRUIT DRINKS; NON-ALCOHOLIC FRUIT JUICES; NON-AL-COHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; NON-ALCO-HOLIC WINES; PINEAPPLE JUICE BEVERAGES; APERITIVES, NON-ALCOHOLIC; COCKTAILS, NON-ALCOHOLIC; ENERGY DRINKS; NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES; SYRUP FOR MAKING FRUIT JUICES AND FRUIT DRINKS; FRUIT NECTARS, NON-ALCOHOLIC; WHEY BEVERAGES; EXTRACTS OF HOPS FOR MAKING BEER; NON-ALCOHOLIC HONEY-BASED BEVERAGES; GINGER BEERS; ISO-TONIC BEVERAGES; ICED FRUIT BEVERAGES; DRINKING WATER; VEGETABLE JUICES; COLA BEVERAGES; KVASS; SPRING WATER; LITHIA WATER; PREPARATIONS FOR MAKING LIQUEURS; NAMELY, ESSENCES USED IN THE PREPARATION OF LIQUEURS; LEMONADES; MILK OF ALMONDS; PEANUT MILK; MALT BEER; MALT-BASED PRE-PARATIONS FOR MAKING BEVERAGES, NAMELY, MALT SYRUP; ALMOND BEVERAGES; FLAVOURED WATERS; BEER WORT; FROZEN FRUIT BEVERAGES; LAGERS; PASTILLES FOR EFFERVESCING BEVERAGES; TABLE WATERS; BOTTLED WATER; GRAPE JUICE; MUST; SARSAPARILLA; SELTZER WATER; SHANDY; CIDER, NON-ALCOHOLIC; SODA WATER; SORBETS IN THE FORM OF BEVERAGES; STOUT; SPORTS DRINKS; EXTRACTS FOR MAKING BEVERAGES, NAMELY, EXTRACTS OF HOPS AND MALT FOR MAKING BEER; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVER-AGES; VEGETABLE JUICE; SOFT DRINKS; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48). .

FOR: ALCOHOLIC BEVERAGES EXCEPT BEERS; DISTILLED SPIRITS OF RICE; APERITIFS; ALCOHOLIC BEVERAGES CONTAINING FRUIT; ALCOHOLIC EXTRACTS; ALCOHOLIC FRUIT EXTRACTS, DISTILLED SPIRITS; ALCOHOL ESSENCES; BRANDY; HARD CIDER; MEAD; PREPARED ALCOHOLIC COCKTAIL; LIQUEURS; SAKE; RAKI; SPIRITS; VODKA; WHISKY; RUM; GIN; WINE; COOKING WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: TOBACCO; MATCHES; ASHTRAYS; CIGARETTE PAPER; CIGAR CASES; CIGARETTE CASES; CIGAR CUTTERS; CIGAR HOLDERS; CIGARETTE FILTERS; MOUTHPIECES FOR CIGARETTE HOLDERS; CIGARETTE HOLDERS; CIGARETTE TIPS; CIGARETTES; CIGAR-ETTES CONTAINING TOBACCO SUBSTITUTES; CIGARILLOS; CIGARS; LIGHTERS FOR SMOKERS; MATCH BOXES; MATCH HOLDERS; MATCHES; PIPE CLEANSERS FOR TO-BACCO PIPES AND SMOKING PIPES; PIPE RACKS FOR SMOKING PIPES; TOBACCO PIPES; TOBACCO POUCHES; SNUFFBOXES; TOBACCO JARS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS; WHOLESALE STORE SERVICES, RETAIL STORE SERVICES, AND MAIL ORDER CATALOG SERVICES FEATURING GAMES FOR MOBILE DEVICES, GAMES FOR PERSONAL COMPUTERS, GAMES FOR CONSOLES, GAMES FOR TABLETS, ELECTRONIC GAME PROGRAMS, DOWNLOADABLE ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME SOFTWARE, COMPUTER GAME PROGRAMS, DOWNLOADABLE COMPUTER GAME PROGRAMS, INTERACTIVE GAME PROGRAMS, INTERACTIVE GAME SOFTWARE, PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, MOUSE PADS, PARTY FAVOURS AND FESTIVE DECORATIONS AND

**Reg. No. 4,200,545**   ORNAMENTS, GIFTS, SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LO-
TIONS, HAIR CARE PRODUCTS, TOILETRIES, DENTIFRICES, PERSONAL HYGIENE
PRODUCTS, CLEANING, POLISHING AND ABRASIVE PREPARATIONS, SUBSTANCES
FOR LAUNDRY USE, MANICURE TOOLS, NAIL CARE PREPARATIONS, NAIL POLISH,
NAIL VARNISH, FALSE NAILS, DIETETIC SUBSTANCES, FOOD FOR BABIES, SANITARY
PREPARATIONS, CANDLES, WICKS, SPILLS FOR LIGHTING, GREASES, LUBRICANTS,
OILS FOR PAINTS, CUTLERY, CROCKERY, MANICURE SETS, SHAVING INSTRUMENTS,
RAZORS, MACHINES AND MACHINE TOOLS FOR KITCHEN OR HOUSEHOLD PURPOSES,
HAND-HELD TOOLS, FILMS, CAMERAS, PHOTO DISCS, VIDEO RECORDERS, AUDIO
AND VIDEO TAPES, RECORDS AND DISCS, INSTRUMENTS AND APPARATUS FOR THE
RECORDING, TRANSMITTING AND/OR REPRODUCTION OF SOUNDS AND/OR IMAGES,
TELEVISIONS, CASSETTE TAPE PLAYERS AND/OR RECORDERS, VIDEO CASSETTE
AND/OR DISC PLAYERS AND/OR RECORDERS, RADIOS, TELEPHONES, WIRELESS
PHONES, MOBILE PHONES, MOBILE PHONE CASES, DECORATIONS AND STRAPS FOR
PHONES, CALL INDICATORS, CALCULATING MACHINES, CALCULATORS, ELECTRONIC
AND COMPUTER GAMES, CINEMATOGRAPHIC FILMS, LIGHTS, FANS, COOKING
UTENSILS, CAKE AND PASTRY MOULDS, TOASTERS, OVENS, KITCHEN UTENSILS,
UTENSILS AND CONTAINERS FOR SERVING OR STORING FOOD AND/OR BEVERAGES,
CHOP STICKS, CUTTING INSTRUMENTS, PORCELAIN, CHINAWARE, CRYSTAL WARE,
ENAMELWARE, SILVERWARE, GLASSWARE, TERRA-COTTA WARE, EARTHENWARE,
CERAMICS, HAIR DRYERS, LAMPS, LAMP SHADES AND PARTS AND FITTINGS
THEREFOR, BABY CARRIAGES, BALLOONS, BICYCLE HORNS, CLOCKS AND WATCHES
AND ACCESSORIES AND PARTS AND FITTINGS THEREFOR, JEWELLERY AND IMITA-
TION JEWELLERY, ORNAMENTS, GOODS OF PRECIOUS METAL OR COATED THERE-
WITH, MUSIC BOXES, MUSICAL INSTRUMENTS, PICTURES, PHOTOGRAPHS, STATION-
ERY, PAPER AND CARDBOARD AND GOODS MADE FROM THESE MATERIALS, ARTISTS
MATERIALS, PAINT BRUSHES, WRITING INSTRUMENTS, PRINTED MATTER, BOOKS,
NEWSPAPERS, MAGAZINES AND PERIODICALS, GREETING AND CHRISTMAS CARDS,
PLAYING CARDS, PACKING AND PACKAGING MATERIALS, PICTURE FRAMES AND
STANDS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, GOODS MADE
OF LEATHER AND/OR IMITATIONS OF LEATHER, BAGS AND LUGGAGE, PURSES AND
WALLETS, UMBRELLAS, WALKING STICKS, FURNITURE, MIRRORS, COAT HANGERS
AND PEGS, BOXES AND CONTAINERS, NAME PLATES, SMALL HOUSEHOLD FITTINGS,
HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, COMBS, SPONGES, BRUSHES,
ARTICLES FOR CLEANING PURPOSES, SPECTACLES, SPECTACLE FRAMES AND
SUNGLASSES AND CASES AND ACCESSORIES THEREFOR, TEXTILE AND TEXTILE
GOODS, BEDDING, AND TABLE LINENS AND COVERS, NAPKINS, TABLE MATS, FUR-
NITURE, HABERDASHERY, HANDKERCHIEVES, ARTICLES OF CHILDREN, WOMEN
AND MEN'S CLOTHING, FOOTWEAR, HEADGEAR AND GLOVES, BUTTONS, BADGES,
RIBBONS AND BRAID, LACE AND EMBROIDERY, HAIR PINS AND ORNAMENTS,
BRACES, SHOE ORNAMENTS, HAT ORNAMENTS, ZIPPER AND ZIPPER FASTENERS,
CARPETS, RUGS AND MATS, TOYS, GAMES AND PLAYTHINGS, DOLLS, PLUSH TOYS,
SOFT DOLLS, FIGURINES, SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS
TREES, FOOD AND BEVERAGES, CONFECTIONERY, FLORAL PRODUCTS, MATCHES,
CIGARS, CIGARETTES AND SMOKERS' ARTICLES; ADVERTISING; ORGANIZATION OF
EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; PUBLICATION OF
PUBLICITY TEXTS; SALES PROMOTION FOR OTHERS; ARRANGING OF FAIRS AND
EXHIBITIONS FOR ADVERTISING PURPOSES; BUSINESS MANAGEMENT OF PERFORM-
ING ARTISTS; IMPORT-EXPORT AGENCIES; COMPILATION OF INFORMATION INTO
COMPUTER DATABASES; DIRECT MAIL ADVERTISING; BUSINESS MANAGEMENT OF
HOTELS; MARKETING RESEARCH; OUTDOOR ADVERTISING; PERSONNEL RECRUIT-
MENT; ADVERTISING AGENCY SERVICES; RADIO ADVERTISING; TELEVISION AD-
VERTISING; ON-LINE ADVERTISING ON A COMPUTER NETWORK; RENTAL OF AD-
VERTISING TIME ON COMMUNICATION MEDIA; OFFICE MACHINES AND EQUIPMENT
RENTAL; VENDING MACHINE RENTAL SERVICES; AUCTIONEERING, IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

**Reg. No. 4,200,545** FOR: COMPUTERIZED FINANCIAL SERVICES, NAMELY, ELECTRONIC COMMERCE PAYMENT SERVICES, NAMELY, ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; COMPUTERIZED FINANCIAL SERVICES FOR RETAIL BUSINESSES, NAMELY, A MICRO-PAYMENT SYSTEM FOR ONLINE TRANSACTIONS FOR THE PURCHASE OF GOODS AND SERVICES; INFORMATION, ADVISORY AND CONSULTANCY SERVICES RELATING TO FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; AGENCY FOR RENTING OF APARTMENTS; APARTMENT HOUSE MANAGEMENT; BANKING; CAPITAL INVESTMENTS; CHARITABLE FUND RAISING; CREDIT CARD SERVICES; ISSUANCE OF CREDIT CARDS; DEBIT CARD SERVICES; FINANCIAL INFORMATION; FINANCING SERVICES; ISSUE OF TOKENS OF VALUE; ISSUING OF CHEQUES AND TRAVELLERS' CHECKS; LEASING OF REAL ESTATE; REAL ESTATE MANAGEMENT; RENT COLLECTION; RENTAL OF OFFICES; RENTING OF APARTMENTS; RENTING OF FLATS; SAVINGS BANKS; ELECTRONIC FUNDS TRANSFER; REAL ESTATE AGENCIES; TRUSTEESHIP SERVICES; FIRE INSURANCE UNDERWRITING; FUND INVESTMENTS; HEALTH INSURANCE UNDERWRITING; INSURANCE BROKERAGE; INSURANCE UNDERWRITING; LIFE INSURANCE UNDERWRITING; MARINE INSURANCE UNDERWRITING; MUTUAL FUNDS BROKERAGE, DISTRIBUTION, AND INVESTMENT; HOME BANKING; FINANCING OF LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102). .

FOR: TELECOMMUNICATION SERVICES, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND OPTICAL OR WIRELESS NETWORKS; CABLE TELEVISION BROADCASTING; TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; PROVIDING INFORMATION IN THE FIELD OF TELECOMMUNICATIONS, SPECIFICALLY REGARDING COMMUNICATION BY TELEPHONES AND CELLULAR TELEPHONES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; ELECTRONIC MAIL; FACSIMILE TRANSMISSION; RADIO BROADCASTING; SENDING OF TELEGRAMS; TELEPHONE COMMUNICATION SERVICES, VIDEO TELEPHONE SERVICES; TELEVISION BROADCASTING; PAGING SERVICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK; TELECOMMUNICATIONS ROUTING AND JUNCTION SERVICES; ELECTRONIC BULLETIN BOARD SERVICES; TELECONFERENCING SERVICES; COMMUNICATION VIA CONSUMER VIDEO GAME APPARATUS BY DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION VIA CONSUMER VIDEO GAME APPARATUS BY DIGITAL TRANSMISSION OR BY SATELLITE; COMMUNICATION VIA ARCADE VIDEO GAME MACHINES BY DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION VIA ARCADE VIDEO GAME MACHINES BY DIGITAL TRANSMISSION OR BY SATELLITE; COMMUNICATION VIA HANDHELD GAME APPARATUS BY DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION VIA HANDHELD GAME APPARATUS BY DIGITAL TRANSMISSION OR BY SATELLITE; TELECOMMUNICATION SERVICES, OTHER THAN BROADCASTING, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND OPTICAL OR WIRELESS NETWORKS; NEWS AGENCIES, NAMELY, THE TRANSMISSION OF NEWS ITEMS TO NEWS REPORTING ORGANIZATIONS; RENTAL OF TELECOMMUNICATION EQUIPMENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF MODEMS; ELECTRONIC MESSAGE SENDING, MESSAGE SENDING VIA A WEBSITE; SATELLITE TRANSMISSION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK; PROVIDING TEMPORARY HOUSING ACCOMMODATIONS; HOTEL ACCOMMODATION SERVICES AND CATERING SERVICES FOR GUESTS; RESTAURANTS; CAFES; CAFETERIAS; BARS; CANTEENS; CATERING SERVICES; SELF-SERVICE RESTAURANTS; SNACK BARS; COCKTAIL LOUNGES; PROVIDING INFORMATION IN THE FIELD OF PROVISION OF FOOD AND DRINKS; PROVISION OF TEMPORARY ACCOMMODATIONS AND LODGING FACILITIES IN THE NATURE OF HOTELS, MOTELS, AND BOARDING HOUSES; AGENCY SERVICES FOR THE RESERVATION OF TEMPORARY ACCOMMODATIONS AND LODGING FACIL-

**Reg. No. 4,200,545** ITIES IN THE NATURE OF HOTELS, MOTELS, AND BOARDING HOUSES; PROVIDING INFORMATION IN THE FIELD OF TEMPORARY ACCOMMODATIONS FOR TRAVELERS; CHILD CARE CENTERS; DAY-NURSERIES; TOURIST HOMES; BAR SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 3-31-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1091303 DATED 4-15-2011.

OWNER OF U.S. REG. NO. 3,976,576.

SER. NO. 79-102,769, FILED 4-15-2011.

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.**

# United States of America

## United States Patent and Trademark Office

# ANGRY BIRDS

**Reg. No. 4,148,716**

**Registered May 29, 2012**

ROVIO ENTERTAINMENT LTD (FINLAND LIMITED LIABILITY COMPANY)
P.O. BOX 65
02151 ESPOO, FINLAND

**Int. Cls.: 9 and 41**

**TRADEMARK**

FOR: COMPACT DISCS FEATURING GAMES, MUSIC OR VIDEOS, MOUSE PADS, SUNGLASSES, AND MOBILE PHONE ACCESSORIES, NAMELY, MOBILE PHONE STRAPS, CHARMS, CHARGERS, CASES, BATTERY CASES; DIGITAL MUSIC DOWNLOADABLE FROM THE INTERNET, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: PROVISION OF PRE-RECORDED, NON-DOWNLOADABLE DIGITAL MUSIC ONLINE BY MEANS OF MP3 WEBSITES ON A GLOBAL COMPUTER NETWORK, THE INTERNET AND VIA WIRELESS ELECTRONIC COMMUNICATION DEVICES; NON-DOWNLOADABLE DIGITAL MUSIC FROM THE INTERNET, VIA WIRELESS ELECTRONIC COMMUNICATION DEVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING NON-DOWNLOADABLE PRE-RECORDED DIGITAL MUSIC PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF FINLAND REG. NO. 249429, DATED 7-15-2010, EXPIRES 7-15-2020.

SER. NO. 85-262,793, FILED 3-9-2011.

FONG HSU, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Page: 2 / RN # 4,148,716

# United States of America

## United States Patent and Trademark Office

## ANGRY BIRDS

Reg. No. 3,976,576

Registered June 14, 2011

Int. Cls.: 9, 16, 28 and 41

TRADEMARK

SERVICE MARK

PRINCIPAL REGISTER

ROVIO MOBILE OY (FINLAND CORPORATION)
ANNANKATU 31-33C 37
FI-00100 HELSINKI
FINLAND

FOR: VIDEO GAMES FOR MOBILE DEVICES, PERSONAL COMPUTERS, CONSOLES, TABLETS; ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS; INTERACTIVE GAME PROGRAMS; INTERACTIVE GAME SOFTWARE; APPARATUS FOR GAMES ADAPTED FOR USE WITH TELEVISION RECEIVERS; CINEMATOGRAPHIC APPARATUS; PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BOOKLETS AND MANUALS REGARDING VIDEO GAMES; BOOKS IN THE FIELD OF VIDEO GAMES; CALENDARS, CHILDREN'S BOOKS, COMIC BOOKS, ADDRESS BOOKS, COLORING BOOKS AND ACTIVITY BOOKS; BOOK COVERS; BOOKMARKS; ERASERS, GIFT WRAPPING PAPER, GIFT BOXES MADE OF CARDBOARD, INVITATION CARDS, MAGAZINES REGARDING GAMES, MEMO PADS, NOTE PADS, NOTEBOOKS; PAPER NAPKINS, PAPER PARTY HATS AND PARTY DECORATIONS MADE OF PAPER, PAPERBACK BOOKS, PENCIL SHARPENERS, PENS AND CRAYONS, PICTURE STORY-BOOKS, PLAYING CARDS, POSTERS, POSTCARDS, RING BINDERS, RUBBER STAMPS, SCRATCH PADS, PAPER STAPLERS, STATIONERY, STATIONERY-TYPE PORTFOLIOS AND FOLDERS, STICKER ALBUMS, STICKERS, TRADING CARDS; GENERAL PURPOSE PLASTIC BAGS; PAPER DISHES; PROTECTIVE COVERS FOR NOTEBOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BOARD GAMES; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HAND HELD UNITS FOR PLAYING VIDEO GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GAME CARDS; NON ELECTRIC HAND-HELD SKILL GAMES, SOFT DOLLS, NOT FOR ANIMALS; PUZZLES; TOY ACTION FIGURES, NOT FOR ANIMALS; BALLOONS AND YO-YOS; PLUSH TOYS, NOT FOR ANIMALS; CHRISTMAS TREE DECORATIONS; TOY FIGURES ATTACH-ABLE TO PENCILS; PLUSH TOYS THAT CONNECT TO BELTS BY A HOOK; NON-ARTIC-ULATED PVC FIGURES; AND RUBBER BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: PROVIDING A WEB SITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELDS OF ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME PRODUCTS, AND ELECTRONIC GAME PROGRAMS AND PRODUCTS; TELEVISION PROGRAMS IN THE FIELD OF ENTERTAINMENT; ORGANIZING SPORTING EVENTS, NAMELY, SWIMMING MEET, SOCCER COMPETITION, BASEBALL COMPETITION, HOCKEY COMPETITION; ENTERTAINMENT SERVICES IN THE NATURE OF CREATION, DEVELOPMENT, AND PRODUCTION OF FILMS, ANIMATION OR ANIMATED FILMS, AND TELEVISION PRO-GRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.



David J. Kappos

Director of the United States Patent and Trademark Office

**Reg. No. 3,976,576** OWNER OF INTERNATIONAL REGISTRATION 1034096 DATED 3-4-2010, EXPIRES 3-4-2020.

SER. NO. 79-080,883, FILED 3-4-2010.

JOHN DALIER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,252,003**

**Registered Dec. 4, 2012**

**Int. Cls.: 3, 14, 18, 20, 21, 24, 25, 27, 28, 29, 30, 32, 33, 34, 35, 36, 38 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*David J. Kappos*

Director of the United States Patent and Trademark Office

ROVIO ENTERTAINMENT LTD (FINLAND CORPORATION)
KEILARANTA 17 C
FI-02150 ESPOO
FINLAND

FOR: BLEACHING PREPARATIONS FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; NON-MEDICATED TOILETRIES; PRODUCTS AND PREPARATIONS FOR THE CARE AND CLEANSING OF HAIR AND SKIN; ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE LOTIONS; ANTIPERSPIRANTS FOR PERSONAL USE; ANTISTATIC PREPARATIONS FOR HOUSEHOLD PURPOSES; AROMATICS, NAMELY, AROMATIC OILS AND POTPOURRIS; QUILLAIA BARK FOR WASHING; BATH SALTS; COSMETIC PREPARATIONS FOR BATHS; BEAUTY MASKS; BLEACHING SALTS; BLEACHING SODA; BLUING FOR LAUNDRY; COLOR-BRIGHTENING CHEMICALS FOR HOUSEHOLD PURPOSES, NAMELY, LAUNDRY; PAINT REMOVING PREPARATIONS; COSMETIC KITS COMPRISED OF COSMETICS; COSMETIC PREPARATIONS FOR SLIMMING PURPOSES; COSMETICS FOR ANIMALS; COTTON STICKS FOR COSMETIC PURPOSES; COTTON WOOL FOR COSMETIC PURPOSES; COSMETIC CREAMS; SKIN WHITENING CREAMS; CREAMS FOR LEATHER; DENTURE POLISHES; PREPARATIONS FOR CLEANING DENTURES; DEODORANTS FOR PERSONAL USE; EAU DE COLOGNE; TOILET WATER; HAIR CREAM, HAIR GEL, SHAMPOOS, HAIR CONDITIONER AND HAIR MOISTENING PREPARATIONS; PERFUMES; LIPSTICKS; SKIN AND FACE CREAMS AND LOTIONS; FALSE NAILS; NAIL POLISHES AND VARNISHES AND THINNERS THEREFOR; SUN BLOCK; CAKE FLAVOURINGS OF ESSENTIAL OILS; CLEANSING MILK FOR TOILET PURPOSES; EYEBROW COSMETICS; EYEBROW PENCILS; FABRIC SOFTENERS FOR LAUNDRY USE; FALSE EYELASHES; FLOOR WAX; HAIR DYES; HAIR SPRAY; LAUNDRY BLEACH; LAUNDRY SOAKING PREPARATIONS; LAUNDRY STARCH; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MAKE-UP POWDER; MAKE-UP PREPARATIONS; MAKE-UP REMOVING PREPARATIONS; MASCARA; MOUTH WASHES, NOT FOR MEDICAL PURPOSES; NAIL CARE PREPARATIONS; COSMETIC PENCILS; POLISH FOR FURNITURE AND FLOORING; POMADES FOR COSMETIC PURPOSES; POTPOURRIS; PUMICE STONE FOR PERSONAL USE; SAND CLOTH; SANDPAPER; SCENTED WOOD; SHAMPOOS FOR PETS; SHOE CREAM; SHOE POLISH; SHOE WAX; SOAP FOR BRIGHTENING TEXTILE; STARCH GLAZE FOR LAUNDRY PURPOSES; SUN-TANNING PREPARATIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; VARNISH-REMOVING PREPARATIONS; DEPILATORY WAX; LAUNDRY WAX; POLISHING WAX; WAXES FOR LEATHER; DEPILATORY PREPARATIONS; PETROLEUM JELLY FOR COSMETIC PUR-

**Reg. No. 4,252,003**  POSES; DECORATIVE DECALS FOR COSMETIC PURPOSES, NAMELY, REMOVABLE TATTOOS FOR COSMETIC PURPOSES; INCENSE; FRAGRANCES; GEL SOAP, BAR SOAP; BUBBLE BATH; SHOWER GEL; TOOTHPASTE; MOUTHWASH; CLEANSING, TONING, MOISTURIZING AND EXFOLIATING PREPARATIONS AND SUBSTANCES FOR THE BODY; BODY CREAM AND LOTION; HAND CREAM AND LOTION; SKIN CLEANSER AND NON-MEDICATED BODY SOAKS; PERFUMED BODY POWDER; BATH OIL; BABY OIL, BABY POWDER, BABY GEL AND BABY LOTION; LIP GLOSS, NON-MEDICATED LIP BALM; SACHETS FOR PERFUMING LINEN; MASSAGE OILS AND LOTIONS; ESSENTIAL OILS FOR AROMATHERAPY USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: PRECIOUS METALS AND THEIR ALLOYS; JEWELLERY, PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; IMITATION JEWELLERY AND ORNAMENTS IN THE NATURE OF JEWELRY; BROOCHES; JEWELRY CHAINS; PENDANTS; NON-MONETARY COINS; CUFFLINKS; EARRINGS; GOLD THREAD JEWELRY; ORNAMENTS OF PRECIOUS METAL; JEWELLERY OBJECTS OF IMITATION GOLD; JEWELLERY CASES; NECKLACES; RINGS; BRACELETS; MEDALS; MEDALLIONS; UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; STATUES AND STATUETTES OF PRECIOUS METAL; TIE CLIPS; CLOCKS, WATCHES AND PARTS AND FITTINGS THEREFOR; WATCH STRAPS, WATCH BANDS, WATCH CHAINS; CASES FOR POCKET WATCHES; CLOCKS AND WATCHES HAVING A GAME FUNCTION; ELECTRIC CLOCKS AND ELECTRIC WATCHES; TABLE CLOCKS; POCKET WATCHES; STOPWATCHES; WALL CLOCKS; ALARM CLOCKS; CHRONOMETERS; ORNAMENTAL PINS, KEY RINGS AND FOBS OF PRECIOUS METAL; KEY CHAINS AND KEY CASES/CARRIERS OF PRECIOUS METAL AND/OR PRECIOUS STONES; BADGES OF PRECIOUS METAL; CASES FOR WATCHES AND CLOCKS; SUN DIALS; DIAMONDS; COSTUME JEWELLERY; SEMI-PRECIOUS STONES; WORKS OF ART OF PRECIOUS METAL; CASES AND BOXES OF PRECIOUS METAL; CHENILLE CUFF LINKS; FIGURINES OF PRECIOUS METAL; TROPHIES OF PRECIOUS METALS; COMMEMORATIVE COINS; INSIGNIAS OF PRECIOUS METAL; BADGES OF PRECIOUS METAL; BONNET PINS OF PRECIOUS METAL; PEARL; ARTIFICIAL GEMSTONES; CHARMS, NAMELY, JEWELRY OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, ANIMAL SKINS, HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, HARNESS AND SADDLERY; BAGS, NAMELY, ATHLETIC BAGS; ALL-PURPOSE CARRYING BAGS THAT MAY BE USED AS BATH TOY BAGS; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS; SHOE BAGS FOR TRAVEL; TOILETRY BAGS SOLD EMPTY; SUIT CARRIERS BEING TRAVELLING BAGS; GARMENT BAGS FOR TRAVEL; WAIST BAGS; ALL-PURPOSE CARRYING BAGS, WEEKEND BAGS; BACKPACKS; RUCKSACKS; KNAPSACKS; PURSES AND WALLETS; SUITCASES; POUCHES OF LEATHER; ATTACHÉ CASES; SHOPPING BAGS MADE OF LEATHER; BANDS OF LEATHER; LEATHER SHOULDER BELTS; CALLING CARD CASES, COLLARS FOR ANIMALS OR PETS; KEY CASES; VANITY CASES SOLD EMPTY; MUZZLES; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE STRAPS; LUGGAGE TAGS, BEACH BAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HAND-BAGS; LEATHER STRAPS; MOUNTAINEERING STICKS; MESH BAGS FOR SHOPPING; SCHOOL BAGS; TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; ANIMAL GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING OF MERCHANDISE; FURNITURE COVERINGS OF LEATHER OR IMITATIONS OF LEATHER, NOT FITTED; HANDBAG FRAMES; SLING BAGS FOR CARRYING INFANTS; WHEELED SHOPPING BAGS; WHEELED BACKPACKS; DUFFEL BAGS AND SUITCASES; CARD HOLDERS AND CASES; CARDBOARD TRUNKS AND CASES; FABRIC OF IMITATION ANIMAL SKINS; CHAIN MESH PURSES, NOT OF PRECIOUS METAL; CLUTCH PURSES; COIN PURSES; COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES, NOT OF PRECIOUS METAL, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**Reg. No. 4,252,003**   FOR: FURNITURE, MIRRORS, PICTURE FRAMES; OFFICE FURNITURE, PHOTOGRAPH FRAMES; DRESSING TABLES; EASY CHAIRS; BEDS AND WATER BEDS, NOT FOR MEDICAL PURPOSES, WOOD AND PLASTIC BEDSTEADS; FURNITURE SCREENS; ARMCHAIRS; BASKETS FOR DOMESTIC USE, NOT OF METAL; BENCHES; BOXES OF WOOD OR PLASTIC; CABINETS; CHESTS FOR TOYS; CORKS; HAIRDRESSER'S CHAIRS, DECK CHAIRS; DESKS; TABLES, DINNER WAGONS; HEADRESTS FOR FURNITURE; DIVANS; LIBRARY SHELVING; LOCKERS; LOCKS OTHER THAN ELECTRIC, NOT OF METAL; RACKS, NAMELY, BOTTLE RACKS, COAT RACKS, DISPLAY RACKS, HAT RACKS, MAGAZINE RACKS, PLANT RACKS, SHOE RACKS, STORAGE RACKS, TOWEL RACKS, WINE RACKS; SAW HORSES; SCHOOL FURNITURE; SEATS; SOFAS; TEA CARTS; UMBRELLA STANDS; COTS; CUPBOARDS; DISPLAY BOARDS; FOOTSTOOLS AND STOOLS; SHELVES; AIR MATTRESSES AND AIR PILLOWS FOR USE WHEN CAMPING; SLEEPING BAGS; BED FITTINGS, NOT OF METAL; CURTAIN HOLDERS, NOT OF TEXTILE; CURTAIN HOOKS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; CURTAIN ROLLERS; CURTAIN TIE-BACKS, NOT OF TEXTILE; CUSHIONS; FIXED TOWEL DISPENSERS NOT OF METAL; MATTRESSES; PILLOWS; NON-METAL CLOTHES HOOKS AND COAT HANGERS; COAT STANDS; HAT STANDS; LADDERS OF WOOD AND PLASTICS; NON-METAL DOOR FITTINGS; EMBROIDERY FRAMES; STATUES OF WOOD, WAX, PLASTER AND PLASTIC; FIRE SCREENS FOR DOMESTIC USE; STORAGE TANKS NOT OF METAL OR MASONRY, FOR FLUID; CONTAINERS OF PLASTIC FOR PACKAGING PURPOSES; METAL-SUBSTITUTE PLASTIC FASTENERS, NAILS, WEDGES, NUTS, SCREWS, TACKS, BOLTS, RIVETS AND CASTERS, ALL NOT OF METAL; DOOR STOPS OF PLASTIC OR WOOD; INFANT WALKERS; PLAYPENS FOR BABIES; SUPPORT PILLOWS FOR USE IN BABY SEATING; DECORATIVE MOBILES; CRADLES; COTS AND CRIBS; HIGH CHAIRS FOR BABIES; FURNITURE CHESTS; WIND CHIMES; NESTING BOXES FOR PETS; BEDS FOR HOUSEHOLD PETS; NESTING BOXES FOR SMALL BIRDS, SCRATCHING POSTS FOR CATS; FLOWER-POT PEDESTALS; FLOWER-STANDS; DECORATIVE EDGING STRIPS OF PLASTICS AND/OR WOOD FOR USE WITH WINDOW FITTINGS; ORNAMENTS AND DECORATIONS FOR WINDOWS OR DOORS MADE OF OR FROM PLASTICS, WAX, WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; STEP LADDERS AND LADDERS NOT OF METAL, TOOL BOXES NOT OF METAL, NON-METAL STAKES FOR PLANTS OR TREES, FLAGPOLES, WORKS OF ART, FIGURINES AND STATUETTES AND SMALL DECORATIONS OR ORNAMENTS OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALE-BONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS, OR OF WAX, PLASTER OR PLASTICS; KEY CARDS NOT ENCODED, OF PLASTIC; BINS, NOT OF METAL; BOTTLE CLOSURES; BOTTLE RACKS; CORKS FOR BOTTLES; HOUSE NUMBERS, NOT OF METAL, NON-LUMINOUS; IDENTITY PLATES, NOT OF METAL; INFLATABLE PUBLICITY OBJECTS; LETTER BOXES NOT OF METAL; MAGAZINE RACKS; PLATE RACKS; CUP RACKS; SIGN-BOARDS OF PLASTIC; TOOL HANDLES NOT OF METAL; UPRIGHT SIGNBOARDS OF WOOD OR PLASTICS, SEALING CLIPS FOR BAGS; INFLATABLE HEADRESTS; DECORATIONS OF PLASTICS FOR FOODSTUFFS OR LUNCH BOXES; KEY RINGS AND KEY CHAINS, NOT OF METAL, MADE OF PLASTIC; HANDHELD FLAT FANS, HAND-HELD FOLDING FANS, FANS NON-ELECTRIC, FOR PERSONAL USE; BAMBOO CURTAINS; BAMBOO BLINDS, BEAD CURTAINS FOR DECORATION; ORIENTAL SINGLE PANEL STANDING PARTITION, ORIENTAL FOLDING PARTITION SCREENS; DRINKING STRAWS; FURNITURE, NAMELY, KEYBOARDS FOR HANGING KEYS; MANNEQUINS; DRAIN TRAP VALVES OF PLASTIC; MEDICINE CABINETS; MATS, REMOVABLE, FOR SINKS; NAME PLATES, NOT OF METAL; NUMBER PLATES, NOT OF METAL; MIRROR TILES; PEGS, NOT OF METAL; PILL CASES MADE OF WOOD, PLASTIC; PLASTIC DOORKNOBS; PORCELAIN OR EARTHENWARE DOORKNOBS; WOOD DOORKNOBS; BEANBAG CHAIRS; LEATHER AND IMITATION LEATHER KEY CHAINS; BATHROOM STOOLS; BED PADS; CRIB BUMPERS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS; COMBS AND SPONGES FOR HOUSEHOLD PURPOSES; BRUSH-MAKING MATERIALS; STEEL WOOL; UNWORKED

**Reg. No. 4,252,003**   OR SEMI-WORKED GLASS; BEVERAGE GLASSWARE, PORCELAIN AND EARTHENWARE; PORTABLE BABY BATH TUBS; BASKETS, FOR DOMESTIC USE, NOT OF METAL; MUGS; BIRDCAGES; NON-ELECTRIC FOOD BLENDERS; IRONING BOARDS; BOOT JACKS; STOPPERS FOR BOTTLES MADE OF/FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA AND PORCELAIN; BOWLS; IRON KETTLES, NON-ELECTRIC; SALAD BOWLS; WHISKS NON-ELECTRIC; RICE CHESTS; COLANDERS; COOKING STRAINERS; COOKING FUNNELS; FOOD PRESERVING JARS OF GLASS; COOKING GRATERS; CHOPSTICK CASES; ROLLING PINS FOR COOKING PURPOSES; COOKING GRILLS; LEMON SQUEEZERS; TOILET UTENSILS, NAMELY, HOLDERS FOR TOILET PAPER, TOILET BRUSHES, TOILET BRUSH HOLDERS, TOILET PAPER DIS-PENSERS, TOILET ROLL HOLDERS, TOILET TISSUE HOLDERS; SHOE BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; FEEDING VESSELS FOR PETS; BRUSHES FOR PETS; BOXES OF METAL FOR DISPENSING PAPER TOWELS; BIRD BATHS; MOUSE TRAPS; FLY SWATTERS; CANDLE EXTINGUISHERS NOT OF PRECIOUS METAL; FLOWER VASES; UPRIGHT SIGNBOARDS OF GLASS OR CERAMICS; COOKING SETS FOR OUT-DOOR USE CONSISTING OF TIN CANS, TIN PANS, TIN POTS AND TIN PLATES; SOAP BOXES; BREAD BOARDS; BUCKETS; TRAYS FOR DOMESTIC PURPOSES; CAGES FOR HOUSEHOLD PETS; CAKE MOULDS; WAFFLE MOULDS; CANDLE RINGS; CANDLE-STICKS; CANDY BOXES; COMB CASES; CHINA ORNAMENTS; CHINA WARES, NAMELY, COFFEE SETS; CHOPSTICKS; CLOTHES DRYING RACKS; CLOTHING STRETCHERS; CLOTHS FOR CLEANING; COCKTAIL STIRRERS; COFFEE FILTERS, NOT OF PAPER BEING PART OF NON-ELECTRIC COFFEE MAKERS; NON-ELECTRIC COFFEE GRINDERS; COFFEE SERVICES; ELECTRIC HAIR COMBS; COMBS FOR ANIMALS; PASTRY BAGS; COOKERY MOULDS; COOKING POTS; ICE PAILS; PORTABLE COOLERS; CORKSCREWS; BOTTLES SOLD EMPTY; PLASTIC WATER BOTTLES, SOLD EMPTY; BOTTLE OPENERS; DISHES; PLATES NOT OF PRECIOUS METAL; CHAMPAGNE BUCKETS; SHOWER CAD-DIES, NOT OF PRECIOUS METAL; HAIR BRUSHES; BRUSHES FOR CLOTHES; PLASTIC COASTERS; COFFEE CUPS; DRINKING GLASSES; DEMITASSE SETS CONSISTING OF CUPS AND SAUCERS; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; CORN COB HOLDERS; DECANTERS; SUGAR AND CREAMER SETS; INFANT CUPS; PAPER CUPS; NON-METAL PIGGY BANKS; PLASTIC CUPS; TOOTHBRUSH CASES; SERVING UTENSILS, NAMELY, PIE SERVERS, CAKE TURNERS, SPATULAS, SCRAPERS AND CAKE SERVERS; COVERS FOR DISHES; COVERS FOR FLOWER POTS, NOT OF PAPER; CUPS; DECANTERS; NON-ELECTRIC DEEP FRYERS; DISHES FOR SOAP; SOAP DISPENSERS; DRYING RACKS FOR WASHING OF DISHES; DUSTBINS; EGG CUPS; FEEDING TROUGHS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; GOBLETS; COOKING GRATERS; NON-ELECTRIC GRIDDLES; HEAT-INSULATED CONTAINERS FOR FOOD OR BEVERAGE FOR DOMESTIC USE; HEATERS FOR FEEDING BOTTLES, NON-ELECTRIC; HOLDERS FOR FLOWERS AND PLANTS; HOT POTS; ICE BUCKETS; ICE CUBE MOULDS; BEER MUGS, JUGS; KNIFE RESTS; KNOBS OF PORCELAIN; LAZY SUSANS; LUNCH BOXES; MENU CARD HOLDERS; MESS-TINS; MIXING SPOONS; MOPS; NAPKIN HOLDERS; NAPKIN RINGS; PLASTIC NOZZLES FOR WATERING CANS; PADS OF METAL FOR CLEANING; PANS; PAPER PLATES; PASTRY CUTTERS; PEPPER MILLS; PERFUME SPRAYERS; PERFUME VAPORIZERS, SOLD EMPTY; PICNIC BASKETS, SOLD EMPTY; PIGGY BANKS, NOT OF METAL; POT LIDS; POTS; PRESSURE COOKERS, NON-ELECTRIC; SALT SHAKERS; PEPPER SHAKERS; SAUCEPANS; SAUCERS; SCOOPS; SCOURING PADS; SHAVING BRUSHES; SHIRT STRETCHERS; SHOE TREES; SOAP HOLDERS; SOUP BOWLS; SPONGE HOLDERS; SPONGES FOR HOUSEHOLD PURPOSES; STANDS FOR SHAVING BRUSHES; STATUES OF PORCELAIN, TERRA-COTTA OR GLASS; STATUETTES OF PORCELAIN, TERRA-COTTA OR GLASS; SYRINGES FOR WATERING FLOWERS AND PLANTS; TANKARDS; TEA STRAINERS; TEA CADDIES; COFFEE CADDIES; TEA IN-FUSERS; TEA SERVICES; TEAPOTS, NOT OF PRECIOUS METAL; TOOTHBRUSHES; TOOTHBRUSHES, ELECTRIC; TOOTHPICK HOLDERS, NOT OF PRECIOUS METAL; TOOTHPICKS; NAIL BRUSHES; LITTER TRAYS, NAMELY, ANIMAL LITTER PANS; TRIVETS; TROUSER PRESSES, NON-ELECTRIC; TROUSER STRETCHERS; VACUUM BOTTLES; WAFFLE AND PANCAKE IRONS, NON-ELECTRIC; WASHING BOARDS; WASH TUBS, NAMELY, RINSING TUBS; WATERING CANS; POLISHING APPARATUS AND MACHINES FOR HOUSEHOLD PURPOSES, NON-ELECTRIC; WORKS OF ART, OF POR-

**Reg. No. 4,252,003** CELAIN, TERRA-COTTA OR GLASS; DECORATIVE ORNAMENTS FOR WINDOW OR DOORS MADE OF/FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA OR PORCELAIN; HOUSEHOLD CONTAINERS FOR STORING AROMATICS AND FRAGRANCES; REFRIGERATING BOTTLES, SOLD EMPTY, TO KEEP BEVERAGES COLD; BOXES OF GLASS; BROOMS; BUTTER DISHES; BUTTER DISH COVERS; CHEESE-DISH COVERS; CANDY JARS; COOKING UTENSILS, NON-ELECTRIC, NAMELY, WIRE BASKETS, GRILLS; EYEBROW BRUSHES; FRYING PANS; GARDENING GLOVES; POWDER PUFFS; COOKIE CUTTERS; CRUETS, CRUET STANDS; DUSTERS; COCKTAIL SHAKERS; POWDER COMPACTS, NOT OF PRECIOUS METAL; PILL OR TABLET BOXES, FOR PERSONAL USE; STANDS FOR TOOTH BRUSHES; FLOSS FOR DENTAL PURPOSES; HANDLES FOR DENTAL FLOSS; HOUSEHOLD CONTAINERS OF PRECIOUS METAL; HOUSEHOLD UTENSILS OF PRECIOUS METAL NAMELY, SPATULAS, STRAINERS; COFFEE SERVICES OF PRECIOUS METAL; COFFEE-POTS, NON-ELECTRIC, OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METAL; NAPKIN HOLDERS AND RINGS OF PRECIOUS METAL; POWDER COMPACTS OF PRECIOUS METAL; OVEN MITTS; PORCELAIN OR EARTHENWARE DOORKNOBS; BARBECUE MITTS; POT HOLDERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, BED AND TABLE COVERS; HANDKERCHIEFS; NAPKINS; BANNERS; BATH LINEN; BED LINEN; BEDSPREADS; BED BLANKETS; CLOTH, NAMELY, TABLE CLOTH NOT OF PAPER; COVERS FOR CUSHIONS; DOOR CURTAINS; TOWELS; FLAGS OF CLOTH; TOILET GLOVES IN THE NATURE OF FITTED TOILED LID COVERS MADE OF FABRIC; HOUSEHOLD LINEN; LABELS OF CLOTH; TEXTILE NAPKINS FOR REMOVING MAKE-UP; PLACE MATS MADE OF TEXTILE; MATTRESS COVERS; WASHING MITTS; MOSQUITO NETS; CURTAINS OF TEXTILE; PILLOWCASES; QUILTS; TRAVELLING RUGS; BED SHEETS OF TEXTILE; SHROUDS; SILK FABRICS; SLEEPING BAGS; TABLE LINEN; TABLE MATS NOT OF PAPER; TAPESTRY, MADE OF TEXTILE; UPHOLSTERY FABRICS; WALL HANGINGS OF TEXTILE; TEXTILE COVERS FOR NAPKIN OR TISSUE HOLDERS; TOILET SEAT COVERS, NOT OF PAPER; COVERINGS FOR LIDS FOR TOILET VESSELS, MADE OF TEXTILE; CURTAIN HOLDERS OR TIEBACKS OF TEXTILE; COTTON FABRICS; COVERLETS; FABRICS FOR TEXTILE USE; FACE TOWELS OF TEXTILE; FELT; FRIEZE CLOTH; HEMP FABRIC; VELVET; WOOLEN CLOTH; TISSUE PAPER BOX COVERS OF TEXTILE; COVERS OF FABRIC FOR DOOR KNOBS; TEXTILE NAME LABELS; WOVEN LABELS; POUCHES OF TEXTILE, OR OF SILK, FOR CHARMS; BED CANOPIES; TABLE RUNNERS OF FABRIC; KITCHEN LINENS, NAMELY, BARBECUE MITTS, DISH CLOTHS FOR DRYING, KITCHEN TOWELS, FABRIC PLACE MATS, OVEN MITTS, WASHING MITTS, FABRIC TABLE RUNNERS, POT HOLDERS, CLOTH COASTERS; BATH TOWELS; MATS OF LINEN; COVERINGS OF TEXTILE AND OF PLASTIC FOR FURNITURE; SHOWER CURTAINS; COTTON, POLYESTER AND NYLON FABRIC, FABRIC OF IMITATION ANIMAL SKINS; GOLF TOWELS; DAMASK; ELASTIC WOVEN MATERIAL, NAMELY, ELASTIC FABRICS FOR CLOTHING; SILK FABRICS FOR PRINTING PATTERNS; PRINTERS' BLANKETS OF TEXTILE; OILCLOTH FOR USE AS TABLECLOTHS; LINGERIE FABRIC; JERSEY FABRIC FOR CLOTHING; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOON; CRIB BUMPERS; DOOR KNOB COVERS MADE OF TEXTILE , IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, FOOTWEAR, AND HEADGEAR, NAMELY, APRONS, BEACH CLOTHES, NAMELY, SWIMWEAR, SWIMSUITS, BATHING SUITS, GLOVES, MITTENS, BELTS; BABIES' CLOTHING, NAMELY, ROMPERS; CLOTH BIBS, SLEEP WEAR AND PAJAMAS, BATH ROBES, SUSPENDERS, HATS, CAPS, SUN VISORS, BERETS, BATHING AND SHOWER CAPS, MUFFS, EAR MUFFS, NECKWEAR, NECK TIES, CRAVATS, BOW TIES, SOCKS AND STOCKINGS, PANTY HOSES, GARTER BELTS, STOCKING AND PANTY HOSE SUSPENDERS, SHOES, SPORTS SHOES, SLIPPERS, BEACH SHOES, MASQUERADE COSTUMES, WORKING SLEEVES, NAMELY, SUN SLEEVES, BANDANAS; NECKERCHIEFS, BATH SANDALS, BATH SLIPPERS, SKI BOOTS, BOOTS, BRACES FOR CLOTHING,

**Reg. No. 4,252,003** BRASSIERES, BREECHES FOR WEAR, CAMISOLES, COATS, CUFFS, FUR STOLES, HEADBANDS, JACKETS, JERSEYS, JUMPERS; OVERCOATS, PANTS, PARKAS, PULLOVERS, SANDALS, SCARVES, SHAWLS, SHIRTS, UNDERWEAR, SMOCKS, SPATS, BOOTS FOR SPORTS, SPORTS JERSEYS, SUITS, TROUSERS, UNIFORMS, WET SUITS FOR WATER SKIING, WRISTBANDS, GYMNASTICS SHOES; CLOTHING FOR GYM-NASTICS, NAMELY, LEOTARDS AND SPORT BRAS FOR GYMNASTICS; SASHES FOR WEAR, JOGGING SUITS, TROUSERS, JEANS, PANTS, TANK TOPS, SKIRTS, BLOUSES, SNOW SUITS, ROBES, SNEAKERS, BOOTIES, SLIPPER SOCKS, CLOAKS, CLOTH BIBS, CHAPS, BEACH COVER-UPS, DRESSES, JACKETS, LEOTARDS, OVERALLS, PONCHOS, RAINWEAR, SHORTS, SWEATERS, SWEATSHIRTS, BABIES' PANTS, WELTS FOR BOOTS; COLLAR PROTECTORS, COLLARS, DETACHABLE COLLARS, CORSETS, FOOTBALL BOOTS, FOOTBALL SHOES; POCKETS FOR CLOTHING, NAMELY, POCKET SQUARES; SARIS, SKULL CAPS, SPORTS SHOES, TEDDIES UNDERGARMENTS, WOODEN SHOES, VESTS, UNDERPANTS, TOP HATS, TOGAS, NON-SLIPPING DEVICES FOR BOOTS AND SHOES, NAMELY, NON-SLIP SOLES; LEGGINGS, HOODS, HEELS, HEELPIECES FOR BOOTS AND SHOES, HALF-BOOTS, GYMNASTIC SHOES, GALOSHES, GARTERS; FOOT MUFFS, NOT ELECTRICALLY HEATED, T-SHIRTS, TOPS, HOODED SWEATSHIRTS, FLEECE SHIRTS, LOUNGEWEAR, LONG SLEEVE TOPS, ZIP THROUGH TOPS, JOGGING PANTS, FLEECE TOPS, KNIT FLEECE HATS; FLIP FLOPS, PLUSH SLIPPERS, PLUSH NOVELTY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: CARPETS, RUGS, MATS AND MATTING, AND LINOLEUM FOR COVERING EXISTING FLOORS; WALL HANGINGS, NON-TEXTILE; AUTOMOBILE CARPETS; BATH MATS; FLOOR COVERINGS; DOOR MATS; GYMNASTIC MATS; GYMNASIUM MATS; VINYL FLOOR COVERINGS; WALLPAPER, WALL PAPER OF VINYL, WALL PAPER STENCILS; PLAY MATS, MADE OF FOAM, FOR USE ON PLAY AREA SURFACES; CHILDRENS PRINTED PLAY MATS; BEACH MATS; TAPESTRY WALL HANGINGS, NOT OF TEXTILE; REED MATS; NON-SLIP MATS FOR BATHS , IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: DECORATIONS FOR CHRISTMAS TREES; DOLLS; PUPPET; PLUSH TOYS; SOFT SCULPTURE DOLLS; TEDDY BEARS; TOY FIGURES AND PLAY SETS; ACTION FIGURES AND ACCESSORIES THEREFOR; TOY FIGURES ATTACHABLE TO MOBILE PHONES, PENCILS OR KEY RINGS; BATHTUB TOYS; RIDE-ON TOYS; BALLS FOR SPORTS; BAL-LOONS; YO-YOS; BALLS FOR GAMES; PLAYING BALLS; PLAYGROUND BALLS; SOCCER BALLS; BASEBALLS; BASKETBALLS; RUBBER BALLS; TOY VEHICLES; ELECTRIC TOY VEHICLES; SURF BOARDS; SNOW BOARDS; ICE SKATES; SKATEBOARDS; TOY AIR PISTOLS; BACKGAMMON GAMES; BELLS FOR CHRISTMAS TREES; BILLIARD BALLS; BILLIARD TABLES; TOY BUILDING BLOCKS; BOARD GAMES; CHESS GAMES; CHESS BOARDS; SKATING BOOTS WITH SKATES ATTACHED; BUILDING GAMES; CANDLE HOLDERS FOR CHRISTMAS TREES; CHECKERBOARDS; CHECKERS; CHESSBOARDS; CHRISTMAS TREES OF SYNTHETIC MATERIALS; COSAQUES, NAMELY, TOY FIRE-WORKS; CUPS FOR DICE; DARTS; DICE; DOLLS' BEDS, DOLLS' CLOTHES; DOLLS' HOUSES; DOLLS' ROOMS; DOMINOES; DRAUGHT BOARDS; DRAUGHTS; DUMB-BELLS; ELBOW GUARDS FOR ATHLETIC USE; FAIRGROUND RIDE APPARATUS, NAMELY, ROLLER COASTERS, CAROUSELS; PLAYGROUND EQUIPMENT, NAMELY, CLIMBING UNITS, SAND BOXES, SWING SETS; DOLLS' FEEDING BOTTLES; FISH HOOKS; FISHING TACKLE; FLIPPERS FOR SWIMMING; FLOATS FOR FISHING; FLYING DISCS; BATS FOR GAMES; APPARATUS FOR ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH TELEVISION RECEIVERS ONLY; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HAND HELD UNITS FOR PLAYING VIDEO GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GOLF BAGS; GOLF CLUBS; GOLF GLOVES; KITE REELS; KITES; KNEE GUARDS FOR ATHLETIC USE; MAHJONG; MARBLES FOR GAMES; MARIONETTES; THEATRICAL MASKS; TOY MASKS; TOY MOBILES; SCALE MODEL VEHICLES; PARLOR GAMES; PERCUSSION CAPS; TOY PISTOLS; RACKETS; INFANT RATTLES; RING GAMES; ROCKING HORSES; ROLLER SKATES; SAILBOARDS; SKIS; SLEIGHS, NAMELY, BOB-SLEIGHS; SLIDES FOR PLAYGROUNDS; SOAP BUBBLES DISPENSER TOYS; SPINNING

**Reg. No. 4,252,003**   TOPS; SPRING BOARDS; STATIONARY EXERCISE BICYCLES; PLAY SWIMMING POOLS; SWIMMING WEBS, FLIPPERS; SWINGS; TABLES FOR TABLE TENNIS; TOYS FOR DOMESTIC PETS; WATER SKIS; BEACH BALLS; AMUSEMENT GAME MACHINES, AUTOMATIC AND COIN-OPERATED; BAGS ESPECIALLY DESIGNED FOR SKIS AND SURFBOARDS; BINGO CARD; BUTTERFLY NETS; PLAYING CARDS; CONFETTI; IN-LINE ROLLER SKATES; KALEIDOSCOPES; MASTS FOR SAILBOARDS; LANDING NETS FOR ANGLERS; RADIO-CONTROLLED TOY VEHICLES; ROULETTE WHEELS; SNOW GLOBES; SNOWSHOES; AMUSEMENT APPARATUS FOR USE IN ARCADES, INCORPORATING A VIDEO MONITOR; STAND ALONE VIDEO OUTPUT GAME MACHINES; COIN OR COUNTER OPERATED ARCADE GAMES; PINBALL GAME MACHINES; NON ELECTRIC HAND-HELD ACTION SKILL GAMES; GAME EQUIPMENT SOLD AS A UNIT FOR PLAYING A BOARD GAME, A CARD GAME, A MANIPULATIVE GAME, A PARLOR GAME, A PARLOR-TYPE COMPUTER GAME AND AN ACTION TYPE TARGET GAME; PUZZLES; PAPER FACE MASKS; MASQUERADE AND HALLOWEEN MASKS, NAMELY, TOY AND NOVELTY FACE MASKS; WATER SQUIRTING TOYS; DARTBOARDS; BASEBALL GLOVES; SURFBOARDS; SWIM FINS; TOY ZIP GUNS; TOY BAKE WARE AND TOY COOKWARE; TOY BANK MACHINES; TOY SNOW GLOBES; BOXING GLOVES; HOCKEY STICKS; CHRISTMAS STOCKINGS; SLING SHOTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS, EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS; BOUILLON; BOUILLON CONCENTRATES; BROTH; BROTH CONCENTRATES; BUTTER; CAVIAR; CHEESE; CHEESE IN THE FORM OF DIPS, SPREADS AND STICKS; DAIRY PRODUCTS, NAMELY, YOGURT, YOGURT DRINKS; CURD; DAIRY-BASED BEVERAGES; FROSTED FRUITS; FROZEN FRUITS; PROCESSED AND DRIED FRUITS; VEGETABLE AND FRUIT JUICES FOR COOKING; FRUIT CHIPS; PROCESSED AND DRIED VEGETABLES; MARGARINE; MARMALADE; MEAT JELLIES; MEAT TINNED; SOYBEAN-BASED FOOD BEVERAGE USED AS A MILK SUBSTITUTE; MILK SHAKES; DAIRY PRODUCTS FOR MAKING MILK SHAKES, NAMELY, MILK; PRESERVED MUSHROOMS; PRESERVED ONIONS, PRESERVED OLIVES; GHERKIN; PREPARED NUTS; GINGER JAM; LIVER PASTES; PATE; COCOA BUTTER AND PEANUT BUTTER, FOR FOOD PURPOSES; PEANUTS, PROCESSED; LENTILS, PRESERVED; PEAS, PRESERVED; FRUIT PEEL; POTATO CHIPS; POTATO CRISPS; POTATO FRITTERS; SALADS EXCEPT MACARONI, RICE, AND PASTA SALAD; SAUERKRAUT; SAUSAGES; SESAME OIL; PREPARATIONS FOR MAKING SOUP; SOUPS; TOFU; VEGETABLE SALADS; VEGETABLE SOUP PREPARATIONS; WHIPPED CREAM; YOGHURT; POTATO-BASED SNACKS FOOD; DRIED EDIBLE SEAWEEDS; PROCESSED, DRIED AND PRESERVED MEAT, FISH, POULTRY AND GAME; BACON; PREPARATIONS FOR MAKING BOUILLON; CHOCOLATE NUT BUTTER; CHARCUTERIE; HAM; CRYSTALLIZED FRUITS; FISH, TINNED; FRUIT JELLIES; FRUIT SALADS; MAIZE OIL; OLIVE OIL FOR FOOD; RAISINS; TOMATO PUREE; TINNED FRUITS AND VEGETABLES; SEAFOOD; PROCESSED AND PRESERVED SEAFOOD; SEAFOOD, TINNED; PICKLES; PATE, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; EDIBLE FLOUR; BREAD; PASTRY; ICES; HONEY, TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES; SPICES; ICE; BREAKFAST CEREAL; BISCUITS; CAKE POWDER MIXES; EDIBLE DECORATIONS FOR CAKES; MALT FOR FOOD; SOYBEAN MALT; MALT BISCUITS; RICE CAKES; SWEETS AND CANDIES; SUGAR CONFECTIONERY, CANDY BARS, CANDY MINTS; CHOCOLATE CONFECTIONERY; CHOCOLATE; CHOCOLATE BEVERAGES WITH MILK; CHOCOLATE FOOD BEVERAGES NOT BEING DAIRY BASED OR VEGETABLE BASED; CONFECTIONERY FOR DECORATING CHRISTMAS TREES, NAMELY, CANDY, CHOCOLATE CONFECTIONERY; COFFEE-BASED BEVERAGES; COFFEE-BASED BEVERAGES WITH MILK; COFFEE FLAVOURINGS, NAMELY, SYRUPS; MIXTURES AND PREPARATIONS FOR USE AS SUBSTITUTES FOR COFFEE; COFFEE AND COFFEE-BASED BEVERAGES; TEA, NAMELY, GINSENG TEA, BLACK TEA, OOLONG TEA, BARLEY AND BARLEY-LEAF TEA; COOKIES; POPCORN;

**Reg. No. 4,252,003** FLAVOURED POPCORN; CORN FLAKES; CONFECTIONERY CHIPS; ICE-CREAM; CURRY; CAPERS; CUSTARD; CUSTARD MIXES AND POWDER; FLAVOURINGS, OTHER THAN ESSENTIAL OILS; CONFECTIONERY ICES; FRUIT JELLIES; GINGERBREAD; CHOCOLATE SYRUP; KETCHUP; LIQUORICE; LOZENGES, NOT MEDICATED; MEAT PIES; MEAT TENDERIZERS FOR HOUSEHOLD PURPOSES; PANCAKES; PASTILLES; PASTRIES; CORN CHIPS; TORTILLAS; PEPPER; PIZZAS; PUDDINGS; RAVIOLI; ROYAL JELLY FOR HUMAN CONSUMPTION, NOT FOR MEDICAL PURPOSES; THICKENING AGENTS FOR COOKING FOODSTUFFS; WASABI PASTE; SOY SAUCE; PASTAS, NOODLES AND VERMICELLI; SUSHI; VANILLA; WAFFLES; FROZEN YOGHURT; FROZEN CONFECTIONS; PRETZELS; ALMOND CONFECTIONERY; STARCH BINDING AGENTS FOR ICE CREAM; EDIBLE ICES; BREAD ROLLS; CAKES; CARAMELS CANDY; CHEWING GUM, NOT FOR MEDICAL PURPOSES; CORN MEAL; CRACKERS; CRISP BREAD SNACKS; CEREAL BASED SNACK FOODS; GOLDEN SYRUP; ICE, NATURAL OR ARTIFICIAL; MACARONI; MARZIPAN; MAYONNAISE; OATMEAL; PEPPERS SEASONINGS; PIES; RELISH; RUSKS; COOKING SALT; SANDWICHES; TOMATO SAUCE; SEASONINGS; SHERBETS; SPAGHETTI; SWEETMEATS CANDY; TARTS; WHEAT FLOUR; SALAD DRESSINGS; MEAT GRAVIES; FRUIT SAUCES, EXCLUDING CRANBERRY SAUCE AND APPLESAUCE; CONES FOR ICE CREAM; CORN-BASED SNACK FOODS; DESSERT PUDDINGS; CANNED PASTA FOODS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS; FRUIT DRINKS AND FRUIT JUICES; ALES; ALCOHOLIC AND NON-ALCOHOLIC BEERS; NON-ALCOHOLIC FRUIT DRINKS; NON-ALCOHOLIC FRUIT JUICES; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; NON-ALCOHOLIC WINES; PINEAPPLE JUICE BEVER-AGES; APERITIFS, NON-ALCOHOLIC; COCKTAILS, NON-ALCOHOLIC; ENERGY DRINKS; NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES; SYRUP FOR MAKING FRUIT JUICES AND FRUIT DRINKS; FRUIT NECTARS, NON-ALCOHOLIC; WHEY BEVERAGES; PREPARATIONS IN THE NATURE OF ESSENCES FOR MAKING AERATED WATER; HOPS EXTRACTS FOR MAKING BEER; NON-ALCOHOLIC HONEY-BASED BEVERAGES, NON-ALCOHOLIC; GINGER BEVERAGES; GINGER BEERS; ISOTONIC BEVERAGES; ICED FRUIT BEVERAGES; POWDERS FOR EFFERVESCING BEVERAGES; DRINKING WATER; VEGETABLE JUICES; PREPARATIONS IN THE NATURE OF ESSENCES FOR MAKING MINERAL WATER; COLA; COLA BEVERAGES; KVASS NON-ALCOHOLIC BEVERAGES; SPRING WATER; LITHIA WATER; PREPARATIONS IN THE NATURE OF ESSENCES FOR MAKING LIQUEURS; LEMONADES; MILK OF ALMONDS BEVERAGES; PEANUT MILK SOFT DRINK; MALT BEER; MALT-BASED PREPARATIONS FOR MAKING BEVERAGES; ALMOND BEVERAGES; FLAVOURED WATERS; BEER WORT; FROZEN FRUIT BEVERAGES; LAGERS; PASTILLES FOR EFFERVESCING BEVERAGES; TABLE WATERS; BOTTLED WATER; GRAPE JUICE; MUST; SARSAPARILLA SOFT DRINK; SELTZER WATER; SHANDY; CIDER, NON-ALCOHOLIC; SODA WATER; SORBETS IN THE FORM OF BEVERAGES; STOUT; SPORTS DRINKS; VEGETABLE JUICE BEVERAGE; SOFT DRINKS; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES EXCEPT BEERS; RICE ALCOHOL; APERITIFS; ALCO-HOLIC BEVERAGES CONTAINING FRUIT; ALCOHOLIC EXTRACTS; ALCOHOLIC FRUIT EXTRACTS; DISTILLED BEVERAGES, NAMELY, DISTILLED SPIRITS; ALCOHOL ES-SENCES; BRANDY; HARD CIDER; MEAD; PREPARED ALCOHOLIC COCKTAILS; LI-QUEURS; SAKE; RAKI; SPIRITS; VODKA; WHISKY; RUM; GIN; WINE; COOKING WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: TOBACCO; MATCHES; ASHTRAYS; CIGARETTE PAPER; CIGAR CASES; CIGARETTE CASES; CIGAR CUTTERS; CIGAR HOLDERS; CIGARETTE FILTERS; MOUTHPIECES FOR CIGARETTE HOLDERS; CIGARETTE HOLDERS; CIGARETTE TIPS; CIGARETTES; CIGAR-ETTES CONTAINING TOBACCO SUBSTITUTES; CIGARILLOS; CIGARS; LIGHTERS FOR SMOKERS; MATCH BOXES; MATCH HOLDERS; TOBACCO PIPE CLEANERS; SMOKING PIPE RACKS; TOBACCO PIPES; TOBACCO POUCHES; SNUFFBOXES; TOBACCO JARS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

**Reg. No. 4,252,003**   FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION ASSIST-
ANCE; PROVIDING OFFICE FUNCTIONS; PROVIDING WHOLESALE AND RETAIL STORE
SERVICES AND MAIL ORDER SERVICES RELATING TO THE SALE OF GAMES FOR
MOBILE DEVICES, GAMES FOR PERSONAL COMPUTERS, GAMES FOR CONSOLES,
GAMES FOR TABLETS, ELECTRONIC GAME PROGRAMS, DOWNLOADABLE ELECTRON-
IC GAME PROGRAMS, ELECTRONIC GAME SOFTWARE, COMPUTER GAME PROGRAMS,
DOWNLOADABLE COMPUTER GAME PROGRAMS, INTERACTIVE GAME PROGRAMS,
INTERACTIVE GAME SOFTWARE, PROTECTIVE CARRYING CASES SPECIALLY ADAP-
TED FOR PHONES AND HANDHELD COMPUTERS, MOUSE PADS, PARTY FAVOURS
AND FESTIVE DECORATIONS AND ORNAMENTS, GIFTS AND NOVELTY ITEMS, SOAPS,
PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, HAIR CARE PRODUCTS,
TOILETRIES, DENTIFRICES, PERSONAL HYGIENE PRODUCTS, CLEANING, POLISHING
AND ABRASIVE PREPARATIONS, SUBSTANCES FOR LAUNDRY USE, MANICURE
TOOLS, NAIL CARE PREPARATIONS, NAIL POLISH, NAIL VARNISH, FALSE NAILS, DI-
ETETIC SUBSTANCES, FOOD FOR BABIES, SANITARY PREPARATIONS, CANDLES,
WICKS, SPILLS FOR LIGHTING, GREASES, LUBRICANTS, OILS FOR PAINTS, CUTLERY,
CROCKERY, MANICURE SETS, SHAVING INSTRUMENTS, RAZORS, MACHINES AND
MACHINE TOOLS FOR KITCHEN OR HOUSEHOLD PURPOSES, HAND-HELD TOOLS,
FILMS, CAMERAS, PHOTO DISCS, VIDEO RECORDERS, AUDIO AND VIDEO TAPES,
RECORDS AND DISCS, INSTRUMENTS AND APPARATUS FOR THE RECORDING,
TRANSMITTING AND/OR REPRODUCTION OF SOUNDS AND/OR IMAGES, TELEVISIONS,
CASSETTE TAPE PLAYERS AND/OR RECORDERS, VIDEO CASSETTE AND/OR DISC
PLAYERS AND/OR RECORDERS, RADIOS, TELEPHONES, WIRELESS PHONES, MOBILE
PHONES, MOBILE PHONE CASES, DECORATIONS AND STRAPS FOR PHONES, CALL
INDICATORS, CALCULATING MACHINES, CALCULATORS, ELECTRONIC AND COM-
PUTER GAMES, CINEMATOGRAPHIC FILMS, LIGHTS, FANS, COOKING UTENSILS,
CAKE AND PASTRY MOULDS, TOASTERS, OVENS, KITCHEN UTENSILS, UTENSILS
AND CONTAINERS FOR SERVING OR STORING FOOD AND/OR BEVERAGES, CHOP
STICKS, CUTTING INSTRUMENTS, PORCELAIN, CHINA-WARE, CRYSTAL WARE,
ENAMELWARE, SILVERWARE, GLASSWARE, TERRA-COTTA WARE, EARTHENWARE,
CERAMICS, HAIR DRYERS, LAMPS, LAMP SHADES AND PARTS AND FITTINGS
THEREFOR, BABY CARRIAGES, BALLOONS, BICYCLE HORNS, CLOCKS AND WATCHES
AND ACCESSORIES AND PARTS AND FITTINGS THEREFOR, JEWELLERY AND IMITA-
TION JEWELLERY, ORNAMENTS, GOODS IN PRECIOUS METAL OR COATED THERE-
WITH, MUSIC BOXES, MUSICAL INSTRUMENTS, PICTURES, PHOTOGRAPHS, STATION-
ERY, PAPER AND CARDBOARD AND GOODS MADE FROM THESE MATERIALS, ARTISTS
MATERIALS, PAINT BRUSHES, WRITING INSTRUMENTS, PRINTED MATTER, BOOKS,
NEWSPAPERS, MAGAZINES AND PERIODICALS, GREETING AND CHRISTMAS CARDS,
PLAYING CARDS, PACKING AND PACKAGING MATERIALS, PICTURE FRAMES AND
STANDS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, GOODS MADE
OF LEATHER AND/OR IMITATIONS OF LEATHER, BAGS AND LUGGAGE, PURSES AND
WALLETS, UMBRELLAS, WALKING STICKS, FURNITURE, MIRRORS, COAT HANGERS
AND PEGS, BOXES AND CONTAINERS, NAME PLATES, SMALL HOUSEHOLD FITTINGS,
HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, COMBS, SPONGES, BRUSHES,
ARTICLES FOR CLEANING PURPOSES, SPECTACLES, SPECTACLE FRAMES AND
SUNGLASSES AND CASES AND ACCESSORIES THEREFOR, TEXTILE AND TEXTILE
GOODS, BEDDING, AND TABLE LINENS AND COVERS, NAPKINS, TABLE MATS, HAB-
ERDASHERY, HANDKERCHIEFS, ARTICLES OF CHILDREN, WOMEN AND MEN'S
CLOTHING, FOOTWEAR, HEADGEAR AND GLOVES, BUTTONS, BADGES, RIBBONS
AND BRAID, LACE AND EMBROIDERY, HAIR PINS AND ORNAMENTS, BRACES, SHOE
ORNAMENTS, HAT ORNAMENTS, ZIPPER AND ZIPPER FASTENERS, CARPETS, RUGS
AND MATS, TOYS, GAMES AND PLAYTHINGS, DOLLS, PLUSH TOYS; SOFT DOLLS,
FIGURINES, SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS TREES, FOOD AND
BEVERAGES, CONFECTIONERY, FLORAL PRODUCTS, MATCHES, CIGARS, CIGARETTES
AND SMOKERS' ARTICLES; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR
ADVERTISING PURPOSES; PUBLICATION OF PUBLICITY TEXTS; SALES PROMOTION
SERVICES; ARRANGING OF ADVERTISING SERVICES; BUSINESS MANAGEMENT OF
PERFORMING ARTISTS; GOODS IMPORT-EXPORT AGENCIES; COMPILATION AND

**Reg. No. 4,252,003**  SYSTEMIZATION OF INFORMATION INTO COMPUTER DATABASES; DIRECT MAIL ADVERTISING; BUSINESS MANAGEMENT OF HOTELS; MARKETING RESEARCH; OUTDOOR ADVERTISING; PERSONNEL RECRUITMENT; ADVERTISING AGENCY SERVICES; RADIO ADVERTISING; TELEVISION ADVERTISING; ON-LINE ADVERTISING ON A COMPUTER NETWORK; PROCUREMENT SERVICES FOR OTHERS, NAMELY, PURCHASING GOODS AND SERVICES FOR OTHER BUSINESSES; RENTAL OF ADVERTISING TIME ON COMMUNICATION MEDIA; RENTAL OF OFFICE MACHINES AND EQUIPMENT; VENDING MACHINE RENTAL SERVICES; AUCTIONEERING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: INSURANCE UNDERWRITING SERVICES FOR ALL TYPES OF INSURANCE, INSURANCE CONSULTATION; FINANCIAL AFFAIRS AND MONETARY AFFAIRS, NAMELY, FINANCIAL INFORMATION; COMPUTERISED FINANCIAL SERVICES FOR RETAIL BUSINESSES, NAMELY, FINANCIAL TRANSACTION SERVICES, NAMELY, PROVIDING SECURE COMMERCIAL TRANSACTIONS AND PAYMENT OPTIONS; APARTMENT HOUSE MANAGEMENT; BANKING; CAPITAL INVESTMENTS SERVICES; CHARITABLE FUND RAISING; CREDIT CARD SERVICES; ISSUANCE OF CREDIT CARDS; DEBIT CARD SERVICES; FINANCIAL INFORMATION; FINANCING SERVICES; ISSUE OF TOKENS OF VALUE; ISSUING OF CHEQUES AND TRAVELLERS' CHECKS; LEASING OF REAL ESTATE: REAL ESTATE MANAGEMENT SERVICES; RENT COLLECTION; RENTAL OF OFFICES; RENTING OF APARTMENTS; RENTING OF FLATS; SAVINGS BANKS; ELECTRONIC FUNDS TRANSFER; REAL ESTATE AGENCIES; TRUSTEESHIP SERVICES; FIRE INSURANCE UNDERWRITING; FUND INVESTMENTS; HEALTH INSURANCE UNDERWRITING; INSURANCE BROKERAGE; LIFE INSURANCE UNDERWRITING; MARINE INSURANCE UNDERWRITING; MUTUAL FUND INVESTMENTS; HOME BANKING; FINANCING OF LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: CABLE TELEVISION BROADCASTING; TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; PROVIDING INFORMATION ON COMMUNICATION BY TELEPHONES AND CELLULAR TELEPHONES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; ELECTRONIC MAIL; FACSIMILE TRANSMISSION; RADIO BROADCASTING; SENDING OF TELEGRAMS; TELEPHONE SERVICES; PAGING SERVICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK; TELECOMMUNICATIONS ROUTING AND JUNCTION SERVICES; ELECTRONIC BULLETIN BOARD SERVICES AND PROVIDING INFORMATION THEREON; TELECONFERENCING SERVICES; COMMUNICATION BY CONSUMER VIDEO GAME APPARATUS; PROVIDING INFORMATION ON COMMUNICATION BY CONSUMER VIDEO GAME APPARATUS; COMMUNICATION BY ARCADE VIDEO GAME MACHINES; PROVIDING INFORMATION ON COMMUNICATION BY ARCADE VIDEO GAME MACHINES; COMMUNICATION BY HANDHELD GAME APPARATUS; PROVIDING INFORMATION ON COMMUNICATION BY HANDHELD GAME APPARATUS; COMMUNICATION BY MESSAGES AND PICTURES BY USING COMPUTERS; NEWS AGENCIES SERVICES FOR ELECTRONIC TRANSMISSION; RENTAL OF TELECOMMUNICATION EQUIPMENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF MODEMS; ELECTRONIC MESSAGE SENDING; SATELLITE TRANSMISSION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK IN RESTAURANTS AND BARS; PROVIDING TEMPORARY ACCOMMODATION; CATERING FOR GUESTS; RESTAURANTS; CAFES; CAFETERIAS; BARS; CANTEEN SERVICES; CATERING SERVICES; SELF-SERVICE RESTAURANTS; SNACK BARS; COCKTAIL LOUNGES; PROVIDING OF INFORMATION IN RELATION TO FOOD AND DRINKS; PROVISION AND RESERVATION OF TEMPORARY ACCOMMODATION AND LODGING FACILITIES, HOTELS, MOTELS, BOARDING HOUSES AND THE PROVISION OF INFORMATION THERETO; HOLIDAY CAMP SERVICES; RESTAURANTS, CAFES, CAFETERIAS, BARS, FOOD HALLS, CANTEENS AND LOUNGES INSTALLED WITH AUDIO AND VISUAL APPARATUS WITH SING ALONG DEVICES;

**Reg. No. 4,252,003** CHILD CARE CENTERS; DAY-NURSERIES; TOURIST HOMES; BAR SERVICES; PROVIDING FACILITIES FOR EXHIBITIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

OWNER OF U.S. REG. NO. 3,988,064.

PRIORITY DATE OF 3-31-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1086866 DATED 4-15-2011, EXPIRES 4-15-2021.

THE COLOR(S) RED, BLACK, YELLOW, BEIGE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A STYLIZED HEAD OF A BIRD, WHICH IS RED WITH A BEIGE BOTTOM, WITH A YELLOW BEAK WITH WHITE TEETH SHOWING, WHITE EYES WITH BLACK PUPILS AND EYEBROWS, AND WITH THE WHOLE DRAWING OUTLINED IN BLACK.

SER. NO. 79-101,085, FILED 4-15-2011.

JORDAN BAKER, EXAMINING ATTORNEY

Page: 11 / RN # 4,252,003

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

Page: 12 / RN # 4,252,003

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,145,113**

**Registered May 22, 2012**

ROVIO ENTERTAINMENT LTD (FINLAND LIMITED LIABILITY COMPANY)
P.O. BOX 65
02151 ESPOO, FINLAND

**Int. Cls.: 9 and 41**

**TRADEMARK**

FOR: COMPACT DISCS FEATURING GAMES, MUSIC OR VIDEOS, MOUSE PADS, SUNGLASSES, AND MOBILE PHONE ACCESSORIES, NAMELY, MOBILE PHONE STRAPS, CHARMS, CHARGERS, CASES, BATTERY CASES; DIGITAL MUSIC DOWNLOADABLE FROM THE INTERNET, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: PROVISION OF PRE-RECORDED, NON-DOWNLOADABLE DIGITAL MUSIC ONLINE BY MEANS OF MP3 WEBSITES ON A GLOBAL COMPUTER NETWORK, THE INTERNET AND VIA WIRELESS ELECTRONIC COMMUNICATION DEVICES; NON-DOWNLOADABLE DIGITAL MUSIC FROM THE INTERNET, VIA WIRELESS ELECTRONIC COMMUNICATION DEVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING NON-DOWNLOADABLE PRE-RECORDED DIGITAL MUSIC PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

OWNER OF ERPN CMNTY TM OFC REG. NO. 9205221, DATED 12-10-2010, EXPIRES 6-28-2020.

THE COLOR(S) RED, BLACK, YELLOW, BEIGE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A STYLIZED HEAD OF A BIRD, WHICH IS RED WITH A BEIGE BOTTOM, WITH A YELLOW BEAK WITH WHITE TEETH SHOWING, WHITE EYES WITH BLACK PUPILS AND EYEBROWS, AND WITH THE WHOLE DRAWING OUTLINED IN BLACK.

SER. NO. 85-262,788, FILED 3-9-2011.

FONG HSU, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and an** Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and an** Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. **Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,988,064**

**Registered July 5, 2011**

**Int. Cls.: 9, 16, 28 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ROVIO MOBILE OY (FINLAND CORPORATION)
ANNANKATU 31-33C 37
FI-00100 HELSINKI
FINLAND

FOR: VIDEO GAME SOFTWARE FOR ALL ELECTRONIC PLATFORMS SUCH AS MOBILE DEVICES, PERSONAL COMPUTERS, HOME VIDEO GAME CONSOLES, TABLET COMPUTERS; ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS; INTERACTIVE GAME PROGRAMS; INTERACTIVE GAME SOFTWARE; GAMES ADAPTED FOR USE WITH TELEVISION RECEIVERS; CINEMATOGRAPHIC APPARATUS; PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BOOKLETS, BOOKS, ACTIVITY BOOKS, PAPERBACK BOOKS, AND MANUALS IN THE FIELD OF VIDEO GAMES; CALENDARS, CHILDREN'S BOOKS, COMIC BOOKS, ADDRESS BOOKS, COLORING BOOKS; BOOK COVERS; BOOKMARKS; ERASERS; GIFT WRAPPING PAPER, GIFT BOXES MADE OF CARDBOARD, INVITATION CARDS, MAGAZINES IN THE FIELD OF VIDEO GAMES, MEMO PADS, NOTE PADS, NOTEBOOKS; PAPER NAPKINS, PARTY DECORATIONS MADE OF PAPER; PENCIL SHARPENERS, PENS AND CRAYONS; CHILDREN'S PICTURE STORYBOOKS; POSTERS, POSTCARDS, RING BINDERS, RUBBER STAMPS, SCRATCH PADS, PAPER STAPLERS, STATIONERY, STATIONERY-TYPE PORTFOLIOS AND FOLDERS, STICKER ALBUMS, STICKERS, TRADING CARDS; GENERAL PURPOSE PLASTIC BAGS; PROTECTIVE COVERS FOR NOTEBOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BOARD GAMES; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HAND HELD UNITS FOR PLAYING VIDEO GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GAME CARDS; NON-ELECTRIC HAND-HELD ACTION SKILL GAMES; SOFT DOLLS; PUZZLES; TOY ACTION FIGURES; BALLOONS AND YOYOS; PLUSH TOYS; PLUSH TOYS THAT CONNECT TO BELTS BY A HOOK; TOY FIGURES ATTACHABLE TO PENCILS; NON-ARTICULATED PLASTIC TOY FIGURES; RUBBER BALLS; AND DECORATIONS FOR CHRISTMAS TREES; PLAYING CARDS, PAPER PARTY HATS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: PROVIDING A WEB SITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELDS OF ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME PRODUCTS, AND



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 3,988,064**   OTHER ENTERTAINMENT TOPICS RELATED TO ELECTRONIC GAME PROGRAMS AND PRODUCTS; TELEVISION PROGRAMS IN THE FIELD OF ENTERTAINMENT NEWS; OR-GANIZING SPORTING EVENTS, NAMELY, SWIMMING MEETS, SOCCER COMPETITIONS, BASEBALL COMPETITIONS, HOCKEY COMPETITIONS; ENTERTAINMENT SERVICES IN THE NATURE OF CREATION, DEVELOPMENT, AND PRODUCTION OF FILMS, ANIM-ATION OR ANIMATED FILMS, AND TELEVISION PROGRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF A STYLIZED HEAD OF A BIRD, WHICH IS RED WITH A BEIGE BOTTOM, WITH A YELLOW BEAK WITH WHITE TEETH SHOWING, WHITE EYES WITH BLACK PUPILS AND EYEBROWS, AND WITH THE WHOLE DRAWING OUTLINED IN BLACK.

OWNER OF INTERNATIONAL REGISTRATION 1052865 DATED 6-28-2010, EXPIRES 6-28-2020.

THE COLOR(S) RED, BLACK, YELLOW, BEIGE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 79-087,995, FILED 6-28-2010.

ANDREW LEASER, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,493,055**

**Registered Mar. 11, 2014**

**Int. Cls.: 3, 5, 7, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 36, 38, 41, 43 and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

ROVIO ENTERTAINMENT LTD (FINLAND CORPORATION)
P.O. BOX 65
FI-02151 ESPOO
FINLAND

FOR: BLEACHING PREPARATIONS AND BLEACHING SALTS AND BLEACHING SODAS FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; NON-MEDICATED TOILETRIES; HAND CARE PREPARATIONS, NAMELY, HAND CREAM; NON-MEDICATED PRODUCTS IN THE NATURE OF COSMETICS AND COSMETIC PREPARATIONS FOR THE CARE AND CLEANSING: OF HAIR AND SKIN, NAMELY, SHAMPOOS, CONDITIONERS, BALMS, SOAPS, AND SHOWER GEL; ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE LOTIONS; ANTIPERSPIRANTS; ANTISTATIC PREPARATIONS FOR HOUSEHOLD PURPOSES; AROMATICS, NAMELY, AROMATIC OILS AND AROMATIC POTPOURRIS; MILLED AND PROCESSED QUILLAIA BARK FOR USE AS HAND WASHING SOAP AND LAUNDRY SOAP; BATH SALTS; COSMETIC PREPARATIONS FOR BATHS; BEAUTY MASKS; BLEACHING SALTS; BLEACHING SODA; BLUING FOR LAUNDRY; COLOR-BRIGHTENING CHEMICALS IN THE NATURE OF WASHING PREPARATIONS FOR LAUNDRY USE; PAINT REMOVING PREPARATIONS; COSMETICS KITS COMPRISED OF COSMETICS; COSMETIC PREPARATIONS FOR SLIMMING PURPOSES; COTTON STICKS FOR COSMETIC PURPOSES; COTTON WOOL FOR COSMETIC PURPOSES; COSMETIC CREAMS; SKIN WHITENING CREAMS; CREAMS FOR LEATHER; DENTURE POLISHES; PREPARATIONS FOR CLEANING DENTURES; DEODORANTS FOR PERSONAL USE; HAIR DYES FOR COSMETIC PURPOSES; EAU DE COLOGNE; TOILETTE WATER; HAIR CREAMS; HAIR GELS; SHAMPOOS; HAIR CONDITIONERS AND HAIR MOISTURIZING PREPARATIONS; PERFUMES; LIPSTICKS; SKIN AND FACE CREAMS AND LOTIONS; FALSE NAILS; NAIL POLISHES AND NAIL VARNISHES AND NAIL POLISH THINNERS; NON-MEDICATED SUN CARE PREPARATIONS.; BLEACHING PREPARATIONS IN THE NATURE OF DECOLORANTS FOR COSMETIC PURPOSES; CAKE FLAVORINGS IN THE NATURE OF ESSENTIAL OILS; CLEANSING MILK FOR COSMETIC TOILETRY PURPOSES; EYEBROW COSMETICS; EYEBROW PENCILS; FABRIC SOFTENERS FOR LAUNDRY USE; FALSE EYELASHES; FLOOR WAX; HAIR DYES; HAIR SPRAY; LAUNDRY BLEACH; LAUNDRY PRE-SOAK DETERGENTS; LAUNDRY STARCH; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MAKE-UP POWDER; MAKE-UP PREPARATIONS; MAKE-UP REMOVING PREPARATIONS; MASCARA; MOUTH WASHES, NOT FOR MEDICAL PURPOSES; NAIL CARE PREPARATIONS; COSMETIC PENCILS; POLISH FOR FURNITURE AND FLOORING; POMADES FOR COSMETIC

**Reg. No. 4,493,055** HAIR PURPOSES; PUMICE STONE FOR PERSONAL USE; SANDPAPER; SCENTED WOOD; SHOE POLISH AND CREAMS; SHOE WAX; LAUNDRY STARCH; SOAPS FOR BRIGHTENING TEXTILES; STARCH GLAZE FOR LAUNDRY PURPOSES; SUNSCREEN PREPARATIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; VARNISH-REMOVING PREPARATIONS; DEPILATORY WAX; LAUNDRY WAX; POLISHING WAXES; WAXES FOR LEATHER, NAMELY, BOOT AND SHOE WAX; DEPILATORY PREPARATIONS; PETROLEUM JELLY FOR COSMETIC PURPOSES; DECORATIVE FINGERNAIL DECALS FOR COSMETIC PURPOSES; INCENSE; GEL SOAPS, BAR SOAP, BUBBLE BATH; SHOWER GELS; TOOTHPASTE; MOUTHWASH; CLEANSING, TONING, MOISTURIZING AND EXFOLIATING PREPARATIONS FOR SKIN; BODY CREAM AND LOTION; HAND CREAM AND LOTION; SKIN CLEANSER AND NON-MEDICATED BODY SOAKS; PERFUMED BODY POWDERS; BATH OILS; BABY OIL, BABY POWDER, BABY GEL AND BABY LOTION; LIP GLOSS, NON-MEDICATED LIP BALM; MANICURE PREPARATIONS, NAMELY, ADHESIVES FOR ARTIFICIAL NAILS. NAIL CREAM, NAIL ENAMEL, NAIL GEL, NAIL POLISH AND NAIL GLITTER; SACHETS FOR PERFUMING LINEN; MASSAGE OILS AND LOTIONS; NON-MEDICATED SKIN CREAMS WITH ESSENTIAL OILS FOR USE IN AROMA THERAPY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: DIAPERS MADE OF PAPER FOR BABIES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: PLASTIC COATING MACHINES AND APPARATUS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: PHOTOGRAPHIC APPARATUS AND INSTRUMENTS, NAMELY, CAMERAS AND FLASHES FOR CAMERAS, CASES FOR CAMERAS AND PHOTOGRAPHIC EQUIPMENT; OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, BLANK OPTICAL DISCS, OPTICAL LAMPS; SIGNALING APPARATUS AND INSTRUMENTS, NAMELY, FLASHING SAFETY LIGHTS, SIGNAL BELLS, SIGNALING WHISTLES, AND SIGNAL ALARMS; TEACHING APPARATUS AND INSTRUMENTS, NAMELY, AUDIOVISUAL RECEIVERS; MEASURING APPARATUS, DEVICES AND INSTRUMENTS, NAMELY, MEASURING SPOONS AND MEASURING CUPS; APPARATUS FOR RECORDING, TRANSMISSION AND REPRODUCTION OF SOUND AND IMAGES; BLANK MAGNETIC DATA CARRIERS, BLANK MAGNETIC COMPUTER TAPES, AND BLANK RECORDING DISCS; PRE-RECORDED MAGNETIC DATA CARRIERS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; MECHANISMS FOR COIN-OPERATED APPARATUS; AUTOMATIC DISTRIBUTION MACHINES, NAMELY, TELLER MACHINES; CASH REGISTERS; DATA PROCESSORS; COMPUTERS; FIRE-EXTINGUISHING APPARATUS; VIDEO GAME PROGRAMS FOR CELLULAR TELEPHONES, MOBILE DEVICES, LAPTOPS, PERSONAL COMPUTERS, CONSOLES AND TABLET COMPUTERS; ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; ELECTRONIC GAME SOFTWARE FOR MOBILE PHONES DOWNLOADABLE VIA INTERNET; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS, INCLUDING VIA THE INTERNET; INTERACTIVE GAME SOFTWARE; RECORDED COMPUTER OPERATING PROGRAMS; COMPUTER GAME PROGRAMS; COMPUTER GAME SOFTWARE AND COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES; PRINTERS FOR USE WITH COMPUTERS; DATA PROCESSING APPARATUS IN THE NATURE OF COMPUTERS; COMPUTER GAME PROGRAMS AND VIDEO GAME SOFTWARE FOR HANDHELD GAME DEVICES; FILM PROJECTORS; PROTECTIVE CASES FOR TELEPHONES, LAPTOPS AND MOBILE PHONES; BLANK DVD DISKS; PRE-RECORDED EXERCISE DVDS; PRE-RECORDED DVDS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; BLANK COMPACT DISCS; COMPACT DISC PLAYERS; BLANK CD-ROM DISCS; PRE-RECORDED CD-ROM FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; PRE-RECORDED CD-ROMS CONTAINING PROGRAMS FOR CONTROLLING CONSUMER'S VIDEO GAME DEVICES; MOUSE MATS; SUNGLASSES; SPECTACLES; EYE-GLASS CHAINS; SPECTACLE CASES; CONTACT LENSES; CONTAINERS FOR CONTACT LENSES; WIRELESS TELEPHONES, CELLULAR TELEPHONES AND

**Reg. No. 4,493,055**  PARTS AND FITTINGS THEREFOR; MOBILE PHONE CASES SPECIALLY ADAPTED FOR
HOLDING OR CARRYING MOBILE TELEPHONES; BAGS, COVERS, CONTAINERS,
CARRIERS AND HOLDERS SPECIFICALLY ADAPTED FOR USE WITH CELLULAR
TELEPHONES AND LAPTOPS; HEADPHONES; EAR PHONES; EARPHONES AND MICRO-
PHONES, AND SPEAKER PHONES FOR USE WITH MOBILE TELEPHONES; STRAPS AND
CASES SPECIFICALLY ADAPTED FOR USE WITH CELLULAR MOBILE TELEPHONES;
STANDS FOR PORTABLE TELEPHONES; ANTENNA CAPS FOR PORTABLE PHONES;
BATTERIES; BATTERY BOXES AND CASES; BATTERY CHARGERS; DIGITAL MUSIC
DOWNLOADABLE FROM THE INTERNET; DOWNLOADABLE MUSIC FILES; ABACUSES;
BINOCULARS; CALCULATING MACHINES; CAMERAS, CINEMATOGRAPHIC CAMERAS,
AND PARTS AND FITTINGS THEREFOR; LENSES FOR CAMERAS; CAPACITY MEASURES;
MOTION PICTURE FILMS FEATURING ANIMATED CARTOONS; FILMS BEING ANIMATED
CARTOONS; CASSETTE PLAYERS; ELECTRIC DOOR CHIMES; ELECTRONIC POCKET
TRANSLATORS; FIRE ALARMS; FLASHLIGHTS; FRAMES FOR USE IN PHOTOGRAPHY;
HEAT REGULATING APPARATUS, NAMELY, THERMOSTATS; JUKE BOXES; LETTER
SCALES; LIFE BELTS; LIFE JACKETS; LIFE RAFTS; ELECTRIC LOCKS; BLANK MAGNETIC
ENCODED CARDS; MAGNETIC ENCODERS; MAGNETS; MAGNIFYING GLASSES; MI-
CROPHONES; MICROSCOPES; NEON SIGNS; NOTEBOOK COMPUTERS; ELECTRONIC
PENS; GRAMOPHONE RECORDS FEATURING MUSIC; PHONOGRAPH RECORDS FEA-
TURING MUSIC; PHOTOCOPIERS; HAND-HELD CALCULATORS; PROJECTION APPAR-
ATUS, NAMELY, MOVIE PROJECTORS, MULTIMEDIA PROJECTORS AND PICTURE
PROJECTORS; PROJECTION SCREENS; RADIOS; RECORD PLAYERS; REMOTE CONTROL
APPARATUS FOR RADIOS, TELEVISIONS AND STEREOS; MEASURING INSTRUMENTS
BEING RULERS; SCALES; BLANK SMART CARDS; SMOKE DETECTORS; ELECTRIC
SOCKETS AND PLUGS IN THE NATURE OF ELECTRIC CONTACTS AND ELECTRIC
SWITCHES; SOUND RECORDING APPARATUS; GRAMOPHONE RECORDS FEATURING
MUSIC; SOUND-REPRODUCING APPARATUS; SOUND AND IMAGE TRANSMITTING
APPARATUS; TELEPHONES APPARATUS, RECEIVERS, TRANSMITTERS, WIRES;
TELESCOPES; TELEVISION APPARATUS BEING TELEVISIONS FOR PROJECTION PUR-
POSES; TEMPERATURE INDICATORS; ELECTRIC THEFT PREVENTION INSTALLATIONS,
BEING BURGLAR ALARMS AND THEFT ALARMS NOT FOR VEHICLES; THERMOMET-
ERS; THERMOSTATS; BLANK VIDEO CASSETTES; PRE-RECORDED VIDEO CASSETTES
FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS; VIDEO
GAME CARTRIDGES; PARTS AND FITTINGS FOR CONSUMER VIDEO GAME DEVICES,
NAMELY, VIDEO GAME CARTRIDGES, CASSETTES AND DISCS; BLANK VIDEO DISCS;
BLANK VIDEOTAPES; VIDEO SCREENS; VIDEO RECORDERS; WORD PROCESSORS;
AUDIO AND VISUAL APPARATUS WITH SING ALONG DEVICES IN THE NATURE OF
KARAOKE MACHINES; PAGERS, AND PARTS AND FITTINGS THEREFOR; PAGER CASES
AND CASINGS; CALL INDICATORS, NAMELY, TELEPHONES, MOBILE TELEPHONES
AND PAGERS AND MOBILE TELEPHONES; PROTECTIVE MASKS WORN OVER THE
EYES TO SHIELD OFF LIGHTS; ELECTRONIC DIARIES; ELECTRONIC ALARM BELLS
BEING WARNING DEVICES; ALARMS, NAMELY, BURGLAR ALARMS, ELECTRONIC
DOOR ALARMS, ELECTRIC ALARM BELLS, INFANT MOVEMENT ALARMS AND SOUND
ALARMS; BAR CODE READERS; BAROMETERS; ELECTRONIC BUZZERS; ELECTRIC
BUZZERS; CENTRAL PROCESSING UNITS; INTEGRATED CIRCUIT CHIPS; CHRONO-
GRAPHS FOR USE AS A SPECIALIZED TIME RECORDING APPARATUS; COMPUTER
KEYBOARDS; COMPUTER MEMORIES; COMPUTER PERIPHERAL DEVICES; ACOUSTIC
COUPLERS; COUPLERS BEING DATA PROCESSING EQUIPMENT; BLANK OPTICAL
DATA CARRIERS INCLUDING DVDS, CDS, AND FLOPPY DISKS; BLANK OPTICAL DISKS;
BLANK MAGNETIC DISKS; DIVERS' MASKS; DIVING SUITS; ELECTRONIC NOTICE
BOARDS BEING VISUAL DISPLAY UNITS; EYE GLASS CORDS; PROTECTIVE EYE-
PIECES; EYE-SHADES BEING SUNGLASSES; FACSIMILE MACHINES; FILTERS FOR
PHOTOGRAPHY; BLANK FLOPPY DISKS; HEAD CLEANING TAPES FOR VIDEO RECORD-
ERS AND VIDEO PLAYBACK DEVICES; HYGROMETERS; INTEGRATED CIRCUITS; IN-
TERCOMMUNICATION APPARATUS BEING INTERCOMS; ELECTRIC COUPLINGS; IN-
VOICING MACHINES, NAMELY, ADDING MACHINES; LENS HOODS; BLANK MAGNETIC
TAPE UNITS FOR COMPUTERS; BLANK MAGNETIC TAPES; MEASURING SPOONS; MI-
CROPROCESSORS; COMPUTER MODEMS; MONEY COUNTING AND SORTING MA-

**Reg. No. 4,493,055** CHINES; COMPUTER MONITORS; COMPUTER MICE; OPTICAL FIBERS; OPTICAL GLASSES; OPTICAL LENSES; PARKING METERS; PROTRACTORS; RADIOTELEGRAPHY SETS; RADIO TELEPHONES; SCANNERS BEING DATA PROCESSING EQUIPMENT; SEMICONDUCTORS; PHOTOGRAPHIC SLIDES BEING EXPOSED PHOTOGRAPHIC FILM; SOUND RECORDING EXPOSED FILMS; DEMAGNETIZING APPARATUS FOR MAGNETIC TAPES; TELEGRAPH WIRES; FAX APPARATUS; TELEPRINTERS; TELEPROMPTERS; TICKET DISPENSERS, NAMELY, VIDEO LOTTERY TICKET TERMINALS; VACUUM GAUGES BEING MEASURING INSTRUMENTS; VIDEO TELEPHONES; WHISTLE ALARMS BEING SIGNAL WHISTLES; EARPLUGS FOR DIVERS; EGG TIMERS; GOGGLES FOR SPORTS; PROTECTIVE HELMETS FOR USE IN SPORTS BEING SPORTS HELMETS; NAVIGATION APPARATUS FOR VEHICLES IN THE NATURE OF ON-BOARD COMPUTERS; METRONOMES; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS AND MAGAZINES IN THE FIELD OF COMPUTER LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, ART AND GENERAL TRIVIA; DOWNLOADABLE ELECTRONIC PUBLICATIONS BEING DOWNLOADABLE CARTOON STRIPS; PERSONAL STEREOS; SATELLITES FOR SCIENTIFIC PURPOSES; WRIST RESTS FOR USE WITH COMPUTERS; ELECTRONIC CIRCUITS AND BLANK CD-ROMS WHICH ENABLE THE RECORDING OF AUTOMATIC PLAYING PROGRAMS FOR THE USE OF ELECTRONIC MUSICAL INSTRUMENTS; MEMORY CARDS FOR CONSUMER VIDEO GAME APPARATUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, JEWELRY, BOXES, AND BASKETS JEWELRY; PRECIOUS STONES; PEARLS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; IMITATION JEWELRY AND ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; BROOCHES; JEWELRY CHAINS; PENDANTS; NON-MONETARY COMMEMORATIVE COINS AND TOKENS FOR COLLECTING PURPOSES; CUFF-LINKS; EARRINGS; GOLD THREAD JEWELRY; ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; JEWELRY OF IMITATION GOLD; JEWELRY CASES; NECKLACES; RINGS; BRACELETS; MEDALS; MEDALLIONS; UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; ARTIFICIAL GEMSTONES IN THE NATURE OF UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; STATUES AND STATUETTES OF PRECIOUS METAL; TIE CLIPS; CLOCKS, WATCHES AND PARTS AND FITTINGS THEREFOR; WATCH STRAPS, WATCH BANDS, WATCH CHAINS, BUCKLES FOR WATCH STRAPS; CASES FOR POCKET WATCHES; CLOCKS AND WATCHES HAVING A GAME FUNCTION; ELECTRIC CLOCKS AND ELECTRIC WATCHES; DESK CLOCKS; POCKET WATCHES; STOPWATCHES; WALL CLOCKS; ALARM CLOCKS; CHRONOMETERS; ORNAMENTAL PINS; KEY CHAINS AND KEY CASES OR CARRIERS OF PRECIOUS METAL AND/OR PRECIOUS STONES; BADGES OF PRECIOUS METAL; PRESENTATION CASES FOR WATCHES; CASES FOR WATCHES AND CLOCKS; SUNDIALS; DIAMONDS; COSTUME JEWELRY; SEMI-PRECIOUS STONES; WORKS OF ART OF PRECIOUS METAL; JEWELRY CASES AND JEWELRY BOXES OF PRECIOUS METAL; CHENILLE CUFF LINKS; STOCK PINS IN THE NATURE OF ORNAMENTAL PINS; FIGURINES IN THE NATURE OF STATUETTES OF PRECIOUS METAL; TROPHIES OF PRECIOUS METAL; COMMEMORATIVE COINS OF PRECIOUS METAL; INSIGNIAS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GLOCKENSPIELS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NOT INCLUDED IN OTHER CLASSES, NAMELY, PAPER CARTONS FOR DELIVERING GOODS, ADVERTISING SIGNS OF PAPER, ADVERTISING SIGNS OF CARDBOARD, ART PAPER, BIBS OF PAPER, BLANK OR PARTIALLY PRINTED PAPER LABELS, BLANK PAPER NOTEBOOKS, LINED AND UNLINED WRITING PADS, MEMO PADS, NOTEPADS, BOOK COVER PAPER, BUSINESS CARD PAPER, CALENDARED PAPER, GIFT-WRAPPING PAPER, BLISTER CARDS PAPER TOWELS, NOTEBOOK PAPER, PAPER FOLDERS, PAPER ENVELOPES FOR PACKAGING, TABLE CLOTHS OF PAPER, TABLE LINENS OF PAPER, PAPER NAPKINS, TOILET PAPER, BOXES OF CARDBOARD OR PAPER, GIFT BOXES MADE OF

**Reg. No. 4,493,055**  CARDBOARD, CARDBOARD CARTONS, CARDBOARD CONTAINERS, PAPER HANDKERCHIEFS, PAPER NAPKINS FOR REMOVING MAKE-UP; PRINTED MATTER, NAMELY, BOOKS, BOOKLETS, PRINTED PERIODICALS, MAGAZINES INCLUDING GAMING MAGAZINES, MANUALS, NEWSPAPERS, NEWSLETTERS, JOURNALS, CHILDREN'S BOOKS, BABY BOOKS, COMIC BOOKS, COLORING AND CHILDREN'S ACTIVITY BOOKS, INSTRUCTIONAL AND TEACHING MATERIALS, ALL IN THE FIELDS OF COMPUTER, LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MATH, MUSIC, ART AND GENERAL TRIVIA, CARTOONS AND VIDEO GAMES; PRINTED MATTER, NAMELY, ADDRESS BOOKS, AUTOGRAPH BOOKS, DIARIES, CALENDARS, PLANNERS OF PAPER, APPOINTMENT BOOKS, RECIPE BOOKS, AND GUEST BOOKS; BOOKBINDING MATERIAL; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY, BRUSHES, PASTELS, PENCILS, PENS, WATERCOLOR SAUCERS, CANVAS PANELS, MOLDS FOR MODELING CLAYS; PAINT BRUSHES; PRINTERS' TYPE; PRINTING BLOCKS; CALENDARS; CHILDREN'S BOOKS; COMIC BOOKS; ADDRESS BOOKS; BRAG BOOKS; APPOINTMENT BOOKS; GUEST BOOKS; RECIPE BOOKS; DIARIES; SCRAPBOOK ALBUMS, PHOTO ALBUMS, STAMP ALBUMS, COIN ALBUMS; WRITING PADS; NOTEPADS; NOTEBOOKS; COLORING AND CHILDREN'S ACTIVITY BOOKS; BOOK COVERS; BOOKMARKS; BLOTTERS; BOOKENDS; PAPERS MATS FOR FRAMING PAINTINGS, PICTURES AND PHOTOGRAPHS; PHOTOGRAPH STANDS; COASTERS MADE OF PAPER; PAINTINGS; ERASERS; COIN WRAPPERS; PACKING PAPER, INCLUDING BUBBLE PACKING PAPER; GIFT WRAP PAPER; BOXES OF CARDBOARD OR PAPER; GIFT BOXES OF CARDBOARD; PRINTED INVITATIONS; PRINTED MENUS; PAPER SERVIETTES; PAPER TOWELS; PAPER PARTY DECORATIONS; PAPER CAKE DECORATIONS; A SERIES OF PAPERBACK FICTION BOOKS; MODELING CLAY; PAPERWEIGHTS; PENCIL SHARPENERS; ELECTRIC PENCIL SHARPENERS; PAPER CLIPS; THUMB TACKS OR PUSH PINS; DRAWING PINS IN THE NATURE OF PUSH PINS; WRITING INSTRUMENTS, NAMELY, PENS, PENCILS, FOUNTAIN PENS, BALL-POINT PENS, AND PEN NIBS; DESK PENCIL HOLDERS; DESK PENCIL STANDS; INK REFILLS FOR PENS AND WRITING INSTRUMENTS; PENCIL LEADS; COLORED PENCILS; CRAYONS; PEN AND PENCIL CASES; ARTISTS' WATER COLORS IN THE NATURE OF FINISHED WATER COLOR PAINTINGS; PASTELS; DRAWING MATERIALS FOR BLACKBOARDS, DRAWING BOARDS, DRAWING PENS, PENCILS AND DRAWING INSTRUMENTS; DRAWING SETS COMPRISING DRAWING PAPER AND COLORED PENCILS; CANVAS FOR PAINTING; LETTER TRAYS AND PAPER RACKS; LETTER HOLDERS; LOOSE-LEAF BINDERS; PAPER KNIVES BEING OFFICE REQUISITES IN THE NATURE OF LETTER OPENERS; LETTER OPENERS; ELECTRIC LETTER OPENERS; ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES AND ADHESIVE TAPE DISPENSERS; PICTURES; STENCILS; PICTURE STORY BOOKS; GRAPHIC ART REPRODUCTIONS; PORTRAITS; POSTERS; LITHOGRAPHS; POSTCARDS; GREETING CARDS; MUSICAL GREETINGS CARDS; TWO-RING AND THREE-RING BINDERS; STATIONERY-TYPE PORTFOLIOS AND FOLDERS IN THE NATURE OF RING BINDERS; RUBBER MARKING STAMPS; SEALING STAMPS AND SEALS; POSTAGE STAMPS AND SEALS; HOLDERS AND CASES FOR POSTAGE STAMPS AND SEALS; STAMP PADS; INK PADS; WRITING INKS; SCRATCH PADS; PAPER STAPLERS; PASTES AND GLUES FOR STATIONERY AND HOUSEHOLD PURPOSES; PARTY ORNAMENTS AND PARTY DECORATIONS MADE OF PAPER AND CARDBOARD; ERASERS; CORRECTING FLUIDS USED AS OFFICE REQUISITES; DOCUMENT FOLDERS; INDEX CARDS; DOCUMENT FILES; STICKER ALBUMS; STICKERS; POSTAGE STAMPS; TRADING CARDS; BAGGAGE AND LUGGAGE PAPER IDENTIFICATION TAGS; PAPER ARCHITECTURAL MODELS; PAPER PATTERNS BEING MODELS FOR MAKING CLOTHES; GENERAL- PURPOSE PLASTIC BAGS; PLASTIC PARTY GOODIE BAGS; PAPER BAGS; PAPER LUNCH BAGS; BAGS FOR MICROWAVE COOKING; PAPER FILTERS FOR COFFEE MAKERS; CLING FILM BEING FOOD WRAPPING PLASTIC FOR HOUSEHOLD USE; PAPER ENVELOPES; WRITING PAPER; DRAWING PAPER; COPYING PAPER; WRITING CASES IN THE NATURE OF STATIONERY CASES SPECIFICALLY ADAPTED FOR WRITING INSTRUMENTS; TABLECLOTHS OF PAPER; BIBS OF PAPER; PAPER FLAGS; PAPER BANNERS; PROTECTIVE COVERS FOR NOTEBOOKS; EASELS; PLACE MATS AND COASTERS OF PAPER AND

**Reg. No. 4,493,055** CARDBOARD; BLACKBOARDS; CHALK; WIPE-ON WIPE-OFF BOARDS BEING DRY ERASE BOARDS; MAGNETIC BOARDS; FILE SHREDDING MACHINES, NAMELY, PAPER SHREDDERS; PASSPORT HOLDERS, CHECKBOOK HOLDERS; DECORATIONS OF PAPER FOR LUNCH BOXES AND FOODSTUFFS; BLANK PAPER TAPES AND CARDS FOR THE RECORDAL OF COMPUTER PROGRAMS; MAPS; INKING RIBBONS; PRINTED ENTRY TICKETS; TYPEWRITERS; PAPER CUTTERS; ADVERTISING SIGNBOARDS OF PAPER AND CARDBOARD; IRON ON PRINTED TRANSFERS; PRINTED PATTERNS FOR COSTUMES, PAJAMAS, SWEATSHIRTS AND T-SHIRTS; REMOVABLE TATTOOS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, NAMELY, HANDBAGS AND PURSES; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; PARASOLS, UMBRELLAS AND WALKING STICKS; WHIPS, HARNESSES AND SADDLERY; ALL-PURPOSE CARRYING BAGS AND ALL-PURPOSE SPORTS BAGS, BEACH BAGS AND ATHLETIC BAGS; GARMENT BAGS FOR TRAVEL; WINE-CARRYING CASES; ALL-PURPOSE CARRYING BAGS IN THE NATURE OF BATH BAGS AND TOILETRY BAGS, SOLD EMPTY; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS, SHOE BAGS FOR TRAVEL; TOILETRY BAGS SOLD EMPTY; SUIT CARRIERS BEING TRAVELLING BAGS; BUM-BAGS; ALL-PURPOSE CARRY ALL BAGS AND CARRY ALL WEEKEND BAGS; WORK BAGS BEING BRIEFCASES AND ATTACHÉ CASES; HAVERSACKS; RUCKSACKS; PURSES AND WALLETS; SUITCASES; LEATHER AND FELT POUCHES: ATTACHÉ CASES; CANVAS AND LEATHER SHOPPING BAGS; BANDS OF LEATHER; LEATHER SHOULDER BELTS; BUSINESS CARD HOLDERS IN THE NATURE OF CARD HOLDERS AND CALLING CARD HOLDERS; VANITY CASES SOLD EMPTY; MUZZLES; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING SETS IN THE NATURE OF LUGGAGE; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE STRAPS; LUGGAGE TAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HANDBAGS; MOUNTAINEERING STICKS; BRIEFCASE-TYPE PORTFOLIOS FOR CARRYING SHEET MUSIC; NET BAGS FOR SHOPPING; CARRY-ALL SCHOOL BAGS; EMPTY TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; EMPTY HUNTERS' GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING; HANDBAG FRAMES; SLING BAGS FOR CARRYING INFANTS; WHEELED REUSABLE SHOPPING BAGS, BACKPACKS, DUFFEL BAGS AND SUITCASES; CARDBOARD TRUNKS AND CASES; CHAIN MESH PURSES, NOT OF PRECIOUS METAL; CLUTCH PURSES; COIN PURSES; EMPTY COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES NOT OF PRECIOUS METAL; LEATHER BANDS AND BELTS FOR LUNCH BOXES AND HOUSEHOLD OR KITCHEN CONTAINERS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES; GOODS NOT INCLUDED IN OTHER CLASSES MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS AND OF PLASTICS, NAMELY, WORKS OF ART; OFFICE FURNITURE; PHOTOGRAPH FRAMES; DRESSING MIRRORS; EASY CHAIRS; BEDS AND WATER BEDS FOR NON-MEDICAL PURPOSES; WOOD BEDSTEADS; FURNITURE SCREENS; ARMCHAIRS; BENCHES BEING FURNITURE; LETTER BOXES OF WOOD OR PLASTIC; WORK CABINETS FOR COMPUTERS AS FURNITURE; CHESTS FOR TOYS; CORKS; HAIRDRESSER'S CHAIRS; DECK CHAIRS; DESKS; TABLES; DINNER WAGONS BEING FURNITURE; HEAD-RESTS AS FURNITURE PARTS; DIVANS; LIBRARY SHELVES; LOCKERS; LOCKS, OTHER THAN NON-ELECTRIC LOCKS NOT OF METAL; FURNITURE RACKS, NAMELY, COAT RACKS, HAT RACKS, PLANT RACKS, POT RACKS, AND STORAGE RACKS; SAW HORSES; SCHOOL FURNITURE; SEATS; SOFAS; TEA CARTS; UMBRELLA STANDS; COTS; CUPBOARDS; DISPLAY BOARDS; DRESSING TABLES; FOOTSTOOLS AND STOOLS; SHELVES; SHOWER SHELVES, NOT OF PRECIOUS METAL; AIR CUSHIONS AS PILLOWS; AIR MATTRESSES FOR USE WHEN CAMPING; INFLATABLE AIR PILLOWS NOT FOR MEDICAL PURPOSES; SLEEPING BAGS; BED FITTINGS, NOT OF METAL; BEDDING EXCEPT LINEN, NAMELY, BED PILLOWS, BED PADS AND CRIB BUMPERS IN THE NATURE OF BUMPER GUARDS FOR CRIBS; NON-TEXTILE CURTAIN

**Reg. No. 4,493,055**   HOLDERS; CURTAIN HOOKS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; CURTAIN ROLLERS; CUSHIONS; NON-METAL FIXED TOWEL DISPENSERS; MATTRESSES; PILLOWS; NON-METAL CLOTHES HOOKS AND COAT HANGERS; COAT STANDS; HAT STANDS; LADDERS OF WOOD OR PLASTICS; DOOR FITTINGS, NAMELY, NONMETAL DOOR HANDLES AND DOOR KNOCKERS; EMBROIDERY FRAMES; STATUES OF WOOD, WAX, PLASTER OR PLASTIC; FIRE SCREENS FOR DOMESTIC USE; NON-METAL AND NON-PAPER CONTAINERS FOR STORAGE AND TRANSPORT; NON-METAL AND NON-MASONRY STORAGE TANKS; NONMETAL TRANSPORT CONTAINERS AND FILING CABINETS; CONTAINERS OF PLASTIC FOR PACKAGING PURPOSES; PLASTIC METAL-SUBSTITUTE FASTENERS, NAMELY, NAILS, WEDGES, NUTS, SCREWS, TACKS, BOLTS, RIVETS, CASTERS AND PEGS; DOOR STOPS OF PLASTIC OR WOOD; INFANT WALKERS; PLAYPENS FOR BABIES; SUPPORT PILLOWS FOR USE IN BABY SEATING EXCLUDING SAFETY SEATING FOR USE IN AUTOMOBILES; DECORATIVE MOBILES; COTS; CRADLES AND CRIBS; HIGH CHAIRS FOR BABIES; FURNITURE CHESTS AND CHEST OF DRAWERS; WIND CHIMES; BEDS FOR HOUSEHOLD PETS; NESTING BOXES FOR PETS AND SMALL BIRDS; SCRATCHING POSTS FOR CATS; FLOWER-POT PEDESTALS; FLOWER- STANDS; RIGID PLASTIC TRAYS FOR PACKAGING PURPOSES; WICKERWORK, NAMELY, WICKER FURNITURE; DECORATIVE EDGING STRIPS OF PLASTICS AND/OR WOOD FOR USE WITH WINDOW FITTINGS, NAMELY, ORNAMENTS FOR WINDOWS; ORNAMENTS AND DECORATIONS FOR WINDOWS OR DOORS MADE OF OR FROM PLASTICS, WAX, WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; NON-METAL STEP LADDERS AND LADDERS, TOOL BOXES AND PLANT AND TREE STAKES; IMITATION FOODS FOR DISPLAY MADE OF PLASTIC, NAMELY, IMITATION DESSERTS, IMITATION CANDY, IMITATION CAKES, AND IMITATION FRUITS; FLAGPOLES, WORKS OF ART, FIGURINES AND STATUETTES AND SMALL DECORATIONS OR ORNAMENTS, MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER- OF- PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS, OR OF WAX, PLASTER OR PLASTICS; PLASTIC KEY CARDS, NOT ENCODED OR MAGNETIZED; NON-METAL BINS; NON-METAL BOTTLE CLOSURES; BOTTLE RACKS; CORKS FOR BOTTLES; HOUSE NUMBERS, NOT OF METAL, NON-LUMINOUS; IDENTITY PLATES, NOT OF METAL; INFLATABLE PUBLICITY OBJECTS; NON-METAL NON-MASONRY LETTER BOXES; MAGAZINE RACKS; PLATE RACKS; CUP RACKS; NON-METAL REGISTRATION PLATES; PLASTIC SIGNBOARDS; NON-METAL TOOL HANDLES; UPRIGHT SIGNBOARDS OF WOOD OR PLASTICS; PLASTIC SEALING CLIPS FOR BAGS; INFLATABLE HEAD-RESTS IN THE NATURE OF PILLOWS; DECORATIONS OF PLASTICS FOR FOODSTUFFS OR LUNCH BOXES; HAND-HELD FLAT FANS, FOLDING FANS, AND NON-ELECTRIC FANS FOR PERSONAL USE; BAMBOO CURTAINS; BAMBOO AND BAMBOO BLINDS; BEAD CURTAINS FOR DECORATION; BEAD CURTAINS; INDOOR BLINDS; ORIENTAL SINGLE PANEL NON-METAL STANDING PARTITIONS; HANGING BOARDS THAT ARE IN THE NATURE OF JAPANESE-STYLE PEGBOARDS USING POSITIONAL HOOKS, FOR USE AS MOVABLE WALL PARTITIONS; ORIENTAL FOLDING PARTITION SCREENS; KEYBOARDS FOR HANGING KEYS; MANNEQUINS; DRAIN TRAPS IN THE NATURE OF VALVES OF PLASTIC; MEDICINE CABINETS; REMOVABLE MATS FOR SINKS; NAME PLATES, NOT OF METAL; NON-METAL LICENSE OR NUMBER PLATES, NOT OF METAL; MIRROR TILES; PLASTIC DOORKNOBS; PORCELAIN OR EARTHENWARE DOORKNOBS; WOOD DOORKNOBS; NON-METAL KEY MADE OF LEATHER OR IMITATION LEATHER; BATHROOM WOODEN STOOLS; KNOBS OF PORCELAIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS AND CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; CLEANING COMBS, AND BATH, SCOURING AND CLEANING SPONGES; BRUSHES EXCLUDING PAINT BRUSHES, NAMELY, CLEANING BRUSHES FOR HOUSEHOLD USE; BRUSH-MAKING MATERIALS; ARTICLES FOR CLEANING PURPOSES, NAMELY, CLOTHS, CLEANING COTTON, STEEL WOOL FOR CLEANING; WASHING MITTS; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS EXCEPT

**Reg. No. 4,493,055**  GLASS USED IN BUILDING; BEVERAGE GLASSWARE, PORCELAIN AND EARTHEN-
WARE, NAMELY, BEVERAGE GLASSWARE, AND CROCKERY, ORNAMENTS AND
STATUETTES OF PORCELAIN AND EARTHENWARE; PORTABLE PLASTIC BABY BATH
TUBS; NON-METAL BASKETS, FOR DOMESTIC USE; MUGS; BIRDCAGES; NON-ELECTRIC
FOOD BLENDERS; IRONING BOARDS; BOOT JACKS; STOPPERS SPECIFICALLY ADAPTED
FOR USE WITH BOTTLES MADE FROM CERAMICS, CHINA, GLASS, CRYSTAL,
EARTHENWARE, TERRA-COTTA AND PORCELAIN; BOWLS; NON-ELECTRIC CAST-
IRON KETTLES; TABLEWARE, NAMELY, PLATES, BOWLS AND DISHES; SALAD BOWLS;
NON-ELECTRIC WHISKS; RICE CHESTS; COLANDERS; HOUSEHOLD UTENSILS,
NAMELY, COOKING STRAINERS; COOKING FUNNELS; FOOD PRESERVING JARS OF
GLASS; GRATERS FOR HOUSEHOLD PURPOSES; CHOPSTICK CASES; ROLLING PINS
FOR COOKING PURPOSES; CAMPING COOKING GRILLS; LEMON SQUEEZERS IN THE
NATURE OF CITRUS JUICERS; COSMETIC AND TOILETRY UTENSILS, NAMELY, MAKE
UP APPLICATORS AND MAKE UP BRUSHES, HAIR BRUSHES AND COMBS; SHOE
BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; FEEDING VESSELS FOR PETS; BRUSHES
FOR PETS; BOXES OF METAL FOR DISPENSING SERVIETTES IN THE NATURE OF
NAPKIN DISPENSERS FOR HOUSEHOLD USE; BIRD BATHS; FLYSWATTERS; CANDLE
EXTINGUISHERS NOT OF PRECIOUS METAL; FLOWER VASES; UPRIGHT SIGNBOARDS
OF GLASS OR CERAMICS; COOKING SETS FOR OUTDOOR USE CONSISTING OF TIN
CANS, TIN PANS, TIN POTS AND TIN PLATES; SOAPBOXES; BREAD BOARDS AND
CUTTING BOARDS; BUCKETS; MEAL TRAYS, SERVING TRAYS; CAGES FOR HOUSE-
HOLD PETS; CAKE MOULDS; WAFFLE MOULDS; CANDLE RINGS; CANDLESTICKS;
CANDY BOXES; COMB CASES; CHINA ORNAMENTS; CHINAWARE, NAMELY, ORNA-
MENTS AND STATUETTES OF CHINA; CHOPSTICKS IN THE NATURE OF COOKING
UTENSILS; CLOTHES DRYING RACKS; CLOTHS FOR CLEANING; COASTERS NOT OF
PAPER AND OTHER THAN TABLE LINEN; COCKTAIL STIRRERS; COFFEE FILTERS NOT
OF PAPER BEING PART OF NON-ELECTRIC COFFEE MAKERS; NONELECTRICAL AND
HAND-OPERATED COFFEE GRINDERS; COFFEE SERVICES; ELECTRIC HAIR COMBS;
GROOMING COMBS FOR ANIMALS; PASTRY BAGS; COOKERY MOULDS; COOKING
POTS; ICE PAILS; PORTABLE COOLERS; CORKSCREWS; BOTTLES SOLD EMPTY;
PLASTIC WATER BOTTLES SOLD EMPTY; BOTTLE OPENERS; DISHES; PLATES NOT
OF PRECIOUS METAL; CHAMPAGNE BUCKETS; HAIR BRUSHES; BRUSHES FOR
CLOTHES; PLASTIC COASTERS; COFFEE CUPS; ALL-PURPOSE PORTABLE HOUSEHOLD
CONTAINERS; DRINKING GLASSES, NAMELY, TUMBLERS; DEMITASSE SETS CONSIST-
ING OF CUPS AND SAUCERS; THERMAL INSULATED CONTAINERS FOR FOOD OR
BEVERAGES; CORN COB HOLDERS; DECANTERS; SUGAR AND CREAMER BOWL,
PITCHER AND POURER SETS; DRINKING CUPS FOR INFANTS AND PARTS THEREFOR,
NAMELY, LIDS AND VALVES, ALL SOLD AS A UNIT; PAPER CUPS; PLASTIC CUPS;
TOOTHBRUSH CASES; SERVING UTENSILS, NAMELY, PIE SERVERS, CAKE TURNERS,
SPATULAS, SCRAPERS AND CAKE SERVERS; COVERS FOR DISHES; COVERS FOR
FLOWER POTS NOT OF PAPER; CROCKERY, NAMELY, POTS, DISHES, DRINKING CUPS
AND SAUCERS, BOWLS, SERVING BOWLS AND TRAYS; CUPS; NON-ELECTRIC DEEP
FRYERS; DISHES FOR SOAP; SOAP DISPENSERS; DUSTBINS; EGG CUPS; FEEDING
TROUGHS BEING FEEDING VESSELS FOR PETS; FLOWER POTS; GLOVES FOR
HOUSEHOLD PURPOSES; GOBLETS; NON-ELECTRIC GRIDDLES; HEAT-INSULATED
CONTAINERS FOR HOUSEHOLD USE; NON-ELECTRIC HEATERS FOR FEEDING BOTTLES;
HOLDERS FOR FLOWERS AND PLANTS; HOT POTS; ICE BUCKETS; ICE CUBE MOULDS;
BEER MUGS, JUGS; KNIFE RESTS; LAZY SUSANS; LIQUEUR SETS COMPRISED OF
CONTAINERS FOR ICE, GOBLETS, AND BEVERAGE GLASSWARE; LUNCH BOXES;
MENU CARD HOLDERS; MESS-TINS; MIXING SPOONS; MOPS; NAPKIN HOLDERS;
NAPKIN RINGS; NOZZLES FOR WATERING CANS; PADS FOR CLEANING; PANS; PAPER
PLATES; PASTRY CUTTERS; PEPPER MILLS; PERFUME SPRAYERS SOLD EMPTY;
PERFUME VAPORIZERS SOLD EMPTY; PICNIC BASKETS SOLD EMPTY; NON-METAL
PIGGY BANKS; POT LIDS; POTS; NON-ELECTRIC PRESSURE COOKERS; SALT SHAKERS;
PEPPER SHAKERS; SAUCEPANS; SAUCERS; SCOOPS; SCOURING PADS; SHAVING
BRUSHES; SHIRT STRETCHERS; SHOE TREES; SOAP HOLDERS; SOUP BOWLS; SPICE
SETS COMPRISED OF SPICE RACKS AND HAND-OPERATED SPICE GRINDERS SOLD
EMPTY FOR HOUSEHOLD USE; SPONGE HOLDERS; SHOWER CADDIES, NOT OF PRE-

**Reg. No. 4,493,055** CIOUS METAL; SPONGES FOR HOUSEHOLD PURPOSES; STANDS FOR SHAVING BRUSHES; STATUES OF PORCELAIN, TERRACOTTA OR GLASS; STATUETTES OF PORCELAIN, TERRACOTTA OR GLASS; SYRINGES FOR WATERING FLOWERS AND PLANTS; TABLEWARE, NAMELY, BOWLS, PLATES, AND BEVERAGE GLASSWARE; TANKARDS; TEA STRAINERS; TEA CADDIES; COFFEE CADDIES SOLD EMPTY FOR HOUSEHOLD USE; TEA INFUSERS; TEA SERVICES; NON-ELECTRIC TEAPOTS; TOILET BRUSHES; TOILET PAPER HOLDERS; TOILET SPONGES; TOOTHBRUSHES; TOOTH-BRUSHES, ELECTRIC; TOOTHPICK HOLDERS, NOT OF PRECIOUS METAL; TOOTHPICKS; NAIL BRUSHES; LITTER TRAYS, NAMELY, CAT LITTER PANS; TRIVETS; NON-ELECTRIC TROUSER PRESSES; TROUSER STRETCHERS; CLOTHING STRETCHERS; VACUUM BOTTLES; WAFFLE AND PANCAKE IRONS, NON-ELECTRIC; COOKERY AND BAKING IRONS, NON-ELECTRIC; WASHING BOARDS; RINSING TUBS; WATERING CANS; WA-TERING DEVICES, NAMELY, WATERING CANS AND WATERING POTS; POLISHING APPARATUS AND MACHINES FOR HOUSEHOLD PURPOSES, NONELECTRIC, NAMELY, FLOOR POLISH APPLICATORS MOUNTABLE ON A MOP HANDLE WORKS OF ART, OF PORCELAIN, TERRACOTTA OR GLASS; DECORATIVE ORNAMENTS FOR WINDOW OR DOORS MADE OF OR FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA OR PORCELAIN; MOUSE TRAPS; CONTAINERS FOR AROMATICS AND FRAGRANCES, NAMELY, POTPOURRI DISHES; REFRIGERATING BOTTLES SOLD EMPTY; BOXES OF GLASS; BROOMS; BUTTER DISHES; BUTTER DISH COVERS; CHEESE-DISH COVERS; CANDY BOXES, NOT OF PRECIOUS METAL; HAND OPERATED CLEANING INSTRUMENTS IN THE NATURE OF HOUSEHOLD CLEANING BRUSHES; CLOTHES-PEGS; NONELECTRIC PORTABLE COLD BOXES IN THE NATURE OF THERMAL INSU-LATED CONTAINERS FOR FOOD OR BEVERAGES; COOKIE JARS; NON-ELECTRIC COOKING UTENSILS, NAMELY, SPLATTER SCREENS, KITCHEN TONGS, POURING AND STRAINING SPOUTS, GRATER, SIEVES, SPATULAS, TURNERS, SKIMMERS; EYEBROW BRUSHES; FRYING PANS; GARDENING GLOVES; POWDER PUFFS; COOKIE BISCUIT CUTTERS; CRUETS, CRUET STANDS; DUSTERS; COCKTAIL SHAKERS; POWDER COMPACTS, NOT OF PRECIOUS METAL SOLD EMPTY; PILL AND TABLET BOXES FOR PERSONAL USE; PILL CASES OF WOOD AND PLASTIC FOR PERSONAL USE; STANDS FOR TOOTH BRUSHES; FLOSS FOR DENTAL PURPOSES; HANDLES FOR DENTAL FLOSS; HOUSEHOLD CONTAINERS OF PRECIOUS METAL; HOUSEHOLD UTENSILS OF PRECIOUS METAL, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COFFEE SERVICES OF PRECIOUS METAL; COFFEE-POTS, NON-ELECTRIC, OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METAL FOR HOUSEHOLD USE; NAPKIN HOLDERS AND RINGS OF PRECIOUS METAL; TABLEWARE MADE OF PRECIOUS METAL, NAMELY, SERVING KNIVES, FORKS, AND SPOONS; CANDY CASES AND CANDY BOXES OF PRECIOUS METAL; POWDER COMPACTS OF PRECIOUS METAL SOLD EMPTY; ELECTRIC DEVICES FOR ATTRACTING AND KILLING INSECTS; DRINKING STRAWS; OVEN MITTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES AND TEXTILE GOODS, NOT INCLUDED IN OTHER CLASSES, NAMELY, BED COVERS AND PLASTIC TABLE COVERS; BED AND PLASTIC TABLE COVERS; HANDKERCHIEFS; TABLE NAPKINS OF TEXTILE; BANNERS OF TEXTILE; BATH LINEN; BED LINEN; BEDSPREADS; BED QUILTS; BED BLANKETS; COTTON CLOTHS, FELT CLOTH; COVERS FOR CUSHIONS; DOOR CURTAINS; TOWELS; FABRIC FLAGS; TOILET WASHING GLOVES; HOUSEHOLD LINEN; LABELS OF TEXTILE; TEXTILE NAPKINS FOR REMOVING MAKE-UP; TEXTILE PLACE MATS, LINEN PLACE MATS; MATTRESS COVERS; MOSQUITO NETS; CURTAINS; PILLOWCASES; PLASTIC MATERIAL, NAMELY, SYNTHETIC FIBER FABRICS; QUILTS; TRAVELLING RUGS; TEXTILE BED SHEETS; SHROUDS; SILK CLOTH; SILK FABRICS; SLEEPING BAGS IN THE NATURE OF SHEETING; TABLE LINEN; TABLE MATS NOT OF PAPER; TAPESTRY OF TEXTILE; UPHOLSTERY FABRICS; WALL HANGINGS OF TEXTILE; BEDDING, NAMELY, BED SHEETS, BED LINEN, BED SPREADS; TEXTILE DOOR KNOB COVERS; FITTED TOILET SEAT COVERS MADE OF FABRICS; COVERINGS FOR LIDS FOR TOILET VESSELS, NAMELY, TOILET TANK COVERS MADE OF FABRIC; CURTAIN TIEBACKS IN THE NATURE OF TEXTILE CURTAIN HOLDERS; COTTON FABRICS; BEDSPREADS, NAMELY, COVERLETS; FABRICS

**Reg. No. 4,493,055**  FOR TEXTILE USE: FACE TOWELS OF TEXTILE; FELTS; CLOTH, NAMELY, FRIEZE; TRUE HEMP FABRIC; VELVET; WOOLEN CLOTH; TISSUE PAPER BOX COVERS OF TEXTILE; COVERS OF FABRIC FOR DOOR KNOBS; WOVEN TEXTILE LABELS; BED CANOPIES; FABRIC TABLE RUNNERS; KITCHEN LINENS, INCLUDING OVEN MITTS, DISH TOWELS, KITCHEN TOWELS, FABRIC PLACE MATS, WASHING MITTS, FABRIC TABLE RUNNERS, POTHOLDERS, CLOTH COASTERS; BATH TOWELS; TABLE LINEN, NAMELY, PLACE MATS; UNFITTED COVERINGS OF TEXTILE AND OF PLASTIC FOR FURNITURE; SHOWER CURTAINS; COTTON, POLYESTER AND NYLON FABRIC, FABRIC OF IMITATION ANIMAL SKINS; GOLF TOWELS; DAMASK; ELASTIC WOVEN MATERIAL IN THE NATURE OF JERSEY FABRIC FOR CLOTHING; SILK FABRICS FOR PRINTING PATTERNS; PRINTERS' BLANKETS OF TEXTILE; OILCLOTH FABRIC FOR TABLECLOTHS; COTTON LINGERIE FABRIC; JERSEY FABRICS FOR CLOTHING; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOON; FABRIC OF IMITATION ANIMAL SKINS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: FOOTWEAR; HEADWEAR; APRONS; BEACHWEAR; SWIMWEAR, SWIMSUITS, BATHING SUITS; GLOVES; MITTENS; BELTS; BABY CLOTHES, NAMELY, PAJAMAS, JACKETS, SHIRTS, JUMPERS; SLEEPWEAR; UNDERCLOTHING; SLEEPWEAR AND PAJAMAS; SLEEP MASKS FOR ELIMINATING LIGHT; BATH ROBES; SUSPENDERS; HATS, CAPS, SUN VISORS, BERETS; BATHING AND SHOWER CAPS; MUFFS; EAR MUFFS; NECKWEAR; NECK TIES; CRAVATS; BOW TIES; SOCKS AND STOCKINGS, PANTY HOSES; GARTER BELTS, STOCKING AND PANTY HOSE SUSPENDERS; SHOES, SPORTS SHOES, SLIPPERS, BEACH SHOES; MASQUERADE COSTUMES; WORKING SLEEVES IN THE NATURE OF SUN SLEEVES; BANDANAS, BATH SANDALS; BATH SLIPPERS; SKI BOOTS; BOOTS; BRACES FOR CLOTHING, NAMELY, SUSPENDERS; BRASSIERES; BREECHES; CAMISOLES; COATS; CUFFS; FUR STOLES; HEADBANDS FOR CLOTHING; JERSEYS; OVERCOATS; PARKAS, SANDALS; SCARVES; SHAWLS; SHIRTS; SLIPS; SMOCKS; SPATS; BOOTS FOR SPORTS; SPORTS JERSEYS; SUITS; WET SUITS FOR WATER SKIING; WRISTBANDS BEING CLOTHING; GYMNASTICS SHOES; CLOTHING FOR GYMNASTICS, NAMELY, LEOTARDS, TIGHTS, T-SHIRTS; SASHES; JOGGING SUITS, TROUSERS, JEANS, TANK TOPS, SKIRTS, BLOUSES; SNOW SUITS, ROBES, SNEAKERS, BOOTIES, SLIPPER SOCKS; CLOAKS; CLOTH BIBS; CHAPS; BEACH COVER-UPS; DRESSES; JACKETS; LEOTARDS; OVERALLS; PONCHOS; RAINWEAR; SHORTS; SWEATERS; SWEATSHIRTS; BABIES 'PANTS; WELTS FOR BOOTS; CLOTHING OF IMIT-ATIONS OF LEATHER, NAMELY, COATS; CLOTHING OF LEATHER, NAMELY, SHIRTS, PANTS, COATS, DRESSES; COLLAR PROTECTORS, COLLARS, DETACHABLE COLLARS; CORSETS; CYCLISTS 'CLOTHING, NAMELY, CYCLING SHORTS AND JERSEYS; FOOT-BALL BOOTS, FOOTBALL SHOES; PAPER CLOTHING, NAMELY, PAPER APRONS, PAPER HATS, PAPER SHOES USED WHEN GOING THROUGH METAL DETECTORS TO KEEP FEET AND SOCKS CLEAN; POCKET FOR CLOTHING; READY-MADE LININGS AS PARTS OF CLOTHING; SARIS; SPORTS SHOES; SWEAT-ABSORBENT UNDERCLOTHES; UNDER-GARMENTS; WOODEN SHOES; VESTS; UNIFORMS; UNDERPANTS; TOP HATS; TOGAS; NON-SLIP SOLES FOR BOOTS AND SHOES; MOTORCYCLE CLOTHING, NAMELY, GLOVES, JACKETS, RAIN SUITS; LEGGINGS; HOODS BEING CLOTHING; HEELS; HEEL PIECES FOR BOOTS AND SHOES; HALF-BOOTS; GALOSHES; GARTERS; FURS AS CLOTHING, NAMELY, CLOAKS, COATS, JACKETS, MUFFS, AND STOLES; FOOT MUFFS, NOT ELECTRICALLY HEATED; T-SHIRTS; TOPS; SWEAT SHIRTS WITH HOODS; LOUNGEWEAR; LONG SLEEVE TOPS; ZIP UP JACKETS; JOGGING PANTS; FLEECE TOPS; KNIT FLEECE HATS; FASHION HEADWEAR; FLIP FLOPS; PLUSH SLIPPERS; PLUSH NOVELTY HATS; SKULL CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BELT BUCKLES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, RUGS, MATS AND MATTING, LINOLEUM AND FABRIC COVERINGS FOR COVERING EXISTING FLOORS; NON TEXTILE WALL HANGINGS; AUTOMOBILE CARPETS; BATH MATS; FLOOR COVERINGS; DOOR MATS; GYMNASTIC MATS; GYM-NASIUM EXERCISE MATS; TAPESTRY-STYLE WALL HANGING, NOT OF TEXTILE; VINYL FLOOR COVERINGS; WALLPAPER, WALL PAPER OF VINYL; FOAM MATS FOR

**Reg. No. 4,493,055**   USE ON PLAY AREA SURFACES; BEACH MATS; REED MATS; NON-SLIP BATH TUB MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: GAMES AND PLAYTHINGS, NAMELY, ACTION SKILL GAMES, ACTION TARGET GAMES, ARCADE-TYPE ELECTRONIC EDUCATION VIDEO GAMES, BOARD GAMES, CARD GAMES, BUILDING GAMES, EDUCATIONAL CARD GAMES, ELECTRONIC EDU-CATIONAL GAME MACHINES FOR CHILDREN, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, PROMOTIONAL GAME CARDS, PUZZLE GAMES, VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MON-ITOR; GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES, NAMELY, SPORTS TRAINING DEVICE TO IMPROVE STRENGTH, TONING, CONDITION-ING, BALANCE AND PROPRIOCEPTION AND SLIDES FOR PLAYGROUNDS; DECORA-TIONS FOR CHRISTMAS TREES; CHILDREN'S MULTIPLE ACTIVITY TOYS; DOLLS; PUPPETS; PLUSH TOYS; SOFT DOLLS; TEDDY BEARS; TOY FIGURES AND PLAY SETS CONSISTING OF ACTION FIGURES; ACTION FIGURE TOYS AND ATTACHABLE ART-ICLES OF CLOTHING FOR TOYS; MAGNETIC TOY FIGURES ATTACHABLE TO MOBILE PHONES, PENCILS OR KEY RINGS; BATHTUB TOYS; RIDE-ON TOYS; BALLS FOR SPORTS AND BALLOONS; YO-YOS; BALLS FOR GAMES; PLAYING BALLS; PLAYGROUND BALLS, TENNIS BALLS, FOOTBALLS; SOCCER BALLS; BASEBALLS; VOLLEY BALLS; RUBBER BALLS; TOY VEHICLES; ELECTRIC TOY VEHICLES; SURF BOARDS; SNOW-BOARDS; ICE SKATES; SKATEBOARDS; TOY AIR PISTOLS; BACKGAMMON GAMES; BELLS FOR CHRISTMAS TREES; BILLIARD BALLS; BILLIARD TABLES; TOY BUILDING BLOCKS; BOARD GAMES; CHESS GAMES; CHESS BOARDS; CHRISTMAS CRACKERS; SKATING BOOTS WITH SKATES ATTACHED; BOWLING APPARATUS AND MACHINERY; BUILDING GAMES; CANDLE HOLDERS FOR CHRISTMAS TREES; CHECKERBOARDS; DRAUGHTS SETS CONSISTING PRIMARILY OF DRAUGHT BOARDS; CHESS SETS; CHRISTMAS TREES OF SYNTHETIC MATERIALS; CONJURING APPARATUS, NAMELY, MAGIC TRICKS; CUPS FOR DICE; DARTS; DICE; DOLLS' BEDS; DOLLS' CLOTHES; DOLLS' HOUSES; DOLLS' ROOMS; DOMINOES; DUMB-BELLS; ELBOW GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; CHEST EXPANDERS BEING AN EXERCISE APPARATUS; FAIRGROUND RIDE APPARATUS, NAMELY, AMUSEMENT PARK RIDES, ROLLER COASTERS, CAROUSELS; DOLLS' FEEDING BOTTLES; FISH HOOKS; FISHING TACKLE; FLIPPERS FOR SWIMMING; FLOATS FOR FISHING; FLYING DISC TOYS; AUTOMATIC AND COIN-OPERATED ARCADE AMUSEMENT GAME MACHINES; BATS FOR GAMES; APPARATUS FOR ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HANDHELD UNITS FOR PLAYING VIDEO GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GOLF BAGS; GOLF CLUBS; GOLF GLOVES; GLOVES FOR GAMES AND SPORTS, NAMELY, BASEBALL GLOVES, GOLF GLOVES, BOXING GLOVES, HOCKEY GLOVES, BOWLING GLOVES, FOOTBALL GLOVES; PRACTICAL JOKES AND NOVELTIES, NAMELY, TOY AND NOVELTY FACE MASKS AND TOY FOAM NOVELTY ITEMS, SUCH AS FOAM FINGERS AND HANDS; KITE REELS; KITES; KNEE GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; MAH-JONG SETS; MARBLES FOR GAMES; MARION-ETTES; THEATRICAL MASKS; TOY MASKS; MOBILE TOY CARS; SCALE MODEL VEHICLES; PARLOUR GAMES; TOYS, NAMELY, PERCUSSION CAPS; TOY PISTOLS; RACKETS BEING TENNIS RACKETS, TABLE TENNIS RACKETS, PADDLE RACKETS, BADMINTON RACKETS, SQUASH RACKETS; INFANT RATTLES; RING GAMES; ROCKING HORSES; ROLLER SKATES; SAILBOARDS; SKIS; SOAP BUBBLES DISPENSER TOYS, BUBBLE MAKING WAND AND SOLUTION SETS; SPINNING TOPS; SPRINGBOARDS BEING SPORTING ARTICLES; STATIONARY EXERCISE BICYCLES; SWIMMING POOLS BEING PLAY ARTICLES; SWIMMING WEBS, NAMELY, FLIPPERS; SWINGS; TABLES FOR TABLE TENNIS; TOYS FOR DOMESTIC PETS; WATER SKIS; PLAY ARTICLES FOR SWIMMING, WATER GAMES SPORTS AND ACTIVITIES, NAMELY, WATER PISTOLS, WATER SQUIRTING TOYS, WATER GLOBES; BEACH BALLS; AUTOMATIC AND COIN-OPERATED AMUSEMENT GAME MACHINES; BAGS ESPECIALLY DESIGNED FOR SKIS AND SURFBOARDS; BINGO CARDS; BUTTERFLY NETS; GAME CARDS, NAMELY,

**Reg. No. 4,493,055**  PLAYING CARDS; CONFETTI; IN-LINE ROLLER SKATES; KALEIDOSCOPES; MASTS FOR SAILBOARDS; LANDING NETS FOR ANGLERS; RADIO CONTROLLED TOY VEHICLES; ROULETTE WHEELS; SNOW GLOBES; SNOWSHOES; AMUSEMENT APPARATUS FOR USE IN ARCADES INCORPORATING A VIDEO MONITOR; STAND-ALONE VIDEO OUTPUT GAME MACHINES; COIN OR COUNTER OPERATED ARCADE GAMES; HORIZONTAL PINBALL MACHINES; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; NON-ELECTRIC HANDHELD ACTION SKILL GAMES; GAME EQUIPMENT SOLD AS A UNIT FOR PLAYING A BOARD GAME, A CARD GAME, A MANIPULATIVE GAME, A PARLOUR GAME, A PARLOUR-TYPE COMPUTER GAME, AND AN ACTION-TYPE TARGET GAME; PUZZLES; PAPER PARTY HATS; PAPER FACE MASKS; TOY MASKS, NAMELY, MASQUERADE AND HALLOWEEN COSTUME MASKS; WATER SQUIRTING TOYS; DART BOARDS; SWIMMING AIDES, NAMELY, ARM FLOATS FOR RECREATIONAL USE; SWIMMING KICK BOARD FLOTATION DEVICES FOR RECREATIONAL USE; SWIM BOARDS FOR RECREATIONAL USE; SWIM FINS; TOY GUNS; TOY BAKE WARE AND TOY COOKWARE; TOY SNOW GLOBES; BOXING GLOVES; HOCKEY STICKS; CHRISTMAS STOCKINGS; SLING SHOTS; FLOATS FOR BATHING AND SWIMMING; BEAN BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS; BOUILLON; BOUILLON CONCENTRATES; BROTH; BROTH CONCENTRATES; BUTTER; CAVIAR; CHEESE; CHEESE SNACKS, NAMELY, COTTAGE CHEESE, CHEESE SPREADS; CHEESE IN THE FORM OF DIPS, SPREADS AND STICKS; DAIRY PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; DAIRY PUDDINGS; FROSTED FRUITS; FROZEN FRUITS; PROCESSED AND DRIED FRUITS; VEGETABLE AND FRUIT JUICES FOR COOKING; FRUIT CHIPS; PROCESSED AND DRIED VEGETABLES; MARGARINE; MARMALADE; MEAT JELLIES; MEAT TINNED; BEVERAGES CONSISTING PRINCIPALLY OF MILK; SOYBEAN-BASED FOOD BEVERAGE USED AS A MILK SUBSTITUTE, NAMELY, SOYBEAN MILK; MILK SHAKES; DAIRY PRODUCTS FOR MAKING MILK SHAKES, NAMELY, MILK; PREPARATIONS FOR MAKING MILK SHAKES, NAMELY, MILK POWDERS; PRESERVED MUSHROOMS; PRESERVED ONIONS, PRESERVED OLIVES; GHERKINS; PREPARED NUTS; SNACK MIX CONSISTING PRIMARILY OF NUTS, SPICY MIXED NUTS, NUT BASED FOOD BARS; GINGER JAM; LIVER PASTES; LIVER PÂTÉ; COCOA BUTTER FOR FOOD PURPOSES AND PROCESSED PEANUTS; DRIED LENTILS; DRIED PEAS; FRUIT PEEL; POTATO CHIPS; POTATO CRISPS; POTATO FRITTERS; SALADS EXCEPT MACARONI, RICE, AND PASTA SALAD; SAUERKRAUT; SAUSAGES; SESAME OIL; PREPARATIONS FOR MAKING SOUP; SOUPS; TOFU; VEGETABLE SALADS; VEGETABLE PREPARATIONS FOR MAKING SOUP IN THE NATURE OF SOUP MIX; WHIPPED CREAM; YOGHURT; FOODSTUFFS IN THE FORM OF BEAN, FRUIT, MEAT, AND POTATO BASED SNACK FOODS; POTATO BASED SNACKS; PROCESSED, EDIBLE SEAWEED; PROCESSED, DRIED AND PRESERVED MEAT, FISH, POULTRY AND GAME; BACON; PREPARATIONS FOR MAKING BOUILLON; CHOCOLATE NUT BUTTER; CHARCUTERIE; HAM; CRYSTALLIZED FRUITS; FISH PRESERVES, TINNED; FRUIT JELLIES; FRUIT SALADS; MAIZE OIL; OLIVE OIL FOR FOOD; RAISINS; TOMATO PURÉE; TINNED FRUITS AND VEGETABLES; SEAFOOD NOT LIVE; PROCESSED AND PRESERVED SEAFOOD; SEAFOOD, TINNED, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; FLOUR; BREAD, PASTRY AND CONFECTIONERY MADE OF SUGAR; ICE CREAM FRUIT ICES; HONEY, TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES AS CONDIMENTS; SPICES; ICE; BREAKFAST CEREAL; BISCUITS; CAKE MIXES; CANDY DECORATIONS FOR CAKES, CHOCOLATE DECORATIONS FOR CAKES; FLAVORINGS FOR CAKES OTHER THAN ESSENTIAL OILS; CAKE PREPARATIONS, NAMELY, FROSTING, ICING, CANDY DECORATIONS, AND CAKE MIXES; MALT FOR FOOD PURPOSES; SOYBEAN MALT, NAMELY, MALT EXTRACTS FOR FOOD; MALT BISCUITS; RICE CAKES; SWEETS AND CANDIES; SUGAR CONFECTIONERY, NAMELY, CRYSTAL

**Reg. No. 4,493,055**  SUGAR PIECES; CANDY BARS; CANDY MINTS; CHOCOLATE CONFECTIONERY, NAMELY, CHOCOLATE; CHOCOLATE; CHOCOLATE-BASED BEVERAGES WITH MILK; CHOCOLATE-BASED BEVERAGES; CONFECTIONERY DECORATIONS FOR CHRISTMAS TREES; CANDY WITH COCOA, COCOA BEVERAGES WITH MILK; COFFEE-BASED BEVERAGES; COFFEE BEVERAGES WITH MILK; COFFEE FLAVORINGS; COFFEE SUB-STITUTES; COFFEE AND COFFEE BASED BEVERAGES; TEA, NAMELY, GINSENG TEA, BLACK TEA, OOLONG TEA, BARLEY AND BARLEY-LEAF TEA; COOKIES; POPCORN; FLAVORED POPCORN; CORN FLAKES; CONFECTIONERY CHIPS FOR BAKING; ICE-CREAM; CURRY; CAPERS; CUSTARD; CUSTARD MIXES AND POWDER; CEREAL FLAKES; FLAVORINGS, OTHER THAN ESSENTIAL OILS; CONFECTIONERY ICES, NAMELY, SHERBETS AND FROZEN YOGHURTS; FRUIT JELLY CANDY; GINGERBREAD; CHOCOLATE SYRUP; KETCHUP; LIQUORICE; NON-MEDICATED LOZENGES; MEAT PIES; MEAT TENDERIZERS FOR HOUSEHOLD PURPOSES; PANCAKES; CONFECTIONERY, NAMELY, PASTILLES; PASTRIES; CORN CHIPS; TORTILLAS; PEPPER; PIZZAS; PUD-DINGS; RAVIOLI; ROYAL JELLY FOR FOOD PURPOSES; THICKENING AGENTS FOR USE IN COOKING; PREPARED WASABI PASTE; SOY SAUCE; PASTAS, NOODLES AND VERMICELLI; SUSHI; VANILLA; WAFFLES; FROZEN YOGHURT; FROZEN CONFECTIONS; PRETZELS; GRAINED BASED SNACK FOODS: ALMOND CONFECTIONERY, NAMELY, ALMOND PASTE AND ALMOND CAKE; AROMATIC PREPARATIONS FOR FOOD, NAMELY, EXTRACTS USED AS FLAVORING: STARCH-BASED BINDING AGENTS FOR ICE CREAM; BREAD ROLLS; CAKES; CANDY, NAMELY, CARAMELS; CHEWING GUM, NOT FOR MEDICAL PURPOSES; CORN MEAL; CRACKERS; CRISP SNACK FOOD PRODUCTS, NAMELY, CRISP BREAD SNACKS; FLOUR BASED SAVORY SNACKS, NAMELY, FLOUR-BASED CHIPS; CEREAL BASED SNACK FOODS; EDIBLE ICES; GOLDEN SYRUP; MACARONI; MARZIPAN; MAYONNAISE; OATMEAL; DRIED CHILI PEPPERS FOR USE AS SEASONINGS; PIES; RELISH; RUSKS; COOKING SALT; SANDWICHES; TO-MATO SAUCE; SEASONINGS; SORBETS; SHERBETS; SPAGHETTI; TARTS; WHEAT FLOUR; SALAD DRESSINGS; MEAT GRAVIES; FRUIT SAUCES EXCLUDING CRANBERRY SAUCE AND APPLESAUCE; CONES FOR ICE CREAM; CANNED PASTA; DESSERT PUD-DINGS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS; FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES, NAMELY, SYRUP SUBSTITUTES FOR MAKING BEVERAGES; ALES; ALCOHOLIC AND NON-ALCOHOLIC BEERS; NON-ALCOHOLIC FRUIT DRINKS; NON-ALCOHOLIC FRUIT JUICES; NON-AL-COHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; NON-ALCO-HOLIC CARBONATED DRINKS; NON-ALCOHOLIC DRINKS IN THE NATURE OF ENERGY DRINKS; NON-ALCOHOLIC WINES; PINEAPPLE JUICE BEVERAGES; NON-ALCOHOLIC APERITIFS; NON-ALCOHOLIC COCKTAILS; ENERGY DRINKS; NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES; FRUIT-BASED SYRUP FOR MAKING FRUIT JUICES AND FRUIT DRINKS; NON-ALCOHOLIC FRUIT NECTARS; WHEY BEVERAGES; EXTRACTS OF HOPS AND MALTS FOR MAKING BEER; NON-ALCOHOLIC HONEY-BASED BEVERAGES; GINGER BEERS; ISOTONIC BEVERAGES; ICED FRUIT BEVERAGES; DRINKING WATER; VEGETABLE JUICES; COLA BEVERAGES; COLA DRINKS; SPRING WATER; LITHIA WATER; PREPARATIONS FOR MAKING LIQUEURS, NAMELY, FRUIT ESSENCES USED IN THE PREPARATION OF LIQUEURS; LEMONADES; MILK OF AL-MONDS BEING BEVERAGES; PEANUT MILK, BEING SOFT DRINKS; MALT BEER; MALT BASED PREPARATIONS FOR MAKING BEVERAGES, NAMELY, MALT SYRUP; MILK OF ALMONDS FOR BEVERAGES; FLAVORED WATERS; BEER WORT; FROZEN FRUIT BEVERAGES; LAGERS; CONCENTRATES IN TABLET FORM FOR MAKING EFFERVES-CENT DRINKS; TABLE WATERS; BOTTLED WATER; GRAPE JUICE; UNFERMENTED GRAPE MUST; SARSAPARILLA SOFT DRINK; SELTZER WATER; SHANDY; CIDER, NON-ALCOHOLIC; SODA WATER; SORBETS IN THE FORM OF BEVERAGES; STOUT; SPORTS DRINKS; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; VEGETABLE JUICE; SOFT DRINKS; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

**Reg. No. 4,493,055**   FOR: ALCOHOLIC BEVERAGES, EXCEPT BEERS; RICE ALCOHOL; APERITIFS; ALCO-HOLIC BEVERAGES CONTAINING FRUIT; ALCOHOLIC EXTRACTS; ALCOHOLIC FRUIT EXTRACTS; DISTILLED SPIRITS; DISTILLED ALCOHOLIC DRINKS; BRANDY; HARD CIDER; MEAD; PREPARED ALCOHOLIC COCKTAILS; LIQUEURS; SAKE; SPIRITS; VODKA; WHISKY; RUM; GIN; WINE; COOKING WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: TOBACCO; MATCHES; ASHTRAYS; CIGARETTE PAPER; CIGAR CASES; CIGARETTE CASES; CIGAR CUTTERS; CIGAR HOLDERS; CIGARETTE FILTERS; MOUTHPIECES FOR CIGARETTE HOLDERS; CIGARETTE HOLDERS; CIGARETTE TIPS; CIGARETTES; CIGAR-ETTES CONTAINING TOBACCO SUBSTITUTES NOT FOR MEDICAL PURPOSES; CIGAR-ILLOS; CIGARS; LIGHTERS FOR SMOKERS; MATCH BOXES; MATCH HOLDERS; MATCHES; PIPE CLEANERS FOR TOBACCO PIPES AND SMOKING PIPES; PIPE RACKS FOR SMOKING PIPES; TOBACCO PIPES; TOBACCO POUCHES; SNUFFBOXES; TOBACCO STORAGE TINS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING SERVICES; BUSINESS ADMINISTRATION AND MANAGEMENT; PROVIDING OFFICE FUNCTIONS; WHOLESALE AND RETAIL STORE SERVICES AND MAIL ORDER CATALOG SERVICES IN THE FIELD OF GAMES FOR MOBILE DEVICES. GAMES FOR PERSONAL COMPUTERS, GAMES FOR CONSOLES, GAMES FOR TABLETS, ELECTRONIC GAME PROGRAMS, DOWNLOADABLE ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME SOFTWARE, COMPUTER GAME PROGRAMS, DOWNLOADABLE COMPUTER GAME PROGRAMS, INTERACTIVE GAME PROGRAMS, INTERACTIVE GAME SOFTWARE, COMPUTER PROGRAMS, SAVED COMPUTER SOFTWARE, PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS. MOUSE PADS, PARTY FAVORS AND FESTIVE DECORATIONS AND ORNAMENTS, GIFTS AND NOVELTY GOODS, SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, HAIR CARE PRODUCTS, TOILETRIES, DENTIFRICES, PERSONAL HYGIENE PRODUCTS, CLEANING, POLISHING AND SANDING PREPARATIONS, SUBSTANCES FOR LAUNDRY USE, MANICURE TOOLS, NAIL CARE PREPARATIONS, NAIL POLISH, NAIL VARNISH, FALSE NAILS, DIETARY NUTRIENTS, FOOD FOR BABIES, SANITARY PREPARATIONS, CANDLES, CANDLE WICKS, LIGHTING SPLINTS, GREASES, LUBRIC-ANTS, OILS FOR PAINTS, CUTLERY, CROCKERY, MANICURE SETS, SHAVING INSTRU-MENTS, RAZORS, MACHINES AND MACHINE TOOLS FOR KITCHEN OR HOUSEHOLD PURPOSES, HAND-HELD TOOLS, FILMS, CAMERAS, VIDEO DISCS, VIDEO RECORDERS, AUDIO AND VISUAL PRODUCTS, AUDIO AND VIDEO TAPES, RECORDS AND DISCS. INSTRUMENTS AND APPARATUS FOR THE RECORDING, TRANSMITTING OR REPRO-DUCTION OF SOUNDS OR IMAGES, TELEVISIONS, CASSETTE TAPE PLAYERS OR RE-CORDERS, VIDEO CASSETTE OR DISC PLAYERS OR RECORDERS, RADIOS, TELE-PHONES, WIRELESS PHONES, MOBILE PHONES, MOBILE PHONE CASES, DECORATIONS AND STRAPS FOR PHONES, CALL INDICATORS, CALCULATING MACHINES, CALCU-LATORS, ELECTRONIC AND COMPUTER GAMES, CINEMATOGRAPHIC FILMS, LIGHTS. FANS, COOKING UTENSILS, CAKE AND PASTRY MOULDS, TOASTERS, OVENS, KITCHEN UTENSILS, UTENSILS AND CONTAINERS FOR SERVING OR STORING FOOD AND/OR BEVERAGES, CHOPSTICKS, CUTTING UTENSILS, PORCELAIN, CRYSTAL WARE, ENAMEL CONTAINERS, SILVERWARE, GLASSWARE, TERRACOTTA CONTAINERS, EARTHENWARE, CERAMICS, HAIR DRYERS, LAMPS, LAMPSHADES AND PARTS AND FITTINGS THEREFOR, BABY CARRIAGES, BALLOONS, BICYCLE HORNS, CLOCKS AND WATCHES AND ACCESSORIES AND PARTS AND FITTINGS THEREFOR, JEWELRY AND IMITATION JEWELRY. ORNAMENTS, GOODS OF PRECIOUS METAL OR COATED THEREWITH, MUSIC BOXES, MUSICAL INSTRUMENTS, PICTURES, PHOTOGRAPHS, STATIONERY. PAPER AND CARDBOARD AND GOODS MADE FROM THESE MATERIALS, ARTISTS' MATERIALS, PAINT BRUSHES, WRITING INSTRUMENTS, PRINTED MATTER, BOOKS, NEWSPAPERS, MAGAZINES AND PERIODICALS, GREETING AND CHRISTMAS CARDS, PLAYING CARDS, PACKING AND PACKAGING MATERIALS, PICTURE FRAMES AND STANDS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, GOODS MADE OF LEATHER AND/OR IMITATIONS OF LEATHER, BAGS AND LUGGAGE, PURSES AND WALLETS, UMBRELLAS, WALKING STICKS, MIRRORS, COAT HANGERS AND PEGS, NAMEPLATES, SMALL HOUSEHOLD FITTINGS, HOUSEHOLD OR KITCHEN

**Reg. No. 4,493,055** UTENSILS AND CONTAINERS, COMBS, SPONGES, BRUSHES, ARTICLES FOR CLEANING PURPOSES, SPECTACLES, SPECTACLE FRAMES AND SUNGLASSES AND CASES AND ACCESSORIES THEREFOR, TEXTILE AND TEXTILE GOODS, BEDDING, AND TABLE LINENS AND COVERS, NAPKINS, TABLE MATS, FURNITURE, SEWING SUPPLIES, HANDKERCHIEFS, ARTICLES OF CHILDREN, WOMEN AND MEN'S CLOTHING, FOOT-WEAR, HEADGEAR AND GLOVES, BUTTONS, BADGES, RIBBONS AND BRAID, LACE AND EMBROIDERY, HAIR PINS AND ORNAMENTS, BRACES, SHOE ORNAMENTS, HAT ORNAMENTS, ZIPPER AND ZIPPER FASTENERS, CARPETS, RUGS AND MATS, TOYS, GAMES AND PLAYTHINGS, DOLLS, PLUSH TOYS, SOFT DOLLS, FIGURINES, SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS TREES, FOOD AND BEVERAGES, CONFEC-TIONERY, FLORAL PRODUCTS, MATCHES, CIGARS, CIGARETTES AND SMOKERS' ARTICLES; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; PUBLICATION OF PUBLICITY TEXTS; SALES PROMOTION FOR OTHERS; ARRANGING OF ADVERTISING SERVICES, NAMELY, ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; BUSINESS MANAGEMENT OF PER-FORMING ARTISTS; IMPORT-EXPORT AGENCIES; DIRECT MAIL ADVERTISING SER-VICES; BUSINESS MANAGEMENT OF HOTELS FOR OTHERS; MARKETING RESEARCH SERVICES; OUTDOOR ADVERTISING; PERSONNEL RECRUITMENT; ADVERTISING AGENCY SERVICES; RADIO ADVERTISING; TELEVISION ADVERTISING; ONLINE AD-VERTISING ON A COMPUTER COMMUNICATIONS NETWORK; PROCUREMENT SER-VICES FOR THIRD PARTIES BEING ACQUISITION OF GOODS AND SERVICES FOR OTHER COMPANIES; RENTAL OF ADVERTISING TIME ON COMMUNICATION MEDIA; RENTAL OF OFFICE MACHINERY AND EQUIPMENT; VENDING MACHINE RENTAL SERVICES; AUCTIONEERING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: FINANCIAL AFFAIRS AND MONETARY AFFAIRS, NAMELY, FINANCIAL INFORM-ATION, MANAGEMENT AND ANALYSIS SERVICES; COMPUTERIZED FINANCIAL SERVICES, NAMELY, ELECTRONIC COMMERCE PAYMENT SERVICES IN THE NATURE OF ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; COMPUTERIZED FINANCIAL SERVICES FOR RETAIL BUSINESSES, NAMELY, BILL PAYMENT SERVICES FOR THE PURCHASE OF GOODS AND SERVICES ONLINE; PROVIDING INFORMATION, ADVISORY AND CONSULTANCY SERVICES RE-LATING TO FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; AGENCY SERVICES FOR RENTING OF APARTMENTS; RENTAL HOUSING MANAGEMENT; BANKING AND BANKING SERVICES; CAPITAL INVESTMENT SER-VICES; CHARITABLE FUND RAISING SERVICES; CREDIT CARD SERVICES; ISSUANCE OF CREDIT CARDS; DEBIT CARD SERVICES; FINANCIAL ADVISORY SERVICES; FIN-ANCIAL PLANNING AND FINANCIAL SERVICES IN THE NATURE OF ADVISING ON SAVINGS AND INVESTMENTS; ISSUE OF TOKENS OF VALUE; ISSUING OF BANK CHECKS AND TRAVELERS' CHECKS; LEASING OF REAL ESTATE; REAL ESTATE MANAGEMENT SERVICES; RENT COLLECTION; RENTAL OF OFFICE SPACE; RENTING OF HOMES; RENTING OF FLATS AND APARTMENTS; SAVINGS ACCOUNT SERVICES; ELECTRONIC FUNDS TRANSFER; REAL ESTATE AGENCIES; TRUSTEESHIP SERVICES, NAMELY, TRUSTEESHIP REPRESENTATIVES; FIRE INSURANCE UNDERWRITING; CAPITAL INVESTMENT SERVICES; HEALTH INSURANCE UNDERWRITING; INSURANCE BROKERAGE; LIFE INSURANCE UNDERWRITING; MARINE INSURANCE UNDERWRIT-ING; MUTUAL FUNDS BROKERAGE, DISTRIBUTION, INVESTMENT AND PLANNING SERVICES; HOME BANKING; FINANCING OF LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: TELECOMMUNICATIONS, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; CABLE TELEVISION BROADCAST-ING; TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; PROVIDING INFORMATION MULTIPLE USER ACCESS TO INFORMATION IN THE FIELD OF TELECOMMUNICATIONS, SPECIFICALLY ON COMMUNICATION BY TELEPHONES AND CELLULAR TELEPHONES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; ELECTRONIC MAIL; FACSIMILE

**Reg. No. 4,493,055** TRANSMISSION; RADIO BROADCASTING; SENDING OF TELEGRAMS; TELEPHONE COMMUNICATION SERVICES; TELEVISION TRANSMISSION SERVICES; PAGING SERVICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK BEING TELECOMMUNICATIONS SERVICE PROVIDERS; TELECOMMUNICATIONS ROUTING AND JUNCTION SERVICES; ELECTRONIC BULLETIN BOARD SERVICES; TELECONFERENCING SERVICES; TELECOMMUNICATION SERVICES FOR PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS AND CONSUMER VIDEO GAME APPARATUSES; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF A CONSUMER VIDEO GAME APPARATUS; PROVIDING TELECOMMUNICATION SERVICES FOR MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ARCADE VIDEO GAME MACHINES BY DIGITAL TRANSMISSION OR BY SATELLITE FOR THE PURPOSE OF PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF ARCADE VIDEO GAME MACHINES; COMMUNICATION BY HANDHELD GAME APPARATUSES USING DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION USING DIGITAL TRANSMISSION OR SATELLITE BY MEANS OF HANDHELD GAME APPARATUS; COMMUNICATION BY MESSAGES AND PICTURES BY USING COMPUTERS CONNECTED TO A GLOBAL COMPUTER NETWORK; TELECOMMUNICATION OTHER THAN BROADCASTING, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; BROADCASTING OF RADIO AND TELEVISION PROGRAMS; NEWS AGENCY SERVICES FOR ELECTRONIC TRANSMISSION, NAMELY, THE TRANSMISSION OF NEWS ITEMS TO NEWS REPORTING SERVICES; RENTAL OF TELECOMMUNICATION EQUIPMENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF MODEMS; ELECTRONIC MESSAGE TRANSMISSION; SATELLITE TRANSMISSION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: EDUCATION SERVICES, NAMELY, PROVIDING ON-LINE CLASSES, SEMINARS AND WORKSHOPS IN THE FIELD OF MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, AND GENERAL TRIVIA; PROVIDING ON-LINE TRAINING COURSES, SEMINARS, WORKSHOPS IN THE FIELD OF SPORTS, MUSIC, ARTS, IT AND GENERAL TRIVIA; ENTERTAINMENT, NAMELY, PROVIDING NON-DOWNLOADABLE PRE-RECORDED DIGITAL MUSIC PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA A GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS; ORGANIZATION OF SPORTING EVENTS, NAMELY, SWIMMING MEETS, SOCCER COMPETITIONS, BASEBALL COMPETITIONS AND HOCKEY COMPETITIONS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR HANDHELD GAME APPARATUS, FOR ARCADE VIDEO GAME MACHINES AND FOR CONSUMER VIDEO GAME APPARATUS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR ENTERTAINMENT PURPOSES BY COMPUTER NETWORK AND VIA COMMUNICATION BY A COMPUTER NETWORK AND VIA COMMUNICATIONS BY CELLULAR PHONES; ORGANIZATION AND ARRANGEMENT OF VIDEO GAME TOURNAMENT EVENTS; RENTAL OF CONSUMER VIDEO GAME APPARATUS AND ARCADE VIDEO GAME MACHINES; RENTAL OF HANDHELD GAME APPARATUS; EDUCATIONAL AND INSTRUCTIONAL SERVICES IN THE NATURE OF CLASSES, WORKSHOPS OR SEMINARS IN THE FIELD OF ARTS, CRAFTS, SPORTS AND GENERAL KNOWLEDGE OR TRIVIA;MOVIE SHOWING, MOVIE FILM PRODUCTION, AND MOVIE FILM DISTRIBUTION PROVIDING INFORMATION ON PROGRAM LISTING OF TELEVISION BROADCASTING SERVICES; PROVIDING ENTERTAINMENT INFORMATION VIA WEBSITES; ENTERTAINMENT SERVICES IN THE NATURE OF CREATION, DEVELOPMENT, AND PRODUCTION OF CINEMATOGRAPHIC FILMS, ANIMATION AND ANIMATED FILMS, AND TELEVISION PROGRAMS FOR OTHERS; PROVISION OF PRE-RECORDED, NON-DOWNLOADABLE DIGITAL MUSIC ONLINE BY MEANS OF MP3 WEBSITES ON A

**Reg. No. 4,493,055** GLOBAL COMPUTER NETWORK, THE INTERNET AND VIA MOBILE PHONES AND WIRELESS ELECTRONIC COMMUNICATION DEVICES; PROVIDING NON-DOWNLOAD-ABLE DIGITAL MUSIC FROM THE INTERNET, VIA WIRELESS ELECTRONIC COMMU-NICATION DEVICES; PROVIDING AMUSEMENT ARCADES AND CENTERS; PROVIDING AMUSEMENT PARK AND THEME PARK SERVICES; AMUSEMENT ARCADE SERVICES; ORGANIZATION, PRODUCTION AND PRESENTATION OF SHOWS, CONCERTS, LIVE MUSICAL PERFORMANCES, THEATRICAL PERFORMANCES, EXHIBITIONS IN THE FIELDS OF ART, EDUCATION, CULTURE, SPORTS AND ENTERTAINMENT, SPORTS COMPETITIONS, SPORTING AND CULTURAL ACTIVITIES; CABARETS AND VARIETY SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCES AND LIVE PERFORM-ANCES SHOWCASING TALENT; MOVIE STUDIOS, DISCOTHEQUE SERVICES; PUBLIC-ATION OF BOOKS, TEXTS, MAGAZINES, NEWSPAPERS AND PERIODICALS; LIBRARY SERVICES; PROVIDING FACILITIES FOR ENTERTAINMENT INCLUDING CONCERTS, SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCE, AND LIVE PERFORM-ANCES SHOWCASING TALENT, PERFORMANCES, SPORTS, GAMES, RECREATION AND CULTURAL ACTIVITIES; PROVISION OF INFORMATION RELATING TO EDUCATION, ENTERTAINMENT, AMUSEMENT ATTRACTIONS, RECREATIONAL ACTIVITIES, SPORTS AND CULTURE; CINEMATOGRAPHIC FILM AND VIDEO PRODUCTION; RENTAL OF CINE-FILMS, CINEMATOGRAPHIC FILMS, VIDEO TAPES, LASER DISCS, VIDEO DISCS AND DIGITAL VERSATILE (VIDEO) DISCS FEATURING ANIMATED CARTOONS; RENTAL OF SOUND RECORDINGS; RENTAL OF SHOW AND STAGE SCENERY; NURSERY SCHOOLS; PROVIDING FACILITIES FOR GAMES; ARRANGING OF BEAUTY CONTESTS; CIRCUSES; PROVIDING EDUCATION IN THE FIELD OF MATH, SOCIAL STUDIES, SCI-ENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC AND GENERAL TRIVIA RENDERED THROUGH CORRESPONDENCE COURSES; ENTERTAINER SERVICES, NAMELY, LIVE, TELEVISED AND MOVIE APPEAR-ANCES BY A PROFESSIONAL ENTERTAINER; ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; GAMING SERVICES IN THE NATURE OF CASINO GAMING; GYMNASTIC INSTRUCTION SERVICES; PROVIDING MUSEUM FA-CILITIES FOR PRESENTATIONS AND EXHIBITIONS; OPERATING LOTTERIES; ORCHES-TRA SERVICES; PARTY PLANNING BEING ENTERTAINMENT; SCRIPT WRITING SER-VICES FOR NON-ADVERTISING PURPOSES; ENTERTAINMENT IN THE NATURE OF THEATRE PRODUCTIONS; ZOOLOGICAL GARDENS SERVICES; ELECTRONIC DESKTOP PUBLISHING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES VIA A COMPUTER NETWORK; SIGN LANGUAGE INTERPRETATION; VOCA-TIONAL GUIDANCE IN THE NATURE OF EDUCATION AND TRAINING ADVICE; MICRO-FILMING FOR OTHERS; MUSIC COMPOSITION SERVICES FOR OTHERS; NIGHT CLUBS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING KARAOKE SERVICES; PROVIDING ONLINE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWS ARTICLES FOR CHILDREN; ONLINE ELECTRONIC PUBLISHING OF ELECTRONIC BOOKS AND JOURNALS; VIDEOTAPING BEING PRODUCTION SERVICES; BOWLING ALLEYS; RENTAL OF BATTING STADIUM OR DOME FACILITIES FOR BASEBALL GAMES; PRO-VISION OF ON-LINE NON-DOWNLOADABLE MOVIES AND ANIMATED CARTOONS VIA A VIDEO-ON DEMAND SERVICE AND PROVISION OF ON-LINE NON-DOWNLOAD-ABLE MOVIES AND ANIMATED CARTOONS VIA A GLOBAL COMPUTER NETWORK; PROVIDING A WEBSITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELDS OF ELECTRONIC GAME PROGRAMS AND ELECTRONIC GAME PRODUCTS , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK; PROVIDING TEMPORARY HOUSING ACCOMMODATION SERVICES; HOTEL AND TEMPORARY ACCOMMODATION SERVICES AND CATERING SERVICES FOR GUESTS; RESTAURANTS; CAFÉS; CAFET-ERIAS; BAR SERVICES; CANTEENS SERVICES; CATERING SERVICES; SELF-SERVICE RESTAURANTS; SNACK BARS; COCKTAIL LOUNGES; PROVIDING INFORMATION IN THE FIELD OF THE PROVISION OF FOOD AND BEVERAGES; AGENCY SERVICES FOR THE RESERVATION OF TEMPORARY ACCOMMODATIONS AND LODGING FACILITIES IN THE NATURE OF HOTELS, MOTELS AND BOARDING HOUSES; HOLIDAY CAMP SERVICES; RESTAURANTS, CAFÉS, CAFETERIAS, BAR SERVICES, CANTEEN SERVICES

**Reg. No. 4,493,055** AND COCKTAIL LOUNGE SERVICES INSTALLED WITH; AUDIO AND VISUAL APPAR-
ATUS WITH SING ALONG DEVICES CHILD-CARE SERVICES; DAY-NURSERIES, NAMELY,
CRÈCHES; PROVIDING TEMPORARY ACCOMMODATIONS IN THE NATURE OF TOURIST
HOMES; PROVIDING BAR SERVICES FOR WEDDING RECEPTIONS;PROVIDING FACIL-
ITIES FOR EXHIBITIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FOR: ARRANGING OF WEDDING RECEPTIONS, ARRANGING OF WEDDING CEREMON-
IES, IN CLASS 45 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF A STYLIZED HEAD OF A PIG WITH A MUSTACHE.

PRIORITY DATE OF 2-9-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1155369 DATED 8-8-2012, EXPIRES 8-8-
2022.

SER. NO. 79-128,238, FILED 8-8-2012.

DAVID MURRAY, EXAMINING ATTORNEY

Page: 18 / RN # 4,493,055

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,493,031**

**Registered Mar. 11, 2014**

**Int. Cls.: 3, 5, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 36, 38, 41 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

ROVIO ENTERTAINMENT LTD (FINLAND CORPORATION)
P.O. BOX 65
FI-02151 ESPOO
FINLAND

FOR: BLEACHING PREPARATIONS AND BLEACHING SALTS AND BLEACHING SODAS FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; NON-MEDICATED TOILETRIES; HAND CARE PREPARATIONS, NAMELY, HAND CREAM; NON-MEDICATED PRODUCTS IN THE NATURE OF COSMETICS AND COSMETIC PREPARATIONS FOR THE CARE AND CLEANSING; OF HAIR AND SKIN, NAMELY, SHAMPOOS, CONDITIONERS, BALMS, SOAPS, AND SHOWER GEL; ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE LOTIONS; ANTIPERSPIRANTS; ANTISTATIC PREPARATIONS FOR HOUSEHOLD PURPOSES; AROMATICS, NAMELY, AROMATIC OILS AND AROMATIC POTPOURRIS; MILLED AND PROCESSED QUILLAIA BARK FOR USE AS HAND WASHING SOAP AND LAUNDRY SOAP; BATH SALTS; COSMETIC PREPARATIONS FOR BATHS; BEAUTY MASKS; BLEACHING SALTS; BLEACHING SODA; BLUING FOR LAUNDRY; COLOR-BRIGHTENING CHEMICALS IN THE NATURE OF WASHING PREPARATIONS FOR LAUNDRY USE; PAINT REMOVING PREPARATIONS; COSMETICS KITS COMPRISED OF COSMETICS; COSMETIC PREPARATIONS FOR SLIMMING PURPOSES; COTTON STICKS FOR COSMETIC PURPOSES; COTTON WOOL FOR COSMETIC PURPOSES; COSMETIC CREAMS; SKIN WHITENING CREAMS; CREAMS FOR LEATHER; DENTURE POLISHES; PREPARATIONS FOR CLEANING DENTURES; DEODORANTS FOR PERSONAL USE; HAIR DYES FOR COSMETIC PURPOSES; EAU DE COLOGNE; TOILETTE WATER; HAIR CREAMS; HAIR GELS; SHAMPOOS; HAIR CONDITIONERS AND HAIR MOISTURIZING PREPARATIONS; PERFUMES; LIPSTICKS; SKIN AND FACE CREAMS AND LOTIONS; FALSE NAILS; NAIL POLISHES AND NAIL VARNISHES AND NAIL POLISH THINNERS; NON-MEDICATED SUN CARE PREPARATIONS; BLEACHING PREPARATIONS IN THE NATURE OF DECOLORANTS FOR COSMETIC PURPOSES; CAKE FLAVORINGS IN THE NATURE OF ESSENTIAL OILS; CLEANSING MILK FOR COSMETIC TOILETRY PURPOSES; EYEBROW COSMETICS; EYEBROW PENCILS; FABRIC SOFTENERS FOR LAUNDRY USE; FALSE EYELASHES; FLOOR WAX; HAIR DYES; HAIR SPRAY; LAUNDRY BLEACH; LAUNDRY PRE-SOAK DETERGENTS; LAUNDRY STARCH; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MAKE-UP POWDER; MAKE-UP PREPARATIONS; MAKE-UP REMOVING PREPARATIONS; MASCARA; MOUTH WASHES, NOT FOR MEDICAL PURPOSES; NAIL CARE PREPARATIONS; COSMETIC PENCILS; POLISH FOR FURNITURE AND FLOORING; POMADES FOR COSMETIC

**Reg. No. 4,493,031** HAIR PURPOSES; PUMICE STONE FOR PERSONAL USE; SANDPAPER; SCENTED WOOD; SHOE POLISH AND CREAMS; SHOE WAX; LAUNDRY STARCH; SOAPS FOR BRIGHTENING TEXTILES; STARCH GLAZE FOR LAUNDRY PURPOSES; SUNSCREEN PREPARATIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; VARNISH-REMOVING PREPARATIONS; DEPILATORY WAX; LAUNDRY WAX; POLISHING WAXES; WAXES FOR LEATHER, NAMELY, BOOT AND SHOE WAX; DEPILATORY PREPARATIONS; PETROLEUM JELLY FOR COSMETIC PURPOSES; DECORATIVE FINGERNAIL DECALS FOR COSMETIC PURPOSES; INCENSE; GEL SOAPS, BAR SOAP, BUBBLE BATH; SHOWER GELS; TOOTHPASTE; MOUTHWASH; CLEANSING, TONING, MOISTURIZING AND EX-FOLIATING PREPARATIONS FOR SKIN; BODY CREAM AND LOTION; HAND CREAM AND LOTION; SKIN CLEANSER AND NON-MEDICATED BODY SOAKS PERFUMED BODY POWDERS; BATH OILS; BABY OIL, BABY POWDER, BABY GEL AND BABY LOTION; LIP GLOSS, NON-MEDICATED LIP BALM; MANICURE PREPARATIONS, NAMELY, ADHESIVES FOR ARTIFICIAL NAILS, NAIL CREAM, NAIL ENAMEL, NAIL GEL, NAIL POLISH AND NAIL GLITTER; SACHETS FOR PERFUMING LINEN; MASSAGE OILS AND LOTIONS; NON-MEDICATED SKIN CREAMS WITH ESSENTIAL OILS FOR USE IN ARO-MATHERAPY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: DIAPERS MADE OF PAPER FOR BABIES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: PHOTOGRAPHIC APPARATUS AND INSTRUMENTS, NAMELY, CAMERAS AND FLASHES FOR CAMERAS, CASES FOR CAMERAS AND PHOTOGRAPHIC EQUIPMENT; OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, BLANK OPTICAL DISCS, OPTICAL LAMPS; SIGNALING APPARATUS AND INSTRUMENTS, NAMELY, FLASHING SAFETY LIGHTS, SIGNAL BELLS, SIGNALING WHISTLES, AND SIGNAL ALARMS; TEACHING APPARATUS AND INSTRUMENTS, NAMELY, AUDIOVISUAL RECEIVERS; MEASURING APPARATUS, DEVICES AND INSTRUMENTS, NAMELY, MEASURING SPOONS AND MEASURING CUPS; APPARATUS FOR RECORDING, TRANSMISSION AND REPRODUC-TION OF SOUND AND IMAGES; BLANK MAGNETIC DATA CARRIERS, BLANK MAGNET-IC COMPUTER TAPES, AND BLANK RECORDING DISCS; PRE-RECORDED MAGNETIC DATA CARRIERS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; MECHANISMS FOR COIN-OPERATED APPARAT-US; AUTOMATIC DISTRIBUTION MACHINES, NAMELY, TELLER MACHINES; CASH REGISTERS; DATA PROCESSORS; COMPUTERS; FIRE-EXTINGUISHING APPARATUS; VIDEO GAME PROGRAMS FOR CELLULAR TELEPHONES, MOBILE DEVICES, LAPTOPS, PERSONAL COMPUTERS, CONSOLES AND TABLET COMPUTERS; ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; ELECTRONIC GAME SOFTWARE FOR MOBILE PHONES DOWNLOADABLE VIA INTERNET; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS, INCLUDING VIA THE INTERNET; INTERACTIVE GAME SOFTWARE; RE-CORDED COMPUTER OPERATING PROGRAMS; COMPUTER GAME PROGRAMS; COM-PUTER GAME SOFTWARE AND COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES; PRINTERS FOR USE WITH COMPUTERS; DATA PROCESSING APPARATUS IN THE NATURE OF COMPUTERS; COMPUTER GAME PROGRAMS AND VIDEO GAME SOFTWARE FOR HANDHELD GAME DEVICES; FILM PROJECTORS; PROTECTIVE CASES FOR TELEPHONES, LAPTOPS AND MOBILE PHONES; BLANK DVD DISKS; PRE-RECOR-DED EXERCISE DVDS; PRE-RECORDED DVDS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; BLANK COMPACT DISCS; COMPACT DISC PLAYERS; BLANK CD-ROM DISCS; PRE-RECORDED CD-ROM FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; PRE-RECORDED CD-ROMS CONTAINING PROGRAMS FOR CON-TROLLING CONSUMER'S VIDEO GAME DEVICES; MOUSE MATS; SUNGLASSES; SPECTACLES; EYE-GLASS CHAINS; SPECTACLE CASES; CONTACT LENSES; CONTAIN-ERS FOR CONTACT LENSES; WIRELESS TELEPHONES, CELLULAR TELEPHONES AND PARTS AND FITTINGS THEREFOR; MOBILE PHONE CASES SPECIALLY ADAPTED FOR HOLDING OR CARRYING MOBILE TELEPHONES; BAGS, COVERS, CONTAINERS, CARRIERS AND HOLDERS SPECIFICALLY ADAPTED FOR USE WITH CELLULAR

**Reg. No. 4,493,031**  TELEPHONES AND LAPTOPS; HEADPHONES; EAR PHONES; EARPHONES AND MICRO-
PHONES, AND SPEAKER PHONES FOR USE WITH MOBILE TELEPHONES; STRAPS AND
CASES SPECIFICALLY ADAPTED FOR USE WITH CELLULAR MOBILE TELEPHONES;
STANDS FOR PORTABLE TELEPHONES; ANTENNA CAPS FOR PORTABLE PHONES;
BATTERIES; BATTERY BOXES AND CASES; BATTERY CHARGERS; DIGITAL MUSIC
DOWNLOADABLE FROM THE INTERNET; DOWNLOADABLE MUSIC FILES; ABACUSES;
BINOCULARS; CALCULATING MACHINES; CAMERAS, CINEMATOGRAPHIC CAMERAS,
AND PARTS AND FITTINGS THEREFOR; LENSES FOR CAMERAS; CAPACITY MEASURES;
MOTION PICTURE FILMS FEATURING ANIMATED CARTOONS; FILMS BEING ANIMATED
CARTOONS; CASSETTE PLAYERS; ELECTRIC DOOR CHIMES; ELECTRONIC POCKET
TRANSLATORS; FIRE ALARMS; FLASHLIGHTS; FRAMES FOR USE IN PHOTOGRAPHY;
HEAT REGULATING APPARATUS, NAMELY, THERMOSTATS; JUKE BOXES; LETTER
SCALES; LIFE BELTS; LIFE JACKETS; LIFE RAFTS; ELECTRIC LOCKS; BLANK MAGNETIC
ENCODED CARDS; MAGNETIC ENCODERS; MAGNETS; MAGNIFYING GLASSES; MI-
CROPHONES; MICROSCOPES; NEON SIGNS; NOTEBOOK COMPUTERS; ELECTRONIC
PENS; GRAMOPHONE RECORDS FEATURING MUSIC; PHONOGRAPH RECORDS FEA-
TURING MUSIC; PHOTOCOPIERS; HAND-HELD CALCULATORS; PROJECTION APPAR-
ATUS, NAMELY, MOVIE PROJECTORS, MULTIMEDIA PROJECTORS AND PICTURE
PROJECTORS; PROJECTION SCREENS; RADIOS; RECORD PLAYERS; REMOTE CONTROL
APPARATUS FOR RADIOS, TELEVISIONS AND STEREOS; MEASURING INSTRUMENTS
BEING RULERS; SCALES; BLANK SMART CARDS; SMOKE DETECTORS; ELECTRIC
SOCKETS AND PLUGS IN THE NATURE OF ELECTRIC CONTACTS AND ELECTRIC
SWITCHES; SOUND RECORDING APPARATUS; GRAMOPHONE RECORDS FEATURING
MUSIC; SOUND-REPRODUCING APPARATUS; SOUND AND IMAGE TRANSMITTING
APPARATUS; TELEPHONES APPARATUS, RECEIVERS, TRANSMITTERS, WIRES;
TELESCOPES; TELEVISION APPARATUS BEING TELEVISIONS FOR PROJECTION PUR-
POSES; TEMPERATURE INDICATORS; ELECTRIC THEFT PREVENTION INSTALLATIONS,
BEING BURGLAR ALARMS AND THEFT ALARMS NOT FOR VEHICLES; THERMOMET-
ERS; THERMOSTATS; BLANK VIDEO CASSETTES; PRE-RECORDED VIDEO CASSETTES
FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS; VIDEO
GAME CARTRIDGES; PARTS AND FITTINGS FOR CONSUMER VIDEOGAME DEVICES,
NAMELY, VIDEO GAME CARTRIDGES, CASSETTES AND DISCS; BLANK VIDEO DISCS;
BLANK VIDEOTAPES; VIDEO SCREENS; VIDEO RECORDERS; WORD PROCESSORS;
AUDIO AND VISUAL APPARATUS WITH SING ALONG DEVICES IN THE NATURE OF
KARAOKE MACHINES; PAGERS, AND PARTS AND FITTINGS THEREFOR; PAGER CASES
AND CASINGS; CALL INDICATORS, NAMELY, TELEPHONES, MOBILE TELEPHONES
AND PAGERS AND MOBILE TELEPHONES; PROTECTIVE MASKS WORN OVER THE
EYES TO SHIELD OFF LIGHTS; ELECTRONIC DIARIES; ELECTRONIC ALARM BELLS
BEING WARNING DEVICES; ALARMS, NAMELY, BURGLAR ALARMS, ELECTRONIC
DOOR ALARMS, ELECTRICAL ALARM BELLS, INFANT MOVEMENT ALARMS AND SOUND
ALARMS; BAR CODE READERS; BAROMETERS; ELECTRONIC BUZZERS; ELECTRIC
BUZZERS; CENTRAL PROCESSING UNITS; INTEGRATED CIRCUIT CHIPS; CHRONO-
GRAPHS FOR USE AS A SPECIALIZED TIME RECORDING APPARATUS; COMPUTER
KEYBOARDS; COMPUTER MEMORIES; COMPUTER PERIPHERAL DEVICES; ACOUSTIC
COUPLERS; COUPLERS BEING DATA PROCESSING EQUIPMENT; BLANK OPTICAL
DATA CARRIERS INCLUDING DVDS, CDS, AND FLOPPY DISKS; BLANK OPTICAL DISKS;
BLANK MAGNETIC DISKS; DIVERS' MASKS; DIVING SUITS; ELECTRONIC NOTICE
BOARDS BEING VISUAL DISPLAY UNITS; EYE GLASS CORDS; PROTECTIVE EYE-
PIECES; EYE-SHADES BEING SUNGLASSES; FACSIMILE MACHINES; FILTERS FOR
PHOTOGRAPHY; BLANK FLOPPY DISKS; HEAD CLEANING TAPES FOR VIDEO RECORD-
ERS AND VIDEO PLAYBACK DEVICES; HYGROMETERS; INTEGRATED CIRCUITS; IN-
TERCOMMUNICATION APPARATUS BEING INTERCOMS; ELECTRIC COUPLINGS; IN-
VOICING MACHINES, NAMELY, ADDING MACHINES; LENS HOODS; BLANK MAGNETIC
TAPE UNITS FOR COMPUTERS; BLANK MAGNETIC TAPES; MEASURING SPOONS; MI-
CROPROCESSORS; COMPUTER MODEMS; MONEY COUNTING AND SORTING MA-
CHINES; COMPUTER MONITORS; COMPUTER MICE; OPTICAL FIBERS; OPTICAL
GLASSES; OPTICAL LENSES; PARKING METERS; PROTRACTORS; RADIOTELEGRAPHY
SETS; RADIO TELEPHONES; SCANNERS BEING DATA PROCESSING EQUIPMENT;

**Reg. No. 4,493,031**  SEMICONDUCTORS; PHOTOGRAPHIC SLIDES BEING EXPOSED PHOTOGRAPHIC FILM; SOUND RECORDING EXPOSED FILMS; DEMAGNETIZING APPARATUS FOR MAGNETIC TAPES; TELEGRAPH WIRES; FAX APPARATUS; TELEPRINTERS; TELEPROMPTERS; TICKET DISPENSERS, NAMELY, VIDEO LOTTERY TICKET TERMINALS; VACUUM GAUGES BEING MEASURING INSTRUMENTS; VIDEO TELEPHONES; WHISTLE ALARMS BEING SIGNAL WHISTLES; EARPLUGS FOR DIVERS; EGG TIMERS; GOGGLES FOR SPORTS; PROTECTIVE HELMETS FOR USE IN SPORTS BEING SPORTS HELMETS; NAVIGATION APPARATUS FOR VEHICLES IN THE NATURE OF ON-BOARD COMPUTERS; METRONOMES; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS AND MAGAZINES IN THE FIELD OF COMPUTER LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, ART AND GENERAL TRIVIA; DOWNLOADABLE ELECTRONIC PUBLICATIONS BEING DOWNLOADABLE CARTOON STRIPS; PERSONAL STEREOS; SATELLITES FOR SCIENTIFIC PURPOSES; WRIST RESTS FOR USE WITH COMPUTERS; ELECTRONIC CIRCUITS AND BLANK CD-ROMS WHICH ENABLE THE RECORDING OF AUTOMATIC PLAYING PROGRAMS FOR THE USE OF ELECTRONIC MUSICAL INSTRUMENTS; MEMORY CARDS FOR CONSUMER VIDEO GAME APPARATUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, JEWELRY, BOXES, AND BASKETS JEWELRY; PRECIOUS STONES; PEARLS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; IMITATION JEWELRY AND ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; BROOCHES; JEWELRY CHAINS; PENDANTS; NON-MONETARY COMMEMORATIVE COINS AND TOKENS FOR COLLECTING PURPOSES; CUFF-LINKS; EARRINGS; GOLD THREAD JEWELRY; ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; JEWELRY OF IMITATION GOLD; JEWELRY CASES; NECKLACES; RINGS; BRACELETS; MEDALS; MEDALLIONS; UN-WROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; ARTIFICIAL GEMSTONES IN THE NATURE OF UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; STATUES AND STATUETTES OF PRECIOUS METAL; TIE CLIPS; CLOCKS, WATCHES AND PARTS AND FITTINGS THEREFOR; WATCH STRAPS, WATCH BANDS, WATCH CHAINS, BUCKLES FOR WATCH STRAPS; CASES FOR POCKET WATCHES; CLOCKS AND WATCHES HAVING A GAME FUNCTION; ELECTRIC CLOCKS AND ELECTRIC WATCHES; DESK CLOCKS; POCKET WATCHES; STOPWATCHES; WALL CLOCKS; ALARM CLOCKS; CHRONOMETERS; ORNAMENTAL PINS; KEY CHAINS AND KEY CASES OR CARRIERS OF PRECIOUS METAL AND/OR PRECIOUS STONES; BADGES OF PRECIOUS METAL; PRESENTATION CASES FOR WATCHES; CASES FOR WATCHES AND CLOCKS; SUNDIALS; DIAMONDS; COSTUME JEWELRY, SEMI-PRECIOUS STONES; WORKS OF ART OF PRECIOUS METAL; JEWELRY CASES AND JEWELRY BOXES OF PRECIOUS METAL; CHENILLE CUFF LINKS; STOCK PINS IN THE NATURE OF ORNAMENTAL PINS; FIGURINES IN THE NATURE OF STATUETTES OF PRECIOUS METAL; TROPHIES OF PRECIOUS METAL; COMMEMORATIVE COINS OF PRECIOUS METAL; INSIGNIAS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GLOCKENSPIELS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NOT INCLUDED IN OTHER CLASSES, NAMELY, PAPER CARTONS FOR DELIVERING GOODS, ADVERTISING SIGNS OF PAPER, ADVERTISING SIGNS OF CARDBOARD, ART PAPER, BIBS OF PAPER, BLANK OR PARTIALLY PRINTED PAPER LABELS, BLANK PAPER NOTEBOOKS, LINED AND UNLINED WRITING PADS, MEMO PADS, NOTEPADS, BOOK COVER PAPER, BUSINESS CARD PAPER, CALENDARED PAPER, GIFT-WRAPPING PAPER, BLISTER CARDS PAPER TOWELS, NOTEBOOK PAPER, PAPER FOLDERS, PAPER ENVELOPES FOR PACKAGING, TABLE CLOTHS OF PAPER, TABLE LINENS OF PAPER, PAPER NAPKINS, TOILET PAPER, BOXES OF CARDBOARD OR PAPER, GIFT BOXES MADE OF CARDBOARD, CARDBOARD CARTONS, CARDBOARD CONTAINERS, PAPER HANDKERCHIEFS, PAPER NAPKINS FOR REMOVING MAKE-UP; PRINTED MATTER, NAMELY, BOOKS, BOOKLETS, PRINTED PERIODICALS, MAGAZINES INCLUDING

**Reg. No. 4,493,031**   GAMING MAGAZINES, MANUALS, NEWSPAPERS, NEWSLETTERS, JOURNALS, CHIL-
DREN'S BOOKS, BABY BOOKS, COMIC BOOKS, COLORING AND CHILDREN'S ACTIVITY
BOOKS, INSTRUCTIONAL AND TEACHING MATERIALS, ALL IN THE FIELDS OF COM-
PUTER, LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEO-
GRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS,
MATH, MUSIC, ART AND GENERAL TRIVIA, CARTOONS AND VIDEO GAMES; PRINTED
MATTER, NAMELY, ADDRESS BOOKS, AUTOGRAPH BOOKS, DIARIES, CALENDARS,
PLANNERS OF PAPER, APPOINTMENT BOOKS, RECIPE BOOKS, AND GUEST BOOKS;
BOOKBINDING MATERIAL; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATION-
ERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY, BRUSHES, PASTELS,
PENCILS, PENS, WATERCOLOR SAUCERS, CANVAS PANELS, MOLDS FOR MODELING
CLAYS; PAINT BRUSHES; PRINTERS' TYPE; PRINTING BLOCKS; CALENDARS; CHIL-
DREN'S BOOKS; COMIC BOOKS; ADDRESS BOOKS; BRAG BOOKS; APPOINTMENT
BOOKS; GUEST BOOKS; RECIPE BOOKS; DIARIES; SCRAPBOOK ALBUMS, PHOTO AL-
BUMS, STAMP ALBUMS, COIN ALBUMS; WRITING PADS; NOTEPADS; NOTEBOOKS;
COLORING AND CHILDREN'S ACTIVITY BOOKS; BOOK COVERS; BOOKMARKS;
BLOTTERS; BOOKENDS; PAPERS MATS FOR FRAMING PAINTINGS, PICTURES AND
PHOTOGRAPHS; PHOTOGRAPH STANDS; COASTERS MADE OF PAPER; PAINTINGS;
ERASERS; COIN WRAPPERS; PACKING PAPER, INCLUDING BUBBLE PACKING PAPER;
GIFT WRAP PAPER; BOXES OF CARDBOARD OR PAPER; GIFT BOXES OF CARDBOARD;
PRINTED INVITATIONS; PRINTED MENUS; PAPER SERVIETTES; PAPER TOWELS; PAPER
PARTY DECORATIONS; PAPER CAKE DECORATIONS; A SERIES OF PAPERBACK FICTION
BOOKS; MODELING CLAY; PAPERWEIGHTS; PENCIL SHARPENERS; ELECTRIC PENCIL
SHARPENERS; PAPER CLIPS; THUMB TACKS OR PUSH PINS; DRAWING PINS IN THE
NATURE OF PUSH PINS; WRITING INSTRUMENTS, NAMELY, PENS, PENCILS, FOUNTAIN
PENS, BALL-POINT PENS, AND PEN NIBS; DESK PENCIL HOLDERS; DESK PENCIL
STANDS; INK REFILLS FOR PENS AND WRITING INSTRUMENTS; PENCIL LEADS;
COLORED PENCILS; CRAYONS; PEN AND PENCIL CASES; ARTISTS' WATER COLORS
IN THE NATURE OF FINISHED WATER COLOR PAINTINGS; PASTELS; DRAWING MA-
TERIALS FOR BLACKBOARDS, DRAWING BOARDS, DRAWING PENS, PENCILS AND
DRAWING INSTRUMENTS; DRAWING SETS COMPRISING DRAWING PAPER AND
COLORED PENCILS; CANVAS FOR PAINTING; LETTER TRAYS AND PAPER RACKS;
LETTER HOLDERS; LOOSE-LEAF BINDERS; PAPER KNIVES BEING OFFICE REQUISITES
IN THE NATURE OF LETTER OPENERS; LETTER OPENERS; ELECTRIC LETTER OPENERS;
ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES AND ADHESIVE
TAPE DISPENSERS; PICTURES; STENCILS; PICTURE STORY BOOKS; GRAPHIC ART
REPRODUCTIONS; PORTRAITS; POSTERS; LITHOGRAPHS; POSTCARDS; GREETING
CARDS; MUSICAL GREETINGS CARDS; TWO-RING AND THREE-RING BINDERS; STA-
TIONERY-TYPE PORTFOLIOS AND FOLDERS IN THE NATURE OF RING BINDERS;
RUBBER MARKING STAMPS; SEALING STAMPS AND SEALS; POSTAGE STAMPS AND
SEALS; HOLDERS AND CASES FOR POSTAGE STAMPS AND SEALS; STAMP PADS; INK
PADS; WRITING INKS; SCRATCH PADS; PAPER STAPLERS; PASTES AND GLUES FOR
STATIONERY AND HOUSEHOLD PURPOSES; PARTY ORNAMENTS AND PARTY DEC-
ORATIONS MADE OF PAPER AND CARDBOARD; ERASERS; CORRECTING FLUIDS USED
AS OFFICE REQUISITES; DOCUMENT FOLDERS; INDEX CARDS; DOCUMENT FILES;
STICKER ALBUMS; STICKERS; POSTAGE STAMPS; TRADING CARDS; BAGGAGE AND
LUGGAGE PAPER IDENTIFICATION TAGS; PAPER ARCHITECTURAL MODELS; PAPER
PATTERNS BEING MODELS FOR MAKING CLOTHES; GENERAL- PURPOSE PLASTIC
BAGS; PLASTIC PARTY GOODIE BAGS; PAPER BAGS; PAPER LUNCH BAGS; BAGS FOR
MICROWAVE COOKING; PAPER FILTERS FOR COFFEE MAKERS; CLING FILM BEING
FOOD WRAPPING PLASTIC FOR HOUSEHOLD USE; PAPER ENVELOPES; WRITING PA-
PER; DRAWING PAPER; COPYING PAPER; WRITING CASES IN THE NATURE OF STA-
TIONERY CASES SPECIFICALLY ADAPTED FOR WRITING INSTRUMENTS; TABLE-
CLOTHS OF PAPER; BIBS OF PAPER; PAPER FLAGS; PAPER BANNERS; PROTECTIVE
COVERS FOR NOTEBOOKS; EASELS; PLACE MATS AND COASTERS OF PAPER AND
CARDBOARD; BLACKBOARDS; CHALK; WIPE-ON WIPE-OFF BOARDS BEING DRY
ERASE BOARDS; MAGNETIC BOARDS; FILE SHREDDING MACHINES, NAMELY, PAPER
SHREDDERS; PASSPORT HOLDERS, CHECKBOOK HOLDERS; DECORATIONS OF PAPER

Page: 5 / RN # 4,493,031

**Reg. No. 4,493,031** FOR LUNCH BOXES AND FOODSTUFFS; BLANK PAPER TAPES AND CARDS FOR THE RECORDAL OF COMPUTER PROGRAMS; MAPS; INKING RIBBONS; PRINTED ENTRY TICKETS; TYPEWRITERS; PAPER CUTTERS; ADVERTISING SIGNBOARDS OF PAPER AND CARDBOARD; IRON ON PRINTED TRANSFERS; PRINTED PATTERNS FOR COSTUMES, PAJAMAS, SWEATSHIRTS AND T-SHIRTS; REMOVABLE TATTOOS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, NAMELY, HANDBAGS AND PURSES; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; PARASOLS, UMBRELLAS AND WALKING STICKS; WHIPS, HARNESSES AND SADDLERY; ALL-PURPOSE CARRYING BAGS AND ALL-PURPOSE SPORTS BAGS, BEACH BAGS AND ATHLETIC BAGS; GARMENT BAGS FOR TRAVEL; WINE-CARRYING CASES; ALL PURPOSE CARRYING BAGS IN THE NATURE OF BATH BAGS AND TOILETRY BAGS, SOLD EMPTY; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS, SHOE BAGS FOR TRAVEL; TOILETRY BAGS SOLD EMPTY; SUIT CARRIERS BEING TRAVELLING BAGS; BUM-BAGS; ALL-PURPOSE CARRY ALL BAGS AND CARRY ALL WEEKEND BAGS; WORK BAGS BEING BRIEFCASES AND ATTACHÉ CASES; HAVERSACKS; RUCKSACKS; PURSES AND WALLETS; SUITCASES; LEATHER AND FELT POUCHES; ATTACHÉ CASES; CANVAS AND LEATHER SHOPPING BAGS; BANDS OF LEATHER; LEATHER SHOULDER BELTS; BUSINESS CARD HOLDERS IN THE NATURE OF CARD HOLDERS AND CALLING CARD HOLDERS; VANITY CASES SOLD EMPTY; MUZZLES; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING SETS IN THE NATURE OF LUGGAGE; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE STRAPS; LUGGAGE TAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HANDBAGS; MOUNTAINEERING STICKS; BRIEFCASE-TYPE PORTFOLIOS FOR CARRYING SHEET MUSIC; NET BAGS FOR SHOPPING; CARRY-ALL SCHOOL BAGS; EMPTY TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; EMPTY HUNTERS' GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING; HANDBAG FRAMES; SLING BAGS FOR CARRYING INFANTS; WHEELED REUSABLE SHOPPING BAGS, BACKPACKS, DUFFEL BAGS AND SUITCASES; CARDBOARD TRUNKS AND CASES; CHAIN MESH PURSES, NOT OF PRECIOUS METAL; CLUTCH PURSES; COIN PURSES; EMPTY COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES NOT OF PRECIOUS METAL; LEATHER BANDS AND BELTS FOR LUNCH BOXES AND HOUSEHOLD OR KITCHEN CONTAINERS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES; GOODS NOT INCLUDED IN OTHER CLASSES MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS AND OF PLASTICS, NAMELY, WORKS OF ART; OFFICE FURNITURE; PHOTOGRAPH FRAMES; DRESSING MIRRORS; EASY CHAIRS; BEDS AND WATER BEDS FOR NON-MEDICAL PURPOSES; WOOD BEDSTEADS; FURNITURE SCREENS; ARMCHAIRS; BENCHES BEING FURNITURE; LETTER BOXES OF WOOD OR PLASTIC; WORK CABINETS FOR COMPUTERS AS FURNITURE; CHESTS FOR TOYS; CORKS; HAIRDRESSER'S CHAIRS, DECK CHAIRS; DESKS; TABLES; DINNER WAGONS BEING FURNITURE; HEAD-RESTS AS FURNITURE PARTS; DIVANS; LIBRARY SHELVES; LOCKERS; LOCKS, OTHER THAN NON-ELECTRIC LOCKS NOT OF METAL; FURNITURE RACKS, NAMELY, COAT RACKS, HAT RACKS, PLANT RACKS, POT RACKS, AND STORAGE RACKS; SAW HORSES; SCHOOL FURNITURE; SEATS; SOFAS; TEA CARTS; UMBRELLA STANDS; COTS; CUPBOARDS; DISPLAY BOARDS; DRESSING TABLES; FOOTSTOOLS AND STOOLS; SHELVES; SHOWER SHELVES, NOT OF PRECIOUS METAL; AIR CUSHIONS AS PILLOWS; AIR MATTRESSES FOR USE WHEN CAMPING; INFLATABLE AIR PILLOWS NOT FOR MEDICAL PURPOSES; SLEEPING BAGS; BED FITTINGS, NOT OF METAL; BEDDING EXCEPT LINEN, NAMELY, BED PILLOWS, BED PADS AND CRIB BUMPERS IN THE NATURE OF BUMPER GUARDS FOR CRIBS; NON-TEXTILE CURTAIN HOLDERS; CURTAIN HOOKS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; CURTAIN ROLLERS; CUSHIONS; NON-METAL FIXED TOWEL DISPENSERS; MATTRESSES; PILLOWS; NON-METAL CLOTHES HOOKS AND COAT HANGERS; COAT

**Reg. No. 4,493,031**   STANDS; HAT STANDS; LADDERS OF WOOD OR PLASTICS; DOOR FITTINGS, NAMELY, NONMETAL DOOR HANDLES AND DOOR KNOCKERS; EMBROIDERY FRAMES; STATUES OF WOOD, WAX, PLASTER OR PLASTIC; FIRE SCREENS FOR DOMESTIC USE; NON-METAL AND NON-PAPER CONTAINERS FOR STORAGE AND TRANSPORT; NON-METAL AND NON-MASONRY STORAGE TANKS; NONMETAL TRANSPORT CONTAINERS AND FILING CABINETS; CONTAINERS OF PLASTIC FOR PACKAGING PURPOSES; PLASTIC METAL-SUBSTITUTE FASTENERS, NAMELY, NAILS, WEDGES, NUTS, SCREWS, TACKS, BOLTS, RIVETS, CASTERS AND PEGS; DOOR STOPS OF PLASTIC OR WOOD; INFANT WALKERS; PLAYPENS FOR BABIES; SUPPORT PILLOWS FOR USE IN BABY SEATING EXCLUDING SAFETY SEATING FOR USE IN AUTOMOBILES; DECORATIVE MOBILES; COTS; CRADLES AND CRIBS; HIGH CHAIRS FOR BABIES; FURNITURE CHESTS AND CHEST OF DRAWERS; WIND CHIMES; BEDS FOR HOUSEHOLD PETS; NESTING BOXES FOR PETS AND SMALL BIRDS; SCRATCHING POSTS FOR CATS; FLOWER-POT PEDES-TALS; FLOWER-STANDS; RIGID PLASTIC TRAYS FOR PACKAGING PURPOSES; WICK-ERWORK, NAMELY, WICKER FURNITURE; DECORATIVE EDGING STRIPS OF PLASTICS AND/OR WOOD FOR USE WITH WINDOW FITTINGS, NAMELY, ORNAMENTS FOR WINDOWS; ORNAMENTS AND DECORATIONS FOR WINDOWS OR DOORS MADE OF OR FROM PLASTICS, WAX, WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; NON-METAL STEP LADDERS AND LADDERS, TOOL BOXES AND PLANT AND TREE STAKES; IMITATION FOODS FOR DISPLAY MADE OF PLASTIC, NAMELY, IMITATION DESSERTS, IMITATION CANDY, IMITATION CAKES, AND IMIT-ATION FRUITS; FLAGPOLES, WORKS OF ART, FIGURINES AND STATUETTES AND SMALL DECORATIONS OR ORNAMENTS, MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF- PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS, OR OF WAX, PLASTER OR PLASTICS; PLASTIC KEY CARDS, NOT ENCODED OR MAGNETIZED; NON-METAL BINS; NON-METAL BOTTLE CLOSURES; BOTTLE RACKS; CORKS FOR BOTTLES; HOUSE NUMBERS, NOT OF METAL, NON-LUMINOUS; IDENTITY PLATES, NOT OF METAL; INFLATABLE PUBLICITY OBJECTS; NON-METAL NON-MASONRY LETTER BOXES; MAGAZINE RACKS; PLATE RACKS; CUP RACKS; NON-METAL REGISTRATION PLATES; PLASTIC SIGNBOARDS; NON-METAL TOOL HANDLES; UPRIGHT SIGNBOARDS OF WOOD OR PLASTICS; PLASTIC SEALING CLIPS FOR BAGS; INFLATABLE HEAD-RESTS IN THE NATURE OF PILLOWS; DECORATIONS OF PLASTICS FOR FOODSTUFFS OR LUNCH BOXES; HAND-HELD FLAT FANS, FOLDING FANS, AND NON-ELECTRIC FANS FOR PERSONAL USE; BAMBOO CURTAINS; BAMBOO AND BAMBOO BLINDS; BEAD CURTAINS FOR DECORATION; BEAD CURTAINS; INDOOR BLINDS; ORIENTAL SINGLE PANEL NON-METAL STANDING PARTITIONS; HANGING BOARDS THAT ARE IN THE NATURE OF JAPANESE-STYLE PEGBOARDS USING POSITIONAL HOOKS, FOR USE AS MOVABLE WALL PARTITIONS; ORIENTAL FOLDING PARTITION SCREENS; KEYBOARDS FOR HANGING KEYS; MANNEQUINS; DRAIN TRAPS IN THE NATURE OF VALVES OF PLASTIC; MEDICINE CABINETS; REMOVABLE MATS FOR SINKS; NAME PLATES, NOT OF METAL; NON-METAL LICENSE OR NUMBER PLATES, NOT OF METAL; MIRROR TILES; PLASTIC DOORKNOBS; PORCELAIN OR EARTHENWARE DOORKNOBS; WOOD DOORKNOBS; NON-METAL KEY MADE OF LEATHER OR IMITATION LEATHER; BATHROOM WOODEN STOOLS; KNOBS OF PORCELAIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS AND CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; CLEANING COMBS, AND BATH, SCOURING AND CLEANING SPONGES; BRUSHES EXCLUDING PAINT BRUSHES, NAMELY, CLEANING BRUSHES FOR HOUSEHOLD USE; BRUSH-MAKING MATERIALS; ARTICLES FOR CLEANING PURPOSES, NAMELY, CLOTHS, CLEANING COTTON, STEEL WOOL FOR CLEANING; WASHING MITTS; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS EXCEPT GLASS USED IN BUILDING; BEVERAGE GLASSWARE, PORCELAIN AND EARTHEN-WARE, NAMELY, BEVERAGE GLASSWARE, AND CROCKERY, ORNAMENTS AND STATUETTES OF PORCELAIN AND EARTHENWARE; PORTABLE PLASTIC BABY BATH

**Reg. No. 4,493,031** TUBS; NON-METAL BASKETS, FOR DOMESTIC USE; MUGS; BIRDCAGES; NON-ELECTRIC FOOD BLENDERS; IRONING BOARDS; BOOT JACKS; STOPPERS SPECIFICALLY ADAPTED FOR USE WITH BOTTLES MADE FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA AND PORCELAIN; BOWLS; NON-ELECTRIC CAST-IRON KETTLES; TABLEWARE, NAMELY, PLATES, BOWLS AND DISHES; SALAD BOWLS; NON-ELECTRIC WHISKS; RICE CHESTS; COLANDERS; HOUSEHOLD UTENSILS, NAMELY, COOKING STRAINERS; COOKING FUNNELS; FOOD PRESERVING JARS OF GLASS; GRATERS FOR HOUSEHOLD PURPOSES; CHOPSTICK CASES; ROLLING PINS FOR COOKING PURPOSES; CAMPING COOKING GRILLS; LEMON SQUEEZERS IN THE NATURE OF CITRUS JUICERS; COSMETIC AND TOILETRY UTENSILS, NAMELY, MAKE UP APPLICATORS AND MAKE UP BRUSHES, HAIR BRUSHES AND COMBS; SHOE BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; FEEDING VESSELS FOR PETS; BRUSHES FOR PETS; BOXES OF METAL FOR DISPENSING SERVIETTES IN THE NATURE OF NAPKIN DISPENSERS FOR HOUSEHOLD USE; BIRD BATHS; FLYSWATTERS; CANDLE EXTINGUISHERS NOT OF PRECIOUS METAL; FLOWER VASES; UPRIGHT SIGNBOARDS OF GLASS OR CERAMICS; COOKING SETS FOR OUTDOOR USE CONSISTING OF TIN CANS, TIN PANS, TIN POTS AND TIN PLATES; SOAPBOXES; BREAD BOARDS AND CUTTING BOARDS; BUCKETS; MEAL TRAYS, SERVING TRAYS; CAGES FOR HOUSE-HOLD PETS; CAKE MOULDS; WAFFLE MOULDS; CANDLE RINGS; CANDLESTICKS; CANDY BOXES; COMB CASES; CHINA ORNAMENTS; CHINAWARE, NAMELY, ORNA-MENTS AND STATUETTES OF CHINA; CHOPSTICKS IN THE NATURE OF COOKING UTENSILS; CLOTHES DRYING RACKS; CLOTHS FOR CLEANING; COASTERS NOT OF PAPER AND OTHER THAN TABLE LINEN; COCKTAIL STIRRERS; COFFEE FILTERS NOT OF PAPER BEING PART OF NON-ELECTRIC COFFEE MAKERS; NONELECTRICAL AND HAND-OPERATED COFFEE GRINDERS; COFFEE SERVICES; ELECTRIC HAIR COMBS; GROOMING COMBS FOR ANIMALS; PASTRY BAGS; COOKERY MOULDS; COOKING POTS; ICE PAILS; PORTABLE COOLERS; CORKSCREWS; BOTTLES SOLD EMPTY; PLASTIC WATER BOTTLES SOLD EMPTY; BOTTLE OPENERS; DISHES; PLATES NOT OF PRECIOUS METAL; CHAMPAGNE BUCKETS; HAIR BRUSHES; BRUSHES FOR CLOTHES; PLASTIC COASTERS; COFFEE CUPS; ALL-PURPOSE PORTABLE HOUSEHOLD CONTAINERS; DRINKING GLASSES, NAMELY, TUMBLERS; DEMITASSE SETS CONSIST-ING OF CUPS AND SAUCERS; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; CORN COB HOLDERS; DECANTERS; SUGAR AND CREAMER BOWL, PITCHER AND POURER SETS; DRINKING CUPS FOR INFANTS AND PARTS THEREFOR, NAMELY, LIDS AND VALVES, ALL SOLD AS A UNIT; PAPER CUPS; PLASTIC CUPS; TOOTHBRUSH CASES; SERVING UTENSILS, NAMELY, PIE SERVERS, CAKE TURNERS, SPATULAS, SCRAPERS AND CAKE SERVERS; COVERS FOR DISHES; COVERS FOR FLOWER POTS NOT OF PAPER; CROCKERY, NAMELY, POTS, DISHES, DRINKING CUPS AND SAUCERS, BOWLS, SERVING BOWLS AND TRAYS; CUPS; NON-ELECTRIC DEEP FRYERS; DISHES FOR SOAP; SOAP DISPENSERS; DUSTBINS; EGG CUPS; FEEDING TROUGHS BEING FEEDING VESSELS FOR PETS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; GOBLETS; NON-ELECTRIC GRIDDLES; HEAT-INSULATED CONTAINERS FOR HOUSEHOLD USE; NON-ELECTRIC HEATERS FOR FEEDING BOTTLES; HOLDERS FOR FLOWERS AND PLANTS; HOT POTS; ICE BUCKETS; ICE CUBE MOULDS; BEER MUGS, JUGS; KNIFE RESTS; LAZY SUSANS; LIQUEUR SETS COMPRISED OF CONTAINERS FOR ICE, GOBLETS, AND BEVERAGE GLASSWARE; LUNCH BOXES; MENU CARD HOLDERS; MESS-TINS; MIXING SPOONS; MOPS; NAPKIN HOLDERS; NAPKIN RINGS; NOZZLES FOR WATERING CANS; PADS FOR CLEANING; PANS; PAPER PLATES; PASTRY CUTTERS; PEPPER MILLS; PERFUME SPRAYERS SOLD EMPTY; PERFUME VAPORIZERS SOLD EMPTY; PICNIC BASKETS SOLD EMPTY; NON-METAL PIGGY BANKS; POT LIDS; POTS; NON-ELECTRIC PRESSURE COOKERS; SALT SHAKERS; PEPPER SHAKERS; SAUCEPANS; SAUCERS; SCOOPS; SCOURING PADS; SHAVING BRUSHES; SHIRT STRETCHERS; SHOE TREES; SOAP HOLDERS; SOUP BOWLS; SPICE SETS COMPRISED OF SPICE RACKS AND HAND-OPERATED SPICE GRINDERS SOLD EMPTY FOR HOUSEHOLD USE; SPONGE HOLDERS; SHOWER CADDIES, NOT OF PRE-CIOUS METAL; SPONGES FOR HOUSEHOLD PURPOSES; STANDS FOR SHAVING BRUSHES; STATUES OF PORCELAIN, TERRACOTTA OR GLASS; STATUETTES OF PORCELAIN, TERRACOTTA OR GLASS; SYRINGES FOR WATERING FLOWERS AND

**Reg. No. 4,493,031** PLANTS; TABLEWARE, NAMELY, BOWLS, PLATES, AND BEVERAGE GLASSWARE; TANKARDS; TEA STRAINERS; TEA CADDIES; COFFEE CADDIES SOLD EMPTY FOR HOUSEHOLD USE; TEA INFUSERS; TEA SERVICES; NON-ELECTRIC TEAPOTS; TOILET BRUSHES; TOILET PAPER HOLDERS; TOILET SPONGES; TOOTHBRUSHES; TOOTH-BRUSHES, ELECTRIC; TOOTHPICK HOLDERS, NOT OF PRECIOUS METAL; TOOTHPICKS; NAIL BRUSHES; LITTER TRAYS, NAMELY, CAT LITTER PANS; TRIVETS; NON-ELECTRIC TROUSER PRESSES; TROUSER STRETCHERS; CLOTHING STRETCHERS; VACUUM BOTTLES; WAFFLE AND PANCAKE IRONS, NON-ELECTRIC; COOKERY AND BAKING IRONS, NON-ELECTRIC; WASHING BOARDS; RINSING TUBS; WATERING CANS; WA-TERING DEVICES, NAMELY, WATERING CANS AND WATERING POTS; POLISHING APPARATUS AND MACHINES FOR HOUSEHOLD PURPOSES, NONELECTRIC, NAMELY, FLOOR POLISH APPLICATORS MOUNTABLE ON A MOP HANDLE WORKS OF ART, OF PORCELAIN, TERRACOTTA OR GLASS; DECORATIVE ORNAMENTS FOR WINDOW OR DOORS MADE OF OR FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA OR PORCELAIN; MOUSE TRAPS; CONTAINERS FOR AROMATICS AND FRAGRANCES, NAMELY, POTPOURRI DISHES; REFRIGERATING BOTTLES SOLD EMPTY; BOXES OF GLASS; BROOMS; BUTTER DISHES; BUTTER DISH COVERS; CHEESE-DISH COVERS; CANDY BOXES, NOT OF PRECIOUS METAL; HAND OPERATED CLEANING INSTRUMENTS IN THE NATURE OF HOUSEHOLD CLEANING BRUSHES; CLOTHES-PEGS; NONELECTRIC PORTABLE COLD BOXES IN THE NATURE OF THERMAL INSU-LATED CONTAINERS FOR FOOD OR BEVERAGES; COOKIE JARS; NON-ELECTRIC COOKING UTENSILS, NAMELY, SPLATTER SCREENS, KITCHEN TONGS, POURING AND STRAINING SPOUTS, GRATER, SIEVES, SPATULAS, TURNERS, SKIMMERS; EYEBROW BRUSHES; FRYING PANS; GARDENING GLOVES; POWDER PUFFS; COOKIE BISCUIT CUTTERS; CRUETS, CRUET STANDS; DUSTERS; COCKTAIL SHAKERS; POWDER COMPACTS, NOT OF PRECIOUS METAL SOLD EMPTY; PILL AND TABLET BOXES FOR PERSONAL USE; PILL CASES OF WOOD AND PLASTIC FOR PERSONAL USE; STANDS FOR TOOTH BRUSHES; FLOSS FOR DENTAL PURPOSES; HANDLES FOR DENTAL FLOSS; HOUSEHOLD CONTAINERS OF PRECIOUS METAL; HOUSEHOLD UTENSILS OF PRECIOUS METAL, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COFFEE SERVICES OF PRECIOUS METAL; COFFEE-POTS, NON-ELECTRIC, OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METAL FOR HOUSEHOLD USE; NAPKIN HOLDERS AND RINGS OF PRECIOUS METAL; TABLEWARE MADE OF PRECIOUS METAL, NAMELY, SERVING KNIVES, FORKS, AND SPOONS; CANDY CASES AND CANDY BOXES OF PRECIOUS METAL; POWDER COMPACTS OF PRECIOUS METAL SOLD EMPTY; ELECTRIC DEVICES FOR ATTRACTING AND KILLING INSECTS; DRINKING STRAWS; OVEN MITTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES AND TEXTILE GOODS, NOT INCLUDED IN OTHER CLASSES, NAMELY, BED COVERS AND PLASTIC TABLE COVERS; BED AND PLASTIC TABLE COVERS; HANDKERCHIEFS; TABLE NAPKINS OF TEXTILE; BANNERS OF TEXTILE; BATH LINEN; BED LINEN; BEDSPREADS; BED QUILTS; BED BLANKETS; COTTON CLOTHS, FELT CLOTH; COVERS FOR CUSHIONS; DOOR CURTAINS; TOWELS; FABRIC FLAGS; TOILET WASHING GLOVES; HOUSEHOLD LINEN; LABELS OF TEXTILE; TEXTILE NAPKINS FOR REMOVING MAKE-UP; TEXTILE PLACE MATS, LINEN PLACE MATS; MATTRESS COVERS; MOSQUITO NETS; CURTAINS; PILLOWCASES; PLASTIC MATERIAL, NAMELY, SYNTHETIC FIBER FABRICS; QUILTS; TRAVELLING RUGS; TEXTILE BED SHEETS; SHROUDS; SILK CLOTH; SILK FABRICS; SLEEPING BAGS IN THE NATURE OF SHEETING; TABLE LINEN; TABLE MATS NOT OF PAPER; TAPESTRY OF TEXTILE; UPHOLSTERY FABRICS; WALL HANGINGS OF TEXTILE; BEDDING, NAMELY, BED SHEETS, BED LINEN, BED SPREADS; TEXTILE DOOR KNOB COVERS; FITTED TOILET SEAT COVERS MADE OF FABRICS; COVERINGS FOR LIDS FOR TOILET VESSELS, NAMELY, TOILET TANK COVERS MADE OF FABRIC; CURTAIN TIEBACKS IN THE NATURE OF TEXTILE CURTAIN HOLDERS; COTTON FABRICS; BEDSPREADS, NAMELY, COVERLETS; FABRICS FOR TEXTILE USE; FACE TOWELS OF TEXTILE; FELTS; CLOTH, NAMELY, FRIEZE; TRUE HEMP FABRIC; VELVET; WOOLEN CLOTH; TISSUE PAPER BOX COVERS OF TEXTILE; COVERS OF FABRIC FOR DOOR KNOBS; WOVEN TEXTILE LABELS; BED

**Reg. No. 4,493,031**  CANOPIES; FABRIC TABLE RUNNERS; KITCHEN LINENS, INCLUDING OVEN MITTS, DISH TOWELS, KITCHEN TOWELS, FABRIC PLACE MATS, WASHING MITTS, FABRIC TABLE RUNNERS, POTHOLDERS, CLOTH COASTERS; BATH TOWELS; TABLE LINEN, NAMELY, PLACE MATS; UNFITTED COVERINGS OF TEXTILE AND OF PLASTIC FOR FURNITURE; SHOWER CURTAINS; COTTON, POLYESTER AND NYLON FABRIC, FABRIC OF IMITATION ANIMAL SKINS; GOLF TOWELS; DAMASK; ELASTIC WOVEN MATERIAL IN THE NATURE OF JERSEY FABRIC FOR CLOTHING; SILK FABRICS FOR PRINTING PATTERNS; PRINTERS' BLANKETS OF TEXTILE; OILCLOTH FABRIC FOR TABLECLOTHS; COTTON LINGERIE FABRIC; JERSEY FABRICS FOR CLOTHING; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOON; FABRIC OF IMITATION ANIMAL SKINS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: FOOTWEAR; HEADWEAR; APRONS; BEACHWEAR; SWIMWEAR, SWIMSUITS, BATHING SUITS; GLOVES; MITTENS; BELTS; BABY CLOTHES, NAMELY, PAJAMAS, JACKETS, SHIRTS, JUMPERS; BIBS NOT OF PAPER; UNDERCLOTHING; SLEEPWEAR AND PAJAMAS; SLEEP MASKS FOR ELIMINATING LIGHT; BATH ROBES; SUSPENDERS; HATS, CAPS, SUN VISORS, BERETS; BATHING AND SHOWER CAPS; MUFFS; EAR MUFFS; NECKWEAR; NECK TIES; CRAVATS; BOW TIES; SOCKS AND STOCKINGS, PANTY HOSES; GARTER BELTS, STOCKING AND PANTY HOSE SUSPENDERS; SHOES, SPORTS SHOES, SLIPPERS, BEACH SHOES; MASQUERADE COSTUMES; WORKING SLEEVES IN THE NATURE OF SUN SLEEVES; BANDANAS; BATH SANDALS; BATH SLIPPERS; SKI BOOTS; BOOTS; BRACES FOR CLOTHING, NAMELY, SUSPENDERS; BRASSIERES; BREECHES; CAMISOLES; COATS; CUFFS; FUR STOLES; HEADBANDS FOR CLOTHING; JERSEYS; OVERCOATS; PARKAS, SANDALS; SCARVES; SHAWLS; SHIRTS; SLIPS; SMOCKS; SPATS; BOOTS FOR SPORTS; SPORTS JERSEYS; SUITS; WET SUITS FOR WATER SKIING; WRISTBANDS BEING CLOTHING; GYMNASTICS SHOES; CLOTHING FOR GYMNASTICS, NAMELY, LEOTARDS, TIGHTS, T-SHIRTS; SASHES; JOGGING SUITS, TROUSERS, JEANS, TANK TOPS, SKIRTS, BLOUSES; SNOW SUITS, ROBES, SNEAKERS, BOOTIES, SLIPPER SOCKS; CLOAKS; CLOTH BIBS; CHAPS; BEACH COVER-UPS; DRESSES; JACKETS; LEOTARDS; OVERALLS; PONCHOS; RAINWEAR; SHORTS; SWEATERS; SWEATSHIRTS; BABIES' PANTS; WELTS FOR BOOTS; CLOTHING OF IMITATIONS OF LEATHER, NAMELY, COATS; CLOTHING OF LEATHER, NAMELY, SHIRTS, PANTS, COATS, DRESSES; COLLAR PROTECTORS, COLLARS, DETACHABLE COLLARS; CORSETS; CYCLISTS CLOTHING, NAMELY, CYCLING SHORTS AND JERSEYS; FOOTBALL BOOTS, FOOTBALL SHOES; PAPER CLOTHING, NAMELY, PAPER APRONS, PAPER HATS, PAPER SHOES USED WHEN GOING THROUGH METAL DETECTORS TO KEEP FEET AND SOCKS CLEAN; POCKET FOR CLOTHING; READY-MADE LININGS AS PARTS OF CLOTHING; SARIS; SPORTS SHOES; SWEAT-ABSORBENT UNDERCLOTHES; UNDERGARMENTS; WOODEN SHOES; VESTS; UNIFORMS; UNDERPANTS; TOP HATS; TOGAS; NON-SLIP SOLES FOR BOOTS AND SHOES; MOTORCYCLE CLOTHING, NAMELY, GLOVES, JACKETS, RAIN SUITS; LEGGINGS; HOODS BEING CLOTHING; HEELS; HEEL PIECES FOR BOOTS AND SHOES; HALF-BOOTS; GALOSHES; GARTERS; FURS AS CLOTHING, NAMELY, CLOAKS, COATS, JACKETS, MUFFS, AND STOLES; FOOT MUFFS, NOT ELECTRICALLY HEATED; T-SHIRTS; TOPS; SWEAT SHIRTS WITH HOODS; LOUNGEWEAR; LONG SLEEVE TOPS; ZIP UP JACKETS; JOGGING PANTS; FLEECE TOPS; KNIT FLEECE HATS; FASHION HEADWEAR; FLIP FLOPS; PLUSH SLIPPERS; PLUSH NOVELTY HATS; SKULL CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BELT BUCKLES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, RUGS, MATS AND MATTING, LINOLEUM AND FABRIC COVERINGS FOR COVERING EXISTING FLOORS; NON TEXTILE WALL HANGINGS; AUTOMOBILE CARPETS; BATH MATS; FLOOR COVERINGS; DOOR MATS; GYMNASTIC MATS; GYMNASIUM EXERCISE MATS; TAPESTRY-STYLE WALL HANGING, NOT OF TEXTILE; VINYL FLOOR COVERINGS; WALLPAPER, WALL PAPER OF VINYL; FOAM MATS FOR USE ON PLAY AREA SURFACES; BEACH MATS; REED MATS; NON-SLIP BATH TUB MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

**Reg. No. 4,493,031**  FOR: GAMES AND PLAYTHINGS, NAMELY, ACTION SKILL GAMES, ACTION TARGET GAMES, ARCADE-TYPE ELECTRONIC EDUCATION VIDEO GAMES, BOARD GAMES, CARD GAMES, BUILDING GAMES, EDUCATIONAL CARD GAMES, ELECTRONIC EDUCATIONAL GAME MACHINES FOR CHILDREN, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, PROMOTIONAL GAME CARDS, PUZZLE GAMES, VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES, NAMELY, SPORTS TRAINING DEVICE TO IMPROVE STRENGTH, TONING, CONDITIONING, BALANCE AND PROPRIOCEPTION AND SLIDES FOR PLAYGROUNDS; DECORATIONS FOR CHRISTMAS TREES; CHILDREN'S MULTIPLE ACTIVITY TOYS; DOLLS; PUPPETS; PLUSH TOYS; SOFT DOLLS; TEDDY BEARS; TOY FIGURES AND PLAY SETS CONSISTING OF ACTION FIGURES; ACTION FIGURE TOYS AND ATTACHABLE ARTICLES OF CLOTHING FOR TOYS; MAGNETIC TOY FIGURES ATTACHABLE TO MOBILE PHONES, PENCILS OR KEY RINGS; BATHTUB TOYS; RIDE-ON TOYS; BALLS FOR SPORTS AND BALLOONS; YO-YOS; PLAYING BALLS; PLAYGROUND BALLS, TENNIS BALLS, FOOTBALLS; SOCCER BALLS; BASEBALLS; VOLLEY BALLS; RUBBER BALLS; TOY VEHICLES; ELECTRIC TOY VEHICLES; SURF BOARDS; SNOWBOARDS; ICE SKATES; SKATEBOARDS; TOY AIR PISTOLS; BACKGAMMON GAMES; BELLS FOR CHRISTMAS TREES; BILLIARD BALLS; BILLIARD TABLES; TOY BUILDING BLOCKS; BOARD GAMES; CHESS GAMES; CHESS BOARDS; CHRISTMAS CRACKERS; SKATING BOOTS WITH SKATES ATTACHED; BOWLING APPARATUS AND MACHINERY; BUILDING GAMES; CANDLE HOLDERS FOR CHRISTMAS TREES; CHECKERBOARDS; DRAUGHTS SETS CONSISTING PRIMARILY OF DRAUGHT BOARDS; CHESS SETS; CHRISTMAS TREES OF SYNTHETIC MATERIALS; CONJURING APPARATUS, NAMELY, MAGIC TRICKS; CUPS FOR DICE; DARTS; DICE; DOLLS' BEDS; DOLLS' CLOTHES; DOLLS' HOUSES; DOLLS' ROOMS; DOMINOES; DUMB-BELLS; ELBOW GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; CHEST EXPANDERS BEING AN EXERCISE APPARATUS; FAIRGROUND RIDE APPARATUS, NAMELY, AMUSEMENT PARK RIDES, ROLLERCOASTERS, CAROUSELS; DOLLS' FEEDING BOTTLES; FISH HOOKS; FISHING TACKLE; FLIPPERS FOR SWIMMING; FLOATS FOR FISHING; FLYING DISC TOYS; AUTOMATIC AND COIN-OPERATED ARCADE AMUSEMENT GAME MACHINES; BATS FOR GAMES; APPARATUS FOR ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HANDHELD UNITS FOR PLAYING VIDEOGAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GOLF BAGS; GOLF CLUBS; GOLF GLOVES; GLOVES FOR GAMES AND SPORTS, NAMELY, BASEBALL GLOVES, GOLF GLOVES, BOXING GLOVES, HOCKEY GLOVES, BOWLING GLOVES, FOOTBALL GLOVES; PRACTICAL JOKES AND NOVELTIES, NAMELY, TOY AND NOVELTY FACE MASKS AND TOY FOAM NOVELTY ITEMS, SUCH AS FOAM FINGERS AND HANDS; KITE REELS; KITES; KNEE GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; MAH-JONG SETS; MARBLES FOR GAMES; MARIONETTES; THEATRICAL MASKS; TOY MASKS; MOBILE TOY CARS; SCALE MODEL VEHICLES; PARLOUR GAMES; TOYS, NAMELY, PERCUSSION CAPS; TOY PISTOLS; RACKETS BEING TENNIS RACKETS, TABLE TENNIS RACKETS, PADDLE RACKETS, BADMINTON RACKETS, SQUASH RACKETS; INFANT RATTLES; RING GAMES; ROCKING HORSES; ROLLER SKATES; SAILBOARDS; SKIS; SOAP BUBBLES DISPENSER TOYS, BUBBLE MAKING WAND AND SOLUTION SETS; SPINNING TOPS; SPRINGBOARDS BEING SPORTING ARTICLES; STATIONARY EXERCISE BICYCLES; SWIMMING POOLS BEING PLAY ARTICLES; SWIMMING WEBS, NAMELY, FLIPPERS; SWINGS; TABLES FOR TABLE TENNIS; TOYS FOR DOMESTIC PETS; WATER SKIS; PLAY ARTICLES FOR SWIMMING, WATER GAMES SPORTS AND ACTIVITIES, NAMELY, WATER PISTOLS, WATER SQUIRTING TOYS, WATER GLOBES; BEACH BALLS; AUTOMATIC AND COIN-OPERATED AMUSEMENT GAME MACHINES; BAGS ESPECIALLY DESIGNED FOR SKIS AND SURFBOARDS; BINGO CARDS; BUTTERFLY NETS; GAME CARDS, NAMELY, PLAYING CARDS; CONFETTI; IN-LINE ROLLER SKATES; KALEIDOSCOPES; MASTS FOR SAILBOARDS; LANDING NETS FOR ANGLERS; RADIO CONTROLLED TOY VEHICLES; ROULETTE WHEELS; SNOW GLOBES; SNOWSHOES; AMUSEMENT APPAR-

**Reg. No. 4,493,031**  ATUS FOR USE IN ARCADES INCORPORATING A VIDEO MONITOR; STAND-ALONE VIDEO OUTPUT GAME MACHINES; COIN OR COUNTER OPERATED ARCADE GAMES; HORIZONTAL PINBALL MACHINES; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; NON-ELECTRIC HANDHELD ACTION SKILL GAMES; GAME EQUIPMENT SOLD AS A UNIT FOR PLAYING A BOARD GAME, A CARD GAME, A MANIPULATIVE GAME, A PARLOUR GAME, A PARLOUR-TYPE COMPUTER GAME, AND AN ACTION-TYPE TARGET GAME; PUZZLES; PAPER PARTY HATS; PAPER FACE MASKS; TOY MASKS, NAMELY, MASQUERADE AND HALLOWEEN COSTUME MASKS; WATER SQUIRTING TOYS; DARTBOARDS; SWIMMING AIDES, NAMELY, ARM FLOATS FOR RECREATIONAL USE; SWIMMING KICK BOARD FLOTATION DEVICES FOR RECREATIONAL USE; SWIM BOARDS FOR RECREATIONAL USE; SWIM FINS; TOY GUNS; TOY BAKEWARE AND TOY COOKWARE; TOY SNOW GLOBES; BOXING GLOVES; HOCKEY STICKS; CHRISTMAS STOCKINGS; SLING SHOTS; FLOATS FOR BATHING AND SWIMMING; BEAN BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS; BOUILLON; BOUILLON CONCENTRATES; BROTH; BROTH CONCENTRATES; BUTTER; CAVIAR; CHEESE; CHEESE SNACKS, NAMELY, COTTAGE CHEESE, CHEESE SPREADS; CHEESE IN THE FORM OF DIPS, SPREADS AND STICKS; DAIRY PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; DAIRY PUDDINGS; FROSTED FRUITS; FROZEN FRUITS; PROCESSED AND DRIED FRUITS; VEGETABLE AND FRUIT JUICES FOR COOKING; FRUIT CHIPS; PROCESSED AND DRIED VEGETABLES; MARGARINE; MARMALADE; MEAT JELLIES; MEAT TINNED; BEVERAGES CONSISTING PRINCIPALLY OF MILK; SOYBEAN-BASED FOOD BEVERAGE USED AS A MILK SUBSTITUTE, NAMELY, SOYBEAN MILK; MILK SHAKES; DAIRY PRODUCTS FOR MAKING MILK SHAKES, NAMELY, MILK; PREPARATIONS FOR MAKING MILK SHAKES, NAMELY, MILK POWDERS; PRESERVED MUSHROOMS; PRESERVED ONIONS, PRESERVED OLIVES; GHERKINS; PREPARED NUTS; SNACK MIX CONSISTING PRIMARILY OF NUTS, SPICY MIXED NUTS, NUT BASED FOOD BARS; GINGER JAM; LIVER PASTES; LIVER PÂTÉ; COCOA BUTTER FOR FOOD PURPOSES AND PROCESSED PEANUTS; DRIED LENTILS; DRIED PEAS; FRUIT PEEL; POTATO CHIPS; POTATO CRISPS; POTATO FRITTERS; SALADS EXCEPT MACARONI, RICE, AND PASTA SALAD; SAUERKRAUT; SAUSAGES; SESAME OIL; PREPARATIONS FOR MAKING SOUP; SOUPS; TOFU; VEGETABLE SALADS; VEGETABLE PREPARATIONS FOR MAKING SOUP IN THE NATURE OF SOUP MIX; WHIPPED CREAM; YOGHURT; FOODSTUFFS IN THE FORM OF BEAN, FRUIT, MEAT, AND POTATO BASED SNACK FOODS; POTATO BASED SNACKS; PROCESSED, EDIBLE SEAWEED; PROCESSED, DRIED AND PRESERVED MEAT, FISH, POULTRY AND GAME; BACON; PREPARATIONS FOR MAKING BOUILLON; CHOCOLATE NUT BUTTER; CHARCUTERIE; HAM; CRYSTALLIZED FRUITS; FISH PRESERVES, TINNED; FRUIT JELLIES; FRUIT SALADS; MAIZE OIL; OLIVE OIL FOR FOOD; RAISINS; TOMATO PURÉE; TINNED FRUITS AND VEGETABLES; SEAFOOD NOT LIVE; PROCESSED AND PRESERVED SEAFOOD; SEAFOOD, TINNED, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; FLOUR; BREAD, PASTRY AND CONFECTIONERY MADE OF SUGAR; ICE CREAM FRUIT ICES; HONEY, TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES AS CONDIMENTS; SPICES; ICE; BREAKFAST CEREAL; BISCUITS; CAKE MIXES; CANDY DECORATIONS FOR CAKES, CHOCOLATE DECORATIONS FOR CAKES; FLAVORINGS FOR CAKES OTHER THAN ESSENTIAL OILS; CAKE PREPARATIONS, NAMELY, FROSTING, ICING, CANDY DECORATIONS, AND CAKE MIXES; MALT FOR FOOD PURPOSES; SOYBEAN MALT, NAMELY, MALT EXTRACTS FOR FOOD; MALT BISCUITS; RICE CAKES; SWEETS AND CANDIES; SUGAR CONFECTIONERY, NAMELY, CRYSTAL SUGAR PIECES; CANDY BARS; CANDY MINTS; CHOCOLATE CONFECTIONERY, NAMELY, CHOCOLATE; CHOCOLATE; CHOCOLATE-BASED BEVERAGES WITH MILK; CHOCOLATE-BASED BEVERAGES; CONFECTIONERY DECORATIONS FOR CHRISTMAS

**Reg. No. 4,493,031**  TREES; CANDY WITH COCOA, COCOA BEVERAGES WITH MILK; COFFEE-BASED BEVERAGES; COFFEE BEVERAGES WITH MILK; COFFEE FLAVORINGS; COFFEE SUBSTITUTES; COFFEE AND COFFEE BASED BEVERAGES; TEA, NAMELY, GINSENG TEA, BLACK TEA, OOLONG TEA, BARLEY AND BARLEY-LEAF TEA; COOKIES; POPCORN; FLAVORED POPCORN; CORN FLAKES; CONFECTIONERY CHIPS FOR BAKING; ICE-CREAM; CURRY; CAPERS; CUSTARD; CUSTARD MIXES AND POWDER; CEREAL FLAKES; FLAVORINGS, OTHER THAN ESSENTIAL OILS; CONFECTIONERY ICES, NAMELY, SHERBETS AND FROZEN YOGHURTS; FRUIT JELLY CANDY; GINGERBREAD; CHOCOLATE SYRUP; KETCHUP; LIQUORICE; NON-MEDICATED LOZENGES; MEAT PIES; MEAT TENDERIZERS FOR HOUSEHOLD PURPOSES; PANCAKES; CONFECTIONERY, NAMELY, PASTILLES; PASTRIES; CORN CHIPS; TORTILLAS; PEPPER; PIZZAS; PUDDINGS; RAVIOLI; ROYAL JELLY FOR FOOD PURPOSES; THICKENING AGENTS FOR USE IN COOKING; PREPARED WASABI PASTE; SOY SAUCE; PASTAS, NOODLES AND VERMICELLI; SUSHI; VANILLA; WAFFLES; FROZEN YOGHURT; FROZEN CONFECTIONS; PRETZELS; GRAINED BASED SNACK FOODS; ALMOND CONFECTIONERY, NAMELY, ALMOND PASTE AND ALMOND CAKE; AROMATIC PREPARATIONS FOR FOOD, NAMELY, EXTRACTS USED AS FLAVORING; STARCH-BASED BINDING AGENTS FOR ICE CREAM; BREAD ROLLS; CAKES; CANDY, NAMELY, CARAMELS; CHEWING GUM, NOT FOR MEDICAL PURPOSES; CORN MEAL; CRACKERS; CRISP SNACK FOOD PRODUCTS, NAMELY, CRISP BREAD SNACKS; FLOUR BASED SAVORY SNACKS, NAMELY, FLOUR-BASED CHIPS; CEREAL BASED SNACK FOODS; EDIBLE ICES; GOLDEN SYRUP; MACARONI; MARZIPAN; MAYONNAISE; OATMEAL; DRIED CHILI PEPPERS FOR USE AS SEASONINGS; PIES; RELISH; RUSKS; COOKING SALT; SANDWICHES; TOMATO SAUCE; SEASONINGS; SORBETS; SHERBETS; SPAGHETTI; TARTS; WHEAT FLOUR; SALAD DRESSINGS; MEAT GRAVIES; FRUIT SAUCES EXCLUDING CRANBERRY SAUCE AND APPLESAUCE; CONES FOR ICE CREAM; CANNED PASTA; DESSERT PUDDINGS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS; FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES, NAMELY, SYRUP SUBSTITUTES FOR MAKING BEVERAGES; ALES; ALCOHOLIC AND NON-ALCOHOLIC BEERS; NON-ALCOHOLIC FRUIT DRINKS; NON-ALCOHOLIC FRUIT JUICES; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; NON-ALCOHOLIC CARBONATED DRINKS; NON-ALCOHOLIC DRINKS IN THE NATURE OF ENERGY DRINKS; NON-ALCOHOLIC WINES; PINEAPPLE JUICE BEVERAGES; NON-ALCOHOLIC APERITIFS; NON-ALCOHOLIC COCKTAILS; ENERGY DRINKS; NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES; FRUIT-BASED SYRUP FOR MAKING FRUIT JUICES AND FRUIT DRINKS; NON-ALCOHOLIC FRUIT NECTARS; WHEY BEVERAGES; EXTRACTS OF HOPS AND MALTS FOR MAKING BEER; NON-ALCOHOLIC HONEY-BASED BEVERAGES; GINGER BEERS; ISOTONIC BEVERAGES; ICED FRUIT BEVERAGES; DRINKING WATER; VEGETABLE JUICES; COLA BEVERAGES; COLA DRINKS; SPRING WATER; LITHIA WATER; PREPARATIONS FOR MAKING LIQUEURS, NAMELY, FRUIT ESSENCES USED IN THE PREPARATION OF LIQUEURS; LEMONADES; MILK OF ALMONDS BEING BEVERAGES; PEANUT MILK, BEING SOFT DRINKS; MALT BEER; MALT BASED PREPARATIONS FOR MAKING BEVERAGES, NAMELY, MALT SYRUP; MILK OF ALMONDS FOR BEVERAGES; FLAVORED WATERS; BEER WORT; FROZEN FRUIT BEVERAGES; LAGERS; CONCENTRATES IN TABLET FORM FOR MAKING EFFERVESCENT DRINKS; TABLE WATERS; BOTTLED WATER; GRAPE JUICE; UNFERMENTED GRAPE MUST; SARSAPARILLA SOFT DRINK; SELTZER WATER; SHANDY; CIDER, NON-ALCOHOLIC; SODA WATER; SORBETS IN THE FORM OF BEVERAGES; STOUT; SPORTS DRINKS; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; VEGETABLE JUICE; SOFT DRINKS; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES, EXCEPT BEERS; RICE ALCOHOL; APERITIFS; ALCOHOLIC BEVERAGES CONTAINING FRUIT; ALCOHOLIC EXTRACTS; ALCOHOLIC FRUIT EXTRACTS; DISTILLED SPIRITS; DISTILLED ALCOHOLIC DRINKS; BRANDY; HARD

**Reg. No. 4,493,031**   CIDER; MEAD; PREPARED ALCOHOLIC COCKTAILS; LIQUEURS; SAKE; SPIRITS; VODKA; WHISKY; RUM; GIN; WINE; COOKING WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: TOBACCO; MATCHES; ASHTRAYS; CIGARETTE PAPER; CIGAR CASES; CIGARETTE CASES; CIGAR CUTTERS; CIGAR HOLDERS; CIGARETTE FILTERS; MOUTHPIECES FOR CIGARETTE HOLDERS; CIGARETTE HOLDERS; CIGARETTE TIPS; CIGARETTES; CIGARETTES CONTAINING TOBACCO SUBSTITUTES NOT FOR MEDICAL PURPOSES; CIGARILLOS; CIGARS; LIGHTERS FOR SMOKERS; MATCH BOXES; MATCH HOLDERS; MATCHES; PIPE CLEANERS FOR TOBACCO PIPES AND SMOKING PIPES; PIPE RACKS FOR SMOKING PIPES; TOBACCO PIPES; TOBACCO POUCHES; SNUFFBOXES; TOBACCO STORAGE TINS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING SERVICES; BUSINESS ADMINISTRATION AND MANAGEMENT; PROVIDING OFFICE FUNCTIONS; WHOLESALE AND RETAIL STORE SERVICES AND MAIL ORDER CATALOG SERVICES IN THE FIELD OF GAMES FOR MOBILE DEVICES, GAMES FOR PERSONAL COMPUTERS, GAMES FOR CONSOLES, GAMES FOR TABLETS, ELECTRONIC GAME PROGRAMS, DOWNLOADABLE ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME SOFTWARE, COMPUTER GAME PROGRAMS, DOWNLOADABLE COMPUTER GAME PROGRAMS, INTERACTIVE GAME PROGRAMS, INTERACTIVE GAME SOFTWARE, COMPUTER PROGRAMS, SAVED COMPUTER SOFTWARE, PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, MOUSE PADS, PARTY FAVORS AND FESTIVE DECORATIONS AND ORNAMENTS, GIFTS AND NOVELTY GOODS, SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, HAIR CARE PRODUCTS, TOILETRIES, DENTIFRICES, PERSONAL HYGIENE PRODUCTS, CLEANING, POLISHING AND SANDING PREPARATIONS, SUBSTANCES FOR LAUNDRY USE, MANICURE TOOLS, NAIL CARE PREPARATIONS, NAIL POLISH, NAIL VARNISH, FALSE NAILS, DIETARY NUTRIENTS, FOOD FOR BABIES, SANITARY PREPARATIONS, CANDLES, CANDLE WICKS, LIGHTING SPLINTS, GREASES, LUBRICANTS, OILS FOR PAINTS, CUTLERY, CROCKERY, MANICURE SETS, SHAVING INSTRUMENTS, RAZORS, MACHINES AND MACHINE TOOLS FOR KITCHEN OR HOUSEHOLD PURPOSES, HAND-HELD TOOLS, FILMS, CAMERAS, VIDEO DISCS, VIDEO RECORDERS, AUDIO AND VISUAL PRODUCTS, AUDIO AND VIDEO TAPES, RECORDS AND DISCS, INSTRUMENTS AND APPARATUS FOR THE RECORDING, TRANSMITTING OR REPRODUCTION OF SOUNDS OR IMAGES, TELEVISIONS, CASSETTE TAPE PLAYERS OR RECORDERS, VIDEO CASSETTE OR DISC PLAYERS OR RECORDERS, RADIOS, TELEPHONES, WIRELESS PHONES, MOBILE PHONES, MOBILE PHONE CASES, DECORATIONS AND STRAPS FOR PHONES, CALL INDICATORS, CALCULATING MACHINES, CALCULATORS, ELECTRONIC AND COMPUTER GAMES, CINEMATOGRAPHIC FILMS, LIGHTS, FANS, COOKING UTENSILS, CAKE AND PASTRY MOULDS, TOASTERS, OVENS, KITCHEN UTENSILS, UTENSILS AND CONTAINERS FOR SERVING OR STORING FOOD AND/OR BEVERAGES, CHOPSTICKS, CUTTING UTENSILS, PORCELAIN, CRYSTAL WARE, ENAMEL CONTAINERS, SILVERWARE, GLASSWARE, TERRACOTTA CONTAINERS, EARTHENWARE, CERAMICS, HAIR DRYERS, LAMPS, LAMPSHADES AND PARTS AND FITTINGS THEREFOR, BABY CARRIAGES, BALLOONS, BICYCLE HORNS, CLOCKS AND WATCHES AND ACCESSORIES AND PARTS AND FITTINGS THEREFOR, JEWELRY AND IMITATION JEWELRY, ORNAMENTS, GOODS OF PRECIOUS METAL OR COATED THEREWITH, MUSIC BOXES, MUSICAL INSTRUMENTS, PICTURES, PHOTOGRAPHS, STATIONERY, PAPER AND CARDBOARD AND GOODS MADE FROM THESE MATERIALS, ARTISTS' MATERIALS, PAINT BRUSHES, WRITING INSTRUMENTS, PRINTED MATTER, BOOKS, NEWSPAPERS, MAGAZINES AND PERIODICALS, GREETING AND CHRISTMAS CARDS, PLAYING CARDS, PACKING AND PACKAGING MATERIALS, PICTURE FRAMES AND STANDS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, GOODS MADE OF LEATHER AND/OR IMITATIONS OF LEATHER, BAGS AND LUGGAGE, PURSES AND WALLETS, UMBRELLAS, WALKING STICKS, MIRRORS, COAT HANGERS AND PEGS, NAMEPLATES, SMALL HOUSEHOLD FITTINGS, HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, COMBS, SPONGES, BRUSHES, ARTICLES FOR CLEANING PURPOSES, SPECTACLES, SPECTACLE FRAMES AND SUNGLASSES AND CASES AND ACCESSORIES THEREFOR, TEXTILE AND TEXTILE GOODS, BEDDING, AND TABLE

**Reg. No. 4,493,031**  LINENS AND COVERS, NAPKINS, TABLE MATS, FURNITURE, SEWING SUPPLIES, HANDKERCHIEFS, ARTICLES OF CHILDREN, WOMEN AND MEN'S CLOTHING, FOOTWEAR, HEADGEAR AND GLOVES, BUTTONS, BADGES, RIBBONS AND BRAID, LACE AND EMBROIDERY, HAIR PINS AND ORNAMENTS, BRACES, SHOE ORNAMENTS, HAT ORNAMENTS, ZIPPER AND ZIPPER FASTENERS, CARPETS, RUGS AND MATS, TOYS, GAMES AND PLAYTHINGS, DOLLS, PLUSH TOYS, SOFT DOLLS, FIGURINES, SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS TREES, FOOD AND BEVERAGES, CONFECTIONERY, FLORAL PRODUCTS, MATCHES, CIGARS, CIGARETTES AND SMOKERS' ARTICLES; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; PUBLICATION OF PUBLICITY TEXTS; SALES PROMOTION FOR OTHERS; ARRANGING OF ADVERTISING SERVICES, NAMELY, ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; BUSINESS MANAGEMENT OF PERFORMING ARTISTS; IMPORT-EXPORT AGENCIES; DIRECT MAIL ADVERTISING SERVICES; BUSINESS MANAGEMENT OF HOTELS FOR OTHERS; MARKETING RESEARCH SERVICES; OUTDOOR ADVERTISING; PERSONNEL RECRUITMENT; ADVERTISING AGENCY SERVICES; RADIO ADVERTISING; TELEVISION ADVERTISING; ONLINE ADVERTISING ON A COMPUTER COMMUNICATIONS NETWORK; PROCUREMENT SERVICES FOR THIRD PARTIES BEING ACQUISITION OF GOODS AND SERVICES FOR OTHER COMPANIES; RENTAL OF ADVERTISING TIME ON COMMUNICATION MEDIA; RENTAL OF OFFICE MACHINERY AND EQUIPMENT; VENDING MACHINE RENTAL SERVICES; AUCTIONEERING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: FINANCIAL AFFAIRS AND MONETARY AFFAIRS, NAMELY, FINANCIAL INFORMATION, MANAGEMENT AND ANALYSIS SERVICES; COMPUTERIZED FINANCIAL SERVICES, NAMELY, ELECTRONIC COMMERCE PAYMENT SERVICES IN THE NATURE OF ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; COMPUTERIZED FINANCIAL SERVICES FOR RETAIL BUSINESSES, NAMELY, BILL PAYMENT SERVICES FOR THE PURCHASE OF GOODS AND SERVICES ONLINE; PROVIDING INFORMATION, ADVISORY AND CONSULTANCY SERVICES RELATING TO FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; AGENCY SERVICES FOR RENTING OF APARTMENTS; RENTAL HOUSING MANAGEMENT; BANKING AND BANKING SERVICES; CAPITAL INVESTMENT SERVICES; CHARITABLE FUND RAISING SERVICES; CREDIT CARD SERVICES; ISSUANCE OF CREDIT CARDS; DEBIT CARD SERVICES; FINANCIAL ADVISORY SERVICES; FINANCIAL PLANNING AND FINANCIAL SERVICES IN THE NATURE OF ADVISING ON SAVINGS AND INVESTMENTS; ISSUE OF TOKENS OF VALUE; ISSUING OF BANK CHECKS AND TRAVELERS' CHECKS; LEASING OF REAL ESTATE; REAL ESTATE MANAGEMENT SERVICES; RENT COLLECTION; RENTAL OF OFFICE SPACE; RENTING OF HOMES; RENTING OF FLATS AND APARTMENTS; SAVINGS ACCOUNT SERVICES; ELECTRONIC FUNDS TRANSFER; REAL ESTATE AGENCIES; TRUSTEESHIP SERVICES, NAMELY, TRUSTEESHIP REPRESENTATIVES; FIRE INSURANCE UNDERWRITING; CAPITAL INVESTMENT SERVICES; HEALTH INSURANCE UNDERWRITING; INSURANCE BROKERAGE; LIFE INSURANCE UNDERWRITING; MARINE INSURANCE UNDERWRITING; MUTUAL FUNDS BROKERAGE, DISTRIBUTION, INVESTMENT AND PLANNING SERVICES; HOME BANKING; FINANCING OF LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: TELECOMMUNICATIONS, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; CABLE TELEVISION BROADCASTING; TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; PROVIDING INFORMATION MULTIPLE USER ACCESS TO INFORMATION IN THE FIELD OF TELECOMMUNICATIONS, SPECIFICALLY ON COMMUNICATION BY TELEPHONES AND CELLULAR TELEPHONES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; ELECTRONIC MAIL; FACSIMILE TRANSMISSION; RADIO BROADCASTING; SENDING OF TELEGRAMS; TELEPHONE COMMUNICATION SERVICES; TELEVISION TRANSMISSION SERVICES; PAGING SERVICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER

**Reg. No. 4,493,031** NETWORK; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK BEING TELECOMMUNICATIONS SERVICE PROVIDERS; TELECOMMUNICATIONS ROUTING AND JUNCTION SERVICES; ELECTRONIC BULLETIN BOARD SERVICES; TELECONFERENCING SERVICES; TELECOMMUNICATION SERVICES FOR PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS AND CONSUMER VIDEO GAME APPARATUSES; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF A CONSUMER VIDEO GAME APPARATUS; PROVIDING TELECOMMUNICATION SERVICES FOR MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ARCADE VIDEO GAME MACHINES BY DIGITAL TRANSMISSION OR BY SATELLITE FOR THE PURPOSE OF PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF ARCADE VIDEO GAME MACHINES; COMMUNICATION BY HANDHELD GAME APPARATUSES USING DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION USING DIGITAL TRANSMISSION OR SATELLITE BY MEANS OF HANDHELD GAME APPARATUS; COMMUNICATION BY MESSAGES AND PICTURES BY USING COMPUTERS CONNECTED TO A GLOBAL COMPUTER NETWORK; TELECOMMUNICATION OTHER THAN BROADCASTING, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; BROADCASTING OF RADIO AND TELEVISION PROGRAMS; NEWS AGENCY SERVICES FOR ELECTRONIC TRANSMISSION, NAMELY, THE TRANSMISSION OF NEWS ITEMS TO NEWS REPORTING SERVICES; RENTAL OF TELECOMMUNICATION EQUIPMENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF MODEMS; ELECTRONIC MESSAGE TRANSMISSION; SATELLITE TRANSMISSION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: EDUCATION SERVICES, NAMELY, PROVIDING ON-LINE CLASSES, SEMINARS AND WORKSHOPS IN THE FIELD OF MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, AND GENERAL TRIVIA; PROVIDING ON-LINE TRAINING COURSES, SEMINARS, WORKSHOPS IN THE FIELD OF SPORTS, MUSIC, ARTS, IT AND GENERAL TRIVIA; ENTERTAINMENT, NAMELY, PROVIDING NON-DOWNLOADABLE PRE-RECORDED DIGITAL MUSIC PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA A GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS; ORGANIZATION OF SPORTING EVENTS, NAMELY, SWIMMING MEETS, SOCCER COMPETITIONS, BASEBALL COMPETITIONS AND HOCKEY COMPETITIONS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR HANDHELD GAME APPARATUS, FOR ARCADE VIDEO GAME MACHINES AND FOR CONSUMER VIDEO GAME APPARATUS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR ENTERTAINMENT PURPOSES BY COMPUTER NETWORK AND VIA COMMUNICATION BY A COMPUTER NETWORK AND VIA COMMUNICATIONS BY CELLULAR PHONES; ORGANIZATION AND ARRANGEMENT OF VIDEO GAME TOURNAMENT EVENTS; RENTAL OF CONSUMER VIDEO GAME APPARATUS AND ARCADE VIDEO GAME MACHINES; RENTAL OF HANDHELD GAME APPARATUS; EDUCATIONAL AND INSTRUCTIONAL SERVICES IN THE NATURE OF CLASSES, WORKSHOPS OR SEMINARS IN THE FIELD OF ARTS, CRAFTS, SPORTS AND GENERAL KNOWLEDGE OR TRIVIA; MOVIE SHOWING, MOVIE FILM PRODUCTION, AND MOVIE FILM DISTRIBUTION PROVIDING INFORMATION ON PROGRAM LISTING OF TELEVISION BROADCASTING SERVICES; PROVIDING ENTERTAINMENT INFORMATION VIA WEBSITES; ENTERTAINMENT SERVICES IN THE NATURE OF CREATION, DEVELOPMENT, AND PRODUCTION OF CINEMATOGRAPHIC FILMS, ANIMATION AND ANIMATED FILMS, AND TELEVISION PROGRAMS FOR OTHERS; PROVISION OF PRE-RECORDED, NON-DOWNLOADABLE DIGITAL MUSIC ONLINE BY MEANS OF MP3 WEBSITES ON A GLOBAL COMPUTER NETWORK, THE INTERNET AND VIA MOBILE PHONES AND WIRELESS ELECTRONIC COMMUNICATION DEVICES; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC FROM THE INTERNET, VIA WIRELESS ELECTRONIC COMMU-

**Reg. No. 4,493,031**   NICATION DEVICES; PROVIDING AMUSEMENT ARCADES AND CENTERS; PROVIDING AMUSEMENT PARK AND THEME PARK SERVICES; AMUSEMENT ARCADE SERVICES; ORGANIZATION, PRODUCTION AND PRESENTATION OF SHOWS, CONCERTS, LIVE MUSICAL PERFORMANCES, THEATRICAL PERFORMANCES, EXHIBITIONS IN THE FIELDS OF ART, EDUCATION, CULTURE, SPORTS AND ENTERTAINMENT, SPORTS COMPETITIONS, SPORTING AND CULTURAL ACTIVITIES; CABARETS AND VARIETY SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCES AND LIVE PERFORM-ANCES SHOWCASING TALENT; MOVIE STUDIOS, DISCOTHEQUE SERVICES; PUBLIC-ATION OF BOOKS, TEXTS, MAGAZINES, NEWSPAPERS AND PERIODICALS; LIBRARY SERVICES; PROVIDING FACILITIES FOR ENTERTAINMENT INCLUDING CONCERTS, SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCE, AND LIVE PERFORM-ANCES SHOWCASING TALENT, PERFORMANCES, SPORTS, GAMES, RECREATION AND CULTURAL ACTIVITIES; PROVISION OF INFORMATION RELATING TO EDUCATION, ENTERTAINMENT, AMUSEMENT ATTRACTIONS, RECREATIONAL ACTIVITIES, SPORTS AND CULTURE; CINEMATOGRAPHIC FILM AND VIDEO PRODUCTION; RENTAL OF CINE-FILMS, CINEMATOGRAPHIC FILMS, VIDEO TAPES, LASER DISCS, VIDEO DISCS AND DIGITAL VERSATILE (VIDEO) DISCS FEATURING ANIMATED CARTOONS; RENTAL OF SOUND RECORDINGS; RENTAL OF SHOW AND STAGE SCENERY; NURSERY SCHOOLS; PROVIDING FACILITIES FOR GAMES; ARRANGING OF BEAUTY CONTESTS; CIRCUSES; PROVIDING EDUCATION IN THE FIELD OF MATH, SOCIAL STUDIES, SCI-ENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC AND GENERAL TRIVIA RENDERED THROUGH CORRESPONDENCE COURSES; ENTERTAINER SERVICES, NAMELY, LIVE, TELEVISED AND MOVIE APPEAR-ANCES BY A PROFESSIONAL ENTERTAINER; ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; GAMING SERVICES IN THE NATURE OF CASINO GAMING; GYMNASTIC INSTRUCTION SERVICES; PROVIDING MUSEUM FA-CILITIES FOR PRESENTATIONS AND EXHIBITIONS; OPERATING LOTTERIES; ORCHES-TRA SERVICES; PARTY PLANNING BEING ENTERTAINMENT; SCRIPTWRITING SER-VICES FOR NON-ADVERTISING PURPOSES; ENTERTAINMENT IN THE NATURE OF THEATRE PRODUCTIONS; ZOOLOGICAL GARDENS SERVICES; ELECTRONIC DESKTOP PUBLISHING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES VIA A COMPUTER NETWORK; SIGN LANGUAGE INTERPRETATION; VOCA-TIONAL GUIDANCE IN THE NATURE OF EDUCATION AND TRAINING ADVICE; MICRO-FILMING FOR OTHERS; MUSIC COMPOSITION SERVICES FOR OTHERS; NIGHT CLUBS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING KARAOKE SERVICES; PROVIDING ONLINE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWS ARTICLES FOR CHILDREN; ONLINE ELECTRONIC PUBLISHING OF ELECTRONIC BOOKS AND JOURNALS; VIDEOTAPING BEING PRODUCTION SERVICES; BOWLING ALLEYS; RENTAL OF BATTING STADIUM OR DOME FACILITIES FOR BASEBALL GAMES; PRO-VISION OF ON-LINE NON-DOWNLOADABLE MOVIES AND ANIMATED CARTOONS VIA A VIDEO-ON DEMAND SERVICE AND PROVISION OF ON-LINE NON-DOWNLOAD-ABLE MOVIES AND ANIMATED CARTOONS VIA A GLOBAL COMPUTER NETWORK; PROVIDING A WEBSITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELDS OF ELECTRONIC GAME PROGRAMS AND ELECTRONIC GAME PRODUCTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK; PROVIDING TEMPORARY HOUSING ACCOMMODATION SERVICES; HOTEL AND TEMPORARY ACCOMMODATION SERVICES AND CATERING SERVICES FOR GUESTS; RESTAURANTS; CAFÉS; CAFET-ERIAS; BAR SERVICES; CANTEENS SERVICES; CATERING SERVICES; SELF-SERVICE RESTAURANTS; SNACK BARS; COCKTAIL LOUNGES; PROVIDING INFORMATION IN THE FIELD OF THE PROVISION OF FOOD AND BEVERAGES; AGENCY SERVICES FOR THE RESERVATION OF TEMPORARY ACCOMMODATIONS AND LODGING FACILITIES IN THE NATURE OF HOTELS, MOTELS AND BOARDING HOUSES; HOLIDAY CAMP SERVICES; RESTAURANTS, CAFÉS, CAFETERIAS, BAR SERVICES, CANTEEN SERVICES AND COCKTAIL LOUNGE SERVICES INSTALLED WITH; AUDIO AND VISUAL APPAR-ATUS WITH SING ALONG DEVICES CHILD-CARE SERVICES; DAY-NURSERIES, NAMELY, CRÈCHES; PROVIDING TEMPORARY ACCOMMODATIONS IN THE NATURE OF TOURIST

**Reg. No. 4,493,031**   HOMES; PROVIDING BAR SERVICES FOR WEDDING RECEPTIONS; PROVIDING FACIL-
ITIES FOR EXHIBITIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

OWNER OF U.S. REG. NOS. 3,988,064, 4,252,003 AND OTHERS.

PRIORITY DATE OF 2-9-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1153107 DATED 8-8-2012, EXPIRES 8-8-
2022.

THE MARK CONSISTS OF THE STYLIZED SHADED HEAD OF A BIRD WITH NO WINGS.

SER. NO. 79-127,350, FILED 8-8-2012.

CATHERINE TARCU, EXAMINING ATTORNEY

<div style="border:1px solid black; text-align:center">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and an** Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and an** Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black; text-align:center">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,489,982**

**Registered Mar. 4, 2014**

**Int. Cls.: 3, 5, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 36, 38, 41 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

ROVIO ENTERTAINMENT LTD (FINLAND CORPORATION)
P.O. BOX 65
FI-02151 ESPOO
FINLAND

FOR: BLEACHING PREPARATIONS AND BLEACHING SALTS AND BLEACHING SODAS FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARA- TIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTI- FRICES; NON-MEDICATED TOILETRIES; HAND CARE PREPARATIONS, NAMELY, HAND CREAM; NON-MEDICATED PRODUCTS IN THE NATURE OF COSMETICS AND COSMETIC PREPARATIONS FOR THE CARE AND CLEANSING OF HAIR AND SKIN, NAMELY, SHAMPOOS, CONDITIONERS, BALMS, SOAPS, AND SHOWER GEL; ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE LOTIONS; ANTIPERSPIRANTS; ANTISTATIC PREPARATIONS FOR HOUSEHOLD PURPOSES; AROMATICS, NAMELY, AROMATIC OILS AND AROMATIC POTPOURRIS; MILLED AND PROCESSED QUILLAIA BARK FOR USE AS HAND WASHING SOAP AND LAUNDRY SOAP; BATH SALTS; COSMETIC PRE- PARATIONS FOR BATHS; BEAUTY MASKS; BLEACHING SALTS; BLEACHING SODA; BLUING FOR LAUNDRY; COLOR-BRIGHTENING CHEMICALS IN THE NATURE OF WASHING PREPARATIONS FOR LAUNDRY USE; PAINT REMOVING PREPARATIONS; COSMETICS KITS COMPRISED OF COSMETICS; COSMETIC PREPARATIONS FOR SLIMMING PURPOSES; COTTON STICKS FOR COSMETIC PURPOSES; COTTON WOOL FOR COSMETIC PURPOSES; COSMETIC CREAMS; SKIN WHITENING CREAMS; CREAMS FOR LEATHER; DENTURE POLISHES; PREPARATIONS FOR CLEANING DENTURES; DEODORANTS FOR PERSONAL USE; HAIR DYES FOR COSMETIC PURPOSES; EAU DE COLOGNE; TOILETTE WATER; HAIR CREAMS; HAIR GELS; SHAMPOOS; HAIR CONDI- TIONERS AND HAIR MOISTURIZING PREPARATIONS; PERFUMES; LIPSTICKS; SKIN AND FACE CREAMS AND LOTIONS; FALSE NAILS; NAIL POLISHES AND NAIL VAR- NISHES AND NAIL POLISH THINNERS; NON-MEDICATED SUN CARE PREPARATIONS.; BLEACHING PREPARATIONS IN THE NATURE OF DECOLORANTS FOR COSMETIC PURPOSES; CAKE FLAVORINGS IN THE NATURE OF ESSENTIAL OILS; CLEANSING MILK FOR COSMETIC TOILETRY PURPOSES; EYEBROW COSMETICS; EYEBROW PENCILS; FABRIC SOFTENERS FOR LAUNDRY USE; FALSE EYELASHES; FLOOR WAX; HAIR DYES; HAIR SPRAY; LAUNDRY BLEACH; LAUNDRY PRE-SOAK DETERGENTS; LAUNDRY STARCH; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MAKE-UP POWDER; MAKE-UP PREPARATIONS; MAKE-UP REMOVING PREPARATIONS; MASCARA; MOUTH WASHES, NOT FOR MEDICAL PURPOSES; NAIL CARE PREPARATIONS; COS- METIC PENCILS; POLISH FOR FURNITURE AND FLOORING; POMADES FOR COSMETIC

**Reg. No. 4,489,982**   HAIR PURPOSES; PUMICE STONE FOR PERSONAL USE; SANDPAPER; SCENTED WOOD; SHOE POLISH AND CREAMS; SHOE WAX; LAUNDRY STARCH; SOAPS FOR BRIGHTEN-ING TEXTILES; STARCH GLAZE FOR LAUNDRY PURPOSES; SUNSCREEN PREPARA-TIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; VARNISH-REMOVING PREPARATIONS; DEPILATORY WAX; LAUNDRY WAX; POLISHING WAXES; WAXES FOR LEATHER, NAMELY, BOOT AND SHOE WAX; DEPILATORY PREPARATIONS; PETROLEUM JELLY FOR COSMETIC PURPOSES; DECORATIVE FINGERNAIL DECALS FOR COSMETIC PURPOSES; INCENSE; GEL SOAPS, BAR SOAP, BUBBLE BATH; SHOWER GELS; TOOTHPASTE; MOUTHWASH; CLEANSING, TONING, MOISTURIZING AND EX-FOLIATING PREPARATIONS FOR SKIN; BODY CREAM AND LOTION; HAND CREAM AND LOTION; SKIN CLEANSER AND NON-MEDICATED BODY SOAKS; PERFUMED BODY POWDERS; BATH OILS; BABY OIL, BABY POWDER, BABY GEL AND BABY LO-TION; LIP GLOSS, NON-MEDICATED LIP BALM; MANICURE PREPARATIONS, NAMELY, ADHESIVES FOR ARTIFICIAL NAILS, NAIL CREAM, NAIL ENAMEL, NAIL GEL, NAIL POLISH AND NAIL GLITTER; SACHETS FOR PERFUMING LINEN; MASSAGE OILS AND LOTIONS; NON-MEDICATED SKIN CREAMS WITH ESSENTIAL OILS FOR USE IN ARO-MATHERAPY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: DIAPERS MADE OF PAPER FOR BABIES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: PHOTOGRAPHIC APPARATUS AND INSTRUMENTS, NAMELY, CAMERAS AND FLASHES FOR CAMERAS, CASES FOR CAMERAS AND PHOTOGRAPHIC EQUIPMENT; OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, BLANK OPTICAL DISCS, OPTICAL LAMPS; SIGNALING APPARATUS AND INSTRUMENTS, NAMELY, FLASHING SAFETY LIGHTS, SIGNAL BELLS, SIGNALING WHISTLES, AND SIGNAL ALARMS; TEACHING APPARATUS AND INSTRUMENTS, NAMELY, AUDIOVISUAL RECEIVERS; MEASURING APPARATUS, DEVICES AND INSTRUMENTS, NAMELY, MEASURING SPOONS AND MEASURING CUPS; APPARATUS FOR RECORDING, TRANSMISSION AND REPRODUC-TION OF SOUND AND IMAGES; BLANK MAGNETIC DATA CARRIERS, BLANK MAGNET-IC COMPUTER TAPES, AND BLANK RECORDING DISCS; PRE-RECORDED MAGNETIC DATA CARRIERS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; MECHANISMS FOR COIN-OPERATED APPARAT-US; AUTOMATIC DISTRIBUTION MACHINES, NAMELY, TELLER MACHINES; CASH REGISTERS; DATA PROCESSORS; COMPUTERS; FIRE-EXTINGUISHING APPARATUS; VIDEO GAME PROGRAMS FOR CELLULAR TELEPHONES, MOBILE DEVICES, LAPTOPS, PERSONAL COMPUTERS, CONSOLES AND TABLET COMPUTERS; ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; ELECTRONIC GAME SOFTWARE FOR MOBILE PHONES DOWNLOADABLE VIA INTERNET; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS, INCLUDING VIA THE INTERNET; INTERACTIVE GAME SOFTWARE; RE-CORDED COMPUTER OPERATING PROGRAMS; COMPUTER GAME PROGRAMS; COM-PUTER GAME SOFTWARE AND COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES; PRINTERS FOR USE WITH COMPUTERS; DATA PROCESSING APPARATUS IN THE NATURE OF COMPUTERS; COMPUTER GAME PROGRAMS AND VIDEO GAME SOFTWARE FOR HANDHELD GAME DEVICES; FILM PROJECTORS; PROTECTIVE CASES FOR TELEPHONES, LAPTOPS AND MOBILE PHONES; BLANK DVD DISKS; PRE-RECOR-DED EXERCISE DVDS; PRE-RECORDED DVDS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; BLANK COMPACT DISCS; COMPACT DISC PLAYERS; BLANK CD-ROM DISCS; PRE-RECORDED CD-ROM FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; PRE-RECORDED CD-ROMS CONTAINING PROGRAMS FOR CON-TROLLING CONSUMER'S VIDEO GAME DEVICES; MOUSE MATS; SUNGLASSES; SPECTACLES; EYE-GLASS CHAINS; SPECTACLE CASES; CONTACT LENSES; CONTAIN-ERS FOR CONTACT LENSES; WIRELESS TELEPHONES, CELLULAR TELEPHONES AND PARTS AND FITTINGS THEREFOR; MOBILE PHONE CASES SPECIALLY ADAPTED FOR HOLDING OR CARRYING MOBILE TELEPHONES; BAGS, COVERS, CONTAINERS, CARRIERS AND HOLDERS SPECIFICALLY ADAPTED FOR USE WITH CELLULAR

**Reg. No. 4,489,982**   TELEPHONES AND LAPTOPS; HEADPHONES; EAR PHONES; EARPHONES AND MICRO-
PHONES, AND SPEAKER PHONES FOR USE WITH MOBILE TELEPHONES; STRAPS AND
CASES SPECIFICALLY ADAPTED FOR USE WITH CELLULAR MOBILE TELEPHONES;
STANDS FOR PORTABLE TELEPHONES; ANTENNA CAPS FOR PORTABLE PHONES;
BATTERIES; BATTERY BOXES AND CASES; BATTERY CHARGERS; DIGITAL MUSIC
DOWNLOADABLE FROM THE INTERNET; DOWNLOADABLE MUSIC FILES; ABACUSES;
BINOCULARS; CALCULATING MACHINES; CAMERAS, CINEMATOGRAPHIC CAMERAS,
AND PARTS AND FITTINGS THEREFOR; LENSES FOR CAMERAS; CAPACITY MEASURES;
MOTION PICTURE FILMS FEATURING ANIMATED CARTOONS; FILMS BEING ANIMATED
CARTOONS; CASSETTE PLAYERS; ELECTRIC DOOR CHIMES; ELECTRONIC POCKET
TRANSLATORS; FIRE ALARMS; FLASHLIGHTS; FRAMES FOR USE IN PHOTOGRAPHY;
HEAT REGULATING APPARATUS, NAMELY, THERMOSTATS; JUKE BOXES; LETTER
SCALES; LIFE BELTS; LIFE JACKETS; LIFE RAFTS; ELECTRIC LOCKS; BLANK MAGNETIC
ENCODED CARDS; MAGNETIC ENCODERS; MAGNETS; MAGNIFYING GLASSES; MI-
CROPHONES; MICROSCOPES; NEON SIGNS; NOTEBOOK COMPUTERS; ELECTRONIC
PENS; GRAMOPHONE RECORDS FEATURING MUSIC; PHONOGRAPH RECORDS FEA-
TURING MUSIC; PHOTOCOPIERS; HAND-HELD CALCULATORS; PROJECTION APPAR-
ATUS, NAMELY, MOVIE PROJECTORS, MULTIMEDIA PROJECTORS AND PICTURE
PROJECTORS; PROJECTION SCREENS; RADIOS; RECORD PLAYERS; REMOTE CONTROL
APPARATUS FOR RADIOS, TELEVISIONS AND STEREOS; MEASURING INSTRUMENTS
BEING RULERS; SCALES; BLANK SMART CARDS; SMOKE DETECTORS; ELECTRIC
SOCKETS AND PLUGS IN THE NATURE OF ELECTRIC CONTACTS AND ELECTRIC
SWITCHES; SOUND RECORDING APPARATUS; GRAMOPHONE RECORDS FEATURING
MUSIC; SOUND-REPRODUCING APPARATUS; SOUND AND IMAGE TRANSMITTING
APPARATUS; TELEPHONES APPARATUS, RECEIVERS, TRANSMITTERS, WIRES;
TELESCOPES; TELEVISION APPARATUS BEING TELEVISIONS FOR PROJECTION PUR-
POSES; TEMPERATURE INDICATORS; ELECTRIC THEFT PREVENTION INSTALLATIONS,
BEING BURGLAR ALARMS AND THEFT ALARMS NOT FOR VEHICLES; THERMOMET-
ERS; THERMOSTATS; BLANK VIDEO CASSETTES; PRE-RECORDED VIDEO CASSETTES
FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS; VIDEO
GAME CARTRIDGES; PARTS AND FITTINGS FOR CONSUMER VIDEOGAME DEVICES,
NAMELY, VIDEO GAME CARTRIDGES, CASSETTES AND DISCS; BLANK VIDEO DISCS;
BLANK VIDEOTAPES; VIDEO SCREENS; VIDEO RECORDERS; WORD PROCESSORS;
AUDIO AND VISUAL APPARATUS WITH SING ALONG DEVICES IN THE NATURE OF
KARAOKE MACHINES; PAGERS, AND PARTS AND FITTINGS THEREFOR; PAGER CASES
AND CASINGS; CALL INDICATORS NAMELY, TELEPHONES, MOBILE TELEPHONES
AND PAGERS AND MOBILE TELEPHONES; PROTECTIVE MASKS WORN OVER THE
EYES TO SHIELD OFF LIGHTS; ELECTRONIC DIARIES; ELECTRONIC ALARM BELLS
BEING WARNING DEVICES; ALARMS, NAMELY, BURGLAR ALARMS, ELECTRONIC
DOOR ALARMS, ELECTRIC ALARM BELLS, INFANT MOVEMENT ALARMS AND SOUND
ALARMS; BAR CODE READERS; BAROMETERS; ELECTRONIC BUZZERS; ELECTRIC
BUZZERS; CENTRAL PROCESSING UNITS; INTEGRATED CIRCUIT CHIPS; CHRONO-
GRAPHS FOR USE AS A SPECIALIZED TIME RECORDING APPARATUS; COMPUTER
KEYBOARDS; COMPUTER MEMORIES; COMPUTER PERIPHERAL DEVICES; ACOUSTIC
COUPLERS; COUPLERS BEING DATA PROCESSING EQUIPMENT; BLANK OPTICAL
DATA CARRIERS INCLUDING DVDS, CDS, AND FLOPPY DISKS; BLANK OPTICAL DISKS;
BLANK MAGNETIC DISKS; DIVERS' MASKS; DIVING SUITS; ELECTRONIC NOTICE
BOARDS BEING VISUAL DISPLAY UNITS; EYE GLASS CORDS; PROTECTIVE EYE-
PIECES; EYE-SHADES BEING SUNGLASSES; FACSIMILE MACHINES; FILTERS FOR
PHOTOGRAPHY; BLANK FLOPPY DISKS; HEAD CLEANING TAPES FOR VIDEO RECORD-
ERS AND VIDEO PLAYBACK DEVICES; HYGROMETERS; INTEGRATED CIRCUITS; IN-
TERCOMMUNICATION APPARATUS BEING INTERCOMS; ELECTRIC COUPLINGS; IN-
VOICING MACHINES NAMELY, ADDING MACHINES; LENS HOODS; BLANK MAGNETIC
TAPE UNITS FOR COMPUTERS; BLANK MAGNETIC TAPES; MEASURING SPOONS; MI-
CROPROCESSORS; COMPUTER MODEMS; MONEY COUNTING AND SORTING MA-
CHINES; COMPUTER MONITORS; COMPUTER MICE; OPTICAL FIBERS; OPTICAL
GLASSES; OPTICAL LENSES; PARKING METERS; PROTRACTORS; RADIOTELEGRAPHY
SETS; RADIO TELEPHONES; SCANNERS BEING DATA PROCESSING EQUIPMENT;

**Reg. No. 4,489,982** SEMICONDUCTORS; PHOTOGRAPHIC SLIDES BEING EXPOSED PHOTOGRAPHIC FILM; SOUND RECORDING EXPOSED FILMS; DEMAGNETIZING APPARATUS FOR MAGNETIC TAPES; TELEGRAPH WIRES; FAX APPARATUS; TELEPRINTERS; TELEPROMPTERS; TICKET DISPENSERS, NAMELY, VIDEO LOTTERY TICKET TERMINALS; VACUUM GAUGES BEING MEASURING INSTRUMENTS; VIDEO TELEPHONES; WHISTLE ALARMS BEING SIGNAL WHISTLES; EARPLUGS FOR DIVERS; EGG TIMERS; GOGGLES FOR SPORTS; PROTECTIVE HELMETS FOR USE IN SPORTS BEING SPORTS HELMETS; NAVIGATION APPARATUS FOR VEHICLES IN THE NATURE OF ON-BOARD COMPUTERS; METRONOMES; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS AND MAGAZINES IN THE FIELD OF COMPUTER LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, ART AND GENERAL TRIVIA; DOWNLOADABLE ELECTRONIC PUBLICATIONS BEING DOWNLOADABLE CARTOON STRIPS; PERSONAL STEREOS; SATELLITES FOR SCIENTIFIC PURPOSES; WRIST RESTS FOR USE WITH COMPUTERS; ELECTRONIC CIRCUITS AND BLANK CD-ROMS WHICH ENABLE THE RECORDING OF AUTOMATIC PLAYING PROGRAMS FOR THE USE OF ELECTRONIC MUSICAL INSTRUMENTS; MEMORY CARDS FOR CONSUMER VIDEO GAME APPARATUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, JEWELRY, BOXES, AND BASKETS JEWELRY; PRECIOUS STONES; PEARLS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; IMITATION JEWELRY AND ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; BROOCHES; JEWELRY CHAINS; PENDANTS; NON-MONETARY COMMEMORATIVE COINS AND TOKENS FOR COLLECTING PURPOSES; CUFF-LINKS; EARRINGS; GOLD THREAD JEWELRY; ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; JEWELRY OF IMITATION GOLD; JEWELRY CASES; NECKLACES; RINGS; BRACELETS; MEDALS; MEDALLIONS; UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; ARTIFICIAL GEMSTONES IN THE NATURE OF UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; STATUES AND STATUETTES OF PRECIOUS METAL; TIE CLIPS; CLOCKS, WATCHES AND PARTS AND FITTINGS THEREFOR; WATCH STRAPS, WATCH BANDS, WATCH CHAINS, BUCKLES FOR WATCH STRAPS; CASES FOR POCKET WATCHES; CLOCKS AND WATCHES HAVING A GAME FUNCTION; ELECTRIC CLOCKS AND ELECTRIC WATCHES; DESK CLOCKS; POCKET WATCHES; STOPWATCHES; WALL CLOCKS; ALARM CLOCKS; CHRONOMETERS; ORNAMENTAL PINS; KEY CHAINS AND KEY CASES OR CARRIERS OF PRECIOUS METAL AND/OR PRECIOUS STONES; BADGES OF PRECIOUS METAL; PRESENTATION CASES FOR WATCHES; CASES FOR WATCHES AND CLOCKS; SUNDIALS; DIAMONDS; COSTUME JEWELRY; SEMI-PRECIOUS STONES; WORKS OF ART OF PRECIOUS METAL; JEWELRY CASES AND JEWELRY BOXES OF PRECIOUS METAL; CHENILLE CUFF LINKS; STOCK PINS IN THE NATURE OF ORNAMENTAL PINS; FIGURINES IN THE NATURE OF STATUETTES OF PRECIOUS METAL; TROPHIES OF PRECIOUS METAL; COMMEMORATIVE COINS OF PRECIOUS METAL; INSIGNIAS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GLOCKENSPIELS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NOT INCLUDED IN OTHER CLASSES, NAMELY, PAPER CARTONS FOR DELIVERING GOODS, ADVERTISING SIGNS OF PAPER, ADVERTISING SIGNS OF CARDBOARD, ART PAPER, BIBS OF PAPER, BLANK OR PARTIALLY PRINTED PAPER LABELS, BLANK PAPER NOTEBOOKS, LINED AND UNLINED WRITING PADS, MEMO PADS, NOTEPADS, BOOK COVER PAPER, BUSINESS CARD PAPER, CALENDARED PAPER, GIFT-WRAPPING PAPER, BLISTER CARDS PAPER TOWELS, NOTEBOOK PAPER, PAPER FOLDERS, PAPER ENVELOPES FOR PACKAGING, TABLE CLOTHS OF PAPER, TABLE LINENS OF PAPER, PAPER NAPKINS, TOILET PAPER, BOXES OF CARDBOARD OR PAPER, GIFT BOXES MADE OF CARDBOARD, CARDBOARD CARTONS, CARDBOARD CONTAINERS, PAPER HANDKERCHIEFS, PAPER NAPKINS FOR REMOVING MAKE-UP; PRINTED MATTER, NAMELY, BOOKS, BOOKLETS, PRINTED PERIODICALS, MAGAZINES INCLUDING

**Reg. No. 4,489,982**   GAMING MAGAZINES, MANUALS, NEWSPAPERS, NEWSLETTERS, JOURNALS, CHILDREN'S BOOKS, BABY BOOKS, COMIC BOOKS, COLORING AND CHILDREN'S ACTIVITY BOOKS, INSTRUCTIONAL AND TEACHING MATERIALS, ALL IN THE FIELDS OF COMPUTER, LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MATH, MUSIC, ART AND GENERAL TRIVIA, CARTOONS AND VIDEO GAMES; PRINTED MATTER, NAMELY, ADDRESS BOOKS, AUTOGRAPH BOOKS, DIARIES, CALENDARS, PLANNERS OF PAPER, APPOINTMENT BOOKS, RECIPE BOOKS, AND GUEST BOOKS; BOOKBINDING MATERIAL; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS NAMELY, BRUSHES, PASTELS, PENCILS, PENS, WATERCOLOR SAUCERS, CANVAS PANELS, MOLDS FOR MODELING CLAYS; PAINT BRUSHES; PRINTERS' TYPE; PRINTING BLOCKS; CALENDARS; CHILDREN'S BOOKS; COMIC BOOKS; ADDRESS BOOKS; BRAG BOOKS; APPOINTMENT BOOKS; GUEST BOOKS; RECIPE BOOKS; DIARIES; SCRAPBOOK ALBUMS, PHOTO ALBUMS, STAMP ALBUMS, COIN ALBUMS; WRITING PADS; NOTEPADS; NOTEBOOKS; COLORING AND CHILDREN'S ACTIVITY BOOKS; BOOK COVERS; BOOKMARKS; BLOTTERS; BOOKENDS; PAPERS MATS FOR FRAMING PAINTINGS, PICTURES AND PHOTOGRAPHS; PHOTOGRAPH STANDS: COASTERS MADE OF PAPER; PAINTINGS; ERASERS; COIN WRAPPERS; PACKING PAPER, INCLUDING BUBBLE PACKING PAPER; GIFT WRAP PAPER; BOXES OF CARDBOARD OR PAPER; GIFT BOXES OF CARDBOARD; PRINTED INVITATIONS; PRINTED MENUS; PAPER SERVIETTES; PAPER TOWELS; PAPER PARTY DECORATIONS; PAPER CAKE DECORATIONS; A SERIES OF PAPERBACK FICTION BOOKS; MODELING CLAY; PAPERWEIGHTS; PENCIL SHARPENERS; ELECTRIC PENCIL SHARPENERS; PAPER CLIPS; THUMB TACKS OR PUSH PINS; DRAWING PINS IN THE NATURE OF PUSH PINS; WRITING INSTRUMENTS, NAMELY, PENS, PENCILS, FOUNTAIN PENS, BALL-POINT PENS, AND PEN NIBS; DESK PENCIL HOLDERS; DESK PENCIL STANDS; INK REFILLS FOR PENS AND WRITING INSTRUMENTS; PENCIL LEADS; COLORED PENCILS; CRAYONS; PEN AND PENCIL CASES; ARTISTS' WATER COLORS IN THE NATURE OF FINISHED WATER COLOR PAINTINGS; PASTELS; DRAWING MATERIALS FOR BLACKBOARDS, DRAWING BOARDS, DRAWING PENS, PENCILS AND DRAWING INSTRUMENTS; DRAWING SETS COMPRISING DRAWING PAPER AND COLORED PENCILS; CANVAS FOR PAINTING; LETTER TRAYS AND PAPER RACKS; LETTER HOLDERS; LOOSE-LEAF BINDERS; PAPER KNIVES BEING OFFICE REQUISITES IN THE NATURE OF LETTER OPENERS; LETTER OPENERS; ELECTRIC LETTER OPENERS; ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES AND ADHESIVE TAPE DISPENSERS; PICTURES; STENCILS; PICTURE STORY BOOKS; GRAPHIC ART REPRODUCTIONS; PORTRAITS; POSTERS; LITHOGRAPHS; POSTCARDS; GREETING CARDS; MUSICAL GREETINGS CARDS; TWO-RING AND THREE-RING BINDERS; STATIONERY-TYPE PORTFOLIOS AND FOLDERS IN THE NATURE OF RING BINDERS; RUBBER MARKING STAMPS; SEALING STAMPS AND SEALS; POSTAGE STAMPS AND SEALS; HOLDERS AND CASES FOR POSTAGE STAMPS AND SEALS; STAMP PADS; INK PADS; WRITING INKS; SCRATCH PADS; PAPER STAPLERS; PASTES AND GLUES FOR STATIONERY AND HOUSEHOLD PURPOSES; PARTY ORNAMENTS AND PARTY DECORATIONS MADE OF PAPER AND CARDBOARD; ERASERS; CORRECTING FLUIDS USED AS OFFICE REQUISITES; DOCUMENT FOLDERS; INDEX CARDS; DOCUMENT FILES; STICKER ALBUMS; STICKERS; POSTAGE STAMPS; TRADING CARDS; BAGGAGE AND LUGGAGE PAPER IDENTIFICATION TAGS; PAPER ARCHITECTURAL MODELS; PAPER PATTERNS BEING MODELS FOR MAKING CLOTHES; GENERAL- PURPOSE PLASTIC BAGS; PLASTIC PARTY GOODIE BAGS; PAPER BAGS; PAPER LUNCH BAGS; BAGS FOR MICROWAVE COOKING; PAPER FILTERS FOR COFFEE MAKERS; CLING FILM BEING FOOD WRAPPING PLASTIC FOR HOUSEHOLD USE; PAPER ENVELOPES; WRITING PAPER; DRAWING PAPER; COPYING PAPER; WRITING CASES IN THE NATURE OF STATIONERY CASES SPECIFICALLY ADAPTED FOR WRITING INSTRUMENTS; TABLECLOTHS OF PAPER; BIBS OF PAPER; PAPER FLAGS; PAPER BANNERS; PROTECTIVE COVERS FOR NOTEBOOKS; EASELS; PLACE MATS AND COASTERS OF PAPER AND CARDBOARD; BLACKBOARDS; CHALK; WIPE-ON WIPE-OFF BOARDS BEING DRY ERASE BOARDS; MAGNETIC BOARDS; FILE SHREDDING MACHINES, NAMELY, PAPER SHREDDERS; PASSPORT HOLDERS, CHECKBOOK HOLDERS; DECORATIONS OF PAPER

**Reg. No. 4,489,982**   FOR LUNCH BOXES AND FOODSTUFFS; BLANK PAPER TAPES AND CARDS FOR THE RECORDAL OF COMPUTER PROGRAMS; MAPS; INKING RIBBONS; PRINTED ENTRY TICKETS; TYPEWRITERS; PAPER CUTTERS; ADVERTISING SIGNBOARDS OF PAPER AND CARDBOARD; IRON ON PRINTED TRANSFERS; PRINTED PATTERNS FOR COSTUMES, PAJAMAS, SWEATSHIRTS AND T-SHIRTS; REMOVABLE TATTOOS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, NAMELY, HANDBAGS AND PURSES; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; PARASOLS, UMBRELLAS AND WALKING STICKS; WHIPS, HARNESSES AND SADDLERY; ALL-PURPOSE CARRYING BAGS AND ALL-PURPOSE SPORTS BAGS, BEACH BAGS AND ATHLETIC BAGS; GARMENT BAGS FOR TRAVEL; WINE-CARRYING CASES; ALL PURPOSE CARRYING BAGS IN THE NATURE OF BATH BAGS AND TOILETRY BAGS, SOLD EMPTY; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS, SHOE BAGS FOR TRAVEL; TOILETRY BAGS SOLD EMPTY; SUIT CARRIERS BEING TRAVELLING BAGS; BUM-BAGS; ALL-PURPOSE CARRY ALL BAGS AND CARRY ALL WEEKEND BAGS; WORK BAGS BEING BRIEFCASES AND ATTACHÉ CASES; HAVERSACKS; RUCKSACKS; PURSES AND WALLETS; SUITCASES; LEATHER AND FELT POUCHES; ATTACHÉ CASES; CANVAS AND LEATHER SHOPPING BAGS; BANDS OF LEATHER; LEATHER SHOULDER BELTS; BUSINESS CARD HOLDERS IN THE NATURE OF CARD HOLDERS AND CALLING CARD HOLDERS; VANITY CASES SOLD EMPTY; MUZZLES; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING SETS IN THE NATURE OF LUGGAGE; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE STRAPS; LUGGAGE TAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HANDBAGS; MOUNTAINEERING STICKS; BRIEFCASE-TYPE PORTFOLIOS FOR CARRYING SHEET MUSIC; NET BAGS FOR SHOPPING; CARRY-ALL SCHOOL BAGS; EMPTY TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; EMPTY HUNTERS' GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING; HANDBAG FRAMES; SLING BAGS FOR CARRYING INFANTS; WHEELED REUSABLE SHOPPING BAGS, BACKPACKS, DUFFEL BAGS AND SUITCASES; CARDBOARD TRUNKS AND CASES; CHAIN MESH PURSES, NOT OF PRECIOUS METAL; CLUTCH PURSES; COIN PURSES; EMPTY COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES NOT OF PRECIOUS METAL; LEATHER BANDS AND BELTS FOR LUNCH BOXES AND HOUSEHOLD OR KITCHEN CONTAINERS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES; GOODS NOT INCLUDED IN OTHER CLASSES MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS AND OF PLASTICS, NAMELY, WORKS OF ART; OFFICE FURNITURE; PHOTOGRAPH FRAMES; DRESSING MIRRORS; EASY CHAIRS; BEDS AND WATER BEDS FOR NON-MEDICAL PURPOSES; WOOD BEDSTEADS; FURNITURE SCREENS; ARMCHAIRS; BENCHES BEING FURNITURE; LETTER BOXES OF WOOD OR PLASTIC; WORK CABINETS FOR COMPUTERS AS FURNITURE; CHESTS FOR TOYS; CORKS; HAIRDRESSER'S CHAIRS, DECK CHAIRS; DESKS; TABLES; DINNER WAGONS BEING FURNITURE; HEAD-RESTS AS FURNITURE PARTS; DIVANS; LIBRARY SHELVES; LOCKERS; LOCKS, OTHER THAN NON-ELECTRIC LOCKS NOT OF METAL; FURNITURE RACKS, NAMELY, COAT RACKS, HAT RACKS, PLANT RACKS, POT RACKS, AND STORAGE RACKS; SAW HORSES; SCHOOL FURNITURE; SEATS; SOFAS; TEA CARTS; UMBRELLA STANDS; COTS; CUPBOARDS; DISPLAY BOARDS; DRESSING TABLES; FOOTSTOOLS AND STOOLS; SHELVES; SHOWER SHELVES, NOT OF PRECIOUS METAL; AIR CUSHIONS AS PILLOWS; AIR MATTRESSES FOR USE WHEN CAMPING; INFLATABLE AIR PILLOWS NOT FOR MEDICAL PURPOSES; SLEEPING BAGS; BED FITTINGS, NOT OF METAL; BEDDING EXCEPT LINEN, NAMELY, BED PILLOWS, BED PADS AND CRIB BUMPERS IN THE NATURE OF BUMPER GUARDS FOR CRIBS; NON-TEXTILE CURTAIN HOLDERS; CURTAIN HOOKS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; CURTAIN ROLLERS; CUSHIONS; NON-METAL FIXED TOWEL DISPENSERS; MATTRESSES; PILLOWS; NON-METAL CLOTHES HOOKS AND COAT HANGERS; COAT

**Reg. No. 4,489,982** STANDS; HAT STANDS; LADDERS OF WOOD OR PLASTICS; DOOR FITTINGS, NAMELY, NONMETAL DOOR HANDLES AND DOOR KNOCKERS; EMBROIDERY FRAMES; STATUES OF WOOD, WAX, PLASTER OR PLASTIC; FIRE SCREENS FOR DOMESTIC USE; NON-METAL AND NON-PAPER CONTAINERS FOR STORAGE AND TRANSPORT; NON-METAL AND NON-MASONRY STORAGE TANKS; NONMETAL TRANSPORT CONTAINERS AND FILING CABINETS; CONTAINERS OF PLASTIC FOR PACKAGING PURPOSES; PLASTIC METAL-SUBSTITUTE FASTENERS, NAMELY, NAILS, WEDGES, NUTS, SCREWS, TACKS, BOLTS, RIVETS, CASTERS AND PEGS; DOOR STOPS OF PLASTIC OR WOOD; INFANT WALKERS; PLAYPENS FOR BABIES; SUPPORT PILLOWS FOR USE IN BABY SEATING EXCLUDING SAFETY SEATING FOR USE IN AUTOMOBILES; DECORATIVE MOBILES; COTS; CRADLES AND CRIBS; HIGH CHAIRS FOR BABIES; FURNITURE CHESTS AND CHEST OF DRAWERS; WIND CHIMES; BEDS FOR HOUSEHOLD PETS; NESTING BOXES FOR PETS AND SMALL BIRDS; SCRATCHING POSTS FOR CATS; FLOWER-POT PEDES-TALS; FLOWER- STANDS; RIGID PLASTIC TRAYS FOR PACKAGING PURPOSES; WICKERWORK, NAMELY, WICKER FURNITURE; DECORATIVE EDGING STRIPS OF PLASTICS AND/OR WOOD FOR USE WITH WINDOW FITTINGS, NAMELY, ORNAMENTS FOR WINDOWS; ORNAMENTS AND DECORATIONS FOR WINDOWS OR DOORS MADE OF OR FROM PLASTICS, WAX, WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; NON-METAL STEP LADDERS AND LADDERS, TOOL BOXES AND PLANT AND TREE STAKES; IMITATION FOODS FOR DISPLAY MADE OF PLASTIC, NAMELY, IMITATION DESSERTS, IMITATION CANDY, IMITATION CAKES, AND IMITATION FRUITS; FLAGPOLES, WORKS OF ART, FIGURINES AND STATUETTES AND SMALL DECORATIONS OR ORNAMENTS, MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER- OF- PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS, OR OF WAX, PLASTER OR PLASTICS; PLASTIC KEY CARDS, NOT ENCODED OR MAGNETIZED; NON-METAL BINS; NON-METAL BOTTLE CLOSURES; BOTTLE RACKS; CORKS FOR BOTTLES; HOUSE NUMBERS, NOT OF METAL, NON-LUMINOUS; IDENTITY PLATES, NOT OF METAL; INFLATABLE PUBLICITY OBJECTS; NON-METAL NON-MASONRY LETTER BOXES; MAGAZINE RACKS; PLATE RACKS; CUP RACKS; NON-METAL REGISTRATION PLATES; PLASTIC SIGNBOARDS; NON-METAL TOOL HANDLES; UPRIGHT SIGNBOARDS OF WOOD OR PLASTICS; PLASTIC SEALING CLIPS FOR BAGS; INFLATABLE HEAD-RESTS IN THE NATURE OF PILLOWS; DECORATIONS OF PLASTICS FOR FOODSTUFFS OR LUNCH BOXES; HAND-HELD FLAT FANS, FOLDING FANS, AND NON-ELECTRIC FANS FOR PERSONAL USE; BAMBOO CURTAINS; BAMBOO AND BAMBOO BLINDS; BEAD CURTAINS FOR DECORATION; BEAD CURTAINS; INDOOR BLINDS; ORIENTAL SINGLE PANEL NON-METAL STANDING PARTITIONS; HANGING BOARDS THAT ARE IN THE NATURE OF JAPANESE-STYLE PEGBOARDS USING POSITIONAL HOOKS, FOR USE AS MOVABLE WALL PARTITIONS; ORIENTAL FOLDING PARTITION SCREENS; KEYBOARDS FOR HANGING KEYS; MANNEQUINS; DRAIN TRAPS IN THE NATURE OF VALVES OF PLASTIC; MEDICINE CABINETS; REMOVABLE MATS FOR SINKS; NAME PLATES, NOT OF METAL; NON-METAL LICENSE OR NUMBER PLATES, NOT OF METAL; MIRROR TILES; PLASTIC DOORKNOBS; PORCELAIN OR EARTHENWARE DOORKNOBS; WOOD DOORKNOBS; NON-METAL KEY MADE OF LEATHER OR IMITATION LEATHER; BATHROOM WOODEN STOOLS; KNOBS OF PORCELAIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS AND CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; CLEANING COMBS, AND BATH, SCOURING AND CLEANING SPONGES; BRUSHES EXCLUDING PAINT BRUSHES, NAMELY, CLEANING BRUSHES FOR HOUSEHOLD USE; BRUSH-MAKING MATERIALS; ARTICLES FOR CLEANING PURPOSES, NAMELY, CLOTHS, CLEANING COTTON, STEEL WOOL FOR CLEANING; WASHING MITTS; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS EXCEPT GLASS USED IN BUILDING; BEVERAGE GLASSWARE, PORCELAIN AND EARTHEN-WARE, NAMELY, BEVERAGE GLASSWARE, AND CROCKERY, ORNAMENTS AND STATUETTES OF PORCELAIN AND EARTHENWARE; PORTABLE PLASTIC BABY BATH

Page: 7 / RN # 4,489,982

**Reg. No. 4,489,982**   TUBS; NON-METAL BASKETS, FOR DOMESTIC USE; MUGS; BIRDCAGES; NON-ELECTRIC FOOD BLENDERS; IRONING BOARDS; BOOT JACKS; STOPPERS SPECIFICALLY ADAPTED FOR USE WITH BOTTLES MADE FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA AND PORCELAIN; BOWLS; NON-ELECTRIC CAST-IRON KETTLES; TABLEWARE, NAMELY PLATES, BOWLS AND DISHES; SALAD BOWLS; NON-ELECTRIC WHISKS; RICE CHESTS; COLANDERS; HOUSEHOLD UTENSILS, NAMELY, COOKING STRAINERS; COOKING FUNNELS; FOOD PRESERVING JARS OF GLASS; GRATERS FOR HOUSEHOLD PURPOSES; CHOPSTICK CASES; ROLLING PINS FOR COOKING PURPOSES; CAMPING COOKING GRILLS; LEMON SQUEEZERS IN THE NATURE OF CITRUS JUICERS; COSMETIC AND TOILETRY UTENSILS, NAMELY, MAKE UP APPLICATORS AND MAKE UP BRUSHES, HAIR BRUSHES AND COMBS; SHOE BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; FEEDING VESSELS FOR PETS; BRUSHES FOR PETS; BOXES OF METAL FOR DISPENSING SERVIETTES IN THE NATURE OF NAPKIN DISPENSERS FOR HOUSEHOLD USE; BIRD BATHS; FLYSWATTERS; CANDLE EXTINGUISHERS NOT OF PRECIOUS METAL; FLOWER VASES; UPRIGHT SIGNBOARDS OF GLASS OR CERAMICS; COOKING SETS FOR OUTDOOR USE CONSISTING OF TIN CANS, TIN PANS, TIN POTS AND TIN PLATES; SOAPBOXES; BREAD BOARDS AND CUTTING BOARDS; BUCKETS; MEAL TRAYS. SERVING TRAYS; CAGES FOR HOUSE-HOLD PETS; CAKE MOULDS; WAFFLE MOULDS; CANDLE RINGS; CANDLESTICKS; CANDY BOXES; COMB CASES; CHINA ORNAMENTS; CHINAWARE, NAMELY, ORNA-MENTS AND STATUETTES OF CHINA; CHOPSTICKS IN THE NATURE OF COOKING UTENSILS; CLOTHES DRYING RACKS; CLOTHS FOR CLEANING; COASTERS NOT OF PAPER AND OTHER THAN TABLE LINEN; COCKTAIL STIRRERS; COFFEE FILTERS NOT OF PAPER BEING PART OF NON-ELECTRIC COFFEE MAKERS; NONELECTRICAL AND HAND-OPERATED COFFEE GRINDERS; COFFEE SERVICES; ELECTRIC HAIR COMBS; GROOMING COMBS FOR ANIMALS; PASTRY BAGS; COOKERY MOULDS; COOKING POTS; ICE PAILS; PORTABLE COOLERS; CORKSCREWS; BOTTLES SOLD EMPTY; PLASTIC WATER BOTTLES SOLD EMPTY; BOTTLE OPENERS; DISHES; PLATES NOT OF PRECIOUS METAL; CHAMPAGNE BUCKETS; HAIR BRUSHES; BRUSHES FOR CLOTHES; PLASTIC COASTERS; COFFEE CUPS; ALL-PURPOSE PORTABLE HOUSEHOLD CONTAINERS; DRINKING GLASSES, NAMELY, TUMBLERS; DEMITASSE SETS CONSIST-ING OF CUPS AND SAUCERS; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; CORN COB HOLDERS; DECANTERS; SUGAR AND CREAMER BOWL, PITCHER AND POURER SETS; DRINKING CUPS FOR INFANTS AND PARTS THEREFOR, NAMELY LIDS AND VALVES, ALL SOLD AS A UNIT; PAPER CUPS; PLASTIC CUPS; TOOTHBRUSH CASES; SERVING UTENSILS, NAMELY, PIE SERVERS, CAKE TURNERS, SPATULAS, SCRAPERS AND CAKE SERVERS; COVERS FOR DISHES; COVERS FOR FLOWER POTS NOT OF PAPER; CROCKERY, NAMELY, POTS, DISHES, DRINKING CUPS AND SAUCERS, BOWLS, SERVING BOWLS AND TRAYS; CUPS; NON-ELECTRIC DEEP FRYERS; DISHES FOR SOAP; SOAP DISPENSERS; DUSTBINS; EGG CUPS; FEEDING TROUGHS BEING FEEDING VESSELS FOR PETS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; GOBLETS; NON-ELECTRIC GRIDDLES; HEAT-INSULATED CONTAINERS FOR HOUSEHOLD USE; NON-ELECTRIC HEATERS FOR FEEDING BOTTLES; HOLDERS FOR FLOWERS AND PLANTS; HOT POTS; ICE BUCKETS; ICE CUBE MOULDS; BEER MUGS. JUGS; KNIFE RESTS; LAZY SUSANS; LIQUEUR SETS COMPRISED OF CONTAINERS FOR ICE, GOBLETS, AND BEVERAGE GLASSWARE; LUNCH BOXES; MENU CARD HOLDERS; MESS-TINS; MIXING SPOONS; MOPS; NAPKIN HOLDERS; NAPKIN RINGS; NOZZLES FOR WATERING CANS; PADS FOR CLEANING; PANS; PAPER PLATES; PASTRY CUTTERS; PEPPER MILLS; PERFUME SPRAYERS SOLD EMPTY; PERFUME VAPORIZERS SOLD EMPTY; PICNIC BASKETS SOLD EMPTY; NON-METAL PIGGY BANKS; POT LIDS; POTS; NON-ELECTRIC PRESSURE COOKERS; SALT SHAKERS; PEPPER SHAKERS; SAUCEPANS; SAUCERS; SCOOPS; SCOURING PADS; SHAVING BRUSHES; SHIRT STRETCHERS; SHOE TREES; SOAP HOLDERS; SOUP BOWLS; SPICE SETS COMPRISED OF SPICE RACKS AND HAND-OPERATED SPICE GRINDERS SOLD EMPTY FOR HOUSEHOLD USE; SPONGE HOLDERS; SHOWER CADDIES, NOT OF PRE-CIOUS METAL; SPONGES FOR HOUSEHOLD PURPOSES; STANDS FOR SHAVING BRUSHES; STATUES OF PORCELAIN, TERRACOTTA OR GLASS; STATUETTES OF PORCELAIN, TERRACOTTA OR GLASS; SYRINGES FOR WATERING FLOWERS AND

**Reg. No. 4,489,982**  PLANTS; TABLEWARE, NAMELY BOWLS, PLATES, AND BEVERAGE GLASSWARE; TANKARDS; TEA STRAINERS; TEA CADDIES; COFFEE CADDIES SOLD EMPTY FOR HOUSEHOLD USE; TEA INFUSERS; TEA SERVICES; NON-ELECTRIC TEAPOTS; TOILET BRUSHES; TOILET PAPER HOLDERS; TOILET SPONGES; TOOTHBRUSHES; TOOTH-BRUSHES, ELECTRIC; TOOTHPICK HOLDERS, NOT OF PRECIOUS METAL; TOOTHPICKS; NAIL BRUSHES; LITTER TRAYS, NAMELY CAT LITTER PANS; TRIVETS; NON-ELECTRIC TROUSER PRESSES; TROUSER STRETCHERS; CLOTHING STRETCHERS; VACUUM BOTTLES; WAFFLE AND PANCAKE IRONS, NON-ELECTRIC; COOKERY AND BAKING IRONS, NON-ELECTRIC; WASHING BOARDS; RINSING TUBS; WATERING CANS; WA-TERING DEVICES, NAMELY, WATERING CANS AND WATERING POTS; POLISHING APPARATUS AND MACHINES FOR HOUSEHOLD PURPOSES, NONELECTRIC, NAMELY, FLOOR POLISH APPLICATORS MOUNTABLE ON A MOP HANDLE WORKS OF ART, OF PORCELAIN, TERRACOTTA OR GLASS; DECORATIVE ORNAMENTS FOR WINDOW OR DOORS MADE OF OR FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA OR PORCELAIN; MOUSE TRAPS; CONTAINERS FOR AROMATICS AND FRAGRANCES, NAMELY, POTPOURRI DISHES; REFRIGERATING BOTTLES SOLD EMPTY; BOXES OF GLASS; BROOMS; BUTTER DISHES; BUTTER DISH COVERS; CHEESE-DISH COVERS; CANDY BOXES, NOT OF PRECIOUS METAL; HAND OPERATED CLEANING INSTRUMENTS IN THE NATURE OF HOUSEHOLD CLEANING BRUSHES; CLOTHES-PEGS; NONELECTRIC PORTABLE COLD BOXES IN THE NATURE OF THERMAL INSU-LATED CONTAINERS FOR FOOD OR BEVERAGES; COOKIE JARS; NON-ELECTRIC COOKING UTENSILS, NAMELY SPLATTER SCREENS, KITCHEN TONGS, POURING AND STRAINING SPOUTS, GRATER, SIEVES, SPATULAS, TURNERS, SKIMMERS; EYEBROW BRUSHES; FRYING PANS; GARDENING GLOVES; POWDER PUFFS; COOKIE BISCUIT CUTTERS; CRUETS, CRUET STANDS; DUSTERS; COCKTAIL SHAKERS; POWDER COMPACTS, NOT OF PRECIOUS METAL SOLD EMPTY; PILL AND TABLET BOXES FOR PERSONAL USE; PILL CASES OF WOOD AND PLASTIC FOR PERSONAL USE; STANDS FOR TOOTH BRUSHES; FLOSS FOR DENTAL PURPOSES; HANDLES FOR DENTAL FLOSS; HOUSEHOLD CONTAINERS OF PRECIOUS METAL; HOUSEHOLD UTENSILS OF PRECIOUS METAL, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COFFEE SERVICES OF PRECIOUS METAL; COFFEE-POTS, NON-ELECTRIC, OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METAL FOR HOUSEHOLD USE; NAPKIN HOLDERS AND RINGS OF PRECIOUS METAL; TABLEWARE MADE OF PRECIOUS METAL, NAMELY, SERVING KNIVES, FORKS, AND SPOONS; CANDY CASES AND CANDY BOXES OF PRECIOUS METAL; POWDER COMPACTS OF PRECIOUS METAL SOLD EMPTY; ELECTRIC DEVICES FOR ATTRACTING AND KILLING INSECTS; DRINKING STRAWS; OVEN MITTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES AND TEXTILE GOODS, NOT INCLUDED IN OTHER CLASSES, NAMELY, BED COVERS AND PLASTIC TABLE COVERS; BED AND PLASTIC TABLE COVERS; HANDKERCHIEFS; TABLE NAPKINS OF TEXTILE; BANNERS OF TEXTILE; BATH LINEN; BED LINEN; BEDSPREADS; BED QUILTS; BED BLANKETS; COTTON CLOTHS, FELT CLOTH; COVERS FOR CUSHIONS; DOOR CURTAINS; TOWELS; FABRIC FLAGS; TOILET WASHING GLOVES; HOUSEHOLD LINEN; LABELS OF TEXTILE; TEXTILE NAPKINS FOR REMOVING MAKE-UP; TEXTILE PLACE MATS, LINEN PLACE MATS; MATTRESS COVERS; MOSQUITO NETS; CURTAINS; PILLOWCASES; PLASTIC MATERIAL, NAMELY, SYNTHETIC FIBER FABRICS; QUILTS; TRAVELLING RUGS; TEXTILE BED SHEETS; SHROUDS; SILK CLOTH; SILK FABRICS; SLEEPING BAGS IN THE NATURE OF SHEETING; TABLE LINEN; TABLE MATS NOT OF PAPER; TAPESTRY OF TEXTILE; UPHOLSTERY FABRICS; WALL HANGINGS OF TEXTILE; BEDDING, NAMELY, BED SHEETS, BED LINEN, BED SPREADS; TEXTILE DOOR KNOB COVERS; FITTED TOILET SEAT COVERS MADE OF FABRICS; COVERINGS FOR LIDS FOR TOILET VESSELS, NAMELY, TOILET TANK COVERS MADE OF FABRIC; CURTAIN TIEBACKS IN THE NATURE OF TEXTILE CURTAIN HOLDERS; COTTON FABRICS; BEDSPREADS, NAMELY, COVERLETS; FABRICS FOR TEXTILE USE; FACE TOWELS OF TEXTILE; FELTS; CLOTH, NAMELY, FRIEZE; TRUE HEMP FABRIC; VELVET; WOOLEN CLOTH; TISSUE PAPER BOX COVERS OF TEXTILE; COVERS OF FABRIC FOR DOOR KNOBS; WOVEN TEXTILE LABELS; BED

**Reg. No. 4,489,982**  CANOPIES; FABRIC TABLE RUNNERS; KITCHEN LINENS, INCLUDING OVEN MITTS, DISH TOWELS, KITCHEN TOWELS, FABRIC PLACE MATS, WASHING MITTS, FABRIC TABLE RUNNERS, POTHOLDERS, CLOTH COASTERS; BATH TOWELS; TABLE LINEN, NAMELY, PLACE MATS; UNFITTED COVERINGS OF TEXTILE AND OF PLASTIC FOR FURNITURE; SHOWER CURTAINS; COTTON, POLYESTER AND NYLON FABRIC, FABRIC OF IMITATION ANIMAL SKINS; GOLF TOWELS; DAMASK; ELASTIC WOVEN MATERIAL IN THE NATURE OF JERSEY FABRIC FOR CLOTHING; SILK FABRICS FOR PRINTING PATTERNS; PRINTERS' BLANKETS OF TEXTILE; OILCLOTH FABRIC FOR TABLECLOTHS; COTTON LINGERIE FABRIC; JERSEY FABRICS FOR CLOTHING; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOON; FABRIC OF IMITATION ANIMAL SKINS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: FOOTWEAR; HEADWEAR; APRONS; BEACHWEAR; SWIMWEAR, SWIMSUITS, BATHING SUITS; GLOVES; MITTENS; BELTS; BABY CLOTHES, NAMELY, PAJAMAS, JACKETS, SHIRTS, JUMPERS; BIBS NOT OF PAPER; UNDERCLOTHING; SLEEPWEAR AND PAJAMAS; SLEEP MASKS FOR ELIMINATING LIGHT; BATH ROBES; SUSPENDERS; HATS, CAPS, SUN VISORS, BERETS; BATHING AND SHOWER CAPS; MUFFS; EAR MUFFS; NECKWEAR: NECK TIES; CRAVATS: BOW TIES; SOCKS AND STOCKINGS, PANTY HOSES; GARTER BELTS, STOCKING AND PANTY HOSE SUSPENDERS; SHOES, SPORTS SHOES, SLIPPERS, BEACH SHOES; MASQUERADE COSTUMES; WORKING SLEEVES IN THE NATURE OF SUN SLEEVES; BANDANAS; BATH SANDALS; BATH SLIPPERS; SKI BOOTS: BOOTS: BRACES FOR CLOTHING, NAMELY, SUSPENDERS; BRASSIERES; BREECHES; CAMISOLES; COATS; CUFFS; FUR STOLES; HEADBANDS FOR CLOTHING; JERSEYS; OVERCOATS; PARKAS, SANDALS, SCARVES, SHAWLS; SHIRTS; SLIPS; SMOCKS; SPATS; BOOTS FOR SPORTS; SPORTS JERSEYS; SUITS; WET SUITS FOR WATER SKIING; WRISTBANDS BEING CLOTHING; GYMNASTICS SHOES; CLOTHING FOR GYMNASTICS, NAMELY, LEOTARDS, TIGHTS, T-SHIRTS; SASHES; JOGGING SUITS, TROUSERS, JEANS, TANK TOPS, SKIRTS, BLOUSES; SNOW SUITS, ROBES, SNEAKERS, BOOTIES, SLIPPER SOCKS; CLOAKS; CLOTH BIBS; CHAPS; BEACH COVER-UPS; DRESSES; JACKETS; LEOTARDS; OVERALLS; PONCHOS; RAINWEAR; SHORTS; SWEATERS; SWEATSHIRTS; BABIES' PANTS; WELTS FOR BOOTS; CLOTHING OF IMIT-ATIONS OF LEATHER, NAMELY, COATS; CLOTHING OF LEATHER, NAMELY, SHIRTS, PANTS, COATS, DRESSES; COLLAR PROTECTORS, COLLARS, DETACHABLE COLLARS; CORSETS; CYCLISTS' CLOTHING, NAMELY, CYCLING SHORTS AND JERSEYS: FOOT-BALL BOOTS, FOOTBALL SHOES; PAPER CLOTHING, NAMELY, PAPER APRONS, PAPER HATS, PAPER SHOES USED WHEN GOING THROUGH METAL DETECTORS TO KEEP FEET AND SOCKS CLEAN; POCKET FOR CLOTHING; READY-MADE LININGS AS PARTS OF CLOTHING; SARIS; SPORTS SHOES; SWEAT-ABSORBENT UNDERCLOTHES; UNDER-GARMENTS; WOODEN SHOES; VESTS; UNIFORMS; UNDERPANTS; TOP HATS; TOGAS; NON-SLIP SOLES FOR BOOTS AND SHOES; MOTORCYCLE CLOTHING, NAMELY, GLOVES, JACKETS, RAIN SUITS; LEGGINGS; HOODS BEING CLOTHING; HEELS; HEEL PIECES FOR BOOTS AND SHOES; HALF-BOOTS; GALOSHES; GARTERS; FURS AS CLOTHING, NAMELY, CLOAKS, COATS, JACKETS, MUFFS, AND STOLES; FOOT MUFFS, NOT ELECTRICALLY HEATED; T-SHIRTS; TOPS; SWEAT SHIRTS WITH HOODS; LOUNGEWEAR; LONG SLEEVE TOPS; ZIP UP JACKETS; JOGGING PANTS; FLEECE TOPS; KNIT FLEECE HATS; FASHION HEADWEAR; FLIP FLOPS; PLUSH SLIPPERS; PLUSH NOVELTY HATS; SKULL CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BELT BUCKLES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, RUGS, MATS AND MATTING, LINOLEUM AND FABRIC COVERINGS FOR COVERING EXISTING FLOORS; NON TEXTILE WALL HANGINGS; AUTOMOBILE CARPETS; BATH MATS; FLOOR COVERINGS; DOOR MATS; GYMNASTIC MATS: GYM-NASIUM EXERCISE MATS; TAPESTRY-STYLE WALL HANGING, NOT OF TEXTILE; VINYL FLOOR COVERINGS; WALLPAPER, WALL PAPER OF VINYL; FOAM MATS FOR USE ON PLAY AREA SURFACES; BEACH MATS; REED MATS; NON-SLIP BATH TUB MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

**Reg. No. 4,489,982** FOR: GAMES AND PLAYTHINGS, NAMELY, ACTION SKILL GAMES, ACTION TARGET GAMES, ARCADE-TYPE ELECTRONIC EDUCATION VIDEO GAMES, BOARD GAMES, CARD GAMES, BUILDING GAMES, EDUCATIONAL CARD GAMES, ELECTRONIC EDUCATIONAL GAME MACHINES FOR CHILDREN, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, PROMOTIONAL GAME CARDS, PUZZLE GAMES, VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES, NAMELY, SPORTS TRAINING DEVICE TO IMPROVE STRENGTH, TONING, CONDITIONING, BALANCE AND PROPRIOCEPTION AND SLIDES FOR PLAYGROUNDS; DECORATIONS FOR CHRISTMAS TREES; CHILDREN'S MULTIPLE ACTIVITY TOYS; DOLLS; PUPPETS; PLUSH TOYS; SOFT DOLLS; TEDDY BEARS; TOY FIGURES AND PLAY SETS CONSISTING OF ACTION FIGURES; ACTION FIGURE TOYS AND ATTACHABLE ARTICLES OF CLOTHING FOR TOYS; MAGNETIC TOY FIGURES ATTACHABLE TO MOBILE PHONES, PENCILS OR KEY RINGS; BATHTUB TOYS; RIDE-ON TOYS; BALLS FOR SPORTS AND BALLOONS; YO-YOS; BALLS FOR GAMES; PLAYING BALLS; PLAYGROUND BALLS, TENNIS BALLS, FOOTBALLS; SOCCER BALLS; BASEBALLS; VOLLEY BALLS; RUBBER BALLS; TOY VEHICLES; ELECTRIC TOY VEHICLES; SURF BOARDS; SNOWBOARDS; ICE SKATES; SKATEBOARDS; TOY AIR PISTOLS; BACKGAMMON GAMES; BELLS FOR CHRISTMAS TREES; BILLIARD BALLS; BILLIARD TABLES; TOY BUILDING BLOCKS; BOARD GAMES; CHESS GAMES; CHESS BOARDS; CHRISTMAS CRACKERS; SKATING BOOTS WITH SKATES ATTACHED; BOWLING APPARATUS AND MACHINERY; BUILDING GAMES; CANDLE HOLDERS FOR CHRISTMAS TREES; CHECKERBOARDS; DRAUGHTS SETS CONSISTING PRIMARILY OF DRAUGHT BOARDS; CHESS SETS; CHRISTMAS TREES OF SYNTHETIC MATERIALS; CONJURING APPARATUS, NAMELY, MAGIC TRICKS; CUPS FOR DICE; DARTS; DICE; DOLLS' BEDS; DOLLS' CLOTHES; DOLLS' HOUSES; DOLLS' ROOMS; DOMINOES; DUMB-BELLS; ELBOW GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; CHEST EXPANDERS BEING AN EXERCISE APPARATUS; FAIRGROUND RIDE APPARATUS, NAMELY, AMUSEMENT PARK RIDES, ROLLERCOASTERS, CAROUSELS; DOLLS' FEEDING BOTTLES; FISH HOOKS; FISHING TACKLE; FLIPPERS FOR SWIMMING; FLOATS FOR FISHING; FLYING DISC TOYS; AUTOMATIC AND COIN-OPERATED ARCADE AMUSEMENT GAME MACHINES; BATS FOR GAMES; APPARATUS FOR ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HANDHELD UNITS FOR PLAYING VIDEOGAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GOLF BAGS; GOLF CLUBS; GOLF GLOVES; GLOVES FOR GAMES AND SPORTS NAMELY, BASEBALL GLOVES, GOLF GLOVES, BOXING GLOVES, HOCKEY GLOVES, BOWLING GLOVES, FOOTBALL GLOVES; PRACTICAL JOKES AND NOVELTIES, NAMELY, TOY AND NOVELTY FACE MASKS AND TOY FOAM NOVELTY ITEMS, SUCH AS FOAM FINGERS AND HANDS; KITE REELS; KITES; KNEE GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; MAH-JONG SETS; MARBLES FOR GAMES; MARIONETTES; THEATRICAL MASKS; TOY MASKS; MOBILE TOY CARS; SCALE MODEL VEHICLES; PARLOUR GAMES; TOYS, NAMELY, PERCUSSION CAPS; TOY PISTOLS; RACKETS BEING TENNIS RACKETS, TABLE TENNIS RACKETS, PADDLE RACKETS, BADMINTON RACKETS, SQUASH RACKETS; INFANT RATTLES; RING GAMES; ROCKING HORSES; ROLLER SKATES; SAILBOARDS; SKIS; SOAP BUBBLES DISPENSER TOYS, BUBBLE MAKING WAND AND SOLUTION SETS; SPINNING TOPS; SPRINGBOARDS BEING SPORTING ARTICLES; STATIONARY EXERCISE BICYCLES; SWIMMING POOLS BEING PLAY ARTICLES; SWIMMING WEBS, NAMELY, FLIPPERS; SWINGS; TABLES FOR TABLE TENNIS; TOYS FOR DOMESTIC PETS; WATER SKIS; PLAY ARTICLES FOR SWIMMING, WATER GAMES SPORTS AND ACTIVITIES NAMELY, WATER PISTOLS, WATER SQUIRTING TOYS, WATER GLOBES; BEACH BALLS; AUTOMATIC AND COIN-OPERATED AMUSEMENT GAME MACHINES; BAGS ESPECIALLY DESIGNED FOR SKIS AND SURFBOARDS; BINGO CARDS; BUTTERFLY NETS; GAMES CARDS, NAMELY, PLAYING CARDS; CONFETTI; IN-LINE ROLLER SKATES; KALEIDOSCOPES; MASTS FOR SAILBOARDS; LANDING NETS FOR ANGLERS; RADIO CONTROLLED TOY VEHICLES; ROULETTE WHEELS; SNOW GLOBES; SNOWSHOES; AMUSEMENT APPAR-

**Reg. No. 4,489,982** ATUS FOR USE IN ARCADES INCORPORATING A VIDEO MONITOR; STAND-ALONE VIDEO OUTPUT GAME MACHINES; COIN OR COUNTER OPERATED ARCADE GAMES; HORIZONTAL PINBALL MACHINES; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; NON-ELECTRIC HANDHELD ACTION SKILL GAMES; GAME EQUIPMENT SOLD AS A UNIT FOR PLAYING A BOARD GAME, A CARD GAME, A MANIPULATIVE GAME, A PARLOUR GAME, A PARLOUR-TYPE COMPUTER GAME, AND AN ACTION-TYPE TARGET GAME; PUZZLES; PAPER PARTY HATS; PAPER FACE MASKS; TOY MASKS, NAMELY, MASQUERADE AND HALLOWEEN COSTUME MASKS; WATER SQUIRTING TOYS; DARTBOARDS; SWIMMING AIDES, NAMELY, ARM FLOATS FOR RECREATIONAL USE; SWIMMING KICK BOARD FLOTATION DEVICES FOR RECREATIONAL USE; SWIM BOARDS FOR RECREATIONAL USE; SWIM FINS; TOY GUNS; TOY BAKE WARE AND TOY COOKWARE; TOY SNOW GLOBES; BOXING GLOVES; HOCKEY STICKS; CHRISTMAS STOCKINGS; SLING SHOTS; FLOATS FOR BATHING AND SWIMMING; BEAN BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS; BOUILLON: BOUILLON CONCENTRATES; BROTH; BROTH CONCENTRATES; BUTTER; CAVIAR; CHEESE; CHEESE SNACKS, NAMELY, COTTAGE CHEESE, CHEESE SPREADS; CHEESE IN THE FORM OF DIPS, SPREADS AND STICKS; DAIRY PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; DAIRY PUDDINGS; FROSTED FRUITS; FROZEN FRUITS; PROCESSED AND DRIED FRUITS; VEGETABLE AND FRUIT JUICES FOR COOKING; FRUIT CHIPS; PROCESSED AND DRIED VEGETABLES; MARGARINE; MARMALADE; MEAT JELLIES; MEAT TINNED; BEVERAGES CONSISTING PRINCIPALLY OF MILK; SOYBEAN-BASED FOOD BEVERAGE USED AS A MILK SUBSTITUTE, NAMELY, SOYBEAN MILK; MILK SHAKES; DAIRY PRODUCTS FOR MAKING MILK SHAKES, NAMELY, MILK; PREPARATIONS FOR MAKING MILK SHAKES, NAMELY, MILK POWDERS; PRESERVED MUSHROOMS; PRESERVED ONIONS, PRESERVED OLIVES; GHERKINS; PREPARED NUTS; SNACK MIX CONSISTING PRIMARILY OF NUTS, SPICY MIXED NUTS, NUT BASED FOOD BARS; GINGER JAM; LIVER PASTES; LIVER PÂTÉ; COCOA BUTTER FOR FOOD PURPOSES AND PROCESSED PEANUTS; DRIED LENTILS; DRIED PEAS; FRUIT PEEL; POTATO CHIPS; POTATO CRISPS; POTATO FRITTERS; SALADS EXCEPT MACARONI, RICE, AND PASTA SALAD; SAUERKRAUT; SAUSAGES; SESAME OIL; PREPARATIONS FOR MAKING SOUP; SOUPS; TOFU; VEGETABLE SALADS; VEGETABLE PREPARATIONS FOR MAKING SOUP IN THE NATURE OF SOUP MIX; WHIPPED CREAM; YOGHURT; FOODSTUFFS IN THE FORM OF BEAN, FRUIT, MEAT, AND POTATO BASED SNACK FOODS; POTATO BASED SNACKS; PROCESSED, EDIBLE SEAWEED; PROCESSED, DRIED AND PRESERVED MEAT, FISH, POULTRY AND GAME; BACON; PREPARATIONS FOR MAKING BOUILLON; CHOCOLATE NUT BUTTER; CHARCUTERIE; HAM; CRYSTALLIZED FRUITS; FISH PRESERVES, TINNED; FRUIT JELLIES; FRUIT SALADS; MAIZE OIL; OLIVE OIL FOR FOOD; RAISINS; TOMATO PURÉE; TINNED FRUITS AND VEGETABLES; SEAFOOD NOT LIVE; PROCESSED AND PRESERVED SEAFOOD; SEAFOOD, TINNED, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; FLOUR; BREAD, PASTRY AND CONFECTIONERY MADE OF SUGAR; ICE CREAM FRUIT ICES; HONEY, TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES AS CONDIMENTS; SPICES; ICE; BREAKFAST CEREAL; BISCUITS; CAKE MIXES; CANDY DECORATIONS FOR CAKES, CHOCOLATE DECORATIONS FOR CAKES; FLA- VORINGS FOR CAKES OTHER THAN ESSENTIAL OILS; CAKE PREPARATIONS, NAMELY, FROSTING, ICING, CANDY DECORATIONS, AND CAKE MIXES; MALT FOR FOOD PUR- POSES; SOYBEAN MALT, NAMELY, MALT EXTRACTS FOR FOOD; MALT BISCUITS; RICE CAKES; SWEETS AND CANDIES; SUGAR CONFECTIONERY, NAMELY, CRYSTAL SUGAR PIECES; CANDY BARS; CANDY MINTS; CHOCOLATE CONFECTIONERY, NAMELY, CHOCOLATE; CHOCOLATE; CHOCOLATE-BASED BEVERAGES WITH MILK; CHOCOLATE-BASED BEVERAGES; CONFECTIONERY DECORATIONS FOR CHRISTMAS

**Reg. No. 4,489,982**  TREES; CANDY WITH COCOA, COCOA BEVERAGES WITH MILK; COFFEE-BASED BEVERAGES; COFFEE BEVERAGES WITH MILK; COFFEE FLAVORINGS; COFFEE SUB-STITUTES; COFFEE AND COFFEE BASED BEVERAGES; TEA, NAMELY, GINSENG TEA, BLACK TEA, OOLONG TEA, BARLEY AND BARLEY-LEAF TEA; COOKIES; POPCORN; FLAVORED POPCORN; CORN FLAKES; CONFECTIONERY CHIPS FOR BAKING; ICE-CREAM; CURRY; CAPERS; CUSTARD; CUSTARD MIXES AND POWDER; CEREAL FLAKES; FLAVORINGS, OTHER THAN ESSENTIAL OILS; CONFECTIONERY ICES, NAMELY, SHERBETS AND FROZEN YOGHURTS; FRUIT JELLY CANDY; GINGERBREAD; CHOCOLATE SYRUP; KETCHUP; LIQUORICE; NON-MEDICATED LOZENGES; MEAT PIES; MEAT TENDERIZERS FOR HOUSEHOLD PURPOSES; PANCAKES; CONFECTIONERY, NAMELY, PASTILLES; PASTRIES; CORN CHIPS; TORTILLAS; PEPPER; PIZZAS; PUD-DINGS; RAVIOLI; ROYAL JELLY FOR FOOD PURPOSES; THICKENING AGENTS FOR USE IN COOKING; PREPARED WASABI PASTE; SOY SAUCE; PASTAS, NOODLES AND VERMICELLI; SUSHI; VANILLA; WAFFLES; FROZEN YOGHURT; FROZEN CONFECTIONS; PRETZELS; GRAINED BASED SNACK FOODS; ALMOND CONFECTIONERY, NAMELY, ALMOND PASTE AND ALMOND CAKE; AROMATIC PREPARATIONS FOR FOOD, NAMELY, EXTRACTS USED AS FLAVORING; STARCH-BASED BINDING AGENTS FOR ICE CREAM; BREAD ROLLS; CAKES; CANDY, NAMELY CARAMELS; CHEWING GUM, NOT FOR MEDICAL PURPOSES; CORN MEAL; CRACKERS; CRISP SNACK FOOD PRODUCTS, NAMELY, CRISP BREAD SNACKS; FLOUR BASED SAVORY SNACKS NAMELY, FLOUR-BASED CHIPS; CEREAL BASED SNACK FOODS; EDIBLE ICES; GOLDEN SYRUP; MACARONI; MARZIPAN; MAYONNAISE; OATMEAL; DRIED CHILI PEPPERS FOR USE AS SEASONINGS; PIES; RELISH; RUSKS; COOKING SALT; SANDWICHES; TO-MATO SAUCE; SEASONINGS; SORBETS; SHERBETS; SPAGHETTI; TARTS; WHEAT FLOUR; SALAD DRESSINGS; MEAT GRAVIES; FRUIT SAUCES EXCLUDING CRANBERRY SAUCE AND APPLESAUCE; CONES FOR ICE CREAM; CANNED PASTA; DESSERT PUD-DINGS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS; FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES, NAMELY, SYRUP SUBSTITUTES FOR MAKING BEVERAGES; ALES; ALCOHOLIC AND NON-ALCOHOLIC BEERS; NON-ALCOHOLIC FRUIT DRINKS; NON-ALCOHOLIC FRUIT JUICES; NON-AL-COHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; NON-ALCO-HOLIC CARBONATED DRINKS; NON-ALCOHOLIC DRINKS IN THE NATURE OF ENERGY DRINKS; NON-ALCOHOLIC WINES; PINEAPPLE JUICE BEVERAGES; NON-ALCOHOLIC APERITIFS; NON-ALCOHOLIC COCKTAILS; ENERGY DRINKS; NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES; FRUIT-BASED SYRUP FOR MAKING FRUIT JUICES AND FRUIT DRINKS; NON-ALCOHOLIC FRUIT NECTARS; WHEY BEVERAGES; EXTRACTS OF HOPS AND MALTS FOR MAKING BEER; NON-ALCOHOLIC HONEY-BASED BEVERAGES; GINGER BEERS; ISOTONIC BEVERAGES; ICED FRUIT BEVERAGES; DRINKING WATER; VEGETABLE JUICES; COLA BEVERAGES; COLA DRINKS; SPRING WATER; LITHIA WATER; PREPARATIONS FOR MAKING LIQUEURS NAMELY, FRUIT ESSENCES USED IN THE PREPARATION OF LIQUEURS; LEMONADES; MILK OF AL-MONDS BEING BEVERAGES; PEANUT MILK, BEING SOFT DRINKS; MALT BEER; MALT BASED PREPARATIONS FOR MAKING BEVERAGES, NAMELY, MALT SYRUP; MILK OF ALMONDS FOR BEVERAGES; FLAVORED WATERS; BEER WORT; FROZEN FRUIT BEVERAGES; LAGERS; CONCENTRATES IN TABLET FORM FOR MAKING EFFERVES-CENT DRINKS; TABLE WATERS; BOTTLED WATER; GRAPE JUICE; UNFERMENTED GRAPE MUST; SARSAPARILLA SOFT DRINK; SELTZER WATER; SHANDY; CIDER, NON-ALCOHOLIC; SODA WATER; SORBETS IN THE FORM OF BEVERAGES; STOUT; SPORTS DRINKS; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; VEGETABLE JUICE; SOFT DRINKS; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES, EXCEPT BEERS; RICE ALCOHOL; APERITIFS; ALCO-HOLIC BEVERAGES CONTAINING FRUIT; ALCOHOLIC EXTRACTS; ALCOHOLIC FRUIT EXTRACTS; DISTILLED SPIRITS; DISTILLED ALCOHOLIC DRINKS; BRANDY; HARD

**Reg. No. 4,489,982**   CIDER; MEAD; PREPARED ALCOHOLIC COCKTAILS; LIQUEURS; SAKE; SPIRITS; VODKA; WHISKY; RUM; GIN; WINE; COOKING WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: TOBACCO; MATCHES; ASHTRAYS; CIGARETTE PAPER; CIGAR CASES; CIGARETTE CASES; CIGAR CUTTERS; CIGAR HOLDERS; CIGARETTE FILTERS; MOUTHPIECES FOR CIGARETTE HOLDERS; CIGARETTE HOLDERS; CIGARETTE TIPS; CIGARETTES; CIGAR-ETTES CONTAINING TOBACCO SUBSTITUTES NOT FOR MEDICAL PURPOSES; CIGAR-ILLOS; CIGARS; LIGHTERS FOR SMOKERS; MATCH BOXES; MATCH HOLDERS; MATCHES; PIPE CLEANERS FOR TOBACCO PIPES AND SMOKING PIPES; PIPE RACKS FOR SMOKING PIPES; TOBACCO PIPES; TOBACCO POUCHES; SNUFFBOXES; TOBACCO STORAGE TINS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING SERVICES; BUSINESS ADMINISTRATION AND MANAGEMENT; PROVIDING OFFICE FUNCTIONS; WHOLESALE AND RETAIL STORE SERVICES AND MAIL ORDER CATALOG SERVICES IN THE FIELD OF GAMES FOR MOBILE DEVICES, GAMES FOR PERSONAL COMPUTERS, GAMES FOR CONSOLES, GAMES FOR TABLETS, ELECTRONIC GAME PROGRAMS, DOWNLOADABLE ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME SOFTWARE, COMPUTER GAME PROGRAMS, DOWNLOADABLE COMPUTER GAME PROGRAMS, INTERACTIVE GAME PROGRAMS, INTERACTIVE GAME SOFTWARE, COMPUTER PROGRAMS, SAVED COMPUTER SOFTWARE, PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, MOUSE PADS, PARTY FAVORS AND FESTIVE DECORATIONS AND ORNAMENTS, GIFTS AND NOVELTY GOODS, SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, HAIR CARE PRODUCTS, TOILETRIES, DENTIFRICES, PERSONAL HYGIENE PRODUCTS, CLEANING, POLISHING AND SANDING PREPARATIONS, SUBSTANCES FOR LAUNDRY USE, MANICURE TOOLS, NAIL CARE PREPARATIONS, NAIL POLISH, NAIL VARNISH, FALSE NAILS, DIETARY NUTRIENTS, FOOD FOR BABIES, SANITARY PREPARATIONS, CANDLES, CANDLE WICKS, LIGHTING SPLINTS, GREASES, LUBRIC-ANTS, OILS FOR PAINTS, CUTLERY, CROCKERY, MANICURE SETS, SHAVING INSTRU-MENTS, RAZORS, MACHINES AND MACHINE TOOLS FOR KITCHEN OR HOUSEHOLD PURPOSES, HAND-HELD TOOLS, FILMS, CAMERAS, VIDEO DISCS, VIDEO RECORDERS, AUDIO AND VISUAL PRODUCTS, AUDIO AND VIDEO TAPES, RECORDS AND DISCS, INSTRUMENTS AND APPARATUS FOR THE RECORDING, TRANSMITTING OR REPRO-DUCTION OF SOUNDS OR IMAGES, TELEVISIONS, CASSETTE TAPE PLAYERS OR RE-CORDERS, VIDEO CASSETTE OR DISC PLAYERS OR RECORDERS, RADIOS, TELE-PHONES, WIRELESS PHONES, MOBILE PHONES, MOBILE PHONE CASES, DECORATIONS AND STRAPS FOR PHONES, CALL INDICATORS, CALCULATING MACHINES, CALCU-LATORS, ELECTRONIC AND COMPUTER GAMES, CINEMATOGRAPHIC FILMS, LIGHTS, FANS, COOKING UTENSILS, CAKE AND PASTRY MOULDS, TOASTERS, OVENS, KITCHEN UTENSILS, UTENSILS AND CONTAINERS FOR SERVING OR STORING FOOD AND/OR BEVERAGES, CHOPSTICKS, CUTTING UTENSILS, PORCELAIN, CRYSTAL WARE, ENAMEL CONTAINERS, SILVERWARE, GLASSWARE, TERRACOTTA CONTAINERS, EARTHENWARE, CERAMICS, HAIR DRYERS, LAMPS, LAMPSHADES AND PARTS AND FITTINGS THEREFOR, BABY CARRIAGES, BALLOONS, BICYCLE HORNS, CLOCKS AND WATCHES AND ACCESSORIES AND PARTS AND FITTINGS THEREFOR, JEWELRY AND IMITATION JEWELRY, ORNAMENTS, GOODS OF PRECIOUS METAL OR COATED THEREWITH, MUSIC BOXES, MUSICAL INSTRUMENTS, PICTURES, PHOTOGRAPHS, STATIONERY, PAPER AND CARDBOARD AND GOODS MADE FROM THESE MATERIALS, ARTISTS' MATERIALS, PAINT BRUSHES, WRITING INSTRUMENTS, PRINTED MATTER, BOOKS, NEWSPAPERS, MAGAZINES AND PERIODICALS, GREETING AND CHRISTMAS CARDS, PLAYING CARDS, PACKING AND PACKAGING MATERIALS, PICTURE FRAMES AND STANDS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, GOODS MADE OF LEATHER AND/OR IMITATIONS OF LEATHER, BAGS AND LUGGAGE, PURSES AND WALLETS, UMBRELLAS, WALKING STICKS, MIRRORS, COAT HANGERS AND PEGS, NAMEPLATES, SMALL HOUSEHOLD FITTINGS, HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, COMBS, SPONGES, BRUSHES, ARTICLES FOR CLEANING PURPOSES, SPECTACLES, SPECTACLE FRAMES AND SUNGLASSES AND CASES AND ACCESSORIES THEREFOR, TEXTILE AND TEXTILE GOODS, BEDDING, AND TABLE

**Reg. No. 4,489,982**  LINENS AND COVERS, NAPKINS, TABLE MATS, FURNITURE, SEWING SUPPLIES, HANDKERCHIEFS, ARTICLES OF CHILDREN, WOMEN AND MEN'S CLOTHING, FOOT-WEAR, HEADGEAR AND GLOVES, BUTTONS, BADGES, RIBBONS AND BRAID, LACE AND EMBROIDERY, HAIR PINS AND ORNAMENTS, BRACES, SHOE ORNAMENTS, HAT ORNAMENTS, ZIPPER AND ZIPPER FASTENERS, CARPETS, RUGS AND MATS, TOYS, GAMES AND PLAYTHINGS, DOLLS, PLUSH TOYS, SOFT DOLLS, FIGURINES, SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS TREES, FOOD AND BEVERAGES, CONFEC-TIONERY, FLORAL PRODUCTS, MATCHES, CIGARS, CIGARETTES AND SMOKERS' ARTICLES; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; PUBLICATION OF PUBLICITY TEXTS; SALES PROMOTION FOR OTHERS; ARRANGING OF ADVERTISING SERVICES, NAMELY, ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; BUSINESS MANAGEMENT OF PER-FORMING ARTISTS; IMPORT-EXPORT AGENCIES; DIRECT MAIL ADVERTISING SER-VICES; BUSINESS MANAGEMENT OF HOTELS FOR OTHERS; MARKETING RESEARCH SERVICES; OUTDOOR ADVERTISING; PERSONNEL RECRUITMENT; ADVERTISING AGENCY SERVICES; RADIO ADVERTISING; TELEVISION ADVERTISING; ONLINE AD-VERTISING ON A COMPUTER COMMUNICATIONS NETWORK; PROCUREMENT SER-VICES FOR THIRD PARTIES BEING ACQUISITION OF GOODS AND SERVICES FOR OTHER COMPANIES; RENTAL OF ADVERTISING TIME ON COMMUNICATION MEDIA; RENTAL OF OFFICE MACHINERY AND EQUIPMENT; VENDING MACHINE RENTAL SERVICES; AUCTIONEERING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: FINANCIAL AFFAIRS AND MONETARY AFFAIRS, NAMELY, FINANCIAL INFORM-ATION, MANAGEMENT AND ANALYSIS SERVICES; COMPUTERIZED FINANCIAL SERVICES, NAMELY, ELECTRONIC COMMERCE PAYMENT SERVICES IN THE NATURE OF ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; COMPUTERIZED FINANCIAL SERVICES FOR RETAIL BUSINESSES, NAMELY, BILL PAYMENT SERVICES FOR THE PURCHASE OF GOODS AND SERVICES ONLINE; PROVIDING INFORMATION, ADVISORY AND CONSULTANCY SERVICES RE-LATING TO FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; AGENCY SERVICES FOR RENTING OF APARTMENTS; RENTAL HOUSING MANAGEMENT; BANKING AND BANKING SERVICES; CAPITAL INVESTMENT SER-VICES; CHARITABLE FUND RAISING SERVICES; CREDIT CARD SERVICES; ISSUANCE OF CREDIT CARDS; DEBIT CARD SERVICES; FINANCIAL ADVISORY SERVICES; FIN-ANCIAL PLANNING AND FINANCIAL SERVICES IN THE NATURE OF ADVISING ON SAVINGS AND INVESTMENTS; ISSUE OF TOKENS OF VALUE; ISSUING OF BANK CHECKS AND TRAVELERS' CHECKS; LEASING OF REAL ESTATE; REAL ESTATE MANAGEMENT SERVICES; RENT COLLECTION; RENTAL OF OFFICE SPACE; RENTING OF HOMES; RENTING OF FLATS AND APARTMENTS; SAVINGS ACCOUNT SERVICES; ELECTRONIC FUNDS TRANSFER; REAL ESTATE AGENCIES; TRUSTEESHIP SERVICES, NAMELY TRUSTEESHIP REPRESENTATIVES; FIRE INSURANCE UNDERWRITING; CAPITAL INVESTMENT SERVICES; HEALTH INSURANCE UNDERWRITING; INSURANCE BROKERAGE; LIFE INSURANCE UNDERWRITING; MARINE INSURANCE UNDERWRIT-ING; MUTUAL FUNDS BROKERAGE, DISTRIBUTION, INVESTMENT AND PLANNING SERVICES; HOME BANKING; FINANCING OF LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: TELECOMMUNICATIONS NAMELY PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; CABLE TELEVISION BROADCAST-ING; TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; PROVIDING INFORMATION MULTIPLE USER ACCESS TO INFORMATION IN THE FIELD OF TELECOMMUNICATIONS, SPECIFICALLY ON COMMUNICATION BY TELEPHONES AND CELLULAR TELEPHONES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; ELECTRONIC MAIL; FACSIMILE TRANSMISSION; RADIO BROADCASTING; SENDING OF TELEGRAMS; TELEPHONE COMMUNICATION SERVICES; TELEVISION TRANSMISSION SERVICES; PAGING SER-VICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER

**Reg. No. 4,489,982** NETWORK; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK BEING TELECOMMUNICATIONS SERVICE PROVIDERS; TELECOMMUNICATIONS ROUTING AND JUNCTION SERVICES; ELECTRONIC BULLETIN BOARD SERVICES; TELECONFERENCING SERVICES; TELECOMMUNICATION SERVICES FOR PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS AND CONSUMER VIDEO GAME APPARATUSES; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF A CONSUMER VIDEO GAME APPARATUS; PROVIDING TELECOMMUNICATION SERVICES FOR MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ARCADE VIDEO GAME MACHINES BY DIGITAL TRANSMISSION OR BY SATELLITE FOR THE PURPOSE OF PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF ARCADE VIDEO GAME MACHINES; COMMUNICATION BY HANDHELD GAME APPARATUSES USING DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION USING DIGITAL TRANSMISSION OR SATELLITE BY MEANS OF HANDHELD GAME APPARATUS; COMMUNICATION BY MESSAGES AND PICTURES BY USING COMPUTERS CONNECTED TO A GLOBAL COMPUTER NETWORK; TELECOMMUNICATION OTHER THAN BROADCASTING, NAMELY PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; BROADCASTING OF RADIO AND TELEVISION PROGRAMS; NEWS AGENCY SERVICES FOR ELECTRONIC TRANSMISSION, NAMELY, THE TRANSMISSION OF NEWS ITEMS TO NEWS REPORTING SERVICES; RENTAL OF TELECOMMUNICATION EQUIPMENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF MODEMS; ELECTRONIC MESSAGE TRANSMISSION; SATELLITE TRANSMISSION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: EDUCATION SERVICES, NAMELY, PROVIDING ON-LINE CLASSES, SEMINARS AND WORKSHOPS IN THE FIELD OF MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, AND GENERAL TRIVIA; PROVIDING ON-LINE TRAINING COURSES, SEMINARS, WORKSHOPS IN THE FIELD OF SPORTS, MUSIC, ARTS, IT AND GENERAL TRIVIA; ENTERTAINMENT, NAMELY PROVIDING NON-DOWNLOADABLE PRE-RECORDED DIGITAL MUSIC PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA A GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS; ORGANIZATION OF SPORTING EVENTS, NAMELY SWIMMING MEETS, SOCCER COMPETITIONS, BASEBALL COMPETITIONS AND HOCKEY COMPETITIONS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR HANDHELD GAME APPARATUS, FOR ARCADE VIDEO GAME MACHINES AND FOR CONSUMER VIDEO GAME APPARATUS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR ENTERTAINMENT PURPOSES BY COMPUTER NETWORK AND VIA COMMUNICATION BY A COMPUTER NETWORK AND VIA COMMUNICATIONS BY CELLULAR PHONES; ORGANIZATION AND ARRANGEMENT OF VIDEO GAME TOURNAMENT EVENTS; RENTAL OF CONSUMER VIDEO GAME APPARATUS AND ARCADE VIDEO GAME MACHINES; RENTAL OF HANDHELD GAME APPARATUS; EDUCATIONAL AND INSTRUCTIONAL SERVICES IN THE NATURE OF CLASSES, WORKSHOPS OR SEMINARS IN THE FIELD OF ARTS, CRAFTS, SPORTS AND GENERAL KNOWLEDGE OR TRIVIA; MOVIE SHOWING, MOVIE FILM PRODUCTION, AND MOVIE FILM DISTRIBUTION PROVIDING INFORMATION ON PROGRAM LISTING OF TELEVISION BROADCASTING SERVICES; PROVIDING ENTERTAINMENT INFORMATION VIA WEBSITES; ENTERTAINMENT SERVICES IN THE NATURE OF CREATION, DEVELOPMENT, AND PRODUCTION OF CINEMATOGRAPHIC FILMS, ANIMATION AND ANIMATED FILMS, AND TELEVISION PROGRAMS FOR OTHERS; PROVISION OF PRE-RECORDED, NON-DOWNLOADABLE DIGITAL MUSIC ONLINE BY MEANS OF MP3 WEBSITES ON A GLOBAL COMPUTER NETWORK, THE INTERNET AND VIA MOBILE PHONES AND WIRELESS ELECTRONIC COMMUNICATION DEVICES; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC FROM THE INTERNET, VIA WIRELESS ELECTRONIC COMMU-

**Reg. No. 4,489,982**   NICATION DEVICES; PROVIDING AMUSEMENT ARCADES AND CENTERS; PROVIDING AMUSEMENT PARK AND THEME PARK SERVICES; AMUSEMENT ARCADE SERVICES; ORGANIZATION, PRODUCTION AND PRESENTATION OF SHOWS, CONCERTS, LIVE MUSICAL PERFORMANCES, THEATRICAL PERFORMANCES, EXHIBITIONS IN THE FIELDS OF ART, EDUCATION, CULTURE, SPORTS AND ENTERTAINMENT, SPORTS COMPETITIONS, SPORTING AND CULTURAL ACTIVITIES; CABARETS AND VARIETY SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCES AND LIVE PERFORM-ANCES SHOWCASING TALENT; MOVIE STUDIOS, DISCOTHEQUE SERVICES; PUBLIC-ATION OF BOOKS, TEXTS, MAGAZINES, NEWSPAPERS AND PERIODICALS; LIBRARY SERVICES; PROVIDING FACILITIES FOR ENTERTAINMENT INCLUDING CONCERTS, SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCE, AND LIVE PERFORM-ANCES SHOWCASING TALENT, PERFORMANCES, SPORTS, GAMES, RECREATION AND CULTURAL ACTIVITIES; PROVISION OF INFORMATION RELATING TO EDUCATION, ENTERTAINMENT, AMUSEMENT ATTRACTIONS, RECREATIONAL ACTIVITIES, SPORTS AND CULTURE; CINEMATOGRAPHIC FILM AND VIDEO PRODUCTION; RENTAL OF CINE-FILMS, CINEMATOGRAPHIC FILMS, VIDEO TAPES, LASER DISCS, VIDEO DISCS AND DIGITAL VERSATILE (VIDEO) DISCS FEATURING ANIMATED CARTOONS; RENTAL OF SOUND RECORDINGS; RENTAL OF SHOW AND STAGE SCENERY; NURSERY SCHOOLS; PROVIDING FACILITIES FOR GAMES; ARRANGING OF BEAUTY CONTESTS; CIRCUSES; PROVIDING EDUCATION IN THE FIELD OF MATH, SOCIAL STUDIES, SCI-ENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC AND GENERAL TRIVIA RENDERED THROUGH CORRESPONDENCE COURSES; ENTERTAINER SERVICES NAMELY, LIVE, TELEVISED AND MOVIE APPEAR-ANCES BY A PROFESSIONAL ENTERTAINER; ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; GAMING SERVICES IN THE NATURE OF CASINO GAMING; GYMNASTIC INSTRUCTION SERVICES; PROVIDING MUSEUM FA-CILITIES FOR PRESENTATIONS AND EXHIBITIONS; OPERATING LOTTERIES; ORCHES-TRA SERVICES; PARTY PLANNING BEING ENTERTAINMENT; SCRIPTWRITING SER-VICES FOR NON-ADVERTISING PURPOSES; ENTERTAINMENT IN THE NATURE OF THEATRE PRODUCTIONS; ZOOLOGICAL GARDENS SERVICES; ELECTRONIC DESKTOP PUBLISHING; ENTERTAINMENT SERVICES, NAMELY PROVIDING ONLINE VIDEO GAMES VIA A COMPUTER NETWORK; SIGN LANGUAGE INTERPRETATION; VOCA-TIONAL GUIDANCE IN THE NATURE OF EDUCATION AND TRAINING ADVICE; MICRO-FILMING FOR OTHERS; MUSIC COMPOSITION SERVICES FOR OTHERS; NIGHT CLUBS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING KARAOKE SERVICES; PROVIDING ONLINE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWS ARTICLES FOR CHILDREN; ONLINE ELECTRONIC PUBLISHING OF ELECTRONIC BOOKS AND JOURNALS; VIDEOTAPING BEING PRODUCTION SERVICES; BOWLING ALLEYS; RENTAL OF BATTING STADIUM OR DOME FACILITIES FOR BASEBALL GAMES; PRO-VISION OF ON-LINE NON-DOWNLOADABLE MOVIES AND ANIMATED CARTOONS VIA A VIDEO-ON DEMAND SERVICE AND PROVISION OF ON-LINE NON-DOWNLOAD-ABLE MOVIES AND ANIMATED CARTOONS VIA A GLOBAL COMPUTER NETWORK; PROVIDING A WEBSITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELDS OF ELECTRONIC GAME PROGRAMS AND ELECTRONIC GAME PRODUCTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK; PROVIDING TEMPORARY HOUSING ACCOMMODATION SERVICES; HOTEL AND TEMPORARY ACCOMMODATION SERVICES AND CATERING SERVICES FOR GUESTS; RESTAURANTS; CAFÉS; CAFET-ERIAS; BAR SERVICES; CANTEENS SERVICES; CATERING SERVICES; SELF-SERVICE RESTAURANTS; SNACK BARS; COCKTAIL LOUNGES; PROVIDING INFORMATION IN THE FIELD OF THE PROVISION OF FOOD AND BEVERAGES; AGENCY SERVICES FOR THE RESERVATION OF TEMPORARY ACCOMMODATIONS AND LODGING FACILITIES IN THE NATURE OF HOTELS, MOTELS AND BOARDING HOUSES; HOLIDAY CAMP SERVICES; RESTAURANTS, CAFÉS, CAFETERIAS, BAR SERVICES, CANTEEN SERVICES AND COCKTAIL LOUNGE SERVICES INSTALLED WITH; AUDIO AND VISUAL APPAR-ATUS WITH SING ALONG DEVICES CHILD-CARE SERVICES; DAY-NURSERIES, NAMELY, CRÈCHES; PROVIDING TEMPORARY ACCOMMODATIONS IN THE NATURE OF TOURIST

**Reg. No. 4,489,982** HOMES; PROVIDING BAR SERVICES FOR WEDDING RECEPTIONS;PROVIDING FACIL-
ITIES FOR EXHIBITIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

OWNER OF U.S. REG. NOS. 3,988,064, 4,252,003 AND OTHERS.

PRIORITY DATE OF 2-9-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1152687 DATED 8-8-2012, EXPIRES 8-8-
2022.

THE MARK CONSISTS OF A STYLIZED HEAD OF A BIRD HAVING AN OVAL-SHAPED
APPEARANCE.

SER. NO. 79-127,163, FILED 8-8-2012.

JACLYN KIDWELL WALKER, EXAMINING ATTORNEY

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and an** Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and an** Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

Page: 19 / RN # 4,489,982

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,489,981**

**Registered Mar. 4, 2014**

**Int. Cls.: 3, 5, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 36, 38, 41 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

ROVIO ENTERTAINMENT LTD (FINLAND CORPORATION)
P.O. BOX 65
FI-02151 ESPOO
FINLAND

FOR: BLEACHING PREPARATIONS AND BLEACHING SALTS AND BLEACHING SODAS FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; NON-MEDICATED TOILETRIES; HAND CARE PREPARATIONS, NAMELY, HAND CREAM; NON-MEDICATED PRODUCTS IN THE NATURE OF COSMETICS AND COSMETIC PREPARATIONS FOR THE CARE AND CLEANSING OF HAIR AND SKIN, NAMELY, SHAMPOOS. CONDITIONERS, BALMS, SOAPS, AND SHOWER GEL; ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE LOTIONS; ANTIPERSPIRANTS; ANTISTATIC PREPARATIONS FOR HOUSEHOLD PURPOSES; AROMATICS, NAMELY, AROMATIC OILS AND AROMATIC POTPOURRIS; MILLED AND PROCESSED QUILLAIA BARK FOR USE AS HAND WASHING SOAP AND LAUNDRY SOAP; BATH SALTS; COSMETIC PREPARATIONS FOR BATHS; BEAUTY MASKS; BLEACHING SALTS; BLEACHING SODA; BLUING FOR LAUNDRY; COLOR-BRIGHTENING CHEMICALS IN THE NATURE OF WASHING PREPARATIONS FOR LAUNDRY USE; PAINT REMOVING PREPARATIONS; COSMETICS KITS COMPRISED OF COSMETICS; COSMETIC PREPARATIONS FOR SLIMMING PURPOSES; COTTON STICKS FOR COSMETIC PURPOSES; COTTON WOOL FOR COSMETIC PURPOSES; COSMETIC CREAMS; SKIN WHITENING CREAMS; CREAMS FOR LEATHER; DENTURE POLISHES; PREPARATIONS FOR CLEANING DENTURES; DEODORANTS FOR PERSONAL USE; HAIR DYES FOR COSMETIC PURPOSES; EAU DE COLOGNE; TOILETTE WATER; HAIR CREAMS; HAIR GELS; SHAMPOOS; HAIR CONDITIONERS AND HAIR MOISTURIZING PREPARATIONS; PERFUMES; LIPSTICKS; SKIN AND FACE CREAMS AND LOTIONS; FALSE NAILS; NAIL POLISHES AND NAIL VARNISHES AND NAIL POLISH THINNERS; NON-MEDICATED SUN CARE PREPARATIONS; BLEACHING PREPARATIONS IN THE NATURE OF DECOLORANTS FOR COSMETIC PURPOSES; CAKE FLAVORINGS IN THE NATURE OF ESSENTIAL OILS; CLEANSING MILK FOR COSMETIC TOILETRY PURPOSES; EYEBROW COSMETICS; EYEBROW PENCILS; FABRIC SOFTENERS FOR LAUNDRY USE; FALSE EYELASHES; FLOOR WAX; HAIR DYES; HAIR SPRAY; LAUNDRY BLEACH; LAUNDRY PRE-SOAK DETERGENTS; LAUNDRY STARCH; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MAKE-UP POWDER; MAKE-UP PREPARATIONS; MAKE-UP REMOVING PREPARATIONS; MASCARA; MOUTH WASHES, NOT FOR MEDICAL PURPOSES; NAIL CARE PREPARATIONS; COSMETIC PENCILS; POLISH FOR FURNITURE AND FLOORING; POMADES FOR COSMETIC

**Reg. No. 4,489,981**  HAIR PURPOSES; PUMICE STONE FOR PERSONAL USE; SANDPAPER; SCENTED WOOD;
SHOE POLISH AND CREAMS; SHOE WAX; LAUNDRY STARCH; SOAPS FOR BRIGHTEN-
ING TEXTILES; STARCH GLAZE FOR LAUNDRY PURPOSES; SUNSCREEN PREPARA-
TIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; VARNISH-REMOVING
PREPARATIONS; DEPILATORY WAX; LAUNDRY WAX; POLISHING WAXES; WAXES
FOR LEATHER, NAMELY, BOOT AND SHOE WAX; DEPILATORY PREPARATIONS;
PETROLEUM JELLY FOR COSMETIC PURPOSES; DECORATIVE FINGERNAIL DECALS
FOR COSMETIC PURPOSES; INCENSE; GEL SOAPS, BAR SOAP, BUBBLE BATH; SHOWER
GELS; TOOTHPASTE; MOUTHWASH; CLEANSING, TONING, MOISTURIZING AND EX-
FOLIATING PREPARATIONS FOR SKIN; BODY CREAM AND LOTION; HAND CREAM
AND LOTION; SKIN CLEANSER AND NON-MEDICATED BODY SOAKS; PERFUMED
BODY POWDERS; BATH OILS; BABY OIL, BABY POWDER, BABY GEL AND BABY LO-
TION; LIP GLOSS, NON-MEDICATED LIP BALM; MANICURE PREPARATIONS, NAMELY,
ADHESIVES FOR ARTIFICIAL NAILS, NAIL CREAM, NAIL ENAMEL, NAIL GEL, NAIL
POLISH AND NAIL GLITTER; SACHETS FOR PERFUMING LINEN; MASSAGE OILS AND
LOTIONS; NON-MEDICATED SKIN CREAMS WITH ESSENTIAL OILS FOR USE IN ARO-
MATHERAPY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: DIAPERS MADE OF PAPER FOR BABIES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND
52).

FOR: PHOTOGRAPHIC APPARATUS AND INSTRUMENTS, NAMELY, CAMERAS AND
FLASHES FOR CAMERAS, CASES FOR CAMERAS AND PHOTOGRAPHIC EQUIPMENT;
OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, BLANK OPTICAL DISCS, OPTICAL
LAMPS; SIGNALING APPARATUS AND INSTRUMENTS, NAMELY, FLASHING SAFETY
LIGHTS, SIGNAL BELLS, SIGNALING WHISTLES, AND SIGNAL ALARMS; TEACHING
APPARATUS AND INSTRUMENTS, NAMELY, AUDIOVISUAL RECEIVERS; MEASURING
APPARATUS, DEVICES AND INSTRUMENTS, NAMELY, MEASURING SPOONS AND
MEASURING CUPS; APPARATUS FOR RECORDING, TRANSMISSION AND REPRODUC-
TION OF SOUND AND IMAGES; BLANK MAGNETIC DATA CARRIERS, BLANK MAGNET-
IC COMPUTER TAPES, AND BLANK RECORDING DISCS; PRE-RECORDED MAGNETIC
DATA CARRIERS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED
CARTOONS AND COMPUTER GAMES; MECHANISMS FOR COIN-OPERATED APPARAT-
US; AUTOMATIC DISTRIBUTION MACHINES, NAMELY, TELLER MACHINES; CASH
REGISTERS; DATA PROCESSORS; COMPUTERS; FIRE-EXTINGUISHING APPARATUS;
VIDEO GAME PROGRAMS FOR CELLULAR TELEPHONES, MOBILE DEVICES, LAPTOPS,
PERSONAL COMPUTERS, CONSOLES AND TABLET COMPUTERS; ELECTRONIC GAME
PROGRAMS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME
SOFTWARE; ELECTRONIC GAME SOFTWARE FOR MOBILE PHONES DOWNLOADABLE
VIA INTERNET; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME
PROGRAMS, INCLUDING VIA THE INTERNET; INTERACTIVE GAME SOFTWARE; RE-
CORDED COMPUTER OPERATING PROGRAMS; COMPUTER GAME PROGRAMS; COM-
PUTER GAME SOFTWARE AND COMPUTER APPLICATION SOFTWARE FOR MOBILE
PHONES; PRINTERS FOR USE WITH COMPUTERS; DATA PROCESSING APPARATUS IN
THE NATURE OF COMPUTERS; COMPUTER GAME PROGRAMS AND VIDEO GAME
SOFTWARE FOR HANDHELD GAME DEVICES; FILM PROJECTORS; PROTECTIVE CASES
FOR TELEPHONES, LAPTOPS AND MOBILE PHONES; BLANK DVD DISKS; PRE-RECOR-
DED EXERCISE DVDS; PRE-RECORDED DVDS FEATURING MUSIC, IMAGES, MOTION
PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; BLANK COMPACT
DISCS; COMPACT DISC PLAYERS; BLANK CD-ROM DISCS; PRE-RECORDED CD-ROM
FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND
COMPUTER GAMES; PRE-RECORDED CD-ROMS CONTAINING PROGRAMS FOR CON-
TROLLING CONSUMER'S VIDEO GAME DEVICES; MOUSE MATS; SUNGLASSES;
SPECTACLES; EYE-GLASS CHAINS; SPECTACLE CASES; CONTACT LENSES; CONTAIN-
ERS FOR CONTACT LENSES; WIRELESS TELEPHONES, CELLULAR TELEPHONES AND
PARTS AND FITTINGS THEREFOR; MOBILE PHONE CASES SPECIALLY ADAPTED FOR
HOLDING OR CARRYING MOBILE TELEPHONES; BAGS, COVERS, CONTAINERS,
CARRIERS AND HOLDERS SPECIFICALLY ADAPTED FOR USE WITH CELLULAR

**Reg. No. 4,489,981**   TELEPHONES AND LAPTOPS; HEADPHONES; EAR PHONES; EARPHONES AND MICRO-
PHONES, AND SPEAKER PHONES FOR USE WITH MOBILE TELEPHONES; STRAPS AND
CASES SPECIFICALLY ADAPTED FOR USE WITH CELLULAR MOBILE TELEPHONES;
STANDS FOR PORTABLE TELEPHONES; ANTENNA CAPS FOR PORTABLE PHONES;
BATTERIES; BATTERY BOXES AND CASES; BATTERY CHARGERS; DIGITAL MUSIC
DOWNLOADABLE FROM THE INTERNET; DOWNLOADABLE MUSIC FILES; ABACUSES;
BINOCULARS; CALCULATING MACHINES; CAMERAS, CINEMATOGRAPHIC CAMERAS,
AND PARTS AND FITTINGS THEREFOR; LENSES FOR CAMERAS; CAPACITY MEASURES;
MOTION PICTURE FILMS FEATURING ANIMATED CARTOONS; FILMS BEING ANIMATED
CARTOONS; CASSETTE PLAYERS; ELECTRIC DOOR CHIMES; ELECTRONIC POCKET
TRANSLATORS; FIRE ALARMS; FLASHLIGHTS; FRAMES FOR USE IN PHOTOGRAPHY;
HEAT REGULATING APPARATUS, NAMELY, THERMOSTATS; JUKE BOXES; LETTER
SCALES; LIFE BELTS; LIFE JACKETS; LIFE RAFTS; ELECTRIC LOCKS; BLANK MAGNETIC
ENCODED CARDS; MAGNETIC ENCODERS; MAGNETS; MAGNIFYING GLASSES; MI-
CROPHONES; MICROSCOPES; NEON SIGNS; NOTEBOOK COMPUTERS; ELECTRONIC
PENS; GRAMOPHONE RECORDS FEATURING MUSIC; PHONOGRAPH RECORDS FEA-
TURING MUSIC; PHOTOCOPIERS; HAND-HELD CALCULATORS; PROJECTION APPAR-
ATUS, NAMELY, MOVIE PROJECTORS, MULTIMEDIA PROJECTORS AND PICTURE
PROJECTORS; PROJECTION SCREENS; RADIOS; RECORD PLAYERS; REMOTE CONTROL
APPARATUS FOR RADIOS, TELEVISIONS AND STEREOS; MEASURING INSTRUMENTS
BEING RULERS; SCALES; BLANK SMART CARDS; SMOKE DETECTORS; ELECTRIC
SOCKETS AND PLUGS IN THE NATURE OF ELECTRIC CONTACTS AND ELECTRIC
SWITCHES; SOUND RECORDING APPARATUS; GRAMOPHONE RECORDS FEATURING
MUSIC; SOUND-REPRODUCING APPARATUS; SOUND AND IMAGE TRANSMITTING
APPARATUS; TELEPHONES APPARATUS, RECEIVERS, TRANSMITTERS, WIRES;
TELESCOPES; TELEVISION APPARATUS BEING TELEVISIONS FOR PROJECTION PUR-
POSES; TEMPERATURE INDICATORS; ELECTRIC THEFT PREVENTION INSTALLATIONS,
BEING BURGLAR ALARMS AND THEFT ALARMS NOT FOR VEHICLES; THERMOMET-
ERS; THERMOSTATS; BLANK VIDEO CASSETTES; PRE-RECORDED VIDEO CASSETTES
FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS; VIDEO
GAME CARTRIDGES; PARTS AND FITTINGS FOR CONSUMER VIDEOGAME DEVICES,
NAMELY, VIDEO GAME CARTRIDGES, CASSETTES AND DISCS; BLANK VIDEO DISCS;
BLANK VIDEOTAPES; VIDEO SCREENS; VIDEO RECORDERS; WORD PROCESSORS;
AUDIO AND VISUAL APPARATUS WITH SING ALONG DEVICES IN THE NATURE OF
KARAOKE MACHINES; PAGERS, AND PARTS AND FITTINGS THEREFOR; PAGER CASES
AND CASINGS; CALL INDICATORS, NAMELY, TELEPHONES, MOBILE TELEPHONES
AND PAGERS AND MOBILE TELEPHONES; PROTECTIVE MASKS WORN OVER THE
EYES TO SHIELD OFF LIGHTS; ELECTRONIC DIARIES; ELECTRONIC ALARM BELLS
BEING WARNING DEVICES; ALARMS, NAMELY, BURGLAR ALARMS, ELECTRONIC
DOOR ALARMS, ELECTRIC ALARM BELLS, INFANT MOVEMENT ALARMS AND SOUND
ALARMS; BAR CODE READERS; BAROMETERS; ELECTRONIC BUZZERS; ELECTRIC
BUZZERS; CENTRAL PROCESSING UNITS; INTEGRATED CIRCUIT CHIPS; CHRONO-
GRAPHS FOR USE AS A SPECIALIZED TIME RECORDING APPARATUS; COMPUTER
KEYBOARDS; COMPUTER MEMORIES; COMPUTER PERIPHERAL DEVICES; ACOUSTIC
COUPLERS; COUPLERS BEING DATA PROCESSING EQUIPMENT; BLANK OPTICAL
DATA CARRIERS INCLUDING DVDS, CDS, AND FLOPPY DISKS; BLANK OPTICAL DISKS;
BLANK MAGNETIC DISKS; DIVERS' MASKS; DIVING SUITS; ELECTRONIC NOTICE
BOARDS BEING VISUAL DISPLAY UNITS; EYE GLASS CORDS; PROTECTIVE EYE-
PIECES; EYE-SHADES BEING SUNGLASSES; FACSIMILE MACHINES; FILTERS FOR
PHOTOGRAPHY; BLANK FLOPPY DISKS; HEAD CLEANING TAPES FOR VIDEO RECORD-
ERS AND VIDEO PLAYBACK DEVICES; HYGROMETERS; INTEGRATED CIRCUITS; IN-
TERCOMMUNICATION APPARATUS BEING INTERCOMS; ELECTRIC COUPLINGS; IN-
VOICING MACHINES, NAMELY, ADDING MACHINES; LENS HOODS; BLANK MAGNETIC
TAPE UNITS FOR COMPUTERS; BLANK MAGNETIC TAPES; MEASURING SPOONS; MI-
CROPROCESSORS; COMPUTER MODEMS; MONEY COUNTING AND SORTING MA-
CHINES; COMPUTER MONITORS; COMPUTER MICE; OPTICAL FIBERS; OPTICAL
GLASSES; OPTICAL LENSES; PARKING METERS; PROTRACTORS; RADIOTELEGRAPHY
SETS; RADIO TELEPHONES; SCANNERS BEING DATA PROCESSING EQUIPMENT;

**Reg. No. 4,489,981**  SEMICONDUCTORS; PHOTOGRAPHIC SLIDES BEING EXPOSED PHOTOGRAPHIC FILM; SOUND RECORDING EXPOSED FILMS; DEMAGNETIZING APPARATUS FOR MAGNETIC TAPES; TELEGRAPH WIRES; FAX APPARATUS; TELEPRINTERS; TELEPROMPTERS; TICKET DISPENSERS, NAMELY, VIDEO LOTTERY TICKET TERMINALS; VACUUM GAUGES BEING MEASURING INSTRUMENTS; VIDEO TELEPHONES; WHISTLE ALARMS BEING SIGNAL WHISTLES; EARPLUGS FOR DIVERS; EGG TIMERS; GOGGLES FOR SPORTS; PROTECTIVE HELMETS FOR USE IN SPORTS BEING SPORTS HELMETS; NAVIGATION APPARATUS FOR VEHICLES IN THE NATURE OF ON-BOARD COMPUTERS; METRONOMES; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS AND MAGAZINES IN THE FIELD OF COMPUTER LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, ART AND GENERAL TRIVIA; DOWNLOADABLE ELECTRONIC PUBLICATIONS BEING DOWNLOADABLE CARTOON STRIPS; PERSONAL STEREOS; SATELLITES FOR SCIENTIFIC PURPOSES; WRIST RESTS FOR USE WITH COMPUTERS; ELECTRONIC CIRCUITS AND BLANK CD-ROMS WHICH ENABLE THE RECORDING OF AUTOMATIC PLAYING PROGRAMS FOR THE USE OF ELECTRONIC MUSICAL INSTRUMENTS; MEMORY CARDS FOR CONSUMER VIDEO GAME APPARATUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, JEWELRY, BOXES, AND BASKETS JEWELRY; PRECIOUS STONES; PEARLS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; IMITATION JEWELRY AND ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; BROOCHES; JEWELRY CHAINS; PENDANTS; NON-MONETARY COMMEMORATIVE COINS AND TOKENS FOR COLLECTING PURPOSES; CUFF-LINKS; EARRINGS; GOLD THREAD JEWELRY; ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; JEWELRY OF IMITATION GOLD; JEWELRY CASES; NECKLACES; RINGS; BRACELETS; MEDALS; MEDALLIONS; UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; ARTIFICIAL GEMSTONES IN THE NATURE OF UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; STATUES AND STATUETTES OF PRECIOUS METAL; TIE CLIPS; CLOCKS, WATCHES AND PARTS AND FITTINGS THEREFOR; WATCH STRAPS, WATCH BANDS, WATCH CHAINS, BUCKLES FOR WATCH STRAPS; CASES FOR POCKET WATCHES; CLOCKS AND WATCHES HAVING A GAME FUNCTION; ELECTRIC CLOCKS AND ELECTRIC WATCHES; DESK CLOCKS; POCKET WATCHES; STOPWATCHES; WALL CLOCKS; ALARM CLOCKS; CHRONOMETERS; ORNAMENTAL PINS; KEY CHAINS AND KEY CASES OR CARRIERS OF PRECIOUS METAL AND/OR PRECIOUS STONES; BADGES OF PRECIOUS METAL; PRESENTATION CASES FOR WATCHES; CASES FOR WATCHES AND CLOCKS; SUNDIALS; DIAMONDS; COSTUME JEWELRY; SEMI-PRECIOUS STONES; WORKS OF ART OF PRECIOUS METAL; JEWELRY CASES AND JEWELRY BOXES OF PRECIOUS METAL; CHENILLE CUFF LINKS; STOCK PINS IN THE NATURE OF ORNAMENTAL PINS; FIGURINES IN THE NATURE OF STATUETTES OF PRECIOUS METAL; TROPHIES OF PRECIOUS METAL; COMMEMORATIVE COINS OF PRECIOUS METAL; INSIGNIAS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GLOCKENSPIELS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NOT INCLUDED IN OTHER CLASSES, NAMELY, PAPER CARTONS FOR DELIVERING GOODS, ADVERTISING SIGNS OF PAPER, ADVERTISING SIGNS OF CARDBOARD, ART PAPER, BIBS OF PAPER, BLANK OR PARTIALLY PRINTED PAPER LABELS, BLANK PAPER NOTEBOOKS, LINED AND UNLINED WRITING PADS, MEMO PADS, NOTEPADS, BOOK COVER PAPER, BUSINESS CARD PAPER, CALENDARED PAPER, GIFT-WRAPPING PAPER, BLISTER CARDS PAPER TOWELS, NOTEBOOK PAPER, PAPER FOLDERS, PAPER ENVELOPES FOR PACKAGING, TABLE CLOTHS OF PAPER, TABLE LINENS OF PAPER, PAPER NAPKINS, TOILET PAPER, BOXES OF CARDBOARD OR PAPER, GIFT BOXES MADE OF CARDBOARD, CARDBOARD CARTONS, CARDBOARD CONTAINERS, PAPER HANDKERCHIEFS, PAPER NAPKINS FOR REMOVING MAKE-UP; PRINTED MATTER, NAMELY, BOOKS, BOOKLETS, PRINTED PERIODICALS, MAGAZINES INCLUDING

**Reg. No. 4,489,981**   GAMING MAGAZINES, MANUALS, NEWSPAPERS, NEWSLETTERS, JOURNALS, CHIL-
DREN'S BOOKS, BABY BOOKS, COMIC BOOKS, COLORING AND CHILDREN'S ACTIVITY
BOOKS, INSTRUCTIONAL AND TEACHING MATERIALS, ALL IN THE FIELDS OF COM-
PUTER, LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEO-
GRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS,
MATH, MUSIC, ART AND GENERAL TRIVIA, CARTOONS AND VIDEO GAMES; PRINTED
MATTER, NAMELY, ADDRESS BOOKS, AUTOGRAPH BOOKS, DIARIES, CALENDARS,
PLANNERS OF PAPER, APPOINTMENT BOOKS, RECIPE BOOKS, AND GUEST BOOKS;
BOOKBINDING MATERIAL; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATION-
ERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY, BRUSHES, PASTELS,
PENCILS, PENS, WATERCOLOR SAUCERS, CANVAS PANELS, MOLDS FOR MODELING
CLAYS; PAINT BRUSHES; PRINTERS' TYPE; PRINTING BLOCKS; CALENDARS; CHIL-
DREN'S BOOKS; COMIC BOOKS; ADDRESS BOOKS; BRAG BOOKS; APPOINTMENT
BOOKS; GUEST BOOKS; RECIPE BOOKS; DIARIES; SCRAPBOOK ALBUMS, PHOTO AL-
BUMS, STAMP ALBUMS, COIN ALBUMS; WRITING PADS; NOTEPADS; NOTEBOOKS;
COLORING AND CHILDREN'S ACTIVITY BOOKS; BOOK COVERS; BOOKMARKS;
BLOTTERS; BOOKENDS; PAPERS MATS FOR FRAMING PAINTINGS, PICTURES AND
PHOTOGRAPHS; PHOTOGRAPH STANDS; COASTERS MADE OF PAPER; PAINTINGS;
ERASERS; COIN WRAPPERS; PACKING PAPER, INCLUDING BUBBLE PACKING PAPER;
GIFT WRAP PAPER; BOXES OF CARDBOARD OR PAPER; GIFT BOXES OF CARDBOARD;
PRINTED INVITATIONS; PRINTED MENUS; PAPER SERVIETTES; PAPER TOWELS; PAPER
PARTY DECORATIONS; PAPER CAKE DECORATIONS; A SERIES OF PAPERBACK FICTION
BOOKS; MODELING CLAY; PAPERWEIGHTS; PENCIL SHARPENERS; ELECTRIC PENCIL
SHARPENERS; PAPER CLIPS; THUMB TACKS OR PUSH PINS; DRAWING PINS IN THE
NATURE OF PUSH PINS; WRITING INSTRUMENTS, NAMELY, PENS, PENCILS, FOUNTAIN
PENS, BALL-POINT PENS, AND PEN NIBS; DESK PENCIL HOLDERS; DESK PENCIL
STANDS; INK REFILLS FOR PENS AND WRITING INSTRUMENTS; PENCIL LEADS;
COLORED PENCILS; CRAYONS; PEN AND PENCIL CASES; ARTISTS' WATER COLORS
IN THE NATURE OF FINISHED WATER COLOR PAINTINGS; PASTELS; DRAWING MA-
TERIALS FOR BLACKBOARDS, DRAWING BOARDS, DRAWING PENS, PENCILS AND
DRAWING INSTRUMENTS; DRAWING SETS COMPRISING DRAWING PAPER AND
COLORED PENCILS; CANVAS FOR PAINTING; LETTER TRAYS AND PAPER RACKS;
LETTER HOLDERS; LOOSE-LEAF BINDERS; PAPER KNIVES BEING OFFICE REQUISITES
IN THE NATURE OF LETTER OPENERS; LETTER OPENERS; ELECTRIC LETTER OPENERS;
ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES AND ADHESIVE
TAPE DISPENSERS; PICTURES; STENCILS; PICTURE STORY BOOKS; GRAPHIC ART
REPRODUCTIONS; PORTRAITS; POSTERS; LITHOGRAPHS; POSTCARDS; GREETING
CARDS; MUSICAL GREETINGS CARDS; TWO-RING AND THREE-RING BINDERS; STA-
TIONERY-TYPE PORTFOLIOS AND FOLDERS IN THE NATURE OF RING BINDERS;
RUBBER MARKING STAMPS; SEALING STAMPS AND SEALS; POSTAGE STAMPS AND
SEALS; HOLDERS AND CASES FOR POSTAGE STAMPS AND SEALS; STAMP PADS; INK
PADS; WRITING INKS; SCRATCH PADS; PAPER STAPLERS; PASTES AND GLUES FOR
STATIONERY AND HOUSEHOLD PURPOSES; PARTY ORNAMENTS AND PARTY DEC-
ORATIONS MADE OF PAPER AND CARDBOARD; ERASERS; CORRECTING FLUIDS USED
AS OFFICE REQUISITES; DOCUMENT FOLDERS; INDEX CARDS; DOCUMENT FILES;
STICKER ALBUMS; STICKERS; POSTAGE STAMPS; TRADING CARDS; BAGGAGE AND
LUGGAGE PAPER IDENTIFICATION TAGS; PAPER ARCHITECTURAL MODELS; PAPER
PATTERNS BEING MODELS FOR MAKING CLOTHES; GENERAL- PURPOSE PLASTIC
BAGS; PLASTIC PARTY GOODIE BAGS; PAPER BAGS; PAPER LUNCH BAGS; BAGS FOR
MICROWAVE COOKING; PAPER FILTERS FOR COFFEE MAKERS; CLING FILM BEING
FOOD WRAPPING PLASTIC FOR HOUSEHOLD USE; PAPER ENVELOPES; WRITING PA-
PER; DRAWING PAPER; COPYING PAPER; WRITING CASES IN THE NATURE OF STA-
TIONERY CASES SPECIFICALLY ADAPTED FOR WRITING INSTRUMENTS; TABLE-
CLOTHS OF PAPER; BIBS OF PAPER; PAPER FLAGS; PAPER BANNERS; PROTECTIVE
COVERS FOR NOTEBOOKS; EASELS; PLACE MATS AND COASTERS OF PAPER AND
CARDBOARD; BLACKBOARDS; CHALK; WIPE-ON WIPE-OFF BOARDS BEING DRY
ERASE BOARDS; MAGNETIC BOARDS; FILE SHREDDING MACHINES, NAMELY, PAPER
SHREDDERS; PASSPORT HOLDERS, CHECKBOOK HOLDERS; DECORATIONS OF PAPER

**Reg. No. 4,489,981** FOR LUNCH BOXES AND FOODSTUFFS; BLANK PAPER TAPES AND CARDS FOR THE RECORDAL OF COMPUTER PROGRAMS; MAPS; INKING RIBBONS; PRINTED ENTRY TICKETS; TYPEWRITERS; PAPER CUTTERS; ADVERTISING SIGNBOARDS OF PAPER AND CARDBOARD; IRON ON PRINTED TRANSFERS; PRINTED PATTERNS FOR COSTUMES, PAJAMAS, SWEATSHIRTS AND T-SHIRTS; REMOVABLE TATTOOS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, NAMELY, HANDBAGS AND PURSES; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; PARASOLS, UMBRELLAS AND WALKING STICKS; WHIPS, HARNESSES AND SADDLERY; ALL-PURPOSE CARRYING BAGS AND ALL-PURPOSE SPORTS BAGS, BEACH BAGS AND ATHLETIC BAGS; GARMENT BAGS FOR TRAVEL; WINE-CARRYING CASES; ALL PURPOSE CARRYING BAGS IN THE NATURE OF BATH BAGS AND TOILETRY BAGS, SOLD EMPTY; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS, SHOE BAGS FOR TRAVEL; TOILETRY BAGS SOLD EMPTY; SUIT CARRIERS BEING TRAVELLING BAGS; BUM-BAGS; ALL-PURPOSE CARRY ALL BAGS AND CARRY ALL WEEKEND BAGS; WORK BAGS BEING BRIEFCASES AND ATTACHÉ CASES; HAVERSACKS; RUCKSACKS; PURSES AND WALLETS; SUITCASES; LEATHER AND FELT POUCHES; ATTACHÉ CASES; CANVAS AND LEATHER SHOPPING BAGS; BANDS OF LEATHER; LEATHER SHOULDER BELTS; BUSINESS CARD HOLDERS IN THE NATURE OF CARD HOLDERS AND CALLING CARD HOLDERS; VANITY CASES SOLD EMPTY; MUZZLES; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING SETS IN THE NATURE OF LUGGAGE; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE STRAPS; LUGGAGE TAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HANDBAGS; MOUNTAINEERING STICKS; BRIEFCASE-TYPE PORTFOLIOS FOR CARRYING SHEET MUSIC; NET BAGS FOR SHOPPING; CARRY-ALL SCHOOL BAGS; EMPTY TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; EMPTY HUNTERS' GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING; HANDBAG FRAMES; SLING BAGS FOR CARRYING INFANTS; WHEELED REUSABLE SHOPPING BAGS, BACKPACKS, DUFFEL BAGS AND SUITCASES; CARDBOARD TRUNKS AND CASES; CHAIN MESH PURSES, NOT OF PRECIOUS METAL; CLUTCH PURSES; COIN PURSES; EMPTY COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES NOT OF PRECIOUS METAL; LEATHER BANDS AND BELTS FOR LUNCH BOXES AND HOUSEHOLD OR KITCHEN CONTAINERS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES; GOODS NOT INCLUDED IN OTHER CLASSES MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS AND OF PLASTICS, NAMELY, WORKS OF ART; OFFICE FURNITURE; PHOTOGRAPH FRAMES; DRESSING MIRRORS; EASY CHAIRS; BEDS AND WATER BEDS FOR NON-MEDICAL PURPOSES; WOOD BEDSTEADS; FURNITURE SCREENS; ARMCHAIRS; BENCHES BEING FURNITURE; LETTER BOXES OF WOOD OR PLASTIC; WORK CABINETS FOR COMPUTERS AS FURNITURE; CHESTS FOR TOYS; CORKS; HAIRDRESSER'S CHAIRS, DECK CHAIRS; DESKS; TABLES; DINNER WAGONS BEING FURNITURE; HEAD-RESTS AS FURNITURE PARTS; DIVANS; LIBRARY SHELVES; LOCKERS; LOCKS, OTHER THAN NON-ELECTRIC LOCKS NOT OF METAL; FURNITURE RACKS, NAMELY, COAT RACKS, HAT RACKS, PLANT RACKS, POT RACKS, AND STORAGE RACKS; SAW HORSES; SCHOOL FURNITURE; SEATS; SOFAS; TEA CARTS; UMBRELLA STANDS; COTS; CUPBOARDS; DISPLAY BOARDS; DRESSING TABLES; FOOTSTOOLS AND STOOLS; SHELVES; SHOWER SHELVES, NOT OF PRECIOUS METAL; AIR CUSHIONS AS PILLOWS; AIR MATTRESSES FOR USE WHEN CAMPING; INFLATABLE AIR PILLOWS NOT FOR MEDICAL PURPOSES; SLEEPING BAGS; BED FITTINGS, NOT OF METAL; BEDDING EXCEPT LINEN, NAMELY, BED PILLOWS, BED PADS AND CRIB BUMPERS IN THE NATURE OF BUMPER GUARDS FOR CRIBS; NON-TEXTILE CURTAIN HOLDERS; CURTAIN HOOKS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; CURTAIN ROLLERS; CUSHIONS; NON-METAL FIXED TOWEL DISPENSERS; MATTRESSES; PILLOWS; NON-METAL CLOTHES HOOKS AND COAT HANGERS; COAT

**Reg. No. 4,489,981** STANDS; HAT STANDS; LADDERS OF WOOD OR PLASTICS; DOOR FITTINGS, NAMELY, NONMETAL DOOR HANDLES AND DOOR KNOCKERS; EMBROIDERY FRAMES; STATUES OF WOOD, WAX, PLASTER OR PLASTIC; FIRE SCREENS FOR DOMESTIC USE; NON-METAL AND NON-PAPER CONTAINERS FOR STORAGE AND TRANSPORT; NON-METAL AND NON-MASONRY STORAGE TANKS; NONMETAL TRANSPORT CONTAINERS AND FILING CABINETS; CONTAINERS OF PLASTIC FOR PACKAGING PURPOSES; PLASTIC METAL-SUBSTITUTE FASTENERS, NAMELY, NAILS, WEDGES, NUTS, SCREWS, TACKS, BOLTS, RIVETS, CASTERS AND PEGS; DOOR STOPS OF PLASTIC OR WOOD; INFANT WALKERS; PLAYPENS FOR BABIES; SUPPORT PILLOWS FOR USE IN BABY SEATING EXCLUDING SAFETY SEATING FOR USE IN AUTOMOBILES; DECORATIVE MOBILES; COTS; CRADLES AND CRIBS; HIGH CHAIRS FOR BABIES; FURNITURE CHESTS AND CHEST OF DRAWERS; WIND CHIMES; BEDS FOR HOUSEHOLD PETS; NESTING BOXES FOR PETS AND SMALL BIRDS; SCRATCHING POSTS FOR CATS; FLOWER-POT PEDES-TALS; FLOWER-STANDS; RIGID PLASTIC TRAYS FOR PACKAGING PURPOSES; WICK-ERWORK, NAMELY, WICKER FURNITURE; DECORATIVE EDGING STRIPS OF PLASTICS AND/OR WOOD FOR USE WITH WINDOW FITTINGS, NAMELY, ORNAMENTS FOR WINDOWS; ORNAMENTS AND DECORATIONS FOR WINDOWS OR DOORS MADE OF OR FROM PLASTICS, WAX, WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; NON-METAL STEP LADDERS AND LADDERS, TOOL BOXES AND PLANT AND TREE STAKES; IMITATION FOODS FOR DISPLAY MADE OF PLASTIC, NAMELY, IMITATION DESSERTS, IMITATION CANDY, IMITATION CAKES, AND IMIT-ATION FRUITS; FLAGPOLES, WORKS OF ART, FIGURINES AND STATUETTES AND SMALL DECORATIONS OR ORNAMENTS, MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF- PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS, OR OF WAX, PLASTER OR PLASTICS; PLASTIC KEY CARDS, NOT ENCODED OR MAGNETIZED; NON-METAL BINS; NON-METAL BOTTLE CLOSURES; BOTTLE RACKS; CORKS FOR BOTTLES; HOUSE NUMBERS, NOT OF METAL, NON-LUMINOUS; IDENTITY PLATES, NOT OF METAL; INFLATABLE PUBLICITY OBJECTS; NON-METAL NON-MASONRY LETTER BOXES; MAGAZINE RACKS; PLATE RACKS; CUP RACKS; NON-METAL REGISTRATION PLATES; PLASTIC SIGNBOARDS; NON-METAL TOOL HANDLES; UPRIGHT SIGNBOARDS OF WOOD OR PLASTICS; PLASTIC SEALING CLIPS FOR BAGS; INFLATABLE HEAD-RESTS IN THE NATURE OF PILLOWS; DECORATIONS OF PLASTICS FOR FOODSTUFFS OR LUNCH BOXES; HAND-HELD FLAT FANS, FOLDING FANS, AND NON-ELECTRIC FANS FOR PERSONAL USE; BAMBOO CURTAINS; BAMBOO AND BAMBOO BLINDS; BEAD CURTAINS FOR DECORATION; BEAD CURTAINS; INDOOR BLINDS; ORIENTAL SINGLE PANEL NON-METAL STANDING PARTITIONS; HANGING BOARDS THAT ARE IN THE NATURE OF JAPANESE-STYLE PEGBOARDS USING POSITIONAL HOOKS, FOR USE AS MOVABLE WALL PARTITIONS; ORIENTAL FOLDING PARTITION SCREENS; KEYBOARDS FOR HANGING KEYS; MANNEQUINS; DRAIN TRAPS IN THE NATURE OF VALVES OF PLASTIC; MEDICINE CABINETS; REMOVABLE MATS FOR SINKS; NAME PLATES, NOT OF METAL; NON-METAL LICENSE OR NUMBER PLATES, NOT OF METAL; MIRROR TILES; PLASTIC DOORKNOBS; PORCELAIN OR EARTHENWARE DOORKNOBS; WOOD DOORKNOBS; NON-METAL KEY MADE OF LEATHER OR IMITATION LEATHER; BATHROOM WOODEN STOOLS; KNOBS OF PORCELAIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS AND CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; CLEANING COMBS, AND BATH, SCOURING AND CLEANING SPONGES; BRUSHES EXCLUDING PAINT BRUSHES, NAMELY, CLEANING BRUSHES FOR HOUSEHOLD USE; BRUSH-MAKING MATERIALS; ARTICLES FOR CLEANING PURPOSES, NAMELY, CLOTHS, CLEANING COTTON, STEEL WOOL FOR CLEANING; WASHING MITTS; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS EXCEPT GLASS USED IN BUILDING; BEVERAGE GLASSWARE, PORCELAIN AND EARTHEN-WARE, NAMELY, BEVERAGE GLASSWARE, AND CROCKERY; ORNAMENTS AND STATUETTES OF PORCELAIN AND EARTHENWARE; PORTABLE PLASTIC BABY BATH

**Reg. No. 4,489,981**  TUBS; NON-METAL BASKETS, FOR DOMESTIC USE; MUGS; BIRDCAGES; NON-ELECTRIC FOOD BLENDERS; IRONING BOARDS; BOOT JACKS; STOPPERS SPECIFICALLY ADAPTED FOR USE WITH BOTTLES MADE FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA AND PORCELAIN; BOWLS; NON-ELECTRIC CAST-IRON KETTLES; TABLEWARE, NAMELY, PLATES, BOWLS AND DISHES; SALAD BOWLS; NON-ELECTRIC WHISKS; RICE CHESTS; COLANDERS; HOUSEHOLD UTENSILS, NAMELY, COOKING STRAINERS; COOKING FUNNELS; FOOD PRESERVING JARS OF GLASS; GRATERS FOR HOUSEHOLD PURPOSES; CHOPSTICK CASES; ROLLING PINS FOR COOKING PURPOSES; CAMPING COOKING GRILLS; LEMON SQUEEZERS IN THE NATURE OF CITRUS JUICERS; COSMETIC AND TOILETRY UTENSILS, NAMELY, MAKE UP APPLICATORS AND MAKE UP BRUSHES, HAIR BRUSHES AND COMBS; SHOE BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; FEEDING VESSELS FOR PETS; BRUSHES FOR PETS; BOXES OF METAL FOR DISPENSING SERVIETTES IN THE NATURE OF NAPKIN DISPENSERS FOR HOUSEHOLD USE; BIRD BATHS; FLYSWATTERS; CANDLE EXTINGUISHERS NOT OF PRECIOUS METAL; FLOWER VASES; UPRIGHT SIGNBOARDS OF GLASS OR CERAMICS; COOKING SETS FOR OUTDOOR USE CONSISTING OF TIN CANS, TIN PANS, TIN POTS AND TIN PLATES; SOAPBOXES; BREAD BOARDS AND CUTTING BOARDS; BUCKETS; MEAL TRAYS. SERVING TRAYS; CAGES FOR HOUSE-HOLD PETS; CAKE MOULDS; WAFFLE MOULDS; CANDLE RINGS; CANDLESTICKS; CANDY BOXES; COMB CASES; CHINA ORNAMENTS; CHINAWARE, NAMELY, ORNA-MENTS AND STATUETTES OF CHINA; CHOPSTICKS IN THE NATURE OF COOKING UTENSILS; CLOTHES DRYING RACKS; CLOTHS FOR CLEANING; COASTERS NOT OF PAPER AND OTHER THAN TABLE LINEN; COCKTAIL STIRRERS; COFFEE FILTERS NOT OF PAPER BEING PART OF NON-ELECTRIC COFFEE MAKERS; NONELECTRICAL AND HAND-OPERATED COFFEE GRINDERS; COFFEE SERVICES; ELECTRIC HAIR COMBS; GROOMING COMBS FOR ANIMALS; PASTRY BAGS; COOKERY MOULDS; COOKING POTS; ICE PAILS; PORTABLE COOLERS; CORKSCREWS; BOTTLES SOLD EMPTY; PLASTIC WATER BOTTLES SOLD EMPTY; BOTTLE OPENERS; DISHES; PLATES NOT OF PRECIOUS METAL; CHAMPAGNE BUCKETS; HAIR BRUSHES; BRUSHES FOR CLOTHES; PLASTIC COASTERS; COFFEE CUPS; ALL-PURPOSE PORTABLE HOUSEHOLD CONTAINERS; DRINKING GLASSES, NAMELY, TUMBLERS; DEMITASSE SETS CONSIST-ING OF CUPS AND SAUCERS; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; CORN COB HOLDERS; DECANTERS; SUGAR AND CREAMER BOWL, PITCHER AND POURER SETS; DRINKING CUPS FOR INFANTS AND PARTS THEREFOR, NAMELY, LIDS AND VALVES, ALL SOLD AS A UNIT; PAPER CUPS; PLASTIC CUPS; TOOTHBRUSH CASES; SERVING UTENSILS, NAMELY, PIE SERVERS, CAKE TURNERS, SPATULAS, SCRAPERS AND CAKE SERVERS; COVERS FOR DISHES; COVERS FOR FLOWER POTS NOT OF PAPER; CROCKERY, NAMELY, POTS, DISHES, DRINKING CUPS AND SAUCERS, BOWLS, SERVING BOWLS AND TRAYS; CUPS; NON-ELECTRIC DEEP FRYERS; DISHES FOR SOAP; SOAP DISPENSERS; DUSTBINS; EGG CUPS; FEEDING TROUGHS BEING FEEDING VESSELS FOR PETS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; GOBLETS; NON-ELECTRIC GRIDDLES; HEAT-INSULATED CONTAINERS FOR HOUSEHOLD USE; NON-ELECTRIC HEATERS FOR FEEDING BOTTLES; HOLDERS FOR FLOWERS AND PLANTS; HOT POTS; ICE BUCKETS; ICE CUBE MOULDS; BEER MUGS; JUGS; KNIFE RESTS; LAZY SUSANS; LIQUEUR SETS COMPRISED OF CONTAINERS FOR ICE, GOBLETS, AND BEVERAGE GLASSWARE; LUNCH BOXES; MENU CARD HOLDERS; MESS-TINS; MIXING SPOONS; MOPS; NAPKIN HOLDERS; NAPKIN RINGS; NOZZLES FOR WATERING CANS; PADS FOR CLEANING; PANS; PAPER PLATES; PASTRY CUTTERS; PEPPER MILLS; PERFUME SPRAYERS SOLD EMPTY; PERFUME VAPORIZERS SOLD EMPTY; PICNIC BASKETS SOLD EMPTY; NON-METAL PIGGY BANKS; POT LIDS; POTS; NON-ELECTRIC PRESSURE COOKERS; SALT SHAKERS; PEPPER SHAKERS; SAUCEPANS; SAUCERS; SCOOPS; SCOURING PADS; SHAVING BRUSHES; SHIRT STRETCHERS; SHOE TREES; SOAP HOLDERS; SOUP BOWLS; SPICE SETS COMPRISED OF SPICE RACKS AND HAND-OPERATED SPICE GRINDERS SOLD EMPTY FOR HOUSEHOLD USE; SPONGE HOLDERS; SHOWER CADDIES, NOT OF PRE-CIOUS METAL; SPONGES FOR HOUSEHOLD PURPOSES; STANDS FOR SHAVING BRUSHES; STATUES OF PORCELAIN, TERRACOTTA OR GLASS; STATUETTES OF PORCELAIN, TERRACOTTA OR GLASS; SYRINGES FOR WATERING FLOWERS AND

**Reg. No. 4,489,981**

PLANTS; TABLEWARE, NAMELY, BOWLS, PLATES, AND BEVERAGE GLASSWARE; TANKARDS; TEA STRAINERS; TEA CADDIES; COFFEE CADDIES SOLD EMPTY FOR HOUSEHOLD USE; TEA INFUSERS; TEA SERVICES; NON-ELECTRIC TEAPOTS; TOILET BRUSHES; TOILET PAPER HOLDERS; TOILET SPONGES; TOOTHBRUSHES; TOOTH-BRUSHES, ELECTRIC; TOOTHBRUSH HOLDERS, NOT OF PRECIOUS METAL; TOOTHPICKS; NAIL BRUSHES; LITTER TRAYS, NAMELY, CAT LITTER PANS; TRIVETS; NON-ELECTRIC TROUSER PRESSES; TROUSER STRETCHERS; CLOTHING STRETCHERS; VACUUM BOTTLES; WAFFLE AND PANCAKE IRONS, NON-ELECTRIC; COOKERY AND BAKING IRONS, NON-ELECTRIC; WASHING BOARDS; RINSING TUBS; WATERING CANS; WA-TERING DEVICES, NAMELY, WATERING CANS AND WATERING POTS; POLISHING APPARATUS AND MACHINES FOR HOUSEHOLD PURPOSES, NONELECTRIC, NAMELY, FLOOR POLISH APPLICATORS MOUNTABLE ON A MOP HANDLE WORKS OF ART, OF PORCELAIN, TERRACOTTA OR GLASS; DECORATIVE ORNAMENTS FOR WINDOW OR DOORS MADE OF OR FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA OR PORCELAIN; MOUSE TRAPS; CONTAINERS FOR AROMATICS AND FRAGRANCES, NAMELY, POTPOURRI DISHES; REFRIGERATING BOTTLES SOLD EMPTY; BOXES OF GLASS; BROOMS; BUTTER DISHES; BUTTER DISH COVERS; CHEESE-DISH COVERS; CANDY BOXES. NOT OF PRECIOUS METAL; HAND OPERATED CLEANING INSTRUMENTS IN THE NATURE OF HOUSEHOLD CLEANING BRUSHES; CLOTHES-PEGS; NONELECTRIC PORTABLE COLD BOXES IN THE NATURE OF THERMAL INSU-LATED CONTAINERS FOR FOOD OR BEVERAGES; COOKIE JARS; NON-ELECTRIC COOKING UTENSILS, NAMELY, SPLATTER SCREENS, KITCHEN TONGS, POURING AND STRAINING SPOUTS, GRATER, SIEVES, SPATULAS, TURNERS, SKIMMERS; EYEBROW BRUSHES; FRYING PANS; GARDENING GLOVES; POWDER PUFFS; COOKIE BISCUIT CUTTERS; CRUETS, CRUET STANDS; DUSTERS; COCKTAIL SHAKERS; POWDER COMPACTS, NOT OF PRECIOUS METAL SOLD EMPTY; PILL AND TABLET BOXES FOR PERSONAL USE; PILL CASES OF WOOD AND PLASTIC FOR PERSONAL USE; STANDS FOR TOOTH BRUSHES; FLOSS FOR DENTAL PURPOSES; HANDLES FOR DENTAL FLOSS; HOUSEHOLD CONTAINERS OF PRECIOUS METAL; HOUSEHOLD UTENSILS OF PRECIOUS METAL, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COFFEE SERVICES OF PRECIOUS METAL; COFFEE-POTS, NON-ELECTRIC, OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METAL FOR HOUSEHOLD USE; NAPKIN HOLDERS AND RINGS OF PRECIOUS METAL; TABLEWARE MADE OF PRECIOUS METAL, NAMELY, SERVING KNIVES, FORKS, AND SPOONS; CANDY CASES AND CANDY BOXES OF PRECIOUS METAL; POWDER COMPACTS OF PRECIOUS METAL SOLD EMPTY; ELECTRIC DEVICES FOR ATTRACTING AND KILLING INSECTS; DRINKING STRAWS; OVEN MITTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES AND TEXTILE GOODS, NOT INCLUDED IN OTHER CLASSES, NAMELY, BED COVERS AND PLASTIC TABLE COVERS; BED AND PLASTIC TABLE COVERS; HANDKERCHIEFS; TABLE NAPKINS OF TEXTILE; BANNERS OF TEXTILE; BATH LINEN; BED LINEN; BEDSPREADS; BED QUILTS; BED BLANKETS; COTTON CLOTHS, FELT CLOTH; COVERS FOR CUSHIONS; DOOR CURTAINS; TOWELS; FABRIC FLAGS; TOILET WASHING GLOVES; HOUSEHOLD LINEN; LABELS OF TEXTILE; TEXTILE NAPKINS FOR REMOVING MAKE-UP; TEXTILE PLACE MATS, LINEN PLACE MATS; MATTRESS COVERS; MOSQUITO NETS; CURTAINS; PILLOWCASES; PLASTIC MATERIAL, NAMELY, SYNTHETIC FIBER FABRICS; QUILTS; TRAVELLING RUGS; TEXTILE BED SHEETS; SHROUDS; SILK CLOTH; SILK FABRICS; SLEEPING BAGS IN THE NATURE OF SHEETING; TABLE LINEN; TABLE MATS NOT OF PAPER; TAPESTRY OF TEXTILE; UPHOLSTERY FABRICS; WALL HANGINGS OF TEXTILE; BEDDING, NAMELY, BED SHEETS, BED LINEN, BED SPREADS; TEXTILE DOOR KNOB COVERS; FITTED TOILET SEAT COVERS MADE OF FABRICS; COVERINGS FOR LIDS FOR TOILET VESSELS, NAMELY, TOILET TANK COVERS MADE OF FABRIC; CURTAIN TIEBACKS IN THE NATURE OF TEXTILE CURTAIN HOLDERS; COTTON FABRICS; BEDSPREADS, NAMELY, COVERLETS; FABRICS FOR TEXTILE USE; FACE TOWELS OF TEXTILE; FELTS; CLOTH, NAMELY, FRIEZE; TRUE HEMP FABRIC; VELVET; WOOLEN CLOTH; TISSUE PAPER BOX COVERS OF TEXTILE; COVERS OF FABRIC FOR DOOR KNOBS; WOVEN TEXTILE LABELS; BED

**Reg. No. 4,489,981** CANOPIES; FABRIC TABLE RUNNERS; KITCHEN LINENS, INCLUDING OVEN MITTS, DISH TOWELS, KITCHEN TOWELS, FABRIC PLACE MATS, WASHING MITTS, FABRIC TABLE RUNNERS, POTHOLDERS, CLOTH COASTERS; BATH TOWELS; TABLE LINEN, NAMELY, PLACE MATS; UNFITTED COVERINGS OF TEXTILE AND OF PLASTIC FOR FURNITURE; SHOWER CURTAINS; COTTON, POLYESTER AND NYLON FABRIC, FABRIC OF IMITATION ANIMAL SKINS; GOLF TOWELS; DAMASK; ELASTIC WOVEN MATERIAL IN THE NATURE OF JERSEY FABRIC FOR CLOTHING; SILK FABRICS FOR PRINTING PATTERNS; PRINTERS' BLANKETS OF TEXTILE; OILCLOTH FABRIC FOR TABLECLOTHS; COTTON LINGERIE FABRIC; JERSEY FABRICS FOR CLOTHING; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOON; FABRIC OF IMITATION ANIMAL SKINS. IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: FOOTWEAR; HEADWEAR; APRONS; BEACHWEAR; SWIMWEAR, SWIMSUITS, BATHING SUITS; GLOVES; MITTENS; BELTS; BABY CLOTHES NAMELY, PAJAMAS, JACKETS, SHIRTS, JUMPERS; BIBS NOT OF PAPER; UNDERCLOTHING; SLEEPWEAR AND PAJAMAS; SLEEP MASKS FOR ELIMINATING LIGHT; BATH ROBES; SUSPENDERS; HATS, CAPS, SUN VISORS, BERETS; BATHING AND SHOWER CAPS; MUFFS; EAR MUFFS; NECKWEAR; NECK TIES: CRAVATS; BOW TIES; SOCKS AND STOCKINGS, PANTY HOSES; GARTER BELTS, STOCKING AND PANTY HOSE SUSPENDERS; SHOES, SPORTS SHOES, SLIPPERS, BEACH SHOES; MASQUERADE COSTUMES; WORKING SLEEVES IN THE NATURE OF SUN SLEEVES; BANDANAS; BATH SANDALS; BATH SLIPPERS; SKI BOOTS; BOOTS; BRACES FOR CLOTHING, NAMELY, SUSPENDERS; BRASSIERES; BREECHES; CAMISOLES; COATS; CUFFS; FUR STOLES; HEADBANDS FOR CLOTHING; JERSEYS; OVERCOATS; PARKAS, SANDALS; SCARVES; SHAWLS; SHIRTS; SLIPS; SMOCKS; SPATS; BOOTS FOR SPORTS; SPORTS JERSEYS; SUITS; WET SUITS FOR WATER SKIING; WRISTBANDS BEING CLOTHING; GYMNASTICS SHOES: CLOTHING FOR GYMNASTICS, NAMELY, LEOTARDS, TIGHTS, T-SHIRTS; SASHES; JOGGING SUITS, TROUSERS, JEANS, TANK TOPS, SKIRTS, BLOUSES; SNOW SUITS, ROBES, SNEAKERS. BOOTIES, SLIPPER SOCKS; CLOAKS; CLOTH BIBS; CHAPS; BEACH COVER-UPS; DRESSES; JACKETS; LEOTARDS; OVERALLS; PONCHOS; RAINWEAR; SHORTS; SWEATERS; SWEATSHIRTS; BABIES' PANTS; WELTS FOR BOOTS; CLOTHING OF IMIT-ATIONS OF LEATHER, NAMELY, COATS; CLOTHING OF LEATHER, NAMELY, SHIRTS, PANTS, COATS, DRESSES; COLLAR PROTECTORS, COLLARS, DETACHABLE COLLARS; CORSETS; CYCLISTS' CLOTHING, NAMELY, CYCLING SHORTS AND JERSEYS; FOOT-BALL BOOTS, FOOTBALL SHOES; PAPER CLOTHING, NAMELY, PAPER APRONS, PAPER HATS, PAPER SHOES USED WHEN GOING THROUGH METAL DETECTORS TO KEEP FEET AND SOCKS CLEAN; POCKET FOR CLOTHING; READY-MADE LININGS AS PARTS OF CLOTHING; SARIS; SPORTS SHOES; SWEAT-ABSORBENT UNDERCLOTHES; UNDER-GARMENTS; WOODEN SHOES; VESTS; UNIFORMS; UNDERPANTS; TOP HATS; TOGAS; NON-SLIP SOLES FOR BOOTS AND SHOES; MOTORCYCLE CLOTHING, NAMELY, GLOVES, JACKETS, RAIN SUITS; LEGGINGS; HOODS BEING CLOTHING; HEELS; HEEL PIECES FOR BOOTS AND SHOES; HALF-BOOTS; GALOSHES; GARTERS; FURS AS CLOTHING, NAMELY, CLOAKS, COATS, JACKETS, MUFFS, AND STOLES; FOOT MUFFS, NOT ELECTRICALLY HEATED; T-SHIRTS; TOPS; SWEAT SHIRTS WITH HOODS; LOUNGEWEAR; LONG SLEEVE TOPS; ZIP UP JACKETS; JOGGING PANTS; FLEECE TOPS; KNIT FLEECE HATS; FASHION HEADWEAR; FLIP FLOPS; PLUSH SLIPPERS; PLUSH NOVELTY HATS; SKULL CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BELT BUCKLES. IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, RUGS, MATS AND MATTING, LINOLEUM AND FABRIC COVERINGS FOR COVERING EXISTING FLOORS; NON TEXTILE WALL HANGINGS; AUTOMOBILE CARPETS; BATH MATS; FLOOR COVERINGS; DOOR MATS; GYMNASTIC MATS; GYM-NASIUM EXERCISE MATS; TAPESTRY-STYLE WALL HANGING, NOT OF TEXTILE; VINYL FLOOR COVERINGS; WALLPAPER, WALL PAPER OF VINYL; FOAM MATS FOR USE ON PLAY AREA SURFACES; BEACH MATS; REED MATS; NON-SLIP BATH TUB MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

**Reg. No. 4,489,981** FOR: GAMES AND PLAYTHINGS, NAMELY, ACTION SKILL GAMES, ACTION TARGET GAMES, ARCADE-TYPE ELECTRONIC EDUCATION VIDEO GAMES, BOARD GAMES, CARD GAMES, BUILDING GAMES, EDUCATIONAL CARD GAMES, ELECTRONIC EDUCATIONAL GAME MACHINES FOR CHILDREN, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, PROMOTIONAL GAME CARDS, PUZZLE GAMES, VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES, NAMELY, SPORTS TRAINING DEVICE TO IMPROVE STRENGTH, TONING, CONDITIONING, BALANCE AND PROPRIOCEPTION AND SLIDES FOR PLAYGROUNDS; DECORATIONS FOR CHRISTMAS TREES; CHILDREN'S MULTIPLE ACTIVITY TOYS; DOLLS; PUPPETS; PLUSH TOYS; SOFT DOLLS; TEDDY BEARS; TOY FIGURES AND PLAY SETS CONSISTING OF ACTION FIGURES; ACTION FIGURE TOYS AND ATTACHABLE ARTICLES OF CLOTHING FOR TOYS; MAGNETIC TOY FIGURES ATTACHABLE TO MOBILE PHONES, PENCILS OR KEY RINGS; BATHTUB TOYS; RIDE-ON TOYS; BALLS FOR SPORTS AND BALLOONS: YO-YOS; BALLS FOR GAMES; PLAYING BALLS; PLAYGROUND BALLS, TENNIS BALLS, FOOTBALLS; SOCCER BALLS; BASEBALLS; VOLLEY BALLS; RUBBER BALLS; TOY VEHICLES; ELECTRIC TOY VEHICLES; SURF BOARDS; SNOWBOARDS; ICE SKATES; SKATEBOARDS; TOY AIR PISTOLS; BACKGAMMON GAMES; BELLS FOR CHRISTMAS TREES; BILLIARD BALLS; BILLIARD TABLES; TOY BUILDING BLOCKS; BOARD GAMES; CHESS GAMES; CHESS BOARDS; CHRISTMAS CRACKERS; SKATING BOOTS WITH SKATES ATTACHED; BOWLING APPARATUS AND MACHINERY; BUILDING GAMES; CANDLE HOLDERS FOR CHRISTMAS TREES; CHECKERBOARDS; DRAUGHTS SETS CONSISTING PRIMARILY OF DRAUGHT BOARDS; CHESS SETS; CHRISTMAS TREES OF SYNTHETIC MATERIALS; CONJURING APPARATUS, NAMELY, MAGIC TRICKS; CUPS FOR DICE; DARTS; DICE; DOLLS' BEDS; DOLLS' CLOTHES; DOLLS' HOUSES; DOLLS' ROOMS; DOMINOES; DUMB-BELLS; ELBOW GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; CHEST EXPANDERS BEING AN EXERCISE APPARATUS; FAIRGROUND RIDE APPARATUS, NAMELY, AMUSEMENT PARK RIDES, ROLLERCOASTERS, CAROUSELS; DOLLS' FEEDING BOTTLES; FISH HOOKS; FISHING TACKLE; FLIPPERS FOR SWIMMING; FLOATS FOR FISHING; FLYING DISC TOYS; AUTOMATIC AND COIN-OPERATED ARCADE AMUSEMENT GAME MACHINES; BATS FOR GAMES; APPARATUS FOR ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HANDHELD UNITS FOR PLAYING VIDEOGAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GOLF BAGS; GOLF CLUBS; GOLF GLOVES; GLOVES FOR GAMES AND SPORTS, NAMELY, BASEBALL GLOVES, GOLF GLOVES, BOXING GLOVES, HOCKEY GLOVES, BOWLING GLOVES, FOOTBALL GLOVES; PRACTICAL JOKES AND NOVELTIES, NAMELY, TOY AND NOVELTY FACE MASKS AND TOY FOAM NOVELTY ITEMS, SUCH AS FOAM FINGERS AND HANDS; KITE REELS; KITES; KNEE GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; MAH-JONG SETS; MARBLES FOR GAMES; MARIONETTES; THEATRICAL MASKS; TOY MASKS; MOBILE TOY CARS; SCALE MODEL VEHICLES; PARLOUR GAMES; TOYS, NAMELY, PERCUSSION CAPS; TOY PISTOLS; RACKETS BEING TENNIS RACKETS, TABLE TENNIS RACKETS, PADDLE RACKETS, BADMINTON RACKETS, SQUASH RACKETS; INFANT RATTLES; RING GAMES; ROCKING HORSES; ROLLER SKATES; SAILBOARDS; SKIS; SOAP BUBBLES DISPENSER TOYS, BUBBLE MAKING WAND AND SOLUTION SETS; SPINNING TOPS; SPRINGBOARDS BEING SPORTING ARTICLES; STATIONARY EXERCISE BICYCLES; SWIMMING POOLS BEING PLAY ARTICLES; SWIMMING WEBS, NAMELY, FLIPPERS; SWINGS; TABLES FOR TABLE TENNIS; TOYS FOR DOMESTIC PETS; WATER SKIS; PLAY ARTICLES FOR SWIMMING, WATER GAMES SPORTS AND ACTIVITIES, NAMELY, WATER PISTOLS, WATER SQUIRTING TOYS, WATER GLOBES; BEACH BALLS; AUTOMATIC AND COIN-OPERATED AMUSEMENT GAME MACHINES; BAGS ESPECIALLY DESIGNED FOR SKIS AND SURFBOARDS; BINGO CARDS; BUTTERFLY NETS; GAMES CARDS, NAMELY, PLAYING CARDS; CONFETTI; IN-LINE ROLLER SKATES; KALEIDOSCOPES; MASTS FOR SAILBOARDS; LANDING NETS FOR ANGLERS; RADIO CONTROLLED TOY VEHICLES; ROULETTE WHEELS; SNOW GLOBES; SNOWSHOES; AMUSEMENT APPAR-

**Reg. No. 4,489,981** ATUS FOR USE IN ARCADES INCORPORATING A VIDEO MONITOR; STAND-ALONE VIDEO OUTPUT GAME MACHINES; COIN OR COUNTER OPERATED ARCADE GAMES; HORIZONTAL PINBALL MACHINES; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; NON-ELECTRIC HANDHELD ACTION SKILL GAMES; GAME EQUIPMENT SOLD AS A UNIT FOR PLAYING A BOARD GAME, A CARD GAME, A MANIPULATIVE GAME, A PARLOUR GAME, A PARLOUR-TYPE COMPUTER GAME, AND AN ACTION-TYPE TARGET GAME; PUZZLES; PAPER PARTY HATS; PAPER FACE MASKS; TOY MASKS, NAMELY, MASQUERADE AND HALLOWEEN COSTUME MASKS; WATER SQUIRTING TOYS; DARTBOARDS; SWIMMING AIDES, NAMELY, ARM FLOATS FOR RECREATIONAL USE; SWIMMING KICK BOARD FLOTATION DEVICES FOR RECREATIONAL USE; SWIM BOARDS FOR RECREATIONAL USE; SWIM FINS; TOY GUNS; TOY BAKEWARE AND TOY COOKWARE; TOY SNOW GLOBES; BOXING GLOVES; HOCKEY STICKS; CHRISTMAS STOCKINGS; SLING SHOTS; FLOATS FOR BATHING AND SWIMMING; BEAN BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS; BOUILLON; BOUILLON CONCENTRATES; BROTH; BROTH CONCENTRATES; BUTTER; CAVIAR; CHEESE; CHEESE SNACKS, NAMELY, COTTAGE CHEESE, CHEESE SPREADS; CHEESE IN THE FORM OF DIPS, SPREADS AND STICKS; DAIRY PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; DAIRY PUDDINGS; FROSTED FRUITS; FROZEN FRUITS; PROCESSED AND DRIED FRUITS; VEGETABLE AND FRUIT JUICES FOR COOKING; FRUIT CHIPS; PROCESSED AND DRIED VEGETABLES; MARGARINE; MARMALADE; MEAT JELLIES; MEAT TINNED; BEVERAGES CONSISTING PRINCIPALLY OF MILK; SOYBEAN-BASED FOOD BEVERAGE USED AS A MILK SUBSTITUTE, NAMELY, SOYBEAN MILK; MILK SHAKES; DAIRY PRODUCTS FOR MAKING MILK SHAKES, NAMELY, MILK; PREPARATIONS FOR MAKING MILK SHAKES, NAMELY, MILK POWDERS; PRESERVED MUSHROOMS; PRESERVED ONIONS, PRESERVED OLIVES; GHERKINS; PREPARED NUTS; SNACK MIX CONSISTING PRIMARILY OF NUTS, SPICY MIXED NUTS, NUT BASED FOOD BARS; GINGER JAM; LIVER PASTES; LIVER PÂTÉ; COCOA BUTTER FOR FOOD PURPOSES AND PROCESSED PEANUTS; DRIED LENTILS; DRIED PEAS; FRUIT PEEL; POTATO CHIPS; POTATO CRISPS; POTATO FRITTERS; SALADS EXCEPT MACARONI, RICE, AND PASTA SALAD; SAUERKRAUT; SAUSAGES; SESAME OIL; PREPARATIONS FOR MAKING SOUP; SOUPS; TOFU; VEGETABLE SALADS; VEGETABLE PREPARATIONS FOR MAKING SOUP IN THE NATURE OF SOUP MIX; WHIPPED CREAM; YOGHURT; FOODSTUFFS IN THE FORM OF BEAN, FRUIT, MEAT, AND POTATO BASED SNACK FOODS; POTATO BASED SNACKS; PROCESSED, EDIBLE SEAWEED; PROCESSED, DRIED AND PRESERVED MEAT, FISH, POULTRY AND GAME; BACON; PREPARATIONS FOR MAKING BOUILLON; CHOCOLATE NUT BUTTER; CHARCUTERIE; HAM; CRYSTALLIZED FRUITS; FISH PRESERVES, TINNED; FRUIT JELLIES; FRUIT SALADS; MAIZE OIL; OLIVE OIL FOR FOOD; RAISINS; TOMATO PURÉE; TINNED FRUITS AND VEGETABLES; SEAFOOD NOT LIVE; PROCESSED AND PRESERVED SEAFOOD, TINNED, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; FLOUR; BREAD, PASTRY AND CONFECTIONERY MADE OF SUGAR; ICE CREAM; FRUIT ICES; HONEY; TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES AS CONDIMENTS; SPICES; ICE; BREAKFAST CEREAL; BISCUITS; CAKE MIXES; CANDY DECORATIONS FOR CAKES, CHOCOLATE DECORATIONS FOR CAKES; FLA-VORINGS FOR CAKES OTHER THAN ESSENTIAL OILS; CAKE PREPARATIONS, NAMELY, FROSTING, ICING, CANDY DECORATIONS, AND CAKE MIXES; MALT FOR FOOD PUR-POSES; SOYBEAN MALT, NAMELY, MALT EXTRACTS FOR FOOD; MALT BISCUITS; RICE CAKES; SWEETS AND CANDIES; SUGAR CONFECTIONERY, NAMELY, CRYSTAL SUGAR PIECES; CANDY BARS; CANDY MINTS; CHOCOLATE CONFECTIONERY, NAMELY, CHOCOLATE; CHOCOLATE; CHOCOLATE-BASED BEVERAGES WITH MILK; CHOCOLATE-BASED BEVERAGES; CONFECTIONERY DECORATIONS FOR CHRISTMAS

**Reg. No. 4,489,981**   TREES; CANDY WITH COCOA, COCOA BEVERAGES WITH MILK; COFFEE-BASED BEVERAGES; COFFEE BEVERAGES WITH MILK; COFFEE FLAVORINGS; COFFEE SUBSTITUTES; COFFEE AND COFFEE BASED BEVERAGES; TEA, NAMELY, GINSENG TEA, BLACK TEA, OOLONG TEA, BARLEY AND BARLEY-LEAF TEA; COOKIES; POPCORN; FLAVORED POPCORN; CORN FLAKES; CONFECTIONERY CHIPS FOR BAKING; ICE-CREAM; CURRY; CAPERS; CUSTARD; CUSTARD MIXES AND POWDER; CEREAL FLAKES; FLAVORINGS, OTHER THAN ESSENTIAL OILS; CONFECTIONERY ICES, NAMELY, SHERBETS AND FROZEN YOGHURTS; FRUIT JELLY CANDY; GINGERBREAD; CHOCOLATE SYRUP; KETCHUP; LIQUORICE; NON-MEDICATED LOZENGES; MEAT PIES; MEAT TENDERIZERS FOR HOUSEHOLD PURPOSES; PANCAKES; CONFECTIONERY, NAMELY, PASTILLES; PASTRIES; CORN CHIPS; TORTILLAS; PEPPER; PIZZAS; PUDDINGS; RAVIOLI; ROYAL JELLY FOR FOOD PURPOSES; THICKENING AGENTS FOR USE IN COOKING; PREPARED WASABI PASTE; SOY SAUCE; PASTAS, NOODLES AND VERMICELLI; SUSHI; VANILLA; WAFFLES; FROZEN YOGHURT; FROZEN CONFECTIONS; PRETZELS; GRAINED BASED SNACK FOODS; ALMOND CONFECTIONERY, NAMELY, ALMOND PASTE AND ALMOND CAKE; AROMATIC PREPARATIONS FOR FOOD, NAMELY, EXTRACTS USED AS FLAVORING; STARCH-BASED BINDING AGENTS FOR ICE CREAM; BREAD ROLLS; CAKES; CANDY, NAMELY, CARAMELS; CHEWING GUM, NOT FOR MEDICAL PURPOSES; CORN MEAL; CRACKERS; CRISP SNACK FOOD PRODUCTS, NAMELY, CRISP BREAD SNACKS; FLOUR BASED SAVORY SNACKS, NAMELY, FLOUR-BASED CHIPS; CEREAL BASED SNACK FOODS; EDIBLE ICES; GOLDEN SYRUP; MACARONI; MARZIPAN; MAYONNAISE; OATMEAL; DRIED CHILI PEPPERS FOR USE AS SEASONINGS; PIES; RELISH; RUSKS; COOKING SALT; SANDWICHES; TO-MATO SAUCE; SEASONINGS; SORBETS; SHERBETS; SPAGHETTI; TARTS; WHEAT FLOUR; SALAD DRESSINGS; MEAT GRAVIES; FRUIT SAUCES EXCLUDING CRANBERRY SAUCE AND APPLESAUCE; CONES FOR ICE CREAM; CANNED PASTA; DESSERT PUDDINGS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS; FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES, NAMELY, SYRUP SUBSTITUTES FOR MAKING BEVERAGES; ALES; ALCOHOLIC AND NON-ALCOHOLIC BEERS; NON-ALCOHOLIC FRUIT DRINKS; NON-ALCOHOLIC FRUIT JUICES; NON-AL-COHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; NON-ALCO-HOLIC CARBONATED DRINKS; NON-ALCOHOLIC DRINKS IN THE NATURE OF ENERGY DRINKS; NON-ALCOHOLIC WINES; PINEAPPLE JUICE BEVERAGES; NON-ALCOHOLIC APERITIFS; NON-ALCOHOLIC COCKTAILS; ENERGY DRINKS; NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES; FRUIT-BASED SYRUP FOR MAKING FRUIT JUICES AND FRUIT DRINKS; NON-ALCOHOLIC FRUIT NECTARS; WHEY BEVERAGES; EXTRACTS OF HOPS AND MALTS FOR MAKING BEER; NON-ALCOHOLIC HONEY-BASED BEVERAGES; GINGER BEERS; ISOTONIC BEVERAGES; ICED FRUIT BEVERAGES; DRINKING WATER; VEGETABLE JUICES; COLA BEVERAGES; COLA DRINKS; SPRING WATER; LITHIA WATER; PREPARATIONS FOR MAKING LIQUEURS, NAMELY, FRUIT ESSENCES USED IN THE PREPARATION OF LIQUEURS; LEMONADES; MILK OF AL-MONDS BEING BEVERAGES; PEANUT MILK, BEING SOFT DRINKS; MALT BEER; MALT BASED PREPARATIONS FOR MAKING BEVERAGES, NAMELY, MALT SYRUP; MILK OF ALMONDS FOR BEVERAGES; FLAVORED WATERS; BEER WORT; FROZEN FRUIT BEVERAGES; LAGERS; CONCENTRATES IN TABLET FORM FOR MAKING EFFERVES-CENT DRINKS; TABLE WATERS; BOTTLED WATER; GRAPE JUICE; UNFERMENTED GRAPE MUST; SARSAPARILLA SOFT DRINK; SELTZER WATER; SHANDY; CIDER, NON-ALCOHOLIC; SODA WATER; SORBETS IN THE FORM OF BEVERAGES; STOUT; SPORTS DRINKS; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; VEGETABLE JUICE; SOFT DRINKS; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES, EXCEPT BEERS; RICE ALCOHOL; APERITIFS; ALCO-HOLIC BEVERAGES CONTAINING FRUIT; ALCOHOLIC EXTRACTS; ALCOHOLIC FRUIT EXTRACTS; DISTILLED SPIRITS; DISTILLED ALCOHOLIC DRINKS; BRANDY; HARD

**Reg. No. 4,489,981**   CIDER; MEAD; PREPARED ALCOHOLIC COCKTAILS; LIQUEURS; SAKE; SPIRITS; VODKA; WHISKY; RUM; GIN; WINE; COOKING WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: TOBACCO; MATCHES; ASHTRAYS; CIGARETTE PAPER; CIGAR CASES; CIGARETTE CASES; CIGAR CUTTERS; CIGAR HOLDERS; CIGARETTE FILTERS; MOUTHPIECES FOR CIGARETTE HOLDERS; CIGARETTE HOLDERS; CIGARETTE TIPS; CIGARETTES; CIGAR-ETTES CONTAINING TOBACCO SUBSTITUTES NOT FOR MEDICAL PURPOSES; CIGAR-ILLOS; CIGARS; LIGHTERS FOR SMOKERS; MATCH BOXES; MATCH HOLDERS; MATCHES; PIPE CLEANERS FOR TOBACCO PIPES AND SMOKING PIPES; PIPE RACKS FOR SMOKING PIPES; TOBACCO PIPES; TOBACCO POUCHES; SNUFFBOXES; TOBACCO STORAGE TINS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING SERVICES; BUSINESS ADMINISTRATION AND MANAGEMENT; PROVIDING OFFICE FUNCTIONS; WHOLESALE AND RETAIL STORE SERVICES AND MAIL ORDER CATALOG SERVICES IN THE FIELD OF GAMES FOR MOBILE DEVICES, GAMES FOR PERSONAL COMPUTERS, GAMES FOR CONSOLES, GAMES FOR TABLETS, ELECTRONIC GAME PROGRAMS, DOWNLOADABLE ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME SOFTWARE, COMPUTER GAME PROGRAMS, DOWNLOADABLE COMPUTER GAME PROGRAMS, INTERACTIVE GAME PROGRAMS, INTERACTIVE GAME SOFTWARE, COMPUTER PROGRAMS, SAVED COMPUTER SOFTWARE, PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, MOUSE PADS, PARTY FAVORS AND FESTIVE DECORATIONS AND ORNAMENTS, GIFTS AND NOVELTY GOODS, SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, HAIR CARE PRODUCTS, TOILETRIES, DENTIFRICES, PERSONAL HYGIENE PRODUCTS, CLEANING, POLISHING AND SANDING PREPARATIONS, SUBSTANCES FOR LAUNDRY USE, MANICURE TOOLS, NAIL CARE PREPARATIONS, NAIL POLISH, NAIL VARNISH, FALSE NAILS, DIETARY NUTRIENTS, FOOD FOR BABIES, SANITARY PREPARATIONS, CANDLES, CANDLE WICKS, LIGHTING SPLINTS, GREASES, LUBRIC-ANTS, OILS FOR PAINTS, CUTLERY, CROCKERY, MANICURE SETS, SHAVING INSTRU-MENTS, RAZORS, MACHINES AND MACHINE TOOLS FOR KITCHEN OR HOUSEHOLD PURPOSES, HAND-HELD TOOLS, FILMS, CAMERAS, VIDEO DISCS, VIDEO RECORDERS, AUDIO AND VISUAL PRODUCTS, AUDIO AND VIDEO TAPES, RECORDS AND DISCS, INSTRUMENTS AND APPARATUS FOR THE RECORDING, TRANSMITTING OR REPRO-DUCTION OF SOUNDS OR IMAGES, TELEVISIONS, CASSETTE TAPE PLAYERS OR RE-CORDERS, VIDEO CASSETTE OR DISC PLAYERS OR RECORDERS, RADIOS, TELE-PHONES, WIRELESS PHONES, MOBILE PHONES, MOBILE PHONE CASES, DECORATIONS AND STRAPS FOR PHONES, CALL INDICATORS, CALCULATING MACHINES, CALCU-LATORS, ELECTRONIC AND COMPUTER GAMES, CINEMATOGRAPHIC FILMS, LIGHTS, FANS, COOKING UTENSILS, CAKE AND PASTRY MOULDS, TOASTERS, OVENS, KITCHEN UTENSILS, UTENSILS AND CONTAINERS FOR SERVING OR STORING FOOD AND/OR BEVERAGES, CHOPSTICKS, CUTTING UTENSILS, PORCELAIN, CRYSTAL WARE, ENAMEL CONTAINERS, SILVERWARE, GLASSWARE, TERRACOTTA CONTAINERS, EARTHENWARE, CERAMICS, HAIR DRYERS, LAMPS, LAMPSHADES AND PARTS AND FITTINGS THEREFOR, BABY CARRIAGES, BALLOONS, BICYCLE HORNS, CLOCKS AND WATCHES AND ACCESSORIES AND PARTS AND FITTINGS THEREFOR, JEWELRY AND IMITATION JEWELRY, ORNAMENTS, GOODS OF PRECIOUS METAL OR COATED THEREWITH, MUSIC BOXES, MUSICAL INSTRUMENTS, PICTURES, PHOTOGRAPHS, STATIONERY, PAPER AND CARDBOARD AND GOODS MADE FROM THESE MATERIALS, ARTISTS' MATERIALS, PAINT BRUSHES, WRITING INSTRUMENTS, PRINTED MATTER, BOOKS, NEWSPAPERS, MAGAZINES AND PERIODICALS, GREETING AND CHRISTMAS CARDS, PLAYING CARDS, PACKING AND PACKAGING MATERIALS, PICTURE FRAMES AND STANDS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, GOODS MADE OF LEATHER AND/OR IMITATIONS OF LEATHER, BAGS AND LUGGAGE, PURSES AND WALLETS, UMBRELLAS, WALKING STICKS, MIRRORS, COAT HANGERS AND PEGS, NAMEPLATES, SMALL HOUSEHOLD FITTINGS, HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, COMBS, SPONGES, BRUSHES, ARTICLES FOR CLEANING PURPOSES, SPECTACLES, SPECTACLE FRAMES AND SUNGLASSES AND CASES AND ACCESSORIES THEREFOR, TEXTILE AND TEXTILE GOODS, BEDDING, AND TABLE

**Reg. No. 4,489,981**  LINENS AND COVERS, NAPKINS, TABLE MATS, FURNITURE, SEWING SUPPLIES, HANDKERCHIEFS, ARTICLES OF CHILDREN, WOMEN AND MEN'S CLOTHING, FOOTWEAR, HEADGEAR AND GLOVES, BUTTONS, BADGES, RIBBONS AND BRAID, LACE AND EMBROIDERY, HAIR PINS AND ORNAMENTS, BRACES, SHOE ORNAMENTS, HAT ORNAMENTS, ZIPPER AND ZIPPER FASTENERS, CARPETS, RUGS AND MATS, TOYS, GAMES AND PLAYTHINGS, DOLLS, PLUSH TOYS, SOFT DOLLS, FIGURINES, SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS TREES, FOOD AND BEVERAGES, CONFECTIONERY, FLORAL PRODUCTS, MATCHES, CIGARS, CIGARETTES AND SMOKERS' ARTICLES; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; PUBLICATION OF PUBLICITY TEXTS; SALES PROMOTION FOR OTHERS; ARRANGING OF ADVERTISING SERVICES, NAMELY, ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; BUSINESS MANAGEMENT OF PERFORMING ARTISTS; IMPORT-EXPORT AGENCIES; DIRECT MAIL ADVERTISING SERVICES; BUSINESS MANAGEMENT OF HOTELS FOR OTHERS; MARKETING RESEARCH SERVICES; OUTDOOR ADVERTISING; PERSONNEL RECRUITMENT; ADVERTISING AGENCY SERVICES; RADIO ADVERTISING; TELEVISION ADVERTISING; ONLINE ADVERTISING ON A COMPUTER COMMUNICATIONS NETWORK; PROCUREMENT SERVICES FOR THIRD PARTIES BEING ACQUISITION OF GOODS AND SERVICES FOR OTHER COMPANIES; RENTAL OF ADVERTISING TIME ON COMMUNICATION MEDIA; RENTAL OF OFFICE MACHINERY AND EQUIPMENT; VENDING MACHINE RENTAL SERVICES; AUCTIONEERING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: FINANCIAL AFFAIRS AND MONETARY AFFAIRS, NAMELY, FINANCIAL INFORMATION, MANAGEMENT AND ANALYSIS SERVICES; COMPUTERIZED FINANCIAL SERVICES, NAMELY, ELECTRONIC COMMERCE PAYMENT SERVICES IN THE NATURE OF ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; COMPUTERIZED FINANCIAL SERVICES FOR RETAIL BUSINESSES, NAMELY, BILL PAYMENT SERVICES FOR THE PURCHASE OF GOODS AND SERVICES ONLINE; PROVIDING INFORMATION, ADVISORY AND CONSULTANCY SERVICES RELATING TO FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; AGENCY SERVICES FOR RENTING OF APARTMENTS; RENTAL HOUSING MANAGEMENT; BANKING AND BANKING SERVICES; CAPITAL INVESTMENT SERVICES; CHARITABLE FUND RAISING SERVICES; CREDIT CARD SERVICES; ISSUANCE OF CREDIT CARDS; DEBIT CARD SERVICES; FINANCIAL ADVISORY SERVICES; FINANCIAL PLANNING AND FINANCIAL SERVICES IN THE NATURE OF ADVISING ON SAVINGS AND INVESTMENTS; ISSUE OF TOKENS OF VALUE; ISSUING OF BANK CHECKS AND TRAVELERS' CHECKS; LEASING OF REAL ESTATE; REAL ESTATE MANAGEMENT SERVICES; RENT COLLECTION; RENTAL OF OFFICE SPACE; RENTING OF HOMES; RENTING OF FLATS AND APARTMENTS; SAVINGS ACCOUNT SERVICES; ELECTRONIC FUNDS TRANSFER; REAL ESTATE AGENCIES; TRUSTEESHIP SERVICES, NAMELY, TRUSTEESHIP REPRESENTATIVES; FIRE INSURANCE UNDERWRITING; CAPITAL INVESTMENT SERVICES; HEALTH INSURANCE UNDERWRITING; INSURANCE BROKERAGE; LIFE INSURANCE UNDERWRITING; MARINE INSURANCE UNDERWRITING; MUTUAL FUNDS BROKERAGE, DISTRIBUTION, INVESTMENT AND PLANNING SERVICES; HOME BANKING; FINANCING OF LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: TELECOMMUNICATIONS, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; CABLE TELEVISION BROADCASTING; TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; PROVIDING INFORMATION MULTIPLE USER ACCESS TO INFORMATION IN THE FIELD OF TELECOMMUNICATIONS, SPECIFICALLY ON COMMUNICATION BY TELEPHONES AND CELLULAR TELEPHONES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; ELECTRONIC MAIL; FACSIMILE TRANSMISSION; RADIO BROADCASTING; SENDING OF TELEGRAMS; TELEPHONE COMMUNICATION SERVICES; TELEVISION TRANSMISSION SERVICES; PAGING SERVICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER

**Reg. No. 4,489,981** NETWORK; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK BEING TELECOMMUNICATIONS SERVICE PROVIDERS; TELECOMMUNICATIONS ROUTING AND JUNCTION SERVICES; ELECTRONIC BULLETIN BOARD SERVICES; TELECONFERENCING SERVICES; TELECOMMUNICATION SERVICES FOR PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS AND CONSUMER VIDEO GAME APPARATUSES; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF A CONSUMER VIDEO GAME APPARATUS; PROVIDING TELECOMMUNICATION SERVICES FOR MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ARCADE VIDEO GAME MACHINES BY DIGITAL TRANSMISSION OR BY SATELLITE FOR THE PURPOSE OF PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF ARCADE VIDEO GAME MACHINES; COMMUNICATION BY HANDHELD GAME APPARATUSES USING DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION USING DIGITAL TRANSMISSION OR SATELLITE BY MEANS OF HANDHELD GAME APPARATUS; COMMUNICATION BY MESSAGES AND PICTURES BY USING COMPUTERS CONNECTED TO A GLOBAL COMPUTER NETWORK; TELECOMMUNICATION OTHER THAN BROADCASTING, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; BROADCASTING OF RADIO AND TELEVISION PROGRAMS; NEWS AGENCY SERVICES FOR ELECTRONIC TRANSMISSION, NAMELY, THE TRANSMISSION OF NEWS ITEMS TO NEWS REPORTING SERVICES; RENTAL OF TELECOMMUNICATION EQUIPMENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF MODEMS; ELECTRONIC MESSAGE TRANSMISSION; SATELLITE TRANSMISSION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: EDUCATION SERVICES, NAMELY, PROVIDING ON-LINE CLASSES, SEMINARS AND WORKSHOPS IN THE FIELD OF MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, AND GENERAL TRIVIA; PROVIDING ON-LINE TRAINING COURSES, SEMINARS, WORKSHOPS IN THE FIELD OF SPORTS, MUSIC, ARTS, IT AND GENERAL TRIVIA; ENTERTAINMENT, NAMELY, PROVIDING NON-DOWNLOADABLE PRE-RECORDED DIGITAL MUSIC PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA A GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS; ORGANIZATION OF SPORTING EVENTS, NAMELY, SWIMMING MEETS, SOCCER COMPETITIONS, BASEBALL COMPETITIONS AND HOCKEY COMPETITIONS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR HANDHELD GAME APPARATUS, FOR ARCADE VIDEO GAME MACHINES AND FOR CONSUMER VIDEO GAME APPARATUS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR ENTERTAINMENT PURPOSES BY COMPUTER NETWORK AND VIA COMMUNICATION BY A COMPUTER NETWORK AND VIA COMMUNICATIONS BY CELLULAR PHONES; ORGANIZATION AND ARRANGEMENT OF VIDEO GAME TOURNAMENT EVENTS; RENTAL OF CONSUMER VIDEO GAME APPARATUS AND ARCADE VIDEO GAME MACHINES; RENTAL OF HANDHELD GAME APPARATUS; EDUCATIONAL AND INSTRUCTIONAL SERVICES IN THE NATURE OF CLASSES, WORKSHOPS OR SEMINARS IN THE FIELD OF ARTS, CRAFTS, SPORTS AND GENERAL KNOWLEDGE OR TRIVIA; MOVIE SHOWING, MOVIE FILM PRODUCTION, AND MOVIE FILM DISTRIBUTION PROVIDING INFORMATION ON PROGRAM LISTING OF TELEVISION BROADCASTING SERVICES; PROVIDING ENTERTAINMENT INFORMATION VIA WEBSITES; ENTERTAINMENT SERVICES IN THE NATURE OF CREATION, DEVELOPMENT, AND PRODUCTION OF CINEMATOGRAPHIC FILMS, ANIMATION AND ANIMATED FILMS, AND TELEVISION PROGRAMS FOR OTHERS; PROVISION OF PRE-RECORDED, NON-DOWNLOADABLE DIGITAL MUSIC ONLINE BY MEANS OF MP3 WEBSITES ON A GLOBAL COMPUTER NETWORK, THE INTERNET AND VIA MOBILE PHONES AND WIRELESS ELECTRONIC COMMUNICATION DEVICES; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC FROM THE INTERNET, VIA WIRELESS ELECTRONIC COMMU-

**Reg. No. 4,489,981**   NICATION DEVICES; PROVIDING AMUSEMENT ARCADES AND CENTERS; PROVIDING AMUSEMENT PARK AND THEME PARK SERVICES; AMUSEMENT ARCADE SERVICES; ORGANIZATION, PRODUCTION AND PRESENTATION OF SHOWS, CONCERTS, LIVE MUSICAL PERFORMANCES, THEATRICAL PERFORMANCES, EXHIBITIONS IN THE FIELDS OF ART, EDUCATION, CULTURE, SPORTS AND ENTERTAINMENT, SPORTS COMPETITIONS, SPORTING AND CULTURAL ACTIVITIES; CABARETS AND VARIETY SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCES AND LIVE PERFORM- ANCES SHOWCASING TALENT; MOVIE STUDIOS, DISCOTHEQUE SERVICES; PUBLIC- ATION OF BOOKS, TEXTS, MAGAZINES, NEWSPAPERS AND PERIODICALS; LIBRARY SERVICES; PROVIDING FACILITIES FOR ENTERTAINMENT INCLUDING CONCERTS, SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCE, AND LIVE PERFORM- ANCES SHOWCASING TALENT, PERFORMANCES, SPORTS, GAMES, RECREATION AND CULTURAL ACTIVITIES; PROVISION OF INFORMATION RELATING TO EDUCATION, ENTERTAINMENT, AMUSEMENT ATTRACTIONS, RECREATIONAL ACTIVITIES, SPORTS AND CULTURE; CINEMATOGRAPHIC FILM AND VIDEO PRODUCTION; RENTAL OF CINE-FILMS, CINEMATOGRAPHIC FILMS, VIDEO TAPES, LASER DISCS, VIDEO DISCS AND DIGITAL VERSATILE (VIDEO) DISCS FEATURING ANIMATED CARTOONS; RENTAL OF SOUND RECORDINGS; RENTAL OF SHOW AND STAGE SCENERY; NURSERY SCHOOLS; PROVIDING FACILITIES FOR GAMES; ARRANGING OF BEAUTY CONTESTS; CIRCUSES; PROVIDING EDUCATION IN THE FIELD OF MATH, SOCIAL STUDIES, SCI- ENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC AND GENERAL TRIVIA RENDERED THROUGH CORRESPONDENCE COURSES; ENTERTAINER SERVICES, NAMELY, LIVE, TELEVISED AND MOVIE APPEAR- ANCES BY A PROFESSIONAL ENTERTAINER; ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; GAMING SERVICES IN THE NATURE OF CASINO GAMING; GYMNASTIC INSTRUCTION SERVICES; PROVIDING MUSEUM FA- CILITIES FOR PRESENTATIONS AND EXHIBITIONS; OPERATING LOTTERIES; ORCHES- TRA SERVICES; PARTY PLANNING BEING ENTERTAINMENT; SCRIPTWRITING SER- VICES FOR NON-ADVERTISING PURPOSES; ENTERTAINMENT IN THE NATURE OF THEATRE PRODUCTIONS; ZOOLOGICAL GARDENS SERVICES; ELECTRONIC DESKTOP PUBLISHING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES VIA A COMPUTER NETWORK; SIGN LANGUAGE INTERPRETATION; VOCA- TIONAL GUIDANCE IN THE NATURE OF EDUCATION AND TRAINING ADVICE; MICRO- FILMING FOR OTHERS; MUSIC COMPOSITION SERVICES FOR OTHERS; NIGHT CLUBS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING KARAOKE SERVICES; PROVIDING ONLINE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWS ARTICLES FOR CHILDREN; ONLINE ELECTRONIC PUBLISHING OF ELECTRONIC BOOKS AND JOURNALS; VIDEOTAPING BEING PRODUCTION SERVICES; BOWLING ALLEYS; RENTAL OF BATTING STADIUM OR DOME FACILITIES FOR BASEBALL GAMES; PRO- VISION OF ON-LINE NON-DOWNLOADABLE MOVIES AND ANIMATED CARTOONS VIA A VIDEO-ON DEMAND SERVICE AND PROVISION OF ON-LINE NON-DOWNLOAD- ABLE MOVIES AND ANIMATED CARTOONS VIA A GLOBAL COMPUTER NETWORK; PROVIDING A WEBSITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELDS OF ELECTRONIC GAME PROGRAMS AND ELECTRONIC GAME PRODUCTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK; PROVIDING TEMPORARY HOUSING ACCOMMODATION SERVICES; HOTEL AND TEMPORARY ACCOMMODATION SERVICES AND CATERING SERVICES FOR GUESTS; RESTAURANTS; CAFÉS; CAFET- ERIAS; BAR SERVICES; CANTEENS SERVICES; CATERING SERVICES; SELF-SERVICE RESTAURANTS; SNACK BARS; COCKTAIL LOUNGES; PROVIDING INFORMATION IN THE FIELD OF THE PROVISION OF FOOD AND BEVERAGES; AGENCY SERVICES FOR THE RESERVATION OF TEMPORARY ACCOMMODATIONS AND LODGING FACILITIES IN THE NATURE OF HOTELS, MOTELS AND BOARDING HOUSES; HOLIDAY CAMP SERVICES; RESTAURANTS, CAFÉS, CAFETERIAS, BAR SERVICES, CANTEEN SERVICES AND COCKTAIL LOUNGE SERVICES INSTALLED WITH; AUDIO AND VISUAL APPAR- ATUS WITH SING ALONG DEVICES CHILD-CARE SERVICES; DAY-NURSERIES, NAMELY, CRÈCHES; PROVIDING TEMPORARY ACCOMMODATIONS IN THE NATURE OF TOURIST

**Reg. No. 4,489,981**   HOMES; PROVIDING BAR SERVICES FOR WEDDING RECEPTIONS; PROVIDING FACIL-
ITIES FOR EXHIBITIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

OWNER OF U.S. REG. NOS. 3,988,064, 4,252,003 AND OTHERS.

PRIORITY DATE OF 2-9-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1152686 DATED 8-8-2012, EXPIRES 8-8-
2022.

THE MARK CONSISTS OF A STYLIZED HEAD OF A BIRD WITH AN EXTRA-LONG BEAK.

SER. NO. 79-127,162, FILED 8-8-2012.

JACLYN KIDWELL WALKER, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,489,980**

**Registered Mar. 4, 2014**

**Int. Cls.: 3, 5, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 36, 38, 41 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

ROVIO ENTERTAINMENT LTD (FINLAND CORPORATION)
P.O. BOX 65
FI-02151 ESPOO
FINLAND

FOR: BLEACHING PREPARATIONS AND BLEACHING SALTS AND BLEACHING SODAS FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; NON-MEDICATED TOILETRIES; HAND CARE PREPARATIONS, NAMELY, HAND CREAM; NON-MEDICATED PRODUCTS IN THE NATURE OF COSMETICS AND COSMETIC PREPARATIONS FOR THE CARE AND CLEANSING OF HAIR AND SKIN, NAMELY, SHAMPOOS, CONDITIONERS, BALMS, SOAPS, AND SHOWER GEL; ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE LOTIONS; ANTIPERSPIRANTS; ANTISTATIC PREPARATIONS FOR HOUSEHOLD PURPOSES; AROMATICS, NAMELY, AROMATIC OILS AND AROMATIC POTPOURRIS; MILLED AND PROCESSED QUILLAIA BARK FOR USE AS HAND WASHING SOAP AND LAUNDRY SOAP; BATH SALTS; COSMETIC PREPARATIONS FOR BATHS; BEAUTY MASKS; BLEACHING SALTS; BLEACHING SODA; BLUING FOR LAUNDRY; COLOR-BRIGHTENING CHEMICALS IN THE NATURE OF WASHING PREPARATIONS FOR LAUNDRY USE; PAINT REMOVING PREPARATIONS; COSMETICS KITS COMPRISED OF COSMETICS; COSMETIC PREPARATIONS FOR SLIMMING PURPOSES; COTTON STICKS FOR COSMETIC PURPOSES; COTTON WOOL FOR COSMETIC PURPOSES; COSMETIC CREAMS; SKIN WHITENING CREAMS; CREAMS FOR LEATHER; DENTURE POLISHES; PREPARATIONS FOR CLEANING DENTURES; DEODORANTS FOR PERSONAL USE; HAIR DYES FOR COSMETIC PURPOSES; EAU DE COLOGNE; TOILETTE WATER; HAIR CREAMS; HAIR GELS; SHAMPOOS; HAIR CONDITIONERS AND HAIR MOISTURIZING PREPARATIONS; PERFUMES; LIPSTICKS; SKIN AND FACE CREAMS AND LOTIONS; FALSE NAILS; NAIL POLISHES AND NAIL VARNISHES AND NAIL POLISH THINNERS; NON-MEDICATED SUN CARE PREPARATIONS; BLEACHING PREPARATIONS IN THE NATURE OF DECOLORANTS FOR COSMETIC PURPOSES; CAKE FLAVORINGS IN THE NATURE OF ESSENTIAL OILS; CLEANSING MILK FOR COSMETIC TOILETRY PURPOSES; EYEBROW COSMETICS; EYEBROW PENCILS; FABRIC SOFTENERS FOR LAUNDRY USE; FALSE EYELASHES; FLOOR WAX; HAIR DYES; HAIR SPRAY; LAUNDRY BLEACH; LAUNDRY PRE-SOAK DETERGENTS; LAUNDRY STARCH; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MAKE-UP POWDER; MAKE-UP PREPARATIONS; MAKE-UP REMOVING PREPARATIONS; MASCARA; MOUTH WASHES, NOT FOR MEDICAL PURPOSES; NAIL CARE PREPARATIONS; COSMETIC PENCILS; POLISH FOR FURNITURE AND FLOORING; POMADES FOR COSMETIC

**Reg. No. 4,489,980** HAIR PURPOSES; PUMICE STONE FOR PERSONAL USE; SANDPAPER; SCENTED WOOD; SHOE POLISH AND CREAMS; SHOE WAX; LAUNDRY STARCH; SOAPS FOR BRIGHTENING TEXTILES; STARCH GLAZE FOR LAUNDRY PURPOSES; SUNSCREEN PREPARATIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; VARNISH-REMOVING PREPARATIONS; DEPILATORY WAX; LAUNDRY WAX; POLISHING WAXES; WAXES FOR LEATHER, NAMELY, BOOT AND SHOE WAX; DEPILATORY PREPARATIONS; PETROLEUM JELLY FOR COSMETIC PURPOSES; DECORATIVE FINGERNAIL DECALS FOR COSMETIC PURPOSES; INCENSE; GEL SOAPS, BAR SOAP; BUBBLE BATH; SHOWER GELS; TOOTHPASTE; MOUTHWASH; CLEANSING, TONING, MOISTURIZING AND EXFOLIATING PREPARATIONS FOR SKIN; BODY CREAM AND LOTION; HAND CREAM AND LOTION; SKIN CLEANSER AND NON-MEDICATED BODY SOAKS; PERFUMED BODY POWDERS; BATH OILS; BABY OIL, BABY POWDER, BABY GEL AND BABY LOTION; LIP GLOSS, NON-MEDICATED LIP BALM; MANICURE PREPARATIONS, NAMELY, ADHESIVES FOR ARTIFICIAL NAILS, NAIL CREAM, NAIL ENAMEL, NAIL GEL, NAIL POLISH AND NAIL GLITTER; SACHETS FOR PERFUMING LINEN; MASSAGE OILS AND LOTIONS; NON-MEDICATED SKIN CREAMS WITH ESSENTIAL OILS FOR USE IN ARO-MATHERAPY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: DIAPERS MADE OF PAPER FOR BABIES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: PHOTOGRAPHIC APPARATUS AND INSTRUMENTS, NAMELY, CAMERAS AND FLASHES FOR CAMERAS, CASES FOR CAMERAS AND PHOTOGRAPHIC EQUIPMENT; OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, BLANK OPTICAL DISCS, OPTICAL LAMPS; SIGNALING APPARATUS AND INSTRUMENTS, NAMELY, FLASHING SAFETY LIGHTS, SIGNAL BELLS, SIGNALING WHISTLES, AND SIGNAL ALARMS; TEACHING APPARATUS AND INSTRUMENTS, NAMELY, AUDIOVISUAL RECEIVERS; MEASURING APPARATUS, DEVICES AND INSTRUMENTS, NAMELY, MEASURING SPOONS AND MEASURING CUPS; APPARATUS FOR RECORDING, TRANSMISSION AND REPRODUCTION OF SOUND AND IMAGES; BLANK MAGNETIC DATA CARRIERS, BLANK MAGNETIC COMPUTER TAPES, AND BLANK RECORDING DISCS; PRE-RECORDED MAGNETIC DATA CARRIERS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; MECHANISMS FOR COIN-OPERATED APPARATUS; AUTOMATIC DISTRIBUTION MACHINES, NAMELY, TELLER MACHINES; CASH REGISTERS; DATA PROCESSORS; COMPUTERS; FIRE-EXTINGUISHING APPARATUS; VIDEO GAME PROGRAMS FOR CELLULAR TELEPHONES, MOBILE DEVICES, LAPTOPS, PERSONAL COMPUTERS, CONSOLES AND TABLET COMPUTERS; ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; ELECTRONIC GAME SOFTWARE FOR MOBILE PHONES DOWNLOADABLE VIA INTERNET; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS, INCLUDING VIA THE INTERNET; INTERACTIVE GAME SOFTWARE; RECORDED COMPUTER OPERATING PROGRAMS; COMPUTER GAME PROGRAMS; COMPUTER GAME SOFTWARE AND COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES; PRINTERS FOR USE WITH COMPUTERS; DATA PROCESSING APPARATUS IN THE NATURE OF COMPUTERS; COMPUTER GAME PROGRAMS AND VIDEO GAME SOFTWARE FOR HANDHELD GAME DEVICES; FILM PROJECTORS; PROTECTIVE CASES FOR TELEPHONES, LAPTOPS AND MOBILE PHONES; BLANK DVD DISKS; PRE-RECORDED EXERCISE DVDS; PRE-RECORDED DVDS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; BLANK COMPACT DISCS; COMPACT DISC PLAYERS; BLANK CD-ROM DISCS; PRE-RECORDED CD-ROM FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; PRE-RECORDED CD-ROMS CONTAINING PROGRAMS FOR CONTROLLING CONSUMER'S VIDEO GAME DEVICES; MOUSE MATS; SUNGLASSES; SPECTACLES; EYE-GLASS CHAINS; SPECTACLE CASES; CONTACT LENSES; CONTAINERS FOR CONTACT LENSES; WIRELESS TELEPHONES, CELLULAR TELEPHONES AND PARTS AND FITTINGS THEREFOR; MOBILE PHONE CASES SPECIALLY ADAPTED FOR HOLDING OR CARRYING MOBILE TELEPHONES; BAGS, COVERS, CONTAINERS, CARRIERS AND HOLDERS SPECIFICALLY ADAPTED FOR USE WITH CELLULAR

**Reg. No. 4,489,980**  TELEPHONES AND LAPTOPS; HEADPHONES; EAR PHONES; EARPHONES AND MICRO-
PHONES, AND SPEAKER PHONES FOR USE WITH MOBILE TELEPHONES; STRAPS AND
CASES SPECIFICALLY ADAPTED FOR USE WITH CELLULAR MOBILE TELEPHONES;
STANDS FOR PORTABLE TELEPHONES; ANTENNA CAPS FOR PORTABLE PHONES;
BATTERIES; BATTERY BOXES AND CASES; BATTERY CHARGERS; DIGITAL MUSIC
DOWNLOADABLE FROM THE INTERNET; DOWNLOADABLE MUSIC FILES; ABACUSES;
BINOCULARS; CALCULATING MACHINES; CAMERAS, CINEMATOGRAPHIC CAMERAS,
AND PARTS AND FITTINGS THEREFOR; LENSES FOR CAMERAS; CAPACITY MEASURES;
MOTION PICTURE FILMS FEATURING ANIMATED CARTOONS; FILMS BEING ANIMATED
CARTOONS; CASSETTE PLAYERS; ELECTRIC DOOR CHIMES; ELECTRONIC POCKET
TRANSLATORS; FIRE ALARMS; FLASHLIGHTS; FRAMES FOR USE IN PHOTOGRAPHY;
HEAT REGULATING APPARATUS, NAMELY, THERMOSTATS; JUKE BOXES; LETTER
SCALES; LIFE BELTS; LIFE JACKETS; LIFE RAFTS; ELECTRIC LOCKS; BLANK MAGNETIC
ENCODED CARDS; MAGNETIC ENCODERS; MAGNETS; MAGNIFYING GLASSES; MI-
CROPHONES; MICROSCOPES; NEON SIGNS; NOTEBOOK COMPUTERS; ELECTRONIC
PENS; GRAMOPHONE RECORDS FEATURING MUSIC; PHONOGRAPH RECORDS FEA-
TURING MUSIC; PHOTOCOPIERS; HAND-HELD CALCULATORS; PROJECTION APPAR-
ATUS, NAMELY, MOVIE PROJECTORS, MULTIMEDIA PROJECTORS AND PICTURE
PROJECTORS; PROJECTION SCREENS; RADIOS; RECORD PLAYERS; REMOTE CONTROL
APPARATUS FOR RADIOS, TELEVISIONS AND STEREOS; MEASURING INSTRUMENTS
BEING RULERS; SCALES; BLANK SMART CARDS; SMOKE DETECTORS; ELECTRIC
SOCKETS AND PLUGS IN THE NATURE OF ELECTRIC CONTACTS AND ELECTRIC
SWITCHES; SOUND RECORDING APPARATUS; GRAMOPHONE RECORDS FEATURING
MUSIC; SOUND-REPRODUCING APPARATUS; SOUND AND IMAGE TRANSMITTING
APPARATUS; TELEPHONES APPARATUS, RECEIVERS, TRANSMITTERS, WIRES;
TELESCOPES; TELEVISION APPARATUS BEING TELEVISIONS FOR PROJECTION PUR-
POSES; TEMPERATURE INDICATORS; ELECTRIC THEFT PREVENTION INSTALLATIONS,
BEING BURGLAR ALARMS AND THEFT ALARMS NOT FOR VEHICLES; THERMOMET-
ERS; THERMOSTATS; BLANK VIDEO CASSETTES; PRE-RECORDED VIDEO CASSETTES
FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS; VIDEO
GAME CARTRIDGES; PARTS AND FITTINGS FOR CONSUMER VIDEOGAME DEVICES,
NAMELY, VIDEO GAME CARTRIDGES, CASSETTES AND DISCS; BLANK VIDEO DISCS;
BLANK VIDEOTAPES; VIDEO SCREENS; VIDEO RECORDERS; WORD PROCESSORS;
AUDIO AND VISUAL APPARATUS WITH SING ALONG DEVICES IN THE NATURE OF
KARAOKE MACHINES; PAGERS, AND PARTS AND FITTINGS THEREFOR; PAGER CASES
AND CASINGS; CALL INDICATORS, NAMELY, TELEPHONES, MOBILE TELEPHONES
AND PAGERS AND MOBILE TELEPHONES; PROTECTIVE MASKS WORN OVER THE
EYES TO SHIELD OFF LIGHTS; ELECTRONIC DIARIES; ELECTRONIC ALARM BELLS
BEING WARNING DEVICES; ALARMS, NAMELY, BURGLAR ALARMS, ELECTRONIC
DOOR ALARMS, ELECTRICAL ALARM BELLS, INFANT MOVEMENT ALARMS AND SOUND
ALARMS; BAR CODE READERS; BAROMETERS; ELECTRONIC BUZZERS; ELECTRIC
BUZZERS; CENTRAL PROCESSING UNITS; INTEGRATED CIRCUIT CHIPS; CHRONO-
GRAPHS FOR USE AS A SPECIALIZED TIME RECORDING APPARATUS; COMPUTER
KEYBOARDS; COMPUTER MEMORIES; COMPUTER PERIPHERAL DEVICES; ACOUSTIC
COUPLERS; COUPLERS BEING DATA PROCESSING EQUIPMENT; BLANK OPTICAL
DATA CARRIERS INCLUDING DVDS, CDS, AND FLOPPY DISKS; BLANK OPTICAL DISKS;
BLANK MAGNETIC DISKS; DIVERS' MASKS; DIVING SUITS; ELECTRONIC NOTICE
BOARDS BEING VISUAL DISPLAY UNITS; EYE GLASS CORDS; PROTECTIVE EYE-
PIECES; EYE-SHADES BEING SUNGLASSES; FACSIMILE MACHINES; FILTERS FOR
PHOTOGRAPHY; BLANK FLOPPY DISKS; HEAD CLEANING TAPES FOR VIDEO RECORD-
ERS AND VIDEO PLAYBACK DEVICES; HYGROMETERS; INTEGRATED CIRCUITS; IN-
TERCOMMUNICATION APPARATUS BEING INTERCOMS; ELECTRIC COUPLINGS; IN-
VOICING MACHINES, NAMELY, ADDING MACHINES; LENS HOODS; BLANK MAGNETIC
TAPE UNITS FOR COMPUTERS; BLANK MAGNETIC TAPES; MEASURING SPOONS; MI-
CROPROCESSORS; COMPUTER MODEMS; MONEY COUNTING AND SORTING MA-
CHINES; COMPUTER MONITORS; COMPUTER MICE; OPTICAL FIBERS; OPTICAL
GLASSES; OPTICAL LENSES; PARKING METERS; PROTRACTORS; RADIOTELEGRAPHY
SETS; RADIO TELEPHONES; SCANNERS BEING DATA PROCESSING EQUIPMENT;

**Reg. No. 4,489,980**   SEMICONDUCTORS; PHOTOGRAPHIC SLIDES BEING EXPOSED PHOTOGRAPHIC FILM; SOUND RECORDING EXPOSED FILMS; DEMAGNETIZING APPARATUS FOR MAGNETIC TAPES; TELEGRAPH WIRES; FAX APPARATUS; TELEPRINTERS; TELEPROMPTERS; TICKET DISPENSERS, NAMELY, VIDEO LOTTERY TICKET TERMINALS; VACUUM GAUGES BEING MEASURING INSTRUMENTS; VIDEO TELEPHONES; WHISTLE ALARMS BEING SIGNAL WHISTLES; EARPLUGS FOR DIVERS; EGG TIMERS; GOGGLES FOR SPORTS; PROTECTIVE HELMETS FOR USE IN SPORTS BEING SPORTS HELMETS; NAVIGATION APPARATUS FOR VEHICLES IN THE NATURE OF ON-BOARD COMPUTERS; METRONOMES; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS AND MAGAZINES IN THE FIELD OF COMPUTER LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, ART AND GENERAL TRIVIA; DOWNLOADABLE ELECTRONIC PUBLICATIONS BEING DOWNLOADABLE CARTOON STRIPS; PERSONAL STEREOS; SATELLITES FOR SCIENTIFIC PURPOSES; WRIST RESTS FOR USE WITH COMPUTERS; ELECTRONIC CIRCUITS AND BLANK CD-ROMS WHICH ENABLE THE RECORDING OF AUTOMATIC PLAYING PROGRAMS FOR THE USE OF ELECTRONIC MUSICAL INSTRUMENTS; MEMORY CARDS FOR CONSUMER VIDEO GAME APPARATUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, JEWELRY, BOXES, AND BASKETS JEWELRY; PRECIOUS STONES; PEARLS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; IMITATION JEWELRY AND ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; BROOCHES; JEWELRY CHAINS; PENDANTS; NON-MONETARY COMMEMORATIVE COINS AND TOKENS FOR COLLECTING PURPOSES; CUFF-LINKS; EARRINGS; GOLD THREAD JEWELRY; ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; JEWELRY OF IMITATION GOLD; JEWELRY CASES; NECKLACES; RINGS; BRACELETS; MEDALS; MEDALLIONS; UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; ARTIFICIAL GEMSTONES IN THE NATURE OF UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; STATUES AND STATUETTES OF PRECIOUS METAL; TIE CLIPS; CLOCKS, WATCHES AND PARTS AND FITTINGS THEREFOR; WATCH STRAPS, WATCH BANDS, WATCH CHAINS, BUCKLES FOR WATCH STRAPS; CASES FOR POCKET WATCHES; CLOCKS AND WATCHES HAVING A GAME FUNCTION; ELECTRIC CLOCKS AND ELECTRIC WATCHES; DESK CLOCKS; POCKET WATCHES; STOPWATCHES; WALL CLOCKS; ALARM CLOCKS; CHRONOMETERS; ORNAMENTAL PINS; KEY CHAINS AND KEY CASES OR CARRIERS OF PRECIOUS METAL AND/OR PRECIOUS STONES; BADGES OF PRECIOUS METAL; PRESENTATION CASES FOR WATCHES; CASES FOR WATCHES AND CLOCKS; SUNDIALS; DIAMONDS; COSTUME JEWELRY; SEMI-PRECIOUS STONES; WORKS OF ART OF PRECIOUS METAL; JEWELRY CASES AND JEWELRY BOXES OF PRECIOUS METAL; CHENILLE CUFF LINKS; STOCK PINS IN THE NATURE OF ORNAMENTAL PINS; FIGURINES IN THE NATURE OF STATUETTES OF PRECIOUS METAL; TROPHIES OF PRECIOUS METAL; COMMEMORATIVE COINS OF PRECIOUS METAL; INSIGNIAS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GLOCKENSPIELS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NOT INCLUDED IN OTHER CLASSES, NAMELY, PAPER CARTONS FOR DELIVERING GOODS, ADVERTISING SIGNS OF PAPER, ADVERTISING SIGNS OF CARDBOARD, ART PAPER, BIBS OF PAPER, BLANK OR PARTIALLY PRINTED PAPER LABELS, BLANK PAPER NOTEBOOKS, LINED AND UNLINED WRITING PADS, MEMO PADS, NOTEPADS, BOOK COVER PAPER, BUSINESS CARD PAPER, CALENDARED PAPER, GIFT-WRAPPING PAPER, BLISTER CARDS PAPER TOWELS, NOTEBOOK PAPER, PAPER FOLDERS, PAPER ENVELOPES FOR PACKAGING, TABLE CLOTHS OF PAPER, TABLE LINENS OF PAPER, PAPER NAPKINS, TOILET PAPER, BOXES OF CARDBOARD OR PAPER, GIFT BOXES MADE OF CARDBOARD, CARDBOARD CARTONS, CARDBOARD CONTAINERS, PAPER HANDKERCHIEFS, PAPER NAPKINS FOR REMOVING MAKE-UP; PRINTED MATTER, NAMELY, BOOKS, BOOKLETS, PRINTED PERIODICALS, MAGAZINES INCLUDING

**Reg. No. 4,489,980** GAMING MAGAZINES, MANUALS, NEWSPAPERS, NEWSLETTERS, JOURNALS, CHIL-
DREN'S BOOKS, BABY BOOKS, COMIC BOOKS, COLORING AND CHILDREN'S ACTIVITY
BOOKS, INSTRUCTIONAL AND TEACHING MATERIALS, ALL IN THE FIELDS OF COM-
PUTER, LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEO-
GRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS,
MATH, MUSIC, ART AND GENERAL TRIVIA. CARTOONS AND VIDEO GAMES; PRINTED
MATTER, NAMELY, ADDRESS BOOKS, AUTOGRAPH BOOKS, DIARIES, CALENDARS,
PLANNERS OF PAPER, APPOINTMENT BOOKS, RECIPE BOOKS, AND GUEST BOOKS;
BOOKBINDING MATERIAL; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATION-
ERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY, BRUSHES, PASTELS,
PENCILS, PENS, WATERCOLOR SAUCERS, CANVAS PANELS, MOLDS FOR MODELING
CLAYS; PAINT BRUSHES; PRINTERS' TYPE; PRINTING BLOCKS; CALENDARS; CHIL-
DREN'S BOOKS; COMIC BOOKS; ADDRESS BOOKS; BRAG BOOKS; APPOINTMENT
BOOKS; GUEST BOOKS; RECIPE BOOKS; DIARIES; SCRAPBOOK ALBUMS, PHOTO AL-
BUMS, STAMP ALBUMS, COIN ALBUMS; WRITING PADS; NOTEPADS; NOTEBOOKS;
COLORING AND CHILDREN'S ACTIVITY BOOKS; BOOK COVERS; BOOKMARKS;
BLOTTERS; BOOKENDS; PAPERS MATS FOR FRAMING PAINTINGS, PICTURES AND
PHOTOGRAPHS; PHOTOGRAPH STANDS; COASTERS MADE OF PAPER; PAINTINGS;
ERASERS; COIN WRAPPERS; PACKING PAPER, INCLUDING BUBBLE PACKING PAPER;
GIFT WRAP PAPER; BOXES OF CARDBOARD OR PAPER; GIFT BOXES OF CARDBOARD;
PRINTED INVITATIONS; PRINTED MENUS; PAPER SERVIETTES; PAPER TOWELS; PAPER
PARTY DECORATIONS; PAPER CAKE DECORATIONS; A SERIES OF PAPERBACK FICTION
BOOKS; MODELING CLAY; PAPERWEIGHTS; PENCIL SHARPENERS; ELECTRIC PENCIL
SHARPENERS; PAPER CLIPS; THUMB TACKS OR PUSH PINS; DRAWING PINS IN THE
NATURE OF PUSH PINS; WRITING INSTRUMENTS, NAMELY, PENS, PENCILS, FOUNTAIN
PENS, BALL-POINT PENS, AND PEN NIBS; DESK PENCIL HOLDERS; DESK PENCIL
STANDS; INK REFILLS FOR PENS AND WRITING INSTRUMENTS; PENCIL LEADS;
COLORED PENCILS; CRAYONS; PEN AND PENCIL CASES; ARTISTS' WATER COLORS
IN THE NATURE OF FINISHED WATER COLOR PAINTINGS; PASTELS; DRAWING MA-
TERIALS FOR BLACKBOARDS, DRAWING BOARDS, DRAWING PENS, PENCILS AND
DRAWING INSTRUMENTS; DRAWING SETS COMPRISING DRAWING PAPER AND
COLORED PENCILS; CANVAS FOR PAINTING; LETTER TRAYS AND PAPER RACKS;
LETTER HOLDERS; LOOSE-LEAF BINDERS; PAPER KNIVES BEING OFFICE REQUISITES
IN THE NATURE OF LETTER OPENERS; LETTER OPENERS; ELECTRIC LETTER OPENERS;
ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES AND ADHESIVE
TAPE DISPENSERS; PICTURES; STENCILS; PICTURE STORY BOOKS; GRAPHIC ART
REPRODUCTIONS; PORTRAITS; POSTERS; LITHOGRAPHS; POSTCARDS; GREETING
CARDS; MUSICAL GREETINGS CARDS; TWO-RING AND THREE-RING BINDERS; STA-
TIONERY-TYPE PORTFOLIOS AND FOLDERS IN THE NATURE OF RING BINDERS;
RUBBER MARKING STAMPS; SEALING STAMPS AND SEALS; POSTAGE STAMPS AND
SEALS; HOLDERS AND CASES FOR POSTAGE STAMPS AND SEALS; STAMP PADS; INK
PADS; WRITING INKS; SCRATCH PADS; PAPER STAPLERS; PASTES AND GLUES FOR
STATIONERY AND HOUSEHOLD PURPOSES; PARTY ORNAMENTS AND PARTY DEC-
ORATIONS MADE OF PAPER AND CARDBOARD; ERASERS; CORRECTING FLUIDS USED
AS OFFICE REQUISITES; DOCUMENT FOLDERS; INDEX CARDS; DOCUMENT FILES;
STICKER ALBUMS; STICKERS; POSTAGE STAMPS; TRADING CARDS; BAGGAGE AND
LUGGAGE PAPER IDENTIFICATION TAGS; PAPER ARCHITECTURAL MODELS; PAPER
PATTERNS BEING MODELS FOR MAKING CLOTHES; GENERAL- PURPOSE PLASTIC
BAGS; PLASTIC PARTY GOODIE BAGS; PAPER BAGS; PAPER LUNCH BAGS; BAGS FOR
MICROWAVE COOKING; PAPER FILTERS FOR COFFEE MAKERS; CLING FILM BEING
FOOD WRAPPING PLASTIC FOR HOUSEHOLD USE; PAPER ENVELOPES; WRITING PA-
PER; DRAWING PAPER; COPYING PAPER; WRITING CASES IN THE NATURE OF STA-
TIONERY CASES SPECIFICALLY ADAPTED FOR WRITING INSTRUMENTS; TABLE-
CLOTHS OF PAPER; BIBS OF PAPER; PAPER FLAGS; PAPER BANNERS; PROTECTIVE
COVERS FOR NOTEBOOKS; EASELS; PLACE MATS AND COASTERS OF PAPER AND
CARDBOARD; BLACKBOARDS; CHALK; WIPE-ON WIPE-OFF BOARDS BEING DRY
ERASE BOARDS; MAGNETIC BOARDS; FILE SHREDDING MACHINES, NAMELY, PAPER
SHREDDERS; PASSPORT HOLDERS, CHECKBOOK HOLDERS; DECORATIONS OF PAPER

**Reg. No. 4,489,980**  FOR LUNCH BOXES AND FOODSTUFFS; BLANK PAPER TAPES AND CARDS FOR THE RECORDAL OF COMPUTER PROGRAMS; MAPS; INKING RIBBONS; PRINTED ENTRY TICKETS; TYPEWRITERS; PAPER CUTTERS; ADVERTISING SIGNBOARDS OF PAPER AND CARDBOARD; IRON ON PRINTED TRANSFERS; PRINTED PATTERNS FOR COSTUMES, PAJAMAS, SWEATSHIRTS AND T-SHIRTS; REMOVABLE TATTOOS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, NAMELY, HANDBAGS AND PURSES; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; PARASOLS, UMBRELLAS AND WALKING STICKS; WHIPS, HARNESSES AND SADDLERY; ALL-PURPOSE CARRYING BAGS AND ALL-PURPOSE SPORTS BAGS, BEACH BAGS AND ATHLETIC BAGS; GARMENT BAGS FOR TRAVEL; WINE-CARRYING CASES; ALL PURPOSE CARRYING BAGS IN THE NATURE OF BATH BAGS AND TOILETRY BAGS, SOLD EMPTY; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS, SHOE BAGS FOR TRAVEL; TOILETRY BAGS SOLD EMPTY; SUIT CARRIERS BEING TRAVELLING BAGS; BUM-BAGS; ALL-PURPOSE CARRY ALL BAGS AND CARRY ALL WEEKEND BAGS; WORK BAGS BEING BRIEFCASES AND ATTACHÉ CASES; HAVERSACKS; RUCKSACKS; PURSES AND WALLETS; SUITCASES; LEATHER AND FELT POUCHES; ATTACHÉ CASES; CANVAS AND LEATHER SHOPPING BAGS; BANDS OF LEATHER; LEATHER SHOULDER BELTS; BUSINESS CARD HOLDERS IN THE NATURE OF CARD HOLDERS AND CALLING CARD HOLDERS; VANITY CASES SOLD EMPTY; MUZZLES; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING SETS IN THE NATURE OF LUGGAGE; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE STRAPS; LUGGAGE TAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HANDBAGS; MOUNTAINEERING STICKS; BRIEFCASE-TYPE PORTFOLIOS FOR CARRYING SHEET MUSIC; NET BAGS FOR SHOPPING; CARRY-ALL SCHOOL BAGS; EMPTY TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; EMPTY HUNTERS' GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING; HANDBAG FRAMES; SLING BAGS FOR CARRYING INFANTS; WHEELED REUSABLE SHOPPING BAGS, BACKPACKS, DUFFEL BAGS AND SUITCASES; CARDBOARD TRUNKS AND CASES; CHAIN MESH PURSES, NOT OF PRECIOUS METAL; CLUTCH PURSES; COIN PURSES; EMPTY COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES NOT OF PRECIOUS METAL; LEATHER BANDS AND BELTS FOR LUNCH BOXES AND HOUSEHOLD OR KITCHEN CONTAINERS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES; GOODS NOT INCLUDED IN OTHER CLASSES MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS AND OF PLASTICS, NAMELY, WORKS OF ART; OFFICE FURNITURE; PHOTOGRAPH FRAMES; DRESSING MIRRORS; EASY CHAIRS; BEDS AND WATER BEDS FOR NON-MEDICAL PURPOSES; WOOD BEDSTEADS; FURNITURE SCREENS; ARMCHAIRS; BENCHES BEING FURNITURE; LETTER BOXES OF WOOD OR PLASTIC; WORK CABINETS FOR COMPUTERS AS FURNITURE; CHESTS FOR TOYS; CORKS; HAIRDRESSER'S CHAIRS, DECK CHAIRS; DESKS; TABLES; DINNER WAGONS BEING FURNITURE; HEAD-RESTS AS FURNITURE PARTS; DIVANS; LIBRARY SHELVES; LOCKERS; LOCKS, OTHER THAN NON-ELECTRIC LOCKS NOT OF METAL; FURNITURE RACKS, NAMELY, COAT RACKS, HAT RACKS, PLANT RACKS, POT RACKS, AND STORAGE RACKS; SAW HORSES; SCHOOL FURNITURE; SEATS; SOFAS; TEA CARTS; UMBRELLA STANDS; COTS; CUPBOARDS; DISPLAY BOARDS; DRESSING TABLES; FOOTSTOOLS AND STOOLS; SHELVES; SHOWER SHELVES, NOT OF PRECIOUS METAL; AIR CUSHIONS AS PILLOWS; AIR MATTRESSES FOR USE WHEN CAMPING; INFLATABLE AIR PILLOWS NOT FOR MEDICAL PURPOSES; SLEEPING BAGS; BED FITTINGS, NOT OF METAL; BEDDING EXCEPT LINEN, NAMELY, BED PILLOWS, BED PADS AND CRIB BUMPERS IN THE NATURE OF BUMPER GUARDS FOR CRIBS; NON-TEXTILE CURTAIN HOLDERS; CURTAIN HOOKS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; CURTAIN ROLLERS; CUSHIONS; NON-METAL FIXED TOWEL DISPENSERS; MATTRESSES; PILLOWS; NON-METAL CLOTHES HOOKS AND COAT HANGERS; COAT

**Reg. No. 4,489,980** STANDS; HAT STANDS; LADDERS OF WOOD OR PLASTICS; DOOR FITTINGS, NAMELY, NONMETAL DOOR HANDLES AND DOOR KNOCKERS; EMBROIDERY FRAMES; STATUES OF WOOD, WAX, PLASTER OR PLASTIC; FIRE SCREENS FOR DOMESTIC USE; NON-METAL AND NON-PAPER CONTAINERS FOR STORAGE AND TRANSPORT; NON-METAL AND NON-MASONRY STORAGE TANKS; NONMETAL TRANSPORT CONTAINERS AND FILING CABINETS; CONTAINERS OF PLASTIC FOR PACKAGING PURPOSES; PLASTIC METAL-SUBSTITUTE FASTENERS, NAMELY, NAILS, WEDGES, NUTS, SCREWS, TACKS, BOLTS, RIVETS, CASTERS AND PEGS; DOOR STOPS OF PLASTIC OR WOOD; INFANT WALKERS; PLAYPENS FOR BABIES; SUPPORT PILLOWS FOR USE IN BABY SEATING EXCLUDING SAFETY SEATS FOR USE IN AUTOMOBILES; DECORATIVE MOBILES; COTS; CRADLES AND CRIBS; HIGH CHAIRS FOR BABIES; FURNITURE CHESTS AND CHEST OF DRAWERS; WIND CHIMES; BEDS FOR HOUSEHOLD PETS; NESTING BOXES FOR PETS AND SMALL BIRDS; SCRATCHING POSTS FOR CATS; FLOWER-POT PEDES-TALS; FLOWER- STANDS; RIGID PLASTIC TRAYS FOR PACKAGING PURPOSES; WICKERWORK, NAMELY, WICKER FURNITURE; DECORATIVE EDGING STRIPS OF PLASTICS AND/OR WOOD FOR USE WITH WINDOW FITTINGS; ORNAMENTS FOR WINDOWS; ORNAMENTS AND DECORATIONS FOR WINDOWS OR DOORS MADE OF OR FROM PLASTICS, WAX, WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; NON-METAL STEP LADDERS AND LADDERS, TOOL BOXES AND PLANT AND TREE STAKES; IMITATION FOODS FOR DISPLAY MADE OF PLASTIC, NAMELY, IMITATION DESSERTS, IMITATION CANDY, IMITATION CAKES, AND IMITATION FRUITS; FLAGPOLES, WORKS OF ART, FIGURINES AND STATUETTES AND SMALL DECORATIONS OR ORNAMENTS, MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER- OF- PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS, OR OF WAX, PLASTER OR PLASTICS; PLASTIC KEY CARDS, NOT ENCODED OR MAGNETIZED; NON-METAL BINS; NON-METAL BOTTLE CLOSURES; BOTTLE RACKS; CORKS FOR BOTTLES; HOUSE NUMBERS, NOT OF METAL, NON-LUMINOUS; IDENTITY PLATES, NOT OF METAL; INFLATABLE PUBLICITY OBJECTS; NON-METAL NON-MASONRY LETTER BOXES; MAGAZINE RACKS; PLATE RACKS; CUP RACKS; NON-METAL REGISTRATION PLATES; PLASTIC SIGNBOARDS; NON-METAL TOOL HANDLES; UPRIGHT SIGNBOARDS OF WOOD OR PLASTICS; PLASTIC SEALING CLIPS FOR BAGS; INFLATABLE HEAD-RESTS IN THE NATURE OF PILLOWS; DECORATIONS OF PLASTICS FOR FOODSTUFFS OR LUNCH BOXES; HAND-HELD FLAT FANS, FOLDING FANS, AND NON-ELECTRIC FANS FOR PERSONAL USE; BAMBOO CURTAINS; BAMBOO AND BAMBOO BLINDS; BEAD CURTAINS FOR DECORATION; BEAD CURTAINS; INDOOR BLINDS; ORIENTAL SINGLE PANEL NON-METAL STANDING PARTITIONS; HANGING BOARDS THAT ARE IN THE NATURE OF JAPANESE-STYLE PEGBOARDS USING POSITIONAL HOOKS, FOR USE AS MOVABLE WALL PARTITIONS; ORIENTAL FOLDING PARTITION SCREENS; KEYBOARDS FOR HANGING KEYS; MANNEQUINS; DRAIN TRAPS IN THE NATURE OF VALVES OF PLASTIC; MEDICINE CABINETS; REMOVABLE MATS FOR SINKS; NAME PLATES, NOT OF METAL; NON-METAL LICENSE OR NUMBER PLATES, NOT OF METAL; MIRROR TILES; PLASTIC DOORKNOBS; PORCELAIN OR EARTHENWARE DOORKNOBS; WOOD DOORKNOBS; NON-METAL KEY MADE OF LEATHER OR IMITATION LEATHER; BATHROOM WOODEN STOOLS; KNOBS OF PORCELAIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS AND CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; CLEANING COMBS, AND BATH, SCOURING AND CLEANING SPONGES; BRUSHES EXCLUDING PAINT BRUSHES, NAMELY, CLEANING BRUSHES FOR HOUSEHOLD USE; BRUSH-MAKING MATERIALS; ARTICLES FOR CLEANING PURPOSES, NAMELY, CLOTHS, CLEANING COTTON, STEEL WOOL FOR CLEANING; WASHING MITTS; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS EXCEPT GLASS USED IN BUILDING; BEVERAGE GLASSWARE, PORCELAIN AND EARTHEN-WARE, NAMELY, BEVERAGE GLASSWARE, AND CROCKERY, ORNAMENTS AND STATUETTES OF PORCELAIN AND EARTHENWARE; PORTABLE PLASTIC BABY BATH

**Reg. No. 4,489,980** TUBS; NON-METAL BASKETS, FOR DOMESTIC USE; MUGS; BIRDCAGES; NON-ELECTRIC FOOD BLENDERS; IRONING BOARDS; BOOT JACKS; STOPPERS SPECIFICALLY ADAPTED FOR USE WITH BOTTLES MADE FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA AND PORCELAIN; BOWLS; NON-ELECTRIC CAST-IRON KETTLES; TABLEWARE, NAMELY, PLATES, BOWLS AND DISHES; SALAD BOWLS; NON-ELECTRIC WHISKS; RICE CHESTS; COLANDERS; HOUSEHOLD UTENSILS, NAMELY, COOKING STRAINERS; COOKING FUNNELS; FOOD PRESERVING JARS OF GLASS; GRATERS FOR HOUSEHOLD PURPOSES; CHOPSTICK CASES; ROLLING PINS FOR COOKING PURPOSES; CAMPING COOKING GRILLS; LEMON SQUEEZERS IN THE NATURE OF CITRUS JUICERS; COSMETIC AND TOILETRY UTENSILS, NAMELY, MAKE UP APPLICATORS AND MAKE UP BRUSHES, HAIR BRUSHES AND COMBS; SHOE BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; FEEDING VESSELS FOR PETS; BRUSHES FOR PETS; BOXES OF METAL FOR DISPENSING SERVIETTES IN THE NATURE OF NAPKIN DISPENSERS FOR HOUSEHOLD USE; BIRD BATHS; FLYSWATTERS; CANDLE EXTINGUISHERS NOT OF PRECIOUS METAL; FLOWER VASES; UPRIGHT SIGNBOARDS OF GLASS OR CERAMICS; COOKING SETS FOR OUTDOOR USE CONSISTING OF TIN CANS, TIN PANS, TIN POTS AND TIN PLATES; SOAPBOXES; BREAD BOARDS AND CUTTING BOARDS; BUCKETS; MEAL TRAYS. SERVING TRAYS; CAGES FOR HOUSE-HOLD PETS; CAKE MOULDS; WAFFLE MOULDS; CANDLE RINGS; CANDLESTICKS; CANDY BOXES; COMB CASES; CHINA ORNAMENTS; CHINAWARE, NAMELY, ORNA-MENTS AND STATUETTES OF CHINA; CHOPSTICKS IN THE NATURE OF COOKING UTENSILS; CLOTHES DRYING RACKS; CLOTHS FOR CLEANING; COASTERS NOT OF PAPER AND OTHER THAN TABLE LINEN; COCKTAIL STIRRERS; COFFEE FILTERS NOT OF PAPER BEING PART OF NON-ELECTRIC COFFEE MAKERS; NONELECTRICAL AND HAND-OPERATED COFFEE GRINDERS; COFFEE SERVICES; ELECTRIC HAIR COMBS; GROOMING COMBS FOR ANIMALS; PASTRY BAGS; COOKERY MOULDS; COOKING POTS; ICE PAILS; PORTABLE COOLERS; CORKSCREWS; BOTTLES SOLD EMPTY; PLASTIC WATER BOTTLES SOLD EMPTY; BOTTLE OPENERS; DISHES; PLATES NOT OF PRECIOUS METAL; CHAMPAGNE BUCKETS; HAIR BRUSHES; BRUSHES FOR CLOTHES; PLASTIC COASTERS; COFFEE CUPS; ALL-PURPOSE PORTABLE HOUSEHOLD CONTAINERS; DRINKING GLASSES, NAMELY, TUMBLERS; DEMITASSE SETS CONSIST-ING OF CUPS AND SAUCERS; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; CORN COB HOLDERS; DECANTERS; SUGAR AND CREAMER BOWL, PITCHER AND POURER SETS; DRINKING CUPS FOR INFANTS AND PARTS THEREFOR, NAMELY, LIDS AND VALVES, ALL SOLD AS A UNIT; PAPER CUPS; PLASTIC CUPS; TOOTHBRUSH CASES; SERVING UTENSILS, NAMELY, PIE SERVERS, CAKE TURNERS, SPATULAS, SCRAPERS AND CAKE SERVERS; COVERS FOR DISHES; COVERS FOR FLOWER POTS NOT OF PAPER; CROCKERY, NAMELY, POTS, DISHES, DRINKING CUPS AND SAUCERS, BOWLS, SERVING BOWLS AND TRAYS; CUPS; NON-ELECTRIC DEEP FRYERS; DISHES FOR SOAP; SOAP DISPENSERS; DUSTBINS; EGG CUPS; FEEDING TROUGHS BEING FEEDING VESSELS FOR PETS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; GOBLETS; NON-ELECTRIC GRIDDLES; HEAT-INSULATED CONTAINERS FOR HOUSEHOLD USE; NON-ELECTRIC HEATERS FOR FEEDING BOTTLES; HOLDERS FOR FLOWERS AND PLANTS; HOT POTS; ICE BUCKETS; ICE CUBE MOULDS; BEER MUGS, JUGS; KNIFE RESTS; LAZY SUSANS; LIQUEUR SETS COMPRISED OF CONTAINERS FOR ICE, GOBLETS, AND BEVERAGE GLASSWARE; LUNCH BOXES; MENU CARD HOLDERS; MESS-TINS; MIXING SPOONS; MOPS; NAPKIN HOLDERS; NAPKIN RINGS; NOZZLES FOR WATERING CANS; PADS FOR CLEANING; PANS; PAPER PLATES; PASTRY CUTTERS; PEPPER MILLS; PERFUME SPRAYERS SOLD EMPTY; PERFUME VAPORIZERS SOLD EMPTY; PICNIC BASKETS SOLD EMPTY; NON-METAL PIGGY BANKS; POT LIDS; POTS; NON-ELECTRIC PRESSURE COOKERS; SALT SHAKERS; PEPPER SHAKERS; SAUCEPANS; SAUCERS; SCOOPS; SCOURING PADS; SHAVING BRUSHES; SHIRT STRETCHERS; SHOE TREES; SOAP HOLDERS; SOUP BOWLS; SPICE SETS COMPRISED OF SPICE RACKS AND HAND-OPERATED SPICE GRINDERS SOLD EMPTY FOR HOUSEHOLD USE; SPONGE HOLDERS; SHOWER CADDIES, NOT OF PRE-CIOUS METAL; SPONGES FOR HOUSEHOLD PURPOSES; STANDS FOR SHAVING BRUSHES; STATUES OF PORCELAIN, TERRACOTTA OR GLASS; STATUETTES OF PORCELAIN, TERRACOTTA OR GLASS; SYRINGES FOR WATERING FLOWERS AND

Page: 8 / RN # 4,489,980

**Reg. No. 4,489,980** PLANTS; TABLEWARE, NAMELY, BOWLS, PLATES, AND BEVERAGE GLASSWARE; TANKARDS; TEA STRAINERS; TEA CADDIES; COFFEE CADDIES SOLD EMPTY FOR HOUSEHOLD USE; TEA INFUSERS; TEA SERVICES; NON-ELECTRIC TEAPOTS; TOILET BRUSHES; TOILET PAPER HOLDERS; TOILET SPONGES; TOOTHBRUSHES; TOOTH-BRUSHES, ELECTRIC; TOOTHPICK HOLDERS, NOT OF PRECIOUS METAL; TOOTHPICKS; NAIL BRUSHES; LITTER TRAYS, NAMELY, CAT LITTER PANS; TRIVETS; NON-ELECTRIC TROUSER PRESSES; TROUSER STRETCHERS; CLOTHING STRETCHERS; VACUUM BOTTLES; WAFFLE AND PANCAKE IRONS, NON-ELECTRIC; COOKERY AND BAKING IRONS, NON-ELECTRIC; WASHING BOARDS; RINSING TUBS; WATERING CANS; WA-TERING DEVICES. NAMELY, WATERING CANS AND WATERING POTS; POLISHING APPARATUS AND MACHINES FOR HOUSEHOLD PURPOSES, NONELECTRIC, NAMELY, FLOOR POLISH APPLICATORS MOUNTABLE ON A MOP HANDLE WORKS OF ART, OF PORCELAIN, TERRACOTTA OR GLASS; DECORATIVE ORNAMENTS FOR WINDOW OR DOORS MADE OF OR FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA OR PORCELAIN; MOUSE TRAPS; CONTAINERS FOR AROMATICS AND FRAGRANCES, NAMELY, POTPOURRI DISHES; REFRIGERATING BOTTLES SOLD EMPTY; BOXES OF GLASS; BROOMS; BUTTER DISHES; BUTTER DISH COVERS; CHEESE-DISH COVERS; CANDY BOXES. NOT OF PRECIOUS METAL; HAND OPERATED CLEANING INSTRUMENTS IN THE NATURE OF HOUSEHOLD CLEANING BRUSHES; CLOTHES-PEGS; NONELECTRIC PORTABLE COLD BOXES IN THE NATURE OF THERMAL INSU-LATED CONTAINERS FOR FOOD OR BEVERAGES; COOKIE JARS; NON-ELECTRIC COOKING UTENSILS, NAMELY, SPLATTER SCREENS, KITCHEN TONGS, POURING AND STRAINING SPOUTS, GRATER, SIEVES, SPATULAS, TURNERS, SKIMMERS; EYEBROW BRUSHES; FRYING PANS; GARDENING GLOVES; POWDER PUFFS; COOKIE BISCUIT CUTTERS; CRUETS, CRUET STANDS; DUSTERS; COCKTAIL SHAKERS; POWDER COMPACTS, NOT OF PRECIOUS METAL SOLD EMPTY; PILL AND TABLET BOXES FOR PERSONAL USE; PILL CASES OF WOOD AND PLASTIC FOR PERSONAL USE; STANDS FOR TOOTH BRUSHES; FLOSS FOR DENTAL PURPOSES; HANDLES FOR DENTAL FLOSS; HOUSEHOLD CONTAINERS OF PRECIOUS METAL; HOUSEHOLD UTENSILS OF PRECIOUS METAL, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COFFEE SERVICES OF PRECIOUS METAL; COFFEE-POTS, NON-ELECTRIC, OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METAL FOR HOUSEHOLD USE; NAPKIN HOLDERS AND RINGS OF PRECIOUS METAL; TABLEWARE MADE OF PRECIOUS METAL, NAMELY, SERVING KNIVES, FORKS, AND SPOONS; CANDY CASES AND CANDY BOXES OF PRECIOUS METAL; POWDER COMPACTS OF PRECIOUS METAL SOLD EMPTY; ELECTRIC DEVICES FOR ATTRACTING AND KILLING INSECTS; DRINKING STRAWS; OVEN MITTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES AND TEXTILE GOODS, NOT INCLUDED IN OTHER CLASSES, NAMELY, BED COVERS AND PLASTIC TABLE COVERS; BED AND PLASTIC TABLE COVERS; HANDKERCHIEFS; TABLE NAPKINS OF TEXTILE; BANNERS OF TEXTILE; BATH LINEN; BED LINEN; BEDSPREADS; BED QUILTS; BED BLANKETS; COTTON CLOTHS, FELT CLOTH; COVERS FOR CUSHIONS; DOOR CURTAINS; TOWELS; FABRIC FLAGS; TOILET WASHING GLOVES; HOUSEHOLD LINEN; LABELS OF TEXTILE; TEXTILE NAPKINS FOR REMOVING MAKE-UP; TEXTILE PLACE MATS, LINEN PLACE MATS; MATTRESS COVERS; MOSQUITO NETS; CURTAINS; PILLOWCASES; PLASTIC MATERIAL, NAMELY, SYNTHETIC FIBER FABRICS; QUILTS; TRAVELLING RUGS; TEXTILE BED SHEETS; SHROUDS; SILK CLOTH; SILK FABRICS; SLEEPING BAGS IN THE NATURE OF SHEETING; TABLE LINEN; TABLE MATS NOT OF PAPER; TAPESTRY OF TEXTILE; UPHOLSTERY FABRICS; WALL HANGINGS OF TEXTILE; BEDDING, NAMELY, BED SHEETS, BED LINEN, BED SPREADS; TEXTILE DOOR KNOB COVERS; FITTED TOILET SEAT COVERS MADE OF FABRICS; COVERINGS FOR LIDS FOR TOILET VESSELS, NAMELY, TOILET TANK COVERS MADE OF FABRIC; CURTAIN TIEBACKS IN THE NATURE OF TEXTILE CURTAIN HOLDERS; COTTON FABRICS; BEDSPREADS, NAMELY, COVERLETS; FABRICS FOR TEXTILE USE; FACE TOWELS OF TEXTILE; FELTS; CLOTH, NAMELY, FRIEZE; TRUE HEMP FABRIC; VELVET; WOOLEN CLOTH; TISSUE PAPER BOX COVERS OF TEXTILE; COVERS OF FABRIC FOR DOOR KNOBS; WOVEN TEXTILE LABELS; BED

**Reg. No. 4,489,980**  CANOPIES; FABRIC TABLE RUNNERS; KITCHEN LINENS, INCLUDING OVEN MITTS, DISH TOWELS, KITCHEN TOWELS, FABRIC PLACE MATS, WASHING MITTS, FABRIC TABLE RUNNERS, POTHOLDERS, CLOTH COASTERS; BATH TOWELS; TABLE LINEN, NAMELY, PLACE MATS; UNFITTED COVERINGS OF TEXTILE AND OF PLASTIC FOR FURNITURE; SHOWER CURTAINS; COTTON, POLYESTER AND NYLON FABRIC, FABRIC OF IMITATION ANIMAL SKINS; GOLF TOWELS; DAMASK; ELASTIC WOVEN MATERIAL IN THE NATURE OF JERSEY FABRIC FOR CLOTHING; SILK FABRICS FOR PRINTING PATTERNS; PRINTERS' BLANKETS OF TEXTILE; OILCLOTH FABRIC FOR TABLECLOTHS; COTTON LINGERIE FABRIC; JERSEY FABRICS FOR CLOTHING; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOON; FABRIC OF IMITATION ANIMAL SKINS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: FOOTWEAR; HEADWEAR; APRONS; BEACHWEAR; SWIMWEAR, SWIMSUITS, BATHING SUITS; GLOVES; MITTENS; BELTS; BABY CLOTHES, NAMELY, PAJAMAS, JACKETS, SHIRTS, JUMPERS; BIBS NOT OF PAPER; UNDERCLOTHING; SLEEPWEAR AND PAJAMAS; SLEEP MASKS FOR ELIMINATING LIGHT; BATH ROBES; SUSPENDERS; HATS, CAPS, SUN VISORS, BERETS; BATHING AND SHOWER CAPS; MUFFS; EAR MUFFS; NECKWEAR: NECK TIES; CRAVATS; BOW TIES; SOCKS AND STOCKINGS, PANTY HOSES; GARTER BELTS, STOCKING AND PANTY HOSE SUSPENDERS; SHOES, SPORTS SHOES, SLIPPERS, BEACH SHOES; MASQUERADE COSTUMES; WORKING SLEEVES IN THE NATURE OF SUN SLEEVES; BANDANAS; BATH SANDALS; BATH SLIPPERS; SKI BOOTS; BOOTS; BRACES FOR CLOTHING, NAMELY, SUSPENDERS; BRASSIERES; BREECHES; CAMISOLES; COATS; CUFFS; FUR STOLES; HEADBANDS FOR CLOTHING; JERSEYS; OVERCOATS; PARKAS, SANDALS; SCARVES; SHAWLS; SHIRTS; SLIPS; SMOCKS; SPATS; BOOTS FOR SPORTS; SPORTS JERSEYS; SUITS; WET SUITS FOR WATER SKIING; WRISTBANDS BEING CLOTHING; GYMNASTICS SHOES; CLOTHING FOR GYMNASTICS, NAMELY, LEOTARDS, TIGHTS, T-SHIRTS; SASHES; JOGGING SUITS, TROUSERS, JEANS, TANK TOPS, SKIRTS, BLOUSES; SNOW SUITS, ROBES, SNEAKERS, BOOTIES, SLIPPER SOCKS; CLOAKS; CLOTH BIBS; CHAPS; BEACH COVER-UPS; DRESSES; JACKETS; LEOTARDS; OVERALLS; PONCHOS; RAINWEAR; SHORTS; SWEATERS; SWEATSHIRTS; BABIES' PANTS; WELTS FOR BOOTS; CLOTHING OF IMIT-ATIONS OF LEATHER, NAMELY, COATS; CLOTHING OF LEATHER, NAMELY, SHIRTS, PANTS, COATS, DRESSES; COLLAR PROTECTORS, COLLARS, DETACHABLE COLLARS; CORSETS; CYCLISTS' CLOTHING, NAMELY, CYCLING SHORTS AND JERSEYS; FOOT-BALL BOOTS, FOOTBALL SHOES; PAPER CLOTHING, NAMELY, PAPER APRONS, PAPER HATS, PAPER SHOES USED WHEN GOING THROUGH METAL DETECTORS TO KEEP FEET AND SOCKS CLEAN; POCKET FOR CLOTHING; READY-MADE LININGS AS PARTS OF CLOTHING; SARIS; SPORTS SHOES; SWEAT-ABSORBENT UNDERCLOTHES; UNDER-GARMENTS; WOODEN SHOES; VESTS; UNIFORMS; UNDERPANTS; TOP HATS; TOGAS; NON-SLIP SOLES FOR BOOTS AND SHOES; MOTORCYCLE CLOTHING, NAMELY, GLOVES, JACKETS, RAIN SUITS; LEGGINGS; HOODS BEING CLOTHING; HEELS; HEEL PIECES FOR BOOTS AND SHOES; HALF-BOOTS; GALOSHES; GARTERS; FURS AS CLOTHING, NAMELY, CLOAKS, COATS, JACKETS, MUFFS, AND STOLES; FOOT MUFFS, NOT ELECTRICALLY HEATED; T-SHIRTS; TOPS; SWEAT SHIRTS WITH HOODS; LOUNGEWEAR; LONG SLEEVE TOPS; ZIP UP JACKETS; JOGGING PANTS; FLEECE TOPS; KNIT FLEECE HATS; FASHION HEADWEAR; FLIP FLOPS; PLUSH SLIPPERS; PLUSH NOVELTY HATS; SKULL CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BELT BUCKLES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, RUGS, MATS AND MATTING, LINOLEUM AND FABRIC COVERINGS FOR COVERING EXISTING FLOORS; NON TEXTILE WALL HANGINGS; AUTOMOBILE CARPETS; BATH MATS; FLOOR COVERINGS; DOOR MATS; GYMNASTIC MATS; GYM-NASIUM EXERCISE MATS; TAPESTRY-STYLE WALL HANGING, NOT OF TEXTILE; VINYL FLOOR COVERINGS; WALLPAPER, WALL PAPER OF VINYL; FOAM MATS FOR USE ON PLAY AREA SURFACES; BEACH MATS; REED MATS; NON-SLIP BATH TUB MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

**Reg. No. 4,489,980** FOR: GAMES AND PLAYTHINGS, NAMELY, ACTION SKILL GAMES, ACTION TARGET GAMES, ARCADE-TYPE ELECTRONIC EDUCATION VIDEO GAMES, BOARD GAMES, CARD GAMES, BUILDING GAMES, EDUCATIONAL CARD GAMES, ELECTRONIC EDU-CATIONAL GAME MACHINES FOR CHILDREN, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, PROMOTIONAL GAME CARDS, PUZZLE GAMES, VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MON-ITOR; GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES, NAMELY, SPORTS TRAINING DEVICE TO IMPROVE STRENGTH, TONING, CONDITION-ING, BALANCE AND PROPRIOCEPTION AND SLIDES FOR PLAYGROUNDS; DECORA-TIONS FOR CHRISTMAS TREES; CHILDREN'S MULTIPLE ACTIVITY TOYS; DOLLS; PUPPETS; PLUSH TOYS; SOFT DOLLS; TEDDY BEARS; TOY FIGURES AND PLAY SETS CONSISTING OF ACTION FIGURES; ACTION FIGURE TOYS AND ATTACHABLE ART-ICLES OF CLOTHING FOR TOYS; MAGNETIC TOY FIGURES ATTACHABLE TO MOBILE PHONES, PENCILS OR KEY RINGS; BATHTUB TOYS; RIDE-ON TOYS; BALLS FOR SPORTS AND BALLOONS; YO-YOS; BALLS FOR GAMES; PLAYING BALLS; PLAYGROUND BALLS, TENNIS BALLS, FOOTBALLS; SOCCER BALLS; BASEBALLS; VOLLEY BALLS; RUBBER BALLS; TOY VEHICLES; ELECTRIC TOY VEHICLES; SURF BOARDS; SNOW-BOARDS; ICE SKATES; SKATEBOARDS; TOY AIR PISTOLS; BACKGAMMON GAMES; BELLS FOR CHRISTMAS TREES; BILLIARD BALLS; BILLIARD TABLES; TOY BUILDING BLOCKS; BOARD GAMES; CHESS GAMES; CHESS BOARDS; CHRISTMAS CRACKERS; SKATING BOOTS WITH SKATES ATTACHED; BOWLING APPARATUS AND MACHINERY; BUILDING GAMES; CANDLE HOLDERS FOR CHRISTMAS TREES; CHECKERBOARDS; DRAUGHTS SETS CONSISTING PRIMARILY OF DRAUGHT BOARDS; CHESS SETS; CHRISTMAS TREES OF SYNTHETIC MATERIALS; CONJURING APPARATUS, NAMELY, MAGIC TRICKS; CUPS FOR DICE; DARTS; DICE; DOLLS' BEDS; DOLLS' CLOTHES; DOLLS' HOUSES; DOLLS' ROOMS; DOMINOES; DUMB-BELLS; ELBOW GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; CHEST EXPANDERS BEING AN EXERCISE APPARATUS; FAIRGROUND RIDE APPARATUS, NAMELY, AMUSEMENT PARK RIDES, ROLLERCOAST-ERS, CAROUSELS; DOLLS' FEEDING BOTTLES; FISH HOOKS; FISHING TACKLE; FLIP-PERS FOR SWIMMING; FLOATS FOR FISHING; FLYING DISC TOYS; AUTOMATIC AND COIN-OPERATED ARCADE AMUSEMENT GAME MACHINES; BATS FOR GAMES; AP-PARATUS FOR ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HANDHELD UNITS FOR PLAYING VIDEOGAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GOLF BAGS; GOLF CLUBS; GOLF GLOVES; GLOVES FOR GAMES AND SPORTS, NAMELY, BASEBALL GLOVES, GOLF GLOVES, BOXING GLOVES, HOCKEY GLOVES, BOWLING GLOVES, FOOTBALL GLOVES; PRACTICAL JOKES AND NOVELTIES, NAMELY, TOY AND NOVELTY FACE MASKS AND TOY FOAM NOVELTY ITEMS, SUCH AS FOAM FINGERS AND HANDS; KITE REELS; KITES; KNEE GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; MAH-JONG SETS; MARBLES FOR GAMES; MARION-ETTES; THEATRICAL MASKS; TOY MASKS; MOBILE TOY CARS; SCALE MODEL VEHICLES; PARLOUR GAMES; TOYS, NAMELY, PERCUSSION CAPS; TOY PISTOLS; RACKETS BEING TENNIS RACKETS, TABLE TENNIS RACKETS, PADDLE RACKETS, BADMINTON RACKETS, SQUASH RACKETS; INFANT RATTLES; RING GAMES; ROCKING HORSES; ROLLER SKATES; SAILBOARDS; SKIS; SOAP BUBBLES DISPENSER TOYS, BUBBLE MAKING WAND AND SOLUTION SETS; SPINNING TOPS; SPRINGBOARDS BEING SPORTING ARTICLES; STATIONARY EXERCISE BICYCLES; SWIMMING POOLS BEING PLAY ARTICLES; SWIMMING WEBS, NAMELY, FLIPPERS; SWINGS; TABLES FOR TABLE TENNIS; TOYS FOR DOMESTIC PETS; WATER SKIS; PLAY ARTICLES FOR SWIMMING, WATER GAMES SPORTS AND ACTIVITIES, NAMELY, WATER PISTOLS, WATER SQUIRTING TOYS, WATER GLOBES; BEACH BALLS; AUTOMATIC AND COIN-OPERATED AMUSEMENT GAME MACHINES; BAGS ESPECIALLY DESIGNED FOR SKIS AND SURFBOARDS; BINGO CARDS; BUTTERFLY NETS; GAMES CARDS, NAMELY, PLAYING CARDS; CONFETTI; IN-LINE ROLLER SKATES; KALEIDOSCOPES; MASTS FOR SAILBOARDS; LANDING NETS FOR ANGLERS; RADIO CONTROLLED TOY VEHICLES; ROULETTE WHEELS; SNOW GLOBES; SNOWSHOES; AMUSEMENT APPAR-

**Reg. No. 4,489,980** ATUS FOR USE IN ARCADES INCORPORATING A VIDEO MONITOR; STAND-ALONE VIDEO OUTPUT GAME MACHINES; COIN OR COUNTER OPERATED ARCADE GAMES; HORIZONTAL PINBALL MACHINES; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; NON-ELECTRIC HANDHELD ACTION SKILL GAMES; GAME EQUIPMENT SOLD AS A UNIT FOR PLAYING A BOARD GAME, A CARD GAME, A MANIPULATIVE GAME, A PARLOUR GAME, A PARLOUR-TYPE COMPUTER GAME, AND AN ACTION-TYPE TARGET GAME; PUZZLES; PAPER PARTY HATS; FACE MASKS; TOY MASKS, NAMELY, MASQUERADE AND HALLOWEEN COSTUME MASKS; WATER SQUIRTING TOYS; DARTBOARDS; SWIMMING AIDES, NAMELY, ARM FLOATS FOR RECREATIONAL USE; SWIMMING KICK BOARD FLOTATION DEVICES FOR RECREATIONAL USE; SWIM BOARDS FOR RECREATIONAL USE; SWIM FINS; TOY GUNS; TOY BAKE WARE AND TOY COOKWARE; TOY SNOW GLOBES; BOXING GLOVES; HOCKEY STICKS; CHRISTMAS STOCKINGS; SLING SHOTS; FLOATS FOR BATHING AND SWIMMING; BEAN BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS; BOUILLON; BOUILLON CONCENTRATES; BROTH; BROTH CONCENTRATES; BUTTER; CAVIAR; CHEESE; CHEESE SNACKS, NAMELY, COTTAGE CHEESE, CHEESE SPREADS; CHEESE IN THE FORM OF DIPS, SPREADS AND STICKS; DAIRY PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; DAIRY PUDDINGS; FROSTED FRUITS; FROZEN FRUITS; PROCESSED AND DRIED FRUITS; VEGETABLE AND FRUIT JUICES FOR COOKING; FRUIT CHIPS; PROCESSED AND DRIED VEGETABLES; MARGARINE; MARMALADE; MEAT JELLIES; MEAT TINNED; BEVERAGES CONSISTING PRINCIPALLY OF MILK; SOYBEAN-BASED FOOD BEVERAGE USED AS A MILK SUBSTITUTE, NAMELY, SOYBEAN MILK; MILK SHAKES; DAIRY PRODUCTS FOR MAKING MILK SHAKES, NAMELY, MILK; PREPARATIONS FOR MAKING MILK SHAKES, NAMELY, MILK POWDERS; PRESERVED MUSHROOMS; PRESERVED ONIONS, PRESERVED OLIVES; GHERKINS; PREPARED NUTS; SNACK MIX CONSISTING PRIMARILY OF NUTS, SPICY MIXED NUTS, NUT BASED FOOD BARS; GINGER JAM; LIVER PASTES; LIVER PÂTÉ; COCOA BUTTER FOR FOOD PURPOSES AND PROCESSED PEANUTS; DRIED LENTILS; DRIED PEAS; FRUIT PEEL; POTATO CHIPS; POTATO CRISPS; POTATO FRITTERS; SALADS EXCEPT MACARONI, RICE, AND PASTA SALAD; SAUERKRAUT; SAUSAGES; SESAME OIL; PREPARATIONS FOR MAKING SOUP; SOUPS; TOFU; VEGETABLE SALADS; VEGETABLE PREPARATIONS FOR MAKING SOUP IN THE NATURE OF SOUP MIX; WHIPPED CREAM; YOGHURT; FOODSTUFFS IN THE FORM OF BEAN, FRUIT, MEAT, AND POTATO BASED SNACK FOODS; POTATO BASED SNACKS; PROCESSED, EDIBLE SEAWEED; PROCESSED, DRIED AND PRESERVED MEAT, FISH, POULTRY AND GAME; BACON; PREPARATIONS FOR MAKING BOUILLON; CHOCOLATE NUT BUTTER; CHARCUTERIE; HAM; CRYSTALLIZED FRUITS; FISH PRESERVES, TINNED; FRUIT JELLIES; FRUIT SALADS; MAIZE OIL; OLIVE OIL FOR FOOD; RAISINS; TOMATO PURÉE; TINNED FRUITS AND VEGETABLES; SEAFOOD NOT LIVE; PROCESSED AND PRESERVED SEAFOOD; SEAFOOD, TINNED, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; FLOUR; BREAD, PASTRY AND CONFECTIONERY MADE OF SUGAR; ICE CREAM FRUIT ICES; HONEY, TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES AS CONDIMENTS; SPICES; ICE; BREAKFAST CEREAL; BISCUITS; CAKE MIXES; CANDY DECORATIONS FOR CAKES, CHOCOLATE DECORATIONS FOR CAKES; FLAVORINGS FOR CAKES OTHER THAN ESSENTIAL OILS; CAKE PREPARATIONS, NAMELY, FROSTING, ICING, CANDY DECORATIONS, AND CAKE MIXES; MALT FOR FOOD PURPOSES; SOYBEAN MALT, NAMELY, MALT EXTRACTS FOR FOOD; MALT BISCUITS; RICE CAKES; SWEETS AND CANDIES; SUGAR CONFECTIONERY, NAMELY, CRYSTAL SUGAR PIECES; CANDY BARS; CANDY MINTS; CHOCOLATE CONFECTIONERY, NAMELY, CHOCOLATE; CHOCOLATE; CHOCOLATE-BASED BEVERAGES WITH MILK; CHOCOLATE-BASED BEVERAGES; CONFECTIONERY DECORATIONS FOR CHRISTMAS

**Reg. No. 4,489,980**   TREES; CANDY WITH COCOA, COCOA BEVERAGES WITH MILK; COFFEE-BASED BEVERAGES; COFFEE BEVERAGES WITH MILK; COFFEE FLAVORINGS; COFFEE SUBSTITUTES; COFFEE AND COFFEE BASED BEVERAGES; TEA, NAMELY, GINSENG TEA, BLACK TEA, OOLONG TEA, BARLEY AND BARLEY-LEAF TEA; COOKIES; POPCORN; FLAVORED POPCORN; CORN FLAKES; CONFECTIONERY CHIPS FOR BAKING; ICE-CREAM; CURRY; CAPERS; CUSTARD; CUSTARD MIXES AND POWDER; CEREAL FLAKES; FLAVORINGS, OTHER THAN ESSENTIAL OILS; CONFECTIONERY ICES, NAMELY, SHERBETS AND FROZEN YOGHURTS; FRUIT JELLY CANDY; GINGERBREAD; CHOCOLATE SYRUP; KETCHUP; LIQUORICE; NON-MEDICATED LOZENGES; MEAT PIES; MEAT TENDERIZERS FOR HOUSEHOLD PURPOSES; PANCAKES; CONFECTIONERY, NAMELY, PASTILLES; PASTRIES; CORN CHIPS; TORTILLAS; PEPPER; PIZZAS; PUDDINGS; RAVIOLI; ROYAL JELLY FOR FOOD PURPOSES; THICKENING AGENTS FOR USE IN COOKING; PREPARED WASABI PASTE; SOY SAUCE; PASTAS, NOODLES AND VERMICELLI; SUSHI; VANILLA; WAFFLES; FROZEN YOGHURT; FROZEN CONFECTIONS; PRETZELS; GRAINED BASED SNACK FOODS; ALMOND CONFECTIONERY, NAMELY, ALMOND PASTE AND ALMOND CAKE; AROMATIC PREPARATIONS FOR FOOD, NAMELY, EXTRACTS USED AS FLAVORING; STARCH-BASED BINDING AGENTS FOR ICE CREAM; BREAD ROLLS; CAKES; CANDY, NAMELY, CARAMELS; CHEWING GUM, NOT FOR MEDICAL PURPOSES; CORN MEAL; CRACKERS; CRISP SNACK FOOD PRODUCTS, NAMELY, CRISP BREAD SNACKS; FLOUR BASED SAVORY SNACKS, NAMELY, FLOUR-BASED CHIPS; CEREAL BASED SNACK FOODS; EDIBLE ICES; GOLDEN SYRUP; MACARONI; MARZIPAN; MAYONNAISE; OATMEAL; DRIED CHILI PEPPERS FOR USE AS SEASONINGS; PIES; RELISH; RUSKS; COOKING SALT; SANDWICHES; TOMATO SAUCE; SEASONINGS; SORBETS; SHERBETS; SPAGHETTI; TARTS; WHEAT FLOUR; SALAD DRESSINGS; MEAT GRAVIES; FRUIT SAUCES EXCLUDING CRANBERRY SAUCE AND APPLESAUCE; CONES FOR ICE CREAM; CANNED PASTA; DESSERT PUDDINGS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS; FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES, NAMELY, SYRUP SUBSTITUTES FOR MAKING BEVERAGES; ALES; ALCOHOLIC AND NON-ALCOHOLIC BEERS; NON-ALCOHOLIC FRUIT DRINKS; NON-ALCOHOLIC FRUIT JUICES; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; NON-ALCOHOLIC CARBONATED DRINKS; NON-ALCOHOLIC DRINKS IN THE NATURE OF ENERGY DRINKS; NON-ALCOHOLIC WINES; PINEAPPLE JUICE BEVERAGES; NON-ALCOHOLIC APERITIFS; NON-ALCOHOLIC COCKTAILS; ENERGY DRINKS; NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES; FRUIT-BASED SYRUP FOR MAKING FRUIT JUICES AND FRUIT DRINKS; NON-ALCOHOLIC FRUIT NECTARS; WHEY BEVERAGES; EXTRACTS OF HOPS AND MALTS FOR MAKING BEER; NON-ALCOHOLIC HONEY-BASED BEVERAGES; GINGER BEERS; ISOTONIC BEVERAGES; ICED FRUIT BEVERAGES; DRINKING WATER; VEGETABLE JUICES; COLA BEVERAGES; COLA DRINKS; SPRING WATER; LITHIA WATER; PREPARATIONS FOR MAKING LIQUEURS, NAMELY, FRUIT ESSENCES USED IN THE PREPARATION OF LIQUEURS; LEMONADES; MILK OF ALMONDS BEING BEVERAGES; PEANUT MILK, BEING SOFT DRINKS; MALT BEER; MALT BASED PREPARATIONS FOR MAKING BEVERAGES, NAMELY, MALT SYRUP; MILK OF ALMONDS FOR BEVERAGES; FLAVORED WATERS; BEER WORT; FROZEN FRUIT BEVERAGES; LAGERS; CONCENTRATES IN TABLET FORM FOR MAKING EFFERVESCENT DRINKS; TABLE WATERS; BOTTLED WATER; GRAPE JUICE; UNFERMENTED GRAPE MUST; SARSAPARILLA SOFT DRINK; SELTZER WATER; SHANDY; CIDER, NON-ALCOHOLIC; SODA WATER; SORBETS IN THE FORM OF BEVERAGES; STOUT; SPORTS DRINKS; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; VEGETABLE JUICE; SOFT DRINKS; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES, EXCEPT BEERS; RICE ALCOHOL; APERITIFS; ALCOHOLIC BEVERAGES CONTAINING FRUIT; ALCOHOLIC EXTRACTS; ALCOHOLIC FRUIT EXTRACTS; DISTILLED SPIRITS; DISTILLED ALCOHOLIC DRINKS; BRANDY; HARD

**Reg. No. 4,489,980** CIDER; MEAD; PREPARED ALCOHOLIC COCKTAILS; LIQUEURS; SAKE; SPIRITS; VODKA; WHISKY; RUM; GIN; WINE; COOKING WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: TOBACCO; MATCHES; ASHTRAYS; CIGARETTE PAPER; CIGAR CASES; CIGARETTE CASES; CIGAR CUTTERS; CIGAR HOLDERS; CIGARETTE FILTERS; MOUTHPIECES FOR CIGARETTE HOLDERS; CIGARETTE HOLDERS; CIGARETTE TIPS; CIGARETTES; CIGARETTES CONTAINING TOBACCO SUBSTITUTES NOT FOR MEDICAL PURPOSES; CIGARILLOS; CIGARS; LIGHTERS FOR SMOKERS; MATCH BOXES; MATCH HOLDERS; MATCHES; PIPE CLEANERS FOR TOBACCO PIPES AND SMOKING PIPES; PIPE RACKS FOR SMOKING PIPES; TOBACCO PIPES; TOBACCO POUCHES; SNUFFBOXES; TOBACCO STORAGE TINS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING SERVICES; BUSINESS ADMINISTRATION AND MANAGEMENT; PROVIDING OFFICE FUNCTIONS; WHOLESALE AND RETAIL STORE SERVICES AND MAIL ORDER CATALOG SERVICES IN THE FIELD OF GAMES FOR MOBILE DEVICES, GAMES FOR PERSONAL COMPUTERS, GAMES FOR CONSOLES, GAMES FOR TABLETS, ELECTRONIC GAME PROGRAMS, DOWNLOADABLE ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME SOFTWARE, COMPUTER GAME PROGRAMS, DOWNLOADABLE COMPUTER GAME PROGRAMS, INTERACTIVE GAME PROGRAMS, INTERACTIVE GAME SOFTWARE, COMPUTER PROGRAMS, SAVED COMPUTER SOFTWARE, PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, MOUSE PADS, PARTY FAVORS AND FESTIVE DECORATIONS AND ORNAMENTS, GIFTS AND NOVELTY GOODS, SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, HAIR CARE PRODUCTS, TOILETRIES, DENTIFRICES, PERSONAL HYGIENE PRODUCTS, CLEANING, POLISHING AND SANDING PREPARATIONS, SUBSTANCES FOR LAUNDRY USE, MANICURE TOOLS, NAIL CARE PREPARATIONS, NAIL POLISH, NAIL VARNISH, FALSE NAILS, DIETARY NUTRIENTS, FOOD FOR BABIES, SANITARY PREPARATIONS, CANDLES, CANDLE WICKS, LIGHTING SPLINTS, GREASES, LUBRICANTS, OILS FOR PAINTS, CUTLERY, CROCKERY, MANICURE SETS, SHAVING INSTRUMENTS, RAZORS, MACHINES AND MACHINE TOOLS FOR KITCHEN OR HOUSEHOLD PURPOSES, HAND-HELD TOOLS, FILMS, CAMERAS, VIDEO DISCS, VIDEO RECORDERS, AUDIO AND VISUAL PRODUCTS, AUDIO AND VIDEO TAPES, RECORDS AND DISCS, INSTRUMENTS AND APPARATUS FOR THE RECORDING, TRANSMITTING OR REPRODUCTION OF SOUNDS OR IMAGES, TELEVISIONS, CASSETTE TAPE PLAYERS OR RECORDERS, VIDEO CASSETTE OR DISC PLAYERS OR RECORDERS, RADIOS, TELEPHONES, WIRELESS PHONES, MOBILE PHONES, MOBILE PHONE CASES, DECORATIONS AND STRAPS FOR PHONES, CALL INDICATORS, CALCULATING MACHINES, CALCULATORS, ELECTRONIC GAME GAMES, CINEMATOGRAPHIC FILMS, LIGHTS, FANS, COOKING UTENSILS, CAKE AND PASTRY MOULDS, TOASTERS, OVENS, KITCHEN UTENSILS, UTENSILS AND CONTAINERS FOR SERVING OR STORING FOOD AND/OR BEVERAGES, CHOPSTICKS, CUTTING UTENSILS, PORCELAIN, CRYSTAL WARE, ENAMEL CONTAINERS, SILVERWARE, GLASSWARE, TERRACOTTA CONTAINERS, EARTHENWARE, CERAMICS, HAIR DRYERS, LAMPS, LAMPSHADES AND PARTS AND FITTINGS THEREFOR, BABY CARRIAGES, BALLOONS, BICYCLE HORNS, CLOCKS AND WATCHES AND ACCESSORIES AND PARTS AND FITTINGS THEREFOR, JEWELRY AND IMITATION JEWELRY, ORNAMENTS, GOODS OF PRECIOUS METAL OR COATED THEREWITH, MUSIC BOXES, MUSICAL INSTRUMENTS, PICTURES, PHOTOGRAPHS, STATIONERY, PAPER AND CARDBOARD AND GOODS MADE FROM THESE MATERIALS, ARTISTS' MATERIALS, PAINT BRUSHES, WRITING INSTRUMENTS, PRINTED MATTER, BOOKS, NEWSPAPERS, MAGAZINES AND PERIODICALS, GREETING AND CHRISTMAS CARDS, PLAYING CARDS, PACKING AND PACKAGING MATERIALS, PICTURE FRAMES AND STANDS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, GOODS MADE OF LEATHER AND/OR IMITATIONS OF LEATHER, BAGS AND LUGGAGE, PURSES AND WALLETS, UMBRELLAS, WALKING STICKS, MIRRORS, COAT HANGERS AND PEGS, NAMEPLATES, SMALL HOUSEHOLD FITTINGS, HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, COMBS, SPONGES, BRUSHES, ARTICLES FOR CLEANING PURPOSES, SPECTACLES, SPECTACLE FRAMES AND SUNGLASSES AND CASES AND ACCESSORIES THEREFOR, TEXTILE AND TEXTILE GOODS, BEDDING, AND TABLE

**Reg. No. 4,489,980**  LINENS AND COVERS, NAPKINS, TABLE MATS, FURNITURE, SEWING SUPPLIES, HANDKERCHIEFS, ARTICLES OF CHILDREN, WOMEN AND MEN'S CLOTHING; FOOTWEAR, HEADGEAR AND GLOVES, BUTTONS, BADGES, RIBBONS AND BRAID, LACE AND EMBROIDERY, HAIR PINS AND ORNAMENTS, BRACES, SHOE ORNAMENTS, HAT ORNAMENTS, ZIPPER AND ZIPPER FASTENERS, CARPETS, RUGS AND MATS, TOYS, GAMES AND PLAYTHINGS, DOLLS, PLUSH TOYS, SOFT DOLLS, FIGURINES, SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS TREES. FOOD AND BEVERAGES, CONFECTIONERY, FLORAL PRODUCTS, MATCHES, CIGARS, CIGARETTES AND SMOKERS' ARTICLES; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; PUBLICATION OF PUBLICITY TEXTS; SALES PROMOTION FOR OTHERS; ARRANGING OF ADVERTISING SERVICES, NAMELY, ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; BUSINESS MANAGEMENT OF PERFORMING ARTISTS; IMPORT-EXPORT AGENCIES; DIRECT MAIL ADVERTISING SERVICES; BUSINESS MANAGEMENT OF HOTELS FOR OTHERS; MARKETING RESEARCH SERVICES; OUTDOOR ADVERTISING; PERSONNEL RECRUITMENT; ADVERTISING AGENCY SERVICES; RADIO ADVERTISING; TELEVISION ADVERTISING; ONLINE ADVERTISING ON A COMPUTER COMMUNICATIONS NETWORK; PROCUREMENT SERVICES FOR THIRD PARTIES BEING ACQUISITION OF GOODS AND SERVICES FOR OTHER COMPANIES, RENTAL OF ADVERTISING TIME ON COMMUNICATION MEDIA; RENTAL OF OFFICE MACHINERY AND EQUIPMENT; VENDING MACHINE RENTAL SERVICES; AUCTIONEERING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: FINANCIAL AFFAIRS AND MONETARY AFFAIRS, NAMELY, FINANCIAL INFORMATION, MANAGEMENT AND ANALYSIS SERVICES; COMPUTERIZED FINANCIAL SERVICES, NAMELY, ELECTRONIC COMMERCE PAYMENT SERVICES IN THE NATURE OF ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; COMPUTERIZED FINANCIAL SERVICES FOR RETAIL BUSINESSES, NAMELY, BILL PAYMENT SERVICES FOR THE PURCHASE OF GOODS AND SERVICES ONLINE; PROVIDING INFORMATION, ADVISORY AND CONSULTANCY SERVICES RELATING TO FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; AGENCY SERVICES FOR RENTING OF APARTMENTS; RENTAL HOUSING MANAGEMENT; BANKING AND BANKING SERVICES; CAPITAL INVESTMENT SERVICES; CHARITABLE FUND RAISING SERVICES; CREDIT CARD SERVICES; ISSUANCE OF CREDIT CARDS; DEBIT CARD SERVICES; FINANCIAL ADVISORY SERVICES; FINANCIAL PLANNING AND FINANCIAL SERVICES IN THE NATURE OF ADVISING ON SAVINGS AND INVESTMENTS; ISSUE OF TOKENS OF VALUE; ISSUING OF BANK CHECKS AND TRAVELERS' CHECKS; LEASING OF REAL ESTATE; REAL ESTATE MANAGEMENT SERVICES; RENT COLLECTION; RENTAL OF OFFICE SPACE; RENTING OF HOMES; RENTING OF FLATS AND APARTMENTS; SAVINGS ACCOUNT SERVICES; ELECTRONIC FUNDS TRANSFER; REAL ESTATE AGENCIES; TRUSTEESHIP SERVICES, NAMELY, TRUSTEESHIP REPRESENTATIVES; FIRE INSURANCE UNDERWRITING; CAPITAL INVESTMENT SERVICES; HEALTH INSURANCE UNDERWRITING; INSURANCE BROKERAGE; LIFE INSURANCE UNDERWRITING; MARINE INSURANCE UNDERWRITING; MUTUAL FUNDS BROKERAGE, DISTRIBUTION, INVESTMENT AND PLANNING SERVICES; HOME BANKING; FINANCING OF LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: TELECOMMUNICATIONS, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; CABLE TELEVISION BROADCASTING; TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; PROVIDING INFORMATION MULTIPLE USER ACCESS TO INFORMATION IN THE FIELD OF TELECOMMUNICATIONS, SPECIFICALLY ON COMMUNICATION BY TELEPHONES AND CELLULAR TELEPHONES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; ELECTRONIC MAIL; FACSIMILE TRANSMISSION; RADIO BROADCASTING; SENDING OF TELEGRAMS; TELEPHONE COMMUNICATION SERVICES; TELEVISION TRANSMISSION SERVICES; PAGING SERVICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER

**Reg. No. 4,489,980**  NETWORK; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK BEING
TELECOMMUNICATIONS SERVICE PROVIDERS; TELECOMMUNICATIONS ROUTING
AND JUNCTION SERVICES; ELECTRONIC BULLETIN BOARD SERVICES; TELECONFER-
ENCING SERVICES; TELECOMMUNICATION SERVICES FOR PROVIDING MULTIPLE-
USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COM-
MUNICATIONS AND CONSUMER VIDEO GAME APPARATUSES; PROVIDING INFORM-
ATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS
OF ELECTRONIC COMMUNICATION BY MEANS OF A CONSUMER VIDEO GAME AP-
PARATUS; PROVIDING TELECOMMUNICATION SERVICES FOR MULTIPLE-USER AC-
CESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ARCADE VIDEO GAME MA-
CHINES BY DIGITAL TRANSMISSION OR BY SATELLITE FOR THE PURPOSE OF
PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE
OF ELECTRONIC COMMUNICATIONS; PROVIDING INFORMATION MULTIPLE-USER
ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMU-
NICATION BY MEANS OF ARCADE VIDEO GAME MACHINES; COMMUNICATION BY
HANDHELD GAME APPARATUSES USING DIGITAL TRANSMISSION OR BY SATELLITE;
PROVIDING INFORMATION ON COMMUNICATION USING DIGITAL TRANSMISSION
OR SATELLITE BY MEANS OF HANDHELD GAME APPARATUS; COMMUNICATION BY
MESSAGES AND PICTURES BY USING COMPUTERS CONNECTED TO A GLOBAL
COMPUTER NETWORK; TELECOMMUNICATION OTHER THAN BROADCASTING,
NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS
NETWORKS; BROADCASTING OF RADIO AND TELEVISION PROGRAMS; NEWS AGENCY
SERVICES FOR ELECTRONIC TRANSMISSION, NAMELY, THE TRANSMISSION OF NEWS
ITEMS TO NEWS REPORTING SERVICES; RENTAL OF TELECOMMUNICATION EQUIP-
MENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF MODEMS;
ELECTRONIC MESSAGE TRANSMISSION; SATELLITE TRANSMISSION, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FOR: EDUCATION SERVICES, NAMELY, PROVIDING ON-LINE CLASSES, SEMINARS
AND WORKSHOPS IN THE FIELD OF MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY,
LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC,
AND GENERAL TRIVIA; PROVIDING ON-LINE TRAINING COURSES, SEMINARS,
WORKSHOPS IN THE FIELD OF SPORTS, MUSIC, ARTS, IT AND GENERAL TRIVIA; EN-
TERTAINMENT, NAMELY, PROVIDING NON-DOWNLOADABLE PRE-RECORDED DIGITAL
MUSIC PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA A GLOBAL COM-
PUTER NETWORK AND WIRELESS NETWORKS; ORGANIZATION OF SPORTING EVENTS,
NAMELY, SWIMMING MEETS, SOCCER COMPETITIONS, BASEBALL COMPETITIONS
AND HOCKEY COMPETITIONS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES,
IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR HANDHELD GAME APPARAT-
US, FOR ARCADE VIDEO GAME MACHINES AND FOR CONSUMER VIDEO GAME AP-
PARATUS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES,
MOVIES, MUSIC AND SOUNDS FOR ENTERTAINMENT PURPOSES BY COMPUTER
NETWORK AND VIA COMMUNICATION BY A COMPUTER NETWORK AND VIA COM-
MUNICATIONS BY CELLULAR PHONES; ORGANIZATION AND ARRANGEMENT OF
VIDEO GAME TOURNAMENT EVENTS; RENTAL OF CONSUMER VIDEO GAME APPAR-
ATUS AND ARCADE VIDEO GAME MACHINES; RENTAL OF HANDHELD GAME APPAR-
ATUS; EDUCATIONAL AND INSTRUCTIONAL SERVICES IN THE NATURE OF CLASSES,
WORKSHOPS OR SEMINARS IN THE FIELD OF ARTS, CRAFTS, SPORTS AND GENERAL
KNOWLEDGE OR TRIVIA; MOVIE SHOWING, MOVIE FILM PRODUCTION, AND MOVIE
FILM DISTRIBUTION PROVIDING INFORMATION ON PROGRAM LISTING OF TELEVI-
SION BROADCASTING SERVICES; PROVIDING ENTERTAINMENT INFORMATION VIA
WEBSITES; ENTERTAINMENT SERVICES IN THE NATURE OF CREATION, DEVELOP-
MENT, AND PRODUCTION OF CINEMATOGRAPHIC FILMS, ANIMATION AND ANIMATED
FILMS, AND TELEVISION PROGRAMS FOR OTHERS; PROVISION OF PRE-RECORDED,
NON-DOWNLOADABLE DIGITAL MUSIC ONLINE BY MEANS OF MP3 WEBSITES ON A
GLOBAL COMPUTER NETWORK, THE INTERNET AND VIA MOBILE PHONES AND
WIRELESS ELECTRONIC COMMUNICATION DEVICES; PROVIDING NON-DOWNLOAD-
ABLE DIGITAL MUSIC FROM THE INTERNET, VIA WIRELESS ELECTRONIC COMMU-

**Reg. No. 4,489,980** NICATION DEVICES; PROVIDING AMUSEMENT ARCADES AND CENTERS; PROVIDING AMUSEMENT PARK AND THEME PARK SERVICES; AMUSEMENT ARCADE SERVICES; ORGANIZATION, PRODUCTION AND PRESENTATION OF SHOWS, CONCERTS, LIVE MUSICAL PERFORMANCES, THEATRICAL PERFORMANCES, EXHIBITIONS IN THE FIELDS OF ART, EDUCATION, CULTURE, SPORTS AND ENTERTAINMENT, SPORTS COMPETITIONS, SPORTING AND CULTURAL ACTIVITIES; CABARETS AND VARIETY SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCES AND LIVE PERFORM-ANCES SHOWCASING TALENT; MOVIE STUDIOS, DISCOTHEQUE SERVICES; PUBLIC-ATION OF BOOKS, TEXTS, MAGAZINES, NEWSPAPERS AND PERIODICALS; LIBRARY SERVICES; PROVIDING FACILITIES FOR ENTERTAINMENT INCLUDING CONCERTS, SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCE, AND LIVE PERFORM-ANCES SHOWCASING TALENT, PERFORMANCES, SPORTS, GAMES, RECREATION AND CULTURAL ACTIVITIES; PROVISION OF INFORMATION RELATING TO EDUCATION, ENTERTAINMENT, AMUSEMENT ATTRACTIONS, RECREATIONAL ACTIVITIES, SPORTS AND CULTURE; CINEMATOGRAPHIC FILM AND VIDEO PRODUCTION; RENTAL OF CINE-FILMS, CINEMATOGRAPHIC FILMS, VIDEO TAPES, LASER DISCS, VIDEO DISCS AND DIGITAL VERSATILE (VIDEO) DISCS FEATURING ANIMATED CARTOONS; RENTAL OF SOUND RECORDINGS; RENTAL OF SHOW AND STAGE SCENERY; NURSERY SCHOOLS; PROVIDING FACILITIES FOR GAMES; ARRANGING OF BEAUTY CONTESTS; CIRCUSES; PROVIDING EDUCATION IN THE FIELD OF MATH, SOCIAL STUDIES, SCI-ENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC AND GENERAL TRIVIA RENDERED THROUGH CORRESPONDENCE COURSES; ENTERTAINER SERVICES, NAMELY, LIVE, TELEVISED AND MOVIE APPEAR-ANCES BY A PROFESSIONAL ENTERTAINER; ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; GAMING SERVICES IN THE NATURE OF CASINO GAMING; GYMNASTIC INSTRUCTION SERVICES; PROVIDING MUSEUM FA-CILITIES FOR PRESENTATIONS AND EXHIBITIONS; OPERATING LOTTERIES; ORCHES-TRA SERVICES; PARTY PLANNING BEING ENTERTAINMENT; SCRIPTWRITING SER-VICES FOR NON-ADVERTISING PURPOSES; ENTERTAINMENT IN THE NATURE OF THEATRE PRODUCTIONS; ZOOLOGICAL GARDENS SERVICES; ELECTRONIC DESKTOP PUBLISHING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES VIA A COMPUTER NETWORK; SIGN LANGUAGE INTERPRETATION; VOCA-TIONAL GUIDANCE IN THE NATURE OF EDUCATION AND TRAINING ADVICE; MICRO-FILMING FOR OTHERS; MUSIC COMPOSITION SERVICES FOR OTHERS; NIGHT CLUBS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING KARAOKE SERVICES; PROVIDING ONLINE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWS ARTICLES FOR CHILDREN; ONLINE ELECTRONIC PUBLISHING OF ELECTRONIC BOOKS AND JOURNALS; VIDEOTAPING BEING PRODUCTION SERVICES; BOWLING ALLEYS; RENTAL OF BATTING STADIUM OR DOME FACILITIES FOR BASEBALL GAMES; PRO-VISION OF ON-LINE NON-DOWNLOADABLE MOVIES AND ANIMATED CARTOONS VIA A VIDEO-ON DEMAND SERVICE AND PROVISION OF ON-LINE NON-DOWNLOAD-ABLE MOVIES AND ANIMATED CARTOONS VIA A GLOBAL COMPUTER NETWORK; PROVIDING A WEBSITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELDS OF ELECTRONIC GAME PROGRAMS AND ELECTRONIC GAME PRODUCTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK; PROVIDING TEMPORARY HOUSING ACCOMMODATION SERVICES; HOTEL AND TEMPORARY ACCOMMODATION SERVICES AND CATERING SERVICES FOR GUESTS; RESTAURANTS; CAFÉS; CAFET-ERIAS; BAR SERVICES; CANTEENS SERVICES; CATERING SERVICES; SELF-SERVICE RESTAURANTS; SNACK BARS; COCKTAIL LOUNGES; PROVIDING INFORMATION IN THE FIELD OF THE PROVISION OF FOOD AND BEVERAGES; AGENCY SERVICES FOR THE RESERVATION OF TEMPORARY ACCOMMODATIONS AND LODGING FACILITIES IN THE NATURE OF HOTELS, MOTELS AND BOARDING HOUSES; HOLIDAY CAMP SERVICES; RESTAURANTS, CAFÉS, CAFETERIAS, BAR SERVICES, CANTEEN SERVICES AND COCKTAIL LOUNGE SERVICES INSTALLED WITH: AUDIO AND VISUAL APPAR-ATUS WITH SING ALONG DEVICES CHILD-CARE SERVICES; DAY-NURSERIES, NAMELY, CRÈCHES; PROVIDING TEMPORARY ACCOMMODATIONS IN THE NATURE OF TOURIST

**Reg. No. 4,489,980**  HOMES; PROVIDING BAR SERVICES FOR WEDDING RECEPTIONS; PROVIDING FACIL-
ITIES FOR EXHIBITIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

OWNER OF U.S. REG. NOS. 3,988,064, 4,252,003 AND OTHERS.

PRIORITY DATE OF 2-9-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1152685 DATED 8-8-2012, EXPIRES 8-8-
2022.

THE MARK CONSISTS OF A STYLIZED HEAD OF A PIG.

SER. NO. 79-127,161, FILED 8-8-2012.

JACLYN KIDWELL WALKER, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

Page: 19 / RN # 4,489,980

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,489,979**

**Registered Mar. 4, 2014**

**Int. Cls.: 3, 5, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 36, 38, 41 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

ROVIO ENTERTAINMENT LTD (FINLAND CORPORATION)
P.O. BOX 65
FI-02151 ESPOO
FINLAND

FOR: BLEACHING PREPARATIONS AND BLEACHING SALTS AND BLEACHING SODAS FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARA- TIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTI- FRICES; NON-MEDICATED TOILETRIES; HAND CARE PREPARATIONS, NAMELY, HAND CREAM; NON-MEDICATED PRODUCTS IN THE NATURE OF COSMETICS AND COSMETIC PREPARATIONS FOR THE CARE AND CLEANSING OF HAIR AND SKIN, NAMELY, SHAMPOOS, CONDITIONERS, BALMS, SOAPS, AND SHOWER GEL; ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE LOTIONS; ANTIPERSPIRANTS; ANTISTATIC PREPARATIONS FOR HOUSEHOLD PURPOSES; AROMATICS, NAMELY, AROMATIC OILS AND AROMATIC POTPOURRIS; MILLED AND PROCESSED QUILLAIA BARK FOR USE AS HAND WASHING SOAP AND LAUNDRY SOAP; BATH SALTS; COSMETIC PRE- PARATIONS FOR BATHS; BEAUTY MASKS; BLEACHING SALTS; BLEACHING SODA; BLUING FOR LAUNDRY; COLOR-BRIGHTENING CHEMICALS IN THE NATURE OF WASHING PREPARATIONS FOR LAUNDRY USE; PAINT REMOVING PREPARATIONS; COSMETICS KITS COMPRISED OF COSMETICS; COSMETIC PREPARATIONS FOR SLIMMING PURPOSES; COTTON STICKS FOR COSMETIC PURPOSES; COTTON WOOL FOR COSMETIC PURPOSES; COSMETIC CREAMS; SKIN WHITENING CREAMS; CREAMS FOR LEATHER; DENTURE POLISHES; PREPARATIONS FOR CLEANING DENTURES; DEODORANTS FOR PERSONAL USE; HAIR DYES FOR COSMETIC PURPOSES; EAU DE COLOGNE; TOILETTE WATER; HAIR CREAMS; HAIR GELS; SHAMPOOS; HAIR CONDI- TIONERS AND HAIR MOISTURIZING PREPARATIONS; PERFUMES; LIPSTICKS; SKIN AND FACE CREAMS AND LOTIONS; FALSE NAILS; NAIL POLISHES AND NAIL VAR- NISHES AND NAIL POLISH THINNERS; NON-MEDICATED SUN CARE PREPARATIONS; BLEACHING PREPARATIONS IN THE NATURE OF DECOLORANTS FOR COSMETIC PURPOSES; CAKE FLAVORINGS IN THE NATURE OF ESSENTIAL OILS; CLEANSING MILK FOR COSMETIC TOILETRY PURPOSES; EYEBROW COSMETICS; EYEBROW PENCILS; FABRIC SOFTENERS FOR LAUNDRY USE; FALSE EYELASHES; FLOOR WAX; HAIR DYES; HAIR SPRAY; LAUNDRY BLEACH; LAUNDRY PRE-SOAK DETERGENTS; LAUNDRY STARCH; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MAKE-UP POWDER; MAKE-UP PREPARATIONS; MAKE-UP REMOVING PREPARATIONS; MASCARA; MOUTH WASHES, NOT FOR MEDICAL PURPOSES; NAIL CARE PREPARATIONS; COS- METIC PENCILS; POLISH FOR FURNITURE AND FLOORING; POMADES FOR COSMETIC

**Reg. No. 4,489,979**  HAIR PURPOSES; PUMICE STONE FOR PERSONAL USE; SANDPAPER; SCENTED WOOD; SHOE POLISH AND CREAMS; SHOE WAX; LAUNDRY STARCH; SOAPS FOR BRIGHTENING TEXTILES; STARCH GLAZE FOR LAUNDRY PURPOSES; SUNSCREEN PREPARATIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; VARNISH-REMOVING PREPARATIONS; DEPILATORY WAX; LAUNDRY WAX; POLISHING WAXES; WAXES FOR LEATHER, NAMELY, BOOT AND SHOE WAX; DEPILATORY PREPARATIONS; PETROLEUM JELLY FOR COSMETIC PURPOSES; DECORATIVE FINGERNAIL DECALS FOR COSMETIC PURPOSES; INCENSE; GEL SOAPS, BAR SOAP; BUBBLE BATH; SHOWER GELS; TOOTHPASTE; MOUTHWASH; CLEANSING, TONING, MOISTURIZING AND EXFOLIATING PREPARATIONS FOR SKIN; BODY CREAM AND LOTION; HAND CREAM AND LOTION; SKIN CLEANSER AND NON-MEDICATED BODY SOAKS; PERFUMED BODY POWDERS; BATH OILS; BABY OIL, BABY POWDER, BABY GEL AND BABY LOTION; LIP GLOSS, NON-MEDICATED LIP BALM; MANICURE PREPARATIONS, NAMELY, ADHESIVES FOR ARTIFICIAL NAILS, NAIL CREAM, NAIL ENAMEL, NAIL GEL, NAIL POLISH AND NAIL GLITTER; SACHETS FOR PERFUMING LINEN; MASSAGE OILS AND LOTIONS; NON-MEDICATED SKIN CREAMS WITH ESSENTIAL OILS FOR USE IN ARO-MATHERAPY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: DIAPERS MADE OF PAPER FOR BABIES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: PHOTOGRAPHIC APPARATUS AND INSTRUMENTS, NAMELY, CAMERAS AND FLASHES FOR CAMERAS, CASES FOR CAMERAS AND PHOTOGRAPHIC EQUIPMENT; OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, BLANK OPTICAL DISCS, OPTICAL LAMPS; SIGNALING APPARATUS AND INSTRUMENTS, NAMELY, FLASHING SAFETY LIGHTS, SIGNAL BELLS, SIGNALING WHISTLES, AND SIGNAL ALARMS; TEACHING APPARATUS AND INSTRUMENTS, NAMELY, AUDIOVISUAL RECEIVERS; MEASURING APPARATUS, DEVICES AND INSTRUMENTS, NAMELY, MEASURING SPOONS AND MEASURING CUPS; APPARATUS FOR RECORDING, TRANSMISSION AND REPRODUCTION OF SOUND AND IMAGES; BLANK MAGNETIC DATA CARRIERS, BLANK MAGNETIC COMPUTER TAPES, AND BLANK RECORDING DISCS; PRE-RECORDED MAGNETIC DATA CARRIERS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; MECHANISMS FOR COIN-OPERATED APPARATUS; AUTOMATIC DISTRIBUTION MACHINES, NAMELY, TELLER MACHINES; CASH REGISTERS; DATA PROCESSORS; COMPUTERS; FIRE-EXTINGUISHING APPARATUS; VIDEO GAME PROGRAMS FOR CELLULAR TELEPHONES, MOBILE DEVICES, LAPTOPS, PERSONAL COMPUTERS, CONSOLES AND TABLET COMPUTERS; ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; ELECTRONIC GAME SOFTWARE FOR MOBILE PHONES DOWNLOADABLE VIA INTERNET; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS, INCLUDING VIA THE INTERNET; INTERACTIVE GAME SOFTWARE; RECORDED COMPUTER OPERATING PROGRAMS; COMPUTER GAME PROGRAMS; COMPUTER GAME SOFTWARE AND COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES; PRINTERS FOR USE WITH COMPUTERS; DATA PROCESSING APPARATUS IN THE NATURE OF COMPUTERS; COMPUTER GAME PROGRAMS AND VIDEO GAME SOFTWARE FOR HANDHELD GAME DEVICES; FILM PROJECTORS; PROTECTIVE CASES FOR TELEPHONES, LAPTOPS AND MOBILE PHONES; BLANK DVD DISKS; PRE-RECORDED EXERCISE DVDS; PRE-RECORDED DVDS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; BLANK COMPACT DISCS; COMPACT DISC PLAYERS; BLANK CD-ROM DISCS; PRE-RECORDED CD-ROM FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; PRE-RECORDED CD-ROMS CONTAINING PROGRAMS FOR CONTROLLING CONSUMER'S VIDEO GAME DEVICES; MOUSE MATS; SUNGLASSES; SPECTACLES; EYE-GLASS CHAINS; SPECTACLE CASES; CONTACT LENSES; CONTAINERS FOR CONTACT LENSES; WIRELESS TELEPHONES, CELLULAR TELEPHONES AND PARTS AND FITTINGS THEREFOR; MOBILE PHONE CASES SPECIALLY ADAPTED FOR HOLDING OR CARRYING MOBILE TELEPHONES; BAGS, COVERS, CONTAINERS, CARRIERS AND HOLDERS SPECIFICALLY ADAPTED FOR USE WITH CELLULAR

**Reg. No. 4,489,979**   TELEPHONES AND LAPTOPS; HEADPHONES; EAR PHONES; EARPHONES AND MICRO-
PHONES, AND SPEAKER PHONES FOR USE WITH MOBILE TELEPHONES; STRAPS AND
CASES SPECIFICALLY ADAPTED FOR USE WITH CELLULAR MOBILE TELEPHONES;
STANDS FOR PORTABLE TELEPHONES; ANTENNA CAPS FOR PORTABLE PHONES;
BATTERIES; BATTERY BOXES AND CASES; BATTERY CHARGERS; DIGITAL MUSIC
DOWNLOADABLE FROM THE INTERNET; DOWNLOADABLE MUSIC FILES; ABACUSES;
BINOCULARS; CALCULATING MACHINES; CAMERAS, CINEMATOGRAPHIC CAMERAS,
AND PARTS AND FITTINGS THEREFOR; LENSES FOR CAMERAS; CAPACITY MEASURES;
MOTION PICTURE FILMS FEATURING ANIMATED CARTOONS; FILMS BEING ANIMATED
CARTOONS; CASSETTE PLAYERS; ELECTRIC DOOR CHIMES; ELECTRONIC POCKET
TRANSLATORS; FIRE ALARMS; FLASHLIGHTS; FRAMES FOR USE IN PHOTOGRAPHY;
HEAT REGULATING APPARATUS, NAMELY, THERMOSTATS; JUKE BOXES; LETTER
SCALES; LIFE BELTS; LIFE JACKETS; LIFE RAFTS; ELECTRIC LOCKS; BLANK MAGNETIC
ENCODED CARDS; MAGNETIC ENCODERS; MAGNETS; MAGNIFYING GLASSES; MI-
CROPHONES; MICROSCOPES; NEON SIGNS; NOTEBOOK COMPUTERS; ELECTRONIC
PENS; GRAMOPHONE RECORDS FEATURING MUSIC; PHONOGRAPH RECORDS FEA-
TURING MUSIC; PHOTOCOPIERS; HAND-HELD CALCULATORS; PROJECTION APPAR-
ATUS, NAMELY, MOVIE PROJECTORS, MULTIMEDIA PROJECTORS AND PICTURE
PROJECTORS; PROJECTION SCREENS; RADIOS; RECORD PLAYERS; REMOTE CONTROL
APPARATUS FOR RADIOS, TELEVISIONS AND STEREOS; MEASURING INSTRUMENTS
BEING RULERS; SCALES; BLANK SMART CARDS; SMOKE DETECTORS; ELECTRIC
SOCKETS AND PLUGS IN THE NATURE OF ELECTRIC CONTACTS AND ELECTRIC
SWITCHES; SOUND RECORDING APPARATUS; GRAMOPHONE RECORDS FEATURING
MUSIC; SOUND-REPRODUCING APPARATUS; SOUND AND IMAGE TRANSMITTING
APPARATUS; TELEPHONES APPARATUS, RECEIVERS, TRANSMITTERS, WIRES;
TELESCOPES; TELEVISION APPARATUS BEING TELEVISIONS FOR PROJECTION PUR-
POSES; TEMPERATURE INDICATORS; ELECTRIC THEFT PREVENTION INSTALLATIONS,
BEING BURGLAR ALARMS AND THEFT ALARMS NOT FOR VEHICLES; THERMOMET-
ERS; THERMOSTATS; BLANK VIDEO CASSETTES; PRE-RECORDED VIDEO CASSETTES
FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS; VIDEO
GAME CARTRIDGES; PARTS AND FITTINGS FOR CONSUMER VIDEOGAME DEVICES,
NAMELY, VIDEO GAME CARTRIDGES, CASSETTES AND DISCS; BLANK VIDEO DISCS;
BLANK VIDEOTAPES; VIDEO SCREENS; VIDEO RECORDERS; WORD PROCESSORS;
AUDIO AND VISUAL APPARATUS WITH SING ALONG DEVICES IN THE NATURE OF
KARAOKE MACHINES; PAGERS, AND PARTS AND FITTINGS THEREFOR; PAGER CASES
AND CASINGS; CALL INDICATORS, NAMELY, TELEPHONES, MOBILE TELEPHONES
AND PAGERS AND MOBILE TELEPHONES; PROTECTIVE MASKS WORN OVER THE
EYES TO SHIELD OFF LIGHTS; ELECTRONIC DIARIES; ELECTRONIC ALARM BELLS
BEING WARNING DEVICES; ALARMS, NAMELY, BURGLAR ALARMS, ELECTRONIC
DOOR ALARMS, ELECTRIC ALARM BELLS, INFANT MOVEMENT ALARMS AND SOUND
ALARMS; BAR CODE READERS; BAROMETERS; ELECTRONIC BUZZERS; ELECTRIC
BUZZERS; CENTRAL PROCESSING UNITS; INTEGRATED CIRCUIT CHIPS; CHRONO-
GRAPHS FOR USE AS A SPECIALIZED TIME RECORDING APPARATUS; COMPUTER
KEYBOARDS; COMPUTER MEMORIES; COMPUTER PERIPHERAL DEVICES; ACOUSTIC
COUPLERS; COUPLERS BEING DATA PROCESSING EQUIPMENT; BLANK OPTICAL
DATA CARRIERS INCLUDING DVDS, CDS, AND FLOPPY DISKS; BLANK OPTICAL DISKS;
BLANK MAGNETIC DISKS; DIVERS' MASKS; DIVING SUITS; ELECTRONIC NOTICE
BOARDS BEING VISUAL DISPLAY UNITS; EYE GLASS CORDS; PROTECTIVE EYE-
PIECES; EYE-SHADES BEING SUNGLASSES; FACSIMILE MACHINES; FILTERS FOR
PHOTOGRAPHY; BLANK FLOPPY DISKS; HEAD CLEANING TAPES FOR VIDEO RECORD-
ERS AND VIDEO PLAYBACK DEVICES; HYGROMETERS; INTEGRATED CIRCUITS; IN-
TERCOMMUNICATION APPARATUS BEING INTERCOMS; ELECTRIC COUPLINGS; IN-
VOICING MACHINES NAMELY, ADDING MACHINES; LENS HOODS; BLANK MAGNETIC
TAPE UNITS FOR COMPUTERS; BLANK MAGNETIC TAPES; MEASURING SPOONS; MI-
CROPROCESSORS; COMPUTER MODEMS; MONEY COUNTING AND SORTING MA-
CHINES; COMPUTER MONITORS; COMPUTER MICE; OPTICAL FIBERS; OPTICAL
GLASSES; OPTICAL LENSES; PARKING METERS; PROTRACTORS; RADIOTELEGRAPHY
SETS; RADIO TELEPHONES; SCANNERS BEING DATA PROCESSING EQUIPMENT;

**Reg. No. 4,489,979** SEMICONDUCTORS; PHOTOGRAPHIC SLIDES BEING EXPOSED PHOTOGRAPHIC FILM; SOUND RECORDING EXPOSED FILMS; DEMAGNETIZING APPARATUS FOR MAGNETIC TAPES; TELEGRAPH WIRES; FAX APPARATUS; TELEPRINTERS; TELEPROMPTERS; TICKET DISPENSERS, NAMELY, VIDEO LOTTERY TICKET TERMINALS; VACUUM GAUGES BEING MEASURING INSTRUMENTS; VIDEO TELEPHONES; WHISTLE ALARMS BEING SIGNAL WHISTLES; EARPLUGS FOR DIVERS; EGG TIMERS; GOGGLES FOR SPORTS; PROTECTIVE HELMETS FOR USE IN SPORTS BEING SPORTS HELMETS; NAVIGATION APPARATUS FOR VEHICLES IN THE NATURE OF ON-BOARD COMPUTERS; METRONOMES; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS AND MAGAZINES IN THE FIELD OF COMPUTER LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, ART AND GENERAL TRIVIA; DOWNLOADABLE ELECTRONIC PUBLICATIONS BEING DOWNLOADABLE CARTOON STRIPS; PERSONAL STEREOS; SATELLITES FOR SCIENTIFIC PURPOSES; WRIST RESTS FOR USE WITH COMPUTERS; ELECTRONIC CIRCUITS AND BLANK CD-ROMS WHICH ENABLE THE RECORDING OF AUTOMATIC PLAYING PROGRAMS FOR THE USE OF ELECTRONIC MUSICAL INSTRUMENTS; MEMORY CARDS FOR CONSUMER VIDEO GAME APPARATUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, JEWELRY, BOXES, AND BASKETS JEWELRY; PRECIOUS STONES; PEARLS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; IMITATION JEWELRY AND ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; BROOCHES; JEWELRY CHAINS; PENDANTS; NON-MONETARY COMMEMORATIVE COINS AND TOKENS FOR COLLECTING PURPOSES; CUFF-LINKS; EARRINGS; GOLD THREAD JEWELRY; ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; JEWELRY OF IMITATION GOLD; JEWELRY CASES; NECKLACES; RINGS; BRACELETS; MEDALS; MEDALLIONS; UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; ARTIFICIAL GEMSTONES IN THE NATURE OF UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; STATUES AND STATUETTES OF PRECIOUS METAL; TIE CLIPS; CLOCKS, WATCHES AND PARTS AND FITTINGS THEREFOR; WATCH STRAPS, WATCH BANDS, WATCH CHAINS, BUCKLES FOR WATCH STRAPS; CASES FOR POCKET WATCHES; CLOCKS AND WATCHES HAVING A GAME FUNCTION; ELECTRIC CLOCKS AND ELECTRIC WATCHES; TABLE CLOCKS AND DESK CLOCKS; POCKET WATCHES; STOPWATCHES; WALL CLOCKS; ALARM CLOCKS; CHRONOMETERS; ORNAMENTAL PINS; KEY CHAINS AND KEY CASES OR CARRIERS OF PRECIOUS METAL AND/OR PRECIOUS STONES; BADGES OF PRECIOUS METAL; PRESENTATION CASES FOR WATCHES; CASES FOR WATCHES AND CLOCKS; SUNDIALS; DIAMONDS; COSTUME JEWELRY; SEMI-PRECIOUS STONES; WORKS OF ART OF PRECIOUS METAL; JEWELRY CASES AND JEWELRY BOXES OF PRECIOUS METAL; CHENILLE CUFF LINKS; STOCK PINS IN THE NATURE OF ORNAMENTAL PINS; FIGURINES IN THE NATURE OF STATUETTES OF PRECIOUS METAL; TROPHIES OF PRECIOUS METAL; COMMEMORATIVE COINS OF PRECIOUS METAL; INSIGNIAS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GLOCKENSPIELS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: LEATHER AND IMITATIONS OF LEATHER, NAMELY, HANDBAGS AND PURSES; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; PARASOLS, UMBRELLAS AND WALKING STICKS; WHIPS, HARNESSES AND SADDLERY; ALL-PURPOSE CARRYING BAGS AND ALL-PURPOSE SPORTS BAGS, BEACH BAGS AND ATHLETIC BAGS; GARMENT BAGS FOR TRAVEL; WINE-CARRYING CASES; ALL PURPOSE CARRYING BAGS IN THE NATURE OF BATH BAGS AND TOILETRY BAGS, SOLD EMPTY; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS, SHOE BAGS FOR TRAVEL; TOILETRY BAGS SOLD EMPTY; SUIT CARRIERS BEING TRAVELLING BAGS; BUM-BAGS; ALL-PURPOSE CARRY ALL BAGS AND CARRY ALL WEEKEND BAGS; WORK BAGS BEING BRIEFCASES AND ATTACHÉ CASES; HAVERSACKS; RUCKSACKS; PURSES AND WALLETS; SUITCASES; LEATHER AND FELT POUCHES; ATTACHÉ CASES; CANVAS

**Reg. No. 4,489,979** AND LEATHER SHOPPING BAGS; BANDS OF LEATHER; LEATHER SHOULDER BELTS; BUSINESS CARD HOLDERS IN THE NATURE OF CARD HOLDERS AND CALLING CARD HOLDERS; VANITY CASES SOLD EMPTY; MUZZLES; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING SETS IN THE NATURE OF LUGGAGE; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE STRAPS; LUGGAGE TAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HANDBAGS; MOUNTAINEERING STICKS; BRIEFCASE-TYPE PORT-FOLIOS FOR CARRYING SHEET MUSIC; NET BAGS FOR SHOPPING; CARRY-ALL SCHOOL BAGS; EMPTY TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; EMPTY HUNTERS' GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING; HANDBAG FRAMES; SLING BAGS FOR CARRYING IN-FANTS; WHEELED REUSABLE SHOPPING BAGS, BACKPACKS, DUFFEL BAGS AND SUITCASES; CARDBOARD TRUNKS AND CASES; CHAIN MESH PURSES, NOT OF PRE-CIOUS METAL; CLUTCH PURSES; COIN PURSES; EMPTY COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES NOT OF PRECIOUS METAL; LEATHER BANDS AND BELTS FOR LUNCH BOXES AND HOUSEHOLD OR KITCHEN CONTAINERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, NAMELY, HANDBAGS AND PURSES; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; PARASOLS, UMBREL-LAS AND WALKING STICKS; WHIPS, HARNESSES AND SADDLERY; ALL-PURPOSE CARRYING BAGS AND ALL-PURPOSE SPORTS BAGS, BEACH BAGS AND ATHLETIC BAGS; GARMENT BAGS FOR TRAVEL; WINE-CARRYING CASES; ALL PURPOSE CAR-RYING BAGS IN THE NATURE OF BATH BAGS AND TOILETRY BAGS, SOLD EMPTY; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS, SHOE BAGS FOR TRAVEL; TOILETRY BAGS SOLD EMPTY; SUIT CARRIERS BEING TRAVELLING BAGS; BUM-BAGS; ALL-PURPOSE CARRY ALL BAGS AND CARRY ALL WEEKEND BAGS; WORK BAGS BEING BRIEFCASES AND ATTACHÉ CASES; HAVERSACKS; RUCKSACKS; PURSES AND WALLETS; SUITCASES; LEATHER AND FELT POUCHES; ATTACHÉ CASES; CANVAS AND LEATHER SHOPPING BAGS; BANDS OF LEATHER; LEATHER SHOULDER BELTS; BUSINESS CARD HOLDERS IN THE NATURE OF CARD HOLDERS AND CALLING CARD HOLDERS; VANITY CASES SOLD EMPTY; MUZZLES; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING SETS IN THE NATURE OF LUGGAGE; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE STRAPS; LUGGAGE TAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HANDBAGS; MOUNTAINEERING STICKS; BRIEFCASE-TYPE PORT-FOLIOS FOR CARRYING SHEET MUSIC; NET BAGS FOR SHOPPING; CARRY-ALL SCHOOL BAGS; EMPTY TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; EMPTY HUNTERS' GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING; HANDBAG FRAMES; SLING BAGS FOR CARRYING IN-FANTS; WHEELED REUSABLE SHOPPING BAGS, BACKPACKS, DUFFEL BAGS AND SUITCASES; CARDBOARD TRUNKS AND CASES; CHAIN MESH PURSES, NOT OF PRE-CIOUS METAL; CLUTCH PURSES; COIN PURSES; EMPTY COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES NOT OF PRECIOUS METAL; LEATHER BANDS AND BELTS FOR LUNCH BOXES AND HOUSEHOLD OR KITCHEN CONTAINERS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES; GOODS NOT INCLUDED IN OTHER CLASSES MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS OR OF PLASTICS, NAMELY, WORKS OF ART; OFFICE FURNITURE; PHOTOGRAPH FRAMES; DRESSING MIRRORS; EASY CHAIRS; BEDS AND WATER BEDS FOR NON-MEDICAL PURPOSES; WOOD BEDSTEADS; FURNITURE SCREENS; ARMCHAIRS; BENCHES BEING FURNITURE; LETTER BOXES OF WOOD OR PLASTIC; WORK CABINETS FOR COMPUTERS AS FURNITURE; CHESTS FOR TOYS; CORKS; HAIRDRESSER'S CHAIRS; DECK CHAIRS; DESKS; TABLES; DINNER WAGONS BEING FURNITURE; HEAD-RESTS AS FURNITURE PARTS; DIVANS; LIBRARY SHELVES; LOCKERS; LOCKS, OTHER THAN NON-ELECTRIC LOCKS NOT OF METAL; FURNITURE

**Reg. No. 4,489,979**  RACKS, NAMELY, COAT RACKS, HAT RACKS, PLANT RACKS, POT RACKS, AND STORAGE RACKS; SAW HORSES; SCHOOL FURNITURE: SEATS; SOFAS; TEA CARTS; UMBRELLA STANDS; COTS; CUPBOARDS; DISPLAY BOARDS; DRESSING TABLES; FOOTSTOOLS AND STOOLS; SHELVES; SHOWER SHELVES, NOT OF PRECIOUS METAL; AIR CUSHIONS AS PILLOWS; AIR MATTRESSES FOR USE WHEN CAMPING; INFLATABLE AIR PILLOWS NOT FOR MEDICAL PURPOSES; SLEEPING BAGS; BED FITTINGS, NOT OF METAL; BEDDING EXCEPT LINEN, NAMELY, BED PILLOWS, BED PADS AND CRIB BUMPERS IN THE NATURE OF BUMPER GUARDS FOR CRIBS; NON-TEXTILE CURTAIN HOLDERS; CURTAIN HOOKS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; CURTAIN ROLLERS; CUSHIONS; NON-METAL FIXED TOWEL DISPENSERS; MAT-TRESSES; PILLOWS; NON-METAL CLOTHES HOOKS AND COAT HANGERS; COAT STANDS; HAT STANDS; LADDERS OF WOOD OR PLASTICS; DOOR FITTINGS, NAMELY, NONMETAL DOOR HANDLES AND DOOR KNOCKERS; EMBROIDERY FRAMES; STATUES OF WOOD, WAX, PLASTER OR PLASTIC; FIRE SCREENS FOR DOMESTIC USE; NON-METAL AND NON-PAPER CONTAINERS FOR STORAGE AND TRANSPORT; NON-METAL AND NON-MASONRY STORAGE TANKS; NONMETAL TRANSPORT CONTAINERS AND FILING CABINETS; CONTAINERS OF PLASTIC FOR PACKAGING PURPOSES; PLASTIC METAL-SUBSTITUTE FASTENERS, NAMELY, NAILS, WEDGES, NUTS, SCREWS, TACKS, BOLTS, RIVETS, CASTERS AND PEGS; DOOR STOPS OF PLASTIC OR WOOD; INFANT WALKERS; PLAYPENS FOR BABIES; SUPPORT PILLOWS FOR USE IN BABY SEATING EXCLUDING SAFETY SEATING FOR USE IN AUTOMOBILES; DECORATIVE MOBILES; COTS; CRADLES AND CRIBS; HIGH CHAIRS FOR BABIES; FURNITURE CHESTS AND CHEST OF DRAWERS; WIND CHIMES; BEDS FOR HOUSEHOLD PETS; NESTING BOXES FOR PETS AND SMALL BIRDS; SCRATCHING POSTS FOR CATS; FLOWER-POT PEDES-TALS; FLOWER- STANDS; RIGID PLASTIC TRAYS FOR PACKAGING PURPOSES; WICKERWORK, NAMELY, WICKER FURNITURE; DECORATIVE EDGING STRIPS OF PLASTICS AND/OR WOOD FOR USE WITH WINDOW FITTINGS, NAMELY, ORNAMENTS FOR WINDOWS; ORNAMENTS AND DECORATIONS FOR WINDOWS OR DOORS MADE OF OR FROM PLASTICS, WAX, WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; NON-METAL STEP LADDERS AND LADDERS, TOOL BOXES AND PLANT AND TREE STAKES; IMITATION FOODS FOR DISPLAY MADE OF PLASTIC, NAMELY, IMITATION DESSERTS, IMITATION CANDY, IMITATION CAKES, AND IMITATION FRUITS; FLAGPOLES; WORKS OF ART, FIGURINES AND STATUETTES AND SMALL DECORATIONS OR ORNAMENTS, MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER- OF- PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS, OR OF WAX, PLASTER OR PLASTICS; PLASTIC KEY CARDS, NOT ENCODED OR MAGNETIZED; NON-METAL BINS; NON-METAL BOTTLE CLOSURES; BOTTLE RACKS; CORKS FOR BOTTLES; HOUSE NUMBERS, NOT OF METAL, NON-LUMINOUS; IDENTITY PLATES, NOT OF METAL; INFLATABLE PUBLICITY OBJECTS; NON-METAL NON-MASONRY LETTER BOXES; MAGAZINE RACKS; PLATE RACKS; CUP RACKS; NON-METAL REGISTRATION PLATES; PLASTIC SIGNBOARDS; NON-METAL TOOL HANDLES; UPRIGHT SIGNBOARDS OF WOOD OR PLASTICS; PLASTIC SEALING CLIPS FOR BAGS; INFLATABLE HEAD-RESTS IN THE NATURE OF PILLOWS; DECORATIONS OF PLASTICS FOR FOODSTUFFS OR LUNCH BOXES; HAND-HELD FLAT FANS, FOLDING FANS, AND NON-ELECTRIC FANS FOR PERSONAL USE; BAMBOO CURTAINS; BAMBOO AND BAMBOO BLINDS; BEAD CURTAINS FOR DECORATION; BEAD CURTAINS; INDOOR BLINDS; ORIENTAL SINGLE PANEL NON-METAL STANDING PARTITIONS; HANGING BOARDS THAT ARE IN THE NATURE OF JAPANESE-STYLE PEGBOARDS USING POSITIONAL HOOKS, FOR USE AS MOVABLE WALL PARTITIONS; ORIENTAL FOLDING PARTITION SCREENS; KEYBOARDS FOR HANGING KEYS; MANNEQUINS; DRAIN TRAPS IN THE NATURE OF VALVES OF PLASTIC; MEDICINE CABINETS; REMOVABLE MATS FOR SINKS; NAME PLATES, NOT OF METAL; NON-METAL LICENSE OR NUMBER PLATES, NOT OF METAL; MIRROR TILES; PLASTIC DOORKNOBS; PORCELAIN OR EARTHENWARE DOORKNOBS; WOOD DOORKNOBS; NON-METAL KEY MADE OF LEATHER OR IMITATION LEATHER; BATHROOM WOODEN STOOLS; KNOBS OF PORCELAIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

**Reg. No. 4,489,979** FOR: HOUSEHOLD OR KITCHEN UTENSILS, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS AND CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; CLEANING COMBS, AND BATH, SCOURING AND CLEANING SPONGES; BRUSHES EXCLUDING PAINT BRUSHES, NAMELY, CLEANING BRUSHES FOR HOUSEHOLD USE; BRUSH-MAKING MATERIALS; ARTICLES FOR CLEANING PURPOSES, NAMELY, CLOTHS, CLEANING COTTON, STEEL WOOL FOR CLEANING; WASHING MITTS; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS EXCEPT GLASS USED IN BUILDING; BEVERAGE GLASSWARE, PORCELAIN AND EARTHEN-WARE, NAMELY, BEVERAGE GLASSWARE, AND CROCKERY, ORNAMENTS AND STATUETTES OF PORCELAIN AND EARTHENWARE; PORTABLE PLASTIC BABY BATH TUBS; NON-METAL BASKETS, FOR DOMESTIC USE; MUGS; BIRDCAGES; NON-ELECTRIC FOOD BLENDERS; IRONING BOARDS; BOOT JACKS; STOPPERS SPECIFICALLY ADAPTED FOR USE WITH BOTTLES MADE FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA AND PORCELAIN; BOWLS; NON-ELECTRIC CAST-IRON KETTLES; TABLEWARE, NAMELY, PLATES, BOWLS AND DISHES; SALAD BOWLS; NON-ELECTRIC WHISKS; RICE CHESTS; COLANDERS; HOUSEHOLD UTENSILS, NAMELY, COOKING STRAINERS; COOKING FUNNELS; FOOD PRESERVING JARS OF GLASS; GRATERS FOR HOUSEHOLD PURPOSES; CHOPSTICK CASES; ROLLING PINS FOR COOKING PURPOSES; CAMPING COOKING GRILLS; LEMON SQUEEZERS IN THE NATURE OF CITRUS JUICERS; COSMETIC AND TOILETRY UTENSILS, NAMELY, MAKE UP APPLICATORS AND MAKE UP BRUSHES, HAIR BRUSHES AND COMBS; SHOE BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; FEEDING VESSELS FOR PETS; BRUSHES FOR PETS; BOXES OF METAL FOR DISPENSING SERVIETTES IN THE NATURE OF NAPKIN DISPENSERS FOR HOUSEHOLD USE; BIRD BATHS; FLYSWATTERS; CANDLE EXTINGUISHERS NOT OF PRECIOUS METAL; FLOWER VASES; UPRIGHT SIGNBOARDS OF GLASS OR CERAMICS; COOKING SETS FOR OUTDOOR USE CONSISTING OF TIN CANS, TIN PANS, TIN POTS AND TIN PLATES; SOAPBOXES; BREAD BOARDS AND CUTTING BOARDS; BUCKETS; MEAL TRAYS, SERVING TRAYS; CAGES FOR HOUSE-HOLD PETS; CAKE MOULDS; WAFFLE MOULDS; CANDLE RINGS; CANDLESTICKS; CANDY BOXES; COMB CASES; CHINA ORNAMENTS, CHINAWARE, NAMELY, ORNA-MENTS AND STATUETTES OF CHINA; CHOPSTICKS IN THE NATURE OF COOKING UTENSILS; CLOTHES DRYING RACKS; CLOTHS FOR CLEANING; COASTERS NOT OF PAPER AND OTHER THAN TABLE LINEN; COCKTAIL STIRRERS; COFFEE FILTERS NOT OF PAPER BEING PART OF NON-ELECTRIC COFFEE MAKERS; NONELECTRICAL AND HAND-OPERATED COFFEE GRINDERS; COFFEE SERVICES; ELECTRIC HAIR COMBS; GROOMING COMBS FOR ANIMALS; PASTRY BAGS; COOKERY MOULDS; COOKING POTS; ICE PAILS; PORTABLE COOLERS; CORKSCREWS; BOTTLES SOLD EMPTY; PLASTIC WATER BOTTLES SOLD EMPTY; BOTTLE OPENERS; DISHES; PLATES NOT OF PRECIOUS METAL; CHAMPAGNE BUCKETS; HAIR BRUSHES; BRUSHES FOR CLOTHES; PLASTIC COASTERS; COFFEE CUPS; ALL-PURPOSE PORTABLE HOUSEHOLD CONTAINERS; DRINKING GLASSES, NAMELY, TUMBLERS; DEMITASSE SETS CONSIST-ING OF CUPS AND SAUCERS; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; CORN COB HOLDERS; DECANTERS; SUGAR AND CREAMER BOWL, PITCHER AND POURER SETS; DRINKING CUPS FOR INFANTS AND PARTS THEREFOR, NAMELY, LIDS AND VALVES, ALL SOLD AS A UNIT; PAPER CUPS; PLASTIC CUPS; TOOTHBRUSH CASES; SERVING UTENSILS, NAMELY, PIE SERVERS, CAKE TURNERS, SPATULAS, SCRAPERS AND CAKE SERVERS; COVERS FOR DISHES; COVERS FOR FLOWER POTS NOT OF PAPER; CROCKERY, NAMELY, POTS, DISHES, DRINKING CUPS AND SAUCERS, BOWLS, SERVING BOWLS AND TRAYS; CUPS; NON-ELECTRIC DEEP FRYERS; DISHES FOR SOAP; SOAP DISPENSERS; DUSTBINS; EGG CUPS; FEEDING TROUGHS BEING FEEDING VESSELS FOR PETS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; GOBLETS; NON-ELECTRIC GRIDDLES; HEAT-INSULATED CONTAINERS FOR HOUSEHOLD USE; NON-ELECTRIC HEATERS FOR FEEDING BOTTLES; HOLDERS FOR FLOWERS AND PLANTS; HOT POTS; ICE BUCKETS; ICE CUBE MOULDS; BEER MUGS, JUGS; KNIFE RESTS; LAZY SUSANS; LIQUEUR SETS COMPRISED OF CONTAINERS FOR ICE, GOBLETS, AND BEVERAGE GLASSWARE; LUNCH BOXES; MENU CARD HOLDERS; MESS-TINS; MIXING SPOONS; MOPS; NAPKIN HOLDERS; NAPKIN RINGS; NOZZLES FOR WATERING CANS; PADS FOR CLEANING; PANS; PAPER

**Reg. No. 4,489,979** PLATES; PASTRY CUTTERS; PEPPER MILLS; PERFUME SPRAYERS SOLD EMPTY; PERFUME VAPORIZERS SOLD EMPTY; PICNIC BASKETS SOLD EMPTY; NON-METAL PIGGY BANKS; POT LIDS; POTS; NON-ELECTRIC PRESSURE COOKERS; SALT SHAKERS; PEPPER SHAKERS; SAUCEPANS; SAUCERS; SCOOPS; SCOURING PADS; SHAVING BRUSHES; SHIRT STRETCHERS; SHOE TREES; SOAP HOLDERS; SOUP BOWLS; SPICE SETS COMPRISED OF SPICE RACKS AND HAND-OPERATED SPICE GRINDERS SOLD EMPTY FOR HOUSEHOLD USE; SPONGE HOLDERS; SHOWER CADDIES, NOT OF PRE-CIOUS METAL; SPONGES FOR HOUSEHOLD PURPOSES; STANDS FOR SHAVING BRUSHES; STATUES OF PORCELAIN, TERRACOTTA OR GLASS; STATUETTES OF PORCELAIN, TERRACOTTA OR GLASS; SYRINGES FOR WATERING FLOWERS AND PLANTS; TABLEWARE, NAMELY, BOWLS, PLATES, AND BEVERAGE GLASSWARE; TANKARDS; TEA STRAINERS; TEA CADDIES; COFFEE CADDIES SOLD EMPTY FOR HOUSEHOLD USE; TEA INFUSERS; TEA SERVICES; NON-ELECTRIC TEAPOTS; TOILET BRUSHES; TOILET PAPER HOLDERS; TOILET SPONGES; TOOTHBRUSHES; TOOTH-BRUSHES, ELECTRIC; TOOTHPICK HOLDERS, NOT OF PRECIOUS METAL; TOOTHPICKS; NAIL BRUSHES; LITTER TRAYS, NAMELY, CAT LITTER PANS; TRIVETS; NON-ELECTRIC TROUSER PRESSES; TROUSER STRETCHERS; CLOTHING STRETCHERS; VACUUM BOTTLES; WAFFLE AND PANCAKE IRONS, NON-ELECTRIC; COOKERY AND BAKING IRONS, NON-ELECTRIC; WASHING BOARDS; RINSING TUBS; WATERING CANS; WA-TERING DEVICES, NAMELY, WATERING CANS AND WATERING POTS; POLISHING APPARATUS AND MACHINES FOR HOUSEHOLD PURPOSES, NONELECTRIC, NAMELY, FLOOR POLISH APPLICATORS MOUNTABLE ON A MOP HANDLE WORKS OF ART, OF PORCELAIN, TERRACOTTA OR GLASS; DECORATIVE ORNAMENTS FOR WINDOW OR DOORS MADE OF OR FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA OR PORCELAIN; MOUSE TRAPS; CONTAINERS FOR AROMATICS AND FRAGRANCES, NAMELY, POTPOURRI DISHES; REFRIGERATING BOTTLES SOLD EMPTY; BOXES OF GLASS; BROOMS; BUTTER DISHES; BUTTER DISH COVERS; CHEESE-DISH COVERS; CANDY BOXES, NOT OF PRECIOUS METAL; HAND OPERATED CLEANING INSTRUMENTS IN THE NATURE OF HOUSEHOLD CLEANING BRUSHES; CLOTHES-PEGS; NONELECTRIC PORTABLE COLD BOXES IN THE NATURE OF THERMAL INSU-LATED CONTAINERS FOR FOOD OR BEVERAGES; COOKIE JARS; NON-ELECTRIC COOKING UTENSILS, NAMELY, SPLATTER SCREENS, KITCHEN TONGS, POURING AND STRAINING SPOUTS, GRATER, SIEVES, SPATULAS, TURNERS, SKIMMERS; EYEBROW BRUSHES; FRYING PANS; GARDENING GLOVES; POWDER PUFFS; COOKIE BISCUIT CUTTERS; CRUETS, CRUET STANDS; DUSTERS; COCKTAIL SHAKERS; POWDER COMPACTS, NOT OF PRECIOUS METAL SOLD EMPTY; PILL AND TABLET BOXES FOR PERSONAL USE; PILL CASES OF WOOD AND PLASTIC FOR PERSONAL USE; STANDS FOR TOOTH BRUSHES; FLOSS FOR DENTAL PURPOSES; HANDLES FOR DENTAL FLOSS; HOUSEHOLD CONTAINERS OF PRECIOUS METAL; HOUSEHOLD UTENSILS OF PRECIOUS METAL, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COFFEE SERVICES OF PRECIOUS METAL; COFFEE-POTS, NON-ELECTRIC, OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METAL FOR HOUSEHOLD USE; NAPKIN HOLDERS AND RINGS OF PRECIOUS METAL; TABLEWARE MADE OF PRECIOUS METAL, NAMELY, SERVING KNIVES, FORKS, AND SPOONS; CANDY CASES AND CANDY BOXES OF PRECIOUS METAL; POWDER COMPACTS OF PRECIOUS METAL SOLD EMPTY; ELECTRIC DEVICES FOR ATTRACTING AND KILLING INSECTS; DRINKING STRAWS; OVEN MITTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES AND TEXTILE GOODS, NOT INCLUDED IN OTHER CLASSES, NAMELY, BED COVERS AND PLASTIC TABLE COVERS; BED AND PLASTIC TABLE COVERS; HANDKERCHIEFS; TABLE NAPKINS OF TEXTILE; BANNERS OF TEXTILE; BATH LINEN; BED LINEN; BEDSPREADS; BED QUILTS; BED BLANKETS; COTTON CLOTHS, FELT CLOTH; COVERS FOR CUSHIONS; DOOR CURTAINS; TOWELS; FABRIC FLAGS; TOILET WASHING GLOVES; HOUSEHOLD LINEN; LABELS OF TEXTILE; TEXTILE NAPKINS FOR REMOVING MAKE-UP; TEXTILE PLACE MATS, LINEN PLACE MATS; MATTRESS COVERS; MOSQUITO NETS; CURTAINS; PILLOWCASES; PLASTIC MATERIAL, NAMELY, SYNTHETIC FIBER FABRICS; QUILTS; TRAVELLING RUGS; TEXTILE BED SHEETS;

**Reg. No. 4,489,979**  SHROUDS; SILK CLOTH; SILK FABRICS; SLEEPING BAGS IN THE NATURE OF SHEETING; TABLE LINEN; TABLE MATS NOT OF PAPER; TAPESTRY OF TEXTILE; UPHOLSTERY FABRICS; WALL HANGINGS OF TEXTILE; BEDDING, NAMELY, BED SHEETS, BED LINEN, BED SPREADS; TEXTILE DOOR KNOB COVERS; FITTED TOILET SEAT COVERS MADE OF FABRICS; COVERINGS FOR LIDS FOR TOILET VESSELS, NAMELY, TOILET TANK COVERS MADE OF FABRIC; CURTAIN TIEBACKS IN THE NATURE OF TEXTILE CURTAIN HOLDERS; COTTON FABRICS; BEDSPREADS, NAMELY, COVERLETS; FABRICS FOR TEXTILE USE; FACE TOWELS OF TEXTILE; FELTS; CLOTH, NAMELY, FRIEZE; TRUE HEMP FABRIC; VELVET; WOOLEN CLOTH; TISSUE PAPER BOX COVERS OF TEXTILE; COVERS OF FABRIC FOR DOOR KNOBS; WOVEN TEXTILE LABELS; BED CANOPIES; FABRIC TABLE RUNNERS; KITCHEN LINENS, INCLUDING OVEN MITTS, DISH TOWELS, KITCHEN TOWELS, FABRIC PLACE MATS, WASHING MITTS, FABRIC TABLE RUNNERS, POTHOLDERS, CLOTH COASTERS; BATH TOWELS; TABLE LINEN, NAMELY, PLACE MATS; UNFITTED COVERINGS OF TEXTILE AND OF PLASTIC FOR FURNITURE; SHOWER CURTAINS; COTTON, POLYESTER AND NYLON FABRIC; FABRIC OF IMITATION ANIMAL SKINS; GOLF TOWELS; DAMASK; ELASTIC WOVEN MATERIAL IN THE NATURE OF JERSEY FABRIC FOR CLOTHING; SILK FABRICS FOR PRINTING PATTERNS; PRINTERS' BLANKETS OF TEXTILE; OILCLOTH FABRIC FOR TABLECLOTHS; COTTON LINGERIE FABRIC; JERSEY FABRICS FOR CLOTHING; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOON; FABRIC OF IMITATION ANIMAL SKINS. IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: FOOTWEAR; HEADWEAR; APRONS; BEACHWEAR; SWIMWEAR, SWIMSUITS, BATHING SUITS; GLOVES; MITTENS; BELTS; BABY CLOTHES, NAMELY, PAJAMAS, JACKETS, SHIRTS, JUMPERS; BIBS NOT OF PAPER; UNDERCLOTHING; SLEEPWEAR AND PAJAMAS; SLEEP MASKS FOR ELIMINATING LIGHT; BATH ROBES; SUSPENDERS; HATS, CAPS, SUN VISORS, BERETS; BATHING AND SHOWER CAPS; MUFFS; EAR MUFFS; NECKWEAR; NECK TIES; CRAVATS; BOW TIES; SOCKS AND STOCKINGS, PANTY HOSES; GARTER BELTS, STOCKING AND PANTY HOSE SUSPENDERS; SHOES, SPORTS SHOES, SLIPPERS, BEACH SHOES; MASQUERADE COSTUMES; WORKING SLEEVES IN THE NATURE OF SUN SLEEVES; BANDANAS; BATH SANDALS; BATH SLIPPERS; SKI BOOTS; BOOTS; BRACES FOR CLOTHING, NAMELY, SUSPENDERS; BRASSIERES; BREECHES; CAMISOLES; COATS; CUFFS; FUR STOLES; HEADBANDS FOR CLOTHING; JERSEYS; OVERCOATS; PARKAS, SANDALS; SCARVES; SHAWLS; SHIRTS; SLIPS; SMOCKS; SPATS; BOOTS FOR SPORTS; SPORTS JERSEYS; SUITS; WET SUITS FOR WATER SKIING; WRISTBANDS BEING CLOTHING; GYMNASTICS SHOES; CLOTHING FOR GYMNASTICS, NAMELY, LEOTARDS, TIGHTS, T-SHIRTS; SASHES; JOGGING SUITS, TROUSERS, JEANS, TANK TOPS, SKIRTS, BLOUSES; SNOW SUITS, ROBES, SNEAKERS, BOOTIES, SLIPPER SOCKS; CLOAKS; CLOTH BIBS; CHAPS; BEACH COVER-UPS; DRESSES; JACKETS; LEOTARDS; OVERALLS; PONCHOS; RAINWEAR; SHORTS; SWEATERS; SWEATSHIRTS; BABIES' PANTS; WELTS FOR BOOTS; CLOTHING OF IMITATIONS OF LEATHER, NAMELY, COATS; CLOTHING OF LEATHER, NAMELY, SHIRTS, PANTS, COATS, DRESSES; COLLAR PROTECTORS, COLLARS, DETACHABLE COLLARS; CORSETS; CYCLISTS' CLOTHING, NAMELY, CYCLING SHORTS AND JERSEYS; FOOTBALL BOOTS, FOOTBALL SHOES; PAPER CLOTHING, NAMELY, PAPER APRONS, PAPER HATS, PAPER SHOES USED WHEN GOING THROUGH METAL DETECTORS TO KEEP FEET AND SOCKS CLEAN; POCKET FOR CLOTHING; READY-MADE LININGS AS PARTS OF CLOTHING; SARIS; SPORTS SHOES; SWEAT-ABSORBENT UNDERCLOTHES; UNDERGARMENTS; WOODEN SHOES; VESTS; UNIFORMS; UNDERPANTS; TOP HATS; TOGAS; NON-SLIP SOLES FOR BOOTS AND SHOES; MOTORCYCLE CLOTHING, NAMELY, GLOVES, JACKETS, RAIN SUITS; LEGGINGS; HOODS BEING CLOTHING; HEELS; HEEL PIECES FOR BOOTS AND SHOES; HALF-BOOTS; GALOSHES; GARTERS; FURS AS CLOTHING, NAMELY, CLOAKS, COATS, JACKETS, MUFFS, AND STOLES; FOOT MUFFS, NOT ELECTRICALLY HEATED; T-SHIRTS; TOPS; SWEAT SHIRTS WITH HOODS; LOUNGEWEAR; LONG SLEEVE TOPS; ZIP UP JACKETS; JOGGING PANTS; FLEECE TOPS; KNIT FLEECE HATS; FASHION HEADWEAR; FLIP FLOPS; PLUSH SLIPPERS; PLUSH NOVELTY HATS; SKULL CAPS. IN CLASS 25 (U.S. CLS. 22 AND 39).

**Reg. No. 4,489,979** FOR: BELT BUCKLES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, RUGS, MATS AND MATTING, LINOLEUM AND FABRIC COVERINGS FOR COVERING EXISTING FLOORS; NON TEXTILE WALL HANGINGS; AUTOMOBILE CARPETS; BATH MATS; FLOOR COVERINGS; DOOR MATS; GYMNASTIC MATS; GYMNASIUM EXERCISE MATS; TAPESTRY-STYLE WALL HANGING, NOT OF TEXTILE; VINYL FLOOR COVERINGS; WALLPAPER, WALL PAPER OF VINYL; FOAM MATS FOR USE ON PLAY AREA SURFACES; BEACH MATS; REED MATS; NON-SLIP BATH TUB MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: GAMES AND PLAYTHINGS, NAMELY, ACTION SKILL GAMES, ACTION TARGET GAMES, ARCADE-TYPE ELECTRONIC EDUCATION VIDEO GAMES, BOARD GAMES, CARD GAMES, BUILDING GAMES, EDUCATIONAL CARD GAMES, ELECTRONIC EDUCATIONAL GAME MACHINES FOR CHILDREN, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, PROMOTIONAL GAME CARDS, PUZZLE GAMES, VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES, NAMELY, SPORTS TRAINING DEVICE TO IMPROVE STRENGTH, TONING, CONDITIONING, BALANCE AND PROPRIOCEPTION AND SLIDES FOR PLAYGROUNDS; DECORATIONS FOR CHRISTMAS TREES; CHILDREN'S MULTIPLE ACTIVITY TOYS; DOLLS; PUPPETS; PLUSH TOYS; SOFT DOLLS; TEDDY BEARS; TOY FIGURES AND PLAY SETS CONSISTING OF ACTION FIGURES; ACTION FIGURE TOYS AND ATTACHABLE ARTICLES OF CLOTHING FOR TOYS; MAGNETIC TOY FIGURES ATTACHABLE TO MOBILE PHONES, PENCILS OR KEY RINGS; BATHTUB TOYS; RIDE-ON TOYS; BALLS FOR SPORTS AND BALLOONS; YO-YOS; BALLS FOR GAMES; PLAYING BALLS; PLAYGROUND BALLS, TENNIS BALLS, FOOTBALLS; SOCCER BALLS; BASEBALLS; VOLLEY BALLS; RUBBER BALLS; TOY VEHICLES; ELECTRIC TOY VEHICLES; SURF BOARDS; SNOWBOARDS; ICE SKATES; SKATEBOARDS; TOY AIR PISTOLS; BACKGAMMON GAMES; BELLS FOR CHRISTMAS TREES; BILLIARD BALLS; BILLIARD TABLES; TOY BUILDING BLOCKS; BOARD GAMES; CHESS GAMES; CHESS BOARDS; CHRISTMAS CRACKERS; SKATING BOOTS WITH SKATES ATTACHED; BOWLING APPARATUS AND MACHINERY; BUILDING GAMES; CANDLE HOLDERS FOR CHRISTMAS TREES; CHECKERBOARDS; DRAUGHTS SETS CONSISTING PRIMARILY OF DRAUGHT BOARDS; CHESS SETS; CHRISTMAS TREES OF SYNTHETIC MATERIALS; CONJURING APPARATUS, NAMELY, MAGIC TRICKS; CUPS FOR DICE; DARTS; DICE; DOLLS' BEDS; DOLLS' CLOTHES; DOLLS' HOUSES; DOLLS' ROOMS; DOMINOES; DUMB-BELLS; ELBOW GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; CHEST EXPANDERS BEING AN EXERCISE APPARATUS; FAIRGROUND RIDE APPARATUS, NAMELY, AMUSEMENT PARK RIDES, ROLLERCOASTERS, CAROUSELS; DOLLS' FEEDING BOTTLES; FISH HOOKS; FISHING TACKLE; FLIPPERS FOR SWIMMING; FLOATS FOR FISHING; FLYING DISC TOYS; AUTOMATIC AND COIN-OPERATED ARCADE AMUSEMENT GAME MACHINES; BATS FOR GAMES; APPARATUS FOR ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HANDHELD UNITS FOR PLAYING VIDEOGAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GOLF BAGS; GOLF CLUBS; GOLF GLOVES; GLOVES FOR GAMES AND SPORTS, NAMELY, BASEBALL GLOVES, GOLF GLOVES, BOXING GLOVES, HOCKEY GLOVES, BOWLING GLOVES, FOOTBALL GLOVES; PRACTICAL JOKES AND NOVELTIES, NAMELY, TOY AND NOVELTY FACE MASKS AND TOY FOAM NOVELTY ITEMS, SUCH AS FOAM FINGERS AND HANDS; KITE REELS; KITES; KNEE GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; MAH-JONG SETS; MARBLES FOR GAMES; MARIONETTES; THEATRICAL MASKS; TOY MASKS; MOBILE TOY CARS; SCALE MODEL VEHICLES; PARLOUR GAMES; TOYS, NAMELY, PERCUSSION CAPS; TOY PISTOLS; RACKETS BEING TENNIS RACKETS, TABLE TENNIS RACKETS, PADDLE RACKETS, BADMINTON RACKETS, SQUASH RACKETS; INFANT RATTLES; RING GAMES; ROCKING HORSES; ROLLER SKATES; SAILBOARDS; SKIS; SOAP BUBBLES DISPENSER TOYS, BUBBLE MAKING WAND AND SOLUTION SETS; SPINNING TOPS; SPRINGBOARDS

**Reg. No. 4,489,979**   BEING SPORTING ARTICLES; STATIONARY EXERCISE BICYCLES; SWIMMING POOLS BEING PLAY ARTICLES; SWIMMING WEBS, NAMELY, FLIPPERS; SWINGS; TABLES FOR TABLE TENNIS; TOYS FOR DOMESTIC PETS; WATER SKIS; PLAY ARTICLES FOR SWIMMING, WATER GAMES SPORTS AND ACTIVITIES, NAMELY, WATER PISTOLS, WATER SQUIRTING TOYS, WATER GLOBES; BEACH BALLS; AUTOMATIC AND COIN-OPERATED AMUSEMENT GAME MACHINES; BAGS ESPECIALLY DESIGNED FOR SKIS AND SURFBOARDS; BINGO CARDS; BUTTERFLY NETS; GAMES CARDS, NAMELY, PLAYING CARDS; CONFETTI; IN-LINE ROLLER SKATES; KALEIDOSCOPES; MASTS FOR SAILBOARDS; LANDING NETS FOR ANGLERS; RADIO CONTROLLED TOY VEHICLES; ROULETTE WHEELS; SNOW GLOBES; SNOWSHOES; AMUSEMENT APPAR-ATUS FOR USE IN ARCADES INCORPORATING A VIDEO MONITOR; STAND-ALONE VIDEO OUTPUT GAME MACHINES; COIN OR COUNTER OPERATED ARCADE GAMES; HORIZONTAL PINBALL MACHINES; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; NON-ELECTRIC HANDHELD ACTION SKILL GAMES; GAME EQUIPMENT SOLD AS A UNIT FOR PLAYING A BOARD GAME, A CARD GAME, A MANIPULATIVE GAME, A PARLOUR GAME, A PARLOUR-TYPE COMPUTER GAME, AND AN ACTION-TYPE TARGET GAME; PUZZLES; PAPER PARTY HATS; PAPER FACE MASKS; TOY MASKS. NAMELY, MASQUERADE AND HALLOWEEN COSTUME MASKS; WATER SQUIRTING TOYS; DARTBOARDS; SWIMMING AIDES, NAMELY, ARM FLOATS FOR RECREATIONAL USE; SWIMMING KICK BOARD FLOTATION DEVICES FOR RECREATIONAL USE; SWIM BOARDS FOR RECREATIONAL USE; SWIM FINS; TOY GUNS; TOY BAKE WARE AND TOY COOKWARE; TOY SNOW GLOBES; BOXING GLOVES; HOCKEY STICKS; CHRISTMAS STOCKINGS; SLING SHOTS; FLOATS FOR BATHING AND SWIMMING; BEAN BAGS. IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS; BOUILLON; BOUILLON CONCENTRATES; BROTH; BROTH CONCENTRATES; BUTTER; CAVIAR; CHEESE; CHEESE SNACKS, NAMELY, COTTAGE CHEESE, CHEESE SPREADS; CHEESE IN THE FORM OF DIPS, SPREADS AND STICKS; DAIRY PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; DAIRY PUDDINGS; FROSTED FRUITS; FROZEN FRUITS; PROCESSED AND DRIED FRUITS; VEGETABLE AND FRUIT JUICES FOR COOKING; FRUIT CHIPS; PROCESSED AND DRIED VEGETABLES; MARGARINE; MARMALADE; MEAT JELLIES; MEAT TINNED; BEVERAGES CONSISTING PRINCIPALLY OF MILK; SOYBEAN-BASED FOOD BEVERAGE USED AS A MILK SUBSTITUTE, NAMELY, SOYBEAN MILK; MILK SHAKES; DAIRY PRODUCTS FOR MAKING MILK SHAKES, NAMELY, MILK; PREPARATIONS FOR MAKING MILK SHAKES, NAMELY, MILK POWDERS; PRESERVED MUSHROOMS; PRESERVED ONIONS, PRESERVED OLIVES; GHERKINS; PREPARED NUTS; SNACK MIX CONSISTING PRIMARILY OF NUTS, SPICY MIXED NUTS, NUT BASED FOOD BARS; GINGER JAM; LIVER PASTES; LIVER PÂTÉ; COCOA BUTTER FOR FOOD PURPOSES AND PROCESSED PEANUTS; DRIED LENTILS; DRIED PEAS; FRUIT PEEL; POTATO CHIPS; POTATO CRISPS; POTATO FRITTERS; SALADS EXCEPT MACARONI, RICE, AND PASTA SALAD; SAUERKRAUT; SAUSAGES; SESAME OIL; PREPARATIONS FOR MAKING SOUP; SOUPS; TOFU; VEGETABLE SALADS; VEGETABLE PREPARATIONS FOR MAKING SOUP IN THE NATURE OF SOUP MIX; WHIPPED CREAM; YOGHURT; FOODSTUFFS IN THE FORM OF BEAN, FRUIT, MEAT, AND POTATO BASED SNACK FOODS; POTATO BASED SNACKS; PROCESSED, EDIBLE SEAWEED; PROCESSED, DRIED AND PRESERVED MEAT, FISH, POULTRY AND GAME; BACON; PREPARATIONS FOR MAKING BOUILLON; CHOCOLATE NUT BUTTER; CHARCUTERIE; HAM; CRYSTALLIZED FRUITS; FISH PRESERVES, TINNED; FRUIT JELLIES; FRUIT SALADS; MAIZE OIL; OLIVE OIL FOR FOOD; RAISINS; TOMATO PURÉE; TINNED FRUITS AND VEGETABLES; SEAFOOD NOT LIVE; PROCESSED AND PRESERVED SEAFOOD; SEAFOOD, TINNED. IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; FLOUR; BREAD, PASTRY AND CONFECTIONERY MADE OF SUGAR; ICE CREAM FRUIT

**Reg. No. 4,489,979**   ICES; HONEY; TREACLE; YEAST; BAKING-POWDER; SALT; MUSTARD; VINEGAR, SAUCES AS CONDIMENTS; SPICES; ICE; BREAKFAST CEREAL; BISCUITS; CAKE MIXES; CANDY DECORATIONS FOR CAKES, CHOCOLATE DECORATIONS FOR CAKES; FLAVORINGS FOR CAKES OTHER THAN ESSENTIAL OILS; CAKE PREPARATIONS, NAMELY, FROSTING, ICING, CANDY DECORATIONS, AND CAKE MIXES; MALT FOR FOOD PURPOSES; SOYBEAN MALT, NAMELY, MALT EXTRACTS FOR FOOD; MALT BISCUITS; RICE CAKES; SWEETS AND CANDIES; SUGAR CONFECTIONERY, NAMELY, CRYSTAL SUGAR PIECES; CANDY BARS; CANDY MINTS; CHOCOLATE CONFECTIONERY, NAMELY, CHOCOLATE; CHOCOLATE; CHOCOLATE-BASED BEVERAGES WITH MILK; CHOCOLATE-BASED BEVERAGES; CONFECTIONERY DECORATIONS FOR CHRISTMAS TREES; CANDY WITH COCOA, COCOA BEVERAGES WITH MILK; COFFEE-BASED BEVERAGES; COFFEE BEVERAGES WITH MILK; COFFEE FLAVORINGS; COFFEE SUBSTITUTES; COFFEE AND COFFEE BASED BEVERAGES; TEA, NAMELY, GINSENG TEA, BLACK TEA, OOLONG TEA, BARLEY AND BARLEY-LEAF TEA; COOKIES; POPCORN; FLAVORED POPCORN; CORN FLAKES; CONFECTIONERY CHIPS FOR BAKING; ICE-CREAM; CURRY; CAPERS; CUSTARD; CUSTARD MIXES AND POWDER; CEREAL FLAKES; FLAVORINGS, OTHER THAN ESSENTIAL OILS; CONFECTIONERY ICES, NAMELY, SHERBETS AND FROZEN YOGHURTS; FRUIT JELLY CANDY; GINGERBREAD; CHOCOLATE SYRUP; KETCHUP; LIQUORICE; NON-MEDICATED LOZENGES; MEAT PIES; MEAT TENDERIZERS FOR HOUSEHOLD PURPOSES; PANCAKES; CONFECTIONERY, NAMELY, PASTILLES; PASTRIES; CORN CHIPS; TORTILLAS; PEPPER; PIZZAS; PUDDINGS; RAVIOLI; ROYAL JELLY FOR FOOD PURPOSES; THICKENING AGENTS FOR USE IN COOKING; PREPARED WASABI PASTE; SOY SAUCE; PASTAS, NOODLES AND VERMICELLI; SUSHI; VANILLA; WAFFLES; FROZEN YOGHURT; FROZEN CONFECTIONS; PRETZELS; GRAINED BASED SNACK FOODS; ALMOND CONFECTIONERY, NAMELY, ALMOND PASTE AND ALMOND CAKE; AROMATIC PREPARATIONS FOR FOOD, NAMELY, EXTRACTS USED AS FLAVORING; STARCH-BASED BINDING AGENTS FOR ICE CREAM; BREAD ROLLS; CAKES; CANDY, NAMELY, CARAMELS; CHEWING GUM, NOT FOR MEDICAL PURPOSES; CORN MEAL; CRACKERS; CRISP SNACK FOOD PRODUCTS, NAMELY, CRISP BREAD SNACKS; FLOUR BASED SAVORY SNACKS, NAMELY, FLOUR-BASED CHIPS; CEREAL BASED SNACK FOODS; EDIBLE ICES; GOLDEN SYRUP; MACARONI; MARZIPAN; MAYONNAISE; OATMEAL; DRIED CHILI PEPPERS FOR USE AS SEASONINGS; PIES; RELISH; RUSKS; COOKING SALT; SANDWICHES; TOMATO SAUCE; SEASONINGS; SORBETS; SHERBETS; SPAGHETTI; TARTS; WHEAT FLOUR; SALAD DRESSINGS; MEAT GRAVIES; FRUIT SAUCES EXCLUDING CRANBERRY SAUCE AND APPLESAUCE; CONES FOR ICE CREAM; CANNED PASTA; DESSERT PUDDINGS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS; FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES, NAMELY, SYRUP SUBSTITUTES FOR MAKING BEVERAGES; ALES; ALCOHOLIC AND NON-ALCOHOLIC BEERS; NON-ALCOHOLIC FRUIT DRINKS; NON-ALCOHOLIC FRUIT JUICES; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; NON-ALCOHOLIC CARBONATED DRINKS; NON-ALCOHOLIC DRINKS IN THE NATURE OF ENERGY DRINKS; NON-ALCOHOLIC WINES; PINEAPPLE JUICE BEVERAGES; NON-ALCOHOLIC APERITIFS; NON-ALCOHOLIC COCKTAILS; ENERGY DRINKS; NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES; FRUIT-BASED SYRUP FOR MAKING FRUIT JUICES AND FRUIT DRINKS; NON-ALCOHOLIC FRUIT NECTARS; WHEY BEVERAGES; EXTRACTS OF HOPS AND MALTS FOR MAKING BEER; NON-ALCOHOLIC HONEY-BASED BEVERAGES; GINGER BEERS; ISOTONIC BEVERAGES; ICED FRUIT BEVERAGES; DRINKING WATER; VEGETABLE JUICES; COLA BEVERAGES; COLA DRINKS; SPRING WATER; LITHIA WATER; PREPARATIONS FOR MAKING LIQUEURS, NAMELY, FRUIT ESSENCES USED IN THE PREPARATION OF LIQUEURS; LEMONADES; MILK OF ALMONDS BEING BEVERAGES; PEANUT MILK, BEING SOFT DRINKS; MALT BEER; MALT BASED PREPARATIONS FOR MAKING BEVERAGES, NAMELY, MALT SYRUP; MILK OF ALMONDS FOR BEVERAGES; FLAVORED WATERS; BEER WORT; FROZEN FRUIT BEVERAGES; LAGERS; CONCENTRATES IN TABLET FORM FOR MAKING EFFERVESCENT DRINKS; TABLE WATERS; BOTTLED WATER; GRAPE JUICE; UNFERMENTED

**Reg. No. 4,489,979** GRAPE MUST; SARSAPARILLA SOFT DRINK; SELTZER WATER; SHANDY; CIDER, NON-ALCOHOLIC; SODA WATER; SORBETS IN THE FORM OF BEVERAGES; STOUT; SPORTS DRINKS; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; VEGETABLE JUICE; SOFT DRINKS; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES, EXCEPT BEERS; RICE ALCOHOL; APERITIFS; ALCO-HOLIC BEVERAGES CONTAINING FRUIT; ALCOHOLIC EXTRACTS; ALCOHOLIC FRUIT EXTRACTS; DISTILLED SPIRITS; DISTILLED ALCOHOLIC DRINKS; BRANDY; HARD CIDER; MEAD; PREPARED ALCOHOLIC COCKTAILS; LIQUEURS; SAKE; SPIRITS; VODKA; WHISKY; RUM; GIN; WINE; COOKING WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: TOBACCO; MATCHES; ASHTRAYS; CIGARETTE PAPER; CIGAR CASES; CIGARETTE CASES; CIGAR CUTTERS; CIGAR HOLDERS; CIGARETTE FILTERS; MOUTHPIECES FOR CIGARETTE HOLDERS; CIGARETTE HOLDERS; CIGARETTE TIPS; CIGARETTES; CIGAR-ETTES CONTAINING TOBACCO SUBSTITUTES NOT FOR MEDICAL PURPOSES; CIGAR-ILLOS; CIGARS; LIGHTERS FOR SMOKERS; MATCH BOXES; MATCH HOLDERS; MATCHES; PIPE CLEANERS FOR TOBACCO PIPES AND SMOKING PIPES; PIPE RACKS FOR SMOKING PIPES; TOBACCO PIPES; TOBACCO POUCHES; SNUFFBOXES; TOBACCO STORAGE TINS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING SERVICES; BUSINESS ADMINISTRATION AND MANAGEMENT; PROVIDING OFFICE FUNCTIONS; WHOLESALE AND RETAIL STORE SERVICES AND MAIL ORDER CATALOG SERVICES IN THE FIELD OF GAMES FOR MOBILE DEVICES, GAMES FOR PERSONAL COMPUTERS, GAMES FOR CONSOLES, GAMES FOR TABLETS, ELECTRONIC GAME PROGRAMS, DOWNLOADABLE ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME SOFTWARE, COMPUTER GAME PROGRAMS, DOWNLOADABLE COMPUTER GAME PROGRAMS, INTERACTIVE GAME PROGRAMS, INTERACTIVE GAME SOFTWARE, COMPUTER PROGRAMS, SAVED COMPUTER SOFTWARE, PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, MOUSE PADS, PARTY FAVORS AND FESTIVE DECORATIONS AND ORNAMENTS, GIFTS AND NOVELTY GOODS, SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, HAIR CARE PRODUCTS, TOILETRIES, DENTIFRICES, PERSONAL HYGIENE PRODUCTS, CLEANING, POLISHING AND SANDING PREPARATIONS, SUBSTANCES FOR LAUNDRY USE, MANICURE TOOLS, NAIL CARE PREPARATIONS, NAIL POLISH, NAIL VARNISH, FALSE NAILS, DIETARY NUTRIENTS, FOOD FOR BABIES, SANITARY PREPARATIONS, CANDLES, CANDLE WICKS, LIGHTING SPLINTS, GREASES, LUBRIC-ANTS, OILS FOR PAINTS, CUTLERY, CROCKERY, MANICURE SETS, SHAVING INSTRU-MENTS, RAZORS, MACHINES AND MACHINE TOOLS FOR KITCHEN OR HOUSEHOLD PURPOSES, HAND-HELD TOOLS, FILMS, CAMERAS, VIDEO DISCS, VIDEO RECORDERS, AUDIO AND VISUAL PRODUCTS, AUDIO AND VIDEO TAPES, RECORDS AND DISCS, INSTRUMENTS AND APPARATUS FOR THE RECORDING, TRANSMITTING OR REPRO-DUCTION OF SOUNDS OR IMAGES, TELEVISIONS, CASSETTE TAPE PLAYERS OR RE-CORDERS, VIDEO CASSETTE OR DISC PLAYERS OR RECORDERS, RADIOS, TELE-PHONES, WIRELESS PHONES, MOBILE PHONES, MOBILE PHONE CASES, DECORATIONS AND STRAPS FOR PHONES, CALL INDICATORS, CALCULATING MACHINES, CALCU-LATORS, ELECTRONIC AND COMPUTER GAMES, CINEMATOGRAPHIC FILMS, LIGHTS, FANS, COOKING UTENSILS, CAKE AND PASTRY MOULDS, TOASTERS, OVENS, KITCHEN UTENSILS, UTENSILS AND CONTAINERS FOR SERVING OR STORING FOOD AND/OR BEVERAGES, CHOPSTICKS, CUTTING UTENSILS, PORCELAIN, CRYSTAL WARE, ENAMEL CONTAINERS, SILVERWARE, GLASSWARE, TERRACOTTA CONTAINERS, EARTHENWARE, CERAMICS, HAIR DRYERS, LAMPS, LAMPSHADES AND PARTS AND FITTINGS THEREFOR, BABY CARRIAGES, BALLOONS, BICYCLE HORNS, CLOCKS AND WATCHES AND ACCESSORIES AND PARTS AND FITTINGS THEREFOR, JEWELRY AND IMITATION JEWELRY, ORNAMENTS, GOODS OF PRECIOUS METAL OR COATED THEREWITH, MUSIC BOXES, MUSICAL INSTRUMENTS, PICTURES, PHOTOGRAPHS, STATIONERY, PAPER AND CARDBOARD AND GOODS MADE FROM THESE MATERIALS, ARTISTS' MATERIALS, PAINT BRUSHES, WRITING INSTRUMENTS, PRINTED MATTER,

**Reg. No. 4,489,979** BOOKS, NEWSPAPERS, MAGAZINES AND PERIODICALS, GREETING AND CHRISTMAS CARDS, PLAYING CARDS, PACKING AND PACKAGING MATERIALS, PICTURE FRAMES AND STANDS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, GOODS MADE OF LEATHER AND/OR IMITATIONS OF LEATHER, BAGS AND LUGGAGE, PURSES AND WALLETS, UMBRELLAS, WALKING STICKS, MIRRORS, COAT HANGERS AND PEGS, NAMEPLATES, SMALL HOUSEHOLD FITTINGS, HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, COMBS, SPONGES, BRUSHES, ARTICLES FOR CLEANING PURPOSES, SPECTACLES, SPECTACLE FRAMES AND SUNGLASSES AND CASES AND ACCESSORIES THEREFOR, TEXTILE AND TEXTILE GOODS, BEDDING, AND TABLE LINENS AND COVERS, NAPKINS, TABLE MATS, FURNITURE, SEWING SUPPLIES, HANDKERCHIEFS, ARTICLES OF CHILDREN, WOMEN AND MEN'S CLOTHING, FOOT-WEAR, HEADGEAR AND GLOVES, BUTTONS, BADGES, RIBBONS AND BRAID, LACE AND EMBROIDERY, HAIR PINS AND ORNAMENTS, BRACES, SHOE ORNAMENTS, HAT ORNAMENTS, ZIPPER AND ZIPPER FASTENERS, CARPETS, RUGS AND MATS, TOYS, GAMES AND PLAYTHINGS, DOLLS, PLUSH TOYS, SOFT DOLLS, FIGURINES, SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS TREES, FOOD AND BEVERAGES, CONFEC-TIONERY, FLORAL PRODUCTS, MATCHES, CIGARS, CIGARETTES AND SMOKERS' ARTICLES; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; PUBLICATION OF PUBLICITY TEXTS; SALES PROMOTION FOR OTHERS; ARRANGING OF ADVERTISING SERVICES, NAMELY, ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; BUSINESS MANAGEMENT OF PER-FORMING ARTISTS; IMPORT-EXPORT AGENCIES; DIRECT MAIL ADVERTISING SER-VICES; BUSINESS MANAGEMENT OF HOTELS FOR OTHERS; MARKETING RESEARCH SERVICES; OUTDOOR ADVERTISING; PERSONNEL RECRUITMENT; ADVERTISING AGENCY SERVICES; RADIO ADVERTISING; TELEVISION ADVERTISING; ONLINE AD-VERTISING ON A COMPUTER COMMUNICATIONS NETWORK; PROCUREMENT SER-VICES FOR THIRD PARTIES BEING ACQUISITION OF GOODS AND SERVICES FOR OTHER COMPANIES; RENTAL OF ADVERTISING TIME ON COMMUNICATION MEDIA; RENTAL OF OFFICE MACHINERY AND EQUIPMENT; VENDING MACHINE RENTAL SERVICES; AUCTIONEERING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: FINANCIAL AFFAIRS AND MONETARY AFFAIRS, NAMELY, FINANCIAL INFORM-ATION, MANAGEMENT AND ANALYSIS SERVICES; COMPUTERIZED FINANCIAL SERVICES, NAMELY, ELECTRONIC COMMERCE PAYMENT SERVICES IN THE NATURE OF ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; COMPUTERIZED FINANCIAL SERVICES FOR RETAIL BUSINESSES, NAMELY, BILL PAYMENT SERVICES FOR THE PURCHASE OF GOODS AND SERVICES ONLINE; PROVIDING INFORMATION, ADVISORY AND CONSULTANCY SERVICES RE-LATING TO FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; AGENCY SERVICES FOR RENTING OF APARTMENTS; RENTAL HOUSING MANAGEMENT; BANKING AND BANKING SERVICES; CAPITAL INVESTMENT SER-VICES; CHARITABLE FUND RAISING SERVICES; CREDIT CARD SERVICES; ISSUANCE OF CREDIT CARDS; DEBIT CARD SERVICES; FINANCIAL ADVISORY SERVICES; FIN-ANCIAL PLANNING AND FINANCIAL SERVICES IN THE NATURE OF ADVISING ON SAVINGS AND INVESTMENTS; ISSUE OF TOKENS OF VALUE; ISSUING OF BANK CHECKS AND TRAVELERS' CHECKS; LEASING OF REAL ESTATE; REAL ESTATE MANAGEMENT SERVICES; RENT COLLECTION; RENTAL OF OFFICE SPACE; RENTING OF HOMES; RENTING OF FLATS AND APARTMENTS; SAVINGS ACCOUNT SERVICES; ELECTRONIC FUNDS TRANSFER; REAL ESTATE AGENCIES; TRUSTEESHIP SERVICES, NAMELY, TRUSTEESHIP REPRESENTATIVES; FIRE INSURANCE UNDERWRITING; CAPITAL INVESTMENT SERVICES; HEALTH INSURANCE UNDERWRITING; INSURANCE BROKERAGE; LIFE INSURANCE UNDERWRITING; MARINE INSURANCE UNDERWRIT-ING; MUTUAL FUNDS BROKERAGE, DISTRIBUTION, INVESTMENT AND PLANNING SERVICES; HOME BANKING; FINANCING OF LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: TELECOMMUNICATIONS, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; CABLE TELEVISION BROADCAST-

**Reg. No. 4,489,979**  ING; TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; PROVIDING INFORMATION MULTIPLE USER ACCESS TO INFORMATION IN THE FIELD OF TELECOMMUNICATIONS, SPECIFICALLY ON COMMUNICATION BY TELEPHONES AND CELLULAR TELEPHONES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; ELECTRONIC MAIL; FACSIMILE TRANSMISSION; RADIO BROADCASTING; SENDING OF TELEGRAMS; TELEPHONE COMMUNICATION SERVICES; TELEVISION TRANSMISSION SERVICES; PAGING SERVICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK BEING TELECOMMUNICATIONS SERVICE PROVIDERS; TELECOMMUNICATIONS ROUTING AND JUNCTION SERVICES; ELECTRONIC BULLETIN BOARD SERVICES; TELECONFERENCING SERVICES; TELECOMMUNICATION SERVICES FOR PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS AND CONSUMER VIDEO GAME APPARATUSES; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF A CONSUMER VIDEO GAME APPARATUS; PROVIDING TELECOMMUNICATION SERVICES FOR MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ARCADE VIDEO GAME MACHINES BY DIGITAL TRANSMISSION OR BY SATELLITE FOR THE PURPOSE OF PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF ARCADE VIDEO GAME MACHINES; COMMUNICATION BY HANDHELD GAME APPARATUSES USING DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION USING DIGITAL TRANSMISSION OR SATELLITE BY MEANS OF HANDHELD GAME APPARATUS; COMMUNICATION BY MESSAGES AND PICTURES BY USING COMPUTERS CONNECTED TO A GLOBAL COMPUTER NETWORK; TELECOMMUNICATION OTHER THAN BROADCASTING, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; BROADCASTING OF RADIO AND TELEVISION PROGRAMS; NEWS AGENCY SERVICES FOR ELECTRONIC TRANSMISSION, NAMELY, THE TRANSMISSION OF NEWS ITEMS TO NEWS REPORTING SERVICES; RENTAL OF TELECOMMUNICATION EQUIPMENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF MODEMS; ELECTRONIC MESSAGE TRANSMISSION; SATELLITE TRANSMISSION , IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: EDUCATION SERVICES, NAMELY, PROVIDING ON-LINE CLASSES, SEMINARS AND WORKSHOPS IN THE FIELD OF MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, AND GENERAL TRIVIA; PROVIDING ON-LINE TRAINING COURSES, SEMINARS, WORKSHOPS IN THE FIELD OF SPORTS, MUSIC, ARTS, IT AND GENERAL TRIVIA; ENTERTAINMENT, NAMELY, PROVIDING NON-DOWNLOADABLE PRE-RECORDED DIGITAL MUSIC PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA A GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS; ORGANIZATION OF SPORTING EVENTS, NAMELY, SWIMMING MEETS, SOCCER COMPETITIONS, BASEBALL COMPETITIONS AND HOCKEY COMPETITIONS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR HANDHELD GAME APPARATUS, FOR ARCADE VIDEO GAME MACHINES AND FOR CONSUMER VIDEO GAME APPARATUS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR ENTERTAINMENT PURPOSES BY COMPUTER NETWORK AND VIA COMMUNICATION BY A COMPUTER NETWORK AND VIA COMMUNICATIONS BY CELLULAR PHONES; ORGANIZATION AND ARRANGEMENT OF VIDEO GAME TOURNAMENT EVENTS; RENTAL OF CONSUMER VIDEO GAME APPARATUS AND ARCADE VIDEO GAME MACHINES; RENTAL OF HANDHELD GAME APPARATUS; EDUCATIONAL AND INSTRUCTIONAL SERVICES IN THE NATURE OF CLASSES, WORKSHOPS OR SEMINARS IN THE FIELD OF ARTS, CRAFTS, SPORTS AND GENERAL KNOWLEDGE OR TRIVIA;MOVIE SHOWING, MOVIE FILM PRODUCTION, AND MOVIE

**Reg. No. 4,489,979** FILM DISTRIBUTION PROVIDING INFORMATION ON PROGRAM LISTING OF TELEVISION BROADCASTING SERVICES; PROVIDING ENTERTAINMENT INFORMATION VIA WEBSITES; ENTERTAINMENT SERVICES IN THE NATURE OF CREATION, DEVELOPMENT, AND PRODUCTION OF CINEMATOGRAPHIC FILMS, ANIMATION AND ANIMATED FILMS, AND TELEVISION PROGRAMS FOR OTHERS; PROVISION OF PRE-RECORDED, NON-DOWNLOADABLE DIGITAL MUSIC ONLINE BY MEANS OF MP3 WEBSITES ON A GLOBAL COMPUTER NETWORK, THE INTERNET AND VIA MOBILE PHONES AND WIRELESS ELECTRONIC COMMUNICATION DEVICES; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC FROM THE INTERNET, VIA WIRELESS ELECTRONIC COMMUNICATION DEVICES; PROVIDING AMUSEMENT ARCADES AND CENTERS; PROVIDING AMUSEMENT PARK AND THEME PARK SERVICES; AMUSEMENT ARCADE SERVICES; ORGANIZATION, PRODUCTION AND PRESENTATION OF SHOWS, CONCERTS, LIVE MUSICAL PERFORMANCES, THEATRICAL PERFORMANCES, EXHIBITIONS IN THE FIELDS OF ART, EDUCATION, CULTURE, SPORTS AND ENTERTAINMENT, SPORTS COMPETITIONS, SPORTING AND CULTURAL ACTIVITIES; CABARETS AND VARIETY SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCES AND LIVE PERFORMANCES SHOWCASING TALENT; MOVIE STUDIOS, DISCOTHEQUE SERVICES; PUBLICATION OF BOOKS, TEXTS, MAGAZINES, NEWSPAPERS AND PERIODICALS; LIBRARY SERVICES; PROVIDING FACILITIES FOR ENTERTAINMENT INCLUDING CONCERTS, SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCE, AND LIVE PERFORMANCES SHOWCASING TALENT, PERFORMANCES, SPORTS, GAMES, RECREATION AND CULTURAL ACTIVITIES; PROVISION OF INFORMATION RELATING TO EDUCATION, ENTERTAINMENT, AMUSEMENT ATTRACTIONS, RECREATIONAL ACTIVITIES, SPORTS AND CULTURE; CINEMATOGRAPHIC FILM AND VIDEO PRODUCTION; RENTAL OF CINE-FILMS, CINEMATOGRAPHIC FILMS, VIDEO TAPES, LASER DISCS, VIDEO DISCS AND DIGITAL VERSATILE (VIDEO) DISCS FEATURING ANIMATED CARTOONS; RENTAL OF SOUND RECORDINGS; RENTAL OF SHOW AND STAGE SCENERY; NURSERY SCHOOLS; PROVIDING FACILITIES FOR GAMES; ARRANGING OF BEAUTY CONTESTS; CIRCUSES; PROVIDING EDUCATION IN THE FIELD OF MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC AND GENERAL TRIVIA RENDERED THROUGH CORRESPONDENCE COURSES; ENTERTAINER SERVICES, NAMELY, LIVE, TELEVISED AND MOVIE APPEARANCES BY A PROFESSIONAL ENTERTAINER; ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; GAMING SERVICES IN THE NATURE OF CASINO GAMING; GYMNASTIC INSTRUCTION SERVICES; PROVIDING MUSEUM FACILITIES FOR PRESENTATIONS AND EXHIBITIONS; OPERATING LOTTERIES; ORCHESTRA SERVICES; PARTY PLANNING BEING ENTERTAINMENT; SCRIPTWRITING SERVICES FOR NON-ADVERTISING PURPOSES; ENTERTAINMENT IN THE NATURE OF THEATRE PRODUCTIONS; ZOOLOGICAL GARDENS SERVICES; ELECTRONIC DESKTOP PUBLISHING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES VIA A COMPUTER NETWORK; SIGN LANGUAGE INTERPRETATION; VOCATIONAL GUIDANCE IN THE NATURE OF EDUCATION AND TRAINING ADVICE; MICROFILMING FOR OTHERS; MUSIC COMPOSITION SERVICES FOR OTHERS; NIGHT CLUBS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING KARAOKE SERVICES; PROVIDING ONLINE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWS ARTICLES FOR CHILDREN; ONLINE ELECTRONIC PUBLISHING OF ELECTRONIC BOOKS AND JOURNALS; VIDEOTAPING BEING PRODUCTION SERVICES; BOWLING ALLEYS; RENTAL OF BATTING STADIUM OR DOME FACILITIES FOR BASEBALL GAMES; PROVISION OF ON-LINE NON-DOWNLOADABLE MOVIES AND ANIMATED CARTOONS VIA A VIDEO-ON DEMAND SERVICE AND PROVISION OF ON-LINE NON-DOWNLOADABLE MOVIES AND ANIMATED CARTOONS VIA A GLOBAL COMPUTER NETWORK; PROVIDING A WEBSITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELDS OF ELECTRONIC GAME PROGRAMS AND ELECTRONIC GAME PRODUCTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK; PROVIDING TEMPORARY HOUSING ACCOMMODATION SERVICES; HOTEL AND TEMPORARY ACCOMMODATION SERVICES AND CATERING SERVICES FOR GUESTS; RESTAURANTS; CAFÉS; CAFET-

**Reg. No. 4,489,979** ERIAS; BAR SERVICES; CANTEENS SERVICES; CATERING SERVICES; SELF-SERVICE RESTAURANTS; SNACK BARS; COCKTAIL LOUNGES; PROVIDING INFORMATION IN THE FIELD OF THE PROVISION OF FOOD AND BEVERAGES; AGENCY SERVICES FOR THE RESERVATION OF TEMPORARY ACCOMMODATIONS AND LODGING FACILITIES IN THE NATURE OF HOTELS, MOTELS AND BOARDING HOUSES; HOLIDAY CAMP SERVICES; RESTAURANTS, CAFÉS, CAFETERIAS, BAR SERVICES, CANTEEN SERVICES AND COCKTAIL LOUNGE SERVICES INSTALLED WITH; AUDIO AND VISUAL APPAR- ATUS WITH SING ALONG DEVICES CHILD-CARE SERVICES; DAY-NURSERIES, NAMELY, CRÈCHES; PROVIDING TEMPORARY ACCOMMODATIONS IN THE NATURE OF TOURIST HOMES; PROVIDING BAR SERVICES FOR WEDDING RECEPTIONS; PROVIDING FACIL- ITIES FOR EXHIBITIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

OWNER OF U.S. REG. NOS. 3,988,064, 4,252,003 AND OTHERS.

PRIORITY DATE OF 2-9-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1152679 DATED 8-8-2012, EXPIRES 8-8- 2022.

THE MARK CONSISTS OF A STYLIZED HEAD OF A BIRD HAVING A TRIANGULAR APPEARANCE.

SER. NO. 79-127,157, FILED 8-8-2012.

JACLYN KIDWELL WALKER, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,486,763**

**Registered Feb. 25, 2014**

**Int. Cls.: 3, 5, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 36, 38, 41 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ROVIO ENTERTAINMENT LTD (FINLAND CORPORATION)
P.O. BOX 65
FI-02151 ESPOO
FINLAND

FOR: BLEACHING PREPARATIONS AND BLEACHING SALTS AND BLEACHING SODAS FOR LAUNDRY USE: CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARA-TIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTI-FRICES; NON-MEDICATED TOILETRIES; HAND CARE PREPARATIONS, NAMELY, HAND CREAM; NON-MEDICATED PRODUCTS IN THE NATURE OF COSMETICS AND COSMETIC PREPARATIONS FOR THE CARE AND CLEANSING; OF HAIR AND SKIN, NAMELY, SHAMPOOS, CONDITIONERS, BALMS, SOAPS, AND SHOWER GEL; ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE LOTIONS; ANTIPERSPIRANTS; ANTISTATIC PREPARATIONS FOR HOUSEHOLD PURPOSES; AROMATICS, NAMELY, AROMATIC OILS AND AROMATIC POTPOURRIS; MILLED AND PROCESSED QUILLAIA BARK FOR USE AS HAND WASHING SOAP AND LAUNDRY SOAP; BATH SALTS; COSMETIC PRE-PARATIONS FOR BATHS; BEAUTY MASKS; BLEACHING SALTS; BLEACHING SODA; BLUING FOR LAUNDRY; COLOR-BRIGHTENING CHEMICALS IN THE NATURE OF WASHING PREPARATIONS FOR LAUNDRY USE; PAINT REMOVING PREPARATIONS; COSMETICS KITS COMPRISED OF COSMETICS; COSMETIC PREPARATIONS FOR SLIMMING PURPOSES; COTTON STICKS FOR COSMETIC PURPOSES; COTTON WOOL FOR COSMETIC PURPOSES; COSMETIC CREAMS; SKIN WHITENING CREAMS; CREAMS FOR LEATHER; DENTURE POLISHES; PREPARATIONS FOR CLEANING DENTURES; DEODORANTS FOR PERSONAL USE; HAIR DYES FOR COSMETIC PURPOSES; EAU DE COLOGNE; TOILETTE WATER; HAIR CREAMS; HAIR GELS; SHAMPOOS; HAIR CONDI-TIONERS AND HAIR MOISTURIZING PREPARATIONS; PERFUMES; LIPSTICKS; SKIN AND FACE CREAMS AND LOTIONS; FALSE NAILS; NAIL POLISHES AND NAIL VAR-NISHES AND NAIL POLISH THINNERS; NON-MEDICATED SUN CARE PREPARATIONS; BLEACHING PREPARATIONS IN THE NATURE OF DECOLORANTS FOR COSMETIC PURPOSES; CAKE FLAVORINGS IN THE NATURE OF ESSENTIAL OILS; CLEANSING MILK FOR COSMETIC TOILETRY PURPOSES; EYEBROW COSMETICS; EYEBROW PENCILS; FABRIC SOFTENERS FOR LAUNDRY USE; FALSE EYELASHES; FLOOR WAX; HAIR DYES; HAIR SPRAY; LAUNDRY BLEACH; LAUNDRY PRE-SOAK DETERGENTS; LAUNDRY STARCH; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MAKE-UP POWDER; MAKE-UP PREPARATIONS; MAKE-UP REMOVING PREPARATIONS; MASCARA; MOUTH WASHES, NOT FOR MEDICAL PURPOSES; NAIL CARE PREPARATIONS; COS-METIC PENCILS; POLISH FOR FURNITURE AND FLOORING; POMADES FOR COSMETIC

*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**Reg. No. 4,486,763** HAIR PURPOSES; PUMICE STONE FOR PERSONAL USE; SANDPAPER; SCENTED WOOD; SHOE POLISH AND CREAMS; SHOE WAX; LAUNDRY STARCH; SOAPS FOR BRIGHTENING TEXTILES; STARCH GLAZE FOR LAUNDRY PURPOSES; SUNSCREEN PREPARATIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; VARNISH-REMOVING PREPARATIONS; DEPILATORY WAX; LAUNDRY WAX; POLISHING WAXES; WAXES FOR LEATHER, NAMELY, BOOT AND SHOE WAX; DEPILATORY PREPARATIONS; PETROLEUM JELLY FOR COSMETIC PURPOSES; DECORATIVE FINGERNAIL DECALS FOR COSMETIC PURPOSES; INCENSE; GEL SOAPS, BAR SOAP, BUBBLE BATH, SHOWER GELS; TOOTHPASTE; MOUTHWASH; CLEANSING, TONING, MOISTURIZING AND EXFOLIATING PREPARATIONS FOR SKIN; BODY CREAM AND LOTION; HAND CREAM AND LOTION; SKIN CLEANSER AND NON-MEDICATED BODY SOAPS; PERFUMED BODY POWDERS; BATH OILS; BABY OIL, BABY POWDER, BABY GEL AND BABY LOTION; LIP GLOSS, NON-MEDICATED LIP BALM; MANICURE PREPARATIONS, NAMELY, ADHESIVES FOR ARTIFICIAL NAILS, NAIL CREAM, NAIL ENAMEL, NAIL GEL, NAIL POLISH AND NAIL GLITTER; SACHETS FOR PERFUMING LINEN; MASSAGE OILS AND LOTIONS; NON-MEDICATED SKIN CREAMS WITH ESSENTIAL OILS FOR USE IN AROMATHERAPY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: DIAPERS MADE OF PAPER FOR BABIES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: PHOTOGRAPHIC APPARATUS AND INSTRUMENTS, NAMELY, CAMERAS AND FLASHES FOR CAMERAS, CASES FOR CAMERAS AND PHOTOGRAPHIC EQUIPMENT; OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, BLANK OPTICAL DISCS, OPTICAL LAMPS; SIGNALING APPARATUS AND INSTRUMENTS, NAMELY, FLASHING SAFETY LIGHTS, SIGNAL BELLS, SIGNALING WHISTLES, AND SIGNAL ALARMS; TEACHING APPARATUS AND INSTRUMENTS, NAMELY, AUDIOVISUAL RECEIVERS; MEASURING APPARATUS, DEVICES AND INSTRUMENTS, NAMELY, MEASURING SPOONS AND MEASURING CUPS; APPARATUS FOR RECORDING, TRANSMISSION AND REPRODUCTION OF SOUND AND IMAGES; BLANK MAGNETIC DATA CARRIERS, BLANK MAGNETIC COMPUTER TAPES, AND BLANK RECORDING DISCS; PRE-RECORDED MAGNETIC DATA CARRIERS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; MECHANISMS FOR COIN-OPERATED APPARATUS; AUTOMATIC DISTRIBUTION MACHINES, NAMELY, TELLER MACHINES; CASH REGISTERS; DATA PROCESSORS; COMPUTERS; FIRE-EXTINGUISHING APPARATUS; VIDEO GAME PROGRAMS FOR CELLULAR TELEPHONES, MOBILE DEVICES, LAPTOPS, PERSONAL COMPUTERS, CONSOLES AND TABLET COMPUTERS; ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; ELECTRONIC GAME SOFTWARE FOR MOBILE PHONES DOWNLOADABLE VIA INTERNET; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS, INCLUDING VIA THE INTERNET; INTERACTIVE GAME SOFTWARE; RECORDED COMPUTER OPERATING PROGRAMS; COMPUTER GAME PROGRAMS; COMPUTER GAME SOFTWARE AND COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES; PRINTERS FOR USE WITH COMPUTERS; DATA PROCESSING APPARATUS IN THE NATURE OF COMPUTERS; COMPUTER GAME PROGRAMS AND VIDEO GAME SOFTWARE FOR HANDHELD GAME DEVICES; FILM PROJECTORS; PROTECTIVE CASES FOR TELEPHONES, LAPTOPS AND MOBILE PHONES; BLANK DVD DISKS; PRE-RECORDED EXERCISE DVDS; PRE-RECORDED DVDS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; BLANK COMPACT DISCS; COMPACT DISC PLAYERS; BLANK CD-ROM DISCS; PRE-RECORDED CD-ROM FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; PRE-RECORDED CD-ROMS CONTAINING PROGRAMS FOR CONTROLLING CONSUMER'S VIDEO GAME DEVICES; MOUSE MATS; SUNGLASSES; SPECTACLES; EYE-GLASS CHAINS; SPECTACLE CASES; CONTACT LENSES; CONTAINERS FOR CONTACT LENSES; WIRELESS TELEPHONES, CELLULAR TELEPHONES AND PARTS AND FITTINGS THEREFOR; MOBILE PHONE CASES SPECIALLY ADAPTED FOR HOLDING OR CARRYING MOBILE TELEPHONES; BAGS, COVERS, CONTAINERS, CARRIERS AND HOLDERS SPECIFICALLY ADAPTED FOR USE WITH CELLULAR

**Reg. No. 4,486,763**   TELEPHONES AND LAPTOPS; HEADPHONES; EAR PHONES; EARPHONES AND MICRO-
PHONES, AND SPEAKER PHONES FOR USE WITH MOBILE TELEPHONES; STRAPS AND
CASES SPECIFICALLY ADAPTED FOR USE WITH CELLULAR MOBILE TELEPHONES;
STANDS FOR PORTABLE TELEPHONES; ANTENNA CAPS FOR PORTABLE PHONES;
BATTERIES; BATTERY BOXES AND CASES; BATTERY CHARGERS; DIGITAL MUSIC
DOWNLOADABLE FROM THE INTERNET; DOWNLOADABLE MUSIC FILES; ABACUSES;
BINOCULARS; CALCULATING MACHINES; CAMERAS, CINEMATOGRAPHIC CAMERAS,
AND PARTS AND FITTINGS THEREFOR; LENSES FOR CAMERAS; CAPACITY MEASURES;
MOTION PICTURE FILMS FEATURING ANIMATED CARTOONS; FILMS BEING ANIMATED
CARTOONS; CASSETTE PLAYERS; ELECTRIC DOOR CHIMES; ELECTRONIC POCKET
TRANSLATORS; FIRE ALARMS; FLASHLIGHTS; FRAMES FOR USE IN PHOTOGRAPHY;
HEAT REGULATING APPARATUS, NAMELY, THERMOSTATS; JUKE BOXES; LETTER
SCALES; LIFE BELTS; LIFE JACKETS; LIFE RAFTS; ELECTRIC LOCKS; BLANK MAGNETIC
ENCODED CARDS; MAGNETIC ENCODERS; MAGNETS; MAGNIFYING GLASSES; MI-
CROPHONES; MICROSCOPES; NEON SIGNS; NOTEBOOK COMPUTERS; ELECTRONIC
PENS; GRAMOPHONE RECORDS FEATURING MUSIC; PHONOGRAPH RECORDS FEA-
TURING MUSIC; PHOTOCOPIERS; HAND-HELD CALCULATORS; PROJECTION APPAR-
ATUS, NAMELY, MOVIE PROJECTORS. MULTIMEDIA PROJECTORS AND PICTURE
PROJECTORS; PROJECTION SCREENS; RADIOS; RECORD PLAYERS; REMOTE CONTROL
APPARATUS FOR RADIOS, TELEVISIONS AND STEREOS; MEASURING INSTRUMENTS
BEING RULERS; SCALES; BLANK SMART CARDS; SMOKE DETECTORS; ELECTRIC
SOCKETS AND PLUGS IN THE NATURE OF ELECTRIC CONTACTS AND ELECTRIC
SWITCHES; SOUND RECORDING APPARATUS; GRAMOPHONE RECORDS FEATURING
MUSIC; SOUND-REPRODUCING APPARATUS; SOUND AND IMAGE TRANSMITTING
APPARATUS; TELEPHONES APPARATUS, RECEIVERS, TRANSMITTERS, WIRES;
TELESCOPES; TELEVISION APPARATUS BEING TELEVISIONS FOR PROJECTION PUR-
POSES; TEMPERATURE INDICATORS; ELECTRIC THEFT PREVENTION INSTALLATIONS,
BEING BURGLAR ALARMS AND THEFT ALARMS NOT FOR VEHICLES; THERMOMET-
ERS; THERMOSTATS; BLANK VIDEO CASSETTES; PRE-RECORDED VIDEO CASSETTES
FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS; VIDEO
GAME CARTRIDGES; PARTS AND FITTINGS FOR CONSUMER VIDEOGAME DEVICES,
NAMELY, VIDEO GAME CARTRIDGES, CASSETTES AND DISCS; BLANK VIDEO DISCS;
BLANK VIDEOTAPES; VIDEO SCREENS; VIDEO RECORDERS; WORD PROCESSORS;
AUDIO AND VISUAL APPARATUS WITH SING ALONG DEVICES IN THE NATURE OF
KARAOKE MACHINES; PAGERS, AND PARTS AND FITTINGS THEREFOR; PAGER CASES
AND CASINGS; CALL INDICATORS, NAMELY, TELEPHONES, MOBILE TELEPHONES
AND PAGERS AND MOBILE TELEPHONES; PROTECTIVE MASKS WORN OVER THE
EYES TO SHIELD OFF LIGHTS; ELECTRONIC DIARIES; ELECTRONIC ALARM BELLS
BEING WARNING DEVICES; ALARMS, NAMELY, BURGLAR ALARMS, ELECTRONIC
DOOR ALARMS, ELECTRIC ALARM BELLS, INFANT MOVEMENT ALARMS AND SOUND
ALARMS; BAR CODE READERS; BAROMETERS; ELECTRONIC BUZZERS; ELECTRIC
BUZZERS; CENTRAL PROCESSING UNITS; INTEGRATED CIRCUIT CHIPS; CHRONO-
GRAPHS FOR USE AS A SPECIALIZED TIME RECORDING APPARATUS; COMPUTER
KEYBOARDS; COMPUTER MEMORIES; COMPUTER PERIPHERAL DEVICES; ACOUSTIC
COUPLERS; COUPLERS BEING DATA PROCESSING EQUIPMENT; BLANK OPTICAL
DATA CARRIERS INCLUDING DVDS, CDS, AND FLOPPY DISKS; BLANK OPTICAL DISKS;
BLANK MAGNETIC DISKS; DIVERS' MASKS; DIVING SUITS; ELECTRONIC NOTICE
BOARDS BEING VISUAL DISPLAY UNITS; EYE GLASS CORDS; PROTECTIVE EYE-
PIECES; EYE-SHADES BEING SUNGLASSES; FACSIMILE MACHINES; FILTERS FOR
PHOTOGRAPHY; BLANK FLOPPY DISKS; HEAD CLEANING TAPES FOR VIDEO RECORD-
ERS AND VIDEO PLAYBACK DEVICES; HYGROMETERS; INTEGRATED CIRCUITS; IN-
TERCOMMUNICATION APPARATUS BEING INTERCOMS; ELECTRIC COUPLINGS; IN-
VOICING MACHINES, NAMELY, ADDING MACHINES; LENS HOODS; BLANK MAGNETIC
TAPE UNITS FOR COMPUTERS; BLANK MAGNETIC TAPES; MEASURING SPOONS; MI-
CROPROCESSORS; COMPUTER MODEMS; MONEY COUNTING AND SORTING MA-
CHINES; COMPUTER MONITORS; COMPUTER MICE; OPTICAL FIBERS; OPTICAL
GLASSES; OPTICAL LENSES; PARKING METERS; PROTRACTORS; RADIOTELEGRAPHY
SETS; RADIO TELEPHONES; SCANNERS BEING DATA PROCESSING EQUIPMENT;

**Reg. No. 4,486,763**   SEMICONDUCTORS; PHOTOGRAPHIC SLIDES BEING EXPOSED PHOTOGRAPHIC FILM; SOUND RECORDING EXPOSED FILMS; DEMAGNETIZING APPARATUS FOR MAGNETIC TAPES; TELEGRAPH WIRES; FAX APPARATUS; TELEPRINTERS; TELEPROMPTERS; TICKET DISPENSERS, NAMELY, VIDEO LOTTERY TICKET TERMINALS; VACUUM GAUGES BEING MEASURING INSTRUMENTS; VIDEO TELEPHONES; WHISTLE ALARMS BEING SIGNAL WHISTLES; EARPLUGS FOR DIVERS; EGG TIMERS; GOGGLES FOR SPORTS; PROTECTIVE HELMETS FOR USE IN SPORTS BEING SPORTS HELMETS; NAVIGATION APPARATUS FOR VEHICLES IN THE NATURE OF ON-BOARD COMPUTERS; METRONOMES; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS AND MAGAZINES IN THE FIELD OF COMPUTER LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE ARTS, FOR-EIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, ART AND GENERAL TRIVIA; DOWNLOADABLE ELECTRONIC PUBLICATIONS BEING DOWNLOADABLE CARTOON STRIPS; PERSONAL STEREOS; SATELLITES FOR SCIENTIFIC PURPOSES; WRIST RESTS FOR USE WITH COMPUTERS; ELECTRONIC CIRCUITS AND BLANK CD-ROMS WHICH ENABLE THE RECORDING OF AUTOMATIC PLAYING PROGRAMS FOR THE USE OF ELECTRONIC MUSICAL INSTRUMENTS; MEMORY CARDS FOR CONSUMER VIDEO GAME APPARATUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, JEWELRY, BOXES, AND BASKETS JEWELRY; PRECIOUS STONES; PEARLS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; IMITATION JEWELRY AND ORNAMENTS OF PRE-CIOUS METAL IN THE NATURE OF JEWELRY; BROOCHES; JEWELRY CHAINS; PENDANTS; NON-MONETARY COMMEMORATIVE COINS AND TOKENS FOR COLLECT-ING PURPOSES; CUFF-LINKS; EARRINGS; GOLD THREAD JEWELRY; ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; JEWELRY OF IMITATION GOLD; JEWELRY CASES; NECKLACES; RINGS; BRACELETS; MEDALS; MEDALLIONS; UN-WROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; ARTI-FICIAL GEMSTONES IN THE NATURE OF UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; STATUES AND STATUETTES OF PRECIOUS METAL; TIE CLIPS; CLOCKS, WATCHES AND PARTS AND FITTINGS THEREFOR; WATCH STRAPS, WATCH BANDS, WATCH CHAINS, BUCKLES FOR WATCH STRAPS; CASES FOR POCKET WATCHES; CLOCKS AND WATCHES HAVING A GAME FUNCTION; ELECTRIC CLOCKS AND ELECTRIC WATCHES; DESK CLOCKS; POCKET WATCHES; STOPWATCHES; WALL CLOCKS; ALARM CLOCKS; CHRONOMETERS; ORNAMENTAL PINS; KEY CHAINS AND KEY CASES OR CARRIERS OF PRECIOUS METAL AND/OR PRECIOUS STONES; BADGES OF PRECIOUS METAL; PRESENTATION CASES FOR WATCHES; CASES FOR WATCHES AND CLOCKS; SUNDIALS; DIAMONDS; COSTUME JEWELRY; SEMI-PRECIOUS STONES; WORKS OF ART OF PRECIOUS METAL; JEWELRY CASES AND JEWELRY BOXES OF PRECIOUS METAL; CHENILLE CUFF LINKS; STOCK PINS IN THE NATURE OF ORNA-MENTAL PINS; FIGURINES IN THE NATURE OF STATUETTES OF PRECIOUS METAL; TROPHIES OF PRECIOUS METAL; COMMEMORATIVE COINS OF PRECIOUS METAL; INSIGNIAS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GLOCKENSPIELS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NOT IN-CLUDED IN OTHER CLASSES, NAMELY, PAPER CARTONS FOR DELIVERING GOODS, ADVERTISING SIGNS OF PAPER, ADVERTISING SIGNS OF CARDBOARD, ART PAPER, BIBS OF PAPER, BLANK OR PARTIALLY PRINTED PAPER LABELS, BLANK PAPER NOTEBOOKS, LINED AND UNLINED WRITING PADS, MEMO PADS, NOTEPADS, BOOK COVER PAPER, BUSINESS CARD PAPER, CALENDARED PAPER, GIFT-WRAPPING PAPER, BLISTER CARDS PAPER TOWELS, NOTEBOOK PAPER, PAPER FOLDERS, PAPER ENVEL-OPES FOR PACKAGING, TABLE CLOTHS OF PAPER, TABLE LINENS OF PAPER, PAPER NAPKINS, TOILET PAPER, BOXES OF CARDBOARD OR PAPER, GIFT BOXES MADE OF CARDBOARD, CARDBOARD CARTONS, CARDBOARD CONTAINERS, PAPER HANDKERCHIEFS, PAPER NAPKINS FOR REMOVING MAKE-UP; PRINTED MATTER, NAMELY, BOOKS, BOOKLETS, PRINTED PERIODICALS, MAGAZINES INCLUDING

**Reg. No. 4,486,763** GAMING MAGAZINES, MANUALS, NEWSPAPERS, NEWSLETTERS, JOURNALS, CHIL-DREN'S BOOKS, BABY BOOKS, COMIC BOOKS, COLORING AND CHILDREN'S ACTIVITY BOOKS, INSTRUCTIONAL AND TEACHING MATERIALS, ALL IN THE FIELDS OF COM-PUTER, LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEO-GRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MATH, MUSIC, ART AND GENERAL TRIVIA, CARTOONS AND VIDEO GAMES; PRINTED MATTER, NAMELY, ADDRESS BOOKS, AUTOGRAPH BOOKS, DIARIES, CALENDARS, PLANNERS OF PAPER, APPOINTMENT BOOKS, RECIPE BOOKS, AND GUEST BOOKS; BOOKBINDING MATERIAL; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATION-ERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY, BRUSHES, PASTELS, PENCILS, PENS, WATERCOLOR SAUCERS, CANVAS PANELS, MOLDS FOR MODELING CLAYS; PAINT BRUSHES; PRINTERS' TYPE; PRINTING BLOCKS; CALENDARS; CHIL-DREN'S BOOKS; COMIC BOOKS; ADDRESS BOOKS; BRAG BOOKS; APPOINTMENT BOOKS; GUEST BOOKS; RECIPE BOOKS; DIARIES; SCRAPBOOK ALBUMS, PHOTO AL-BUMS, STAMP ALBUMS, COIN ALBUMS; WRITING PADS; NOTEPADS; NOTEBOOKS; COLORING AND CHILDREN'S ACTIVITY BOOKS; BOOK COVERS; BOOKMARKS; BLOTTERS; BOOKENDS; PAPERS MATS FOR FRAMING PAINTINGS, PICTURES AND PHOTOGRAPHS; PHOTOGRAPH STANDS; COASTERS MADE OF PAPER; PAINTINGS; ERASERS; COIN WRAPPERS; PACKING PAPER, INCLUDING BUBBLE PACKING PAPER; GIFT WRAP PAPER; BOXES OF CARDBOARD OR PAPER; GIFT BOXES OF CARDBOARD; PRINTED INVITATIONS; PRINTED MENUS; PAPER SERVIETTES; PAPER TOWELS; PAPER PARTY DECORATIONS; PAPER CAKE DECORATIONS; A SERIES OF PAPERBACK FICTION BOOKS; MODELING CLAY; PAPERWEIGHTS; PENCIL SHARPENERS; ELECTRIC PENCIL SHARPENERS; PAPER CLIPS; THUMB TACKS OR PUSH PINS; DRAWING PINS IN THE NATURE OF PUSH PINS; WRITING INSTRUMENTS, NAMELY, PENS, PENCILS, FOUNTAIN PENS, BALL-POINT PENS, AND PEN NIBS; DESK PENCIL HOLDERS; DESK PENCIL STANDS; INK REFILLS FOR PENS AND WRITING INSTRUMENTS; PENCIL LEADS; COLORED PENCILS; CRAYONS; PEN AND PENCIL CASES; ARTISTS' WATER COLORS IN THE NATURE OF FINISHED WATER COLOR PAINTINGS; PASTELS; DRAWING MA-TERIALS FOR BLACKBOARDS, DRAWING BOARDS, DRAWING PENS, PENCILS AND DRAWING INSTRUMENTS; DRAWING SETS COMPRISING DRAWING PAPER AND COLORED PENCILS; CANVAS FOR PAINTING; LETTER TRAYS AND PAPER RACKS; LETTER HOLDERS; LOOSE-LEAF BINDERS; PAPER KNIVES BEING OFFICE REQUISITES IN THE NATURE OF LETTER OPENERS; LETTER OPENERS; ELECTRIC LETTER OPENERS; ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES AND ADHESIVE TAPE DISPENSERS; PICTURES; STENCILS; PICTURE STORY BOOKS; GRAPHIC ART REPRODUCTIONS; PORTRAITS; POSTERS; LITHOGRAPHS; POSTCARDS; GREETING CARDS; MUSICAL GREETINGS CARDS; TWO-RING AND THREE-RING BINDERS; STA-TIONERY-TYPE PORTFOLIOS AND FOLDERS IN THE NATURE OF RING BINDERS; RUBBER MARKING STAMPS; SEALING STAMPS AND SEALS; POSTAGE STAMPS AND SEALS; HOLDERS AND CASES FOR POSTAGE STAMPS AND SEALS; STAMP PADS; INK PADS; WRITING INKS; SCRATCH PADS; PAPER STAPLERS; PASTES AND GLUES FOR STATIONERY AND HOUSEHOLD PURPOSES; PARTY ORNAMENTS AND PARTY DEC-ORATIONS MADE OF PAPER AND CARDBOARD; ERASERS; CORRECTING FLUIDS USED AS OFFICE REQUISITES; DOCUMENT FOLDERS; INDEX CARDS; DOCUMENT FILES; STICKER ALBUMS; STICKERS; POSTAGE STAMPS; TRADING CARDS; BAGGAGE AND LUGGAGE PAPER IDENTIFICATION TAGS; PAPER ARCHITECTURAL MODELS; PAPER PATTERNS BEING MODELS FOR MAKING CLOTHES; GENERAL- PURPOSE PLASTIC BAGS; PLASTIC PARTY GOODIE BAGS; PAPER BAGS; PAPER LUNCH BAGS; BAGS FOR MICROWAVE COOKING; PAPER FILTERS FOR COFFEE MAKERS; CLING FILM BEING FOOD WRAPPING PLASTIC FOR HOUSEHOLD USE; PAPER ENVELOPES, WRITING PA-PER; DRAWING PAPER; COPYING PAPER; WRITING CASES IN THE NATURE OF STA-TIONERY CASES SPECIFICALLY ADAPTED FOR WRITING INSTRUMENTS; TABLE-CLOTHS OF PAPER; BIBS OF PAPER; PAPER FLAGS; PAPER BANNERS; PROTECTIVE COVERS FOR NOTEBOOKS; EASELS; PLACE MATS AND COASTERS OF PAPER AND CARDBOARD; BLACKBOARDS; CHALK; WIPE-ON WIPE-OFF BOARDS BEING DRY ERASE BOARDS; MAGNETIC BOARDS; FILE SHREDDING MACHINES, NAMELY, PAPER SHREDDERS; PASSPORT HOLDERS, CHECKBOOK HOLDERS; DECORATIONS OF PAPER

Page: 5 / RN # 4,486,763

**Reg. No. 4,486,763**  FOR LUNCH BOXES AND FOODSTUFFS; BLANK PAPER TAPES AND CARDS FOR THE RECORDAL OF COMPUTER PROGRAMS; MAPS; INKING RIBBONS; PRINTED ENTRY TICKETS; TYPEWRITERS; PAPER CUTTERS; ADVERTISING SIGNBOARDS OF PAPER AND CARDBOARD; IRON ON PRINTED TRANSFERS; PRINTED PATTERNS FOR COSTUMES, PAJAMAS, SWEATSHIRTS AND T-SHIRTS; REMOVABLE TATTOOS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, NAMELY, HANDBAGS AND PURSES; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; PARASOLS, UMBRELLAS AND WALKING STICKS; WHIPS, HARNESSES AND SADDLERY; ALL-PURPOSE CARRYING BAGS AND ALL-PURPOSE SPORTS BAGS, BEACH BAGS AND ATHLETIC BAGS; GARMENT BAGS FOR TRAVEL; WINE-CARRYING CASES; ALL PURPOSE CARRYING BAGS IN THE NATURE OF BATH BAGS AND TOILETRY BAGS, SOLD EMPTY; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS, SHOE BAGS FOR TRAVEL; TOILETRY BAGS SOLD EMPTY; SUIT CARRIERS BEING TRAVELLING BAGS; BUM-BAGS; ALL-PURPOSE CARRY ALL BAGS AND CARRY ALL WEEKEND BAGS; WORK BAGS BEING BRIEFCASES AND ATTACHÉ CASES; HAVERSACKS; RUCKSACKS; PURSES AND WALLETS; SUITCASES; LEATHER AND FELT POUCHES; ATTACHÉ CASES; CANVAS AND LEATHER SHOPPING BAGS; BANDS OF LEATHER; LEATHER SHOULDER BELTS; BUSINESS CARD HOLDERS IN THE NATURE OF CARD HOLDERS AND CALLING CARD HOLDERS; VANITY CASES SOLD EMPTY; MUZZLES; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING SETS IN THE NATURE OF LUGGAGE; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE STRAPS; LUGGAGE TAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HANDBAGS; MOUNTAINEERING STICKS; BRIEFCASE-TYPE PORTFOLIOS FOR CARRYING SHEET MUSIC; NET BAGS FOR SHOPPING; CARRY-ALL SCHOOL BAGS; EMPTY TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; EMPTY HUNTERS' GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING; HANDBAG FRAMES; SLING BAGS FOR CARRYING INFANTS; WHEELED REUSABLE SHOPPING BAGS, BACKPACKS, DUFFEL BAGS AND SUITCASES; CARDBOARD TRUNKS AND CASES; CHAIN MESH PURSES, NOT OF PRECIOUS METAL; CLUTCH PURSES; COIN PURSES; EMPTY COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES NOT OF PRECIOUS METAL; LEATHER BANDS AND BELTS FOR LUNCH BOXES AND HOUSEHOLD OR KITCHEN CONTAINERS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES; GOODS NOT INCLUDED IN OTHER CLASSES MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS AND OF PLASTICS, NAMELY, WORKS OF ART; OFFICE FURNITURE; PHOTOGRAPH FRAMES; DRESSING MIRRORS; EASY CHAIRS; BEDS AND WATER BEDS FOR NON-MEDICAL PURPOSES; WOOD BEDSTEADS; FURNITURE SCREENS; ARMCHAIRS; BENCHES BEING FURNITURE; LETTER BOXES OF WOOD OR PLASTIC; WORK CABINETS FOR COMPUTERS AS FURNITURE; CHESTS FOR TOYS; CORKS; HAIRDRESSER'S CHAIRS, DECK CHAIRS; DESKS; TABLES; DINNER WAGONS BEING FURNITURE; HEAD-RESTS AS FURNITURE PARTS; DIVANS; LIBRARY SHELVES; LOCKERS; LOCKS, OTHER THAN NON-ELECTRIC LOCKS NOT OF METAL; FURNITURE RACKS, NAMELY, COAT RACKS, HAT RACKS, PLANT RACKS, POT RACKS, AND STORAGE RACKS; SAW HORSES; SCHOOL FURNITURE; SEATS; SOFAS; TEA CARTS; UMBRELLA STANDS; COTS; CUPBOARDS; DISPLAY BOARDS; DRESSING TABLES; FOOTSTOOLS AND STOOLS; SHELVES; SHOWER SHELVES, NOT OF PRECIOUS METAL; AIR CUSHIONS AS PILLOWS; AIR MATTRESSES FOR USE WHEN CAMPING; INFLATABLE AIR PILLOWS NOT FOR MEDICAL PURPOSES; SLEEPING BAGS; BED FITTINGS, NOT OF METAL; BEDDING EXCEPT LINEN, NAMELY, BED PILLOWS, BED PADS AND CRIB BUMPERS IN THE NATURE OF BUMPER GUARDS FOR CRIBS; NON-TEXTILE CURTAIN HOLDERS; CURTAIN HOOKS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; CURTAIN ROLLERS; CUSHIONS; NON-METAL FIXED TOWEL DISPENSERS; MATTRESSES; PILLOWS; NON-METAL CLOTHES HOOKS AND COAT HANGERS; COAT

**Reg. No. 4,486,763** STANDS; HAT STANDS; LADDERS OF WOOD OR PLASTICS; DOOR FITTINGS, NAMELY, NONMETAL DOOR HANDLES AND DOOR KNOCKERS; EMBROIDERY FRAMES; STATUES OF WOOD, WAX, PLASTER OR PLASTIC; FIRE SCREENS FOR DOMESTIC USE; NON-METAL AND NON-PAPER CONTAINERS FOR STORAGE AND TRANSPORT; NON-METAL AND NON-MASONRY STORAGE TANKS; NONMETAL TRANSPORT CONTAINERS AND FILING CABINETS; CONTAINERS OF PLASTIC FOR PACKAGING PURPOSES; PLASTIC METAL-SUBSTITUTE FASTENERS, NAMELY, NAILS, WEDGES, NUTS, SCREWS, TACKS, BOLTS, RIVETS, CASTERS AND PEGS; DOOR STOPS OF PLASTIC OR WOOD; INFANT WALKERS; PLAYPENS FOR BABIES; SUPPORT PILLOWS FOR USE IN BABY SEATING EXCLUDING SAFETY SEATING FOR USE IN AUTOMOBILES; DECORATIVE MOBILES; COTS; CRADLES AND CRIBS; HIGH CHAIRS FOR BABIES; FURNITURE CHESTS AND CHEST OF DRAWERS; WIND CHIMES; BEDS FOR HOUSEHOLD PETS; NESTING BOXES FOR PETS AND SMALL BIRDS; SCRATCHING POSTS FOR CATS; FLOWER-POT PEDES-TALS; FLOWER- STANDS; RIGID PLASTIC TRAYS FOR PACKAGING PURPOSES; WICKERWORK, NAMELY, WICKER FURNITURE; DECORATIVE EDGING STRIPS OF PLASTICS AND/OR WOOD FOR USE WITH WINDOW FITTINGS, NAMELY, ORNAMENTS FOR WINDOWS; ORNAMENTS AND DECORATIONS FOR WINDOWS OR DOORS MADE OF OR FROM PLASTICS, WAX, WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; NON-METAL STEP LADDERS AND LADDERS, TOOL BOXES AND PLANT AND TREE STAKES; IMITATION FOODS FOR DISPLAY MADE OF PLASTIC, NAMELY, IMITATION DESSERTS, IMITATION CANDY, IMITATION CAKES, AND IMITATION FRUITS; FLAGPOLES, WORKS OF ART, FIGURINES AND STATUETTES AND SMALL DECORATIONS OR ORNAMENTS, MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER- OF- PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS, OR OF WAX, PLASTER OR PLASTICS; PLASTIC KEY CARDS, NOT ENCODED OR MAGNETIZED; NON-METAL BINS; NON-METAL BOTTLE CLOSURES; BOTTLE RACKS; CORKS FOR BOTTLES; HOUSE NUMBERS, NOT OF METAL, NON-LUMINOUS; IDENTITY PLATES, NOT OF METAL; INFLATABLE PUBLICITY OBJECTS; NON-METAL NON-MASONRY LETTER BOXES; MAGAZINE RACKS; PLATE RACKS; CUP RACKS; NON-METAL REGISTRATION PLATES; PLASTIC SIGNBOARDS; NON-METAL TOOL HANDLES; UPRIGHT SIGNBOARDS OF WOOD OR PLASTICS; PLASTIC SEALING CLIPS FOR BAGS; INFLATABLE HEAD-RESTS IN THE NATURE OF PILLOWS; DECORATIONS OF PLASTICS FOR FOODSTUFFS OR LUNCH BOXES; HAND-HELD FLAT FANS, FOLDING FANS, AND NON-ELECTRIC FANS FOR PERSONAL USE; BAMBOO CURTAINS; BAMBOO AND BAMBOO BLINDS; BEAD CURTAINS FOR DECORATION; BEAD CURTAINS; INDOOR BLINDS; ORIENTAL SINGLE PANEL NON-METAL STANDING PARTITIONS; HANGING BOARDS THAT ARE IN THE NATURE OF JAPANESE-STYLE PEGBOARDS USING POSITIONAL HOOKS, FOR USE AS MOVABLE WALL PARTITIONS; ORIENTAL FOLDING PARTITION SCREENS; KEYBOARDS FOR HANGING KEYS; MANNEQUINS; DRAIN TRAPS IN THE NATURE OF VALVES OF PLASTIC; MEDICINE CABINETS; REMOVABLE MATS FOR SINKS; NAME PLATES, NOT OF METAL; NON-METAL LICENSE OR NUMBER PLATES, NOT OF METAL; MIRROR TILES; PLASTIC DOORKNOBS; PORCELAIN OR EARTHENWARE DOORKNOBS; WOOD DOORKNOBS; NON-METAL KEY MADE OF LEATHER OR IMITATION LEATHER; BATHROOM WOODEN STOOLS; KNOBS OF PORCELAIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS AND CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; CLEANING COMBS, AND BATH, SCOURING AND CLEANING SPONGES; BRUSHES EXCLUDING PAINT BRUSHES, NAMELY, CLEANING BRUSHES FOR HOUSEHOLD USE; BRUSH-MAKING MATERIALS; ARTICLES FOR CLEANING PURPOSES, NAMELY, CLOTHS, CLEANING COTTON, STEEL WOOL FOR CLEANING; WASHING MITTS; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS EXCEPT GLASS USED IN BUILDING; BEVERAGE GLASSWARE, PORCELAIN AND EARTHEN-WARE, NAMELY, BEVERAGE GLASSWARE, AND CROCKERY, ORNAMENTS AND STATUETTES OF PORCELAIN AND EARTHENWARE; PORTABLE PLASTIC BABY BATH

**Reg. No. 4,486,763**  TUBS; NON-METAL BASKETS, FOR DOMESTIC USE; MUGS; BIRDCAGES; NON-ELECTRIC FOOD BLENDERS; IRONING BOARDS; BOOT JACKS; STOPPERS SPECIFICALLY ADAPTED FOR USE WITH BOTTLES MADE FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA AND PORCELAIN; BOWLS; NON-ELECTRIC CAST-IRON KETTLES; TABLEWARE, NAMELY, PLATES, BOWLS AND DISHES; SALAD BOWLS; NON-ELECTRIC WHISKS; RICE CHESTS; COLANDERS; HOUSEHOLD UTENSILS, NAMELY, COOKING STRAINERS; COOKING FUNNELS; FOOD PRESERVING JARS OF GLASS; GRATERS FOR HOUSEHOLD PURPOSES; CHOPSTICK CASES; ROLLING PINS FOR COOKING PURPOSES; CAMPING COOKING GRILLS; LEMON SQUEEZERS IN THE NATURE OF CITRUS JUICERS; COSMETIC AND TOILETRY UTENSILS, NAMELY, MAKE UP APPLICATORS AND MAKE UP BRUSHES, HAIR BRUSHES AND COMBS; SHOE BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; FEEDING VESSELS FOR PETS; BRUSHES FOR PETS; BOXES OF METAL FOR DISPENSING SERVIETTES IN THE NATURE OF NAPKIN DISPENSERS FOR HOUSEHOLD USE; BIRD BATHS; FLYSWATTERS; CANDLE EXTINGUISHERS NOT OF PRECIOUS METAL; FLOWER VASES; UPRIGHT SIGNBOARDS OF GLASS OR CERAMICS; COOKING SETS FOR OUTDOOR USE CONSISTING OF TIN CANS, TIN PANS, TIN POTS AND TIN PLATES; SOAPBOXES; BREAD BOARDS AND CUTTING BOARDS; BUCKETS; MEAL TRAYS. SERVING TRAYS. CAGES FOR HOUSE-HOLD PETS; CAKE MOULDS; WAFFLE MOULDS; CANDLE RINGS; CANDLESTICKS; CANDY BOXES; COMB CASES; CHINA ORNAMENTS; CHINAWARE, NAMELY, ORNA-MENTS AND STATUETTES OF CHINA; CHOPSTICKS IN THE NATURE OF COOKING UTENSILS; CLOTHES DRYING RACKS; CLOTHS FOR CLEANING; COASTERS NOT OF PAPER AND OTHER THAN TABLE LINEN; COCKTAIL STIRRERS; COFFEE FILTERS NOT OF PAPER BEING PART OF NON-ELECTRIC COFFEE MAKERS; NONELECTRICAL AND HAND-OPERATED COFFEE GRINDERS; COFFEE SERVICES; ELECTRIC HAIR COMBS; GROOMING COMBS FOR ANIMALS; PASTRY BAGS; COOKERY MOULDS; COOKING POTS; ICE PAILS; PORTABLE COOLERS; CORKSCREWS; BOTTLES SOLD EMPTY; PLASTIC WATER BOTTLES SOLD EMPTY; BOTTLE OPENERS; DISHES; PLATES NOT OF PRECIOUS METAL; CHAMPAGNE BUCKETS; HAIR BRUSHES; BRUSHES FOR CLOTHES; PLASTIC COASTERS; COFFEE CUPS; ALL-PURPOSE PORTABLE HOUSEHOLD CONTAINERS; DRINKING GLASSES, NAMELY, TUMBLERS; DEMITASSE SETS CONSIST-ING OF CUPS AND SAUCERS; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; CORN COB HOLDERS; DECANTERS; SUGAR AND CREAMER BOWL, PITCHER AND POURER SETS; DRINKING CUPS FOR INFANTS AND PARTS THEREFOR, NAMELY, LIDS AND VALVES, ALL SOLD AS A UNIT; PAPER CUPS; PLASTIC CUPS; TOOTHBRUSH CASES; SERVING UTENSILS, NAMELY, PIE SERVERS, CAKE TURNERS, SPATULAS, SCRAPERS AND CAKE SERVERS; COVERS FOR DISHES; COVERS FOR FLOWER POTS NOT OF PAPER; CROCKERY, NAMELY, POTS, DISHES, DRINKING CUPS AND SAUCERS, BOWLS, SERVING BOWLS AND TRAYS; CUPS; NON-ELECTRIC DEEP FRYERS; DISHES FOR SOAP; SOAP DISPENSERS; DUSTBINS; EGG CUPS; FEEDING TROUGHS BEING FEEDING VESSELS FOR PETS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; GOBLETS; NON-ELECTRIC GRIDDLES; HEAT-INSULATED CONTAINERS FOR HOUSEHOLD USE; NON-ELECTRIC HEATERS FOR FEEDING BOTTLES; HOLDERS FOR FLOWERS AND PLANTS; HOT POTS; ICE BUCKETS; ICE CUBE MOULDS; BEER MUGS. JUGS; KNIFE RESTS; LAZY SUSANS; LIQUEUR SETS COMPRISED OF CONTAINERS FOR ICE, GOBLETS, AND BEVERAGE GLASSWARE; LUNCH BOXES; MENU CARD HOLDERS; MESS-TINS; MIXING SPOONS; MOPS; NAPKIN HOLDERS; NAPKIN RINGS; NOZZLES FOR WATERING CANS; PADS FOR CLEANING; PANS; PAPER PLATES; PASTRY CUTTERS; PEPPER MILLS; PERFUME SPRAYERS SOLD EMPTY; PERFUME VAPORIZERS SOLD EMPTY; PICNIC BASKETS SOLD EMPTY; NON-METAL PIGGY BANKS; POT LIDS; POTS; NON-ELECTRIC PRESSURE COOKERS; SALT SHAKERS; PEPPER SHAKERS; SAUCEPANS; SAUCERS; SCOOPS; SCOURING PADS; SHAVING BRUSHES; SHIRT STRETCHERS; SHOE TREES; SOAP HOLDERS; SOUP BOWLS; SPICE SETS COMPRISED OF SPICE RACKS AND HAND-OPERATED SPICE GRINDERS SOLD EMPTY FOR HOUSEHOLD USE; SPONGE HOLDERS; SHOWER CADDIES, NOT OF PRE-CIOUS METAL; SPONGES FOR HOUSEHOLD PURPOSES; STANDS FOR SHAVING BRUSHES; STATUES OF PORCELAIN, TERRACOTTA OR GLASS; STATUETTES OF PORCELAIN, TERRACOTTA OR GLASS; SYRINGES FOR WATERING FLOWERS AND

**Reg. No. 4,486,763**  PLANTS; TABLEWARE, NAMELY, BOWLS, PLATES, AND BEVERAGE GLASSWARE; TANKARDS; TEA STRAINERS; TEA CADDIES; COFFEE CADDIES SOLD EMPTY FOR HOUSEHOLD USE; TEA INFUSERS; TEA SERVICES; NON-ELECTRIC TEAPOTS; TOILET BRUSHES; TOILET PAPER HOLDERS; TOILET SPONGES; TOOTHBRUSHES; TOOTH-BRUSHES, ELECTRIC; TOOTHPICK HOLDERS, NOT OF PRECIOUS METAL; TOOTHPICKS; NAIL BRUSHES; LITTER TRAYS, NAMELY, CAT LITTER PANS; TRIVETS; NON-ELECTRIC TROUSER PRESSES; TROUSER STRETCHERS; CLOTHING STRETCHERS; VACUUM BOTTLES; WAFFLE AND PANCAKE IRONS, NON-ELECTRIC; COOKERY AND BAKING IRONS, NON-ELECTRIC; WASHING BOARDS; RINSING TUBS; WATERING CANS; WA-TERING DEVICES, NAMELY, WATERING CANS AND WATERING POTS; POLISHING APPARATUS AND MACHINES FOR HOUSEHOLD PURPOSES, NONELECTRIC, NAMELY, FLOOR POLISH APPLICATORS MOUNTABLE ON A MOP HANDLE WORKS OF ART, OF PORCELAIN, TERRACOTTA OR GLASS; DECORATIVE ORNAMENTS FOR WINDOW OR DOORS MADE OF OR FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA OR PORCELAIN; MOUSE TRAPS; CONTAINERS FOR AROMATICS AND FRAGRANCES, NAMELY, POTPOURRI DISHES; REFRIGERATING BOTTLES SOLD EMPTY; BOXES OF GLASS; BROOMS; BUTTER DISHES; BUTTER DISH COVERS; CHEESE-DISH COVERS; CANDY BOXES, NOT OF PRECIOUS METAL; HAND OPERATED CLEANING INSTRUMENTS IN THE NATURE OF HOUSEHOLD CLEANING BRUSHES; CLOTHES-PEGS; NONELECTRIC PORTABLE COLD BOXES IN THE NATURE OF THERMAL INSU-LATED CONTAINERS FOR FOOD OR BEVERAGES; COOKIE JARS; NON-ELECTRIC COOKING UTENSILS, NAMELY, SPLATTER SCREENS, KITCHEN TONGS, POURING AND STRAINING SPOUTS, GRATER, SIEVES, SPATULAS, TURNERS, SKIMMERS; EYEBROW BRUSHES; FRYING PANS; GARDENING GLOVES; POWDER PUFFS; COOKIE BISCUIT CUTTERS; CRUETS, CRUET STANDS; DUSTERS; COCKTAIL SHAKERS; POWDER COMPACTS, NOT OF PRECIOUS METAL SOLD EMPTY; PILL AND TABLET BOXES FOR PERSONAL USE; PILL CASES OF WOOD AND PLASTIC FOR PERSONAL USE; STANDS FOR TOOTH BRUSHES; FLOSS FOR DENTAL PURPOSES; HANDLES FOR DENTAL FLOSS; HOUSEHOLD CONTAINERS OF PRECIOUS METAL; HOUSEHOLD UTENSILS OF PRECIOUS METAL, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COFFEE SERVICES OF PRECIOUS METAL; COFFEE-POTS, NON-ELECTRIC, OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METAL FOR HOUSEHOLD USE; NAPKIN HOLDERS AND RINGS OF PRECIOUS METAL; TABLEWARE MADE OF PRECIOUS METAL, NAMELY, SERVING KNIVES, FORKS, AND SPOONS; CANDY CASES AND CANDY BOXES OF PRECIOUS METAL; POWDER COMPACTS OF PRECIOUS METAL SOLD EMPTY; ELECTRIC DEVICES FOR ATTRACTING AND KILLING INSECTS; DRINKING STRAWS; OVEN MITTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES AND TEXTILE GOODS, NOT INCLUDED IN OTHER CLASSES, NAMELY, BED COVERS AND PLASTIC TABLE COVERS; BED AND PLASTIC TABLE COVERS; HANDKERCHIEFS; TABLE NAPKINS OF TEXTILE; BANNERS OF TEXTILE; BATH LINEN; BED LINEN; BEDSPREADS; BED QUILTS; BED BLANKETS; COTTON CLOTHS, FELT CLOTH; COVERS FOR CUSHIONS; DOOR CURTAINS; TOWELS; FABRIC FLAGS; TOILET WASHING GLOVES; HOUSEHOLD LINEN; LABELS OF TEXTILE; TEXTILE NAPKINS FOR REMOVING MAKE-UP; TEXTILE PLACE MATS, LINEN PLACE MATS; MATTRESS COVERS; MOSQUITO NETS; CURTAINS; PILLOWCASES; PLASTIC MATERIAL, NAMELY, SYNTHETIC FIBER FABRICS; QUILTS; TRAVELLING RUGS; TEXTILE BED SHEETS; SHROUDS; SILK CLOTH; SILK FABRICS; SLEEPING BAGS IN THE NATURE OF SHEETING; TABLE LINEN; TABLE MATS NOT OF PAPER; TAPESTRY OF TEXTILE; UPHOLSTERY FABRICS; WALL HANGINGS OF TEXTILE; BEDDING, NAMELY, BED SHEETS, BED LINEN, BED SPREADS; TEXTILE DOOR KNOB COVERS; FITTED TOILET SEAT COVERS MADE OF FABRICS; COVERINGS FOR LIDS FOR TOILET VESSELS, NAMELY, TOILET TANK COVERS MADE OF FABRIC; CURTAIN TIEBACKS IN THE NATURE OF TEXTILE CURTAIN HOLDERS; COTTON FABRICS; BEDSPREADS, NAMELY, COVERLETS; FABRICS FOR TEXTILE USE; FACE TOWELS OF TEXTILE; FELTS; CLOTH, NAMELY, FRIEZE; TRUE HEMP FABRIC; VELVET; WOOLEN CLOTH; TISSUE PAPER BOX COVERS OF TEXTILE; COVERS OF FABRIC FOR DOOR KNOBS; WOVEN TEXTILE LABELS; BED

**Reg. No. 4,486,763** CANOPIES; FABRIC TABLE RUNNERS; KITCHEN LINENS, INCLUDING OVEN MITTS, DISH TOWELS, KITCHEN TOWELS, FABRIC PLACE MATS, WASHING MITTS, FABRIC TABLE RUNNERS, POTHOLDERS, CLOTH COASTERS; BATH TOWELS; TABLE LINEN, NAMELY, PLACE MATS; UNFITTED COVERINGS OF TEXTILE AND OF PLASTIC FOR FURNITURE; SHOWER CURTAINS; COTTON, POLYESTER AND NYLON FABRIC, FABRIC OF IMITATION ANIMAL SKINS; GOLF TOWELS; DAMASK; ELASTIC WOVEN MATERIAL IN THE NATURE OF JERSEY FABRIC FOR CLOTHING; SILK FABRICS FOR PRINTING PATTERNS; PRINTERS' BLANKETS OF TEXTILE; OILCLOTH FABRIC FOR TABLECLOTHS; COTTON LINGERIE FABRIC; JERSEY FABRICS FOR CLOTHING; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOON; FABRIC OF IMITATION ANIMAL SKINS. IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: FOOTWEAR; HEADWEAR; APRONS; BEACHWEAR; SWIMWEAR, SWIMSUITS, BATHING SUITS; GLOVES; MITTENS; BELTS; BABY CLOTHES, NAMELY, PAJAMAS, JACKETS, SHIRTS, JUMPERS; BIBS NOT OF PAPER; UNDERCLOTHING; SLEEPWEAR AND PAJAMAS; SLEEP MASKS FOR ELIMINATING LIGHT; BATH ROBES; SUSPENDERS; HATS, CAPS, SUN VISORS, BERETS; BATHING AND SHOWER CAPS; MUFFS; EAR MUFFS; NECKWEAR; NECK TIES; CRAVATS; BOW TIES; SOCKS AND STOCKINGS, PANTY HOSES; GARTER BELTS, STOCKING AND PANTY HOSE SUSPENDERS; SHOES, SPORTS SHOES, SLIPPERS, BEACH SHOES; MASQUERADE COSTUMES; WORKING SLEEVES IN THE NATURE OF SUN SLEEVES; BANDANAS; BATH SANDALS; BATH SLIPPERS; SKI BOOTS; BOOTS; BRACES FOR CLOTHING, NAMELY, SUSPENDERS; BRASSIERES; BREECHES; CAMISOLES; COATS; CUFFS; FUR STOLES; HEADBANDS FOR CLOTHING; JERSEYS; OVERCOATS; PARKAS, SANDALS; SCARVES; SHAWLS; SHIRTS; SLIPS; SMOCKS; SPATS; BOOTS FOR SPORTS; SPORTS JERSEYS; SUITS; WET SUITS FOR WATER SKIING; WRISTBANDS BEING CLOTHING; GYMNASTICS SHOES; CLOTHING FOR GYMNASTICS, NAMELY, LEOTARDS, TIGHTS, T-SHIRTS, SASHES, JOGGING SUITS, TROUSERS, JEANS, TANK TOPS, SKIRTS, BLOUSES; SNOW SUITS, ROBES, SNEAKERS, BOOTIES, SLIPPER SOCKS; CLOAKS; CLOTH BIBS; CHAPS; BEACH COVER-UPS; DRESSES; JACKETS; LEOTARDS; OVERALLS; PONCHOS; RAINWEAR; SHORTS; SWEATERS; SWEATSHIRTS; BABIES' PANTS; WELTS FOR BOOTS; CLOTHING OF IMIT- ATIONS OF LEATHER, NAMELY, COATS; CLOTHING OF LEATHER, NAMELY, SHIRTS. PANTS, COATS, DRESSES; COLLAR PROTECTORS, COLLARS, DETACHABLE COLLARS; CORSETS; CYCLISTS' CLOTHING, NAMELY, CYCLING SHORTS AND JERSEYS; FOOT- BALL BOOTS, FOOTBALL SHOES; PAPER CLOTHING, NAMELY, PAPER APRONS, PAPER HATS, PAPER SHOES USED WHEN GOING THROUGH METAL DETECTORS TO KEEP FEET AND SOCKS CLEAN; POCKET FOR CLOTHING; READY-MADE LININGS AS PARTS OF CLOTHING; SARIS; SPORTS SHOES; SWEAT-ABSORBENT UNDERCLOTHES; UNDER- GARMENTS; WOODEN SHOES; VESTS; UNIFORMS; UNDERPANTS; TOP HATS; TOGAS; NON-SLIP SOLES FOR BOOTS AND SHOES; MOTORCYCLE CLOTHING, NAMELY, GLOVES, JACKETS, RAIN SUITS; LEGGINGS; HOODS BEING CLOTHING; HEELS; HEEL PIECES FOR BOOTS AND SHOES; HALF-BOOTS; GALOSHES; GARTERS; FURS AS CLOTHING, NAMELY, CLOAKS, COATS, JACKETS, MUFFS, AND STOLES; FOOT MUFFS, NOT ELECTRICALLY HEATED; T-SHIRTS; TOPS; SWEAT SHIRTS WITH HOODS; LOUNGEWEAR; LONG SLEEVE TOPS; ZIP UP JACKETS; JOGGING PANTS; FLEECE TOPS; KNIT FLEECE HATS; FASHION HEADWEAR; FLIP FLOPS; PLUSH SLIPPERS; PLUSH NOVELTY HATS; SKULL CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BELT BUCKLES. IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, RUGS, MATS AND MATTING. LINOLEUM AND FABRIC COVERINGS FOR COVERING EXISTING FLOORS; NON TEXTILE WALL HANGINGS; AUTOMOBILE CARPETS; BATH MATS; FLOOR COVERINGS; DOOR MATS; GYMNASTIC MATS; GYM- NASIUM EXERCISE MATS; TAPESTRY-STYLE WALL HANGING, NOT OF TEXTILE; VINYL FLOOR COVERINGS; WALLPAPER, WALL PAPER OF VINYL; FOAM MATS FOR USE ON PLAY AREA SURFACES; BEACH MATS; REED MATS; NON-SLIP BATH TUB MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

**Reg. No. 4,486,763**  FOR: GAMES AND PLAYTHINGS, NAMELY, ACTION SKILL GAMES, ACTION TARGET GAMES, ARCADE-TYPE ELECTRONIC EDUCATION VIDEO GAMES, BOARD GAMES, CARD GAMES, BUILDING GAMES, EDUCATIONAL CARD GAMES, ELECTRONIC EDU-CATIONAL GAME MACHINES FOR CHILDREN, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, PROMOTIONAL GAME CARDS, PUZZLE GAMES, VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MON-ITOR; GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES, NAMELY, SPORTS TRAINING DEVICE TO IMPROVE STRENGTH, TONING, CONDITION-ING, BALANCE AND PROPRIOCEPTION AND SLIDES FOR PLAYGROUNDS; DECORA-TIONS FOR CHRISTMAS TREES; CHILDREN'S MULTIPLE ACTIVITY TOYS; DOLLS; PUPPETS; PLUSH TOYS; SOFT DOLLS; TEDDY BEARS; TOY FIGURES AND PLAY SETS CONSISTING OF ACTION FIGURES; ACTION FIGURE TOYS AND ATTACHABLE ART-ICLES OF CLOTHING FOR TOYS; MAGNETIC TOY FIGURES ATTACHABLE TO MOBILE PHONES, PENCILS OR KEY RINGS; BATHTUB TOYS; RIDE-ON TOYS; BALLS FOR SPORTS AND BALLOONS; YO-YOS; BALLS FOR GAMES; PLAYING BALLS; PLAYGROUND BALLS, TENNIS BALLS, FOOTBALLS; SOCCER BALLS; BASEBALLS; VOLLEY BALLS; RUBBER BALLS; TOY VEHICLES; ELECTRIC TOY VEHICLES; SURF BOARDS; SNOW-BOARDS; ICE SKATES; SKATEBOARDS; TOY AIR PISTOLS; BACKGAMMON GAMES; BELLS FOR CHRISTMAS TREES; BILLIARD BALLS; BILLIARD TABLES; TOY BUILDING BLOCKS; BOARD GAMES; CHESS GAMES; CHESS BOARDS; CHRISTMAS CRACKERS; SKATING BOOTS WITH SKATES ATTACHED; BOWLING APPARATUS AND MACHINERY; BUILDING GAMES; CANDLE HOLDERS FOR CHRISTMAS TREES; CHECKERBOARDS; DRAUGHTS SETS CONSISTING PRIMARILY OF DRAUGHT BOARDS; CHESS SETS; CHRISTMAS TREES OF SYNTHETIC MATERIALS; CONJURING APPARATUS, NAMELY, MAGIC TRICKS; CUPS FOR DICE; DARTS; DICE; DOLLS' BEDS; DOLLS' CLOTHES; DOLLS' HOUSES; DOLLS' ROOMS; DOMINOES; DUMB-BELLS; ELBOW GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; CHEST EXPANDERS BEING AN EXERCISE APPARATUS; FAIRGROUND RIDE APPARATUS, NAMELY, AMUSEMENT PARK RIDES, ROLLERCOAST-ERS, CAROUSELS; DOLLS' FEEDING BOTTLES; FISH HOOKS; FISHING TACKLE; FLIP-PERS FOR SWIMMING; FLOATS FOR FISHING; FLYING DISC TOYS; AUTOMATIC AND COIN-OPERATED ARCADE AMUSEMENT GAME MACHINES; BATS FOR GAMES; AP-PARATUS FOR ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HANDHELD UNITS FOR PLAYING VIDEOGAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GOLF BAGS; GOLF CLUBS; GOLF GLOVES; GLOVES FOR GAMES AND SPORTS, NAMELY, BASEBALL GLOVES, GOLF GLOVES, BOXING GLOVES, HOCKEY GLOVES, BOWLING GLOVES, FOOTBALL GLOVES; PRACTICAL JOKES AND NOVELTIES, NAMELY, TOY AND NOVELTY FACE MASKS AND TOY FOAM NOVELTY ITEMS, SUCH AS FOAM FINGERS AND HANDS; KITE REELS; KITES; KNEE GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; MAH-JONG SETS; MARBLES FOR GAMES; MARION-ETTES; THEATRICAL MASKS; TOY MASKS; MOBILE TOY CARS; SCALE MODEL VEHICLES; PARLOUR GAMES; TOYS, NAMELY, PERCUSSION CAPS; TOY PISTOLS; RACKETS BEING TENNIS RACKETS, TABLE TENNIS RACKETS, PADDLE RACKETS, BADMINTON RACKETS, SQUASH RACKETS; INFANT RATTLES; RING GAMES; ROCKING HORSES; ROLLER SKATES; SAILBOARDS; SKIS; SOAP BUBBLES DISPENSER TOYS. BUBBLE MAKING WAND AND SOLUTION SETS; SPINNING TOPS; SPRINGBOARDS BEING SPORTING ARTICLES; STATIONARY EXERCISE BICYCLES; SWIMMING POOLS BEING PLAY ARTICLES; SWIMMING WEBS, NAMELY, FLIPPERS; SWINGS; TABLES FOR TABLE TENNIS; TOYS FOR DOMESTIC PETS; WATER SKIS; PLAY ARTICLES FOR SWIMMING, WATER GAMES SPORTS AND ACTIVITIES, NAMELY, WATER PISTOLS, WATER SQUIRTING TOYS, WATER GLOBES; BEACH BALLS; AUTOMATIC AND COIN-OPERATED AMUSEMENT GAME MACHINES; BAGS ESPECIALLY DESIGNED FOR SKIS AND SURFBOARDS; BINGO CARDS; BUTTERFLY NETS; GAMES CARDS, NAMELY, PLAYING CARDS; CONFETTI; IN-LINE ROLLER SKATES; KALEIDOSCOPES; MASTS FOR SAILBOARDS; LANDING NETS FOR ANGLERS; RADIO CONTROLLED TOY VEHICLES; ROULETTE WHEELS; SNOW GLOBES; SNOWSHOES; AMUSEMENT APPAR-

**Reg. No. 4,486,763** ATUS FOR USE IN ARCADES INCORPORATING A VIDEO MONITOR; STAND-ALONE VIDEO OUTPUT GAME MACHINES; COIN OR COUNTER OPERATED ARCADE GAMES; HORIZONTAL PINBALL MACHINES; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; NON-ELECTRIC HANDHELD ACTION SKILL GAMES; GAME EQUIPMENT SOLD AS A UNIT FOR PLAYING A BOARD GAME, A CARD GAME, A MANIPULATIVE GAME, A PARLOUR GAME, A PARLOUR-TYPE COMPUTER GAME, AND AN ACTION-TYPE TARGET GAME; PUZZLES; PAPER PARTY HATS; PAPER FACE MASKS; TOY MASKS, NAMELY, MASQUERADE AND HALLOWEEN COSTUME MASKS; WATER SQUIRTING TOYS; DARTBOARDS; SWIMMING AIDES, NAMELY, ARM FLOATS FOR RECREATIONAL USE; SWIMMING KICK BOARD FLOTATION DEVICES FOR RECREATIONAL USE; SWIM BOARDS FOR RECREATIONAL USE; SWIM FINS; TOY GUNS; TOY BAKE WARE AND TOY COOKWARE; TOY SNOW GLOBES; BOXING GLOVES; HOCKEY STICKS; CHRISTMAS STOCKINGS; SLING SHOTS; FLOATS FOR BATHING AND SWIMMING; BEAN BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS; BOUILLON; BOUILLON CONCENTRATES; BROTH; BROTH CONCENTRATES; BUTTER; CAVIAR; CHEESE; CHEESE SNACKS, NAMELY, COTTAGE CHEESE, CHEESE SPREADS; CHEESE IN THE FORM OF DIPS, SPREADS AND STICKS; DAIRY PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; DAIRY PUDDINGS; FROSTED FRUITS; FROZEN FRUITS; PROCESSED AND DRIED FRUITS; VEGETABLE AND FRUIT JUICES FOR COOKING; FRUIT CHIPS; PROCESSED AND DRIED VEGETABLES; MARGARINE; MARMALADE; MEAT JELLIES; MEAT TINNED; BEVERAGES CONSISTING PRINCIPALLY OF MILK; SOYBEAN-BASED FOOD BEVERAGE USED AS A MILK SUBSTITUTE, NAMELY, SOYBEAN MILK; MILK SHAKES; DAIRY PRODUCTS FOR MAKING MILK SHAKES, NAMELY, MILK; PREPARATIONS FOR MAKING MILK SHAKES, NAMELY, MILK POWDERS; PRESERVED MUSHROOMS; PRESERVED ONIONS, PRESERVED OLIVES; GHERKINS; PREPARED NUTS; SNACK MIX CONSISTING PRIMARILY OF NUTS, SPICY MIXED NUTS, NUT BASED FOOD BARS; GINGER JAM; LIVER PASTES; LIVER PÂTÉ; COCOA BUTTER FOR FOOD PURPOSES AND PROCESSED PEANUTS; DRIED LENTILS; DRIED PEAS; FRUIT PEEL; POTATO CHIPS; POTATO CRISPS; POTATO FRITTERS; SALADS EXCEPT MACARONI, RICE, AND PASTA SALAD; SAUERKRAUT; SAUSAGES; SESAME OIL; PREPARATIONS FOR MAKING SOUP; SOUPS; TOFU; VEGETABLE SALADS; VEGETABLE PREPARATIONS FOR MAKING SOUP IN THE NATURE OF SOUP MIX; WHIPPED CREAM; YOGHURT; FOODSTUFFS IN THE FORM OF BEAN, FRUIT, MEAT, AND POTATO BASED SNACK FOODS; POTATO BASED SNACKS; PROCESSED, EDIBLE SEAWEED; PROCESSED, DRIED AND PRESERVED MEAT, FISH, POULTRY AND GAME; BACON; PREPARATIONS FOR MAKING BOUILLON; CHOCOLATE NUT BUTTER; CHARCUTERIE; HAM; CRYSTALLIZED FRUITS; FISH PRESERVES, TINNED; FRUIT JELLIES; FRUIT SALADS; MAIZE OIL; OLIVE OIL FOR FOOD; RAISINS; TOMATO PURÉE; TINNED FRUITS AND VEGETABLES; SEAFOOD NOT LIVE; PROCESSED AND PRESERVED SEAFOOD, TINNED, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; FLOUR; BREAD, PASTRY AND CONFECTIONERY MADE OF SUGAR; ICE CREAM FRUIT ICES; HONEY, TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES AS CONDIMENTS; SPICES; ICE; BREAKFAST CEREAL; BISCUITS; CAKE MIXES; CANDY DECORATIONS FOR CAKES, CHOCOLATE DECORATIONS FOR CAKES; FLA- VORINGS FOR CAKES OTHER THAN ESSENTIAL OILS; CAKE PREPARATIONS, NAMELY, FROSTING, ICING, CANDY DECORATIONS, AND CAKE MIXES; MALT FOR FOOD PUR- POSES; SOYBEAN MALT, NAMELY, MALT EXTRACTS FOR FOOD; MALT BISCUITS; RICE CAKES; SWEETS AND CANDIES; SUGAR CONFECTIONERY, NAMELY, CRYSTAL SUGAR PIECES; CANDY BARS; CANDY MINTS; CHOCOLATE CONFECTIONERY, NAMELY, CHOCOLATE; CHOCOLATE; CHOCOLATE-BASED BEVERAGES WITH MILK; CHOCOLATE-BASED BEVERAGES; CONFECTIONERY DECORATIONS FOR CHRISTMAS

**Reg. No. 4,486,763** TREES; CANDY WITH COCOA, COCOA BEVERAGES WITH MILK; COFFEE-BASED BEVERAGES; COFFEE BEVERAGES WITH MILK; COFFEE FLAVORINGS; COFFEE SUBSTITUTES; COFFEE AND COFFEE BASED BEVERAGES; TEA, NAMELY, GINSENG TEA, BLACK TEA, OOLONG TEA, BARLEY AND BARLEY-LEAF TEA; COOKIES; POPCORN; FLAVORED POPCORN; CORN FLAKES; CONFECTIONERY CHIPS FOR BAKING; ICE-CREAM; CURRY; CAPERS; CUSTARD; CUSTARD MIXES AND POWDER; CEREAL FLAKES; FLAVORINGS, OTHER THAN ESSENTIAL OILS; CONFECTIONERY ICES, NAMELY, SHERBETS AND FROZEN YOGHURTS; FRUIT JELLY CANDY; GINGERBREAD; CHOCOLATE SYRUP; KETCHUP; LIQUORICE; NON-MEDICATED LOZENGES; MEAT PIES; MEAT TENDERIZERS FOR HOUSEHOLD PURPOSES; PANCAKES; CONFECTIONERY, NAMELY, PASTILLES; PASTRIES; CORN CHIPS; TORTILLAS; PEPPER; PIZZAS; PUDDINGS; RAVIOLI; ROYAL JELLY FOR FOOD PURPOSES; THICKENING AGENTS FOR USE IN COOKING; PREPARED WASABI PASTE; SOY SAUCE; PASTAS, NOODLES AND VERMICELLI; SUSHI; VANILLA; WAFFLES; FROZEN YOGHURT; FROZEN CONFECTIONS; PRETZELS; GRAINED BASED SNACK FOODS; ALMOND CONFECTIONERY, NAMELY, ALMOND PASTE AND ALMOND CAKE; AROMATIC PREPARATIONS FOR FOOD, NAMELY, EXTRACTS USED AS FLAVORING; STARCH-BASED BINDING AGENTS FOR ICE CREAM; BREAD ROLLS; CAKES; CANDY, NAMELY, CARAMELS; CHEWING GUM, NOT FOR MEDICAL PURPOSES; CORN MEAL; CRACKERS; CRISP SNACK FOOD PRODUCTS, NAMELY, CRISP BREAD SNACKS; FLOUR BASED SAVORY SNACKS NAMELY, FLOUR-BASED CHIPS; CEREAL BASED SNACK FOODS; EDIBLE ICES; GOLDEN SYRUP; MACARONI; MARZIPAN; MAYONNAISE; OATMEAL; DRIED CHILI PEPPERS FOR USE AS SEASONINGS; PIES; RELISH; RUSKS; COOKING SALT; SANDWICHES; TOMATO SAUCE; SEASONINGS; SORBETS; SHERBETS; SPAGHETTI; TARTS; WHEAT FLOUR; SALAD DRESSINGS; MEAT GRAVIES; FRUIT SAUCES EXCLUDING CRANBERRY SAUCE AND APPLESAUCE; CONES FOR ICE CREAM; CANNED PASTA; DESSERT PUDDINGS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS; FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES, NAMELY, SYRUP SUBSTITUTES FOR MAKING BEVERAGES; ALES; ALCOHOLIC AND NON-ALCOHOLIC BEERS; NON-ALCOHOLIC FRUIT DRINKS; NON-ALCOHOLIC FRUIT JUICES; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; NON-ALCOHOLIC CARBONATED DRINKS; NON-ALCOHOLIC DRINKS IN THE NATURE OF ENERGY DRINKS; NON-ALCOHOLIC WINES; PINEAPPLE JUICE BEVERAGES; NON-ALCOHOLIC APERITIFS; NON-ALCOHOLIC COCKTAILS; ENERGY DRINKS; NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES; FRUIT-BASED SYRUP FOR MAKING FRUIT JUICES AND FRUIT DRINKS; NON-ALCOHOLIC FRUIT NECTARS; WHEY BEVERAGES; EXTRACTS OF HOPS AND MALTS FOR MAKING BEER; NON-ALCOHOLIC HONEY-BASED BEVERAGES; GINGER BEERS; ISOTONIC BEVERAGES; ICED FRUIT BEVERAGES; DRINKING WATER; VEGETABLE JUICES; COLA BEVERAGES; COLA DRINKS; SPRING WATER; LITHIA WATER; PREPARATIONS FOR MAKING LIQUEURS, NAMELY, FRUIT ESSENCES USED IN THE PREPARATION OF LIQUEURS; LEMONADES; MILK OF ALMONDS BEING BEVERAGES; PEANUT MILK, BEING SOFT DRINKS; MALT BEER; MALT BASED PREPARATIONS FOR MAKING BEVERAGES, NAMELY, MALT SYRUP; MILK OF ALMONDS FOR BEVERAGES; FLAVORED WATERS; BEER WORT; FROZEN FRUIT BEVERAGES; LAGERS; CONCENTRATES IN TABLET FORM FOR MAKING EFFERVESCENT DRINKS; TABLE WATERS; BOTTLED WATER; GRAPE JUICE; UNFERMENTED GRAPE MUST; SARSAPARILLA SOFT DRINK; SELTZER WATER; SHANDY; CIDER, NON-ALCOHOLIC; SODA WATER; SORBETS IN THE FORM OF BEVERAGES; STOUT; SPORTS DRINKS; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; VEGETABLE JUICE; SOFT DRINKS; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES, EXCEPT BEERS; RICE ALCOHOL; APERITIFS; ALCOHOLIC BEVERAGES CONTAINING FRUIT; ALCOHOLIC EXTRACTS; ALCOHOLIC FRUIT EXTRACTS; DISTILLED SPIRITS; DISTILLED ALCOHOLIC DRINKS; BRANDY; HARD

**Reg. No. 4,486,763**  CIDER; MEAD; PREPARED ALCOHOLIC COCKTAILS; LIQUEURS; SAKE; SPIRITS; VODKA; WHISKY; RUM; GIN; WINE; COOKING WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: TOBACCO; MATCHES; ASHTRAYS; CIGARETTE PAPER; CIGAR CASES; CIGARETTE CASES; CIGAR CUTTERS; CIGAR HOLDERS; CIGARETTE FILTERS; MOUTHPIECES FOR CIGARETTE HOLDERS; CIGARETTE HOLDERS; CIGARETTE TIPS; CIGARETTES; CIGAR-ETTES CONTAINING TOBACCO SUBSTITUTES NOT FOR MEDICAL PURPOSES; CIGAR-ILLOS; CIGARS; LIGHTERS FOR SMOKERS; MATCH BOXES; MATCH HOLDERS; MATCHES; PIPE CLEANERS FOR TOBACCO PIPES AND SMOKING PIPES; PIPE RACKS FOR SMOKING PIPES; TOBACCO PIPES; TOBACCO POUCHES; SNUFFBOXES; TOBACCO STORAGE TINS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING SERVICES; BUSINESS ADMINISTRATION AND MANAGEMENT; PROVIDING OFFICE FUNCTIONS; WHOLESALE AND RETAIL STORE SERVICES AND MAIL ORDER CATALOG SERVICES IN THE FIELD OF GAMES FOR MOBILE DEVICES, GAMES FOR PERSONAL COMPUTERS, GAMES FOR CONSOLES, GAMES FOR TABLETS, ELECTRONIC GAME PROGRAMS, DOWNLOADABLE ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME SOFTWARE, COMPUTER GAME PROGRAMS, DOWNLOADABLE COMPUTER GAME PROGRAMS, INTERACTIVE GAME PROGRAMS, INTERACTIVE GAME SOFTWARE, COMPUTER PROGRAMS, SAVED COMPUTER SOFTWARE, PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, MOUSE PADS, PARTY FAVORS AND FESTIVE DECORATIONS AND ORNAMENTS, GIFTS AND NOVELTY GOODS, SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, HAIR CARE PRODUCTS, TOILETRIES, DENTIFRICES, PERSONAL HYGIENE PRODUCTS, CLEANING, POLISHING AND SANDING PREPARATIONS, SUBSTANCES FOR LAUNDRY USE, MANICURE TOOLS, NAIL CARE PREPARATIONS, NAIL POLISH, NAIL VARNISH, FALSE NAILS, DIETARY NUTRIENTS, FOOD FOR BABIES, SANITARY PREPARATIONS, CANDLES, CANDLE WICKS, LIGHTING SPLINTS, GREASES, LUBRIC-ANTS, OILS FOR PAINTS, CUTLERY, CROCKERY, MANICURE SETS, SHAVING INSTRU-MENTS, RAZORS, MACHINES AND MACHINE TOOLS FOR KITCHEN OR HOUSEHOLD PURPOSES, HAND-HELD TOOLS, FILMS, CAMERAS, VIDEO DISCS, VIDEO RECORDERS, AUDIO AND VISUAL PRODUCTS, AUDIO AND VIDEO TAPES, RECORDS AND DISCS, INSTRUMENTS AND APPARATUS FOR THE RECORDING, TRANSMITTING OR REPRO-DUCTION OF SOUNDS OR IMAGES, TELEVISIONS, CASSETTE TAPE PLAYERS OR RE-CORDERS, VIDEO CASSETTE OR DISC PLAYERS OR RECORDERS, RADIOS, TELE-PHONES, WIRELESS PHONES, MOBILE PHONES, MOBILE PHONE CASES, DECORATIONS AND STRAPS FOR PHONES, CALL INDICATORS, CALCULATING MACHINES, CALCU-LATORS, ELECTRONIC AND COMPUTER GAMES, CINEMATOGRAPHIC FILMS, LIGHTS, FANS, COOKING UTENSILS, CAKE AND PASTRY MOULDS, TOASTERS, OVENS, KITCHEN UTENSILS, UTENSILS AND CONTAINERS FOR SERVING OR STORING FOOD AND/OR BEVERAGES, CHOPSTICKS, CUTTING UTENSILS, PORCELAIN, CRYSTAL WARE, ENAMEL CONTAINERS, SILVERWARE, GLASSWARE, TERRACOTTA CONTAINERS, EARTHENWARE, CERAMICS, HAIR DRYERS, LAMPS, LAMPSHADES AND PARTS AND FITTINGS THEREFOR, BABY CARRIAGES, BALLOONS, BICYCLE HORNS, CLOCKS AND WATCHES AND ACCESSORIES AND PARTS AND FITTINGS THEREFOR, JEWELRY AND IMITATION JEWELRY, ORNAMENTS, GOODS OF PRECIOUS METAL OR COATED THEREWITH, MUSIC BOXES, MUSICAL INSTRUMENTS, PICTURES, PHOTOGRAPHS, STATIONERY, PAPER AND CARDBOARD AND GOODS MADE FROM THESE MATERIALS, ARTISTS' MATERIALS, PAINT BRUSHES, WRITING INSTRUMENTS, PRINTED MATTER, BOOKS, NEWSPAPERS, MAGAZINES AND PERIODICALS, GREETING AND CHRISTMAS CARDS, PLAYING CARDS, PACKING AND PACKAGING MATERIALS, PICTURE FRAMES AND STANDS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, GOODS MADE OF LEATHER AND/OR IMITATIONS OF LEATHER, BAGS AND LUGGAGE, PURSES AND WALLETS, UMBRELLAS, WALKING STICKS, MIRRORS, COAT HANGERS AND PEGS, NAMEPLATES, SMALL HOUSEHOLD FITTINGS, HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, COMBS, SPONGES, BRUSHES, ARTICLES FOR CLEANING PURPOSES, SPECTACLES, SPECTACLE FRAMES AND SUNGLASSES AND CASES AND ACCESSORIES THEREFOR, TEXTILE AND TEXTILE GOODS, BEDDING, AND TABLE

**Reg. No. 4,486,763**   LINENS AND COVERS, NAPKINS, TABLE MATS, FURNITURE, SEWING SUPPLIES, HANDKERCHIEFS, ARTICLES OF CHILDREN, WOMEN AND MEN'S CLOTHING, FOOT-WEAR, HEADGEAR AND GLOVES, BUTTONS, BADGES, RIBBONS AND BRAID, LACE AND EMBROIDERY, HAIR PINS AND ORNAMENTS, BRACES, SHOE ORNAMENTS, HAT ORNAMENTS, ZIPPER AND ZIPPER FASTENERS, CARPETS, RUGS AND MATS, TOYS, GAMES AND PLAYTHINGS, DOLLS, PLUSH TOYS, SOFT DOLLS, FIGURINES, SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS TREES, FOOD AND BEVERAGES, CONFEC-TIONERY, FLORAL PRODUCTS, MATCHES, CIGARS, CIGARETTES AND SMOKERS' ARTICLES; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; PUBLICATION OF PUBLICITY TEXTS; SALES PROMOTION FOR OTHERS; ARRANGING OF ADVERTISING SERVICES, NAMELY, ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; BUSINESS MANAGEMENT OF PER-FORMING ARTISTS; IMPORT-EXPORT AGENCIES; DIRECT MAIL ADVERTISING SER-VICES; BUSINESS MANAGEMENT OF HOTELS FOR OTHERS; MARKETING RESEARCH SERVICES; OUTDOOR ADVERTISING; PERSONNEL RECRUITMENT; ADVERTISING AGENCY SERVICES; RADIO ADVERTISING; TELEVISION ADVERTISING; ONLINE AD-VERTISING ON A COMPUTER COMMUNICATIONS NETWORK; PROCUREMENT SER-VICES FOR THIRD PARTIES BEING ACQUISITION OF GOODS AND SERVICES FOR OTHER COMPANIES; RENTAL OF ADVERTISING TIME ON COMMUNICATION MEDIA; RENTAL OF OFFICE MACHINERY AND EQUIPMENT; VENDING MACHINE RENTAL SERVICES; AUCTIONEERING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: FINANCIAL AFFAIRS AND MONETARY AFFAIRS, NAMELY, FINANCIAL INFORM-ATION, MANAGEMENT AND ANALYSIS SERVICES; COMPUTERIZED FINANCIAL SERVICES, NAMELY, ELECTRONIC COMMERCE PAYMENT SERVICES IN THE NATURE OF ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; COMPUTERIZED FINANCIAL SERVICES FOR RETAIL BUSINESSES, NAMELY, BILL PAYMENT SERVICES FOR THE PURCHASE OF GOODS AND SERVICES ONLINE; PROVIDING INFORMATION, ADVISORY AND CONSULTANCY SERVICES RE-LATING TO FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; AGENCY SERVICES FOR RENTING OF APARTMENTS; RENTAL HOUSING MANAGEMENT; BANKING AND BANKING SERVICES; CAPITAL INVESTMENT SER-VICES; CHARITABLE FUND RAISING SERVICES; CREDIT CARD SERVICES; ISSUANCE OF CREDIT CARDS; DEBIT CARD SERVICES; FINANCIAL ADVISORY SERVICES; FIN-ANCIAL PLANNING AND FINANCIAL SERVICES IN THE NATURE OF ADVISING ON SAVINGS AND INVESTMENTS; ISSUE OF TOKENS OF VALUE; ISSUING OF BANK CHECKS AND TRAVELERS' CHECKS; LEASING OF REAL ESTATE; REAL ESTATE MANAGEMENT SERVICES; RENT COLLECTION; RENTAL OF OFFICE SPACE; RENTING OF HOMES; RENTING OF FLATS AND APARTMENTS; SAVINGS ACCOUNT SERVICES; ELECTRONIC FUNDS TRANSFER; REAL ESTATE AGENCIES; TRUSTEESHIP SERVICES, NAMELY, TRUSTEESHIP REPRESENTATIVES; FIRE INSURANCE UNDERWRITING; CAPITAL INVESTMENT SERVICES; HEALTH INSURANCE UNDERWRITING; INSURANCE BROKERAGE; LIFE INSURANCE UNDERWRITING; MARINE INSURANCE UNDERWRIT-ING; MUTUAL FUNDS BROKERAGE, DISTRIBUTION, INVESTMENT AND PLANNING SERVICES; HOME BANKING; FINANCING OF LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: TELECOMMUNICATIONS, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; CABLE TELEVISION BROADCAST-ING; TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; PROVIDING INFORMATION MULTIPLE USER ACCESS TO INFORMATION IN THE FIELD OF TELECOMMUNICATIONS, SPECIFICALLY ON COMMUNICATION BY TELEPHONES AND CELLULAR TELEPHONES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; ELECTRONIC MAIL; FACSIMILE TRANSMISSION; RADIO BROADCASTING; SENDING OF TELEGRAMS; TELEPHONE COMMUNICATION SERVICES; TELEVISION TRANSMISSION SERVICES; PAGING SER-VICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER

**Reg. No. 4,486,763**   NETWORK; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK BEING TELECOMMUNICATIONS SERVICE PROVIDERS; TELECOMMUNICATIONS ROUTING AND JUNCTION SERVICES; ELECTRONIC BULLETIN BOARD SERVICES; TELECONFERENCING SERVICES; TELECOMMUNICATION SERVICES FOR PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS AND CONSUMER VIDEO GAME APPARATUSES; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF A CONSUMER VIDEO GAME APPARATUS; PROVIDING TELECOMMUNICATION SERVICES FOR MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ARCADE VIDEO GAME MACHINES BY DIGITAL TRANSMISSION OR BY SATELLITE FOR THE PURPOSE OF PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF ARCADE VIDEO GAME MACHINES; COMMUNICATION BY HANDHELD GAME APPARATUSES USING DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION USING DIGITAL TRANSMISSION OR SATELLITE BY MEANS OF HANDHELD GAME APPARATUS; COMMUNICATION BY MESSAGES AND PICTURES BY USING COMPUTERS CONNECTED TO A GLOBAL COMPUTER NETWORK; TELECOMMUNICATION OTHER THAN BROADCASTING, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; BROADCASTING OF RADIO AND TELEVISION PROGRAMS; NEWS AGENCY SERVICES FOR ELECTRONIC TRANSMISSION, NAMELY, THE TRANSMISSION OF NEWS ITEMS TO NEWS REPORTING SERVICES; RENTAL OF TELECOMMUNICATION EQUIPMENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF MODEMS; ELECTRONIC MESSAGE TRANSMISSION; SATELLITE TRANSMISSION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: EDUCATION SERVICES, NAMELY, PROVIDING ON-LINE CLASSES, SEMINARS AND WORKSHOPS IN THE FIELD OF MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, AND GENERAL TRIVIA; PROVIDING ON-LINE TRAINING COURSES, SEMINARS, WORKSHOPS IN THE FIELD OF SPORTS, MUSIC, ARTS, IT AND GENERAL TRIVIA; ENTERTAINMENT, NAMELY, PROVIDING NON-DOWNLOADABLE PRE-RECORDED DIGITAL MUSIC PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA A GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS; ORGANIZATION OF SPORTING EVENTS, NAMELY, SWIMMING MEETS, SOCCER COMPETITIONS, BASEBALL COMPETITIONS AND HOCKEY COMPETITIONS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR HANDHELD GAME APPARATUS, FOR ARCADE VIDEO GAME MACHINES AND FOR CONSUMER VIDEO GAME APPARATUS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR ENTERTAINMENT PURPOSES BY COMPUTER NETWORK AND VIA COMMUNICATION BY A COMPUTER NETWORK AND VIA COMMUNICATIONS BY CELLULAR PHONES; ORGANIZATION AND ARRANGEMENT OF VIDEO GAME TOURNAMENT EVENTS; RENTAL OF CONSUMER VIDEO GAME APPARATUS AND ARCADE VIDEO GAME MACHINES; RENTAL OF HANDHELD GAME APPARATUS; EDUCATIONAL AND INSTRUCTIONAL SERVICES IN THE NATURE OF CLASSES, WORKSHOPS OR SEMINARS IN THE FIELD OF ARTS, CRAFTS, SPORTS AND GENERAL KNOWLEDGE OR TRIVIA; MOVIE SHOWING, MOVIE FILM PRODUCTION, AND MOVIE FILM DISTRIBUTION PROVIDING INFORMATION ON PROGRAM LISTING OF TELEVISION BROADCASTING SERVICES; PROVIDING ENTERTAINMENT INFORMATION VIA WEBSITES; ENTERTAINMENT SERVICES IN THE NATURE OF CREATION, DEVELOPMENT, AND PRODUCTION OF CINEMATOGRAPHIC FILMS, ANIMATION AND ANIMATED FILMS, AND TELEVISION PROGRAMS FOR OTHERS; PROVISION OF PRE-RECORDED, NON-DOWNLOADABLE DIGITAL MUSIC ONLINE BY MEANS OF MP3 WEBSITES ON A GLOBAL COMPUTER NETWORK, THE INTERNET AND VIA MOBILE PHONES AND WIRELESS ELECTRONIC COMMUNICATION DEVICES; PROVIDING NON-DOWNLOADABLE DIGITAL MUSIC FROM THE INTERNET, VIA WIRELESS ELECTRONIC COMMU-

**Reg. No. 4,486,763**

NICATION DEVICES; PROVIDING AMUSEMENT ARCADES AND CENTERS; PROVIDING AMUSEMENT PARK AND THEME PARK SERVICES; AMUSEMENT ARCADE SERVICES; ORGANIZATION, PRODUCTION AND PRESENTATION OF SHOWS, CONCERTS, LIVE MUSICAL PERFORMANCES, THEATRICAL PERFORMANCES, EXHIBITIONS IN THE FIELDS OF ART, EDUCATION, CULTURE, SPORTS AND ENTERTAINMENT, SPORTS COMPETITIONS, SPORTING AND CULTURAL ACTIVITIES; CABARETS AND VARIETY SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCES AND LIVE PERFORMANCES SHOWCASING TALENT; MOVIE STUDIOS, DISCOTHEQUE SERVICES; PUBLICATION OF BOOKS, TEXTS, MAGAZINES, NEWSPAPERS AND PERIODICALS; LIBRARY SERVICES; PROVIDING FACILITIES FOR ENTERTAINMENT INCLUDING CONCERTS, SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCE, AND LIVE PERFORMANCES SHOWCASING TALENT, PERFORMANCES, SPORTS, GAMES, RECREATION AND CULTURAL ACTIVITIES; PROVISION OF INFORMATION RELATING TO EDUCATION, ENTERTAINMENT, AMUSEMENT ATTRACTIONS, RECREATIONAL ACTIVITIES, SPORTS AND CULTURE; CINEMATOGRAPHIC FILM AND VIDEO PRODUCTION; RENTAL OF CINE-FILMS, CINEMATOGRAPHIC FILMS, VIDEO TAPES, LASER DISCS, VIDEO DISCS AND DIGITAL VERSATILE (VIDEO) DISCS FEATURING ANIMATED CARTOONS; RENTAL OF SOUND RECORDINGS; RENTAL OF SHOW AND STAGE SCENERY; NURSERY SCHOOLS; PROVIDING FACILITIES FOR GAMES; ARRANGING OF BEAUTY CONTESTS; CIRCUSES; PROVIDING EDUCATION IN THE FIELD OF MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC AND GENERAL TRIVIA RENDERED THROUGH CORRESPONDENCE COURSES; ENTERTAINER SERVICES, NAMELY, LIVE, TELEVISED AND MOVIE APPEARANCES BY A PROFESSIONAL ENTERTAINER; ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; GAMING SERVICES IN THE NATURE OF CASINO GAMING; GYMNASTIC INSTRUCTION SERVICES; PROVIDING MUSEUM FACILITIES FOR PRESENTATIONS AND EXHIBITIONS; OPERATING LOTTERIES; ORCHESTRA SERVICES; PARTY PLANNING BEING ENTERTAINMENT; SCRIPTWRITING SERVICES FOR NON-ADVERTISING PURPOSES; ENTERTAINMENT IN THE NATURE OF THEATRE PRODUCTIONS; ZOOLOGICAL GARDENS SERVICES; ELECTRONIC DESKTOP PUBLISHING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES VIA A COMPUTER NETWORK; SIGN LANGUAGE INTERPRETATION; VOCATIONAL GUIDANCE IN THE NATURE OF EDUCATION AND TRAINING ADVICE; MICROFILMING FOR OTHERS; MUSIC COMPOSITION SERVICES FOR OTHERS; NIGHT CLUBS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING KARAOKE SERVICES; PROVIDING ONLINE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWS ARTICLES FOR CHILDREN; ONLINE ELECTRONIC PUBLISHING OF ELECTRONIC BOOKS AND JOURNALS; VIDEOTAPING BEING PRODUCTION SERVICES; BOWLING ALLEYS; RENTAL OF BATTING STADIUM OR DOME FACILITIES FOR BASEBALL GAMES; PROVISION OF ON-LINE NON-DOWNLOADABLE MOVIES AND ANIMATED CARTOONS VIA A VIDEO-ON DEMAND SERVICE AND PROVISION OF ON-LINE NON-DOWNLOADABLE MOVIES AND ANIMATED CARTOONS VIA A GLOBAL COMPUTER NETWORK; PROVIDING A WEBSITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELDS OF ELECTRONIC GAME PROGRAMS AND ELECTRONIC GAME PRODUCTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK; PROVIDING TEMPORARY HOUSING ACCOMMODATION SERVICES; HOTEL AND TEMPORARY ACCOMMODATION SERVICES AND CATERING SERVICES FOR GUESTS; RESTAURANTS; CAFÉS; CAFETERIAS; BAR SERVICES; CANTEENS SERVICES; CATERING SERVICES; SELF-SERVICE RESTAURANTS; SNACK BARS; COCKTAIL LOUNGES; PROVIDING INFORMATION IN THE FIELD OF THE PROVISION OF FOOD AND BEVERAGES; AGENCY SERVICES FOR THE RESERVATION OF TEMPORARY ACCOMMODATIONS AND LODGING FACILITIES IN THE NATURE OF HOTELS, MOTELS AND BOARDING HOUSES; HOLIDAY CAMP SERVICES; RESTAURANTS, CAFÉS, CAFETERIAS, BAR SERVICES, CANTEEN SERVICES AND COCKTAIL LOUNGE SERVICES INSTALLED WITH; AUDIO AND VISUAL APPARATUS WITH SING ALONG DEVICES CHILD-CARE SERVICES; DAY-NURSERIES, NAMELY, CRÈCHES; PROVIDING TEMPORARY ACCOMMODATIONS IN THE NATURE OF TOURIST

**Reg. No. 4,486,763** HOMES; PROVIDING BAR SERVICES FOR WEDDING RECEPTIONS; PROVIDING FACIL-
ITIES FOR EXHIBITIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

OWNER OF U.S. REG. NOS. 3,988,064, 4,252,003 AND OTHERS.

PRIORITY DATE OF 2-9-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1152678 DATED 8-8-2012, EXPIRES 8-8-
2022.

THE MARK CONSISTS OF A STYLIZED HEAD OF A BIRD HAVING A CIRCULAR APPEAR-
ANCE.

SER. NO. 79-127,156, FILED 8-8-2012.

JACLYN KIDWELL WALKER, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,486,762**

**Registered Feb. 25, 2014**

**Int. Cls.: 3, 5, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 36, 38, 41 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ROVIO ENTERTAINMENT LTD (FINLAND CORPORATION)
P.O. BOX 65
FI-02151 ESPOO
FINLAND

FOR: BLEACHING PREPARATIONS AND BLEACHING SALTS AND BLEACHING SODAS FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; NON-MEDICATED TOILETRIES; HAND CARE PREPARATIONS, NAMELY, HAND CREAM; NON-MEDICATED PRODUCTS IN THE NATURE OF COSMETICS AND COSMETIC PREPARATIONS FOR THE CARE AND CLEANSING OF HAIR AND SKIN, NAMELY, SHAMPOOS, CONDITIONERS, BALMS, SOAPS, AND SHOWER GEL; ADHESIVES FOR COSMETIC PURPOSES; AFTER-SHAVE LOTIONS; ANTIPERSPIRANTS; ANTISTATIC PREPARATIONS FOR HOUSEHOLD PURPOSES; AROMATICS, NAMELY, AROMATIC OILS AND AROMATIC POTPOURRIS; MILLED AND PROCESSED QUILLAIA BARK FOR USE AS HAND WASHING SOAP AND LAUNDRY SOAP; BATH SALTS; COSMETIC PREPARATIONS FOR BATHS; BEAUTY MASKS; BLEACHING SALTS; BLEACHING SODA; BLUING FOR LAUNDRY; COLOR-BRIGHTENING CHEMICALS IN THE NATURE OF WASHING PREPARATIONS FOR LAUNDRY USE; PAINT REMOVING PREPARATIONS; COSMETICS KITS COMPRISED OF COSMETICS; COSMETIC PREPARATIONS FOR SLIMMING PURPOSES; COTTON STICKS FOR COSMETIC PURPOSES; COTTON WOOL FOR COSMETIC PURPOSES; COSMETIC CREAMS; SKIN WHITENING CREAMS; CREAMS FOR LEATHER; DENTURE POLISHES; PREPARATIONS FOR CLEANING DENTURES; DEODORANTS FOR PERSONAL USE; HAIR DYES FOR COSMETIC PURPOSES; EAU DE COLOGNE; TOILETTE WATER; HAIR CREAMS; HAIR GELS; SHAMPOOS; HAIR CONDITIONERS AND HAIR MOISTURIZING PREPARATIONS; PERFUMES; LIPSTICKS; SKIN AND FACE CREAMS AND LOTIONS; FALSE NAILS; NAIL POLISHES AND NAIL VARNISHES AND NAIL POLISH THINNERS; NON-MEDICATED SUN CARE PREPARATIONS.; BLEACHING PREPARATIONS IN THE NATURE OF DECOLORANTS FOR COSMETIC PURPOSES; CAKE FLAVORINGS IN THE NATURE OF ESSENTIAL OILS; CLEANSING MILK FOR COSMETIC TOILETRY PURPOSES; EYEBROW COSMETICS; EYEBROW PENCILS; FABRIC SOFTENERS FOR LAUNDRY USE; FALSE EYELASHES; FLOOR WAX; HAIR DYES; HAIR SPRAY; LAUNDRY BLEACH; LAUNDRY PRE-SOAK DETERGENTS; LAUNDRY STARCH; LOTIONS FOR COSMETIC PURPOSES; MAKE-UP; MAKE-UP POWDER; MAKE-UP PREPARATIONS; MAKE-UP REMOVING PREPARATIONS; MASCARA; MOUTH WASHES, NOT FOR MEDICAL PURPOSES; NAIL CARE PREPARATIONS; COSMETIC PENCILS; POLISH FOR FURNITURE AND FLOORING; POMADES FOR COSMETIC



*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 4,486,762** HAIR PURPOSES; PUMICE STONE FOR PERSONAL USE; SANDPAPER; SCENTED WOOD; SHOE POLISH AND CREAMS; SHOE WAX; LAUNDRY STARCH; SOAPS FOR BRIGHTEN-ING TEXTILES; STARCH GLAZE FOR LAUNDRY PURPOSES; SUNSCREEN PREPARA-TIONS; TISSUES IMPREGNATED WITH COSMETIC LOTIONS; VARNISH-REMOVING PREPARATIONS; DEPILATORY WAX; LAUNDRY WAX; POLISHING WAXES; WAXES FOR LEATHER, NAMELY, BOOT AND SHOE WAX; DEPILATORY PREPARATIONS; PETROLEUM JELLY FOR COSMETIC PURPOSES; DECORATIVE FINGERNAIL DECALS FOR COSMETIC PURPOSES; INCENSE; GEL SOAPS, BAR SOAP, BUBBLE BATH; SHOWER GELS; TOOTHPASTE; MOUTHWASH; CLEANSING, TONING, MOISTURIZING AND EX-FOLIATING PREPARATIONS FOR SKIN; BODY CREAM AND LOTION; HAND CREAM AND LOTION; SKIN CLEANSER AND NON-MEDICATED BODY SOAKS; PERFUMED BODY POWDERS; BATH OILS; BABY OIL, BABY POWDER, BABY GEL AND BABY LO-TION; LIP GLOSS, NON-MEDICATED LIP BALM; MANICURE PREPARATIONS, NAMELY, ADHESIVES FOR ARTIFICIAL NAILS, NAIL CREAM, NAIL ENAMEL, NAIL GEL, NAIL POLISH AND NAIL GLITTER; SACHETS FOR PERFUMING LINEN; MASSAGE OILS AND LOTIONS; NON-MEDICATED SKIN CREAMS WITH ESSENTIAL OILS FOR USE IN ARO-MATHERAPY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: DIAPERS MADE OF PAPER FOR BABIES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: PHOTOGRAPHIC APPARATUS AND INSTRUMENTS, NAMELY, CAMERAS AND FLASHES FOR CAMERAS, CASES FOR CAMERAS AND PHOTOGRAPHIC EQUIPMENT; OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, BLANK OPTICAL DISCS, OPTICAL LAMPS; SIGNALING APPARATUS AND INSTRUMENTS, NAMELY, FLASHING SAFETY LIGHTS, SIGNAL BELLS, SIGNALING WHISTLES, AND SIGNAL ALARMS; TEACHING APPARATUS AND INSTRUMENTS, NAMELY, AUDIOVISUAL RECEIVERS; MEASURING APPARATUS, DEVICES AND INSTRUMENTS, NAMELY, MEASURING SPOONS AND MEASURING CUPS; APPARATUS FOR RECORDING, TRANSMISSION AND REPRODUC-TION OF SOUND AND IMAGES; BLANK MAGNETIC DATA CARRIERS, BLANK MAGNET-IC COMPUTER TAPES, AND BLANK RECORDING DISCS; PRE-RECORDED MAGNETIC DATA CARRIERS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; MECHANISMS FOR COIN-OPERATED APPARAT-US; AUTOMATIC DISTRIBUTION MACHINES, NAMELY, TELLER MACHINES; CASH REGISTERS; DATA PROCESSORS; COMPUTERS; FIRE-EXTINGUISHING APPARATUS; VIDEO GAME PROGRAMS FOR CELLULAR TELEPHONES, MOBILE DEVICES, LAPTOPS, PERSONAL COMPUTERS, CONSOLES AND TABLET COMPUTERS; ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; ELECTRONIC GAME SOFTWARE FOR MOBILE PHONES DOWNLOADABLE VIA INTERNET; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS, INCLUDING VIA THE INTERNET; INTERACTIVE GAME SOFTWARE; RE-CORDED COMPUTER OPERATING PROGRAMS; COMPUTER GAME PROGRAMS; COM-PUTER GAME SOFTWARE AND COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES; PRINTERS FOR USE WITH COMPUTERS; DATA PROCESSING APPARATUS IN THE NATURE OF COMPUTERS; COMPUTER GAME PROGRAMS AND VIDEO GAME SOFTWARE FOR HANDHELD GAME DEVICES; FILM PROJECTORS; PROTECTIVE CASES FOR TELEPHONES, LAPTOPS AND MOBILE PHONES; BLANK DVD DISKS; PRE-RECOR-DED EXERCISE DVDS; PRE-RECORDED DVDS FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; BLANK COMPACT DISCS; COMPACT DISC PLAYERS; BLANK CD-ROM DISCS; PRE-RECORDED CD-ROM FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS AND COMPUTER GAMES; PRE-RECORDED CD-ROMS CONTAINING PROGRAMS FOR CON-TROLLING CONSUMER'S VIDEO GAME DEVICES; MOUSE MATS; SUNGLASSES; SPECTACLES; EYE-GLASS CHAINS; SPECTACLE CASES; CONTACT LENSES; CONTAIN-ERS FOR CONTACT LENSES; WIRELESS TELEPHONES, CELLULAR TELEPHONES AND PARTS AND FITTINGS THEREFOR; MOBILE PHONE CASES SPECIALLY ADAPTED FOR HOLDING OR CARRYING MOBILE TELEPHONES; BAGS, COVERS, CONTAINERS, CARRIERS AND HOLDERS SPECIFICALLY ADAPTED FOR USE WITH CELLULAR

**Reg. No. 4,486,762**

TELEPHONES AND LAPTOPS; HEADPHONES; EAR PHONES; EARPHONES AND MICRO-
PHONES, AND SPEAKER PHONES FOR USE WITH MOBILE TELEPHONES; STRAPS AND
CASES SPECIFICALLY ADAPTED FOR USE WITH CELLULAR MOBILE TELEPHONES;
STANDS FOR PORTABLE TELEPHONES; ANTENNA CAPS FOR PORTABLE PHONES;
BATTERIES; BATTERY BOXES AND CASES; BATTERY CHARGERS; DIGITAL MUSIC
DOWNLOADABLE FROM THE INTERNET; DOWNLOADABLE MUSIC FILES; ABACUSES;
BINOCULARS; CALCULATING MACHINES; CAMERAS, CINEMATOGRAPHIC CAMERAS,
AND PARTS AND FITTINGS THEREFOR; LENSES FOR CAMERAS; CAPACITY MEASURES;
MOTION PICTURE FILMS FEATURING ANIMATED CARTOONS; FILMS BEING ANIMATED
CARTOONS; CASSETTE PLAYERS; ELECTRIC DOOR CHIMES; ELECTRONIC POCKET
TRANSLATORS; FIRE ALARMS; FLASHLIGHTS; FRAMES FOR USE IN PHOTOGRAPHY;
HEAT REGULATING APPARATUS, NAMELY, THERMOSTATS; JUKE BOXES; LETTER
SCALES; LIFE BELTS; LIFE JACKETS; LIFE RAFTS; ELECTRIC LOCKS; BLANK MAGNETIC
ENCODED CARDS; MAGNETIC ENCODERS; MAGNETS; MAGNIFYING GLASSES; MI-
CROPHONES; MICROSCOPES; NEON SIGNS; NOTEBOOK COMPUTERS; ELECTRONIC
PENS; GRAMOPHONE RECORDS FEATURING MUSIC; PHONOGRAPH RECORDS FEA-
TURING MUSIC; PHOTOCOPIERS; HAND-HELD CALCULATORS; PROJECTION APPAR-
ATUS, NAMELY, MOVIE PROJECTORS. MULTIMEDIA PROJECTORS AND PICTURE
PROJECTORS; PROJECTION SCREENS; RADIOS; RECORD PLAYERS; REMOTE CONTROL
APPARATUS FOR RADIOS, TELEVISIONS AND STEREOS; MEASURING INSTRUMENTS
BEING RULERS; SCALES; BLANK SMART CARDS; SMOKE DETECTORS; ELECTRIC
SOCKETS AND PLUGS IN THE NATURE OF ELECTRIC CONTACTS AND ELECTRIC
SWITCHES; SOUND RECORDING APPARATUS; GRAMOPHONE RECORDS FEATURING
MUSIC; SOUND-REPRODUCING APPARATUS; SOUND AND IMAGE TRANSMITTING
APPARATUS; TELEPHONES APPARATUS, RECEIVERS, TRANSMITTERS, WIRES;
TELESCOPES; TELEVISION APPARATUS BEING TELEVISIONS FOR PROJECTION PUR-
POSES; TEMPERATURE INDICATORS; ELECTRIC THEFT PREVENTION INSTALLATIONS,
BEING BURGLAR ALARMS AND THEFT ALARMS NOT FOR VEHICLES; THERMOMET-
ERS; THERMOSTATS; BLANK VIDEO CASSETTES; PRE-RECORDED VIDEO CASSETTES
FEATURING MUSIC, IMAGES, MOTION PICTURE FILMS, ANIMATED CARTOONS; VIDEO
GAME CARTRIDGES; PARTS AND FITTINGS FOR CONSUMER VIDEOGAME CARTRIDGES,
NAMELY, VIDEO GAME CARTRIDGES, CASSETTES AND DISCS; BLANK VIDEO DISCS;
BLANK VIDEOTAPES; VIDEO SCREENS; VIDEO RECORDERS; WORD PROCESSORS;
AUDIO AND VISUAL APPARATUS WITH SING ALONG DEVICES IN THE NATURE OF
KARAOKE MACHINES; PAGERS, AND PARTS AND FITTINGS THEREFOR; PAGER CASES
AND CASINGS; CALL INDICATORS NAMELY, TELEPHONES, MOBILE TELEPHONES
AND PAGERS AND MOBILE TELEPHONES; PROTECTIVE MASKS WORN OVER THE
EYES TO SHIELD OFF LIGHTS; ELECTRONIC DIARIES; ELECTRONIC ALARM BELLS
BEING WARNING DEVICES; ALARMS, NAMELY, BURGLAR ALARMS, ELECTRONIC
DOOR ALARMS, ELECTRIC ALARM BELLS, INFANT MOVEMENT ALARMS AND SOUND
ALARMS; BAR CODE READERS; BAROMETERS; ELECTRONIC BUZZERS; ELECTRIC
BUZZERS; CENTRAL PROCESSING UNITS; INTEGRATED CIRCUIT CHIPS; CHRONO-
GRAPHS FOR USE AS A SPECIALIZED TIME RECORDING APPARATUS; COMPUTER
KEYBOARDS; COMPUTER MEMORIES; COMPUTER PERIPHERAL DEVICES; ACOUSTIC
COUPLERS; COUPLERS BEING DATA PROCESSING EQUIPMENT; BLANK OPTICAL
DATA CARRIERS INCLUDING DVDS, CDS, AND FLOPPY DISKS; BLANK OPTICAL DISKS;
BLANK MAGNETIC DISKS; DIVERS' MASKS; DIVING SUITS; ELECTRONIC NOTICE
BOARDS BEING VISUAL DISPLAY UNITS; EYE GLASS CORDS; PROTECTIVE EYE-
PIECES; EYE-SHADES BEING SUNGLASSES; FACSIMILE MACHINES; FILTERS FOR
PHOTOGRAPHY; BLANK FLOPPY DISKS; HEAD CLEANING TAPES FOR VIDEO RECORD-
ERS AND VIDEO PLAYBACK DEVICES; HYGROMETERS; INTEGRATED CIRCUITS; IN-
TERCOMMUNICATION APPARATUS BEING INTERCOMS; ELECTRIC COUPLINGS; IN-
VOICING MACHINES NAMELY, ADDING MACHINES; LENS HOODS; BLANK MAGNETIC
TAPE UNITS FOR COMPUTERS; BLANK MAGNETIC TAPES; MEASURING SPOONS; MI-
CROPROCESSORS; COMPUTER MODEMS; MONEY COUNTING AND SORTING MA-
CHINES; COMPUTER MONITORS; COMPUTER MICE; OPTICAL FIBERS; OPTICAL
GLASSES; OPTICAL LENSES; PARKING METERS; PROTRACTORS; RADIOTELEGRAPHY
SETS; RADIO TELEPHONES; SCANNERS BEING DATA PROCESSING EQUIPMENT;

**Reg. No. 4,486,762**   SEMICONDUCTORS; PHOTOGRAPHIC SLIDES BEING EXPOSED PHOTOGRAPHIC FILM; SOUND RECORDING EXPOSED FILMS; DEMAGNETIZING APPARATUS FOR MAGNETIC TAPES; TELEGRAPH WIRES; FAX APPARATUS; TELEPRINTERS; TELEPROMPTERS; TICKET DISPENSERS, NAMELY, VIDEO LOTTERY TICKET TERMINALS; VACUUM GAUGES BEING MEASURING INSTRUMENTS; VIDEO TELEPHONES; WHISTLE ALARMS BEING SIGNAL WHISTLES; EARPLUGS FOR DIVERS; EGG TIMERS; GOGGLES FOR SPORTS; PROTECTIVE HELMETS FOR USE IN SPORTS BEING SPORTS HELMETS; NAVIGATION APPARATUS FOR VEHICLES IN THE NATURE OF ON-BOARD COMPUTERS; METRONOMES; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS AND MAGAZINES IN THE FIELD OF COMPUTER LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, ART AND GENERAL TRIVIA; DOWNLOADABLE ELECTRONIC PUBLICATIONS BEING DOWNLOADABLE CARTOON STRIPS; PERSONAL STEREOS; SATELLITES FOR SCIENTIFIC PURPOSES; WRIST RESTS FOR USE WITH COMPUTERS; ELECTRONIC CIRCUITS AND BLANK CD-ROMS WHICH ENABLE THE RECORDING OF AUTOMATIC PLAYING PROGRAMS FOR THE USE OF ELECTRONIC MUSICAL INSTRUMENTS; MEMORY CARDS FOR CONSUMER VIDEO GAME APPARATUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, JEWELRY, BOXES, AND BASKETS JEWELRY; PRECIOUS STONES; PEARLS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; IMITATION JEWELRY AND ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; BROOCHES; JEWELRY CHAINS; PENDANTS; NON-MONETARY COMMEMORATIVE COINS AND TOKENS FOR COLLECTING PURPOSES; CUFF-LINKS; EARRINGS; GOLD THREAD JEWELRY; ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; JEWELRY OF IMITATION GOLD; JEWELRY CASES; NECKLACES; RINGS; BRACELETS; MEDALS; MEDALLIONS; UN-WROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; ARTIFICIAL GEMSTONES IN THE NATURE OF UNWROUGHT AND SEMI-WROUGHT PRECIOUS STONES AND THEIR IMITATIONS; STATUES AND STATUETTES OF PRECIOUS METAL; TIE CLIPS; CLOCKS, WATCHES AND PARTS AND FITTINGS THEREFOR; WATCH STRAPS, WATCH BANDS, WATCH CHAINS, BUCKLES FOR WATCH STRAPS; CASES FOR POCKET WATCHES; CLOCKS AND WATCHES HAVING A GAME FUNCTION; ELECTRIC CLOCKS AND ELECTRIC WATCHES; DESK CLOCKS; POCKET WATCHES; STOPWATCHES; WALL CLOCKS; ALARM CLOCKS; CHRONOMETERS; ORNAMENTAL PINS; KEY CHAINS AND KEY CASES OR CARRIERS OF PRECIOUS METAL AND/OR PRECIOUS STONES; BADGES OF PRECIOUS METAL; PRESENTATION CASES FOR WATCHES; CASES FOR WATCHES AND CLOCKS; SUNDIALS; DIAMONDS; COSTUME JEWELRY; SEMI-PRECIOUS STONES; WORKS OF ART OF PRECIOUS METAL; JEWELRY CASES AND JEWELRY BOXES OF PRECIOUS METAL; CHENILLE CUFF LINKS; STOCK PINS IN THE NATURE OF ORNAMENTAL PINS; FIGURINES IN THE NATURE OF STATUETTES OF PRECIOUS METAL; TROPHIES OF PRECIOUS METAL; COMMEMORATIVE COINS OF PRECIOUS METAL; INSIGNIAS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GLOCKENSPIELS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NOT IN-CLUDED IN OTHER CLASSES, NAMELY, PAPER CARTONS FOR DELIVERING GOODS, ADVERTISING SIGNS OF PAPER, ADVERTISING SIGNS OF CARDBOARD, ART PAPER, BIBS OF PAPER, BLANK OR PARTIALLY PRINTED PAPER LABELS, BLANK PAPER NOTEBOOKS, LINED AND UNLINED WRITING PADS, MEMO PADS, NOTEPADS, BOOK COVER PAPER, BUSINESS CARD PAPER, CALENDARED PAPER, GIFT-WRAPPING PAPER, BLISTER CARDS PAPER TOWELS, NOTEBOOK PAPER, PAPER FOLDERS, PAPER ENVELOPES FOR PACKAGING, TABLE CLOTHS OF PAPER, TABLE LINENS OF PAPER, PAPER NAPKINS, TOILET PAPER, BOXES OF CARDBOARD OR PAPER, GIFT BOXES MADE OF CARDBOARD, CARDBOARD CARTONS, CARDBOARD CONTAINERS, PAPER HANDKERCHIEFS, PAPER NAPKINS FOR REMOVING MAKE-UP; PRINTED MATTER, NAMELY, BOOKS, BOOKLETS, PRINTED PERIODICALS, MAGAZINES INCLUDING

**Reg. No. 4,486,762**  GAMING MAGAZINES, MANUALS, NEWSPAPERS, NEWSLETTERS, JOURNALS, CHIL-
DREN'S BOOKS, BABY BOOKS, COMIC BOOKS, COLORING AND CHILDREN'S ACTIVITY
BOOKS, INSTRUCTIONAL AND TEACHING MATERIALS, ALL IN THE FIELDS OF COM-
PUTER, LITERACY, SPELLING, READING, MATH, SOCIAL STUDIES, SCIENCE, GEO-
GRAPHY, LANGUAGE ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS,
MATH, MUSIC, ART AND GENERAL TRIVIA, CARTOONS AND VIDEO GAMES; PRINTED
MATTER, NAMELY, ADDRESS BOOKS, AUTOGRAPH BOOKS, DIARIES, CALENDARS,
PLANNERS OF PAPER, APPOINTMENT BOOKS, RECIPE BOOKS, AND GUEST BOOKS;
BOOKBINDING MATERIAL; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATION-
ERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY, BRUSHES, PASTELS,
PENCILS, PENS, WATERCOLOR SAUCERS, CANVAS PANELS, MOLDS FOR MODELING
CLAYS; PAINT BRUSHES; PRINTERS' TYPE; PRINTING BLOCKS; CALENDARS; CHIL-
DREN'S BOOKS; COMIC BOOKS; ADDRESS BOOKS; BRAG BOOKS; APPOINTMENT
BOOKS; GUEST BOOKS; RECIPE BOOKS; DIARIES; SCRAPBOOK ALBUMS, PHOTO AL-
BUMS, STAMP ALBUMS, COIN ALBUMS; WRITING PADS; NOTEPADS; NOTEBOOKS;
COLORING AND CHILDREN'S ACTIVITY BOOKS; BOOK COVERS; BOOKMARKS;
BLOTTERS; BOOKENDS; PAPERS MATS FOR FRAMING PAINTINGS, PICTURES AND
PHOTOGRAPHS; PHOTOGRAPH STANDS; COASTERS MADE OF PAPER; PAINTINGS;
ERASERS; COIN WRAPPERS; PACKING PAPER, INCLUDING BUBBLE PACKING PAPER;
GIFT WRAP PAPER; BOXES OF CARDBOARD OR PAPER; GIFT BOXES OF CARDBOARD;
PRINTED INVITATIONS; PRINTED MENUS; PAPER SERVIETTES; PAPER TOWELS; PAPER
PARTY DECORATIONS; PAPER CAKE DECORATIONS; A SERIES OF PAPERBACK FICTION
BOOKS; MODELING CLAY; PAPERWEIGHTS; PENCIL SHARPENERS; ELECTRIC PENCIL
SHARPENERS; PAPER CLIPS; THUMB TACKS OR PUSH PINS; DRAWING PINS IN THE
NATURE OF PUSH PINS; WRITING INSTRUMENTS, NAMELY, PENS, PENCILS, FOUNTAIN
PENS, BALL-POINT PENS, AND PEN NIBS; DESK PENCIL HOLDERS; DESK PENCIL
STANDS; INK REFILLS FOR PENS AND WRITING INSTRUMENTS; PENCIL LEADS;
COLORED PENCILS; CRAYONS; PEN AND PENCIL CASES; ARTISTS' WATER COLORS
IN THE NATURE OF FINISHED WATER COLOR PAINTINGS; PASTELS; DRAWING MA-
TERIALS FOR BLACKBOARDS, DRAWING BOARDS, DRAWING PENS, PENCILS AND
DRAWING INSTRUMENTS; DRAWING SETS COMPRISING DRAWING PAPER AND
COLORED PENCILS; CANVAS FOR PAINTING; LETTER TRAYS AND PAPER RACKS;
LETTER HOLDERS; LOOSE-LEAF BINDERS; PAPER KNIVES BEING OFFICE REQUISITES
IN THE NATURE OF LETTER OPENERS; LETTER OPENERS; ELECTRIC LETTER OPENERS;
ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES AND ADHESIVE
TAPE DISPENSERS; PICTURES; STENCILS; PICTURE STORY BOOKS; GRAPHIC ART
REPRODUCTIONS; PORTRAITS; POSTERS; LITHOGRAPHS; POSTCARDS; GREETING
CARDS; MUSICAL GREETINGS CARDS; TWO-RING AND THREE-RING BINDERS; STA-
TIONERY-TYPE PORTFOLIOS AND FOLDERS IN THE NATURE OF RING BINDERS;
RUBBER MARKING STAMPS; SEALING STAMPS AND SEALS; POSTAGE STAMPS AND
SEALS; HOLDERS AND CASES FOR POSTAGE STAMPS AND SEALS; STAMP PADS; INK
PADS; WRITING INKS; SCRATCH PADS; PAPER STAPLERS; PASTES AND GLUES FOR
STATIONERY AND HOUSEHOLD PURPOSES; PARTY ORNAMENTS AND PARTY DEC-
ORATIONS MADE OF PAPER AND CARDBOARD; ERASERS; CORRECTING FLUIDS USED
AS OFFICE REQUISITES; DOCUMENT FOLDERS; INDEX CARDS; DOCUMENT FILES;
STICKER ALBUMS; STICKERS; POSTAGE STAMPS; TRADING CARDS; BAGGAGE AND
LUGGAGE PAPER IDENTIFICATION TAGS; PAPER ARCHITECTURAL MODELS; PAPER
PATTERNS BEING MODELS FOR MAKING CLOTHES; GENERAL- PURPOSE PLASTIC
BAGS; PLASTIC PARTY GOODIE BAGS; PAPER BAGS; PAPER LUNCH BAGS; BAGS FOR
MICROWAVE COOKING; PAPER FILTERS FOR COFFEE MAKERS; CLING FILM BEING
FOOD WRAPPING PLASTIC FOR HOUSEHOLD USE; PAPER ENVELOPES, WRITING PA-
PER; DRAWING PAPER; COPYING PAPER; WRITING CASES IN THE NATURE OF STA-
TIONERY CASES SPECIFICALLY ADAPTED FOR WRITING INSTRUMENTS; TABLE-
CLOTHS OF PAPER; BIBS OF PAPER; PAPER FLAGS; PAPER BANNERS; PROTECTIVE
COVERS FOR NOTEBOOKS; EASELS; PLACE MATS AND COASTERS OF PAPER AND
CARDBOARD; BLACKBOARDS; CHALK; WIPE-ON WIPE-OFF BOARDS BEING DRY
ERASE BOARDS; MAGNETIC BOARDS; FILE SHREDDING MACHINES, NAMELY, PAPER
SHREDDERS; PASSPORT HOLDERS, CHECKBOOK HOLDERS; DECORATIONS OF PAPER

**Reg. No. 4,486,762** FOR LUNCH BOXES AND FOODSTUFFS; BLANK PAPER TAPES AND CARDS FOR THE RECORDAL OF COMPUTER PROGRAMS; MAPS; INKING RIBBONS; PRINTED ENTRY TICKETS; TYPEWRITERS; PAPER CUTTERS; ADVERTISING SIGNBOARDS OF PAPER AND CARDBOARD; IRON ON PRINTED TRANSFERS; PRINTED PATTERNS FOR COSTUMES, PAJAMAS, SWEATSHIRTS AND T-SHIRTS; REMOVABLE TATTOOS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, NAMELY, HANDBAGS AND PURSES; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; PARASOLS, UMBRELLAS AND WALKING STICKS; WHIPS, HARNESSES AND SADDLERY; ALL-PURPOSE CARRYING BAGS AND ALL-PURPOSE SPORTS BAGS, BEACH BAGS AND ATHLETIC BAGS; GARMENT BAGS FOR TRAVEL; WINE-CARRYING CASES; ALL PURPOSE CARRYING BAGS IN THE NATURE OF BATH BAGS AND TOILETRY BAGS, SOLD EMPTY; BOOK BAGS; DIAPER BAGS; DUFFEL BAGS, SHOE BAGS FOR TRAVEL; TOILETRY BAGS SOLD EMPTY; SUIT CARRIERS BEING TRAVELLING BAGS; BUM-BAGS; ALL-PURPOSE CARRY ALL BAGS AND CARRY ALL WEEKEND BAGS; WORK BAGS BEING BRIEFCASES AND ATTACHÉ CASES; HAVERSACKS; RUCKSACKS; PURSES AND WALLETS; SUITCASES: LEATHER AND FELT POUCHES; ATTACHÉ CASES; CANVAS AND LEATHER SHOPPING BAGS; BANDS OF LEATHER; LEATHER SHOULDER BELTS; BUSINESS CARD HOLDERS IN THE NATURE OF CARD HOLDERS AND CALLING CARD HOLDERS; VANITY CASES SOLD EMPTY; MUZZLES; SCHOOL SATCHELS; SUITCASE HANDLES; TRAVELLING SETS IN THE NATURE OF LUGGAGE; TRAVELLING TRUNKS; UMBRELLA COVERS; UMBRELLA HANDLES; WALKING STICK SEATS; LUGGAGE STRAPS; LUGGAGE TAGS; BRIEFCASES; BOXES AND CASES OF LEATHER OR LEATHER BOARD; HANDBAGS; MOUNTAINEERING STICKS; BRIEFCASE-TYPE PORTFOLIOS FOR CARRYING SHEET MUSIC; NET BAGS FOR SHOPPING; CARRY-ALL SCHOOL BAGS; EMPTY TOOL BAGS OF LEATHER OR IMITATIONS OF LEATHER SOLD EMPTY; VALISES; EMPTY HUNTERS' GAME BAGS; BAGS, ENVELOPES AND POUCHES OF LEATHER FOR PACKAGING; HANDBAG FRAMES; SLING BAGS FOR CARRYING INFANTS; WHEELED REUSABLE SHOPPING BAGS, BACKPACKS, DUFFEL BAGS AND SUITCASES; CARDBOARD TRUNKS AND CASES; CHAIN MESH PURSES, NOT OF PRECIOUS METAL; CLUTCH PURSES; COIN PURSES; EMPTY COSMETIC PURSES; EVENING PURSES; LEATHER PURSES; PURSES NOT OF PRECIOUS METAL; LEATHER BANDS AND BELTS FOR LUNCH BOXES AND HOUSEHOLD OR KITCHEN CONTAINERS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES; GOODS NOT INCLUDED IN OTHER CLASSES MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS AND OF PLASTICS, NAMELY, WORKS OF ART; OFFICE FURNITURE; PHOTOGRAPH FRAMES; DRESSING MIRRORS; EASY CHAIRS; BEDS AND WATER BEDS FOR NON-MEDICAL PURPOSES; WOOD BEDSTEADS; FURNITURE SCREENS; ARMCHAIRS; BENCHES BEING FURNITURE; LETTER BOXES OF WOOD OR PLASTIC; WORK CABINETS FOR COMPUTERS AS FURNITURE; CHESTS FOR TOYS; CORKS; HAIRDRESSER'S CHAIRS, DECK CHAIRS; DESKS; TABLES; DINNER WAGONS BEING FURNITURE; HEAD-RESTS AS FURNITURE PARTS; DIVANS; LIBRARY SHELVES; LOCKERS; LOCKS, OTHER THAN NON-ELECTRIC LOCKS NOT OF METAL; FURNITURE RACKS, NAMELY, COAT RACKS, HAT RACKS, PLANT RACKS, POT RACKS, AND STORAGE RACKS; SAW HORSES; SCHOOL FURNITURE; SEATS; SOFAS; TEA CARTS; UMBRELLA STANDS; COTS; CUPBOARDS; DISPLAY BOARDS; DRESSING TABLES; FOOTSTOOLS AND STOOLS; SHELVES; SHOWER SHELVES, NOT OF PRECIOUS METAL; AIR CUSHIONS AS PILLOWS; AIR MATTRESSES FOR USE WHEN CAMPING; INFLATABLE AIR PILLOWS NOT FOR MEDICAL PURPOSES; SLEEPING BAGS; BED FITTINGS, NOT OF METAL; BEDDING EXCEPT LINEN, NAMELY, BED PILLOWS, BED PADS AND CRIB BUMPERS IN THE NATURE OF BUMPER GUARDS FOR CRIBS; NON-TEXTILE CURTAIN HOLDERS; CURTAIN HOOKS; CURTAIN RAILS; CURTAIN RINGS; CURTAIN RODS; CURTAIN ROLLERS; CUSHIONS; NON-METAL FIXED TOWEL DISPENSERS; MATTRESSES; PILLOWS; NON-METAL CLOTHES HOOKS AND COAT HANGERS; COAT

**Reg. No. 4,486,762**  STANDS; HAT STANDS; LADDERS OF WOOD OR PLASTICS; DOOR FITTINGS, NAMELY, NONMETAL DOOR HANDLES AND DOOR KNOCKERS; EMBROIDERY FRAMES; STATUES OF WOOD, WAX, PLASTER OR PLASTIC; FIRE SCREENS FOR DOMESTIC USE; NON-METAL AND NON-PAPER CONTAINERS FOR STORAGE AND TRANSPORT; NON-METAL AND NON-MASONRY STORAGE TANKS; NONMETAL TRANSPORT CONTAINERS AND FILING CABINETS; CONTAINERS OF PLASTIC FOR PACKAGING PURPOSES; PLASTIC METAL-SUBSTITUTE FASTENERS, NAMELY, NAILS, WEDGES, NUTS, SCREWS, TACKS, BOLTS, RIVETS, CASTERS AND PEGS; DOOR STOPS OF PLASTIC OR WOOD; INFANT WALKERS; PLAYPENS FOR BABIES; SUPPORT PILLOWS FOR USE IN BABY SEATING EXCLUDING SAFETY SEATING FOR USE IN AUTOMOBILES; DECORATIVE MOBILES; COTS; CRADLES AND CRIBS; HIGH CHAIRS FOR BABIES; FURNITURE CHESTS AND CHEST OF DRAWERS; WIND CHIMES; BEDS FOR HOUSEHOLD PETS; NESTING BOXES FOR PETS AND SMALL BIRDS; SCRATCHING POSTS FOR CATS; FLOWER-POT PEDES-TALS; FLOWER- STANDS; RIGID PLASTIC TRAYS FOR PACKAGING PURPOSES; WICKERWORK, NAMELY, WICKER FURNITURE; DECORATIVE EDGING STRIPS OF PLASTICS AND/OR WOOD FOR USE WITH WINDOW FITTINGS, NAMELY, ORNAMENTS FOR WINDOWS; ORNAMENTS AND DECORATIONS FOR WINDOWS OR DOORS MADE OF OR FROM PLASTICS, WAX, WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; NON-METAL STEP LADDERS AND LADDERS, TOOL BOXES AND PLANT AND TREE STAKES; IMITATION FOODS FOR DISPLAY MADE OF PLASTIC, NAMELY, IMITATION DESSERTS, IMITATION CANDY, IMITATION CAKES, AND IMITATION FRUITS; FLAGPOLES, WORKS OF ART, FIGURINES AND STATUETTES AND SMALL DECORATIONS OR ORNAMENTS, MADE OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER- OF- PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS, OR OF WAX, PLASTER OR PLASTICS; PLASTIC KEY CARDS, NOT ENCODED OR MAGNETIZED; NON-METAL BINS; NON-METAL BOTTLE CLOSURES; BOTTLE RACKS; CORKS FOR BOTTLES; HOUSE NUMBERS, NOT OF METAL, NON-LUMINOUS; IDENTITY PLATES, NOT OF METAL; INFLATABLE PUBLICITY OBJECTS; NON-METAL NON-MASONRY LETTER BOXES; MAGAZINE RACKS; PLATE RACKS; CUP RACKS; NON-METAL REGISTRATION PLATES; PLASTIC SIGNBOARDS; NON-METAL TOOL HANDLES; UPRIGHT SIGNBOARDS OF WOOD OR PLASTICS; PLASTIC SEALING CLIPS FOR BAGS; INFLATABLE HEAD-RESTS IN THE NATURE OF PILLOWS; DECORATIONS OF PLASTICS FOR FOODSTUFFS OR LUNCH BOXES; HAND-HELD FLAT FANS, FOLDING FANS, AND NON-ELECTRIC FANS FOR PERSONAL USE; BAMBOO CURTAINS; BAMBOO AND BAMBOO BLINDS; BEAD CURTAINS FOR DECORATION; BEAD CURTAINS; INDOOR BLINDS; ORIENTAL SINGLE PANEL NON-METAL STANDING PARTITIONS; HANGING BOARDS THAT ARE IN THE NATURE OF JAPANESE-STYLE PEGBOARDS USING POSITIONAL HOOKS, FOR USE AS MOVABLE WALL PARTITIONS; ORIENTAL FOLDING PARTITION SCREENS; KEYBOARDS FOR HANGING KEYS; MANNEQUINS; DRAIN TRAPS IN THE NATURE OF VALVES OF PLASTIC; MEDICINE CABINETS; REMOVABLE MATS FOR SINKS; NAME PLATES, NOT OF METAL; NON-METAL LICENSE OR NUMBER PLATES, NOT OF METAL; MIRROR TILES; PLASTIC DOORKNOBS; PORCELAIN OR EARTHENWARE DOORKNOBS; WOOD DOORKNOBS; NON-METAL KEY MADE OF LEATHER OR IMITATION LEATHER; BATHROOM WOODEN STOOLS; KNOBS OF PORCELAIN, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS AND CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; CLEANING COMBS, AND BATH, SCOURING AND CLEANING SPONGES; BRUSHES EXCLUDING PAINT BRUSHES, NAMELY, CLEANING BRUSHES FOR HOUSEHOLD USE; BRUSH-MAKING MATERIALS; ARTICLES FOR CLEANING PURPOSES, NAMELY, CLOTHS, CLEANING COTTON, STEEL WOOL FOR CLEANING; WASHING MITTS; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS EXCEPT GLASS USED IN BUILDING; BEVERAGE GLASSWARE, PORCELAIN AND EARTHEN-WARE, NAMELY, BEVERAGE GLASSWARE, AND CROCKERY, ORNAMENTS AND STATUETTES OF PORCELAIN AND EARTHENWARE; PORTABLE PLASTIC BABY BATH

**Reg. No. 4,486,762** TUBS; NON-METAL BASKETS, FOR DOMESTIC USE; MUGS; BIRDCAGES; NON-ELECTRIC FOOD BLENDERS; IRONING BOARDS; BOOT JACKS; STOPPERS SPECIFICALLY ADAPTED FOR USE WITH BOTTLES MADE FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA AND PORCELAIN; BOWLS; NON-ELECTRIC CAST-IRON KETTLES; TABLEWARE, NAMELY, PLATES, BOWLS AND DISHES; SALAD BOWLS; NON-ELECTRIC WHISKS; RICE CHESTS; COLANDERS; HOUSEHOLD UTENSILS, NAMELY, COOKING STRAINERS; COOKING FUNNELS; FOOD PRESERVING JARS OF GLASS; GRATERS FOR HOUSEHOLD PURPOSES; CHOPSTICK CASES; ROLLING PINS FOR COOKING PURPOSES; CAMPING COOKING GRILLS; LEMON SQUEEZERS IN THE NATURE OF CITRUS JUICERS; COSMETIC AND TOILETRY UTENSILS, NAMELY, MAKE UP APPLICATORS AND MAKE UP BRUSHES, HAIR BRUSHES AND COMBS; SHOE BRUSHES; SHOE HORNS; SHOE SHINE CLOTHS; FEEDING VESSELS FOR PETS; BRUSHES FOR PETS; BOXES OF METAL FOR DISPENSING SERVIETTES IN THE NATURE OF NAPKIN DISPENSERS FOR HOUSEHOLD USE; BIRD BATHS; FLYSWATTERS; CANDLE EXTINGUISHERS NOT OF PRECIOUS METAL; FLOWER VASES; UPRIGHT SIGNBOARDS OF GLASS OR CERAMICS; COOKING SETS FOR OUTDOOR USE CONSISTING OF TIN CANS, TIN PANS, TIN POTS AND TIN PLATES; SOAPBOXES; BREAD BOARDS AND CUTTING BOARDS; BUCKETS; MEAL TRAYS; SERVING TRAYS; CAGES FOR HOUSE-HOLD PETS; CAKE MOULDS; WAFFLE MOULDS; CANDLE RINGS; CANDLESTICKS; CANDY BOXES; COMB CASES; CHINA ORNAMENTS; CHINAWARE, NAMELY, ORNA-MENTS AND STATUETTES OF CHINA; CHOPSTICKS IN THE NATURE OF COOKING UTENSILS; CLOTHES DRYING RACKS; CLOTHS FOR CLEANING; COASTERS NOT OF PAPER AND OTHER THAN TABLE LINEN; COCKTAIL STIRRERS; COFFEE FILTERS NOT OF PAPER BEING PART OF NON-ELECTRIC COFFEE MAKERS; NONELECTRICAL AND HAND-OPERATED COFFEE GRINDERS; COFFEE SERVICES; ELECTRIC HAIR COMBS; GROOMING COMBS FOR ANIMALS; PASTRY BAGS; COOKERY MOULDS; COOKING POTS; ICE PAILS; PORTABLE COOLERS; CORKSCREWS; BOTTLES SOLD EMPTY; PLASTIC WATER BOTTLES SOLD EMPTY; BOTTLE OPENERS; DISHES; PLATES NOT OF PRECIOUS METAL; CHAMPAGNE BUCKETS; HAIR BRUSHES; BRUSHES FOR CLOTHES; PLASTIC COASTERS; COFFEE CUPS; ALL-PURPOSE PORTABLE HOUSEHOLD CONTAINERS; DRINKING GLASSES, NAMELY, TUMBLERS; DEMITASSE SETS CONSIST-ING OF CUPS AND SAUCERS; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; CORN COB HOLDERS; DECANTERS; SUGAR AND CREAMER BOWL, PITCHER AND POURER SETS; DRINKING CUPS FOR INFANTS AND PARTS THEREFOR, NAMELY, LIDS AND VALVES, ALL SOLD AS A UNIT; PAPER CUPS; PLASTIC CUPS; TOOTHBRUSH CASES; SERVING UTENSILS, NAMELY, PIE SERVERS, CAKE TURNERS, SPATULAS, SCRAPERS AND CAKE SERVERS; COVERS FOR DISHES; COVERS FOR FLOWER POTS NOT OF PAPER; CROCKERY, NAMELY, POTS, DISHES, DRINKING CUPS AND SAUCERS, BOWLS, SERVING BOWLS AND TRAYS; CUPS; NON-ELECTRIC DEEP FRYERS; DISHES FOR SOAP; SOAP DISPENSERS; DUSTBINS; EGG CUPS; FEEDING TROUGHS BEING FEEDING VESSELS FOR PETS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; GOBLETS; NON-ELECTRIC GRIDDLES; HEAT-INSULATED CONTAINERS FOR HOUSEHOLD USE; NON-ELECTRIC HEATERS FOR FEEDING BOTTLES; HOLDERS FOR FLOWERS AND PLANTS; HOT POTS; ICE BUCKETS; ICE CUBE MOULDS; BEER MUGS; JUGS; KNIFE RESTS; LAZY SUSANS; LIQUEUR SETS COMPRISED OF CONTAINERS FOR ICE, GOBLETS, AND BEVERAGE GLASSWARE; LUNCH BOXES; MENU CARD HOLDERS; MESS-TINS; MIXING SPOONS; MOPS; NAPKIN HOLDERS; NAPKIN RINGS; NOZZLES FOR WATERING CANS; PADS FOR CLEANING; PANS; PAPER PLATES; PASTRY CUTTERS; PEPPER MILLS; PERFUME SPRAYERS SOLD EMPTY; PERFUME VAPORIZERS SOLD EMPTY; PICNIC BASKETS SOLD EMPTY; NON-METAL PIGGY BANKS; POT LIDS; POTS; NON-ELECTRIC PRESSURE COOKERS; SALT SHAKERS; PEPPER SHAKERS; SAUCEPANS; SAUCERS; SCOOPS; SCOURING PADS; SHAVING BRUSHES; SHIRT STRETCHERS; SHOE TREES; SOAP HOLDERS; SOUP BOWLS; SPICE SETS COMPRISED OF SPICE RACKS AND HAND-OPERATED SPICE GRINDERS SOLD EMPTY FOR HOUSEHOLD USE; SPONGE HOLDERS; SHOWER CADDIES, NOT OF PRE-CIOUS METAL; SPONGES FOR HOUSEHOLD PURPOSES; STANDS FOR SHAVING BRUSHES; STATUES OF PORCELAIN, TERRACOTTA OR GLASS; STATUETTES OF PORCELAIN, TERRACOTTA OR GLASS; SYRINGES FOR WATERING FLOWERS AND

**Reg. No. 4,486,762** PLANTS; TABLEWARE, NAMELY, BOWLS, PLATES, AND BEVERAGE GLASSWARE; TANKARDS; TEA STRAINERS; TEA CADDIES; COFFEE CADDIES SOLD EMPTY FOR HOUSEHOLD USE; TEA INFUSERS; TEA SERVICES; NON-ELECTRIC TEAPOTS; TOILET BRUSHES; TOILET PAPER HOLDERS; TOILET SPONGES; TOOTHBRUSHES; TOOTH-BRUSHES, ELECTRIC; TOOTHPICK HOLDERS, NOT OF PRECIOUS METAL; TOOTHPICKS; NAIL BRUSHES; LITTER TRAYS, NAMELY, CAT LITTER PANS; TRIVETS; NON-ELECTRIC TROUSER PRESSES; TROUSER STRETCHERS; CLOTHING STRETCHERS; VACUUM BOTTLES; WAFFLE AND PANCAKE IRONS, NON-ELECTRIC; COOKERY AND BAKING IRONS, NON-ELECTRIC; WASHING BOARDS; RINSING TUBS; WATERING CANS; WA-TERING DEVICES, NAMELY, WATERING CANS AND WATERING POTS; POLISHING APPARATUS AND MACHINES FOR HOUSEHOLD PURPOSES, NONELECTRIC, NAMELY, FLOOR POLISH APPLICATORS MOUNTABLE ON A MOP HANDLE WORKS OF ART, OF PORCELAIN, TERRACOTTA OR GLASS; DECORATIVE ORNAMENTS FOR WINDOW OR DOORS MADE OF OR FROM CERAMICS, CHINA, GLASS, CRYSTAL, EARTHENWARE, TERRA-COTTA OR PORCELAIN; MOUSE TRAPS; CONTAINERS FOR AROMATICS AND FRAGRANCES, NAMELY, POTPOURRI DISHES; REFRIGERATING BOTTLES SOLD EMPTY; BOXES OF GLASS; BROOMS; BUTTER DISHES; BUTTER DISH COVERS; CHEESE-DISH COVERS; CANDY BOXES, NOT OF PRECIOUS METAL; HAND OPERATED CLEANING INSTRUMENTS IN THE NATURE OF HOUSEHOLD CLEANING BRUSHES; CLOTHES-PEGS; NONELECTRIC PORTABLE COLD BOXES IN THE NATURE OF THERMAL INSU-LATED CONTAINERS FOR FOOD OR BEVERAGES; COOKIE JARS; NON-ELECTRIC COOKING UTENSILS, NAMELY, SPLATTER SCREENS. KITCHEN TONGS, POURING AND STRAINING SPOUTS, GRATER, SIEVES, SPATULAS, TURNERS, SKIMMERS; EYEBROW BRUSHES; FRYING PANS; GARDENING GLOVES; POWDER PUFFS; COOKIE BISCUIT CUTTERS; CRUETS, CRUET STANDS; DUSTERS; COCKTAIL SHAKERS; POWDER COMPACTS, NOT OF PRECIOUS METAL SOLD EMPTY; PILL AND TABLET BOXES FOR PERSONAL USE; PILL CASES OF WOOD AND PLASTIC FOR PERSONAL USE; STANDS FOR TOOTH BRUSHES; FLOSS FOR DENTAL PURPOSES; HANDLES FOR DENTAL FLOSS; HOUSEHOLD CONTAINERS OF PRECIOUS METAL; HOUSEHOLD UTENSILS OF PRECIOUS METAL, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COFFEE SERVICES OF PRECIOUS METAL; COFFEE-POTS, NON-ELECTRIC, OF PRECIOUS METAL; KITCHEN CONTAINERS OF PRECIOUS METAL FOR HOUSEHOLD USE; NAPKIN HOLDERS AND RINGS OF PRECIOUS METAL; TABLEWARE MADE OF PRECIOUS METAL, NAMELY, SERVING KNIVES, FORKS, AND SPOONS; CANDY CASES AND CANDY BOXES OF PRECIOUS METAL; POWDER COMPACTS OF PRECIOUS METAL SOLD EMPTY; ELECTRIC DEVICES FOR ATTRACTING AND KILLING INSECTS; DRINKING STRAWS; OVEN MITTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES AND TEXTILE GOODS, NOT INCLUDED IN OTHER CLASSES, NAMELY, BED COVERS AND PLASTIC TABLE COVERS; BED AND PLASTIC TABLE COVERS; HANDKERCHIEFS; TABLE NAPKINS OF TEXTILE; BANNERS OF TEXTILE; BATH LINEN; BED LINEN; BEDSPREADS; BED QUILTS; BED BLANKETS; COTTON CLOTHS, FELT CLOTH; COVERS FOR CUSHIONS; DOOR CURTAINS; TOWELS; FABRIC FLAGS; TOILET WASHING GLOVES; HOUSEHOLD LINEN; LABELS OF TEXTILE; TEXTILE NAPKINS FOR REMOVING MAKE-UP; TEXTILE PLACE MATS, LINEN PLACE MATS; MATTRESS COVERS; MOSQUITO NETS; CURTAINS; PILLOWCASES; PLASTIC MATERIAL, NAMELY, SYNTHETIC FIBER FABRICS; QUILTS; TRAVELLING RUGS; TEXTILE BED SHEETS; SHROUDS; SILK CLOTH; SILK FABRICS; SLEEPING BAGS IN THE NATURE OF SHEETING; TABLE LINEN; TABLE MATS NOT OF PAPER; TAPESTRY OF TEXTILE; UPHOLSTERY FABRICS; WALL HANGINGS OF TEXTILE; BEDDING, NAMELY, BED SHEETS, BED LINEN, BED SPREADS; TEXTILE DOOR KNOB COVERS; FITTED TOILET SEAT COVERS MADE OF FABRICS; COVERINGS FOR LIDS FOR TOILET VESSELS, NAMELY, TOILET TANK COVERS MADE OF FABRIC; CURTAIN TIEBACKS IN THE NATURE OF TEXTILE CURTAIN HOLDERS; COTTON FABRICS; BEDSPREADS, NAMELY, COVERLETS; FABRICS FOR TEXTILE USE; FACE TOWELS OF TEXTILE; FELTS; CLOTH, NAMELY, FRIEZE; TRUE HEMP FABRIC; VELVET; WOOLEN CLOTH; TISSUE PAPER BOX COVERS OF TEXTILE; COVERS OF FABRIC FOR DOOR KNOBS; WOVEN TEXTILE LABELS; BED

**Reg. No. 4,486,762**  CANOPIES; FABRIC TABLE RUNNERS; KITCHEN LINENS, INCLUDING OVEN MITTS, DISH TOWELS, KITCHEN TOWELS, FABRIC PLACE MATS, WASHING MITTS, FABRIC TABLE RUNNERS, POTHOLDERS, CLOTH COASTERS; BATH TOWELS; TABLE LINEN, NAMELY, PLACE MATS; UNFITTED COVERINGS OF TEXTILE AND OF PLASTIC FOR FURNITURE; SHOWER CURTAINS; COTTON, POLYESTER AND NYLON FABRIC, FABRIC OF IMITATION ANIMAL SKINS; GOLF TOWELS; DAMASK; ELASTIC WOVEN MATERIAL IN THE NATURE OF JERSEY FABRIC FOR CLOTHING; SILK FABRICS FOR PRINTING PATTERNS; PRINTERS' BLANKETS OF TEXTILE; OILCLOTH FABRIC FOR TABLECLOTHS; COTTON LINGERIE FABRIC; JERSEY FABRICS FOR CLOTHING; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOON; FABRIC OF IMITATION ANIMAL SKINS. IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: FOOTWEAR; HEADWEAR; APRONS; BEACHWEAR: SWIMWEAR, SWIMSUITS, BATHING SUITS; GLOVES; MITTENS; BELTS; BABY CLOTHES, NAMELY, PAJAMAS, JACKETS, SHIRTS, JUMPERS; BIBS NOT OF PAPER; UNDERCLOTHING; SLEEPWEAR AND PAJAMAS; SLEEP MASKS FOR ELIMINATING LIGHT; BATH ROBES; SUSPENDERS; HATS, CAPS, SUN VISORS, BERETS; BATHING AND SHOWER CAPS; MUFFS; EAR MUFFS; NECKWEAR; NECK TIES; CRAVATS; BOW TIES; SOCKS AND STOCKINGS, PANTY HOSES; GARTER BELTS, STOCKING AND PANTY HOSE SUSPENDERS; SHOES, SPORTS SHOES, SLIPPERS, BEACH SHOES; MASQUERADE COSTUMES; WORKING SLEEVES IN THE NATURE OF SUN SLEEVES; BANDANAS; BATH SANDALS; BATH SLIPPERS; SKI BOOTS; BOOTS; BRACES FOR CLOTHING, NAMELY, SUSPENDERS; BRASSIERES; BREECHES; CAMISOLES; COATS; CUFFS; FUR STOLES; HEADBANDS FOR CLOTHING; JERSEYS; OVERCOATS; PARKAS, SANDALS; SCARVES, SHAWLS; SHIRTS; SLIPS; SMOCKS; SPATS; BOOTS FOR SPORTS; SPORTS JERSEYS; SUITS; WET SUITS FOR WATER SKIING; WRISTBANDS BEING CLOTHING; GYMNASTICS SHOES; CLOTHING FOR GYMNASTICS, NAMELY, LEOTARDS, TIGHTS, T-SHIRTS, SASHES; JOGGING SUITS, TROUSERS, JEANS, TANK TOPS, SKIRTS, BLOUSES, SNOW SUITS, ROBES, SNEAKERS, BOOTIES, SLIPPER SOCKS; CLOAKS; CLOTH BIBS; CHAPS; BEACH COVER-UPS; DRESSES; JACKETS; LEOTARDS; OVERALLS; PONCHOS; RAINWEAR; SHORTS; SWEATERS; SWEATSHIRTS; BABIES' PANTS; WELTS FOR BOOTS; CLOTHING OF IMITATIONS OF LEATHER, NAMELY, COATS; CLOTHING OF LEATHER, NAMELY, SHIRTS, PANTS, COATS, DRESSES; COLLAR PROTECTORS, COLLARS, DETACHABLE COLLARS; CORSETS; CYCLISTS' CLOTHING, NAMELY, CYCLING SHORTS AND JERSEYS; FOOTBALL BOOTS, FOOTBALL SHOES; PAPER CLOTHING, NAMELY, PAPER APRONS, PAPER HATS, PAPER SHOES USED WHEN GOING THROUGH METAL DETECTORS TO KEEP FEET AND SOCKS CLEAN; POCKET FOR CLOTHING; READY-MADE LININGS AS PARTS OF CLOTHING; SARIS; SPORTS SHOES; SWEAT-ABSORBENT UNDERCLOTHES; UNDERGARMENTS; WOODEN SHOES; VESTS; UNIFORMS; UNDERPANTS; TOP HATS; TOGAS; NON-SLIP SOLES FOR BOOTS AND SHOES; MOTORCYCLE CLOTHING, NAMELY, GLOVES, JACKETS, RAIN SUITS; LEGGINGS; HOODS BEING CLOTHING; HEELS; HEEL PIECES FOR BOOTS AND SHOES; HALF-BOOTS; GALOSHES; GARTERS; FURS AS CLOTHING, NAMELY, CLOAKS, COATS, JACKETS, MUFFS, AND STOLES; FOOT MUFFS, NOT ELECTRICALLY HEATED; T-SHIRTS; TOPS; SWEAT SHIRTS WITH HOODS; LOUNGEWEAR; LONG SLEEVE TOPS; ZIP UP JACKETS; JOGGING PANTS; FLEECE TOPS; KNIT FLEECE HATS; FASHION HEADWEAR; FLIP FLOPS; PLUSH SLIPPERS; PLUSH NOVELTY HATS; SKULL CAPS. IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BELT BUCKLES. IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, RUGS, MATS AND MATTING, LINOLEUM AND FABRIC COVERINGS FOR COVERING EXISTING FLOORS; NON TEXTILE WALL HANGINGS; AUTOMOBILE CARPETS; BATH MATS; FLOOR COVERINGS; DOOR MATS; GYMNASTIC MATS; GYMNASIUM EXERCISE MATS; TAPESTRY-STYLE WALL HANGING, NOT OF TEXTILE; VINYL FLOOR COVERINGS; WALLPAPER, WALL PAPER OF VINYL; FOAM MATS FOR USE ON PLAY AREA SURFACES; BEACH MATS; REED MATS; NON-SLIP BATH TUB MATS. IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

**Reg. No. 4,486,762** FOR: GAMES AND PLAYTHINGS, NAMELY, ACTION SKILL GAMES, ACTION TARGET GAMES, ARCADE-TYPE ELECTRONIC EDUCATION VIDEO GAMES, BOARD GAMES, CARD GAMES, BUILDING GAMES, EDUCATIONAL CARD GAMES, ELECTRONIC EDUCATIONAL GAME MACHINES FOR CHILDREN, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, PROMOTIONAL GAME CARDS, PUZZLE GAMES, VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES, NAMELY, SPORTS TRAINING DEVICE TO IMPROVE STRENGTH, TONING, CONDITIONING, BALANCE AND PROPRIOCEPTION AND SLIDES FOR PLAYGROUNDS; DECORATIONS FOR CHRISTMAS TREES; CHILDREN'S MULTIPLE ACTIVITY TOYS; DOLLS; PUPPETS; PLUSH TOYS; SOFT DOLLS; TEDDY BEARS; TOY FIGURES AND PLAY SETS CONSISTING OF ACTION FIGURES; ACTION FIGURE TOYS AND ATTACHABLE ARTICLES OF CLOTHING FOR TOYS; MAGNETIC TOY FIGURES ATTACHABLE TO MOBILE PHONES, PENCILS OR KEY RINGS; BATHTUB TOYS; RIDE-ON TOYS; BALLS FOR SPORTS AND BALLOONS; YO-YOS; BALLS FOR GAMES; PLAYING BALLS; PLAYGROUND BALLS, TENNIS BALLS, FOOTBALLS; SOCCER BALLS; BASEBALLS; VOLLEY BALLS; RUBBER BALLS; TOY VEHICLES; ELECTRIC TOY VEHICLES; SURF BOARDS; SNOWBOARDS; ICE SKATES; SKATEBOARDS; TOY AIR PISTOLS; BACKGAMMON GAMES; BELLS FOR CHRISTMAS TREES; BILLIARD BALLS; BILLIARD TABLES; TOY BUILDING BLOCKS; BOARD GAMES; CHESS GAMES; CHESS BOARDS; CHRISTMAS CRACKERS; SKATING BOOTS WITH SKATES ATTACHED; BOWLING APPARATUS AND MACHINERY; BUILDING GAMES; CANDLE HOLDERS FOR CHRISTMAS TREES; CHECKERBOARDS; DRAUGHTS SETS CONSISTING PRIMARILY OF DRAUGHT BOARDS; CHESS SETS; CHRISTMAS TREES OF SYNTHETIC MATERIALS; CONJURING APPARATUS, NAMELY, MAGIC TRICKS; CUPS FOR DICE; DARTS; DICE; DOLLS' BEDS; DOLLS' CLOTHES; DOLLS' HOUSES; DOLLS' ROOMS; DOMINOES; DUMB-BELLS; ELBOW GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; CHEST EXPANDERS BEING AN EXERCISE APPARATUS; FAIRGROUND RIDE APPARATUS, NAMELY, AMUSEMENT PARK RIDES, ROLLERCOASTERS, CAROUSELS; DOLLS' FEEDING BOTTLES; FISH HOOKS; FISHING TACKLE; FLIPPERS FOR SWIMMING; FLOATS FOR FISHING; FLYING DISC TOYS; AUTOMATIC AND COIN-OPERATED ARCADE AMUSEMENT GAME MACHINES; BATS FOR GAMES; APPARATUS FOR ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, HANDHELD UNITS FOR PLAYING VIDEOGAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; GOLF BAGS; GOLF CLUBS; GOLF GLOVES; GLOVES FOR GAMES AND SPORTS, NAMELY, BASEBALL GLOVES, GOLF GLOVES, BOXING GLOVES, HOCKEY GLOVES, BOWLING GLOVES, FOOTBALL GLOVES; PRACTICAL JOKES AND NOVELTIES, NAMELY, TOY AND NOVELTY FACE MASKS AND TOY FOAM NOVELTY ITEMS, SUCH AS FOAM FINGERS AND HANDS; KITE REELS; KITES; KNEE GUARDS BEING SPORT ARTICLES FOR ATHLETIC USE; MAH-JONG SETS; MARBLES FOR GAMES; MARIONETTES; THEATRICAL MASKS; TOY MASKS; MOBILE TOY CARS; SCALE MODEL VEHICLES; PARLOUR GAMES; TOYS, NAMELY, PERCUSSION CAPS; TOY PISTOLS; RACKETS BEING TENNIS RACKETS, TABLE TENNIS RACKETS, PADDLE RACKETS, BADMINTON RACKETS, SQUASH RACKETS; INFANT RATTLES; RING GAMES; ROCKING HORSES; ROLLER SKATES; SAILBOARDS; SKIS; SOAP BUBBLES DISPENSER TOYS, BUBBLE MAKING WAND AND SOLUTION SETS; SPINNING TOPS; SPRINGBOARDS BEING SPORTING ARTICLES; STATIONARY EXERCISE BICYCLES; SWIMMING POOLS BEING PLAY ARTICLES; SWIMMING WEBS, NAMELY, FLIPPERS; SWINGS; TABLES FOR TABLE TENNIS; TOYS FOR DOMESTIC PETS; WATER SKIS; PLAY ARTICLES FOR SWIMMING, WATER GAMES SPORTS AND ACTIVITIES, NAMELY, WATER PISTOLS, WATER SQUIRTING TOYS, WATER GLOBES; BEACH BALLS; AUTOMATIC AND COIN-OPERATED AMUSEMENT GAME MACHINES; BAGS ESPECIALLY DESIGNED FOR SKIS AND SURFBOARDS; BINGO CARDS; BUTTERFLY NETS; GAMES CARDS, NAMELY, PLAYING CARDS; CONFETTI; IN-LINE ROLLER SKATES; KALEIDOSCOPES; MASTS FOR SAILBOARDS; LANDING NETS FOR ANGLERS; RADIO CONTROLLED TOY VEHICLES; ROULETTE WHEELS; SNOW GLOBES; SNOWSHOES; AMUSEMENT APPAR-

**Reg. No. 4,486,762** ATUS FOR USE IN ARCADES INCORPORATING A VIDEO MONITOR; STAND-ALONE VIDEO OUTPUT GAME MACHINES; COIN OR COUNTER OPERATED ARCADE GAMES; HORIZONTAL PINBALL MACHINES; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; NON-ELECTRIC HANDHELD ACTION SKILL GAMES; GAME EQUIPMENT SOLD AS A UNIT FOR PLAYING A BOARD GAME, A CARD GAME, A MANIPULATIVE GAME, A PARLOUR GAME, A PARLOUR-TYPE COMPUTER GAME, AND AN ACTION-TYPE TARGET GAME; PUZZLES; PAPER PARTY HATS; PAPER FACE MASKS; TOY MASKS, NAMELY, MASQUERADE AND HALLOWEEN COSTUME MASKS; WATER SQUIRTING TOYS; DARTBOARDS; SWIMMING AIDES, NAMELY, ARM FLOATS FOR RECREATIONAL USE; SWIMMING KICK BOARD FLOTATION DEVICES FOR RECREATIONAL USE; SWIM BOARDS FOR RECREATIONAL USE; SWIM FINS; TOY GUNS; TOY BAKE WARE AND TOY COOKWARE; TOY SNOW GLOBES; BOXING GLOVES; HOCKEY STICKS; CHRISTMAS STOCKINGS; SLING SHOTS; FLOATS FOR BATHING AND SWIMMING; BEAN BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS; BOUILLON; BOUILLON CONCENTRATES; BROTH; BROTH CONCENTRATES; BUTTER; CAVIAR; CHEESE; CHEESE SNACKS, NAMELY, COTTAGE CHEESE, CHEESE SPREADS; CHEESE IN THE FORM OF DIPS, SPREADS AND STICKS; DAIRY PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; DAIRY PUDDINGS; FROSTED FRUITS; FROZEN FRUITS; PROCESSED AND DRIED FRUITS; VEGETABLE AND FRUIT JUICES FOR COOKING; FRUIT CHIPS; PROCESSED AND DRIED VEGETABLES; MARGARINE; MARMALADE; MEAT JELLIES; MEAT TINNED; BEVERAGES CONSISTING PRINCIPALLY OF MILK; SOYBEAN-BASED FOOD BEVERAGE USED AS A MILK SUBSTITUTE, NAMELY, SOYBEAN MILK; MILK SHAKES; DAIRY PRODUCTS FOR MAKING MILK SHAKES, NAMELY, MILK; PREPARATIONS FOR MAKING MILK SHAKES, NAMELY, MILK POWDERS; PRESERVED MUSHROOMS; PRESERVED ONIONS, PRESERVED OLIVES; GHERKINS; PREPARED NUTS; SNACK MIX CONSISTING PRIMARILY OF NUTS, SPICY MIXED NUTS, NUT BASED FOOD BARS; GINGER JAM; LIVER PASTES; LIVER PÂTÉ; COCOA BUTTER FOR FOOD PURPOSES AND PROCESSED PEANUTS; DRIED LENTILS; DRIED PEAS; FRUIT PEEL; POTATO CHIPS; POTATO CRISPS; POTATO FRITTERS; SALADS EXCEPT MACARONI, RICE, AND PASTA SALAD; SAUERKRAUT; SAUSAGES; SESAME OIL; PREPARATIONS FOR MAKING SOUP; SOUPS; TOFU; VEGETABLE SALADS; VEGETABLE PREPARATIONS FOR MAKING SOUP IN THE NATURE OF SOUP MIX; WHIPPED CREAM; YOGHURT; FOODSTUFFS IN THE FORM OF BEAN, FRUIT, MEAT, AND POTATO BASED SNACK FOODS; POTATO BASED SNACKS; PROCESSED, EDIBLE SEAWEED; PROCESSED, DRIED AND PRESERVED MEAT, FISH, POULTRY AND GAME; BACON; PREPARATIONS FOR MAKING BOUILLON; CHOCOLATE NUT BUTTER; CHARCUTERIE; HAM; CRYSTALLIZED FRUITS; FISH PRESERVES, TINNED; FRUIT JELLIES; FRUIT SALADS; MAIZE OIL; OLIVE OIL FOR FOOD; RAISINS; TOMATO PURÉE; TINNED FRUITS AND VEGETABLES; SEAFOOD NOT LIVE; PROCESSED AND PRESERVED SEAFOOD; SEAFOOD, TINNED, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; FLOUR; BREAD, PASTRY AND CONFECTIONERY MADE OF SUGAR; ICE CREAM FRUIT ICES; HONEY, TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES AS CONDIMENTS; SPICES; ICE; BREAKFAST CEREAL; BISCUITS; CAKE MIXES; CANDY DECORATIONS FOR CAKES, CHOCOLATE DECORATIONS FOR CAKES; FLA-VORINGS FOR CAKES OTHER THAN ESSENTIAL OILS; CAKE PREPARATIONS, NAMELY, FROSTING, ICING, CANDY DECORATIONS, AND CAKE MIXES; MALT FOR FOOD PUR-POSES; SOYBEAN MALT, NAMELY, MALT EXTRACTS FOR FOOD; MALT BISCUITS; RICE CAKES; SWEETS AND CANDIES; SUGAR CONFECTIONERY, NAMELY, CRYSTAL SUGAR PIECES; CANDY BARS; CANDY MINTS; CHOCOLATE CONFECTIONERY, NAMELY, CHOCOLATE; CHOCOLATE; CHOCOLATE-BASED BEVERAGES WITH MILK; CHOCOLATE-BASED BEVERAGES; CONFECTIONERY DECORATIONS FOR CHRISTMAS

**Reg. No. 4,486,762** TREES; CANDY WITH COCOA, COCOA BEVERAGES WITH MILK; COFFEE-BASED BEVERAGES; COFFEE BEVERAGES WITH MILK; COFFEE FLAVORINGS; COFFEE SUB-STITUTES; COFFEE AND COFFEE BASED BEVERAGES; TEA, NAMELY, GINSENG TEA, BLACK TEA, OOLONG TEA, BARLEY AND BARLEY-LEAF TEA; COOKIES; POPCORN; FLAVORED POPCORN; CORN FLAKES; CONFECTIONERY CHIPS FOR BAKING; ICE-CREAM; CURRY; CAPERS; CUSTARD; CUSTARD MIXES AND POWDER; CEREAL FLAKES; FLAVORINGS, OTHER THAN ESSENTIAL OILS; CONFECTIONERY ICES, NAMELY, SHERBETS AND FROZEN YOGHURTS; FRUIT JELLY CANDY; GINGERBREAD; CHOCOLATE SYRUP; KETCHUP; LIQUORICE; NON-MEDICATED LOZENGES; MEAT PIES; MEAT TENDERIZERS FOR HOUSEHOLD PURPOSES; PANCAKES; CONFECTIONERY, NAMELY, PASTILLES; PASTRIES; CORN CHIPS; TORTILLAS; PEPPER; PIZZAS; PUD-DINGS; RAVIOLI; ROYAL JELLY FOR FOOD PURPOSES; THICKENING AGENTS FOR USE IN COOKING; PREPARED WASABI PASTE; SOY SAUCE; PASTAS, NOODLES AND VERMICELLI; SUSHI; VANILLA; WAFFLES; FROZEN YOGHURT; FROZEN CONFECTIONS; PRETZELS; GRAINED BASED SNACK FOODS; ALMOND CONFECTIONERY, NAMELY, ALMOND PASTE AND ALMOND CAKE; AROMATIC PREPARATIONS FOR FOOD, NAMELY, EXTRACTS USED AS FLAVORING; STARCH-BASED BINDING AGENTS FOR ICE CREAM; BREAD ROLLS; CAKES; CANDY, NAMELY, CARAMELS; CHEWING GUM, NOT FOR MEDICAL PURPOSES; CORN MEAL; CRACKERS; CRISP SNACK FOOD PRODUCTS, NAMELY, CRISP BREAD SNACKS; FLOUR BASED SAVORY SNACKS, NAMELY, FLOUR-BASED CHIPS; CEREAL BASED SNACK FOODS; EDIBLE ICES; GOLDEN SYRUP; MACARONI; MARZIPAN; MAYONNAISE; OATMEAL; DRIED CHILI PEPPERS FOR USE AS SEASONINGS; PIES; RELISH; RUSKS; COOKING SALT; SANDWICHES; TO-MATO SAUCE; SEASONINGS; SORBETS; SHERBETS; SPAGHETTI; TARTS; WHEAT FLOUR; SALAD DRESSINGS; MEAT GRAVIES; FRUIT SAUCES EXCLUDING CRANBERRY SAUCE AND APPLESAUCE; CONES FOR ICE CREAM; CANNED PASTA; DESSERT PUD-DINGS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS; FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES, NAMELY, SYRUP SUBSTITUTES FOR MAKING BEVERAGES; ALES; ALCOHOLIC AND NON-ALCOHOLIC BEERS; NON-ALCOHOLIC FRUIT DRINKS; NON-ALCOHOLIC FRUIT JUICES; NON-AL-COHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; NON-ALCO-HOLIC CARBONATED DRINKS; NON-ALCOHOLIC DRINKS IN THE NATURE OF ENERGY DRINKS; NON-ALCOHOLIC WINES; PINEAPPLE JUICE BEVERAGES; NON-ALCOHOLIC APERITIFS; NON-ALCOHOLIC COCKTAILS; ENERGY DRINKS; NON-ALCOHOLIC BEVERAGES CONTAINING FRUIT JUICES; FRUIT-BASED SYRUP FOR MAKING FRUIT JUICES AND FRUIT DRINKS; NON-ALCOHOLIC FRUIT NECTARS; WHEY BEVERAGES; EXTRACTS OF HOPS AND MALTS FOR MAKING BEER; NON-ALCOHOLIC HONEY-BASED BEVERAGES; GINGER BEERS; ISOTONIC BEVERAGES; ICED FRUIT BEVERAGES; DRINKING WATER; VEGETABLE JUICES; COLA BEVERAGES; COLA DRINKS; SPRING WATER; LITHIA WATER; PREPARATIONS FOR MAKING LIQUEURS, NAMELY, FRUIT ESSENCES USED IN THE PREPARATION OF LIQUEURS; LEMONADES; MILK OF AL-MONDS BEING BEVERAGES; PEANUT MILK, BEING SOFT DRINKS; MALT BEER; MALT BASED PREPARATIONS FOR MAKING BEVERAGES, NAMELY, MALT SYRUP; MILK OF ALMONDS FOR BEVERAGES; FLAVORED WATERS; BEER WORT; FROZEN FRUIT BEVERAGES; LAGERS; CONCENTRATES IN TABLET FORM FOR MAKING EFFERVES-CENT DRINKS; TABLE WATERS; BOTTLED WATER; GRAPE JUICE; UNFERMENTED GRAPE MUST; SARSAPARILLA SOFT DRINK; SELTZER WATER; SHANDY; CIDER, NON-ALCOHOLIC; SODA WATER; SORBETS IN THE FORM OF BEVERAGES; STOUT; SPORTS DRINKS; NON-ALCOHOLIC FRUIT EXTRACTS USED IN THE PREPARATION OF BEVERAGES; VEGETABLE JUICE; SOFT DRINKS; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES, EXCEPT BEERS; RICE ALCOHOL; APERITIFS; ALCO-HOLIC BEVERAGES CONTAINING FRUIT; ALCOHOLIC EXTRACTS; ALCOHOLIC FRUIT EXTRACTS; DISTILLED SPIRITS; DISTILLED ALCOHOLIC DRINKS; BRANDY; HARD

**Reg. No. 4,486,762**   CIDER; MEAD; PREPARED ALCOHOLIC COCKTAILS; LIQUEURS; SAKE; SPIRITS; VODKA; WHISKY; RUM; GIN; WINE; COOKING WINE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: TOBACCO; MATCHES; ASHTRAYS; CIGARETTE PAPER; CIGAR CASES; CIGARETTE CASES; CIGAR CUTTERS; CIGAR HOLDERS; CIGARETTE FILTERS; MOUTHPIECES FOR CIGARETTE HOLDERS; CIGARETTE HOLDERS; CIGARETTE TIPS; CIGARETTES; CIGARETTES CONTAINING TOBACCO SUBSTITUTES NOT FOR MEDICAL PURPOSES; CIGARILLOS; CIGARS; LIGHTERS FOR SMOKERS; MATCH BOXES; MATCH HOLDERS; MATCHES; PIPE CLEANERS FOR TOBACCO PIPES AND SMOKING PIPES; PIPE RACKS FOR SMOKING PIPES; TOBACCO PIPES; TOBACCO POUCHES; SNUFFBOXES; TOBACCO STORAGE TINS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING SERVICES; BUSINESS ADMINISTRATION AND MANAGEMENT; PROVIDING OFFICE FUNCTIONS; WHOLESALE AND RETAIL STORE SERVICES AND MAIL ORDER CATALOG SERVICES IN THE FIELD OF GAMES FOR MOBILE DEVICES, GAMES FOR PERSONAL COMPUTERS, GAMES FOR CONSOLES, GAMES FOR TABLETS, ELECTRONIC GAME PROGRAMS, DOWNLOADABLE ELECTRONIC GAME PROGRAMS, ELECTRONIC GAME SOFTWARE, COMPUTER GAME PROGRAMS, DOWNLOADABLE COMPUTER GAME PROGRAMS, INTERACTIVE GAME PROGRAMS, INTERACTIVE GAME SOFTWARE, COMPUTER PROGRAMS, SAVED COMPUTER SOFTWARE, PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PHONES AND HANDHELD COMPUTERS, MOUSE PADS, PARTY FAVORS AND FESTIVE DECORATIONS AND ORNAMENTS, GIFTS AND NOVELTY GOODS, SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, HAIR CARE PRODUCTS, TOILETRIES, DENTIFRICES, PERSONAL HYGIENE PRODUCTS, CLEANING, POLISHING AND SANDING PREPARATIONS, SUBSTANCES FOR LAUNDRY USE, MANICURE TOOLS, NAIL CARE PREPARATIONS, NAIL POLISH, NAIL VARNISH, FALSE NAILS, DIETARY NUTRIENTS, FOOD FOR BABIES, SANITARY PREPARATIONS, CANDLES, CANDLE WICKS, LIGHTING SPLINTS, GREASES, LUBRICANTS, OILS FOR PAINTS, CUTLERY, CROCKERY, MANICURE SETS, SHAVING INSTRUMENTS, RAZORS, MACHINES AND MACHINE TOOLS FOR KITCHEN OR HOUSEHOLD PURPOSES, HAND-HELD TOOLS, FILMS, CAMERAS, VIDEO DISCS, VIDEO RECORDERS, AUDIO AND VISUAL PRODUCTS, AUDIO AND VIDEO TAPES, RECORDS AND DISCS, INSTRUMENTS AND APPARATUS FOR THE RECORDING, TRANSMITTING OR REPRODUCTION OF SOUNDS OR IMAGES, TELEVISIONS, CASSETTE TAPE PLAYERS OR RECORDERS, VIDEO CASSETTE OR DISC PLAYERS OR RECORDERS, RADIOS, TELEPHONES, WIRELESS PHONES, MOBILE PHONES, MOBILE PHONE CASES, DECORATIONS AND STRAPS FOR PHONES, CALL INDICATORS, CALCULATING MACHINES, CALCULATORS, ELECTRONIC AND COMPUTER GAMES, CINEMATOGRAPHIC FILMS, LIGHTS, FANS, COOKING UTENSILS, CAKE AND PASTRY MOULDS, TOASTERS, OVENS, KITCHEN UTENSILS, UTENSILS AND CONTAINERS FOR SERVING OR STORING FOOD AND/OR BEVERAGES, CHOPSTICKS, CUTTING UTENSILS, PORCELAIN, CRYSTAL WARE, ENAMEL CONTAINERS, SILVERWARE, GLASSWARE, TERRACOTTA CONTAINERS, EARTHENWARE, CERAMICS, HAIR DRYERS, LAMPS, LAMPSHADES AND PARTS AND FITTINGS THEREFOR, BABY CARRIAGES, BALLOONS, BICYCLE HORNS, CLOCKS AND WATCHES AND ACCESSORIES AND PARTS AND FITTINGS THEREFOR, JEWELRY AND IMITATION JEWELRY, ORNAMENTS, GOODS OF PRECIOUS METAL OR COATED THEREWITH, MUSIC BOXES, MUSICAL INSTRUMENTS, PICTURES, PHOTOGRAPHS, STATIONERY, PAPER AND CARDBOARD AND GOODS MADE FROM THESE MATERIALS, ARTISTS' MATERIALS, PAINT BRUSHES, WRITING INSTRUMENTS, PRINTED MATTER, BOOKS, NEWSPAPERS, MAGAZINES AND PERIODICALS, GREETING AND CHRISTMAS CARDS, PLAYING CARDS, PACKING AND PACKAGING MATERIALS, PICTURE FRAMES AND STANDS, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, GOODS MADE OF LEATHER AND/OR IMITATIONS OF LEATHER, BAGS AND LUGGAGE, PURSES AND WALLETS, UMBRELLAS, WALKING STICKS, MIRRORS, COAT HANGERS AND PEGS, NAMEPLATES, SMALL HOUSEHOLD FITTINGS, HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, COMBS, SPONGES, BRUSHES, ARTICLES FOR CLEANING PURPOSES, SPECTACLES, SPECTACLE FRAMES AND SUNGLASSES AND CASES AND ACCESSORIES THEREFOR, TEXTILE AND TEXTILE GOODS, BEDDING, AND TABLE

**Reg. No. 4,486,762** LINENS AND COVERS, NAPKINS, TABLE MATS, FURNITURE, SEWING SUPPLIES, HANDKERCHIEFS, ARTICLES OF CHILDREN, WOMEN AND MEN'S CLOTHING, FOOT-WEAR, HEADGEAR AND GLOVES, BUTTONS, BADGES, RIBBONS AND BRAID, LACE AND EMBROIDERY, HAIR PINS AND ORNAMENTS, BRACES, SHOE ORNAMENTS, HAT ORNAMENTS, ZIPPER AND ZIPPER FASTENERS, CARPETS, RUGS AND MATS, TOYS, GAMES AND PLAYTHINGS, DOLLS, PLUSH TOYS, SOFT DOLLS, FIGURINES, SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS TREES, FOOD AND BEVERAGES, CONFEC-TIONERY, FLORAL PRODUCTS, MATCHES, CIGARS, CIGARETTES AND SMOKERS' ARTICLES; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; PUBLICATION OF PUBLICITY TEXTS; SALES PROMOTION FOR OTHERS; ARRANGING OF ADVERTISING SERVICES, NAMELY, ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; BUSINESS MANAGEMENT OF PER-FORMING ARTISTS; IMPORT-EXPORT AGENCIES; DIRECT MAIL ADVERTISING SER-VICES; BUSINESS MANAGEMENT OF HOTELS FOR OTHERS; MARKETING RESEARCH SERVICES; OUTDOOR ADVERTISING; PERSONNEL RECRUITMENT; ADVERTISING AGENCY SERVICES; RADIO ADVERTISING; TELEVISION ADVERTISING; ONLINE AD-VERTISING ON A COMPUTER COMMUNICATIONS NETWORK; PROCUREMENT SER-VICES FOR THIRD PARTIES BEING ACQUISITION OF GOODS AND SERVICES FOR OTHER COMPANIES; RENTAL OF ADVERTISING TIME ON COMMUNICATION MEDIA; RENTAL OF OFFICE MACHINERY AND EQUIPMENT; VENDING MACHINE RENTAL SERVICES; AUCTIONEERING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: FINANCIAL AFFAIRS AND MONETARY AFFAIRS, NAMELY, FINANCIAL INFORM-ATION, MANAGEMENT AND ANALYSIS SERVICES; COMPUTERIZED FINANCIAL SERVICES, NAMELY, ELECTRONIC COMMERCE PAYMENT SERVICES IN THE NATURE OF ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; COMPUTERIZED FINANCIAL SERVICES FOR RETAIL BUSINESSES, NAMELY, BILL PAYMENT SERVICES FOR THE PURCHASE OF GOODS AND SERVICES ONLINE; PROVIDING INFORMATION, ADVISORY AND CONSULTANCY SERVICES RE-LATING TO FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET; AGENCY SERVICES FOR RENTING OF APARTMENTS; RENTAL HOUSING MANAGEMENT; BANKING AND BANKING SERVICES; CAPITAL INVESTMENT SER-VICES; CHARITABLE FUND RAISING SERVICES; CREDIT CARD SERVICES; ISSUANCE OF CREDIT CARDS; DEBIT CARD SERVICES; FINANCIAL ADVISORY SERVICES; FIN-ANCIAL PLANNING AND FINANCIAL SERVICES IN THE NATURE OF ADVISING ON SAVINGS AND INVESTMENTS; ISSUE OF TOKENS OF VALUE; ISSUING OF BANK CHECKS AND TRAVELERS' CHECKS; LEASING OF REAL ESTATE; REAL ESTATE MANAGEMENT SERVICES; RENT COLLECTION; RENTAL OF OFFICE SPACE; RENTING OF HOMES; RENTING OF FLATS AND APARTMENTS; SAVINGS ACCOUNT SERVICES; ELECTRONIC FUNDS TRANSFER; REAL ESTATE AGENCIES; TRUSTEESHIP SERVICES, NAMELY, TRUSTEESHIP REPRESENTATIVES; FIRE INSURANCE UNDERWRITING; CAPITAL INVESTMENT SERVICES; HEALTH INSURANCE UNDERWRITING; INSURANCE BROKERAGE; LIFE INSURANCE UNDERWRITING; MARINE INSURANCE UNDERWRIT-ING; MUTUAL FUNDS BROKERAGE, DISTRIBUTION, INVESTMENT AND PLANNING SERVICES; HOME BANKING; FINANCING OF LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: TELECOMMUNICATIONS, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; CABLE TELEVISION BROADCAST-ING; TELEVISION BROADCASTING; CELLULAR TELEPHONE COMMUNICATION; COMMUNICATIONS BY FIBER OPTIC NETWORKS; COMMUNICATIONS BY TELEGRAMS; COMMUNICATIONS BY TELEPHONE; PROVIDING INFORMATION MULTIPLE USER ACCESS TO INFORMATION IN THE FIELD OF TELECOMMUNICATIONS, SPECIFICALLY ON COMMUNICATION BY TELEPHONES AND CELLULAR TELEPHONES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; ELECTRONIC MAIL; FACSIMILE TRANSMISSION; RADIO BROADCASTING; SENDING OF TELEGRAMS; TELEPHONE COMMUNICATION SERVICES; TELEVISION TRANSMISSION SERVICES; PAGING SER-VICES; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER

**Reg. No. 4,486,762**  NETWORK; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK BEING TELECOMMUNICATIONS SERVICE PROVIDERS; TELECOMMUNICATIONS ROUTING AND JUNCTION SERVICES; ELECTRONIC BULLETIN BOARD SERVICES; TELECONFER- ENCING SERVICES; TELECOMMUNICATION SERVICES FOR PROVIDING MULTIPLE- USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COM- MUNICATIONS AND CONSUMER VIDEO GAME APPARATUSES; PROVIDING INFORM- ATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMUNICATION BY MEANS OF A CONSUMER VIDEO GAME AP- PARATUS; PROVIDING TELECOMMUNICATION SERVICES FOR MULTIPLE-USER AC- CESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ARCADE VIDEO GAME MA- CHINES BY DIGITAL TRANSMISSION OR BY SATELLITE FOR THE PURPOSE OF PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORKS BY USE OF ELECTRONIC COMMUNICATIONS; PROVIDING INFORMATION MULTIPLE-USER ACCESS TO A GLOBAL COMPUTER NETWORK BY MEANS OF ELECTRONIC COMMU- NICATION BY MEANS OF ARCADE VIDEO GAME MACHINES; COMMUNICATION BY HANDHELD GAME APPARATUSES USING DIGITAL TRANSMISSION OR BY SATELLITE; PROVIDING INFORMATION ON COMMUNICATION USING DIGITAL TRANSMISSION OR SATELLITE BY MEANS OF HANDHELD GAME APPARATUS; COMMUNICATION BY MESSAGES AND PICTURES BY USING COMPUTERS CONNECTED TO A GLOBAL COMPUTER NETWORK; TELECOMMUNICATION OTHER THAN BROADCASTING, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND, OPTICAL OR WIRELESS NETWORKS; BROADCASTING OF RADIO AND TELEVISION PROGRAMS; NEWS AGENCY SERVICES FOR ELECTRONIC TRANSMISSION, NAMELY, THE TRANSMISSION OF NEWS ITEMS TO NEWS REPORTING SERVICES; RENTAL OF TELECOMMUNICATION EQUIP- MENT INCLUDING TELEPHONES AND FACSIMILE APPARATUS; RENTAL OF MODEMS; ELECTRONIC MESSAGE TRANSMISSION; SATELLITE TRANSMISSION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: EDUCATION SERVICES, NAMELY, PROVIDING ON-LINE CLASSES, SEMINARS AND WORKSHOPS IN THE FIELD OF MATH, SOCIAL STUDIES, SCIENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC, AND GENERAL TRIVIA; PROVIDING ON-LINE TRAINING COURSES, SEMINARS, WORKSHOPS IN THE FIELD OF SPORTS, MUSIC, ARTS, IT AND GENERAL TRIVIA; EN- TERTAINMENT, NAMELY, PROVIDING NON-DOWNLOADABLE PRE-RECORDED DIGITAL MUSIC PRESENTED TO MOBILE COMMUNICATIONS DEVICES VIA A GLOBAL COM- PUTER NETWORK AND WIRELESS NETWORKS; ORGANIZATION OF SPORTING EVENTS, NAMELY, SWIMMING MEETS, SOCCER COMPETITIONS, BASEBALL COMPETITIONS AND HOCKEY COMPETITIONS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR HANDHELD GAME APPARAT- US, FOR ARCADE VIDEO GAME MACHINES AND FOR CONSUMER VIDEO GAME AP- PARATUS; PROVIDING NON-DOWNLOADABLE COMPUTER GAMES, IMAGES, PICTURES, MOVIES, MUSIC AND SOUNDS FOR ENTERTAINMENT PURPOSES BY COMPUTER NETWORK AND VIA COMMUNICATION BY A COMPUTER NETWORK AND VIA COM- MUNICATIONS BY CELLULAR PHONES; ORGANIZATION AND ARRANGEMENT OF VIDEO GAME TOURNAMENT EVENTS; RENTAL OF CONSUMER VIDEO GAME APPAR- ATUS AND ARCADE VIDEO GAME MACHINES; RENTAL OF HANDHELD GAME APPAR- ATUS; EDUCATIONAL AND INSTRUCTIONAL SERVICES IN THE NATURE OF CLASSES, WORKSHOPS OR SEMINARS IN THE FIELD OF ARTS, CRAFTS, SPORTS AND GENERAL KNOWLEDGE OR TRIVIA;MOVIE SHOWING, MOVIE FILM PRODUCTION, AND MOVIE FILM DISTRIBUTION PROVIDING INFORMATION ON PROGRAM LISTING OF TELEVI- SION BROADCASTING SERVICES; PROVIDING ENTERTAINMENT INFORMATION VIA WEBSITES; ENTERTAINMENT SERVICES IN THE NATURE OF CREATION, DEVELOP- MENT, AND PRODUCTION OF CINEMATOGRAPHIC FILMS, ANIMATION AND ANIMATED FILMS, AND TELEVISION PROGRAMS FOR OTHERS; PROVISION OF PRE-RECORDED, NON-DOWNLOADABLE DIGITAL MUSIC ONLINE BY MEANS OF MP3 WEBSITES ON A GLOBAL COMPUTER NETWORK, THE INTERNET AND VIA MOBILE PHONES AND WIRELESS ELECTRONIC COMMUNICATION DEVICES; PROVIDING NON-DOWNLOAD- ABLE DIGITAL MUSIC FROM THE INTERNET, VIA WIRELESS ELECTRONIC COMMU-

**Reg. No. 4,486,762**   NICATION DEVICES; PROVIDING AMUSEMENT ARCADES AND CENTERS; PROVIDING AMUSEMENT PARK AND THEME PARK SERVICES; AMUSEMENT ARCADE SERVICES; ORGANIZATION, PRODUCTION AND PRESENTATION OF SHOWS, CONCERTS, LIVE MUSICAL PERFORMANCES, THEATRICAL PERFORMANCES, EXHIBITIONS IN THE FIELDS OF ART, EDUCATION, CULTURE, SPORTS AND ENTERTAINMENT, SPORTS COMPETITIONS, SPORTING AND CULTURAL ACTIVITIES; CABARETS AND VARIETY SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCES AND LIVE PERFORM-ANCES SHOWCASING TALENT; MOVIE STUDIOS, DISCOTHEQUE SERVICES; PUBLIC-ATION OF BOOKS, TEXTS, MAGAZINES, NEWSPAPERS AND PERIODICALS; LIBRARY SERVICES; PROVIDING FACILITIES FOR ENTERTAINMENT INCLUDING CONCERTS, SHOWS FEATURING COMEDY, LIVE MUSICAL PERFORMANCE, AND LIVE PERFORM-ANCES SHOWCASING TALENT, PERFORMANCES, SPORTS, GAMES, RECREATION AND CULTURAL ACTIVITIES; PROVISION OF INFORMATION RELATING TO EDUCATION, ENTERTAINMENT, AMUSEMENT ATTRACTIONS, RECREATIONAL ACTIVITIES, SPORTS AND CULTURE; CINEMATOGRAPHIC FILM AND VIDEO PRODUCTION; RENTAL OF CINE-FILMS, CINEMATOGRAPHIC FILMS, VIDEO TAPES, LASER DISCS, VIDEO DISCS AND DIGITAL VERSATILE (VIDEO) DISCS FEATURING ANIMATED CARTOONS; RENTAL OF SOUND RECORDINGS; RENTAL OF SHOW AND STAGE SCENERY; NURSERY SCHOOLS; PROVIDING FACILITIES FOR GAMES; ARRANGING OF BEAUTY CONTESTS; CIRCUSES; PROVIDING EDUCATION IN THE FIELD OF MATH, SOCIAL STUDIES, SCI-ENCE, GEOGRAPHY, LANGUAGE, ARTS, FOREIGN LANGUAGES, WRITING, GEOLOGY, PHONICS, MUSIC AND GENERAL TRIVIA RENDERED THROUGH CORRESPONDENCE COURSES; ENTERTAINER SERVICES, NAMELY, LIVE, TELEVISED AND MOVIE APPEAR-ANCES BY A PROFESSIONAL ENTERTAINER; ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; GAMING SERVICES IN THE NATURE OF CASINO GAMING; GYMNASTIC INSTRUCTION SERVICES; PROVIDING MUSEUM FA-CILITIES FOR PRESENTATIONS AND EXHIBITIONS; OPERATING LOTTERIES; ORCHES-TRA SERVICES; PARTY PLANNING BEING ENTERTAINMENT; SCRIPTWRITING SER-VICES FOR NON-ADVERTISING PURPOSES; ENTERTAINMENT IN THE NATURE OF THEATRE PRODUCTIONS; ZOOLOGICAL GARDENS SERVICES; ELECTRONIC DESKTOP PUBLISHING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES VIA A COMPUTER NETWORK; SIGN LANGUAGE INTERPRETATION; VOCA-TIONAL GUIDANCE IN THE NATURE OF EDUCATION AND TRAINING ADVICE; MICRO-FILMING FOR OTHERS; MUSIC COMPOSITION SERVICES FOR OTHERS; NIGHT CLUBS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING KARAOKE SERVICES; PROVIDING ONLINE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWS ARTICLES FOR CHILDREN; ONLINE ELECTRONIC PUBLISHING OF ELECTRONIC BOOKS AND JOURNALS; VIDEOTAPING BEING PRODUCTION SERVICES; BOWLING ALLEYS; RENTAL OF BATTING STADIUM OR DOME FACILITIES FOR BASEBALL GAMES; PRO-VISION OF ON-LINE NON-DOWNLOADABLE MOVIES AND ANIMATED CARTOONS VIA A VIDEO-ON DEMAND SERVICE AND PROVISION OF ON-LINE NON-DOWNLOAD-ABLE MOVIES AND ANIMATED CARTOONS VIA A GLOBAL COMPUTER NETWORK; PROVIDING A WEBSITE FEATURING ENTERTAINMENT INFORMATION IN THE FIELDS OF ELECTRONIC GAME PROGRAMS AND ELECTRONIC GAME PRODUCTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK; PROVIDING TEMPORARY HOUSING ACCOMMODATION SERVICES; HOTEL AND TEMPORARY ACCOMMODATION SERVICES AND CATERING SERVICES FOR GUESTS; RESTAURANTS; CAFÉS; CAFET-ERIAS; BAR SERVICES; CANTEENS SERVICES; CATERING SERVICES; SELF-SERVICE RESTAURANTS; SNACK BARS; COCKTAIL LOUNGES; PROVIDING INFORMATION IN THE FIELD OF THE PROVISION OF FOOD AND BEVERAGES; AGENCY SERVICES FOR THE RESERVATION OF TEMPORARY ACCOMMODATIONS AND LODGING FACILITIES IN THE NATURE OF HOTELS, MOTELS AND BOARDING HOUSES; HOLIDAY CAMP SERVICES; RESTAURANTS, CAFÉS, CAFETERIAS, BAR SERVICES, CANTEEN SERVICES AND COCKTAIL LOUNGE SERVICES INSTALLED WITH; AUDIO AND VISUAL APPAR-ATUS WITH SING ALONG DEVICES CHILD-CARE SERVICES; DAY-NURSERIES, NAMELY, CRÈCHES; PROVIDING TEMPORARY ACCOMMODATIONS IN THE NATURE OF TOURIST

**Reg. No. 4,486,762** HOMES; PROVIDING BAR SERVICES FOR WEDDING RECEPTIONS;PROVIDING FACIL-
ITIES FOR EXHIBITIONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

OWNER OF U.S. REG. NOS. 3,988,064, 4,252,003 AND OTHERS.

PRIORITY DATE OF 2-9-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1152677 DATED 8-8-2012, EXPIRES 8-8-
2022.

THE MARK CONSISTS OF A STYLIZED HEAD OF A BIRD WITH AN EXTRA-LONG
CURVED BEAK.

SER. NO. 79-127,155, FILED 8-8-2012.

JACLYN KIDWELL WALKER, EXAMINING ATTORNEY

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.