EXHIBIT B

# APOSTILLE

*(Convention de La Haye du 5 octobre 1961)*

1. Country:            *United States of America*

This public document
2. has been signed by      Maria A. Pallante

3. acting in the capacity of   Register of Copyrights

4. bears the seal/stamp of   U.S. Copyright Office, The Library of Congress

## Certified

5. at Washington, D.C.

6. the   eighteenth of September, 2013

7. by   *Assistant Authentication Officer, United States Department of State*

8. No.   13053089-15

9. Seal/Stamp:                    10. Signature:

                                    Patrick O. Hatchett



## ...te of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-794-919**

**Effective date of
registration:**

November 16, 2011

---

## Title

**Title of Work:** Angry Bird

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 10, 2009      **Nation of 1st Publication:** Finland

## Author

- **Author:** Rovio Mobile Oy

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** Finland      **Domiciled in:** Finland

## Copyright claimant

**Copyright Claimant:** Rovio Mobile Oy

Keilaranta 17, Espoo, FI-02150, Finland

## Limitation of copyright claim

**Material excluded from this claim:** Deposit designated "original deposit" was part of initial registration.

**Previously registered:** Yes

**Previous registration and year:** VA1769078      2011

**New material included in claim:** Deposit designated "complete deposit" being added to records. This is a
corrective registration under Copyright Office rules to correct that some
deposit materials showing significant aspects of the work were intended to
be filed but were not.

## Rights and Permissions

**Name:** Garfield Goodrum, Esq.

**Date:** June 20, 2011

**Correspondence:** Yes

## APOSTILLE

*(Convention de La Haye du 5 octobre 1961)*

1. Country:                United States of America

   This public document
2. has been signed by       Maria A. Pallante

3. acting in the capacity of   Register of Copyrights

4. bears the seal/stamp of    U.S. Copyright Office, The Library of Congress

### Certified

5. at Washington, D.C.

6. the   eighteenth of September, 2013

7. by   *Assistant Authentication Officer, United States Department of State*

8. No.   1305308-9

9. Seal/Stamp:                    10. Signature:

                                  Patrick O. Hatchett



ate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-769-078**

**Effective date of
registration:**

March 11, 2011

## Title

**Title of Work:** Angry Bird

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 10, 2009     **Nation of 1st Publication:** Finland

## Author

■     **Author:** Rovio Mobile Oy

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** Finland

## Copyright claimant

**Copyright Claimant:** Rovio Mobile Oy, dba  Rovio Mobile Oy

Keilaranta 19 D, FI-02150 Espoo, Finland

## Rights and Permissions

**Organization Name:** Klauber & Jackson LLC

**Name:** David A. Jackson

**Email:** info@kjiplaw.com          **Telephone:**   201-487-5800

**Address:** 411 Hackensack Avenue, Fl. 4

Hackensack, NJ 07601  United States

## Certification

**Name:** David A. Jackson

**Date:** March 11, 2011

**Applicant's Tracking Number:** 3283-5-001

**Correspondence:** Yes

Page  1 of 1

# APOSTILLE

*(Convention de La Haye du 5 octobre 1961)*

1. Country:                    *United States of America*

   This public document
2. has been signed by          Maria A. Pallante

3. acting in the capacity of   Register of Copyrights

4. bears the seal/stamp of     U.S. Copyright Office, The Library of Congress

## Certified

5. at Washington, D.C.

6. the   eighteenth of September, 2013

7. by    *Assistant Authentication Officer, United States Department of State*

8. No.   13053089-8

9. Seal/Stamp:                          10. Signature:

                                            Patrick O. Hatchett



## ...te of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-769-080

**Effective date of
registration:**

March 11, 2011

## Title
**Title of Work:** Mighty Eagle

## Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** December 23, 2010      **Nation of 1st Publication:** Finland

## Author
■  **Author:** Rovio Mobile Oy

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** Finland

■  **Author:** Rovio Mobile Oy, dba  Rovio Mobile Oy

## Rights and Permissions
**Organization Name:** Klauber & Jackson LLC

**Name:** David A. Jackson

**Email:** info@kjiplaw.com                  **Telephone:**   201-487-5800

**Address:** 411 Hackensack Avenue, Fl. 4

Hackensack, NJ 07601  United States

## Certification
**Name:** David A. Jackson

**Date:** March 11, 2011

**Applicant's Tracking Number:** 3283-5-002

**Correspondence:** Yes



# APOSTILLE

*(Convention de La Haye du 5 octobre 1961)*

1. Country:        *United States of America*

   This public document
2. has been signed by    Maria A. Pallante

3. acting in the capacity of  Register of Copyrights

4. bears the seal/stamp of  U.S. Copyright Office, The Library of Congress

**Certified**

5. at Washington, D.C.

6. the  eighteenth of September, 2013

7. by  *Assistant Authentication Officer, United States Department of State*

8. No.  13053089-12

9. Seal/Stamp:              10. Signature:

                                Patrick O. Hatchett



## Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-776-992

**Effective date of registration:**

June 20, 2011

## Title

**Title of Work:** Mighty Eagle

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 1, 2011          **Nation of 1st Publication:** Finland

## Author

■          **Author:** Rovio Mobile Oy

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Citizen of:** Finland          **Domiciled in:** Finland

## Copyright claimant

**Copyright Claimant:** Rovio Mobile Oy

Keilaranta 17, Espoo, FI-02150, Finland

## Limitation of copyright claim

**Material excluded from this claim:** Preexisting drawing

**Previous registration and year:** VA1769080     2010

**New material included in claim:** sculpture/3-D artwork

## Rights and Permissions

**Organization Name:** SAIDMAN DesignLaw Group, LLC

**Name:** Garfield  Goodrum, Esq.

**Email:** garfield.goodrum@designlawgroup.com          **Telephone:** 301-585-8601

**Address:** 8601 Georgia Ave., Ste. 603

Silver Spring, MD 20910  United States

## Certification

Page 1 of 2

**Name:** Garfield Goodrum, Esq.

**Date:** June 20, 2011

Regist

Servi

**Correspondence:** Yes

# APOSTILLE

*(Convention de La Haye du 5 octobre 1961)*

1. Country:      *United States of America*

   This public document
2. has been signed by    Maria A. Pallante

3. acting in the capacity of   Register of Copyrights

4. bears the seal/stamp of   U.S. Copyright Office, The Library of Congress

**Certified**

5. at Washington, D.C.

6. the   eighteenth of September, 2013

7. by   *Assistant Authentication Officer, United States Department of State*

8. No.   13053089-13

9. Seal/Stamp:               10. Signature:

                                     Patrick O. Hatchett



...te of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 1-776-995**

**Effective date of registration:**

June 20, 2011

*Maria A. Pallante*

Register of Copyrights, United States of America

## Title

**Title of Work:** Helmet Pig, Moustache Pig & Green Pig

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 30, 2010        **Nation of 1st Publication:** Finland

## Author

■        **Author:** Rovio Mobile Oy

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Citizen of:** Finland        **Domiciled in:** Finland

## Copyright claimant

**Copyright Claimant:** Rovio Mobile Oy

Keilaranta 17, Espoo, FI-02150, Finland

## Limitation of copyright claim

**Material excluded from this claim:** Preexisting drawing

**New material included in claim:** sculpture/3-D artwork

## Rights and Permissions

**Organization Name:** SAIDMAN DesignLaw Group, LLC

**Name:** Garfield Goodrum, Esq.

**Email:** garfield.goodrum@designlawgroup.com        **Telephone:** 301-585-8601

**Address:** 8601 Georgia Ave., Ste. 603

Silver Spring, MD 20910  United States

## Certification

Page 1 of 2

Registration #:  VA0001776995
Service Request #:  1-624667552

SAIDMAN DesignLaw Group, LLC
Garfield Goodrum, Esq.
8601 Georgia Ave., Ste. 603
Silver Spring, MD 20910  United States



# APOSTILLE

*(Convention de La Haye du 5 octobre 1961)*

1. Country:        *United States of America*

   This public document
2. has been signed by     Maria A. Pallante

3. acting in the capacity of   Register of Copyrights

4. bears the seal/stamp of   U.S. Copyright Office, The Library of Congress

### Certified

5. at Washington, D.C.

6. the   eighteenth of September, 2013

7. by    *Assistant Authentication Officer, United States Department of State*

8. No.   130⁵⁹089-¹¹

9. Seal/Stamp:             10. Signature:

                                   Patrick O. Hatchett



## e of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-777-195**

**Effective date of registration:**

June 21, 2011

## Title

**Title of Work:** Red Bird, Yellow Bird, Blue Bird, White Bird & Black Bird

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 29, 2010     **Nation of 1st Publication:** Finland

## Author

**■** **Author:** Rovio Mobile Oy

**Author Created:** sculpture/3-D artwork

**Work made for hire:** Yes

**Citizen of:** Finland     **Domiciled in:** Finland

## Copyright claimant

**Copyright Claimant:** Rovio Mobile Oy

Keilaranta 17, Espoo, FI-02150, Finland

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** sculpture/3-D artwork

## Rights and Permissions

**Organization Name:** SAIDMAN DesignLaw Group, LLC

**Name:** Garfield Goodrum, Esq.

**Email:** garfield.goodrum@designlawgroup.com     **Telephone:** 301-585-8601

**Address:** 8601 Georgia Ave., Ste. 603

Silver Spring, MD 20910 United States

## Certification

**Name:**  Garfield Goodrum, Esq.

**Date:**  June 21, 2011

**Correspondence:**  Yes

# APOSTILLE

*(Convention de La Haye du 5 octobre 1961)*

1. Country:                      *United States of America*

   This public document
2. has been signed by        Maria A. Pallante

3. acting in the capacity of  Register of Copyrights

4. bears the seal/stamp of    U.S. Copyright Office, The Library of Congress

**Certified**

5. at Washington, D.C.

6. the  eighteenth of September, 2013

7. by   *Assistant Authentication Officer, United States Department of State*

8. No.  13053089-14

9. Seal/Stamp:                         10. Signature:

                                          Patrick O. Hatchett



...ate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Marie A. Pallante

Register of Copyrights, United States of America

**Registration Number**

# VA 1-778-702

**Effective date of
registration:**

June 17, 2011

## Title

**Title of Work:** Angry Birds - Big Red Bird

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 16, 2010     **Nation of 1st Publication:** Finland

## Author

■      **Author:** Rovio Mobile Oy

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** Finland     **Domiciled in:** Finland

## Copyright claimant

**Copyright Claimant:** Rovio Mobile Oy

Keilaranta 17, Espoo, FI-02150, Finland

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork

**Previous registration and year:** 1-769-078     2009

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Name:** Garfield Goodrum

**Email:** garfield.goodrum@designlawgroup.com     **Telephone:** 301-585-8601

**Address:** 8601 Georgia Ave., Ste. 603

Silver Spring, MD 20910  United States

## Certification

**Name:**   Garfield Goodrum, Esq.

**Date:**   June 17, 2011

**Correspondence:**   Yes

# APOSTILLE

*(Convention de La Haye du 5 octobre 1961)*

1. Country:        *United States of America*

    This public document
2. has been signed by     Maria A. Pallante

3. acting in the capacity of   Register of Copyrights

4. bears the seal/stamp of   U.S. Copyright Office, The Library of Congress

## Certified

5. at Washington, D.C.

6. the   eighteenth of September, 2013

7. by   *Assistant Authentication Officer, United States Department of State*

8. No.   13053089-3

9. Seal/Stamp:              10. Signature:

                                        Patrick O. Hatchett

icate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-778-703**

**Effective date of
registration:**

June 17, 2011

## Title

**Title of Work:** Angry Birds - Green Bird

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 23, 2010     **Nation of 1st Publication:** Finland

## Author

■     **Author:** Rovio Mobile Oy

**Author Created:** 2-D artwork

**Work made for hire:** yes

**Citizen of:** Finland     **Domiciled in:** Finland

## Copyright claimant

**Copyright Claimant:** Rovio Mobile Oy

Keilaranta 17, Espoo, FI-02150, Finland

## Rights and Permissions

**Organization Name:** SAIDMAN DesignLaw Group, LLC

**Name:** Garfield Goodrum, Esq.

**Email:** garfield.goodrum@designlawgroup.com     **Telephone:** 301-585-8601

**Address:** 8601 Georgia Ave., Ste. 603

Silver Spring, MD 20910 United States

## Certification

**Name:** Garfield Goodrum, Esq.

**Date:** June 17, 2011

**Correspondence:** Yes

Page 1 of 1



# APOSTILLE

*(Convention de La Haye du 5 octobre 1961)*

1. Country:                 *United States of America*

   This public document
2. has been signed by        Maria A. Pallante

3. acting in the capacity of  Register of Copyrights

4. bears the seal/stamp of   U.S. Copyright Office, The Library of Congress

## Certified

5. at Washington, D.C.

6. the   eighteenth of September, 2013

7. by   *Assistant Authentication Officer, United States Department of State*

8. No.  13053089-6

9. Seal/Stamp:                    10. Signature:

                                      Patrick O. Hatchett



...e of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-778-705

**Effective date of registration:**

June 17, 2011

## Title

**Title of Work:** Angry Birds - Black Bird, Blue Bird, White Bird, Yellow Bird

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 10, 2009    **Nation of 1st Publication:** Finland

## Author

- **Author:** Rovio Mobile Oy

    **Author Created:** 2-D artwork

    **Work made for hire:** Yes

    **Citizen of:** Finland    **Domiciled in:** Finland

## Copyright claimant

**Copyright Claimant:** Rovio Mobile Oy

Keilaranta 17, Espoo, FI-02150, Finland

## Rights and Permissions

**Organization Name:** SAIDMAN DesignLaw Group, LLC

**Name:** Garfield Goodrum, Esq.

**Email:** garfield.goodrum@designlawgroup.com    **Telephone:** 301-585-8601

**Address:** 8601 Georgia Ave., Ste. 603

Silver Spring, MD 20910  United States

## Certification

**Name:** Garfield Goodrum, Esq.

**Date:** June 17, 2011

**Correspondence:** Yes