# EXHIBIT 1

# July 11, 2013

Re: <u>Infringement of ANGRY BIRDS Intellectual Property</u>

Dear Ashly E. Sands,

    This letter is in response to your July 2, 2013 letter sent on behalf of Rovio Entertainment Ltd.
    I, Manuel Sandoval, owner of Manny's Place, 812 East Amarillo Boulevard, Amarillo, TX 79107, confirm that I have permanently discontinued the importation, exportation, display, offering for sale and sales of any and all Disputed Birds.
The Disputed Birds items that I had in my possession, custody and control were surrendered during the seizure on May 20, 2013. I no longer have any Disputed Birds in my possession, custody or control.
The Disputed Birds items were purchase from the following suppliers:

Mauricio's Furniture
7609 Maie Avenue
Los Angeles, CA 90001
Office: (323) 684-6593

Crown Wholesale
11311 Harry Hines Blvd. Suite 101
Dallas, TX 75229
Phone: (972) 243-5400

I am attaching a copy of the receipt of purchase from Mauricio's Furniture. I have no invoice or receipt from Crown Wholesale but I am attaching their business card.

Thank you,

Manuel Sandoval

RECEIVED
JUL 16 2013
Epstein Drangel
Bazerman & James, LLP



PHONE (972) 243-540
FAX (972) 484-292

# CROWN WHOLESALE
*IMPORTERS & WHOLESALERS OF NOVELTY, TOYS, FLAGS, KNIVES, GIFT ITEMS, AND LIGHT UP TOYS*

AMIN ALI (BOB)
YOGESH MARU (YOGI)
Cell: (972) 339-8793

11311 HARRY HINES BLVD. SUITE 10
DALLAS, TEXAS 7522
E-mail: crownws@hotmail.co[m]

---

**MAURICIO'S FURNITURE**
Oficina: (323) 684-6593
(323) 385-5076 · (323) 972-8567
7609 Maie Ave., Los Angeles, CA 90001

☐ #1   ☐ #2                                                                 INVOICE

| NAME | Harry | DATE | 16/0[?] |
|---|---|---|---|
| ADDRESS | | | |
| PHONE NUMBER | | DEPOSIT | |

| SOLD BY | CASH | DEBIT | CHARGE | PAID OUT |
|---|---|---|---|---|

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Sofa grande | | 160 |
| 4 | Tacones | 50 | 200 |
| 5 | Sillas x 25 | | 125 |
| 2 | Tacones x 90 | | 180 |
| 1 | Chen x 100 | | 100 |
| 2 | Tacones 2 dlove | | 180 |
| 1 | Silla de corona x 50 | | 50 |
| | | | 995 |
| 10 | Alfombra  950 | | |
| | | TOTAL | |
| | | DEPOSIT | 950 |
| | 450   360 | BALANCE | |

CUSTOMER SIGNATURE                              DATE:

**NO MONEY BACK ONLY EXCHANGE · NO REGRESAMOS DINERO SOLO CAMBIAMOS**
THANK YOU FOR YOUR VISIT · GRACIAS POR SU VISITA