# EXHIBIT 2

| Bond Type | Required Amount | Optional Amount | Clearance Code | | | | |
|---|---|---|---|---|---|---|---|
| CP | $0.00 | $0.00 | [No exceptional clearance] | | | | |

| Offense Date | Sentence Date | Statute | Offense Description | Disposition | Court | Class | Entry Code | Jud. Status |
|---|---|---|---|---|---|---|---|---|
| 15:03:17 02/25/14 | | CITY | CITY CHARGE-CHARGE BELOW | | MUN | XX | | |

| Bond Type | Required Amount | Optional Amount | Clearance Code |
|---|---|---|---|
| CP | $0.00 | $0.00 | [No exceptional clearance] |

---

Inmate Name: PIERCE, DANIEL JON  
Arrest Time/Date: 11:00:00 02/25/14  
Birth Date: 01/03/93  
Address: 2926 rule, AMARILLO, TX  
Arrest Type: CUST  
Loc. of Arrest: 200 NE 3RD  
Related Incident Numbers:

Name Number: 55170  
Booking Number: 21610  

Arrested By: BISSONI V  
Arrest Number: 21668  

| Offense Date | Sentence Date | Statute | Offense Description | Disposition | Court | Class | Entry Code | Jud. Status |
|---|---|---|---|---|---|---|---|---|
| 00:00:00 06/25/14 | | 13990031 | ASSAULT CBI FAMILY MEMBER | | CCL2 | MA | | |

| Bond Type | Required Amount | Optional Amount | Clearance Code |
|---|---|---|---|
| CP | $0.00 | $0.00 | [No exceptional clearance] |

---

Inmate Name: SANDOVAL, MANUEL LOPEZ  
Arrest Time/Date: 12:13:00 02/25/14  
Birth Date: 12/25/60  
Address: 1015 SUNRISE DR, AMARILLO, TX  
Arrest Type: CUST  
Loc. of Arrest: 13100 NE 29TH  
Related Incident Numbers:

Name Number: 66138  
Booking Number: 21602  

Arrested By: WISE E  
Arrest Number: 21660  

| Offense Date | Sentence Date | Statute | Offense Description | Disposition | Court | Class | Entry Code | Jud. Status |
|---|---|---|---|---|---|---|---|---|
| 12:21:35 02/25/14 | | 25990004 | TRADEMARK COUNTERFEIT> $1500 | | DIST | FS | | |

          **Name:** SANDOVAL, MANNY
          **Title:** OWNER
          **Address:** 4111 PLAINS BLVD
          AMARILLO, TX 79106-6449
          **SSN:** 464-49-XXXX
          **Phone:** (806) 356-8300
          **Confidence:** High

**23:**

          **Company Name:** WALKER CONSTR
          **Name:** SANDOVAL, MANUEL LOPEZ
          **SSN:** 464-49-XXXX
          **Confidence:** Medium

## Criminal Filings - 4 records found

**1: Arizona Court Report**

### Offender information

          **Name:** LOPEZ SANDOVAL, MANUEL
          **Address:** AZ
          **Case Number:** S-8015-FW-201400013
          **Case Filing Date:** 01/31/2014
          **Case Type:** CRIMINAL
          **DOB:** 12/1960
          **SSN:** 464-49-XXXX
          **Sex:** Male

### Offenses

          **Case Filing Date:** 01/31/2014
          **Court Description:** MOHAVE COUNTY SUPERIOR
          **Court Case Number:** S-8015-FW-201400013
          **Court Offense:** NOT SPECIFIED

### Court Activity

[NONE FOUND]

**1: Texas Department Of Corrections**

### Offender information

          **Name:** SANDOVAL, MANUEL L
          **Address:** TX
          **Case Type:** Department Of Correction
          **Party Status:** ACTIVE
          **DOB:** 12/1960
          **SSN:** 464-49-XXXX
          **Race:** WHITE
          **Sex:** Male

### Offenses

          **Case Type:** Department Of Correction
          **Offense Date:** 05/21/2011
          **Offense Type:** F
          **Sentence Date:** 02/25/2014
          **Offense:** TRADEMARK COUNTERFEITING >=$20K<$100K
          **Level:** F