UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROVIO ENTERTAINMENT, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:13-CV-4719-G |
| AM WHOLESALE, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT MANUEL SANDOVAL

Before the court is the motion of the plaintiff Rovio Entertainment, Ltd. ("plaintiff" or "Rovio") requesting that the court grant plaintiff's motion for default judgment against defendant Manuel Sandoval d/b/a Manny's Place, ("defaulting defendant") (docket entries 113-114).

The court, having considered the motion and the other pleadings and papers on file in this action, concludes that plaintiff's motion should be **GRANTED**, and it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. Plaintiff is awarded $300,000 in statutory damages pursuant to 17 U.S.C. § 504(c)(2) and 15 U.S.C. § 1117(a), $150,000.00 pursuant to Section

504(c) of the Copyright Act, and $150,000.00 pursuant to Section 15 U.S.C. § 1117(c) of the Lanham Act, and post-judgment interest of 0.10%; and

2. Defaulting defendant is permanently enjoined from engaging or continuing to engage in copying, manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in any Infringing Products (as defined in the motion) or any products which are confusingly or substantially similar to the Authentic Products (as defined in the motion) or may otherwise violate plaintiff's Marks or Copyright Works (as defined in the motion), or proprietary rights in the Authentic Products; and any other the unauthorized use of the Marks, Copyright Works or any other intellectual property rights of plaintiff.

June 16, 2014.

*signature: A. Joe Fish*

**A. JOE FISH**
**Senior United States District Judge**