**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| ROVIO ENTERTAINMENT, LTD. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:13-cv-04719-G |
| | § | |
| AM WHOLESALE, INC., et al. | § | |
| Defendant. | § | |
| | § | |

**PLAINTIFF'S ANSWER TO COUNTERCLAIMS OF AM WHOLESALE, INC., ALI RAVJANI, AMAFHH INTERNATIONAL, INC., AMAFHH CENTER INC. and MOSHIN RAVJANI**

Plaintiff and Counter-defendant, Rovio Entertainment, Ltd. ("Rovio" or "Plaintiff"), by its undersigned counsel, hereby reply to the Counterclaims of Counter-Plaintiffs (identified above), as follows:

**I.     ANSWERS**

102.   No response is required or possible.

103.   Denied.

104.   Denied.

105.   Denied.

106.   Denied.

107.   Denied.

108.   Denied.

## II.     AFFIRMATIVE DEFENSES

### First Affirmative Defense

The counterclaims do not state a claim against Plaintiff upon which relief can be granted.

### Second Affirmative Defense

Counter-Plaintiff's claims are barred as a result of unclean hands.

### Third Affirmative Defense

Counter-Plaintiff, through its own actions, conduct, or failure to act, waived any right to relief.

## I.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff, request that this Court enter judgment:

1. That the Counterclaims be dismissed with prejudice;

2. That Plaintiff be awarded their costs and disbursements in this action, together with attorneys' fees;

3. That this Court award Plaintiff such other and further relief as it may deem appropriate in this circumstance.

Dated: July 8, 2014   Respectfully submitted,

BY: s/ *Jason M. Drangel*
**EPSTEIN DRANGEL LLP**
Jason M. Drangel
Ashly E. Sands
60 East 42nd Street, Suite 2410
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
E-mail: mail@ipcounselors.com

*Attorneys for Plaintiff*
*Rovio Entertainment, Ltd.*

Steven M. Abbott
State Bar No. 00797825
Federal I.D. No. 9027
2727 Allen Parkway, Suite 1675
Houston, Texas 77019
Telephone: (713) 467-1669
Facsimile: (713) 467-4936
E-mail: abbottsteven@hotmail.com

*Attorneys for Plaintiff*
*Rovio Entertainment, Ltd.*

Dean M. Fuller
State Bar No. 07516550
Law Office of Dean M. Fuller
5001 Spring Valley Road
1000 Providence Towers East
Dallas, Texas 75244
Telephone: (972) 934-4138
Facsimile: (972) 934-4140
E-mail: deanfuller@fullerlaw.net

*Local counsel for Plaintiff*
*Rovio Entertainment, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2014, I electronically filed the above and foregoing document with the Clerk of this Court using the CM/ECF filing system, and that service of a true and complete copy of this document upon all parties through their respective counsel of record, who are known Filing Users, was automatically accomplished through electronic Notice of the filing of this document. On this date I also provided true and correct copies of this document to all parties through their respective counsel of record via email addressed as follows:

**Robert J Clary**
Owens Clary & Aiken LLP
700 N Pearl St, Suite 1600
Dallas, TX 75201
214/698-2102
214/698-2121 (fax)
rjclary@oca-law.com
*ATTORNEY FOR DEFENDANTS* BG Traders LLC; Bangshi Gopal Shrestha; Vania Jewelry LLC; and Meishu Jin

**Aaron P Peacock**
Gagnon, Peacock & Vereeke, P.C.
Highland Park Tower, Second Floor
4245 N Central Expressway
Suite 250
Dallas, TX 75205
214/824-1414
214/824-5490 (fax)
aaron@gapslaw.com
*ATTORNEY FOR DEFENDANTS* AM Wholesale Inc.; Amafhh Center Inc.; Amafhh International Inc.; Ali Raza Ravjani; and Mohsin Raza Ravjani

**James A Pikl**
Scheef & Stone LLP
2601 Network Boulevard
Suite 102
Frisco, TX 75034
214/472-2100
214/472-2150 (fax)
jim.pikl@solidcounsel.com
*ATTORNEY FOR DEFENDANT* Roghan Etux Sangita Sthapit

**Steven T Polino**
Law Offices of Steven T Polino PLLC
3216 Prince Court
Bedford, TX 76021
817/992-6359
817/283-1182 (fax)
stplaw@sbcglobal.net
*ATTORNEY FOR DEFENDANTS* Assured Vending LLC and Discount Arcade Distributing Inc.

**Jade Marie Rozell-Ruiz**
Stanley & Associates PLLC
811 S Central Expressway
Suite 442
Richardson, TX 75080
214/570-4944
214/540-4561 (fax)
jade@stanley-lawfirm.com
*ATTORNEY FOR DEFENDANTS* DM Merchants Ventures Inc.; Xiao Dong Zhu; Yanagi Trading LLC; and Yuanli Tang

New York, New York                              By: s/ *Ashly E. Sands*
                                                Ashly E. Sands
                                                60 East 42nd Street, Suite 2410
                                                New York, NY 10165
                                                Telephone: (212) 292-5390
                                                Facsimile: (212) 292-5391
                                                E-mail: mail@ipcounselors.com
                                                *Attorney for Plaintiff*